**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF KENTUCKY

Case number *(if known)* _____    Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Launch Pad LLC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **FDBA  SyncroB.it** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-2197136** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **358 Westside Dr** <br> **Shepherdsville, KY 40165** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Bullitt** <br> County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Launch Pad LLC**                                                    Case number (*if known*) _____
_____
Name

| | |
|---|---|
| **7.** | **Describe debtor's business** |

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    __4492__

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor  **Launch Pad LLC**                                                    Case number (*if known*) _____
　　　　　Name

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____ | When _____ | Case number, if known | _____ |

**11.** **Why is the case filed in *this district?*** 　*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.　Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
　　What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
　　　　　　　　　　　　　　　Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.　Insurance agency _____
　　　　　Contact name _____
　　　　　Phone _____

---

■ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds** .　*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ■ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Debtor    **Launch Pad LLC**                                                                Case number (*if known*)
          Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **Launch Pad LLC**
_____    Case number (*if known*) _____
Name

| | Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August  3, 2023**
_____
MM / DD / YYYY

**X** **/s/ Brandon May**
_____    **Brandon May**
Signature of authorized representative of debtor        _____
Printed name

Title    **Member**
_____

---

**18. Signature of attorney**

**X** **/s/ Charity S. Bird**
_____    Date **August  3, 2023**
Signature of attorney for debtor            _____
MM / DD / YYYY

**Charity S. Bird**
_____
Printed name

**Kaplan Johnson Abate & Bird LLP**
_____
Firm name

**710 West Main Street**
**Fourth Floor**
**Louisville, KY 40202**
_____
Number, Street, City, State & ZIP Code

Contact phone    **(502) 540-8285**    Email address    **cbird@kaplanjohnsonlaw.com**

**92622 KY**
_____
Bar number and State

## RESOLUTION OF THE MEMBERS OF
## LAUNCH PAD, LLC

### August 3, 2023

The undersigned, being all the members of **LAUNCH PAD, LLC** (the "Company"), in lieu of holding a meeting, do hereby adopt by unanimous written consent the following recitals and resolutions pursuant to the Operating Agreement of the Company, dated November 8, 2021 (the "Company Agreement"). Capitalized terms not otherwise defined herein have the meaning set forth in the Company Agreement.

**WHEREAS,** the Members have determined that the Company does not have sufficient assets on hand to meet its financial obligations as they come due; and

**WHEREAS,** the Members have determined that it is necessary and in the best interests of the Company and its creditors, and in furtherance of the Company's purposes, for the Company to seek the protection of title 11 of the United States Code (the "Bankruptcy Code") by filing a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

**NOW, THEREFORE, BE IT RESOLVED** that Brandon May, as Member of the Company, is authorized and directed to execute and deliver all documents necessary to commence the Company's voluntary chapter 11 bankruptcy case to be filed in the United States Bankruptcy Court for the Western District of Kentucky.

**FURTHER RESOLVED** that Brandon May, as Member of the Company, is authorized and directed to appear on behalf of the Company in all bankruptcy proceedings, and to perform all acts and deeds and execute and deliver all necessary instruments on behalf of the Company in connection with its bankruptcy case, provided, however, that Mr. May may delegate such responsibilities to be exercised by another individual; and

**FURTHER RESOLVED** that the Company is authorized and directed to employ the law firm of Kaplan Johnson Abate & Bird LLP to represent the Company in its bankruptcy case.

### Counterparts; Electronic Mail Transmission

This resolution may be executed in counterparts, each of which shall constitute an original, and all of which shall constitute one and the same resolution. This consent may also be executed by electronic mail transmission.

*[Signature Page Follows]*

**IN WITNESS WHEREOF**, the members of the Company have executed this Resolution
on the date first written above.

_____
Amy May, Member

_____
Brandon May, Member

**Fill in this information to identify the case:**

Debtor name      **Launch Pad LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF KENTUCKY

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule*

■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August  3, 2023**          X */s/ Brandon May*
                                                 Signature of individual signing on behalf of debtor

                                                 **Brandon May**
                                                 Printed name

                                                 **Member**
                                                 Position or relationship to debtor

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Launch Pad LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF KENTUCKY** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Paola Andrae 1405 N Negley Ave Pittsburgh, PA 15206** | | | | | | $9,747.19 |
| **Daniel Anton 108 Playa India Aguadilla, PR 00603** | | | | | | $10,603.46 |
| **August August 135 West 41st Street New York, NY 10036** | | | | | | $19,694.60 |
| **Daniel Beamer 6425 Wise Lane King George, VA 22485** | | | | | | $16,946.76 |
| **David Camacho Calle De La Amargura 60 Int. Sotano 1 Lomas De La Herradura Huixquilucan MEX 52785 MEXICO** | | | | | | $10,333.81 |
| **Gaston Cenicola 7924 NW 66th St Miami, FL 33166** | | | | | | $9,775.90 |
| **Bridget Chynoweth 3104B Mohawk Road Austin, TX 78757** | | | | | | $15,239.13 |
| **Marco Del Corto Via Marco Polo, 139 Viareggio LU 5509 ITALY** | | | | | | $9,424.38 |
| **Patrick Duncan P.O. Box 1186 Arnold, MO 63010** | | | | | | $9,759.14 |

Debtor    **Launch Pad LLC**                                            Case number *(if known)*
                    Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Adam Finke 538 90th Ave Luverne, MN 56156** | | | | | | $27,359.45 |
| **Genesi Srl Maro Del Corto Via Marco Polo, 139 Viareggio LU 55049 ITALY** | | | | | | $9,426.21 |
| **Genesi Srl Maro Del Corto Via Marco Polo, 139 Viareggio LU 55049 ITALY** | | | | | | $10,274.30 |
| **Lyudmil Genov 25 South Grove Avenue 202A Elgin, IL 60120** | | | | | | $10,176.85 |
| **Julia Huelsmeyer Keferloher Strasse 2A Haar Munich  85540 GERMANY** | | | | | | $20,709.09 |
| **Randy Robson 2567 E Carla Vista Dr Gilbert, AZ 85295** | | | | | | $10,545.96 |
| **Dannel Tan 2259 52nd Ave E Vancouver BC V5P 1X2 CANADA** | | | | | | $12,712.60 |
| **Sorana Urdareanu 20, Soseaua Nordului Sector 1 Bucharest B 104130 ROMANIA** | | | | | | $15,475.00 |
| **Lizzett Vallejo 5016 Stanton Avenue Pittsburgh, PA 15201** | | | | | | $9,747.19 |
| **Jerry White 450 Regency Ctr Collinsville, IL 62234** | | | | | | $14,186.83 |

Debtor    **Launch Pad LLC**                                              Case number *(if known)* _____
_____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Zephyrus Network LLC Attn: Laura Gilbert 234 Morrell Rd PMB 194 Knoxville, TN 37919-5876** | | **Judgment** | **Subject to Setoff** | | | **$180,236.84** |

**Fill in this information to identify the case:**

Debtor name   **Launch Pad LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF KENTUCKY

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................................   $ _____0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................................   $ _____271,435.96

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................................................   $ _____271,435.96

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $ _____93,770.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................   $ _____0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................   +$ _____7,573,025.37

4. Total liabilities .......................................................................................................
   Lines 2 + 3a + 3b   $ _____7,666,795.37

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name  **Launch Pad LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF KENTUCKY

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                           12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.  **Checking, savings, money market, or financial brokerage accounts** (Identify all)

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Chase Bank | Checking | 5695 | $1,937.86 |
| 3.2. | Chase Bank | Savings | 5868 | $87.10 |

4.  **Other cash equivalents** (Identify all)

5.  **Total of Part 1.**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

    | $2,024.96 |
    |---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ■ No.  Go to Part 3.
   ☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

   ☐ No.  Go to Part 4.
   ■ Yes Fill in the information below.

11.  **Accounts receivable**

| Debtor | **Launch Pad LLC** | | Case number *(If known)* | |
| --- | --- | --- | --- | --- |
| | Name | | | |

| | 11a. 90 days old or less: | 11,540.00 | - | 0.00 | = .... | $11,540.00 |
| --- | --- | --- | --- | --- | --- | --- |
| | | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | $11,540.00 |
| --- | --- | --- |
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

**Part 4:    Investments**

13. **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** Shipping supplies | 11/04/2022 | $0.00 | Recent cost | $2,000.00 |
| 10,320 antennas | | $0.00 | Recent cost | $144,480.00 |

| 23. | **Total of Part 5.** | $146,480.00 |
| --- | --- | --- |
| | Add lines 19 through 22.  Copy the total to line 84. | |

24. **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Debtor | **Launch Pad LLC** | Case number *(If known)* |
|--------|---------------------|--------------------------|
|        | Name |  |

---

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-----------------------|-------------------------|---------------------|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **Laptop** | **$0.00** | | **$750.00** |

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| 43. **Total of Part 7.** Add lines 39 through 42.  Copy the total to line 86. | **$750.00** |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

■ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No

☐ Yes

**Part 8:**   **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.

☐ Yes Fill in the information below.

**Part 9:**   **Real property**

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.

☐ Yes Fill in the information below.

**Part 10:**   **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.

☐ Yes Fill in the information below.

**Part 11:**   **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.

■ Yes Fill in the information below.

| Debtor | **Launch Pad LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | | | **Current value of debtor's interest** |
|---|---|---|---|

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

**Potential claims against Nebra Ltd**                                             **Unknown**

| Nature of claim | **Breach of contract, tort** |
|---|---|
| Amount requested | **$0.00** |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**Setoff for refunds obtained through Stripe**                                     **$98,141.00**

| Nature of claim | |
|---|---|
| Amount requested | **$98,141.00** |

**Setoff of Zephyr claim**                                                        **$12,500.00**

| Nature of claim | **Breach of contract, tort** |
|---|---|
| Amount requested | **$0.00** |

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**

|  |
|---|
| **$110,641.00** |

Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor   **Launch Pad LLC**                                    Case number *(If known)* _____
_____
       Name

**Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2,024.96 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $11,540.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $146,480.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $750.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $110,641.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $271,435.96 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $271,435.96 |

**Fill in this information to identify the case:**

Debtor name __**Launch Pad LLC**__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF KENTUCKY__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

**2.1    Access Management, LLC**
Creditor's Name

**358 Westside Drive
Shepherdsville, KY 40165**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**04/21/2023**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Access Management, LLC
2. Brandon May**

**Describe debtor's property that is subject to a lien**
**10,320 antennas**                                                        **$40,770.00    $144,480.00**

**Describe the lien**
**UCC Financing Statement**
**Is the creditor an insider or related party?**
☐ No
☑ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2    Brandon May**
Creditor's Name

**3433 Hardwood Forest Drive
Louisville, KY 40214**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**04/21/2023**
Last 4 digits of account number

**Describe debtor's property that is subject to a lien**
**10,320 antennas**                                                        **$53,000.00    $144,480.00**

**Describe the lien**
**Non-Purchase Money Security**
**Is the creditor an insider or related party?**
☐ No
☑ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Debtor    **Launch Pad LLC**
_____
Name

Case number (*if known*) _____

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |
| **Specified on line 2.1** | |

---

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $93,770.00

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 2 of 2

**Fill in this information to identify the case:**

Debtor name **Launch Pad LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF KENTUCKY

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☑ No. Go to Part 2.

    ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>**Eric Aaltonen**<br>**125 Stonecliffe Aisle**<br>**Irvine, CA 92603**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ☑ No ☐ Yes | $708.50 |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>**Eric Aaltonen**<br>**125 Stonecliffe Aisle**<br>**Irvine, CA 92603**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ☑ No ☐ Yes | $461.75 |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>**Aaron Geib**<br>**93 Exton Avenue**<br>**North Arlington, NJ 07031**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ☑ No ☐ Yes | $63.46 |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>**Aaron Hope**<br>**202 N Becket St**<br>**Cary, NC 27513**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ☑ No ☐ Yes | $1,309.52 |

53128

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$808.66** |
|---|---|---|---|

**Aaron Hubert**
**2248 71st Ave**
**Mercer Island, WA 98040**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$744.23** |
|---|---|---|---|

**Aaron Lee**
**P.O. Box 1116**
**Woodacre, CA 94973**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$712.99** |
|---|---|---|---|

**Aaron Loo**
**14 Castlehill Avenue**
**Greenvale VIC 3059**
**AUSTRAILA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,408.44** |
|---|---|---|---|

**Aaron Nguyen**
**16 Elderwood**
**Aliso Viejo, CA 92656**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,049.52** |
|---|---|---|---|

**Aaron Oswald**
**815 Garfield Avenue**
**Bay City, MI 48708**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$724.30** |
|---|---|---|---|

**Aaron Penland**
**4861 Kiowa Rd**
**Redding, CA 96001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$802.07** |
|---|---|---|---|

**Aaron Rogers**
**32459 Whispering Glen Trl**
**Wildomar, CA 92595**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.12** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,748.70**

Aaron Shaw
Nebra Ltd
Unit 4 Bells Yew Green Business Court
East Sussex ENG TN3 9BJ
UNITED KINGDOM

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$713.78**

Aaron Steinke
Felix-Dahn-Strasse 1
Dachau  85221
GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$69.00**

Aaron Steinke
Felix-Dahn-Strasse 1
Dachau  85221
GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$743.88**

Aaron Van Sambeek
1575 Eagles Nest Lane
Gilroy, CA 95020

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,458.32**

Abagail Dempsey
33 Ridley Road
London ENG E7 0LU
UNITED KINGDOM

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$659.52**

Jonas Abaya
13011 River Springs Way
Jacksonville, FL 32224

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$681.72**

Abdallah Mouallem
18007 77 St Nw
Edmonton AB T5Z 0L1
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.19**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $886.67 |
|---|---|---|
| **Abdellah El Badaoui**<br>**Via Donatori Del Sangue 13**<br>**Apartament 6**<br>**Pieve Di Soligo TV 31053**<br>**ITALY** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.20**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $934.51 |
|---|---|---|
| **Abdellatif Fathellah**<br>**Aspholmsvagen 37, #1302**<br>**Skarholmen  127 45**<br>**SWEDEN** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.21**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,114.52 |
|---|---|---|
| **Mustafa Abderrahman**<br>**18 Anderson Ridge Road**<br>**Catonsville, MD 21228** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.22**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $511.11 |
|---|---|---|
| **Abdi Barre**<br>**11 Blake Place**<br>**Birmingham ENG B9 5QX**<br>**UNITED KINGDOM** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.23**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $430.52 |
|---|---|---|
| **Abdul Cheema**<br>**3469 Belfry Ln**<br>**Woodbridge, VA 22192** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.24**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19.00 |
|---|---|---|
| **Abdul Masri**<br>**838 Damien Way**<br>**Mississauga ON L5C 3H3**<br>**CANADA** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.25**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $806.83 |
|---|---|---|
| **Abdul Rashid**<br>**44 Berners Close**<br>**Coventry ENG CV4 9LY**<br>**UNITED KINGDOM** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $899.41 |
|---|---|---|---|

**Abdula Omarov Omarov**
Egeou 13
Athens  17234
GREECE

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $848.04 |
|---|---|---|---|

**Abdullah El Shazly**
Dxb 16426, Aramex Uk, Galleymead Rd Coln
Dxb 16426, Berkshire
Slough ENG SL3 0EN
UNITED KINGDOM

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,809.87 |
|---|---|---|---|

**Abdullah Kamal**
Salwa, Block # 12, Street # 1, House # 1
Salwa  25612
KUWAIT

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $689.21 |
|---|---|---|---|

**Abdur Rehman Raja**
7133 Triumph Lane
-
Mississauga ON L5N 0C5
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $911.17 |
|---|---|---|---|

**Joe F Abel**
1775 Calle Tierra Vista
Camarillo, CA 93010

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $456.83 |
|---|---|---|---|

**Abhishek Sahai**
9 Cape Club Dr
Sharon, MA 02067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,087.84 |
|---|---|---|---|

**Abian Mahn**
Loffelstrasse 1
Stade  21682
GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$675.93**

**Abigail And Gajes**
9316 173 St Nw
Edmonton AB T5T3C5
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$659.14**

**Abitsaid Garcia**
3426 Country View
Schertz, TX 78108

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$723.63**

**Aboubacar Konde**
8480 Rue Jean-Brillon
A-201
Lasalle QC H8N2P6
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$430.52**

**Abraham Perez**
1802 Ennis Joslin Road #138
Corpus Christi, TX 78412

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,442.55**

**Andrew Abranches**
273 Firestone Drive
Walnut Creek, CA 94598

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,856.83**

**Andrew Abranches**
273 Firestone Dr
Walnut Creek, CA 94598-3647

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,400.78**

**Ace Tilson**
34 Woodhead Dr
Lake Villa, IL 60046

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$430.52**

Katrina Acosta
7554 Stirling Rd
Apt 207
Hollywood, FL 33024

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,821.15**

Adalbert Jahnz
Kluisstraat 48
Elsene  1050
BELGIUM

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$817.49**

Adam Baran
4059 Mesa Rd
Niebla Hall 301C
Irvine, CA 92617

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$659.52**

Adam Brinn
5906 Castle Rock Road
Cave Spring, VA 24018

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,272.52**

Adam Chubbuck
3015 Aransas Road
Charlotte, NC 28214

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$510.64**

Adam Czajkowski
63 Redwood Drive
Burntwood ENG WS72AS
UNITED KINGDOM

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$687.99**

Adam Dall
25 Clara Street
Mayfield East NSW 2304
AUSTRAILA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Launch Pad LLC**
_____    Case number *(if known)* _____
Name

| | | |
|---|---|---|
| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $501.65 |

**Adam Doench**
**14414 Allegan Street**
**Whittier, CA 90604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $472.27 |

**Adam Doench**
**14414 Allegan Street**
**Whittier, CA 90604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $688.14 |

**Adam Envoldsen**
**1487 Berkley Dr Nw**
**Calgary AB T3K1T7**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $1,408.87 |

**Adam Freilich**
**2160 Skyline Dr**
**Fullerton, CA 92831**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $725.06 |

**Adam Jonker**
**1742 Sessions Walk**
**Hoffman Estates, IL 60169**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $805.98 |

**Adam Jordan**
**82 Bonar Street, #46**
**Wolli Creek NSW 2205**
**AUSTRAILA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $430.52 |

**Adam Kaplan**
**100 Islington Street**
**Apt. 2**
**Portsmouth, NH 03801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $430.52 |
|---|---|---|---|

**Adam Kaplan**
**100 Islington Street**
**Apt. 2**
**Portsmouth, NH 03801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $446.88 |
|---|---|---|---|

**Adam Kaston**
**127 Eberts St**
**Victoria BC V8S3H8**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,465.39 |
|---|---|---|---|

**Adam Kivi**
**5716 Kendrick Lane**
**Cumming, GA 30041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $827.66 |
|---|---|---|---|

**Adam Lawrence**
**1111 Myrtle St**
**Austin, TX 78702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,862.02 |
|---|---|---|---|

**Adam Lichterman**
**3201 Cove Road**
**Jupiter, FL 33469**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $627.02 |
|---|---|---|---|

**Adam Lichterman**
**6211 Michael Street**
**Jupiter, FL 33458**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $450.94 |
|---|---|---|---|

**Adam Maal**
**29 South Fairknoll Place**
**Pueblo West, CO 81007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.61** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,057.64**

**Adam Merretz**
**4283 Express Lane**
**Suite 3713-710**
**Sarasota, FL 34240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.62** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,405.15**

**Adam Mickles**
**6703 Ditman Street**
**Philadelphia, PA 19135-2221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.63** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$712.28**

**Adam Mickles**
**6703 Ditman Street**
**Philadelphia, PA 19135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.64** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$680.29**

**Adam Moskovitz**
**105 Norway Rd**
**Bangor, ME 04401-5818**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.65** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$463.85**

**Adam Park**
**6117 Kings Canyon Drive**
**Bakersfield, CA 93306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.66** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$473.15**

**Adam Radomski**
**60 Cambridge Avenue**
**Streamwood, IL 60107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.67** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,362.99**

**Adam Rappolt**
**52 South Creek Road**
**Dee Why NSW 2099**
**AUSTRAILA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $849.32 |
|---|---|---|---|

**Adam Rosen**
**131 Northeast 56th Street**
**Newport, OR 97365**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $659.52 |
|---|---|---|---|

**Adam Saleh**
**5747 Lawndale St**
**Apt. A**
**Detroit, MI 48210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,709.52 |
|---|---|---|---|

**Adam Schlain**
**2110 Marina Shores Drive, #414**
**Virginia Beach, VA 23451**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,618.37 |
|---|---|---|---|

**Adam Schulz**
**Zahnbrecherweg 16**
**Munich  81929**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,104.42 |
|---|---|---|---|

**Adam Sipthorpe**
**51 Sycamore Close**
**Taunton ENG TA1 2QJ**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $510.49 |
|---|---|---|---|

**Adam Sonny Levene**
**14 Greenways**
**Eaton ENG NR4 6PE**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $791.06 |
|---|---|---|---|

**Adam Walczyk**
**403 Maitland St**
**Bel Air, MD 21014-3924**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,284.52 |
|---|---|---|---|

**Adam Wrobel**
**44360 Manitou Dr**
**Clinton Twp, MI 48038**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,352.42 |
|---|---|---|---|

**Adan Villamarin**
**Route De Cossonay 63**
**Prilly  1008**
**SWITZERLAND**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $720.42 |
|---|---|---|---|

**Ade Adeyokunnu**
**405 Hurst St**
**Bridgeport, PA 19405**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $837.31 |
|---|---|---|---|

**Adem Kocaturk**
**Adickesstrasse 25**
**Berlin  13599**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $765.89 |
|---|---|---|---|

**Adham Fares**
**10 Hybrid House, Bromyard Avenue**
**10 Hybrid House**
**London ENG W3 7JU**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,244.52 |
|---|---|---|---|

**Thag Adhikari**
**5401 Chimney Rock Road**
**Apt 788**
**Houston, TX 77081**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $430.52 |
|---|---|---|---|

**Adil Ashraf**
**13626 Nearpoint Ln**
**Tomball, TX 77377**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,648.69** |
|---|---|---|---|

**Adil Serbouti**
**4 Avenue De Benouville**
**Waterloo  1410**
**BELGIUM**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$732.60** |
|---|---|---|---|

**Adnan Abid**
**401 Mahogany Crt SE**
**Calgary AB T3M 0T6**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,427.99** |
|---|---|---|---|

**Adnan Alsamari**
**3792 Atlantic Avenue**
**Fairport, NY 14450**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$879.09** |
|---|---|---|---|

**Adnan Renjbal**
**De Bruynlaan 128, #301**
**Antwerpen  2610**
**BELGIUM**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$409.47** |
|---|---|---|---|

**Muhammad Adnan**
**5340 Holmes Run Pkwy**
**Unit 1019**
**Alexandria, VA 22304**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$713.52** |
|---|---|---|---|

**Adrian Abeyta**
**8650 Southwestern Blvd**
**Apt 2626**
**Dallas, TX 75206**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,172.19** |
|---|---|---|---|

**Adrian Agnic**
**Put Mavaraice 27**
**Okrug Gornji  21223**
**CROATIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.89** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$659.14**

Adrian Carrasco
11504 Misty Ridge Drive
Roanoke, TX 76262

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.90** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$681.72**

Adrian Codirenzi
10620 Oakfield Drive Southwest
Calgary AB T2W 2A9
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.91** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,190.66**

Adrian Gladysz
Trelder Weg 5
Adris Garten Und Landschaftsbau
Hamburg  21079
GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.92** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,344.50**

Adrian Gladysz
Trelder Weg 5
Adris Garten Und Landschaftsbau
Hamburg  21079
GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.93** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,344.43**

Adrian Gladysz
Trelder Weg 5
Adris Garten Und Landschaftsbau
Hamburg  21079
GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.94** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$716.92**

Adrian Gordon
18640 E. 46th Ave
Denver, CO 80249

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.95** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$658.87**

Adrian Kadue
7120 Mark Terrace Drive
Minneapolis, MN 55439

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Launch Pad LLC | Case number (if known) |
|---|---|---|
| | Name | |

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $684.52 |
|---|---|---|---|

**Adrian Laird**
**12919 Woodleigh Avenue**
**Tampa, FL 33612**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $873.00 |
|---|---|---|---|

**Adrian Lica**
**Calea Galati Nr 366**
**Bloc I-3 Scara 1 Etaj 1 Apartament 7**
**Braila BR 810362**
**ROMANIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $873.00 |
|---|---|---|---|

**Adrian Lica**
**Calea Galati Nr 366**
**Bloc I-3 Scara 1 Etaj 1 Apartament 7**
**Braila BR 810362**
**ROMANIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $778.50 |
|---|---|---|---|

**Adrian Spinu**
**Str Nicolae Oncescu 9A**
**Bloc 110,Sc 1,Et 4,Ap 24,Interfon 24C**
**Bucharest B 60463**
**ROMANIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,209.07 |
|---|---|---|---|

**Adryana Giraldo**
**Via Altovizza 6**
**San Pietro Al Natisone UD 33049**
**ITALY**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $430.52 |
|---|---|---|---|

**Afam Oyibo**
**835 Washington Street**
**Apt 306**
**Buffalo, NY 14203**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $724.76 |
|---|---|---|---|

**Abraham Aguilar**
**15413 Longworth Avenue**
**Norwalk, CA 90650**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.103** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,101.30**

Ahmad Al Sahli
Herzogstrasse 15
Heiligenhaus  42579
GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.104** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,079.42**

Ahmad Alaatr
Alboran 6
Ceuta CE 51002
SPAIN

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.105** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,492.93**

Ahmad Alhuraiz
Aramex Uk, Galleymead Rd Colnbrook
Dxb 1349221
Slough, Berkshire ENG SL3 0EN
UNITED KINGDOM

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.106** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$889.51**

Ahmad Assi
H  Gewiesen 116
Hannover  30657
GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.107** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$778.50**

Ahmad Omar
Strada Pacurari Nr108
Iasi IS
ROMANIA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.108** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,848.62**

Amir Ahmari
386 Fontanelle Drive
San Jose, CA 95111

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.109** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$765.86**

Ahmed Abobakr
Avenue Du Lignon 9
Geneve  1219
SWITZERLAND

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Launch Pad LLC**
_____    Case number _(if known)_ _____
          Name

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $950.48 |
|---|---|---|---|

**Ahmed Alkhaja**
**Ahmed Alkhaja, Aramex Uk, Galleymead Rd**
**Dxb 1031756**
**Slough, Berkshire ENG SL3 0EN**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $716.61 |
|---|---|---|---|

**Ahmed Alquthami**
**1301 N Troy St, #401**
**Arlington, VA 22201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $865.45 |
|---|---|---|---|

**Ahmed Desouky**
**Alteburgstrasse**
**115/3**
**Reutlingen  72762**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $871.28 |
|---|---|---|---|

**Ahmed Halayqa**
**61 Playfire Tree**
**Milton ON L9T0S5**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $871.28 |
|---|---|---|---|

**Ahmed Hussain**
**1580 Major Oaks Road**
**Pickering ON L1X 2J7**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $923.61 |
|---|---|---|---|

**Ahmed Khannaji**
**Eimerssingel-West 46**
**Arnhem  6832 EV**
**NETHERLANDS**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $681.90 |
|---|---|---|---|

**Ahmed Koka**
**2100 Camilla Rd, #405**
**Mississauga ON L5A 2J8**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.117** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$930.75**

**Ahmed Nadhim Lutfi**
**Tomvagen 7**
**Sigtuna  193 91**
**SWEDEN**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.118** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$430.14**

**Ahmed Sheikh**
**6812 Revere Drive**
**Mckinney, TX 75071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.119** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,087.84**

**Ahmet Topal Hasan**
**Vinzenzstrasse 34**
**Burstadt  68642**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.120** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$735.78**

**Aidan Babcock**
**440 Clark Street Extended**
**Groton, NY 13073**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.121** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$576.71**

**Aiga Mali**
**Slomskova Ulica 3**
**Rogatec  3252**
**SLOVENIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.122** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$732.67**

**Daud Akhtar**
**8131 Nunavut Lane**
**Suite 601**
**Vancouver BC V5X 0E2**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.123** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$754.27**

**Al Daraan**
**935 West Sunnyside Avenue**
**3N**
**Chicago, IL 60640**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.124**

**Nonpriority creditor's name and mailing address**

**Al Al-Aride**
**3 Oakwood Park Road**
**London ENG N146QB**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,502.59**

---

**3.125**

**Nonpriority creditor's name and mailing address**

**Alan Jaffrey**
**25 Lone Pine Squarelone**
**Bacchus Marsh VIC 3340**
**AUSTRAILA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,236.60**

---

**3.126**

**Nonpriority creditor's name and mailing address**

**Alan Kuramoto**
**3401 Grant Park Drive**
**Carmichael, CA 95608**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,109.25**

---

**3.127**

**Nonpriority creditor's name and mailing address**

**Alan Lok**
**808 S Cailfornia St**
**San Gabriel, CA 91776**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$3,705.63**

---

**3.128**

**Nonpriority creditor's name and mailing address**

**Alan Munda**
**Via Morella 6**
**Davesco-Soragno  6964**
**SWITZERLAND**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,485.68**

---

**3.129**

**Nonpriority creditor's name and mailing address**

**Alan Sardinha**
**80 Mackay Avenue**
**Toronto ON M6H 2N8**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$675.93**

---

**3.130**

**Nonpriority creditor's name and mailing address**

**Alastair Hatfield**
**44 Swift Street**
**Dunfermline SCT KY11 8SN**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$787.64**

---

Debtor **Launch Pad LLC**
_____
Name

Case number (if known) _____

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $768.18 |

**Alastair McGhee**
**22 Union Hall Road**
**Newcastle Upon Tyne ENG NE15 8AB**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $672.67 |

**Abdullah Albalawi**
**4295 Express Lane**
**Sarasota, FL 34249**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $760.15 |

**Alban Shehi**
**149A Cornwall Road**
**Ruislip ENG HA46AG**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $745.08 |

**Albert Doran**
**5606 Winter Star Ct**
**Las Vergas, NV 89141**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,402.37 |

**Albert Haro**
**6323 Lookout Pass Way**
**Rocklin, CA 95765**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $732.44 |

**Albert Jones**
**435 Pine Valley Drive**
**Bridgeville, PA 15017**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $576.81 |

**Albert Koe**
**Tweemolentjeskade 11**
**Delft  2612 XW**
**NETHERLANDS**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.138** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$715.00**

**Albert Nguyen**
**340 Lantana Drive**
**Stanton, CA 90680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.139** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$781.14**

**Albert Quiroga**
**11576 Pearland Pkwy**
**Apt 1208**
**Houston, TX 77089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.140** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,924.75**

**Alberta Sotomayor**
**5050 Biscayne Blvd, #101**
**Miami, FL 33137**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.141** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$430.52**

**Alberto Bassotti**
**1488 NW 158th Lane**
**Pembroke Pines, FL 33028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.142** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,359.52**

**Alberto Mendez**
**2842 Ohio Street**
**West Palm Beach, FL 33406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.143** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$711.75**

**Albir Alyas**
**772 Glenpine Court**
**Tracy, CA 95377**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.144** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,552.00**

**Aldea Ionut**
**Bd. Unirii, Bl. 19 H, Ap. 7**
**Buzau BZ 120013**
**ROMANIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Launch Pad LLC**
_____    Case number *(if known)* _____
Name

| 3.145 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$700.38** |
|---|---|---|---|

**Aldo Ocampo**
**Calle 81A #163 Entre 14 Por 16 Col.Morel**
**Merida YUC 97174**
**MEXICO**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset?  ☐ No   ☐ Yes

---

| 3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$430.14** |
|---|---|---|---|

**Alec Johnson**
**13110 West 137th Court**
**Overland Park, KS 66221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset?  ☐ No   ☐ Yes

---

| 3.147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$683.22** |
|---|---|---|---|

**Alejandro Cortes Guzman**
**Francisco Pimentel 87**
**C511 Colonia San Rafael**
**Mexico City DF 6470**
**MEXICO**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset?  ☐ No   ☐ Yes

---

| 3.148 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$683.22** |
|---|---|---|---|

**Alejandro Cortes Guzman**
**Francisco Pimentel 87**
**C511 Colonia San Rafael**
**Mexico City DF 6470**
**MEXICO**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset?  ☐ No   ☐ Yes

---

| 3.149 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,608.12** |
|---|---|---|---|

**Alejandro Gonzalez**
**4721 Avenida Del Diablo**
**Las Vegas, NV 89121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.150 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$703.21** |
|---|---|---|---|

**Alejandro Mendoza**
**1407 70th Street**
**North Bergen, NJ 07047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.151 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,955.40** |
|---|---|---|---|

**Alejandro Suarez**
**10510 Southwest 145th Avenue**
**Miami, FL 33186**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No   ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.152** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$717.08**

**Alejandro Trejo Garcia**
**Calle Emiliano Zapata 3**
**San Francisco Zacalco MEX 55680**
**MEXICO**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.153** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,608.87**

**Alejandro Velasquez**
**4977 N Louis River Way**
**Tucson, AZ 85718**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.154** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$657.32**

**Aleks Stefanova**
**3720 South Bond Ave, #1918**
**Portland, OR 97239**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.155** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$710.25**

**Aleksandar Arsenijevic**
**93 Vitosa Blvd.**
**Mag. Oikos Bg Ood**
**Sofia  1408**
**BULGARIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.156** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$973.11**

**Aleksandar Gavrilov**
**Ulica 4, Bardovci, Karposh, #283**
**Skopje  1000**
**NORTH MACEDONIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.157** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$762.72**

**Aleksandar Gjakovski**
**3 Makedonska Brigada Br33-1/12**
**Skopje  1000**
**NORTH MACEDONIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.158** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$890.33**

**Aleksandar Jovcic**
**Kralja Milana Obrenovica, 1/47**
**Pancevo  26000**
**SERBIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.159** | Nonpriority creditor's name and mailing address

Aleksandar Radovanovic
418 East 81st Street
1B
New York, NY 10028

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$430.52**

---

**3.160** | Nonpriority creditor's name and mailing address

Aleksandar Radovanovic
418 East 81st Street
1B
New York, NY 10028

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$430.52**

---

**3.161** | Nonpriority creditor's name and mailing address

Aleksandar Tasev
Trapezitsa 4, #3
Sofia  1000
BULGARIA

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$710.31**

---

**3.162** | Nonpriority creditor's name and mailing address

Aleksander Ryvkin
3672 Palm Crest Drive
Highland, CA 92346

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$708.50**

---

**3.163** | Nonpriority creditor's name and mailing address

Ales Palchevskiy
61 Cavan Crescent
Sherwood Park AB T8H 2K6
CANADA

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$688.40**

---

**3.164** | Nonpriority creditor's name and mailing address

Alessandro Cinque
Reichsstrasse 9
Piccolo Mondo Restaurant
Berlin  14052
GERMANY

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,022.71**

---

**3.165** | Nonpriority creditor's name and mailing address

Alessandro De Loos
Groenhovenstraat 17
Leiden  2311 BT
NETHERLANDS

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,140.33**

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.166** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$430.52**

**Alessandro Mendez**
95-273 Waikalani Drive
Apt. D1204
Mililani, HI 96789

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.167** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,923.20**

**Alessio Maddalena**
Via Colligiana 67
Ponte Buggianese PT 51019
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.168** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$708.50**

**Alex Beyer**
P.O. Box 1418
Lincoln, CA 95648

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.169** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$511.66**

**Alex Brumaru**
55 Matlock Road
London ENG E106BU
UNITED KINGDOM

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.170** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,866.68**

**Alex Costanzo**
233 East Walton Place #9
Chicago, IL 60611

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.171** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$770.45**

**Alex Desnoyers**
1981 Blvd De P  Rigny
Chambly QC J3L 4C3
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.172** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,329.33**

**Alex Dietz**
6 Melchior Drive
Toronto ON M1E3W4
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.173** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$689.52**

Alex Drako
18232 Northwest 27th Avenue
Box 143
Miami Gardens, FL 33056

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.174** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$709.96**

Alex Gonzales
1478 E. Palisade Dr.
Fresno, CA 93720

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.175** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,443.25**

Alex Gonzalez
24145 Horton Court
Moreno Valley, CA 92553

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.176** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$429.12**

Alex Guisasola
5433 Jackpot Winner Ln #103
Las Vegas, NV 89122

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.177** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$659.52**

Alex Juchniewicz
5410 Nobel Earl Court
Katy, TX 77493

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.178** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$708.50**

Alex Liu
1764 Summerwood Dr.
Fullerton, CA 92833

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.179** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$430.52**

Alex Makepeace
250 West 19th Street
Apt 1B
New York, NY 10011

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.180** | Nonpriority creditor's name and mailing address
**Alex Martnez**
**14439 Oakshire Blvd**
**Orlando, FL 32824-5263**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$677.89**

---

**3.181** | Nonpriority creditor's name and mailing address
**Alex McIlveen**
**112 Long Lane**
**Nottingham ENG NG9 6BW**
**UNITED KINGDOM**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$760.62**

---

**3.182** | Nonpriority creditor's name and mailing address
**Alex McLaren**
**Nordic House**
**Baltic Quay**
**Grangemouth SCT FK3 8TX**
**UNITED KINGDOM**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$835.97**

---

**3.183** | Nonpriority creditor's name and mailing address
**Alex Nitz**
**37908 21st Pl S**
**Federal Way, WA 98003**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$471.59**

---

**3.184** | Nonpriority creditor's name and mailing address
**Alex Nunnally**
**12616 Apache Pl NE**
**Albuquerque, NM 87112-3610**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$676.17**

---

**3.185** | Nonpriority creditor's name and mailing address
**Alex Palacios**
**305 E Goodlander Rd**
**Selah, WA 98942**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$726.21**

---

**3.186** | Nonpriority creditor's name and mailing address
**Alex Pinedo**
**26051 Enterprise Way**
**Suite 400**
**Lake Forest, CA 92630**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$429.12**

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.187** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$741.58**

**Alex Posada**
**8169 Mt Vernon Street**
**Lemon Grove, CA 91945**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.188** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$665.56**

**Alex Smith**
**170 6E Blvd, Unit A**
**Terrasse-Vaudreuil QC J7V 8W8**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.189** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$619.44**

**Alex Vakouftsis**
**Thoukididi 3**
**Maniaki Kastoria  52100**
**GREECE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.190** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$903.76**

**Alex Van Der Horst**
**Schuilenburg 43**
**Dordrecht  3328 CJ**
**NETHERLANDS**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.191** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,861.64**

**Alex Williamson**
**2912 Tucson Drive**
**Cedar Falls, IA 50613**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.192** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,372.24**

**Alex Workman**
**15 Drodges Close**
**Bramley ENG GU50AA**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.193** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$706.72**

**Alexander Azimov**
**43 Barli Cres**
**Maple ON L6A 4S2**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.194** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$837.28**

**Alexander Bastron**
**John-F.-Kennedy-Strasse**
**Zweibrucken  66482**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.195** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$564.08**

**Alexander Brix**
**Worthstrasse 38**
**Munich  81667**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.196** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$719.88**

**Alexander Burov**
**17618 Collins Street**
**Encino, CA 91316**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.197** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$815.34**

**Alexander Den Olden**
**Adelheidstraat 80**
**The Hague  2595 EE**
**NETHERLANDS**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.198** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,660.81**

**Alexander Grillwitzer**
**Dr. Josef-Weigl-Strasse 18**
**Simbach Am Inn  84359**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.199** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,487.26**

**Alexander Heidt**
**Robert-Koch-Str. 27**
**Hac Ventures Ug (Haftungsbeschraenkt)**
**Grunwald  82031**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.200** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,622.96**

**Alexander Heigl**
**Grunauer Allee 39**
**Unterhaching  82008**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.201** | Nonpriority creditor's name and mailing address

**Alexander Leung**
**1411 West 62nd Avenue**
**Vancouver BC V6P6G3**
**CANADA**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$732.67**

---

**3.202** | Nonpriority creditor's name and mailing address

**Alexander Litster**
**8409 Talbot Street Apartment**
**B52**
**Kew Gardens, NY 11415**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$1,309.52**

---

**3.203** | Nonpriority creditor's name and mailing address

**Alexander Massold**
**Bergstrasse 18**
**Enw Energie Westerwald Ug**
**Kaden  56459**
**GERMANY**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$1,086.95**

---

**3.204** | Nonpriority creditor's name and mailing address

**Alexander Mazzone**
**1205 Reserve Way**
**Unit 106**
**Naples, FL 34105**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$656.72**

---

**3.205** | Nonpriority creditor's name and mailing address

**Alexander Mill**
**8 Moonya Ave, Seacombe Gardens Sa, Austr**
**Seacombe Gardens SA 5047**
**AUSTRAILA**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$752.46**

---

**3.206** | Nonpriority creditor's name and mailing address

**Alexander Oliynyk**
**1940 Mills Circle**
**Las Vegas, NV 89106**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$745.08**

---

**3.207** | Nonpriority creditor's name and mailing address

**Alexander Ranjhan**
**278 Highland Ave**
**Winchester, MA 01890**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$456.83**

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.208** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$564.11**

**Alexander Rosswog**
**Holderstrasse 18**
**Ludwigsburg  71640**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.209** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,221.54**

**Alexander Seyfert**
**4183 24th St**
**San Francisco, CA 94114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.210** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$430.52**

**Alexander Stulic**
**4634 Mill Water Xing**
**Douglasville, GA 30135-4184**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.211** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$459.04**

**Alexander Wergin**
**430 Meeker Street**
**South Orange, NJ 07079**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.212** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$743.65**

**Amy Alexander**
**2517 33rd Avenue South**
**Seattle, WA 98144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.213** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$672.59**

**Harry Alexander**
**129 Firethorn Road**
**Baden, PA 15005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.214** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$774.68**

**Alexandre Derouin**
**230 12E Avenue, Saint-Jean-Sur-Richelieu**
**Saint-Jean-Sur-Richelieu QC J2X 1E1**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.215 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $709.25 |
|---|---|---|---|

**Alexandre Guittard**
**7085 Charmant Drive**
**Apt 35**
**San Diego, CA 92122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.216 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,687.89 |
|---|---|---|---|

**Alexandre Rodeira**
**Autodromo, Sitio Do Escampadinho**
**Mexilhoeira Grande**
**Portimao PT-08 8500-148**
**PORTUGAL**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.217 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,311.17 |
|---|---|---|---|

**Alexandre Voisard-Lepine**
**6090 Rue B  Lair**
**Brossard QC J4Z 1Z7**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.218 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,427.99 |
|---|---|---|---|

**Alexandria Lynch**
**34 Rugby Rd**
**Binghamton, NY 13905**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.219 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,609.52 |
|---|---|---|---|

**Alexandro Armour**
**800 Corporate Drive #301**
**Stafford, VA 22554**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $899.79 |
|---|---|---|---|

**Alexandro Scalese**
**Hasengartenstrasse 30A**
**Wiesbaden  65189**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $862.05 |
|---|---|---|---|

**Alexandros Charalambous**
**Andrea Kariou 11**
**Nicosia  2024**
**CYPRUS**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.222 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $851.52 |
|---|---|---|---|

**Alexannie Kairupan**
**74-44 43rd Avenue**
**Elmhurst, NY 11373**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $564.08 |
|---|---|---|---|

**Alexey Neyman**
**Schellingstr. 109**
**Munich  80798**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $689.21 |
|---|---|---|---|

**Alexis Audoin**
**37 16 Rue**
**Montreal QC H8Y 1N8**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $675.93 |
|---|---|---|---|

**Alexis Metz**
**8880 Horton Road Sw, #1420**
**Calgary AB T2V 2W3**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $721.23 |
|---|---|---|---|

**Alexis Portmann**
**Kistlerstrasse 48**
**Bolligen  3065**
**SWITZERLAND**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,183.87 |
|---|---|---|---|

**Alexsander Miller**
**1730 North Frances Blvd**
**Tucson, AZ 85712**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $717.55 |
|---|---|---|---|

**Alexsander Tsamkiranis**
**9303 Salish Court**
**Unit 110 Buzzer 3010**
**Burnaby BC V3J 7B7**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.229 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $717.55 |
|---|---|---|---|

**Alexsander Tsamkiranis**
**9303 Salish Court**
**Unit 110 Buzzer 3010**
**Burnaby BC V3J 7B7**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim: __**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,625.83 |
|---|---|---|---|

**Alfio Licciardello**
**Via Fondannone 90 C**
**Aquilo S.R.L**
**Linera CT 95010**
**ITALY**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim: __**

**Last 4 digits of account number __**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.231 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $659.52 |
|---|---|---|---|

**Alfred Cobbs**
**1200 Hawkins Wood Circle**
**Midlothian, VA 23114**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim: __**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $689.52 |
|---|---|---|---|

**Alfred Cobbs**
**1200 Hawkins Wood Circle**
**Midlothian, VA 23114**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim: __**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,497.13 |
|---|---|---|---|

**Alfredo Montalvo**
**151 W Passaic Ave**
**Bloomfield, NJ 07003**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim: __**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $703.21 |
|---|---|---|---|

**Abdel Alfroukh**
**1702 Hessian Drive**
**Monroe, NJ 08094**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim: __**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $743.23 |
|---|---|---|---|

**Algirdas Semenas**
**Gar  V  S G. 9**
**Kaunas  LT-45479**
**LITHUANIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim: __**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.236** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,030.56**

**Ali Akarsu**
**38 Academia Way**
**London ENG N17 8HE**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.237** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,142.35**

**Ali Alumari**
**16 Camarel Cres**
**Toronto ON M1K 5B7**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.238** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,135.43**

**Ali Askari**
**2857 Paradise Road, #204**
**Las Vegas, NV 89109**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.239** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$712.99**

**Ali Bagheri**
**23 Cary Street**
**Baulkham Hills NSW 2153**
**AUSTRAILA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.240** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$712.99**

**Ali Bagheri**
**23 Cary Street**
**Baulkham Hills NSW 2153**
**AUSTRAILA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.241** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$699.13**

**Ali Daryal**
**8537 W Catalpa Ave**
**Chicago, IL 60656**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.242** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$871.33**

**Ali Malik**
**600 Smith Avenue**
**112 C**
**Coquitlam BC V3J 2W4**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.243** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$889.50**

Ali Maz
Fischerstrasse 52
Duisburg  47055
GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.244** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$925.82**

Ali Raza
Groenewalstraat 31
Gent  9000
BELGIUM

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.245** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$951.89**

Aliah Amjad
11 Cromwell Road
Hayes  ENG UB3 2PT
UNITED KINGDOM

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.246** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$827.29**

Alice Clanet
Rua Julio Dinis 947 4o esq
Porto PT-13 4050-327
PORTUGAL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.247** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$720.34**

Alicia Allen
1216 Chicago Drive South West
Wyoming, MI 49509

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.248** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$738.81**

Alija Mendar
Rue Du Lac 136
Clarens  1815
SWITZERLAND

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.249** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$752.74**

Alik Tsiupa
6919 Teesdale Avenue
Los Angeles, CA 91605

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Launch Pad LLC**
_____    Case number *(if known)* _____
Name

| 3.250 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $849.94 |
|---|---|---|---|

**Alina Mackowiak**
**Rue Docteur Dryepondt 25**
**Etterbeek  1040**
**BELGIUM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.251 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,325.50 |
|---|---|---|---|

**Alina Parvu**
**Bld. Marea Unire Nr. 17**
**Bl. U5, Ap. 20**
**Galati GL 800329**
**ROMANIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

| 3.252 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $740.04 |
|---|---|---|---|

**Amir Alipourskandani**
**2205 W 11th St, #413**
**Houston, TX 77008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.253 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,413.40 |
|---|---|---|---|

**Alison Volken**
**1711 140 Street, #18**
**Surrey BC V4A 4H1**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.254 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $679.66 |
|---|---|---|---|

**Allan Garcia**
**5772 Garden Grove Blvd, #292**
**Westminster, CA 92683**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.255 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $593.07 |
|---|---|---|---|

**Allan Jensen**
**C/O All-Travel**
**Nr. Trandersvej 27**
**Aalborg  9000**
**DENMARK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.256 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $472.27 |
|---|---|---|---|

**Aaron Allar**
**1811 1/2 E Ocean Blvd**
**Unit B**
**Long Beach, CA 90802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.257** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$684.52**

Allen Flower
486 Windemere Dr.
Aberdeen, MD 21001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.258** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$871.33**

Allen McDonald
1603-233 Robson Street
Vancouver BC V6B 0E8
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.259** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,389.84**

Allwyn Mathew
141 Silverthorn Rd Nw
Unit 4107
Calgary AB T3B 5H5
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.260** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$689.52**

Abdulhameed Almohammedsaleh
1717 N Bayshore Dr
Apt. 1655
Miami, FL 33132

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.261** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$754.27**

Ahmad Alomari
8422 W Berwyn Ave
Fl 1
Chicago, IL 60656

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.262** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$873.23**

Jawad Alomari
Filipijnen 297
Utrecht  3524 JM
NETHERLANDS

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.263** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$408.82**

Andrew Altman
7502 Countryside Drive
Amarillo, TX 79119

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Launch Pad LLC** | | Case number *(if known)* | |
| | Name | | | |

| 3.264 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $719.88 |
|---|---|---|---|
| | **Hakop Altunyan** | ☐ Contingent | |
| | **10861 Oro Vista Avenue** | ☐ Unliquidated | |
| | **Los Angeles, CA 91040** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.265 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $746.78 |
|---|---|---|---|
| | **Bernard Alvarado** | ☐ Contingent | |
| | **1390 Market Street** | ☐ Unliquidated | |
| | **Apt 1613** | ☐ Disputed | |
| | **San Francisco, CA 94102** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.266 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $838.66 |
|---|---|---|---|
| | **Matias Damian Alvarez** | ☐ Contingent | |
| | **5459 Northwest 72nd Avenue** | ☐ Unliquidated | |
| | **Miami, FL 33166** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.267 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,319.80 |
|---|---|---|---|
| | **Matias Damian Alvarez** | ☐ Contingent | |
| | **5459 Northwest 72nd Avenue** | ☐ Unliquidated | |
| | **Miami, FL 33166** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.268 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,319.80 |
|---|---|---|---|
| | **Matias Damian Alvarez** | ☐ Contingent | |
| | **5459 Northwest 72nd Avenue** | ☐ Unliquidated | |
| | **Miami, FL 33166** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.269 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $840.23 |
|---|---|---|---|
| | **Matias Damian Alvarez** | ☐ Contingent | |
| | **5459 Northwest 72nd Avenue** | ☐ Unliquidated | |
| | **Miami, FL 33166** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.270 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $871.28 |
|---|---|---|---|
| | **Alyson Char** | ☐ Contingent | |
| | **2325 Armstrong St** | ☐ Unliquidated | |
| | **Honolulu, HI 96822-1982** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.271 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $779.46 |
|---|---|---|---|

**Alyssa Mohar**
**P.O. Box 5253**
**Pasco, WA 99302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $474.22 |
|---|---|---|---|

**Amaan Zia**
**8031 Kildare Ave**
**Skokie, IL 60076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $564.11 |
|---|---|---|---|

**Amade Ouedraogo**
**CMR 415 Box 7608**
**Apo, AE 09114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $691.71 |
|---|---|---|---|

**Amal Gupta**
**1690 Faraday Ct**
**San Jose, CA 95124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $663.80 |
|---|---|---|---|

**Aman Singh**
**168 Coral Reef Close Northeast**
**Calgary AB T3J 3Y6**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $430.14 |
|---|---|---|---|

**Amanda Will**
**904 West Mary Street**
**Unit A**
**Austin, TX 78704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $717.35 |
|---|---|---|---|

**Amandeep Singh**
**7040 Torbram Road Unit17**
**Mississauga ON L4T3Z4**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.278**

**Nonpriority creditor's name and mailing address**
**Amarco Dimayacyac**
**139 Remington**
**Irvine, CA 92620**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$464.90**

---

**3.279**

**Nonpriority creditor's name and mailing address**
**Abeselom Amare**
**7321 Boreal Pl**
**Philadelphia, PA 19153**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$738.13**

---

**3.280**

**Nonpriority creditor's name and mailing address**
**Ameen Yahya**
**9965 Frederick Street**
**Dearborn, MI 48120**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,309.52**

---

**3.281**

**Nonpriority creditor's name and mailing address**
**Ameer Asghar**
**2315 Dobbinton Street**
**Oshawa ON L1L0L3**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$675.93**

---

**3.282**

**Nonpriority creditor's name and mailing address**
**Muhammad Ameer**
**9221 Ashland Woods Lane**
**Apt C-G**
**Lorton, VA 22079**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$690.11**

---

**3.283**

**Nonpriority creditor's name and mailing address**
**Amelia Woods**
**721 Granger St**
**Manchester, MI 48158**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$430.52**

---

**3.284**

**Nonpriority creditor's name and mailing address**
**American Pioneer Electronics Inc.**
**666 Plainsboro Road**
**Suite.405**
**Plainsboro, NJ 08536**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$717.41**

---

Debtor **Launch Pad LLC**
_____
Name

Case number (if known) _____

| 3.285 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $467.01 |

**Adnan Amjad**
**4611 Sandyford Ct**
**Dublin, CA 94568**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $739.29 |

**Asnardo Amores**
**644 Banyan Canal Drive**
**West Palm Beach, FL 33415**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,959.52 |

**Amos Dicob**
**40 Carolyn Rd W**
**Carmel, NY 10512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $805.98 |

**Amos Kanigher**
**Level 28, 60 Margaret Street**
**Sydney NSW 2000**
**AUSTRAILA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $646.14 |

**Arthur Amponvanit**
**2504 North Shelley Street**
**Alexandria, VA 22311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.290 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $705.25 |

**Amritpal Singh**
**1353 Tori Ln**
**Yuba City, CA 95993**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.291 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $719.88 |

**Amy McNamara**
**830 Bartlett Street**
**Apt 1**
**Los Angeles, CA 90012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.292**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,884.00** |
|---|---|---|
| **Ana Larisa Ursu**<br>**Soseaua Pipera 42 , Globalworth Plaza**<br>**Et 7 , Sector 2 , Bucharest**<br>**Bucharest  B 20112**<br>**ROMANIA** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.293**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,329.33** |
|---|---|---|
| **Anand D'Souza**<br>**273 Donessle Dr**<br>**Oakville ON L6J3Y8**<br>**CANADA** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.294**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$430.52** |
|---|---|---|
| **Anas Diab**<br>**Media City**<br>**Amwaj**<br>**Dubai DU**<br>**UNITED ARAB EMIRATES** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.295**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,475.17** |
|---|---|---|
| **Anastasios Nistas**<br>**Themistokli Sofouli 4**<br>**Ioannina  45445**<br>**GREECE** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.296**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$219.97** |
|---|---|---|
| **Anastasios Nistas**<br>**Themistokli Sofouli 4**<br>**Ioannina  45445**<br>**GREECE** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.297**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$456.35** |
|---|---|---|
| **Anastasios Pandelidis**<br>**18 Stonewall Ln**<br>**West Chester, PA 19382** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.298**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$74.13** |
|---|---|---|
| **Anastasiya Osher**<br>**1850 Hanover Dr. #152**<br>**Davis, CA 95616** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.299 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$745.50** |

**Anastasiya Osher**
**1850 Hanover Dr.**
**Apt 152**
**Davis, CA 95616**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.300 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$802.02** |

**Anatoli Iliev**
**7454 Ggbg Unit 8 Optima Park Thames Road**
**Dartford ENG DA1 4QX**
**UNITED KINGDOM**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$684.52** |

**Jon Paul Anatra**
**215 Middle Neck Road**
**Apt 15-2A**
**Great Neck, NY 11021**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.302 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,496.82** |

**Andi Meyer**
**Unterdorfwag 4**
**Fallanden  8117**
**SWITZERLAND**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.303 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,503.50** |

**Aaron Andrade**
**3653 W Avenida Fria**
**Tucson, AZ 85745**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,747.19** |

**Paola Andrae**
**1405 N Negley Ave**
**Pittsburgh, PA 15206**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.305 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,812.07** |

**Paola Andrae**
**1405 N Negley Ave**
**Pittsburgh, PA 15206**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
| | Name | | |

| 3.306 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,141.95** |
|---|---|---|---|
| | **Andras Kondakor**<br>**Vorosmarty Utca 62.**<br>**Fsz. 6. (Ground Floor 6.)**<br>**Budapest  1064**<br>**HUNGARY** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.307 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$430.52** |
|---|---|---|---|
| | **Andre Desilets**<br>**1719 Lanier Lane**<br>**Memphis, TN 38117** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.308 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,826.47** |
|---|---|---|---|
| | **Andre Esty**<br>**1 Montague Road**<br>**London, Greater London, United Kingdom E**<br>**UNITED KINGDOM** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.309 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$430.52** |
|---|---|---|---|
| | **Andre Ferreira**<br>**2 Fosdick Terrace**<br>**Unit 304**<br>**Lynn, MA 01902** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.310 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$774.68** |
|---|---|---|---|
| | **Andre Lacerte**<br>**9274 Rue Verville**<br>**Montreal QC H2N 1Y4**<br>**CANADA** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.311 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$842.28** |
|---|---|---|---|
| | **Andre Wilson**<br>**CMR 467 Box 442**<br>**APO AE 09096**<br>**New York, AE 09096** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.312 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$753.73** |
|---|---|---|---|
| | **Andrea Ascenzi**<br>**1A Houghton Square**<br>**London ENG SW9 9AN**<br>**UNITED KINGDOM** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.313** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$851.52**

Andrea Green
11481 SW 204 Street
Miami, FL 33189

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.314** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,406.47**

Andrea Guldenpfennig
Otto-Von-Wollank-Str. 42A
Handelsvertretungen Guldenpfennig Ohg
Berlin  14089
GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.315** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$577.15**

Andrea Raciti
Via San Vincenzo 20
Milano MI 20123
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.316** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$837.28**

Andreas Braun
Spichernstr. 65
Cologne  50672
GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.317** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$834.94**

Andreas Bruns
Henckellweg 13
Hannover  30459
GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.318** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$834.37**

Andreas Bruns
Adelbylund 4
Flensburg  24943
GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.319** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$127.16**

Andreas Burger
Via Pater Haspinger 34
Valle Di Casies BZ 39030
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Launch Pad LLC**
_____    Case number (if known) _____
Name

| 3.320 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $867.10 |

**Andreas Dietz**
**Brucknerstrasse 21**
**Munich  81677**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.321 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,740.13 |

**Andreas Georgiades**
**Szabadssag 61**
**Bogote  9675**
**HUNGARY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $720.11 |

**Andreas Haberli**
**Kirchenland 2**
**Rothenthurm  6418**
**SWITZERLAND**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.323 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $867.87 |

**Andreas Ittner**
**Erich-Muhsam-Strasse 30**
**Chemnitz  9112**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,953.78 |

**Andreas John**
**Frankfurter Strasse 99**
**Net-Lab Gmbh**
**Offenbach Am Main  63067**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.325 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $765.86 |

**Andreas Lien**
**Skogvegen 5A**
**Jessheim  2053**
**NORWAY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.326 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,725.93 |

**Andreas Mild**
**Richtergasse 9**
**Wien  1070**
**AUSTRIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.327** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,369.03**

**Andreas Wasita**
**6 Clive Street**
**Roseville NSW 2069**
**AUSTRAILA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.328** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$564.11**

**Andreas Weis**
**Kadiner Str. 22**
**Berlin  10243**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.329** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$505.99**

**Andreea Cariman**
**9 Aldwyck Court Riverside Close**
**Bedford ENG MK429DQ**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.330** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$717.35**

**Andrei Kononov**
**108 Secret Garden Court**
**Kleinburg ON L4H 4N7**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.331** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,325.50**

**Andrei Muresan**
**Privighetorii 9**
**Baia Mare MM 430324**
**ROMANIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.332** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,006.98**

**Andrei Pastrama**
**Str. I. C. Braftianu,Nr 48,Bl.B5,Sc.A**
**Apartament 16**
**Constanta CT**
**ROMANIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.333** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$505.99**

**Andrei Teofiliu Voicu**
**Street Parcul Mic ,11**
**Apartment 20**
**Brasov BV 500386**
**ROMANIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.334 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$964.79** |
|---|---|---|---|

**Andrej Fidanovski**
**Kuzman Josifovski Pitu**
**15/2-45**
**Skopje  1000**
**NORTH MACEDONIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.335 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$834.78** |
|---|---|---|---|

**Andrej Meschede**
**Fuchsstr. 5**
**Koln  50823**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.336 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,351.55** |
|---|---|---|---|

**Andres Auerbach**
**6775 College Court**
**Davie, FL 33317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.337 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$461.75** |
|---|---|---|---|

**Andres Lopez**
**26261 Las Flores**
**Apt A**
**Mission Viejo, CA 92691**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.338 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$657.59** |
|---|---|---|---|

**Andres Lujan**
**2807 West Timberlake Loop**
**Coeur Dalene, ID 83815**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.339 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$469.11** |
|---|---|---|---|

**Andreu Neri**
**1342 Brampton Road**
**Los Angeles, CA 90041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.340 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,135.39** |
|---|---|---|---|

**Andrew Bax**
**29 Longleigh Lane**
**Bexleyheath .  ENG DA7 5SR**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.341 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $109.52 |
|---|---|---|---|

**Andrew Berlinski**
**1108 Lakeview Street**
**Waterford Twp, MI 48328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.342 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $871.28 |
|---|---|---|---|

**Andrew Betteridge**
**11391 Seventh Avenue #26**
**Richmond BC V7E 4J4**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.343 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $792.98 |
|---|---|---|---|

**Andrew Bisaccia**
**970 North Kellogg Ave**
**Santa Barbara, CA 93111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $659.52 |
|---|---|---|---|

**Andrew Bond**
**101 Warren St**
**Apt 2640**
**New York, NY 10007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.345 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $724.76 |
|---|---|---|---|

**Andrew Caro**
**12030 Algardi Street**
**Norwalk, CA 90650**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.346 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $656.72 |
|---|---|---|---|

**Andrew Carrol**
**49 Camp Road**
**Conrod Settlement NS B0J1N0**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.347 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $430.14 |
|---|---|---|---|

**Andrew Cervenka**
**N7731 Vicksburg Way**
**Apartment 4**
**Oconomowoc, WI 53066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.348**

**Nonpriority creditor's name and mailing address**

**Andrew Day**
**19892 Farm To Market Road 1818**
**Huntington, TX 75949**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$430.52**

---

**3.349**

**Nonpriority creditor's name and mailing address**

**Andrew Duncan**
**1176 Valencia Dr.**
**Escondido, CA 92025**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,369.76**

---

**3.350**

**Nonpriority creditor's name and mailing address**

**Andrew Gray**
**629 Baystone Ct**
**Annapolis, MD 21409**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$430.52**

---

**3.351**

**Nonpriority creditor's name and mailing address**

**Andrew Guan**
**638 Hickey Blvd**
**Pacifica, CA 94044**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$718.25**

---

**3.352**

**Nonpriority creditor's name and mailing address**

**Andrew Harris**
**3600 Founders Pointe Dr**
**Ammon, ID 83406**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,368.12**

---

**3.353**

**Nonpriority creditor's name and mailing address**

**Andrew Jamerson**
**103 Louis Avenue**
**Lehigh Acres, FL 33936**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$659.52**

---

**3.354**

**Nonpriority creditor's name and mailing address**

**Andrew Jamerson**
**103 Louis Avenue**
**Lehigh Acres, FL 33936**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$659.52**

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
| | Name | | |

---

| 3.355 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,359.14 |
| | **Andrew Joseph**<br>**1341 Grass Valley Drive**<br>**Rockwall, TX 75087** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.356 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $851.52 |
| | **Andrew Kammerer**<br>**141 W Luminous Way**<br>**Hampstead, NC 28443** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.357 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $851.52 |
| | **Andrew Keiser**<br>**689 Jackie Lane**<br>**Baldwin, NY 11510** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.358 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,307.32 |
| | **Andrew La**<br>**18840 Southwest Boones Ferry Road**<br>**Ste. 202**<br>**Tualatin, OR 97062** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.359 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $717.35 |
| | **Andrew Laich**<br>**47 Spruce Gardens Crescent**<br>**Spruce Grove AB T7X 0J9**<br>**CANADA** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.360 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,339.41 |
| | **Andrew Malinowski**<br>**24 Stephen Street**<br>**Kingston ON K7K 2C3**<br>**CANADA** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.361 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,077.02 |
| | **Andrew McDonagh**<br>**200 Longfield Lane**<br>**Hertfordshire ENG EN76AQ**<br>**UNITED KINGDOM** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.362** | Nonpriority creditor's name and mailing address
**Andrew McDonald**
**794 County Road 523**
**Whitehouse Station, NJ 08889**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$676.56**

---

**3.363** | Nonpriority creditor's name and mailing address
**Andrew McLean**
**133 C Malden Road**
**London ENG NW5 4HS**
**UNITED KINGDOM**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$106.76**

---

**3.364** | Nonpriority creditor's name and mailing address
**Andrew McRorie**
**58 School Street**
**Rockland, MA 02370**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$72.13**

---

**3.365** | Nonpriority creditor's name and mailing address
**Andrew Menning**
**30 East End Ave. Apt. 7E**
**New York, NY 10028**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$716.95**

---

**3.366** | Nonpriority creditor's name and mailing address
**Andrew Nolen**
**155 S. Hibbert**
**Apt 210**
**Mesa, AZ 85210**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$890.24**

---

**3.367** | Nonpriority creditor's name and mailing address
**Andrew Omara**
**5 Abbotsbury Close**
**Saltdean**
**Saltdean, Brighton ENG BN2 8SR**
**UNITED KINGDOM**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$735.46**

---

**3.368** | Nonpriority creditor's name and mailing address
**Andrew Phillips**
**22410 Georgia Ln Santa Clarita Ca 91350**
**Los Angeles, CA 91350**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$747.25**

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|--------|--------------------|------------------------|---|
| | Name | | |

---

**3.369** | Nonpriority creditor's name and mailing address
**Andrew Porter**
**4721 Old Ravine Ct**
**Upper Arlington, OH 43220**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,407.74**

---

**3.370** | Nonpriority creditor's name and mailing address
**Andrew Rereich**
**3720 S 138th St**
**Tukwila, WA 98168**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$741.20**

---

**3.371** | Nonpriority creditor's name and mailing address
**Andrew Simmons**
**500 E Little Ponderosa Dr**
**New Braunfels, TX 78132-3915**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$737.00**

---

**3.372** | Nonpriority creditor's name and mailing address
**Andrew Speer**
**5 Ginger Lea**
**Glen Carbon, IL 62034**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$722.68**

---

**3.373** | Nonpriority creditor's name and mailing address
**Andrew Thomas**
**111 Foster Avenue**
**Elmira, NY 14905**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$659.52**

---

**3.374** | Nonpriority creditor's name and mailing address
**Andrew Tucker**
**417 East Matthews Street**
**Matthews, NC 28105**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$689.52**

---

**3.375** | Nonpriority creditor's name and mailing address
**Andrew Ung**
**4845 Hersholt Avenue**
**Long Beach, CA 90808**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$688.91**

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.376**

**Nonpriority creditor's name and mailing address**

**Andrew Wilson**
**33 Acorn Close**
**Waltham**
**Christchurch CAN 8023**
**NEW ZEALAND**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,498.06**

---

**3.377**

**Nonpriority creditor's name and mailing address**

**Dmitry Andreyanov**
**24 St Ives Way Apt 22**
**Marlborough, MA 01752**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$456.83**

---

**3.378**

**Nonpriority creditor's name and mailing address**

**Andrias Suwito**
**Unit 202 9 Oconnell St**
**Luxe Apartment**
**North Melbourne VIC 3051**
**AUSTRAILA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$805.98**

---

**3.379**

**Nonpriority creditor's name and mailing address**

**Andriy Ned**
**1623 Military Road**
**Niagara Falls, NY 14304**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$35.00**

---

**3.380**

**Nonpriority creditor's name and mailing address**

**Andrzej Feszak**
**Avinguda De Jaume Iii 27**
**Local 14**
**Palma De Mallorca PM 7012**
**SPAIN**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$576.70**

---

**3.381**

**Nonpriority creditor's name and mailing address**

**Andy Dutton**
**20 Carlisle Ave**
**Rhyl WLS LL183UD**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,372.89**

---

**3.382**

**Nonpriority creditor's name and mailing address**

**Andy Lam**
**63 Silverstar Blvd., Unit #E6**
**Scarborough ON M1V 5E5**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$871.33**

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.383 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $714.76 |
|---|---|---|---|

**Andy Tobias**
**31 Ardsley Ave W**
**New York, NY 10533**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.384 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $882.53 |
|---|---|---|---|

**Andzella Mackevica**
**Via Alba 53**
**Cuneo CN 12100**
**ITALY**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.385 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $576.78 |
|---|---|---|---|

**Anej Serec**
**Poljska Ulica 12**
**Murska Sobota  9000**
**SLOVENIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.386 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $875.36 |
|---|---|---|---|

**Angel Alcazar Casas**
**Avenida San Esteban 86**
**4o 2a**
**Granollers B 8402**
**SPAIN**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.387 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $683.12 |
|---|---|---|---|

**Angel Davila**
**12863 S. Brocklebank Lane**
**Unit K 201**
**Herriman, UT 84096**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.388 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $656.72 |
|---|---|---|---|

**Angel Fonseca**
**2931 Tatla Pl**
**Coquitlam BC V3C 4W8**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.389 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $467.01 |
|---|---|---|---|

**Angel Roa**
**617 North Dillon Street, #202**
**Los Angeles, CA 90026**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Launch Pad LLC**
_____    Case number *(if known)* _____
Name

| 3.390 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,441.37 |

**Angela Arcaro**
**571 N Madison Ave**
**Pasadena, CA 91101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.391 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $743.73 |

**Angelo Avegno**
**966 West 102nd Avenue**
**Northglenn, CO 80260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.392 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $609.94 |

**Angelo De Silva**
**Paul-Klee-Strasse 4**
**Munich  81477**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.393 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $559.99 |

**Angelo Franke**
**Gewerbestrasse 68**
**Expo24Seven Gmbh**
**Herrsching A. Ammersee  82211**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.394 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $468.06 |

**Angelo Gustilo**
**1007 East Lomita Avenue, #210**
**Glendale, CA 91205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.395 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $907.93 |

**Angelo Mendez**
**829 Amherst Road**
**Linden, NJ 07036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.396 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $926.29 |

**Anh Tuan Pham**
**Avenue Des Sorbiers 23**
**Waterloo  1410**
**BELGIUM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.397** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$932.44**

Ani Zhibaj
Efploias 59-61
Peiraias  18537
GREECE

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.398** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,720.10**

Aniko Kunne Szabo
9 Roanoke Road, #312
Toronto ON M3A 1E4
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.399** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$745.08**

Anil Kurup
1004 Bluebell Brook Street
Henderson, NV 89052

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.400** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$688.19**

Anis Saoud
Blvd Saint-Martin, 24
Rz
Vevey  1800
SWITZERLAND

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.401** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,414.92**

Anish Lathker
1 Plum Tree Ln
San Ramon, CA 94583-9111

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.402** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,432.34**

Ankit Passi
152 Taralea Green NE
Calgary AB T3J4Y4
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.403** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$745.56**

Anna Horvath
3234 East Avenue
Livermore, CA 94550

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Launch Pad LLC**                                     Case number *(if known)* _____
_____
Name

| 3.404 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$871.28** |
|---|---|---|---|

**Anna Kasko**
**88 Kamloops Street**
**Vancouver BC V5K 0E7**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.405 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$785.62** |
|---|---|---|---|

**Anna Miranda**
**145 Glanville Road**
**London ENG SW2 5DF**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.406 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,104.37** |
|---|---|---|---|

**Anneloes Dijkstra**
**Amstelboulevard 82**
**Amsterdam  1096 HJ**
**NETHERLANDS**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.407 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$924.73** |
|---|---|---|---|

**Annemieke Tjaden-Vlieger**
**Leonard Springerlaan 219**
**Deventer  7424AA**
**NETHERLANDS**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.408 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,360.44** |
|---|---|---|---|

**Annette Cole**
**118 North Kings Road**
**Unit 206**
**Los Angeles, CA 90048**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.409 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,408.87** |
|---|---|---|---|

**Annette Dokes**
**2381 Coco Palm Dr**
**Tustin, CA 92780**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.410 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$510.54** |
|---|---|---|---|

**Anousha Bhugun**
**56 Brambles Farm Drive**
**Uxbridge ENG UB10 0DZ**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.411** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$715.93**

**Ante Vukasovic**
**Sulzbergstrasse 20**
**Wettingen  5430**
**SWITZERLAND**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.412** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$659.52**

**Anthony Bailey**
**10324 Fairway Heights Blvd**
**Miami, FL 33157**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.413** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$659.52**

**Anthony Bento**
**19 Platt Ave**
**West Babylon, NY 11704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.414** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$850.87**

**Anthony Buckley**
**4860 Park Commons Drive #106**
**Minneapolis, MN 55416**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.415** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$689.52**

**Anthony Ceparano**
**437 SW Natura Ave**
**Apt. A**
**Deerfield Beach, FL 33441**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.416** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$915.38**

**Anthony Cho**
**159 Hass Lane**
**La Habra, CA 90631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.417** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$705.48**

**Anthony Cognetta**
**898 Burr Street North**
**Saint Paul, MN 55130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.418** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$684.52**

**Anthony Costello**
**2160 Fiddlers Ct**
**Apt C**
**Winston Salem, NC 27107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.419** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$429.12**

**Anthony Cruz**
**6665 Lucky Strike Way**
**Las Vegas, NV 89108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.420** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$851.52**

**Anthony Davis**
**130 48th Street South**
**St. Petersburg, FL 33711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.421** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$434.47**

**Anthony Deangelo**
**98 Standish Street**
**Weymouth, MA 02191**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.422** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$659.52**

**Anthony Egendoerfer**
**620 Hattaway Drive**
**Altamonte Springs, FL 32701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.423** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$625.62**

**Anthony Falcon**
**4808 Crystal Field St.**
**North Las Vegas, NV 89031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.424** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$730.89**

**Anthony Francis**
**2264 Mackey Pike**
**Nicholasville, KY 40356**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.425** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$765.88**

**Anthony Galante**
2360 La Fey Avenue
Manteca, CA 95337

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.426** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$469.11**

**Anthony Hernandez**
1343 Tulane Rd
Claremont, CA 91711-3421

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.427** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$659.52**

**Anthony Joyner**
101 Meadows Circle
Boynton Beach, FL 33436

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.428** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,336.17**

**Anthony Kha**
615 104 Ave Sw
Calgary AB T2W0A4
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.429** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$712.29**

**Anthony Larocco**
5500 Laurent Drive Apt 302
Parma, OH 44129

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.430** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$713.38**

**Anthony Levandowski**
1186 Folsom Street
San Francisco, CA 94103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.431** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$740.72**

**Anthony Lukach**
4001 Hubbard Ave N
Robbinsdale, MN 55422

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Launch Pad LLC**
_____
Name

Case number _(if known)_ _____

| 3.432 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$805.98** |
|---|---|---|---|

**Anthony Manning**
**24 Florence Street**
**Rockingham WA 6168**
**AUSTRAILA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.433 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$706.72** |
|---|---|---|---|

**Anthony McDonald**
**864 Upper Ottawa Street**
**Hamilton ON L8T 3V5**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.434 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$717.35** |
|---|---|---|---|

**Anthony McDonald**
**864 Upper Ottawa Street**
**Hamilton ON L8T 3V5**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.435 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$430.52** |
|---|---|---|---|

**Anthony Melendez**
**16 Bank St**
**Derby, CT 06418**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.436 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$748.94** |
|---|---|---|---|

**Anthony Mercado**
**2357 Belvedere Ave**
**San Leandro, CA 94577**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.437 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$430.52** |
|---|---|---|---|

**Anthony Nader**
**20154 S Riverhill Dr**
**Clinton Twp, MI 48036**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.438 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$1,416.25** |
|---|---|---|---|

**Anthony Nguyen**
**11724 Scripps Creek Drive**
**San Diego, CA 92131**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Launch Pad LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.439 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,473.52** |
|---|---|---|---|

**Anthony Roberts**
**336 Adams Circle**
**Suite 101**
**Corona, CA 92882**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.440 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$687.99** |
|---|---|---|---|

**Anthony Rose**
**342 Brunker Road,**
**Adamstown NSW 2289**
**AUSTRAILA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.441 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,369.52** |
|---|---|---|---|

**Anthony Scelza**
**1 Dry Kiln Lane**
**Hartland, VT 05052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.442 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$676.07** |
|---|---|---|---|

**Anthony Van Dorsten**
**913 Fitzroy Avenue**
**Mahora**
**Hastings HKB 4120**
**NEW ZEALAND**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.443 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$651.07** |
|---|---|---|---|

**Anthony Van Dorsten**
**913 Fitzroy Avenue**
**Mahora**
**Hastings HKB 4120**
**NEW ZEALAND**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.444 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,308.87** |
|---|---|---|---|

**Anthony Young**
**6100 West Post Road**
**Chandler, AZ 85226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.445 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,339.41** |
|---|---|---|---|

**Antoine Duquette**
**2135 Rue Saint-Donat**
**Montreal QC H1L 5J9**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.446** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$916.97**

**Antoine Pelletrau**
**7 Allee Des Pervenches**
**Vaux-Le-Penil  77000**
**FRANCE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.447** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,104.33**

**Anton De Roeck**
**Kammenstraat 72**
**Antwerpen  2000**
**BELGIUM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.448** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,603.46**

**Daniel Anton**
**108 Playa India**
**Aguadilla, PR 00603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.449** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$576.65**

**Antonin Hendrych**
**Grift 65**
**Uithoorn  1423DJ**
**NETHERLANDS**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.450** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$857.49**

**Antonio Bencini**
**7 Strada 16**
**Segrate MI 20054**
**ITALY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.451** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$468.06**

**Antonio Castaneda**
**55 Oceanview Dr**
**Bay Point, CA 94565**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.452** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$659.14**

**Antonio Contreras**
**7601 Churchill Way, #624**
**Dallas, TX 75251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.453** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$717.82**

Antonio Del Paso
Calle Bahia Xcacel 7 Mza 23 Lote 1
Aventuras Club Marina , Departamento 305
Puerto Aventuras Q ROO 77733
MEXICO

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.454** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$717.82**

Antonio Del Paso Escobedo
Calle Bahia Xcacel 7 Mza 23 Lote 1
Departamento 305
Puerto Aventuras Q ROO 77733
MEXICO

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.455** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$692.82**

Antonio Del Paso Escobedo
Calle Bahia Xcacel 7 Mza 23 Lote 1
Oficina, Aventuras Club Marina
Puerto Aventuras Q ROO 77733
MEXICO

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.456** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$732.33**

Antonio Del Paso Escobedo
Calle Bahia Xcacel 7 Mza 23 Lote 1
Oficina, Aventuras Club Marina
Puerto Aventuras Q ROO 77733
MEXICO

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.457** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$714.89**

Antonio Kelleher
5714 N Gibralter Way
Apt 304
Aurora, CO 80019

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.458** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$740.83**

Antonio Lim
167 Robinson Drive
Tustin, CA 92782

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.459** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$430.52**

Antonio Odette
16714 Quarry Rd
5C3
Southgate, MI 48195

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.460 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,254.78 |
|---|---|---|---|

**Antonio Pandovski**
**Petar Acev**
**24/7**
**Skopje  1000**
**NORTH MACEDONIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.461 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $708.13 |
|---|---|---|---|

**Antonio Papania-Davis**
**371 30th Street**
**Apt 401**
**Oakland, CA 94609**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.462 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $698.59 |
|---|---|---|---|

**Antonio Reuer**
**169 1/2 West First St**
**Mansfield, OH 44902**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.463 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $872.03 |
|---|---|---|---|

**Antonio Rodrigues**
**Rua Do Outeiro De Sao Pedro, #19**
**Chamusca PT-14 2140**
**PORTUGAL**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.464 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $430.52 |
|---|---|---|---|

**Antonio Ruta**
**539 South Way**
**Newfield, NY 14867**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.465 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $659.52 |
|---|---|---|---|

**Antonio Villanueva**
**Urb Paseo Las Olas**
**P-3, 302 Orca Street**
**Dorado, PR 00646**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.466 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,503.93 |
|---|---|---|---|

**Antonios Taskonidis**
**19 Monastiriou Str**
**Thessaloniki  54627**
**GREECE**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Launch Pad LLC**

Name                                                          Case number *(if known)*

| 3.467 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,581.28 |
|---|---|---|---|

**Antoon Vereycken**
**Kopstraat 276**
**Schoten  2900**
**BELGIUM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.468 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $651.07 |
|---|---|---|---|

**Antthony Van Dorsten**
**913 Fitzroy Avenue**
**Mahora**
**Hastings HKB 4120**
**NEW ZEALAND**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.469 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $659.14 |
|---|---|---|---|

**Anuj Singh**
**1301 Greenbrier Dr**
**Mesquite, TX 75149**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.470 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $715.09 |
|---|---|---|---|

**Anuradha Jayasekara**
**567 South Rancho Alegre Drive**
**Covina, CA 91724**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.471 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $465.96 |
|---|---|---|---|

**Anurag Anurag**
**518 Sheree Lane**
**Placentia, CA 92870**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.472 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $760.62 |
|---|---|---|---|

**Anurak To-Ngam**
**Little Elephant**
**55 Grove Road**
**Eastbourne ENG BN21 4TX**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.473 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $938.39 |
|---|---|---|---|

**Apiwatch Duangjan**
**17766 County Highway 11**
**Pleasant Hill, IL 62366**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Launch Pad LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.474** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,700.82**

Apostolos Boumpoulis
Agias Eirinis 19A
Melissia  15127
GREECE

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.475** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,369.03**

Apurva Chiranewala
100 Harris St
Sendle @ Wework
Pyrmont NSW 2009
AUSTRAILA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.476** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$835.80**

Aqsa Saleem
25 Strood Avenue
Essex London ENG RM7 0UX
UNITED KINGDOM

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.477** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$697.64**

Gonzalo Juan Pablo Aragones
5459 Northwest 72nd Avenue
Miami, FL 33166

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.478** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$780.68**

Araz Taroyan
Carin Baats Gata 71B
71B
Stockholm  15259
SWEDEN

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.479** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,809.13**

Arben Kovaci
35 Ives Street
London ENG SW3 2ND
UNITED KINGDOM

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.480** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$900.27**

Arbnor Temaj
Sachsische Strasse 74
Berlin  10707
GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.481 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $778.50 |
|---|---|---|---|

**Arcadie Tabacaru**
**Str Radovanu Nr 9 Bloc 43**
**Apartament 6**
**Bucuresti B 22883**
**ROMANIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.482 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,558.76 |
|---|---|---|---|

**Archan Mankad**
**99 Vista Montana #3101**
**San Jose, CA 95134**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.483 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,120.81 |
|---|---|---|---|

**Archibald Rodriguez**
**2536 Village Drive**
**Union City, CA 94587**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.484 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,449.59 |
|---|---|---|---|

**Arden Tirpanciyan**
**5 Columbus Pl**
**Cliffside Park, NJ 07010**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.485 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $677.73 |
|---|---|---|---|

**Arelowo Alao**
**3263 Beech Street Northwest**
**Washington, DC 20015**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.486 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $703.21 |
|---|---|---|---|

**Ari Frankel**
**94 County Road**
**Demarest, NJ 07627**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.487 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $703.21 |
|---|---|---|---|

**Ari Frankel**
**94 County Road**
**Demarest, NJ 07627**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.488** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$683.22**

Arick Escamilla Gomez
Genaro Garza Garcia 200-1
Col La Cima Privada La Finca
San Pedro Garza Garcia NL 66240
MEXICO

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.489** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$688.91**

Ariel Escamilla
17625 Virginia Avenue
Bellflower, CA 90706

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.490** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$689.52**

Ariel Stanley
75 Hanover Street
Lebanon, NH 03766

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.491** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$659.52**

Ariel Yamil Alis
Alberti 1119
Ituzaingo B 1714
ARGENTINA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.492** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$430.52**

Arif Amjad
3979 Whips Run Drive
Woodbridge, VA 22193

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.493** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$867.03**

Arif Tekiner Akkoyunlu
Zindelstrasse 13
Essen  45128
GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.494** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$675.93**

Arjang Abedini
2937 Delahaye Drive
Coquitlam BC V3B 7E8
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.495 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $634.52 |
|---|---|---|---|

**Arjon Elmasllari**
**10850 Blue Pacific Ct**
**Jacksonville, FL 32257**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.496 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $833.14 |
|---|---|---|---|

**Arkadij Avanesov**
**Maximilianstrasse 24**
**Simbach Am Inn  84359**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.497 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $430.14 |
|---|---|---|---|

**Arman Razaali**
**1309 Newbury Lane**
**Plano, TX 75025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.498 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $469.11 |
|---|---|---|---|

**Arman Sukunyan**
**400 S Glenwood Place**
**Burbank, CA 91506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.499 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $501.65 |
|---|---|---|---|

**Arman Sukunyan**
**400 South Glenwood Place**
**Burbank, CA 91506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.500 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $659.52 |
|---|---|---|---|

**Armando Garcia**
**423 NE 23rd St., #808**
**Miami, FL 33137**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.501 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $659.52 |
|---|---|---|---|

**Armando Garcia**
**423 NE 23rd St., #808**
**Miami, FL 33137**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.502** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$429.12**

Armando Trujillo
8857 Oso Ave
Winnetka, CA 91306

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.503** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$719.88**

Armen Sarkisian
16917 Calahan Street
Los Angeles, CA 91343

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.504** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$719.88**

Armen Sarkisian
16917 Calahan Street
Northridge, CA 91343-3504

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.505** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$830.47**

Armin Rahimic
Im Stoffel 11
Mels  8887
SWITZERLAND

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.506** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,482.09**

Armin Sameri
18909 Lloyd Circle, #226
Dallas, TX 75252

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.507** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$905.11**

Arnaud Fontaine
31 Route Du Guillaume
Cd 3 Le Ruisseau
Bois De Nefles Saint Paul  97411
REUNION

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.508** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,338.80**

Arnel Adviento
90 Saddleridge Close Northeast
Calgary AB T3J 4X2
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 3.509 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$684.52** |
| | **Arno Lemus** | ☐ Contingent | |
| | **1024 NW 102 Place** | ☐ Unliquidated | |
| | **Miami, FL 33172** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.510 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$945.99** |
| | **Arno Pasternacj** | ☐ Contingent | |
| | **Kluterstrasse 1** | ☐ Unliquidated | |
| | **Burgdorf  38272** | ☐ Disputed | |
| | **GERMANY** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.511 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$851.52** |
| | **Arnold Kirlew** | ☐ Contingent | |
| | **1435 E 59th St** | ☐ Unliquidated | |
| | **Brooklyn, NY 11234-4125** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.512 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$464.74** |
| | **Arnold Salcedo** | ☐ Contingent | |
| | **4615 NE 155th Ave** | ☐ Unliquidated | |
| | **Vancouver, WA 98682** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.513 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$747.70** |
| | **Arsene Saheurs** | ☐ Contingent | |
| | **Alfred-Escher-Strasse 88, #20** | ☐ Unliquidated | |
| | **Zurich  8002** | ☐ Disputed | |
| | **SWITZERLAND** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.514 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$430.52** |
| | **Arshad Mehter** | ☐ Contingent | |
| | **#3 Yorkshire Road** | ☐ Unliquidated | |
| | **Christ Church  NA** | ☐ Disputed | |
| | **BARBADOS** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.515 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,219.52** |
| | **Arshad Yousef** | ☐ Contingent | |
| | **125 Shady Ln** | ☐ Unliquidated | |
| | **Rossville, TN 38066** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.516 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $490.90 |
|---|---|---|---|

**Arshia Kiani**
**23540 39th Place West**
**Brier, WA 98036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.517 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $853.79 |
|---|---|---|---|

**Arshid Manocha**
**Bisschoppenhoflaan 284**
**11C**
**Antwerp  2100**
**BELGIUM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.518 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $659.52 |
|---|---|---|---|

**Artem Kuznetsov**
**5401 Chimney Rock Rd, #967**
**Houston, TX 77081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.519 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,004.16 |
|---|---|---|---|

**Artem Zhigarev**
**13 Gray Crescent**
**Torbay**
**Auckland AUK 630**
**NEW ZEALAND**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.520 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $684.52 |
|---|---|---|---|

**Arthur Lowmack**
**2104 Hemlock Bay Road**
**Dumfries, VA 22026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.521 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $719.88 |
|---|---|---|---|

**Arthur Muir**
**116 North Rochester Street**
**San Mateo, CA 94401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.522 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $430.14 |
|---|---|---|---|

**Arthur Nemirovskiy**
**7724 Big Bend Blvd**
**2W**
**Webster Groves, MO 63119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.523** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,498.06**

Arthur Wang
6C Wolsley Avenue
Milford
Auckland AUK 620
NEW ZEALAND

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.524** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$720.66**

Artur Cybulski
Ormisstrasse 75
Meilen  8706
SWITZERLAND

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.525** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$957.02**

Arturo Aranda Aguilera
Plaza Constitucion, No 5, 2o-5a
Viladecans B 8840
SPAIN

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.526** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$957.02**

Arturo Aranda Aguilera
Plaza Constitucion, No 5, 2o-5a
Viladecans B 8840
SPAIN

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.527** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$634.14**

Arturo Hinojosa
4821 Blaney Ave
North Richland Hills, TX 76180

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.528** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,992.82**

Arturo Manuel Rivera Cardona
252 Ley Federal Del Trabajo Col. Azaleas
Soledad De Graciano Sanchez SLP 78436
MEXICO

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.529** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$659.52**

Arturo Martinez
3603 Dogwood Blossom Ct
Pearland, TX 77581

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.530 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,285.42 |
|---|---|---|---|

**Alvarez Arturo**
**10976 Ivy Hill Dr, #6**
**San Diego, CA 92131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.531 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,404.25 |
|---|---|---|---|

**Aryaman Chanana**
**24708 Cordillera Drive**
**Calabasas, CA 91302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.532 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,422.80 |
|---|---|---|---|

**Aryeh Primus**
**1770 Chestnut Pl Apt 1308**
**Denver, CO 80202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.533 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,568.49 |
|---|---|---|---|

**Aryeh Primus**
**1770 Chestnut Pl Apt 1308**
**Denver, CO 80202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.534 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,381.64 |
|---|---|---|---|

**Alex Asahan**
**9231 El Cortez Ave**
**Fountain Valley, CA 92708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.535 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,451.12 |
|---|---|---|---|

**Aldo Ascencio**
**12323 Juniper Blossom Pl**
**Clarkburg, MD 20871**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.536 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $724.75 |
|---|---|---|---|

**Asha Swan**
**916 E. Palm Ave.**
**Burbank, CA 91501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Launch Pad LLC**                                            Case number *(if known)* _____
_____
Name

| 3.537 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$454.37** |
|---|---|---|---|

**Asher Wright**
**1205 Comox Street**
**Apt 102**
**Vancouver BC V6E 1K6**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.538 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$659.52** |
|---|---|---|---|

**Mian Ashfaq**
**7282 Olde Lantern Way**
**Springfield, VA 22152**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.539 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$663.40** |
|---|---|---|---|

**Ashish Chhabra**
**316 Evanston View Nw**
**Calgary AB T3P 1G2**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.540 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$430.14** |
|---|---|---|---|

**Ashish Gupta**
**1017 High Hawk Trail**
**Euless, TX 76039**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.541 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,340.28** |
|---|---|---|---|

**Ashish Nair**
**20 Stewart Street**
**Apt 703**
**Toronto ON M5V1H6**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.542 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,329.33** |
|---|---|---|---|

**Ashish Vattakassery**
**1306 Queen Street West**
**Brampton ON L6X 0B2**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.543 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$871.28** |
|---|---|---|---|

**Ashish Vattakassery**
**1306 Queen Street West**
**Brampton ON L6X 0B2**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.544** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,368.57**

**Ashish Vattakassery**
**1306 Queen Street West**
**Brampton ON L6X 0B2**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.545** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,259.52**

**Ashish Vempati**
**6118 Quartz Ln., Grand Blanc, Mi, 48439**
**Grand Blanc Twp, MI 48439**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.546** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$469.11**

**Ashley Odono**
**8416 Zeiler Avenue**
**Panorama City, CA 91402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.547** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$806.88**

**Ashley Sparkes**
**2A Dolphin Way, Stapleford**
**Cambridge ENG CB22 5DW**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.548** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,885.00**

**Ashley Sparkes**
**2A Dolphin Way, Stapleford**
**Cambridge ENG CB225DW**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.549** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,198.93**

**Ashley Sparkes**
**2A Dolphin Way, Stapleford**
**Cambridge ENG CB225DW**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.550** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$689.28**

**Ashley Zatouneh-Murray**
**457 Marlee Avenue**
**Apt.308**
**Toronto ON M6B 3J2**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.551 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $925.63 |
|---|---|---|---|

**Ashraf Hasan**
**25319 W Wilson Ct**
**Plainfield, IL 60586**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.552 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $871.33 |
|---|---|---|---|

**Ashraf Ismail**
**596 Pennycross Lane**
**Ottawa ON K0A 1L0**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.553 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,357.81 |
|---|---|---|---|

**Ashton Tracey**
**5901 West Behrend Drive, #2006**
**Glendale, AZ 85308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.554 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $724.64 |
|---|---|---|---|

**Asif Usman**
**999 41st Ave NE**
**Apt 101**
**Columbia Hts, MN 55421**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.555 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,589.31 |
|---|---|---|---|

**Askar Ayupov**
**Route Du Bout-Du-Monde 15**
**Geneve  1206**
**SWITZERLAND**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.556 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $931.96 |
|---|---|---|---|

**Athanasios Goudosis**
**Dilou 12 Galatsi**
**Athens  11147**
**GREECE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.557 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $776.57 |
|---|---|---|---|

**Athir Elali**
**16 Rue Hickory**
**Dollard-Des-Ormeaux QC H9G 3B7**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Launch Pad LLC**
_____  Case number *(if known)* _____
Name

| | |
|---|---|

**3.558** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$456.83**

Atir Petkar
**319 Alewife Brook Parkway**
**Somerville, MA 02144**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.559** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$889.51**

**Attila Hortobagyi**
**Hauptsrasse 12**
**Au In Der Hallertau  84072**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.560** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$788.30**

Au Nguyen
**5114 Verdome Ln**
**Houston, TX 77092**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.561** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,694.60**

**August August**
**135 West 41st Street**
**New York, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.562** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$585.13**

**Augustinos Krassas**
**Perikleous 75**
**Chalandri  15231**
**GREECE**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.563** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$873.00**

**Aurel Croitoru**
**93, Strabuna**
**Bucharest B 12464**
**ROMANIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.564** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$739.73**

**Aurelia Pollet**
**3748 Williams Avenue**
**Claremont, CA 91711**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Launch Pad LLC**
_____
         Name                                                Case number *(if known)* _____

---

| 3.565 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$766.42** |

Aurimas Skorupskas
7 Broadpiece
Pennyland
Milton Keynes ENG MK158AT
UNITED KINGDOM

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.566 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$715.18** |

Austin Arnold
138 Camelin Dr
Washington, IL 61571

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.567 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$466.86** |

Austin Federa
184 Kent Ave, C612
Brooklyn, NY 11249

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.568 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$430.14** |

Austin Geisler
2370 Wharton Court
Florissant, MO 63031

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.569 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$752.74** |

Austin Hajjar
703 Pier Ave Suite B258
Hermosa Beach, CA 90254

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.570 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$747.54** |

Austin Labry
2315 Zlaten Dr.
Apt. H 305
Longmont, CO 80504

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.571 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$659.52** |

Austin Martinez
645 Northwest 1st Street, #301
Miami, FL 33128

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.572**

**Nonpriority creditor's name and mailing address**
**Austin Moon**
**1861 N Crest Rd N11**
**Saratoga Springs, UT 84045**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$429.12**

---

**3.573**

**Nonpriority creditor's name and mailing address**
**Austin Murders**
**5405 Wheeler Rd**
**Fayetteville, AR 72704-5941**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$659.14**

---

**3.574**

**Nonpriority creditor's name and mailing address**
**Austin Nowakowski**
**7006 Unit A**
**Newcastle, WA 98059**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$723.71**

---

**3.575**

**Nonpriority creditor's name and mailing address**
**Austin Olivieri**
**3607 Beech Run Ln**
**Mechanicsburg, PA 17050**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$730.89**

---

**3.576**

**Nonpriority creditor's name and mailing address**
**Austin Watson**
**31 Leon Place**
**St. Albert AB T8N 1X6**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$871.28**

---

**3.577**

**Nonpriority creditor's name and mailing address**
**Avalon Parton**
**735 Guinda St**
**Palo Alto, CA 94301**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$467.01**

---

**3.578**

**Nonpriority creditor's name and mailing address**
**Avelino Acbang**
**1081 Cavern Drive**
**Mesquite, TX 75181**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$746.00**

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.579** | **Nonpriority creditor's name and mailing address**

**Avery Ford**
P.O Box 64694
Lubbock, TX 79464

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$659.14**

---

**3.580** | **Nonpriority creditor's name and mailing address**

**Avi Schwartz**
5 Hilltop Lane
Monsey, NY 10952

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$659.52**

---

**3.581** | **Nonpriority creditor's name and mailing address**

**Avinash Sujeeth**
2930 Grand Oaks Loop
Apt. 2101
Cedar Park, TX 78613

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$732.96**

---

**3.582** | **Nonpriority creditor's name and mailing address**

**Avraam Achkhanian**
Archiepiskopou Makariou III 59
Xylotimpou  7510
CYPRUS

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,004.23**

---

**3.583** | **Nonpriority creditor's name and mailing address**

**Ayan Khayrallah**
3700 Shuswap Avenue
Richmond BC V7E 3T3
CANADA

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$69.00**

---

**3.584** | **Nonpriority creditor's name and mailing address**

**Ayan Khayrallah**
3700 Shuswap Avenue
Richmond BC V7E 3T3
CANADA

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$688.14**

---

**3.585** | **Nonpriority creditor's name and mailing address**

**Ayaz Kapadia**
89-22 Gettysburg St
First Floor
Bellerose, NY 11426

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$430.52**

---

| Debtor | **Launch Pad LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.586 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$123.82** |
|---|---|---|---|

**Ayaz Sabir**
**17 West View**
**Bradford ENG BD47ER**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.587 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,141.87** |
|---|---|---|---|

**Ayman Abdelaziz**
**394 Avenue C**
**Bayonne, NJ 07002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.588 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$569.11** |
|---|---|---|---|

**Ayman Ghanem**
**Ortliebgasse 38/3/12**
**Vienna  1170**
**AUSTRIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.589 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$430.52** |
|---|---|---|---|

**Ayodeji Adenuga**
**2610 Harrison Mill Drive**
**Douglasville, GA 30135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.590 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$564.46** |
|---|---|---|---|

**Aytunc Aslan**
**Fontaneweg 2**
**Neunkirchen  57290**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.591 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$468.06** |
|---|---|---|---|

**Azam Qureshi**
**29 Buena Vista Pl**
**Oakland, CA 94618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.592 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$568.59** |
|---|---|---|---|

**Aziz Fussek**
**Siegfriedgasse 23/Tor 1**
**Wien  1210**
**AUSTRIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.593 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,588.14** |
|---|---|---|---|

**Babajide Moibi**
**Richard-Wagner-Strasse 26**
**Koln  50674**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.594 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$960.50** |
|---|---|---|---|

**Badar Essiouri**
**10 Allee Des Cedres**
**Apartment A304**
**Villepinte  93420**
**FRANCE**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.595 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$571.59** |
|---|---|---|---|

**Badr-Eddine El Haimer**
**47 Blvd Vincent Auriol**
**Apart 21**
**Paris  75013**
**FRANCE**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.596 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$882.33** |
|---|---|---|---|

**Bahalddin Alshamakhi**
**Haharina Ave #84**
**Dnipro (Dnepropetrovsk)  49038**
**UKRAINE**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.597 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$491.44** |
|---|---|---|---|

**Bakdounes Bachar**
**Lauterbachstrasse**
**137C**
**Utzigen  3068**
**SWITZERLAND**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.598 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,884.22** |
|---|---|---|---|

**Bakr Jasim**
**4123 109 Street Northwest**
**Edmonton AB T6J 2S2**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.599 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,409.86** |
|---|---|---|---|

**Balaji Balasubramanian**
**Dyrmyrgata 38B**
**Kongsberg  3611**
**NORWAY**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Launch Pad LLC**
_____    Case number _(if known)_ _____
Name

| 3.600 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$1,418.62** |
|---|---|---|---|

**Anthony Baldino**
**251 Bonview St**
**San Francisco, CA 94110**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.601 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$712.99** |
|---|---|---|---|

**Banu Mertono**
**18/60 Lakefield Place**
**Runcorn QLD 4113**
**AUSTRAILA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.602 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$903.76** |
|---|---|---|---|

**Baraa Allahham**
**57**
**Amstelveen 1186AP**
**NETHERLANDS**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.603 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$675.93** |
|---|---|---|---|

**Barak Landau**
**1408 Strathmore Mews North**
**Vancouver BC V6Z 3A9**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.604 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$854.43** |
|---|---|---|---|

**Barend Kloet**
**Singel 484  E**
**Amsterdam 1017AW**
**NETHERLANDS**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.605 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$741.16** |
|---|---|---|---|

**Baris Taze**
**50 Mounds Rd**
**Apt 206**
**San Mateo, CA 94402**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.606 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$709.94** |
|---|---|---|---|

**Barjo Khalil**
**Radlkoferstrasse 2**
**Pluslingua Gmbh**
**Munich 81373**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.607 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$456.35** |
|---|---|---|---|

**Barron Shipley**
**1446 Stoystown Road**
**Friedens, PA 15541**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.608 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,461.96** |
|---|---|---|---|

**Barry Austin**
**130 Pacchetti Way**
**Mountain View, CA 94040**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.609 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$659.52** |
|---|---|---|---|

**Barry Ballard**
**4724 George Washington Memorial Highway**
**Yorktown, VA 23692**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.610 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,407.81** |
|---|---|---|---|

**Barry Castle**
**5259 Apo Dr**
**Honolulu, HI 96821-1827**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.611 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,329.33** |
|---|---|---|---|

**Barry Chow**
**91 Banstock Drive**
**Toronto ON M2K 2H7**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.612 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$659.52** |
|---|---|---|---|

**Barry Merritt**
**2611 Bens Branch Drive**
**Apt 3102**
**Kingwood, TX 77339-4907**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.613 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$697.29** |
|---|---|---|---|

**Barry Poplaw**
**1950 Northeast 119th Road**
**North Miami, FL 33181**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.614 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,309.14 |
|---|---|---|---|

**Barry Welch**
**704 Van Buren St.**
**Harper, KS 67058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.615 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,904.93 |
|---|---|---|---|

**Bart Achiel L Lanckriet**
**Hazegrasstraat 85**
**Knokke-Heist  8300**
**BELGIUM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.616 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $878.52 |
|---|---|---|---|

**Bart Leenen**
**Sint-Katarinaplein 3**
**Bus 32**
**Hasselt  3500**
**BELGIUM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.617 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $936.44 |
|---|---|---|---|

**Basalat Raja**
**1835 Molino Avenue, #15**
**Signal Hill, CA 90755**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.618 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $430.52 |
|---|---|---|---|

**Basel Alashqar**
**3670 S John Hix Rd**
**Wayne, MI 48184**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.619 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $677.10 |
|---|---|---|---|

**Basem Khan**
**777 North Air Depot Blvd, #4109**
**Midwest City, OK 73110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.620 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $679.46 |
|---|---|---|---|

**Basem Metwally**
**13230 Corbel Circle**
**Apt 1221**
**Fort Myers, FL 33907**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.621 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,429.44** |
|---|---|---|---|

**Basil Bhatiya**
**103 Cody**
**Irvine, CA 92602**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.622 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$747.63** |
|---|---|---|---|

**Alisha Bassim**
**3987 8th Ave**
**Sacramento, CA 95817**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.623 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,071.94** |
|---|---|---|---|

**Bastian Fritsche**
**C/ Teixos, No 3**
**El Dorado, Bloque 3, Atico A**
**Sa Coma PM 7560**
**SPAIN**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.624 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$851.52** |
|---|---|---|---|

**Bayside Cigars Emre Pars**
**401 Biscayne Blvd**
**S130**
**Miami, FL 33132**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.625 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,946.76** |
|---|---|---|---|

**Daniel Beamer**
**6425 Wise Lane**
**King George, VA 22485**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.626 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$430.52** |
|---|---|---|---|

**George T Beatty**
**2616 Norwood Dr**
**Rockford, IL 61107**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.627 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$430.52** |
|---|---|---|---|

**George T Beatty**
**2616 Norwood Dr**
**Rockford, IL 61107**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Launch Pad LLC**                                                    Case number (if known) _____
_____
Name

| 3.628 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$430.14** |
|---|---|---|---|

**George T Beatty**
**2616 Norwood Dr**
**Rockford, IL 61107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.629 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$659.14** |
|---|---|---|---|

**Beau Pearson**
**5704 Bluebell Drive**
**North Little Rock, AR 72118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.630 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$741.86** |
|---|---|---|---|

**Bekim Kamberi**
**21320 Lemarsh Street**
**Los Angeles, CA 91311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.631 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,086.79** |
|---|---|---|---|

**Bekir Davutovski**
**Uhlandstrasse 20**
**Kempten (Allgau)  87437**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.632 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,456.32** |
|---|---|---|---|

**Oleg Belotsky**
**9805 Peach Avenue**
**North Hills, CA 91343**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.633 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$740.02** |
|---|---|---|---|

**Ben Abdull**
**23 Church Road**
**Acton ENG W3 8PU**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.634 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,909.52** |
|---|---|---|---|

**Ben Barlass**
**19811 River Rock Dr**
**Katy, TX 77449**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.635** | Nonpriority creditor's name and mailing address | | **$716.92**

**Ben Bohmann**
**1029 East 8th Avenue**
**Apt 506**
**Denver, CO 80218**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.636** | Nonpriority creditor's name and mailing address | | **$740.77**

**Ben Eldridge**
**46 London Road**
**Cirencester ENG GL7 1AG**
**UNITED KINGDOM**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.637** | Nonpriority creditor's name and mailing address | | **$703.21**

**Ben Frayne**
**2120 Denk Court**
**Union, NJ 07083**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.638** | Nonpriority creditor's name and mailing address | | **$1,309.52**

**Ben Jamison**
**19701 Ahern Rd**
**Moseley, VA 23120**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.639** | Nonpriority creditor's name and mailing address | | **$723.71**

**Ben Longstroth**
**11588 Breckenridge Ln Nw**
**Silverdale, WA 98383**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.640** | Nonpriority creditor's name and mailing address | | **$808.87**

**Ben Mullins**
**226 Queens Road, Bishopsworth**
**Bristol ENG BS138QF**
**UNITED KINGDOM**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.641** | Nonpriority creditor's name and mailing address | | **$459.04**

**Ben Rhoades**
**1566 Anderson Ave**
**Apt G**
**Fort Lee, NJ 07024**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.642** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$740.53**

Ben Sharpe
3256 72nd Place SE
Mercer Island, WA 98040

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.643** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$109.52**

Ben Showalter
27 South View Road
Rising Sun, MD 21911

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.644** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,284.52**

Ben Showalter
27 South View Road
Rising Sun, MD 21911

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.645** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$505.99**

Ben Silion
Arthur Rubinstein Nr.5B
5B
Timisoara TM 300064
ROMANIA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.646** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$505.99**

Ben Silion
Arthur Rubinstein Nr.5B
5B
Timisoara TM 300064
ROMANIA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.647** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$830.47**

Ben Starkie
Chemin De Pierrafuz 1
Vaux-Sur-Morges  1126
SWITZERLAND

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.648** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$764.75**

Ben Swanson
Rako Controls ;Td
Rochester ENG ME2 2AH
UNITED KINGDOM

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Launch Pad LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.649** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,034.52**

**Ben Thayer**
**121 Roberts Road**
**Rollinsford, NH 03869**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.650** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$575.98**

**Ben Van Ruyssevelt**
**Zuidelijke Wandelweg 123**
**Amsterdam  1079RK**
**NETHERLANDS**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.651** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$707.51**

**Ben Zapirain**
**8 Derwent Place**
**Kearns NSW 2558**
**AUSTRAILA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.652** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,403.60**

**Bengt Andersson**
**Kulinggatan 5**
**Karlstad  65221**
**SWEDEN**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.653** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,493.12**

**Beniamin Mogovan**
**8427 188th Street Southeast**
**Snohomish, WA 98296**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.654** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,796.31**

**Benito Lieuw A Soe**
**J.S. Ruppertstraat 47**
**Amsterdam  1069KJ**
**NETHERLANDS**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.655** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$467.01**

**Benjamen Gould**
**1083 Vine St, #176**
**Healdsburg, CA 95448**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.656 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $798.82 |
|---|---|---|---|

**Benjamin Arnold**
**Niels-Bohr-Weg 10**
**Erfurt  99097**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.657 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $675.34 |
|---|---|---|---|

**Benjamin Bauer**
**P.O. Box 5672**
**Atlanta, GA 31107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.658 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $708.00 |
|---|---|---|---|

**Benjamin Cheung**
**545 Washington Avenue**
**Apt 209**
**Brooklyn, NY 11238**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.659 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $685.28 |
|---|---|---|---|

**Benjamin Deck**
**2227 Taggert Street**
**Philadelphia, PA 19125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.660 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $917.95 |
|---|---|---|---|

**Benjamin E Endress**
**133 Wentworth Avenue**
**Cincinnati, OH 45220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.661 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $464.11 |
|---|---|---|---|

**Benjamin Endress**
**133 Wentworth Avenue**
**Cincinnati, OH 45220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.662 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,509.52 |
|---|---|---|---|

**Benjamin Gallagher**
**3174 Warwick Terrace**
**Hamburg, NY 14075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

---

**3.663** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,447.53**

Benjamin Greene
6445 Northeast 7th Avenue
Apartment 509N
Miami, FL 33138

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.664** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$659.52**

Benjamin Jenkins
25 Newmarket Road
Durham, NH 03824

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.665** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$743.88**

Benjamin Lee
108 Beverly St
Mountain View, CA 94043-5257

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.666** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$689.52**

Benjamin Liquet
110 West 86th St.
Apt. 12C
New York, NY 10024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.667** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$738.80**

Benjamin Martinez Jr
904 Windy Wood Ln.
Sweeny, TX 77480

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.668** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,768.87**

Benjamin Neamtu
17602 N 62 Dr
Glendale, AZ 85308

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.669** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$683.91**

Benjamin Pelayo
151 N Westwood Ave
Apt 161
Lindsay, CA 93247

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Launch Pad LLC**                                              Case number *(if known)* _____

Name

---

| 3.670 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $729.87 |

**Benjamin Povman**
**56 Fremont Road**
**Sleepy Hollow, NY 10591**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.671 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $659.52 |

**Benjamin Rednour**
**1910 Madison Avenue, #634**
**Memphis, TN 38104**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.672 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $851.52 |

**Benjamin Schwartz**
**6621 Wakefield Drive**
**#410**
**Alexandria, VA 22037**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.673 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $800.73 |

**Benjamin Tran**
**1198 S 12th St Apt 6**
**San Jose, CA 95112**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.674 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $591.64 |

**Benjamin Van Dam**
**Bunder 1**
**Boom  2850**
**BELGIUM**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.675 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $930.12 |

**Benjamin Vigil**
**1411 N Highland Ave**
**Apt 316**
**Los Angeles, CA 90028**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.676 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $976.24 |

**Benjamin Weihs**
**Dumontstraat 11**
**Haarlem  2033 ZB**
**NETHERLANDS**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.677** | Nonpriority creditor's name and mailing address

**Benjamin Wenger**
**2402 7th Street North**
**Fargo, ND 58102**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$850.87**

---

**3.678** | Nonpriority creditor's name and mailing address

**Benjamin Zimmermann**
**Uferstrasse 35**
**Mainz  55116**
**GERMANY**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,406.67**

---

**3.679** | Nonpriority creditor's name and mailing address

**Benjamin Zimmermann**
**Uferstrasse 35**
**Mainz  55116**
**GERMANY**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,632.69**

---

**3.680** | Nonpriority creditor's name and mailing address

**Bennet Emrich**
**3454 S Delaware Ave**
**Milwaukee, WI 53207**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$684.14**

---

**3.681** | Nonpriority creditor's name and mailing address

**Bennie Wall**
**1207 Santa Anna Rd**
**Henrico, VA 23229**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$806.42**

---

**3.682** | Nonpriority creditor's name and mailing address

**Benny Kirksey**
**2400 Houston Oaks Court**
**Grapevine, TX 76051**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$634.14**

---

**3.683** | Nonpriority creditor's name and mailing address

**Benoit Ouellette**
**266 16E Av**
**Saint-Jean-Sur-Richelieu QC J2X5C3**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,399.84**

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.684 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$430.52** |
|---|---|---|---|

**Benyamin Holley**
**2380 Ivanhoe Way South**
**St. Petersburg, FL 33705**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.685 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,629.35** |
|---|---|---|---|

**Berger Cattle Company**
**318 West Main Street**
**Mandan, ND 58554**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.686 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,382.05** |
|---|---|---|---|

**Rob Bergeron**
**3115 Redbud Ln**
**Louisville, KY 40220**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.687 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$430.52** |
|---|---|---|---|

**David Bernal**
**2234 Louetta Brook Lane**
**Spring, TX 77388**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.688 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$430.52** |
|---|---|---|---|

**Bernard Maiden**
**8433 Lucerne Rd**
**Randallstown, MD 21133**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.689 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$689.52** |
|---|---|---|---|

**Bernard Prat**
**49 Louvain Street**
**Fairfield, CT 06825**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.690 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$787.82** |
|---|---|---|---|

**Bernardo Barbucci**
**Pestalozzistrasse 30**
**Zurich  8032**
**SWITZERLAND**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Launch Pad LLC**
           Name

Case number (if known) _____

| 3.691 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $734.76 |
|---|---|---|---|

**Berne Launay**
**1521 North Argonne Road**
**C142**
**Spokane Valley, WA 99212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.692 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,105.16 |
|---|---|---|---|

**Berry Blom**
**Koepoortsweg 100**
**Hoorn  1624AH**
**NETHERLANDS**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.693 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $576.27 |
|---|---|---|---|

**Berry Smit**
**Lage Naarderweg 68**
**Hilversum  1211AD**
**NETHERLANDS**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.694 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $771.05 |
|---|---|---|---|

**Beysim Yildirim**
**Turkmen Mahallesi 126/1 F Blok Kat 2 Dai**
**Yat Sitesi**
**Aydin  9400**
**TURKEY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.695 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,425.12 |
|---|---|---|---|

**Bharat Goud Maddela**
**605 Tasman Drive, #1319**
**Sunnyvale, CA 94089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.696 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $511.66 |
|---|---|---|---|

**Bhavina Vadgama**
**65 Gladstone Avenue**
**Feltham ENG TW14 9LJ**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.697 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $950.66 |
|---|---|---|---|

**Bianca Albano**
**35 Dewhurst Road**
**Waltham Cross ENG EN8 9PG**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Launch Pad LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.698** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,404.80**

**Biboc Oy Eranen**
**Vanhalantie 26**
**Kotka  48310**
**FINLAND**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.699** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$716.48**

**Benjamin Bidinger**
**14100 Madison Ave NE**
**Bainbridge Island, WA 98110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.700** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$659.52**

**Bilal Ayub**
**942 Barton Oaks Pl**
**Herndon, VA 20170**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.701** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$430.52**

**Bilal Bawany**
**2300 Vantage Drive, #3066**
**Woodbridge, VA 22191**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.702** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$746.69**

**Bilal Raza**
**9242 Gross Point Rd, #412**
**Skokie, IL 60077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.703** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$923.80**

**Bilal Said**
**2141 Citrine Way**
**Sacramento, CA 95834**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.704** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$700.15**

**Bill Barringham**
**20 Ames Street, #1**
**Somerville, MA 02145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.705 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $871.01 |
|---|---|---|---|

**Bill Connelly**
**203 Aberfoyle Avenue**
**Hamilton ON L8K 4S4**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.706 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $871.01 |
|---|---|---|---|

**Bill Connelly**
**203 Aberfoyle Avenue**
**Hamilton ON L8K 4S4**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.707 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $446.64 |
|---|---|---|---|

**Bill Connelly**
**203 Aberfoyle Avenue**
**Hamilton ON L8K 4S4**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.708 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $446.64 |
|---|---|---|---|

**Bill Connelly**
**203 Aberfoyle Avenue**
**Hamilton ON L8K 4S4**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.709 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $659.52 |
|---|---|---|---|

**Billy Bishop**
**11607 Oak Shadows Ln**
**Houston, TX 77024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.710 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $684.52 |
|---|---|---|---|

**Billy Campbell**
**2504 Palmer Drive**
**Gulfport, MS 39507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.711 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $871.33 |
|---|---|---|---|

**Bin Chen**
**73 Townwood Dr**
**Richmond Hill ON L4E 4T2**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
| | Name | | |

---

| 3.712 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$689.52** |

**Bin Di-Rupp**
**6633 Quitman Court**
**Arvada, CO 80003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.713 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,720.17** |

**Birinderpal Purba**
**4488 Windermere Street**
**Vancouver BC V5R 0J4**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.714 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$639.76** |

**Birju Solanki**
**221 W 48th Street Apt 805**
**Kansas City, MO 64112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.715 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$729.87** |

**Bisheswar Leishangthem**
**1 Crocus Ct**
**Piscataway, NJ 08854**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.716 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$751.03** |

**Biswa Samanta**
**307 Santa Barbara**
**Irvine, CA 92606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.717 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$703.21** |

**Bj Marcelin**
**2064 East McGalliard Avenue**
**Trenton, NJ 08610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.718 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$658.87** |

**Bjork Ostrom**
**4015 Evergreen Pl**
**Shoreview, MN 55126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Launch Pad LLC**                                          Case number *(if known)* _____
     Name

| 3.719 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,086.74 |
|---|---|---|---|

**Bjorn Manthei**
**Alte Allee 14**
**Berlin  14055**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.720 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,406.52 |
|---|---|---|---|

**Bjorn Obornik**
**Treptowweg 46**
**Hannover  30179**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.721 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,942.62 |
|---|---|---|---|

**Bjorn Schwarze**
**Kaistrasse 101**
**Kiel  24114**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.722 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $709.25 |
|---|---|---|---|

**Blair Scheib**
**840 Turquoise St, #204**
**San Diego, CA 92109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.723 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $657.32 |
|---|---|---|---|

**Blake Bertram**
**12333 NE Stanton St**
**Portland, OR 97230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.724 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $430.52 |
|---|---|---|---|

**Blou Fleurissaint**
**2030 Childress Drive Sw**
**Atlanata, GA 30311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.725 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $805.98 |
|---|---|---|---|

**Bobbi Razzino**
**49-51 Ashwin Parade**
**Torrensville SA 5031**
**AUSTRAILA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.726 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $691.93 |
|---|---|---|---|

**Bobbi Razzino**
**49-51 Ashwin Parade**
**Torrensville SA 5031**
**AUSTRAILA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.727 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $659.14 |
|---|---|---|---|

**Bobby Wawak**
**1914 Edgeware Drive**
**Austin, TX 78704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.728 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $930.71 |
|---|---|---|---|

**Bogdan Dornescu**
**42 Rose Glen**
**Rm7 0Sp ENG RM7 0SP**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.729 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $808.25 |
|---|---|---|---|

**Bogdan Florian**
**17 Cobham Road**
**Birmingham ENG B94UP**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.730 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $913.83 |
|---|---|---|---|

**Bohumir Kovar**
**Hradistko 96**
**Sadska  28912**
**CZECH REPUBLIC**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.731 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $745.08 |
|---|---|---|---|

**Bojan Jaksic**
**8069 Misty Canyon Ave**
**Las Vegas, NV 89113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.732 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $526.51 |
|---|---|---|---|

**Bojan Jovanovski**
**Ul. Mitre Vlaot 10B**
**Skopje  1000**
**NORTH MACEDONIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.733** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,720.49**

Boldizsar Tatar
Daroczi Ut 1-3.
Thyssenkrupp Components Technology
Hunga
Budapest  1113
HUNGARY

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.734** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$719.26**

Ali Azimi Bolourian
301 Lethbridge Court
Ashton, MD 20861-3604

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.735** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$659.52**

Bonnie McDonald
139 Hideaway Cove Trail
Turtletown, TN 37391

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.736** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$430.52**

Renato Silva Borges da Rocha
1537 Victoria Isle Way
Weston, FL 33327

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.737** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$731.94**

Chelsey Borgos
6305 S Millbrook Way
Aurora, CO 80016

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.738** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$801.83**

Borislav Angelov
26 Gordon Road
London ENG W5 2AD
UNITED KINGDOM

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.739** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$659.14**

Alexander Borremans
228 Edge Hill Dr.
Canyon Lake, TX 78133

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Launch Pad LLC**                                           Case number *(if known)* _____
_____
Name

| | | |
|---|---|---|
| 3.740 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**3.740**

**Nonpriority creditor's name and mailing address**
**Ma Antonietta Borruel**
**5500 Telegraph Rd Ste 145**
**Ventura, CA 93003**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$681.56**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.741**

**Nonpriority creditor's name and mailing address**
**Boryana Kolf**
**60 Hope Ave Apt 313**
**Waltham, MA 02453**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$904.15**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.742**

**Nonpriority creditor's name and mailing address**
**Boy Schook**
**Herengracht 184B**
**Amsterdam  1016 BS**
**NETHERLANDS**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$464.55**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.743**

**Nonpriority creditor's name and mailing address**
**Brad Battles**
**29155 Edward Avenue**
**Madison Heights, MI 48071**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$430.52**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.744**

**Nonpriority creditor's name and mailing address**
**Brad Boston**
**54 W 5th Ave**
**Collegeville, PA 19426**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,388.09**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.745**

**Nonpriority creditor's name and mailing address**
**Brad Downer**
**350 Village Drive**
**King Of Prussia, PA 19406**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$699.09**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.746**

**Nonpriority creditor's name and mailing address**
**Brad Gray**
**3021 Clairmont Avenue, #12**
**Birmingham, AL 35205**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$6,552.58**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Launch Pad LLC**
_____
Name

Case number (if known) _____

| 3.747 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $719.80 |

**Brad Hall**
**506 Siltstone Place**
**Cary, NC 27519**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.748 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $789.81 |

**Brad Lefave**
**25**
**Van Daele St**
**Sault Ste. Marie ON P6B4V3**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.749 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $634.52 |

**Brad Marshall**
**2412 Juno Ave.**
**Orlando, FL 32817**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.750 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $717.77 |

**Brad Rich**
**14116 S Winfield Scott Way**
**Draper, UT 84020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.751 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,409.62 |

**Brad Slavin**
**6038 Blue Dawn Trail**
**San Diego, CA 92130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.752 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $850.12 |

**Brad Tolar**
**2575 East Sahara Avenue**
**D**
**Las Vegas, NV 89104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.753 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $659.52 |

**Brad Wilkinson**
**910 Moss Drive**
**Savannah, GA 31410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **Launch Pad LLC**                                                        Case number *(if known)* _____
_____
Name

| | | |
|---|---|---|
| 3.754 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**3.754**

**Nonpriority creditor's name and mailing address**

**Braden Nora**
**2057 Parkside Drive East**
**Seattle, WA 98112**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

**$757.78**

---

**3.755**

**Nonpriority creditor's name and mailing address**

**Bradley Burk**
**216 Shanley Ct**
**Roseville, CA 95747**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

**$708.50**

---

**3.756**

**Nonpriority creditor's name and mailing address**

**Bradley Chamberlin**
**700 San Juan Oaks Rd**
**Brentwood, CA 94513**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

**$465.96**

---

**3.757**

**Nonpriority creditor's name and mailing address**

**Bradley Coupland**
**3721 Evergreen St**
**Port Coquitlam BC V3B 4X3**
**CANADA**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

**$1,314.66**

---

**3.758**

**Nonpriority creditor's name and mailing address**

**Bradley Dougherty**
**45 West Park Heights**
**Keswick**
**Georgina ON L4P3T9**
**CANADA**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

**$717.35**

---

**3.759**

**Nonpriority creditor's name and mailing address**

**Bradley Dougherty**
**45 West Park Heights**
**Keswick**
**Georgina ON L4P3T9**
**CANADA**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

**$717.35**

---

**3.760**

**Nonpriority creditor's name and mailing address**

**Bradley Ellis**
**2203 Sage Canyon Dr**
**Cedar Park, TX 78613**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

**$659.14**

---

Debtor   **Launch Pad LLC**
_____   Case number *(if known)* _____
Name

| 3.761 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$684.52** |
|---|---|---|---|

**Bradley Jordan**
**200 Jordan Lane**
**Helena, AL 35080**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.762 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$658.12** |
|---|---|---|---|

**Bradley Lauk**
**314 North Division Street**
**Powell, WY 82435**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.763 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,693.52** |
|---|---|---|---|

**Bradley Lauster**
**72 Townsend St**
**Unit 706**
**San Francisco, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.764 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$658.12** |
|---|---|---|---|

**Bradley Morris**
**13128 S Horizon Point Dr**
**Draper, UT 84020-8879**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.765 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,847.89** |
|---|---|---|---|

**Bradley Nering**
**1275 Fruitdale Ave**
**San Jose, CA 95126**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.766 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$794.94** |
|---|---|---|---|

**Bradley Neumann**
**358 West 4th Avenue**
**Columbus, OH 43201**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.767 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$209.52** |
|---|---|---|---|

**Bradley Nolet**
**10201 Washingtonian Blvd #326**
**Gaithersburg, MD 20878**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor    **Launch Pad LLC**
_____    Case number *(if known)* _____
            Name

| 3.768 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $710.23 |
|---|---|---|---|

**Bradley Perry**
**5512 Bastian Blvd**
**South Beloit, IL 61080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.769 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $915.38 |
|---|---|---|---|

**Bradley Yencer**
**22501 Chase**
**Apt 3114**
**Aliso Viejo, CA 92656**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.770 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $471.22 |
|---|---|---|---|

**Braeden Tiemann**
**1514 West Mission Blvd**
**Apt 19**
**Pomona, CA 91766**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.771 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $873.70 |
|---|---|---|---|

**Bram Roggen**
**Bovenveld 24**
**Holsbeek  3220**
**BELGIUM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.772 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $919.53 |
|---|---|---|---|

**Bram Ruts**
**Gerheide 127**
**Balen  2490**
**BELGIUM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.773 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $428.32 |
|---|---|---|---|

**Branden Kunkler**
**4579 SE Mair St**
**Hillsboro, OR 97123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.774 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,636.17 |
|---|---|---|---|

**Brandon Austin**
**3903 S Congress Ave, #41089**
**Austin, TX 78704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.775 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $740.83 |
|---|---|---|---|

**Brandon Barry**
**429 S Seaward Ave**
**Ventura, CA 93003**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.776 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $750.72 |
|---|---|---|---|

**Brandon Bonanno**
**34 Mazza Court**
**Staten Island, NY 10312**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.777 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,497.32 |
|---|---|---|---|

**Brandon Boren**
**9227 Reseda Blvd #122**
**Northridge, CA 91324**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.778 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $689.28 |
|---|---|---|---|

**Brandon Brown**
**675 Brown Street**
**Peterborough ON K9J 4K6**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.779 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,148.97 |
|---|---|---|---|

**Brandon Chin**
**317 Portlock Rd**
**Honolulu, HI 96825**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.780 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $664.39 |
|---|---|---|---|

**Brandon Chowsen**
**7844 160A Street**
**Surrey BC V4N 0T7**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.781 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $791.75 |
|---|---|---|---|

**Brandon Cuff**
**1697 Allen Avenue**
**Pasadena, CA 91104**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.782** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,734.70**

**Brandon Detmers**
**1040 Back Road**
**Springhill NS B0M 1X0**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.783** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$464.96**

**Brandon Diehl**
**2026 East Hazzard Street**
**Philadelphia, PA 19125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.784** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$34.93**

**Brandon Dillon**
**6431 Menlo Street**
**Simi Valley, CA 93063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.785** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,454.70**

**Brandon Fine**
**260 Raven Spur**
**Powell, OH 43065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.786** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$659.52**

**Brandon Gerber**
**2052 Brendla Road**
**Clearwater, FL 33755**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.787** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$659.52**

**Brandon Gerber**
**2052 Brendla Road**
**Clearwater, FL 33755**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.788** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$429.87**

**Brandon Hiltz**
**720 Roberts Rd, #100**
**Sartell, MN 56377**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.789 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,306.28** |
|---|---|---|---|

**Brandon Jung**
**7700 Irvine Center Drive**
**Suite 800**
**Irvine, CA 92618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.790 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$684.52** |
|---|---|---|---|

**Brandon Light**
**P.O. Box 680556**
**Fort Payne, AL 35968**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.791 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,176.94** |
|---|---|---|---|

**Brandon Neff**
**44 Castle View Drive**
**Mckees Rocks, PA 15136**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.792 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$850.12** |
|---|---|---|---|

**Brandon Nesbit**
**8354 Urry Circle**
**Sandy, UT 84093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.793 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$456.35** |
|---|---|---|---|

**Brandon Northington**
**3400 S Clark St**
**Apt 915**
**Arlington, VA 22202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.794 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,609.52** |
|---|---|---|---|

**Brandon Rinehart**
**510 Front St**
**Georgetown, SC 29440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.795 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$670.41** |
|---|---|---|---|

**Brandon Ristow**
**223 Discher Street, #14**
**Schofield, WI 54476**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.796** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$429.12**

**Brandon Rutledge**
**20510 Ottawa Road**
**Apple Valley, CA 92308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.797** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,114.52**

**Brandon Tesar**
**215 Rachel Circle**
**Forest Hill, MD 21050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.798** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$851.52**

**Brandon Valdez**
**86-324 Kauaopuu**
**Waianae, HI 96792**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.799** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$430.52**

**Brandy Griffith**
**3250 Conservation Pl Apt 201**
**Melbourne, FL 32934**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.800** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$430.52**

**Brandy Griffith**
**3250 Conservation Pl Apt 201**
**Melbourne, FL 32934**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.801** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,626.65**

**Branko Djuric**
**Rietgrabenstrasse 84**
**Opfikon  8152**
**SWITZERLAND**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.802** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,735.46**

**Branko Vulin**
**Ingenjorsgatan 1**
**Malmo  21568**
**SWEDEN**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Launch Pad LLC**                                    Case number *(if known)* _____
_____
Name

| 3.803 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $871.33 |
|---|---|---|---|

**Brayden Klein**
**827 Fairfield Rd**
**Suite 208**
**Victoria BC V8V 5B2**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.804 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $833.24 |
|---|---|---|---|

**Brayner Daal**
**Koekoekzoom 11**
**Pijnacker  2643 KP**
**NETHERLANDS**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.805 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $670.41 |
|---|---|---|---|

**Brendan Maye**
**3321 Peridot Ave**
**Apt 114**
**Ames, IA 50010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.806 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $753.29 |
|---|---|---|---|

**Brendan Patterson**
**43 Bluebird Avenue**
**Cockatoo VIC 3781**
**AUSTRAILA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.807 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,211.12 |
|---|---|---|---|

**Brendan Raftery**
**5656 La Jolla Hermosa Ave**
**La Jolla, CA 92037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.808 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,420.35 |
|---|---|---|---|

**Brenden Lisoff**
**28 Smart Street, #801**
**Fairfield NSW 2165**
**AUSTRAILA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.809 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $871.28 |
|---|---|---|---|

**Brennan Roy**
**3458 Goodridge Link Nw**
**Edmonton AB T5T 4G2**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Launch Pad LLC**

Name

Case number *(if known)*

| | | |
|---|---|---|
| 3.810 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$659.52** |

**Brent Benson**
**1018 North Durham Street**
**Baltimore, MD 21205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.811 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$732.03** |

**Brent Mills**
**62 Stetson Ave**
**Swampscott, MA 01907**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.812 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,405.40** |

**Brent Sorenson**
**3045 Standridge Place**
**Saint Paul, MN 55109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.813 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,909.52** |

**Brent Thomas**
**251 Lauderdale Road**
**Nashville, TN 37205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.814 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,858.05** |

**Brent Tidwell**
**4023 Mossy Rock Lane**
**Franklin, TN 37064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.815 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$456.35** |

**Brent Wasson**
**724 Park Hills**
**Bowling Green, KY 42101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.816 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$689.14** |

**Brenton Long**
**4546 El Camino Real B10 #648**
**Los Altos, CA 94022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.817** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,377.14**

**Bret Whaley**
**P.O. Box 165**
**Florence, WI 54211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.818** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,439.36**

**Brett Carlson**
**4520 141st Avenue Southeast**
**Bellevue, WA 98006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.819** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,309.52**

**Brett McDonald**
**172 Hideaway Cove Trail**
**Turtletown, TN 37391**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.820** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$707.51**

**Brett Robinson**
**8 Cross Street**
**Red Hill QLD 4059**
**AUSTRAILA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.821** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$430.52**

**Brett Teger**
**189 Thunder Road**
**Holbrook, NY 11741-4435**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.822** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,433.44**

**Brewer Ward**
**2142 Saddleback Dr**
**Corona, CA 92879**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.823** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,433.44**

**Brewer Ward**
**2142 Saddleback Dr**
**Corona, CA 92879**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.824** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$430.52**

**Brian Athearn**
**455 State Road**
**Unit 2**
**Vineyard Haven, MA 02568**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.825** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$491.13**

**Brian Bell**
**1065 Queen Annes Lane**
**Beaumont, CA 92223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.826** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,535.52**

**Brian Benton**
**1004 Brookstone Blvd**
**Mt. Juliet, TN 37122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.827** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$659.52**

**Brian Burgos**
**2871 Willard Avenue**
**Oceanside, NY 11572**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.828** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$763.82**

**Brian Cain**
**401 Tralee Lane**
**Yukon, OK 73099**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.829** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$703.21**

**Brian Callaghan**
**P.O. Box 308**
**New Gretna, NJ 08224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.830** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$430.52**

**Brian Carr**
**11800 Carters Valley Place**
**Chesterfield, VA 23838**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.831** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$430.52**

**Brian Chapin**
**1570 East River Road**
**Grand Island, NY 14072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.832** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,449.58**

**Brian Delmonte**
**4 Ruth Pl**
**Middlesex, NJ 08846**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.833** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,535.52**

**Brian Feldman**
**6316 Rolden Court**
**Mount Dora, FL 32757**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.834** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$464.74**

**Brian Geddes**
**214 SE 150th Ct**
**Vancouver, WA 98684**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.835** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,409.52**

**Brian Gray**
**4721 Clopton Dr**
**Hayes, VA 23072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.836** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$684.52**

**Brian Griffith**
**11700 Wisteria Pond Way, #417**
**Manassas, VA 20109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.837** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$656.72**

**Brian Guay**
**10501 Kateri Drive**
**Grande Prairie AB T8W 2N1**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.838**

**Nonpriority creditor's name and mailing address**
**Brian Heath**
**514 Cardinal Dr**
**Conway, SC 29526**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$719.29

---

**3.839**

**Nonpriority creditor's name and mailing address**
**Brian Hitch**
**36 Barry Road**
**Pontypridd WLS CF37 1HY**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$1,410.76

---

**3.840**

**Nonpriority creditor's name and mailing address**
**Brian Jacobs**
**409 Maple St**
**Lakehurst, NJ 08733**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$703.21

---

**3.841**

**Nonpriority creditor's name and mailing address**
**Brian Kaffee**
**32 Partridge Run**
**Montvale, NJ 07645**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$722.80

---

**3.842**

**Nonpriority creditor's name and mailing address**
**Brian Le**
**107B Stonyhill Road**
**Eatontown, NJ 07724**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$1,369.62

---

**3.843**

**Nonpriority creditor's name and mailing address**
**Brian Lee**
**5721 Buchanan Street**
**Burnaby BC V5B 2R9**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$1,987.35

---

**3.844**

**Nonpriority creditor's name and mailing address**
**Brian Lee**
**205 Hillside Drive**
**Pacifica, CA 94044**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$468.06

---

Official Form 206 E/F

Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.845 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$726.34** |
|---|---|---|---|

**Brian Lund**
**12432 Double Eagle Drive**
**Mukilteo, WA 98275**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.846 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$464.61** |
|---|---|---|---|

**Brian Macpherson**
**15154 Creek Hills Road**
**El Cajon, CA 92021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.847 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,468.81** |
|---|---|---|---|

**Brian McArthur**
**5714 Colonial Garden Dr**
**Huntersville, NC 28078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.848 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$251.08** |
|---|---|---|---|

**Brian Menzel**
**25 Runnymede Road**
**Toronto ON M6S 2Y1**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.849 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$634.52** |
|---|---|---|---|

**Brian Mertz**
**413 East Stockbridge Street**
**Eagle Lake, TX 77434**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.850 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$851.52** |
|---|---|---|---|

**Brian Mora-Morel**
**2307 Colfax Lane**
**Indianapolis, IN 46260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.851 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$743.99** |
|---|---|---|---|

**Brian Moran**
**11205 Lebanon Rd #79**
**Mt Juliet, TN 37122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Launch Pad LLC**
_____    Case number _(if known)_ _____
Name

| 3.852 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$684.52** |
|---|---|---|---|

**Brian Newhard**
**42697 Latrobe Street**
**Chantilly, VA 20152**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.853 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$1,428.37** |
|---|---|---|---|

**Brian Nguyen**
**445 Oak Court**
**Menlo Park, CA 94025**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.854 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$913.28** |
|---|---|---|---|

**Brian Peasley**
**P.O. Box 1797**
**Nevada City, CA 95959**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.855 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$871.33** |
|---|---|---|---|

**Brian Pon**
**25 Autumnwood Cres.**
**Spruce Grove AB T7X 0J3**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.856 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$460.66** |
|---|---|---|---|

**Brian Ratkiewicz**
**43 Pine Valley Drive**
**Pittsburgh, PA 15235**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.857 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$430.52** |
|---|---|---|---|

**Brian Rego**
**101 Margaret Street**
**Pawtucket, RI 02860**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.858 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$1,308.87** |
|---|---|---|---|

**Brian Singletron**
**701 S Polk St**
**Amarillo, TX 79101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.859**

**Nonpriority creditor's name and mailing address**
**Brian Slane**
**202 Dens Ridge Road**
**Cassville, MO 65625**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$2,049.14

---

**3.860**

**Nonpriority creditor's name and mailing address**
**Brian Slane**
**202 Dens Ridge Road**
**Cassville, MO 65625**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$2,049.14

---

**3.861**

**Nonpriority creditor's name and mailing address**
**Brian Smith**
**2209 Briarwood Drive**
**Mckeesport, PA 15135**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$818.58

---

**3.862**

**Nonpriority creditor's name and mailing address**
**Brian Vandenberg**
**6 Chaumont St**
**Mission Viejo, CA 92692**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$719.88

---

**3.863**

**Nonpriority creditor's name and mailing address**
**Brian Wasielewski**
**233 East 235th St**
**The Bronx, NY 10470**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$739.91

---

**3.864**

**Nonpriority creditor's name and mailing address**
**Brian Zapchenk**
**8504 W Stuenkel Rd.**
**Frankfort, IL 60423**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$809.49

---

**3.865**

**Nonpriority creditor's name and mailing address**
**Brian Zweig**
**5907 Willow Ln**
**Dallas, TX 75230**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$659.14

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
| | Name | | |

---

| 3.866 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$429.87** |
| | **Brianne McInerney** | ☐ Contingent | |
| | **11424 E. Forge Ave** | ☐ Unliquidated | |
| | **Mesa, AZ 85208** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.867 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$626.64** |
| | **Brittany Reed-Allen** | ☐ Contingent | |
| | **2108 Gidding St.** | ☐ Unliquidated | |
| | **Clovis, NM 88101** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.868 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$713.52** |
| | **Brock Bales** | ☐ Contingent | |
| | **1046 Lost Pines Lane** | ☐ Unliquidated | |
| | **Cedar Park, TX 78613** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.869 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$430.52** |
| | **Brock Ginter** | ☐ Contingent | |
| | **1099 Oregon Blvd** | ☐ Unliquidated | |
| | **Waterford, MI 48327** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.870 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$429.87** |
| | **Brooke Little** | ☐ Contingent | |
| | **458 Carriage Lane** | ☐ Unliquidated | |
| | **Hudson, WI 54016** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.871 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$430.52** |
| | **Brooke Rutherford** | ☐ Contingent | |
| | **2400 Clarendon Blvd** | ☐ Unliquidated | |
| | **Apt 1003** | ☐ Disputed | |
| | **Arlington, VA 22201** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.872 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$659.14** |
| | **Brooks Prumo** | ☐ Contingent | |
| | **1419 Schley Avenue** | ☐ Unliquidated | |
| | **San Antonio, TX 78210** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Launch Pad LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.873** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$849.32**

Aaron Brown
13647 E Burnside Street
Portland, OR 97233

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.874** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$659.52**

Taylor S. Brown
3176 Clairwood Ter
Chamblee, GA 30341

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.875** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$851.14**

Bruce Cass
3074 14th Rd
Escanaba, MI 49829

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.876** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,369.52**

Bruce Cunningham
477 Janice Drive
Sparta, TN 38583

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.877** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$775.35**

Bruce Hollingdrake
2324 Avenue Maple
Saint-Lambert QC J4P 2S2
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.878** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$430.14**

Bruce Mai
7835 Milan Ave
University City, MO 63130

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.879** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,794.47**

Bruno Cunha
Rua Norte Junior 17
6O Dir
Lisboa PT-11 1950-205
PORTUGAL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Launch Pad LLC**                                                      Case number *(if known)* _____
_____
                Name

| | |
|---|---|
| 3.880 **Nonpriority creditor's name and mailing address** | **$2,636.17** |

**Bruno Geremia**
**Suite1000, 600-3 Ave Sw**
**Calgary AB T2P 0G5**
**CANADA**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.881 **Nonpriority creditor's name and mailing address** | **$681.72** |

**Bruno Giffard**
**1108 Rue Mailhot**
**Sherbrooke QC J1G 2S4**
**CANADA**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.882 **Nonpriority creditor's name and mailing address** | **$681.72** |

**Bruno Giffard**
**1108 Mailhot**
**Sherbrooke QC J1G2S4**
**CANADA**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.883 **Nonpriority creditor's name and mailing address** | **$681.72** |

**Bruno Giffard**
**1108 Rue Mailhot**
**Sherbrooke QC J1G 2S4**
**CANADA**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.884 **Nonpriority creditor's name and mailing address** | **$430.52** |

**Bruno Mastrocolla**
**5650 Vantage Point Rd**
**Columbia, MD 21044**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.885 **Nonpriority creditor's name and mailing address** | **$720.87** |

**Bruno Pinto Goncalves**
**Bachstrasse 2**
**Dubendorf  8600**
**SWITZERLAND**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.886 **Nonpriority creditor's name and mailing address** | **$719.88** |

**Bruno Racineux**
**6715 Hollywood Blvd # 208**
**Los Angeles, CA 90028**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.887** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$303.81**

Bruno Soumis-Beauchemin
158 Rue Auger
Ch  Teauguay QC J6K 5J6
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.888** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$664.28**

Bryan Albuquerque
108 Swift Cres
Cambridge ON N1P 1J8
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.889** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,388.09**

Bryan Beane
419 Dowdy Trail
Murray, KY 42071

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.890** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$727.41**

Bryan Bower
371 South 13th Street
San Jose, CA 95112

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.891** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$747.63**

Bryan Brooks
29981 Los Nogales Road
Temecula, CA 92591

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.892** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$747.25**

Bryan Davaris
25339 Via Dona Christa
Valencia, CA 91355

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.893** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,402.51**

Bryan Kaufman
6371 Hillside Drive
Yorba Linda, CA 92886

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.894** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$727.41**

Bryan Keubeng
1546 Woodland Ln
Bolingbrook, IL 60490

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.895** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$737.84**

Bryan Kim
871 Crenshaw Blvd
Unit 303
Los Angeles, CA 90005

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.896** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$689.14**

Bryan Mulder
6800 East 99th Ave
Anchorage, AK 99507-6722

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.897** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,687.66**

Bryan O'Donnell
Soho Palm
Dubai DU
UNITED ARAB EMIRATES

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.898** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$430.52**

Bryan Parker
14584 Bon Dickey Dr.
Baton Rouge, LA 70818-3711

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.899** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$461.75**

Bryant Lin
424 Sonora Drive
San Mateo, CA 94402

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.900** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$851.52**

Bryce Elkins
580 East 600 North
Columbia City, IN 46725

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.901 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,433.44** |
|---|---|---|---|

**Bryce Lahiff**
**23527 Mountainside Court**
**Murrieta, CA 92562**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.902 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$429.87** |
|---|---|---|---|

**Bryon Johnson**
**9007 14th Avenue South**
**Bloomington, MN 55425**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.903 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$429.87** |
|---|---|---|---|

**Bryon Johnson**
**9007 14th Avenue South**
**Bloomington, MN 55425**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.904 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$713.80** |
|---|---|---|---|

**Bubblehub Gmbh Sandra Sabin**
**Am Schopfwerk 33 Parzelle 83**
**Kleingarten**
**Wien  1120**
**AUSTRIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.905 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$850.12** |
|---|---|---|---|

**Buck Parker**
**4465 S Mathews Way**
**Salt Lake City, UT 84124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.906 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$778.50** |
|---|---|---|---|

**Budes Florian Ciprian**
**Raul Doamnei, Nr.6A, Sector 6**
**Bl Ts4, Ap 64**
**Bucharest B 61764**
**ROMANIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.907 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$780.83** |
|---|---|---|---|

**Andrew Buffum**
**1445 West Gramercy Place**
**San Antonio, TX 78201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Launch Pad LLC**                                          Case number (if known) _____
_____
         Name

| 3.908 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,142.97** |
|---|---|---|---|

**Bukhari Hassan**
**1188 E 12Ave Columbus Oh**
**Columbus, OH 43211**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.909 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$894.07** |
|---|---|---|---|

**Bulent Kocabas**
**Robert-Koch-Strasse 33**
**Neuss  42464**
**GERMANY**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.910 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$711.31** |
|---|---|---|---|

**Bun Di-Rupp**
**Di-Rupp**
**Arvada, CO 80003**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.911 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$712.56** |
|---|---|---|---|

**Anthony Butler**
**7556 Durham Hall Ave, #101**
**Las Vegas, NV 89130**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.912 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$796.07** |
|---|---|---|---|

**Buvaneswari Ramanan**
**2001 Prospect Avenue**
**Scotch Plains, NJ 07076**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.913 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,076.50** |
|---|---|---|---|

**Byron Callaghan**
**60 Shakespeare Avenue**
**London ENG N11 1AY**
**UNITED KINGDOM**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.914 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$247.50** |
|---|---|---|---|

**Byron Callaghan**
**60 Shakespeare Avenue**
**Lodon ENG N111AY**
**UNITED KINGDOM**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.915** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$697.64**

**Federico D Cabral**
**777 Brickell Avenue**
**500-9910**
**Miami, FL 33131**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.916** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,535.52**

**Cade Foust**
**2107 Wild Peregrine Circle**
**Katy, TX 77494**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.917** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,369.52**

**Adam Cain**
**1237 Lake Parke Drive**
**St Johns, FL 32259**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.918** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$135.00**

**Caitlin Turner**
**14126 Marquesas Way #3419**
**Marina Del Rey, CA 90292**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.919** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,067.33**

**Caius Ivanita**
**1701 Fisher Ave**
**Ottawa ON K2C1X9**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.920** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$634.52**

**Caleb Buttram**
**600 Confederate Circle**
**Taylors, SC 29687**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.921** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$456.35**

**Calebe Nobre**
**2945 Sycamore Rd**
**Huntingdon Valley, PA 19006**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.922** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$805.98**

**Callan Jotta**
**3A Dion Place**
**Coolbellup WA 6163**
**AUSTRAILA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.923** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$740.01**

**Callum Watson**
**70 Redcroft Road**
**Danderhall SCT EH22 1FQ**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.924** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$658.12**

**Calvin Ball**
**4850 Natomas Blvd, #818**
**Sacramento, CA 95835**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.925** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$719.88**

**Calvin Castillo**
**15052 Fairacres Dr.**
**La Mirada, CA 90638**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.926** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,206.23**

**Calvin Chu**
**5 Clay**
**Irvine, CA 92620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.927** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$461.75**

**Calvin Jaojoco**
**4162 El Molino Blvd**
**Chino Hills, CA 91709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.928** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,628.38**

**Cam Mundle**
**5 Campbell Crescent Southeast**
**Medicine Hat AB T1B 1J7**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.929** | Nonpriority creditor's name and mailing address

**David Camacho**
**Calle De La Amargura 60 Int. Sotano 1**
**Lomas De La Herradura**
**Huixquilucan MEX 52785**
**MEXICO**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$10,333.81**

---

**3.930** | Nonpriority creditor's name and mailing address

**Cameron Church**
**1252 Campbell Cir.**
**Jacksonville, FL 32207**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$659.52**

---

**3.931** | Nonpriority creditor's name and mailing address

**Cameron Conte**
**36 Willowbank Avenue**
**Richmond Hill ON L4E 3B2**
**CANADA**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$712.35**

---

**3.932** | Nonpriority creditor's name and mailing address

**Cameron Essex**
**1570 Heather Trace Lane**
**Winston Salem, NC 27127**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$634.52**

---

**3.933** | Nonpriority creditor's name and mailing address

**Cameron Hurley**
**7449 La Jolla Blvd**
**San Diego, CA 92037**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$682.31**

---

**3.934** | Nonpriority creditor's name and mailing address

**Cameron Kavich**
**9804 102 Street**
**Morinville AB T8R 1E7**
**CANADA**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$677.53**

---

**3.935** | Nonpriority creditor's name and mailing address

**Cameron Siebels**
**2216 Wheaton Trail**
**Cedar Park, TX 78613**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,369.14**

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.936** | Nonpriority creditor's name and mailing address

Cameron Talley
4115 Sunny Crossing Dr
Louisville, KY 40299

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$718.56**

---

**3.937** | Nonpriority creditor's name and mailing address

Camilla Gavgani
Bergsvagen 23 A
Savedalen  43361
SWEDEN

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$593.25**

---

**3.938** | Nonpriority creditor's name and mailing address

Candice Jiang
21 Reynolds Street
Apt. G
Rochester, NY 14608

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$659.52**

---

**3.939** | Nonpriority creditor's name and mailing address

Canh Nguyen
Holywood Nails, Regent Arcade, Cheltenha
Cheltenham ENG GL50 1JZ
UNITED KINGDOM

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$735.02**

---

**3.940** | Nonpriority creditor's name and mailing address

Carl Maybin
3318 Hayden Street
Honolulu, HI 96815

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$430.52**

---

**3.941** | Nonpriority creditor's name and mailing address

Carl Russo
97 E Shore Rd
Manhasset, NY 11030

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$684.52**

---

**3.942** | Nonpriority creditor's name and mailing address

Carl Smith
727 Furnace St.
Elyria, OH 44035

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$458.51**

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.943 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,981.72 |
|---|---|---|---|

**Carlin Vicera**
**8495 Cambie Street, #40**
**Vancouver BC V6P 3J9**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.944 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $742.15 |
|---|---|---|---|

**Carlos Alberto Pereyra Pacheco**
**Castillo 1035**
**1Ro A**
**Ciudad Autonoma De Buenos Aires C 1414**
**ARGENTINA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.945 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $430.52 |
|---|---|---|---|

**Carlos Davila Perez**
**P.O. Box 398**
**Vega Baja, PR 00694-0398**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.946 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $893.55 |
|---|---|---|---|

**Carlos Garcia**
**6640 Southwest 26th Court**
**Miramar, FL 33023**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.947 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,359.52 |
|---|---|---|---|

**Carlos Naibryf**
**16741 Harbor Ct**
**Weston, FL 33326**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.948 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $714.77 |
|---|---|---|---|

**Carlos Pohls**
**Montreal #40, Raquet 2**
**Hermosillo SON 83200**
**MEXICO**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.949 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $737.88 |
|---|---|---|---|

**Carlos Preciado**
**281 E. South**
**Rialto, CA 92376**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.950** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$708.50**

**Carlos Preciado**
281 E. South
Rialto, CA 92376

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.951** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$659.52**

**Carlos Rios-Bedoya**
10362 Edgewood Ct
Grand Blanc, MI 48439

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.952** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$650.77**

**Carlos Sevilla**
2282 Montview Dr.
Clearwater, FL 33763

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.953** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,407.55**

**Carlos Trevino**
1700 East 4th Street, #1113
Austin, TX 78702

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.954** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$658.87**

**Carlos Villegas**
11844 South Camino San Matias
Tucson, AZ 85756

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.955** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$430.52**

**Carlos Zelaya**
16000 Bunche Park School Dr
Miami Gardens, FL 33054

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.956** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,805.72**

**Abdel Carmona**
41 Erial Road
Blackwood, NJ 08012

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.957** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$871.28**

Carnel Britton
20 Parkdale Ave N
Hamilton ON L8H5W8
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.958** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$430.52**

Caroline Gong
77 Vine Street
Newton, MA 02467

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.959** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,359.14**

Carrie Coholich
1527 Derby Drive
Rockwall, TX 75032

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.960** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$456.83**

Carrie Menkari
83 Stearns Rd
Marlborough, MA 01752

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.961** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$709.52**

Carrie Ryan
5528 Traceside Drive
Nashville, TN 37221

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.962** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$659.52**

Melissa Carriles Biggham
13308 Digges Terrace
Fort Washington, MD 20744

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.963** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$851.52**

Brelin Carroll
5650 Graduate Circle
Apt. 2206B
Tampa, FL 33617

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.964** | Nonpriority creditor's name and mailing address | | **$866.27**

**Carsten Bluhm**
**Hekeler Strasse 63**
**Berne  27804**
**GERMANY**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.965** | Nonpriority creditor's name and mailing address | | **$1,368.87**

**Carter Ritt**
**5448 E Lupine Ave**
**Scottsdale, AZ 85254**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.966** | Nonpriority creditor's name and mailing address | | **$708.50**

**Cary Wan**
**3123 South Beverly Drive**
**Los Angeles, CA 90034**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.967** | Nonpriority creditor's name and mailing address | | **$429.12**

**Casey Garland**
**5341 Cobra Rock Ln**
**J-305**
**Herriman, UT 84096**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.968** | Nonpriority creditor's name and mailing address | | **$429.12**

**Casey Garland**
**5341 Cobra Rock Ln**
**J-305**
**Herriman, UT 84096**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.969** | Nonpriority creditor's name and mailing address | | **$61.17**

**Casey Hansen**
**163 Bell St North**
**Suite 57083**
**Ottawa ON K1R 7E1**
**CANADA**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.970** | Nonpriority creditor's name and mailing address | | **$750.19**

**Casey Miller**
**959 Stewart Drive, #128**
**Sunnyvale, CA 94085**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.971** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$462.82**

**Casey Parsons**
**6555 Masefield Street**
**Worthington, OH 43085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.972** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$708.50**

**Cassidy Ellis**
**19141 Skyview Knoll**
**Yorba Linda, CA 92886**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.973** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,244.52**

**Cassie Adcock**
**2777 Washington Street**
**Adamstown, MD 21710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.974** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$850.12**

**Alejandro Castillo**
**3313 Westbrook Drive**
**Taylorsville, UT 84129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.975** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,210.37**

**Lucrecia Castillo**
**25386 Grandfir Court**
**Corona, CA 92883**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.976** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,552.00**

**Catalin Necsoiu**
**Str. Gradinilor, Nr 2**
**Moreni DB 135300**
**ROMANIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.977** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$665.61**

**Catherine Mullaly**
**P.O. Box 381309**
**Cambridge, MA 02238**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Launch Pad LLC**
_____
Name

Case number *(if known)* _____

| 3.978 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $659.14 |
|---|---|---|---|

**Catrina Scroggins**
**P.O. Box 864682**
**Plano, TX 75086**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.979 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $923.62 |
|---|---|---|---|

**Cavin Preghter**
**Leif Eriksssonstraat 45**
**Almere  1363 LG**
**NETHERLANDS**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.980 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,589.31 |
|---|---|---|---|

**Cayden Burkart**
**14 Patriot Place**
**Rouse Hill NSW 2155**
**AUSTRAILA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.981 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $712.99 |
|---|---|---|---|

**Caylan Siddell**
**15 Avon Street**
**Leichhardt QLD 4305**
**AUSTRAILA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.982 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $712.99 |
|---|---|---|---|

**Cedomir Gladovic**
**20 Jeffrey Street**
**Dandenong North VIC 3175**
**AUSTRAILA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.983 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $695.70 |
|---|---|---|---|

**Cedric Leboul**
**251 1st St**
**7F**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.984 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,526.28 |
|---|---|---|---|

**Cedric Mayence**
**Rue Dela Ferme Bal 7**
**Marcinelle  6001**
**BELGIUM**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Launch Pad LLC** _____    Case number _(if known)_ _____
_____
Name

| 3.985 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$1,483.72** |
|---|---|---|---|

**Ceferino Miranda**
**2051 Bancroft Ave**
**San Francisco, CA 94124**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.986 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$837.30** |
|---|---|---|---|

**Cemal Atmaca**
**Winkeler Strasse 11**
**Wiesbaden  65197**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.987 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$9,775.90** |
|---|---|---|---|

**Gaston Cenicola**
**7924 NW 66th St**
**Miami, FL 33166**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.988 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$470.17** |
|---|---|---|---|

**Cesar Bolivar**
**172 Wembley Drive**
**Daly City, CA 94015**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.989 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$673.27** |
|---|---|---|---|

**Cesar Ibanez**
**Trebol 140**
**Col. Privadas Del Sauce**
**Escobedo NL 66053**
**MEXICO**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.990 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$1,457.13** |
|---|---|---|---|

**Cesar Montoya**
**5450 Telegraph Road**
**Suite 101**
**Winnetka, CA 93003**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.991 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$1,294.72** |
|---|---|---|---|

**Cezary Prus**
**6914 Estoril Road**
**Mississauga ON L5N 1N1**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.992** | **Nonpriority creditor's name and mailing address**
Chace Harrison
2612 23rd Ave
Rock Island, IL 61201

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$736.48

---

**3.993** | **Nonpriority creditor's name and mailing address**
Chad Crapo
1064 Ridgetop Cove
South Jordan, UT 84095

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$658.12

---

**3.994** | **Nonpriority creditor's name and mailing address**
Chad Holland
16 Cottontail Rd
Melville, NY 11747-2319

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$738.06

---

**3.995** | **Nonpriority creditor's name and mailing address**
Chad Hudspeth
1448 Mayflower Ln
Lewisville, TX 75077

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$430.14

---

**3.996** | **Nonpriority creditor's name and mailing address**
Chad Nicholson
95 Central Ave.
Montclair, NJ 07042

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$907.93

---

**3.997** | **Nonpriority creditor's name and mailing address**
Chad Qualmann
W197N16925 Stonewall Dr
#304
Jackson, WI 53037

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$430.14

---

**3.998** | **Nonpriority creditor's name and mailing address**
Chad Schmutzer
2570 S 10th Ave
Arcadia, CA 91006

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$472.27

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.999** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,537.62**

**Chad Truong**
**1600 Norman Ave.**
**San Jose, CA 95125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100 0** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$430.52**

**Chad Werts**
**160 Lawrence Bell Drive**
**Suite 120**
**Amherst, NY 14221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100 1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$699.09**

**Chad Xiong**
**117 Peregrine Pl**
**Denver, PA 17517**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100 2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$659.52**

**Chadi Letayf**
**51 Engert Av**
**Apt 3**
**Brooklyn, NY 11222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100 3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$689.52**

**Chadrick Fnu**
**2250 Northwest 114th Avenue**
**Doral, FL 33192**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100 4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$659.52**

**Chadwick Rastatter**
**6719 Houlton Cir**
**Lake Worth, FL 33467**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100 5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$430.52**

**Chadwick Snyder**
**21831 Northwest 2nd Court**
**Pembroke Pines, FL 33029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.100 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $429.87 |
|---|---|---|
| **Chanborin Chum** | ☐ Contingent | |
| **6506 84th Court North** | ☐ Unliquidated | |
| **Minneapolis, MN 55445** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: _ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.100 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $725.59 |
|---|---|---|
| **Chance Kramer** | ☐ Contingent | |
| **9457 Riviera Drive** | ☐ Unliquidated | |
| **Union, KY 41091** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: _ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.100 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $659.52 |
|---|---|---|
| **Chance McGrath** | ☐ Contingent | |
| **4614 Jeff Davis St** | ☐ Unliquidated | |
| **Marshall, TX 75672** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: _ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.100 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $689.68 |
|---|---|---|
| **Chandan Uprety** | ☐ Contingent | |
| **523 Gristmill Street** | ☐ Unliquidated | |
| **Waterloo ON N2K0C9** | ☐ Disputed | |
| **CANADA** | | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: _ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.101 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $684.52 |
|---|---|---|
| **Chandara Hong** | ☐ Contingent | |
| **2777 Dearwood Drive Southwest** | ☐ Unliquidated | |
| **Atlanta, GA 30315** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: _ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.101 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $871.28 |
|---|---|---|
| **Chandler Grendus** | ☐ Contingent | |
| **10227 115 Street Nw, #405** | ☐ Unliquidated | |
| **Edmonton AB T5K 1T7** | ☐ Disputed | |
| **CANADA** | | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: _ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.101 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $659.52 |
|---|---|---|
| **Chandler Richards** | ☐ Contingent | |
| **158 Broad Street** | ☐ Unliquidated | |
| **Charleston, SC 29401** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: _ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.101 3**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $733.52 |
|---|---|---|
| **Chandrasekhar Gogu** | ☐ Contingent | |
| **16711 South Azure Mist Court** | ☐ Unliquidated | |
| **Cypress, TX 77433** | ☐ Disputed | |
| | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.101 4**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $689.52 |
|---|---|---|
| **Channing Harral** | ☐ Contingent | |
| **P.O. Box 91722** | ☐ Unliquidated | |
| **East Point, GA 30364** | ☐ Disputed | |
| | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.101 5**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $724.43 |
|---|---|---|
| **Char Davis** | ☐ Contingent | |
| **4901 Bisset Ln** | ☐ Unliquidated | |
| **Inver Grove Heights, MN 55076** | ☐ Disputed | |
| | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.101 6**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $871.28 |
|---|---|---|
| **Charles  Lie Cano-Caron** | ☐ Contingent | |
| **150 C  Te Du Colonel Dambourg  S, #6** | ☐ Unliquidated | |
| **Quebec QC G1K 3W2** | ☐ Disputed | |
| **CANADA** | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.101 7**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $851.52 |
|---|---|---|
| **Charles Barfield** | ☐ Contingent | |
| **8616 Cara Park Way** | ☐ Unliquidated | |
| **Tampa, FL 33635** | ☐ Disputed | |
| | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.101 8**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $791.67 |
|---|---|---|
| **Charles Blades** | ☐ Contingent | |
| **180 2nd Street Ste. 6** | ☐ Unliquidated | |
| **Oakland, CA 94607** | ☐ Disputed | |
| | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.101 9**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $657.32 |
|---|---|---|
| **Charles Byford** | ☐ Contingent | |
| **P.O. Box 4323** | ☐ Unliquidated | |
| **Salem, OR 97302** | ☐ Disputed | |
| | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Launch Pad LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.102 0**

**Nonpriority creditor's name and mailing address**

**Charles Campbell**
**12466 Nesting Eagles Way**
**Jacksonville, FL 32225**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$689.52**

---

**3.102 1**

**Nonpriority creditor's name and mailing address**

**Charles Carter**
**505 Elsmere Street**
**Columbus, OH 43206**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$915.40**

---

**3.102 2**

**Nonpriority creditor's name and mailing address**

**Charles Donnor**
**378 Hwy 7**
**Tonasket Wa, WA 98855**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,291.88**

---

**3.102 3**

**Nonpriority creditor's name and mailing address**

**Charles Dwight**
**226 Western Avenue**
**Kennebunk, ME 04043**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$675.93**

---

**3.102 4**

**Nonpriority creditor's name and mailing address**

**Charles Groves**
**511 W Knox St**
**Durham, NC 27701**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$659.52**

---

**3.102 5**

**Nonpriority creditor's name and mailing address**

**Charles H Sabatine**
**133 Beach 116th St Apt 2L**
**Rockaway Park, NY 11694**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$659.52**

---

**3.102 6**

**Nonpriority creditor's name and mailing address**

**Charles Heenan**
**7 Summitt Drive**
**Dune Acres, IN 46304**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$792.62**

---

Debtor    **Launch Pad LLC**                                    Case number *(if known)* _____
_____
Name

| 3.102 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $709.40 |
|---|---|---|---|

**Charles Huffhines**
3420 Odell Avenue
Stockton, CA 95206

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $732.44 |
|---|---|---|---|

**Charles Kannair**
421 Blue Ridge Drive
Moon Twp, PA 15108

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,411.93 |
|---|---|---|---|

**Charles Kulbacki**
117 Young Rd
Sewickley, PA 15143

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $727.02 |
|---|---|---|---|

**Charles Kulbacki**
231 Kansas Street
Verona, PA 15147

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $658.87 |
|---|---|---|---|

**Charles Lathrem**
4032 W Moore Rd
Tucson, AZ 85742

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $658.87 |
|---|---|---|---|

**Charles Lathrem**
4032 W Moore Rd
Tucson, AZ 85742

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,925.54 |
|---|---|---|---|

**Charles Moreau**
545 Rue De Normandie
Longueuil QC J4H 3P6
CANADA

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Launch Pad LLC**                                    Case number (if known) _____
_____
Name

| 3.103 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $806.18 |
|---|---|---|---|

**Charles Needham**
4 Wordsworth Road
Harpenden ENG AL5 4AF
UNITED KINGDOM

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.103 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $764.66 |
|---|---|---|---|

**Charles Olsen**
841 Green St
Dickinson, ND 58601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.103 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $462.50 |
|---|---|---|---|

**Charles Pinkney**
4095 Bonita Road
Unit 214
Bonita, CA 91902

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.103 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $282.56 |
|---|---|---|---|

**Charles Price**
2527 33rd St
Bsmt
New York, NY 11102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.103 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $659.14 |
|---|---|---|---|

**Charles Redmond**
4840 Berrywick Terrace
St. Louis, MO 63128

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.103 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $851.14 |
|---|---|---|---|

**Charles Rzadkowolski**
4821 Birchman Avenue
Fort Worth, TX 76107-5331

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.104 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,394.40 |
|---|---|---|---|

**Charles Shank**
1300 Bentley Way
Carmel, IN 46032

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.104**
**1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,477.01** |
|---|---|---|
| **Charles Spencer**<br>**12 Hollydale Drive**<br>**Bromley ENG BR28QL**<br>**UNITED KINGDOM** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.104**
**2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$430.52** |
|---|---|---|
| **Charles St. Onge**<br>**407 Willingham Road**<br>**Morrisville, NC 27560** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.104**
**3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$732.03** |
|---|---|---|
| **Charles Steadman**<br>**72 Meadowbrook Rd**<br>**Marlborough, MA 01752** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.104**
**4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$468.06** |
|---|---|---|
| **Charles Tran**<br>**2674 Kimball Dr**<br>**San Jose**<br>**San Jose, CA 95121** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.104**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$659.14** |
|---|---|---|
| **Charley Bedford**<br>**4009 Cotton Wood Drive**<br>**Columbia, MO 65202** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.104**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$659.52** |
|---|---|---|
| **Chase Labeau**<br>**425 E 13th St**<br>**Apt D**<br>**New York, NY 10009** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.104**
**7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$468.06** |
|---|---|---|
| **Chase Lenzley**<br>**2228 McKinley Ave #2**<br>**Berkeley, CA 94703** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

Debtor    **Launch Pad LLC**

Name

Case number *(if known)* _____

---

**3.104 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $464.31 |
|---|---|---|

**Chase Taylor**
**909 I St**
**Washougal, WA 98671-1134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.104 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $471.22 |
|---|---|---|

**Andrew Chater**
**3410 Eaglepoint Dr.**
**Glendale, CA 91208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.105 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $471.22 |
|---|---|---|

**Andrew Chater**
**3410 Eaglepoint Dr.**
**Glendale, CA 91208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.105 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $659.52 |
|---|---|---|

**Jose Chavez Salazar**
**3248 Brown Trout Court**
**Jacksonville, FL 32226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.105 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $732.03 |
|---|---|---|

**Chee Ooi**
**99 Cedar Street**
**Braintree, MA 02184**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.105 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $689.52 |
|---|---|---|

**Aamir Cheema**
**1 Bryan Dr.**
**Barboursville, WV 25504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.105 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,339.06 |
|---|---|---|

**Chenzhi Geng**
**73 Wexford Cres Sw**
**Calgary AB T3H 0H1**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Launch Pad LLC**
Name

Case number (if known) _____

---

**3.105 5**

**Nonpriority creditor's name and mailing address**

**Cheri Chappell**
**1702 S Gary Place**
**Tulsa, OK 74104**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$684.14

---

**3.105 6**

**Nonpriority creditor's name and mailing address**

**Chester Prosser**
**3923 Southern Bluff**
**San Antonio, TX 78222**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$734.78

---

**3.105 7**

**Nonpriority creditor's name and mailing address**

**Chi Chan**
**1824 W 9th St**
**Brooklyn, NY 11223**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,309.52

---

**3.105 8**

**Nonpriority creditor's name and mailing address**

**Chibuike Bruno Asuzu**
**10971 Oak Lane**
**Apt 4108**
**Van Buren Charter Twp, MI 48111**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$689.52

---

**3.105 9**

**Nonpriority creditor's name and mailing address**

**Choongfatt Mun**
**8500 Lansdowne Road #222**
**Richmond BC V6X 3G4**
**CANADA**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$681.72

---

**3.106 0**

**Nonpriority creditor's name and mailing address**

**Chris Bahlo**
**6537 Kemper Lakes Ct**
**Alexandria, VA 22312**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$689.52

---

**3.106 1**

**Nonpriority creditor's name and mailing address**

**Chris Bailey**
**5424 Beckner St**
**Norfolk, VA 23509-2123**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,284.52

---

Debtor   **Launch Pad LLC**                                         Case number *(if known)* _____
_____
Name

| 3.106 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$430.14** |
|---|---|---|---|

**Chris Berger**
**1510 Partridge Run**
**Bentonville, AR 72713**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,564.57** |
|---|---|---|---|

**Chris Bickerton**
**6177 Carmanah Way**
**Nanaimo BC V9V 0A5**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$464.11** |
|---|---|---|---|

**Chris Bowers**
**3165 Dickinson Avenue**
**Cincinnati, OH 45211**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$430.52** |
|---|---|---|---|

**Chris Bruzzi**
**1401 West Highway 50**
**Unit 19**
**Clermont, FL 34711**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$430.52** |
|---|---|---|---|

**Chris Buryk**
**6415 Sparrows Glen Lane**
**Spring, TX 77379**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$510.93** |
|---|---|---|---|

**Chris Cullen**
**14 Haweswater Drive**
**Middleton**
**Manchester ENG M245GX**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.106 8**

**Nonpriority creditor's name and mailing address**

**Chris Espinal**
**614 Warren St**
**Harrison, NJ 07029-1818**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$459.04

---

**3.106 9**

**Nonpriority creditor's name and mailing address**

**Chris Ford**
**213 W Limestone St**
**Somerset, KY 42501**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$456.35

---

**3.107 0**

**Nonpriority creditor's name and mailing address**

**Chris Forest**
**8 Stirling Street**
**Hull ENG HU36SL**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$511.16

---

**3.107 1**

**Nonpriority creditor's name and mailing address**

**Chris Gribble**
**10 Margot Court**
**Harlaxton QLD 4350**
**AUSTRAILA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,389.81

---

**3.107 2**

**Nonpriority creditor's name and mailing address**

**Chris Hall**
**14947 Southeast Mill Street**
**Portland, OR 97233**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,291.18

---

**3.107 3**

**Nonpriority creditor's name and mailing address**

**Chris Hall**
**106 Lynn Street**
**Spanish Fort, AL 36527**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$652.89

---

**3.107 4**

**Nonpriority creditor's name and mailing address**

**Chris Hillier**
**12 Boniface Ave**
**Etobicoke ON M9W 1T6**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$2,768.29

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.107 5**

**Nonpriority creditor's name and mailing address**

**Chris Jones**
**2950 West Central Avenue**
**Santa Ana, CA 92704**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,979.72**

---

**3.107 6**

**Nonpriority creditor's name and mailing address**

**Chris Keefe**
**117 Rockwater Way**
**Zebulon, NC 27597**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,553.35**

---

**3.107 7**

**Nonpriority creditor's name and mailing address**

**Chris Kuci**
**10 Egmount Avenue**
**London  ENG KT67AU**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$511.12**

---

**3.107 8**

**Nonpriority creditor's name and mailing address**

**Chris Lee**
**4405 Sugarmaple Court**
**Moorpark, CA 93021**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,534.12**

---

**3.107 9**

**Nonpriority creditor's name and mailing address**

**Chris Mableson**
**16 Russell Street**
**York ENG YO23 1NW**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$740.02**

---

**3.108 0**

**Nonpriority creditor's name and mailing address**

**Chris Maguire**
**56 Woodlawn Avenue**
**Clifton, NJ 07013**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,460.26**

---

**3.108 1**

**Nonpriority creditor's name and mailing address**

**Chris Michael**
**4 St Mary'S Place**
**London ENG W5 5HA**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$951.89**

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.108 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$916.13** |
|---|---|---|---|

**Chris Miranda**
**3845 Mountain View Way**
**Bonita, CA 91902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$851.52** |
|---|---|---|---|

**Chris Mulvey**
**618 W 26th St.**
**Houston, TX 77008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$703.21** |
|---|---|---|---|

**Chris Napoli**
**6100 SW 55th Court**
**Davie, FL 33314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$747.85** |
|---|---|---|---|

**Chris Noiles**
**263 Whitepine Road**
**Riverview NB E1B 2X2**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$885.62** |
|---|---|---|---|

**Chris Orfanopoulos**
**6052 Lake Lindero Drive**
**Agoura Hills, CA 91301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,308.87** |
|---|---|---|---|

**Chris Raisch**
**380 Oak Knoll Dr.**
**P.O. Box 138**
**Marine On St Croix, MN 55047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,358.87** |
|---|---|---|---|

**Chris Schierholz**
**9276 Queensland Ln N**
**Maple Grove, MN 55311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Launch Pad LLC**

      Name                                         Case number (if known)

---

**3.1089**

**Nonpriority creditor's name and mailing address**

**Chris Schiller**
**Carl-Meier-Str. 39**
**Neustrelitz  17235**
**GERMANY**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$4,305.39

---

**3.1090**

**Nonpriority creditor's name and mailing address**

**Chris Schulz**
**196 Medland Street**
**Toronto ON M6P 2N7**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$871.28

---

**3.1091**

**Nonpriority creditor's name and mailing address**

**Chris Schulz**
**196 Medland Street**
**Toronto ON M6P 2N7**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$101.72

---

**3.1092**

**Nonpriority creditor's name and mailing address**

**Chris Stewart**
**14718 S. 217th W. Avenue**
**Kellyville, OK 74039**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$851.14

---

**3.1093**

**Nonpriority creditor's name and mailing address**

**Chris Uzelmeier**
**111 Blue Gilia Ct**
**Montgomery, TX 77316**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$746.42

---

**3.1094**

**Nonpriority creditor's name and mailing address**

**Chris Vara**
**17735 North 168th Lane**
**Surprise, AZ 85374**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$690.60

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.109 5**

**Nonpriority creditor's name and mailing address**

**Chris Watkins**
**16 Manor Close Notton**
**West Yorkshire**
**Wakefield ENG WF4 2NH**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$951.89**

---

**3.109 6**

**Nonpriority creditor's name and mailing address**

**Christa Haeussler**
**151 Frogtown Road**
**New Canaan, CT 06840**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$750.13**

---

**3.109 7**

**Nonpriority creditor's name and mailing address**

**Christian Belia**
**3 Stanley Grove**
**Blackburn VIC 3130**
**AUSTRAILA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,362.99**

---

**3.109 8**

**Nonpriority creditor's name and mailing address**

**Christian Blomquist**
**Norra Sandasgatan 43**
**Farjestaden  38632**
**SWEDEN**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,712.72**

---

**3.109 9**

**Nonpriority creditor's name and mailing address**

**Christian Faistenauer**
**Freiung 16**
**Impuls Innovationsgesellschaft Mbh**
**Wels  4600**
**AUSTRIA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$922.64**

---

**3.110 0**

**Nonpriority creditor's name and mailing address**

**Christian Gutierrez**
**4146 50th St**
**1H**
**Woodside, NY 11377**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$659.52**

---

Debtor    **Launch Pad LLC**                                    Case number *(if known)* _____
_____
Name

| 3.110 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$59.52** |

**Christian Gutierrez**
**4146 50th St**
**1H**
**Woodside, NY 11377**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$798.96** |

**Christian Hanshans**
**Kitzinger Strasse 1A**
**Sulzfeld Am Main  97320**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,823.63** |

**Christian Hartl**
**Dinselstrasse 32A**
**Lennestadt  57368**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$695.20** |

**Christian Huaux**
**3076 Rte 222**
**St Denis De Brompton QC J0B2P0**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$659.52** |

**Christian Le**
**824 Eagle Point Drive**
**Saint Augustine, FL 32092**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$430.52** |

**Christian Le**
**824 Eagle Point Drive**
**Saint Augustine, FL 32092**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,861.64** |

**Christian Leonard**
**12808 14th Street #79**
**Grandview, MO 64030**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.1108**

**Nonpriority creditor's name and mailing address**

**Christian Littlejohn**
**780 Poplar Acres Road**
**Piperton, TN 38017-5142**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$430.52**

---

**3.1109**

**Nonpriority creditor's name and mailing address**

**Christian Lugaro**
**520 SW 113 Ave**
**Pembroke Pines, FL 33025**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,010.22**

---

**3.1110**

**Nonpriority creditor's name and mailing address**

**Christian Malynowsky**
**248 Harvie Ave**
**Toronto ON M6E4K6**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$79.33**

---

**3.1111**

**Nonpriority creditor's name and mailing address**

**Christian Malynowsky**
**248 Harvie Ave**
**Toronto ON M6E4K6**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$675.93**

---

**3.1112**

**Nonpriority creditor's name and mailing address**

**Christian Montana**
**2832 Wiley St**
**Hollywood, FL 33020**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$689.52**

---

**3.1113**

**Nonpriority creditor's name and mailing address**

**Christian Rodriguez**
**1144 Evergreen Avenue**
**4A**
**Bronx, NY 10472**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$803.39**

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.111 4**

**Nonpriority creditor's name and mailing address**

**Christian Rubio**
**Paseo De La Estrella 1177**
**Casa 84**
**Zapopan JAL 45019**
**MEXICO**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,468.40**

---

**3.111 5**

**Nonpriority creditor's name and mailing address**

**Christian Rumpler**
**Birkenweg 27**
**Duttendorf  5122**
**AUSTRIA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$904.63**

---

**3.111 6**

**Nonpriority creditor's name and mailing address**

**Christian Schindler**
**Christburger Str. 23**
**Wattmoves Ug**
**Berlin  10405**
**GERMANY**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$709.84**

---

**3.111 7**

**Nonpriority creditor's name and mailing address**

**Christian Smith**
**260 Seminole Drive**
**Boulder, CO 80303**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$474.22**

---

**3.111 8**

**Nonpriority creditor's name and mailing address**

**Christian Taweesup**
**4026 Collis Avenue**
**Los Angeles, CA 90032**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$740.32**

---

**3.111 9**

**Nonpriority creditor's name and mailing address**

**Christian Ulmark**
**Birkeveien 17**
**Bergen  5093**
**NORWAY**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,478.42**

---

Debtor **Launch Pad LLC**
_____
Name

Case number (if known) _____

| 3.112 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $712.99 |
|---|---|---|---|

**Christian Young**
**172 Johnston St**
**Annandale NSW 2038**
**AUSTRAILA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,141.88 |
|---|---|---|---|

**Christine Ouch**
**P.O Box 581352**
**Modesto, CA 95358**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $871.33 |
|---|---|---|---|

**Christine Wareing**
**414 High Street**
**Orillia ON L3V 4X5**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $652.28 |
|---|---|---|---|

**Christoph Krekeler**
**3813 Battleview Ct**
**North Charleston, SC 29420**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,943.62 |
|---|---|---|---|

**Christoph Leeser**
**Toblerstrasse 15**
**Zurich  8044**
**SWITZERLAND**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $837.87 |
|---|---|---|---|

**Christoph Ruckau**
**Bienertstr. 6**
**Dresden  1187**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $564.17 |
|---|---|---|---|

**Christoph Walpert**
**Armbruststrasse 21**
**Hamburg  20257**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
| | Name | | |

| 3.112 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $884.05 |
|---|---|---|---|
| | **Christoph Weber** | ☐ Contingent | |
| | **Kornerstr.32** | ☐ Unliquidated | |
| | **Leipzig  4107** | ☐ Disputed | |
| | **GERMANY** | | |
| | | Basis for the claim: _ | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.112 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $564.11 |
|---|---|---|---|
| | **Christophe Garibal** | ☐ Contingent | |
| | **Lowenstrasse 45** | ☐ Unliquidated | |
| | **Hamburg  20251** | ☐ Disputed | |
| | **GERMANY** | | |
| | | Basis for the claim: _ | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.112 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $689.85 |
|---|---|---|---|
| | **Christopher Avis** | ☐ Contingent | |
| | **8315-73 Ave Nw** | ☐ Unliquidated | |
| | **Edmonton AB T6C0E1** | ☐ Disputed | |
| | **CANADA** | | |
| | | Basis for the claim: _ | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.113 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $696.19 |
|---|---|---|---|
| | **Christopher Aznavour** | ☐ Contingent | |
| | **711 East Acacia Avenue** | ☐ Unliquidated | |
| | **Unit B** | ☐ Disputed | |
| | **Glendale, CA 91205** | | |
| | | Basis for the claim: _ | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.113 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,659.52 |
|---|---|---|---|
| | **Christopher Bailey** | ☐ Contingent | |
| | **5424 Beckner Street** | ☐ Unliquidated | |
| | **Norfolk, VA 23509** | ☐ Disputed | |
| | | Basis for the claim: _ | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.113 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30.00 |
|---|---|---|---|
| | **Christopher Bell** | ☐ Contingent | |
| | **8 Mallard Close** | ☐ Unliquidated | |
| | **Herne Bay ENG CT6 5RJ** | ☐ Disputed | |
| | **UNITED KINGDOM** | | |
| | | Basis for the claim: _ | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.113 3**

**Nonpriority creditor's name and mailing address**

**Christopher Beshears**
**102 Ascot Ln**
**Madison, AL 35756**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,693.52

---

**3.113 4**

**Nonpriority creditor's name and mailing address**

**Christopher Blake**
**26 Lakecrest Trail**
**Brampton ON L6Z1S5**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,329.33

---

**3.113 5**

**Nonpriority creditor's name and mailing address**

**Christopher Blake**
**26 Lakecrest Trail**
**Brampton ON L6Z1S5**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,329.33

---

**3.113 6**

**Nonpriority creditor's name and mailing address**

**Christopher Blake**
**26 Lakecrest Trail**
**Brampton ON L6Z1S5**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,329.33

---

**3.113 7**

**Nonpriority creditor's name and mailing address**

**Christopher Braun**
**245 Claremont Rd**
**Ridgewood, NJ 07450**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,403.71

---

**3.113 8**

**Nonpriority creditor's name and mailing address**

**Christopher Bush**
**1369 Airport Parkway**
**Belleville ON K8N4Z6**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$690.28

---

**3.113 9**

**Nonpriority creditor's name and mailing address**

**Christopher Cappa**
**3629 Kathy's Way**
**Chesapeake, VA 23323**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$659.52

---

Debtor   **Launch Pad LLC**                                                    Case number *(if known)* _____
_____
Name

| | | |
|---|---|---|
| **3.114 0** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$951.25** |

**Christopher Cartmell**
**239 Stretford Road**
**Manchester ENG M41 9WE**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.114 1** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$719.88** |

**Christopher Casanova**
**636 N. Stanley Avenue**
**Los Angeles, CA 90036**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.114 2** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,395.31** |

**Christopher Castanza**
**2 Carlton Place**
**Hicksville, NY 11801**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.114 3** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$684.14** |

**Christopher Choun**
**14641 West 85th Terrace**
**Lenexa, KS 66215**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.114 4** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$689.52** |

**Christopher Cook**
**4949 Fm 2351 Rd Apt 823**
**Friendswood, TX 77546**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.114 5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$627.02** |

**Christopher Cummins**
**3016 Black Briar Drive**
**Oxford, MS 38655**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.114 6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$851.14** |

**Christopher Cunningham**
**4437 Hallmark Drive**
**Dallas, TX 75229**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
| | Name | | |

---

**3.114 7**

**Nonpriority creditor's name and mailing address**

**Christopher De Guzman**
**3632 Hallee Crescent**
**Windsor ON N8W 0B2**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$712.35

---

**3.114 8**

**Nonpriority creditor's name and mailing address**

**Christopher Diaz**
**2906 Tulip Avenue**
**Mission, TX 78574**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$430.52

---

**3.114 9**

**Nonpriority creditor's name and mailing address**

**Christopher Dinelli**
**4906 Vizcaya Drive**
**Pensacola, FL 32507**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$684.52

---

**3.115 0**

**Nonpriority creditor's name and mailing address**

**Christopher Eddinger**
**103 Florence St**
**Saint Marys, GA 31558**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$689.52

---

**3.115 1**

**Nonpriority creditor's name and mailing address**

**Christopher Flores**
**44217 36th Street East**
**Lancaster, CA 93535**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$472.27

---

**3.115 2**

**Nonpriority creditor's name and mailing address**

**Christopher Gallant**
**1209 Center Ave**
**North Versailles, PA 15137**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$127.33

---

**3.115 3**

**Nonpriority creditor's name and mailing address**

**Christopher Gilmore**
**6627 North Constance Avenue**
**Fresno, CA 93722**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$462.69

---

Debtor    **Launch Pad LLC**                                              Case number (if known) _____
_____
Name

| 3.115 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$430.14** |
| **Christopher Gilson** | ☐ Contingent | |
| **1407 Bernard Street** | ☐ Unliquidated | |
| **Denton, TX 76201** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.115 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$465.96** |
| **Christopher Gonzalez** | ☐ Contingent | |
| **623 Nickel Street** | ☐ Unliquidated | |
| **Los Banos, CA 93635** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.115 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$708.50** |
| **Christopher Haug** | ☐ Contingent | |
| **27299 Cresta Del Norte** | ☐ Unliquidated | |
| **Murrieta, CA 92563** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.115 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,272.14** |
| **Christopher Heath** | ☐ Contingent | |
| **5226 SE 31st Ct** | ☐ Unliquidated | |
| **Des Moines, IA 50320** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.115 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,316.32** |
| **Christopher Hendricks** | ☐ Contingent | |
| **10107 Castleberry Blvd** | ☐ Unliquidated | |
| **Pensacola, FL 32526** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.115 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$430.52** |
| **Christopher Hogg** | ☐ Contingent | |
| **45991 Rhodes Dr.** | ☐ Unliquidated | |
| **Macomb, MI 48044** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.116 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$634.14** |
| **Christopher Holland** | ☐ Contingent | |
| **3415 Menchaca Road** | ☐ Unliquidated | |
| **Apt. #106** | ☐ Disputed | |
| **Austin, TX 78704** | | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **Launch Pad LLC**                                                  Case number *(if known)* _____
                Name

| 3.116 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,409.22 |

**Christopher Holthof**
**7056 Glade Trl**
**Kalamazoo, MI 49009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.116 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $687.32 |

**Christopher Krailo**
**16120 SW Wren Lane**
**Beaverton, OR 97007-8995**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.116 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $703.21 |

**Christopher Kwelty**
**226 Spring St**
**Bordentown, NJ 08505-1702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.116 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $894.32 |

**Christopher Loos**
**Domitianstrasse 14**
**Frankfurt Am Main  60439**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.116 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $430.52 |

**Christopher Magpusao**
**2870 Pharr Court South Nw**
**Apt 204**
**Atlanta, GA 30305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.116 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $658.12 |

**Christopher McDaniels**
**3919 Catlyn Woods Ave**
**Las Vegas, NV 89141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.116 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $430.52 |

**Christopher Miller**
**12351 55th Rd N**
**Royal Palm Beach, FL 33411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Launch Pad LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.116 8**

**Nonpriority creditor's name and mailing address**

**Christopher Moise**
**419 Sussex Drive**
**Ottawa ON K1N 9M6**
**CANADA**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$712.35

---

**3.116 9**

**Nonpriority creditor's name and mailing address**

**Christopher Navarrete**
**2605 Dinwiddie Way**
**Elk Grove, CA 95758**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$735.44

---

**3.117 0**

**Nonpriority creditor's name and mailing address**

**Christopher Parrish**
**5072 Whalen Street**
**Elkton, MI 48731**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,369.52

---

**3.117 1**

**Nonpriority creditor's name and mailing address**

**Christopher Payne**
**2409 Underwood St**
**Lafayette, IN 47904**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$682.40

---

**3.117 2**

**Nonpriority creditor's name and mailing address**

**Christopher Reilly**
**115 38th St**
**Lindenhurst, NY 11757**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$430.52

---

**3.117 3**

**Nonpriority creditor's name and mailing address**

**Christopher Richard**
**2233 Baywood Way**
**Willits, CA 95490-9702**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$789.36

---

**3.117 4**

**Nonpriority creditor's name and mailing address**

**Christopher Rowlett**
**205 Everwoods Close Sw**
**Calgary AB T2Y 5A5**
**CANADA**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$717.35

---

Debtor **Launch Pad LLC**
Name

Case number (if known)

---

| 3.117 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$708.50** |
|---|---|---|---|

**Christopher Ruiz**
**1285 Wallflower Way**
**Beaumont, CA 92223**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,009.52** |
|---|---|---|---|

**Christopher Scantlin**
**13411 Redfish Ln**
**Stafford, TX 77477-4420**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,419.35** |
|---|---|---|---|

**Christopher Scantlin**
**13411 Redfish Ln**
**Stafford, TX 77477**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$659.52** |
|---|---|---|---|

**Christopher Scantlin**
**13411 Redfish Ln**
**Stafford, TX 77477-4420**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$691.39** |
|---|---|---|---|

**Christopher Sevi**
**1572 Southwest Spence Avenue**
**Troutdale, OR 97060**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$705.25** |
|---|---|---|---|

**Christopher Sparks**
**1404 Sapphire Dragon Street**
**Thousand Oaks, CA 91320**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,344.03** |
|---|---|---|---|

**Christopher Yannakis**
**28 Bencubbin Cres Dianella Wa 6059**
**Dianella WA 6059**
**AUSTRAILA**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.118.2**

**Nonpriority creditor's name and mailing address**

**Christos Iakovidis**
**Im Kranzliacker 9**
**K41665**
**Weil Am Rhein  79576**
**GERMANY**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$885.47**

---

**3.118.3**

**Nonpriority creditor's name and mailing address**

**Christos Ragias**
**60 River Gardens Walk**
**Flat 7 Wyndham Apartments**
**London ENG SE10 0TY**
**UNITED KINGDOM**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$824.43**

---

**3.118.4**

**Nonpriority creditor's name and mailing address**

**Christy Guiley**
**20 La Campana Drive**
**Odessa, TX 79765**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$826.82**

---

**3.118.5**

**Nonpriority creditor's name and mailing address**

**Chun Ming Lau**
**1463 72nd St**
**Apt 1D**
**Brooklyn, NY 11228**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$430.52**

---

**3.118.6**

**Nonpriority creditor's name and mailing address**

**Bridget Chynoweth**
**3104B Mohawk Road**
**Austin, TX 78757**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$15,239.13**

---

**3.118.7**

**Nonpriority creditor's name and mailing address**

**Cian Belisle**
**1409 Premier Way Sw**
**Calgary AB T2T 1M1**
**CANADA**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$1,329.33**

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.118 8**

**Nonpriority creditor's name and mailing address**

**Cigdem Felser**
**Salierring 43**
**Koln  50677**
**GERMANY**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$609.94**

---

**3.118 9**

**Nonpriority creditor's name and mailing address**

**Cindy Abreu**
**77 Charles Best Place**
**Kitchener ON N2M 5A4**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$871.33**

---

**3.119 0**

**Nonpriority creditor's name and mailing address**

**Cindy Formella**
**S83W32785 N Oak Tree Crt**
**Mukwonago, WI 53149**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$851.14**

---

**3.119 1**

**Nonpriority creditor's name and mailing address**

**Ciprian Muntean**
**Alexandru Ciurcu 129 C**
**Brasov BV 500170**
**ROMANIA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$778.50**

---

**3.119 2**

**Nonpriority creditor's name and mailing address**

**Citlali Trujillo Ortiz**
**475 Rue Laplante**
**Apt. 1**
**Montreal QC H8R 3B7**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,294.66**

---

**3.119 3**

**Nonpriority creditor's name and mailing address**

**Citlali Trujillo Ortiz**
**475 Rue Laplante**
**Apt. 1**
**Montreal QC H8R 3B7**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$871.28**

---

Debtor    **Launch Pad LLC**
_____    Case number (if known) _____
Name

| 3.119 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$430.14** |
|---|---|---|---|

**Cj Baker**
**3323 Northwood Dr.**
**Highland Village, TX 75077**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.119 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$659.52** |
|---|---|---|---|

**Cj Girgus**
**13008 Elm Tree Drive**
**Apt 402**
**Herndon, VA 20171**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.119 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$430.52** |
|---|---|---|---|

**Cj Sasa**
**116 Partridge Circle**
**Winter Springs, FL 32708**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.119 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$677.28** |
|---|---|---|---|

**Clarence Bolton**
**2707 Southview Dr**
**Birmingham, AL 35216**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.119 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$768.17** |
|---|---|---|---|

**Clarence Saltibus**
**5 Fremantle Road**
**London ENG IG6 2BD**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.119 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,339.59** |
|---|---|---|---|

**Rudy Clarion Jr**
**9896 Avenida Colino**
**Spring Valley, CA 91977**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.120 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$684.52** |
|---|---|---|---|

**Clarissa Mathieu**
**2129 Fm 2920 Suite 190 #254**
**Spring, TX 77388**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Official Form 206 E/F    Schedule E/F: Creditors Who Have Unsecured Claims    Page  173 of 1054

Debtor      **Launch Pad LLC**                                                    Case number (if known) _____
            Name

| 3.120 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,959.14** |
|---|---|---|---|

**Clark Thompson**
**4900 Arbol Court**
**Benbrook, TX 76126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.120 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$745.08** |
|---|---|---|---|

**Annalyn Clark**
**8123 Amy Springs St**
**Las Vegas, NV 89113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.120 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$784.28** |
|---|---|---|---|

**Inauen Claude**
**c/o Josef**
**Alte Landstrasse 2**
**Berneck  9442**
**SWITZERLAND**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.120 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$659.52** |
|---|---|---|---|

**Claudia Ortiz**
**311 Southwest 55th Avenue Road**
**Coral Gables, FL 33134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.120 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$559.60** |
|---|---|---|---|

**Claudio Machado**
**Rua General Humberto Delgado 229 2.8**
**Pedroucos - Maia PT-13 4425-653**
**PORTUGAL**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.120 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$778.50** |
|---|---|---|---|

**Claudiu Gabriel Marin**
**Strada Sapte Drumuri 10**
**Ap.13 Etaj 2**
**Bucharest B 31647**
**ROMANIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.120 7**

**Nonpriority creditor's name and mailing address**

**Clayton Wilkes**
**153 Birmingham Road**
**Lichfield ENG WS14 9BJ**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$4,158.49**

---

**3.120 8**

**Nonpriority creditor's name and mailing address**

**Clayton Wilkes**
**153 Birmingham Road**
**Lichfield ENG WS14 9BJ**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$735.62**

---

**3.120 9**

**Nonpriority creditor's name and mailing address**

**Clemens Saur**
**Schlotthauer Str. 5**
**Munich  81541**
**GERMANY**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,323.18**

---

**3.121 0**

**Nonpriority creditor's name and mailing address**

**Clemens Saur**
**Schlotthauer Str. 5**
**Munich  81541**
**GERMANY**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,735.56**

---

**3.121 1**

**Nonpriority creditor's name and mailing address**

**Clemens Saur**
**Schlotthauer Str. 5**
**Munich  81541**
**GERMANY**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,735.98**

---

**3.121 2**

**Nonpriority creditor's name and mailing address**

**Clementine Cera**
**86 Vanbrugh Hill**
**London ENG SE10 9FT**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$740.52**

---

**3.121 3**

**Nonpriority creditor's name and mailing address**

**Cleve Tuck**
**3414 County Road 14.75**
**Erie, CO 80516**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$716.89**

---

Debtor    **Launch Pad LLC**
_____    Case number (if known) _____
Name

| 3.121 4 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | | **$851.52** |
|---|---|---|---|---|---|

**Cliff Kennedy**
**106 Lagoon View Crossing**
**Savannah, GA 31410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.121 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$79.52** |
|---|---|---|---|

**Cliff Kennedy**
**106 Lagoon View Crossing**
**Savannah, GA 31410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.121 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$659.14** |
|---|---|---|---|

**Clifton Ivery**
**2212 Jasmine Path**
**Round Rock, TX 78664**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.121 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$659.14** |
|---|---|---|---|

**Clifton Ivery**
**2212 Jasmine Path**
**Round Rock, TX 78664**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.121 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,300.88** |
|---|---|---|---|

**Clint Stjean**
**254 Lilac Terrace**
**Sherwood Park AB T8H1Z2**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.121 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$709.00** |
|---|---|---|---|

**Clinton Pearson**
**479 E Market St**
**Germantown, OH 45327**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.122 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$757.34** |
|---|---|---|---|

**Clinton Work**
**215 Woodside Cres Nw**
**Airdrie AB T4B 2G8**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Launch Pad LLC**
_____    Case number (if known) _____
Name

| 3.122 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$805.98** |
|---|---|---|---|

**Co Loi**
**27 White Street**
**Osborne Park WA 6017**
**AUSTRAILA**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No □ Yes

---

| 3.122 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$805.98** |
|---|---|---|---|

**Co Loi**
**27 White Street**
**Osborne Park WA 6017**
**AUSTRAILA**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No □ Yes

---

| 3.122 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$458.50** |
|---|---|---|---|

**R Tyler Coates**
**1810 W. Fortune Rd.**
**Ste H**
**Salt Lake City, UT 84104**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No □ Yes

---

| 3.122 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$684.14** |
|---|---|---|---|

**Coby Norrid**
**3608 Winchester Ct**
**Corinth, TX 76210**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No □ Yes

---

| 3.122 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,359.14** |
|---|---|---|---|

**Coby Norrid**
**3608 Winchester Ct**
**Corinth, TX 76210**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No □ Yes

---

| 3.122 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$813.92** |
|---|---|---|---|

**Coddens Electric**
**Fernand Tavernestraat 66**
**Ninove  9400**
**BELGIUM**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No □ Yes

---

| 3.122 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$871.28** |
|---|---|---|---|

**Cody Edmonds**
**66 Gailmont Drive**
**Hamilton ON L8K 4B5**
**CANADA**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No □ Yes

---

Debtor    **Launch Pad LLC**
_____    Case number *(if known)* _____
           Name

---

| 3.122 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,720.10** |
| **Cody Green** | ☐ Contingent | |
| **17 Goldcrest Rd** | ☐ Unliquidated | |
| **Brampton ON L6S1G4** | ☐ Disputed | |
| **CANADA** | | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.122 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$700.15** |
| **Cody Johnson** | ☐ Contingent | |
| **307 Pakachoag Street** | ☐ Unliquidated | |
| **Auburn, MA 01501** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.123 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$709.25** |
| **Cody Murdock** | ☐ Contingent | |
| **865 Gina Lane** | ☐ Unliquidated | |
| **San Marcos, CA 92069** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.123 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$659.52** |
| **Cody Rosenbum** | ☐ Contingent | |
| **4200 Lippincott Blvd** | ☐ Unliquidated | |
| **Burton, MI 48519-1162** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.123 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$712.99** |
| **Cody Sweetman** | ☐ Contingent | |
| **15 Tea Tree Avenue** | ☐ Unliquidated | |
| **Aberglasslyn NSW 2320** | ☐ Disputed | |
| **AUSTRAILA** | | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.123 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$429.12** |
| **Cody Williams** | ☐ Contingent | |
| **4971 East Golden Meadow** | ☐ Unliquidated | |
| **Eagle Mountain, UT 84005** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.123 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$658.87** |
| **Cody Youngblood** | ☐ Contingent | |
| **1535 7th Avenue South #327** | ☐ Unliquidated | |
| **Sartell, MN 56377** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.123 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$627.02** |

**Colby Orr**
**701 Woodview Ridge Trail**
**Lewisville, NC 27023**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.123 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,509.52** |

**Cole Cunningham**
**1531 Jacobs Drive**
**Fort Wayne, IN 46814**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.123 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$743.88** |

**Cole Ghilarducci**
**530 Lawrence Expressway**
**#928**
**Sunnyvale, CA 94085**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.123 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,383.12** |

**Cole Spencer**
**4549 S Arcadia Ln**
**Salt Lake City, UT 84117**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.123 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$430.14** |

**Coleman Meola**
**1703 Prairie Hen Cove**
**Austin, TX 78758**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.124 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,186.36** |

**Colette Rappo Burki**
**Chemin De Bellerive 6**
**Lausanne  1007**
**SWITZERLAND**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.124 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$781.18** |

**Coley Fudge**
**2521 Aviation Dr**
**E Wenatchee, WA 98802**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.124
2**

**Nonpriority creditor's name and mailing address**

**Colin Goodsell
260 Sterling Street Apt 2
Clinton, MA 01510-1864**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$673.58**

---

**3.124
3**

**Nonpriority creditor's name and mailing address**

**Colin McGirr
2410-205 Sherway Gardens Road
Etobicoke ON M9C 0A5
CANADA**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,379.33**

---

**3.124
4**

**Nonpriority creditor's name and mailing address**

**Colin Skoglund
Lovdalen 326
Arebro  70595
SWEDEN**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,681.97**

---

**3.124
5**

**Nonpriority creditor's name and mailing address**

**Colin Thom
73 Camp Ave.
Darien, CT 06820**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$689.52**

---

**3.124
6**

**Nonpriority creditor's name and mailing address**

**Colin Wager
93 Kingswood Court, Kempton Walk
London ENG CR07XH
UNITED KINGDOM**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$511.66**

---

**3.124
7**

**Nonpriority creditor's name and mailing address**

**Colin Wager
93 Kingswood Court, Kempton Walk
London ENG CR0 7XH
UNITED KINGDOM**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$511.44**

---

**3.124
8**

**Nonpriority creditor's name and mailing address**

**Colin Warren
9375 Southern Belle Dr
Weeki Wachee, FL 34613**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$823.18**

---

Debtor **Launch Pad LLC**
_____
Name

Case number _(if known)_ _____

| | | |
|---|---|---|
| **3.124 9** | **Nonpriority creditor's name and mailing address** | **$850.12** |

**Colten Rouska**
**3548 West Barley Bend**
**Lehi, UT 84043**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.125 0** | **Nonpriority creditor's name and mailing address** | **$695.70** |

**Colton Pace**
**400 Crystal Springs Road**
**Graniteville, SC 29829**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.125 1** | **Nonpriority creditor's name and mailing address** | **$735.62** |

**Conan Sloan**
**4209 Illinois St**
**San Diego, CA 92104**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.125 2** | **Nonpriority creditor's name and mailing address** | **$826.55** |

**Confluentes Consulting UG**
**Schenkendorfstrasse**
**Koblenz  56068**
**GERMANY**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.125 3** | **Nonpriority creditor's name and mailing address** | **$659.52** |

**Conner Brentzel**
**4756 Kamehameha Loop**
**Honolulu, HI 96818**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.125 4** | **Nonpriority creditor's name and mailing address** | **$4,153.27** |

**Connor Bragdon**
**15 Greylock Road**
**Wellesley, MA 02481**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.125 5** | **Nonpriority creditor's name and mailing address** | **$2,609.52** |

**Connor Laymon**
**3020 Thunder Road**
**Middleburg, FL 32068**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Launch Pad LLC**                                    Case number *(if known)* _____
_____
Name

| | | |
|---|---|---|
| **3.125 6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,272.52** |

**Connor Laymon**
**3020 Thunder Road**
**Middleburg, FL 32068**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.125 7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$468.06** |

**Connor Loudon**
**5477 College Ave**
**# 1**
**Oakland, CA 94618**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.125 8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$430.14** |

**Connor Mills**
**W171S7390 Lannon Drive, #203**
**Muskego, WI 53150**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.125 9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$717.35** |

**Connor Taiariol**
**1815 Larkin Rd**
**Windsor ON N8W 4G7**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.126 0** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,244.52** |

**Connor Vidasolo**
**4 Huron Road**
**Bellerose Village, NY 11001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.126 1** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$705.25** |

**Conrad Evangelista**
**104 E. Bennett St**
**Nipomo, CA 93444**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.126 2** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,304.33** |

**Conrad Macleod**
**10851 Shellbridge Way #300**
**Richmond BC V6X2W8**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.126 3**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Constantin Gozman**
**Nr. 257**
**Vultureni CJ 407595**
**ROMANIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,305.00**

---

**3.126 4**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Consultronics Single Member Private Comp**
**Dorieon 28, Ano Petralona**
**Athens  11852**
**GREECE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,031.57**

---

**3.126 5**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Cooper Beown**
**1616 East Main Street**
**Mesa, AZ 85203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$683.87**

---

**3.126 6**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Adam Copenhaver**
**3330 Pacific Avenue**
**Suite 500**
**Virginia Beach, VA 23451**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,272.52**

---

**3.126 7**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Cordeiro Luis**
**Avenue De Severy 16**
**Lausanne  1004**
**SWITZERLAND**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$746.04**

---

**3.126 8**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Coreit Lda**
**Rua Tomas Del Negro, 14, 2B**
**Lisboa PT-11 1750-105**
**PORTUGAL**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,529.89**

---

**3.126 9**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Corey Brown**
**198 Bridlewood Drive**
**Jacksonville, NC 28540**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$851.52**

---

Debtor    **Launch Pad LLC**
_____    Case number (if known) _____
Name

| 3.127 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$851.52** |
|---|---|---|---|

**Corey Grazette**
**177-01 145th Street**
**Jamaica**
**Queens, NY 11434**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$749.84** |
|---|---|---|---|

**Corey Schell**
**Bld 2020 Pendleton Avenue**
**Jblm, WA 98433**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,918.12** |
|---|---|---|---|

**Cory Aymar**
**3040 N Victoria Dr**
**Alpine, CA 91901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$689.14** |
|---|---|---|---|

**Cory Boxberger**
**737 N Maize Rd #600**
**Wichita, KS 67212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$101.72** |
|---|---|---|---|

**Cory Fabbro**
**7-7374 194A St.**
**Surrey BC V4N6P8**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$716.63** |
|---|---|---|---|

**Cory Fung**
**1699 E Washington Street**
**Apt #1023**
**Colton, CA 92324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$722.16** |
|---|---|---|---|

**Cory Mayo**
**201 Byfield Rd**
**Westminster, MD 21157**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Launch Pad LLC**                                    Case number (if known) _____
_____
Name

| 3.127 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Cory Neuleib**
**291 Sunset Dr**
**Cortland, OH 44410**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    $459.59

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Cory Zaparyniuk**
**100 Ridge View Close**
**Cochrane AB T4C 0P8**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    $757.60

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Cosmin Haias**
**Bartok Bela 37**
**Dumbravita TM 307160**
**ROMANIA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    $426.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Andrew Cotterell**
**2188 Telogia Court**
**West Palm Beach, FL 33411**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    $684.52

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Courtland Low**
**199 Hillcrest Ave.**
**Unit 14**
**Mississauga ON L5B4L5**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    $871.28

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Coyle Boyd**
**1645 11th Street**
**Baywood-Los Osos, CA 93402**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    $737.43

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.128 3**

**Nonpriority creditor's name and mailing address**

**Craig Barthol**
**6600 College Blvd**
**Suite 138**
**Overland Park, KS 66211**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$684.14**

---

**3.128 4**

**Nonpriority creditor's name and mailing address**

**Craig Boozer**
**1036 Orchard Cir**
**Monroe, GA 30656**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,369.52**

---

**3.128 5**

**Nonpriority creditor's name and mailing address**

**Craig Grant**
**7920 San Felipe Blvd #1014**
**Austin, TX 78729**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$725.73**

---

**3.128 6**

**Nonpriority creditor's name and mailing address**

**Craig Jones**
**4845 Saddlehorn Trail**
**Middleburg, FL 32068**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$659.52**

---

**3.128 7**

**Nonpriority creditor's name and mailing address**

**Craig Karduck**
**1806 Margaret Ln**
**Kingsville, TX 78363**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$689.52**

---

**3.128 8**

**Nonpriority creditor's name and mailing address**

**Craig Marquis**
**848 Main Street Ste 28**
**Billings, MT 59105**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,324.22**

---

**3.128 9**

**Nonpriority creditor's name and mailing address**

**Craig Marquis**
**848 Main St Ste 28**
**Billings, MT 59105**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,468.22**

---

Debtor **Launch Pad LLC**
_____
Name

Case number *(if known)* _____

| 3.129 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $644.07 |

**Craig Marquis**
**848 Main St Ste 28**
**Billings, MT 59105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $678.53 |

**Creighton Edington**
**10 Jolly Court**
**Peralta, NM 87042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $505.99 |

**Cretu Adrian**
**Str. Ficusului Nr. 27**
**Ap.1**
**Giroc TM 307220**
**ROMANIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $681.72 |

**Cristal Shea**
**5166 Halifax Street, #109**
**Burnaby BC V5B 2N6**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $886.30 |

**Cristian Cantamessa**
**Via Verdi 7**
**Castelnuovo Del Garda VR 37014**
**ITALY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $747.63 |

**Cristian Perez**
**2851 West 120th Street Suite E565**
**Hawthorne, CA 90250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Launch Pad LLC**
                Name
                                                                  Case number (if known) _____

---

**3.129
6**

**Nonpriority creditor's name and mailing address**

**Cristian Sarca**
**Am Bahnhof 9**
**Gangkofen  84140**
**GERMANY**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$6,612.40

---

**3.129
7**

**Nonpriority creditor's name and mailing address**

**Cristina Gonzalez**
**232 East Market Street, #411**
**York, PA 17403**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$1,388.09

---

**3.129
8**

**Nonpriority creditor's name and mailing address**

**Cristopher Bergeson**
**13570 Wayzata Blvd**
**Minnetonka, MN 55305**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$4,088.87

---

**3.129
9**

**Nonpriority creditor's name and mailing address**

**Etalides Cruz**
**59 O'Connell Street**
**Albany, NY 12209**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$778.98

---

**3.130
0**

**Nonpriority creditor's name and mailing address**

**Allen Cryer**
**1829 Stewart Drive**
**Carrollton, TX 75010**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$430.14

---

**3.130
1**

**Nonpriority creditor's name and mailing address**

**Crystal Gilbert**
**2073 Dominion Dr**
**Christiansburg, VA 24073**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$659.52

---

**3.130
2**

**Nonpriority creditor's name and mailing address**

**Crystal Rosenbrook**
**670 Pelham Blvd**
**Apt 208**
**Saint Paul, MN 55114**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$658.87

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.130 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,409.67** |
|---|---|---|
| **Csenge Polgar** **59 Hesperus Broadway** **Flat 12** **Edinburgh SCT EH5 1FW** **UNITED KINGDOM** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.130 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$717.35** |
|---|---|---|
| **Cung Pham** **303 Tealby Cres** **Waterloo ON N2J 4Y5** **CANADA** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.130 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,369.14** |
|---|---|---|
| **Cuong Nguyen** **640 Royalwood Ct** **Grand Prairie, TX 75052** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.130 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$747.25** |
|---|---|---|
| **Cuong Tham** **2428 North Ditman Avenue** **Los Angeles, CA 90032** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.130 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,435.86** |
|---|---|---|
| **Curro Munoz Roldan** **El Pasaje Amaranto 45** **Montequinto SE 41089** **SPAIN** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.130 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$726.51** |
|---|---|---|
| **Curt Hesse** **5607 Briarbend Dr** **Houston, TX 77096-4912** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor  **Launch Pad LLC**
_____
Name

Case number (if known) _____

| 3.1309 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $430.14 |
|---|---|---|---|

**Curtis Binkley**
**13031 Ray Trog Court**
**Saint Louis, MO 63146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1310 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $430.14 |
|---|---|---|---|

**Curtis James**
**300 Gentle Creek Dr**
**Mckinney, TX 75072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1311 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $681.72 |
|---|---|---|---|

**Curtis Mulatz**
**249 Morningside Gardens Southwest**
**Airdrie AB T4B 0K3**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1312 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $748.94 |
|---|---|---|---|

**Cutberto Apodaca**
**1186 Myrna Way**
**Rodeo, CA 94572**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1313 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,083.01 |
|---|---|---|---|

**Cveta Hristova**
**Ul. "William Gladstone" 1**
**Floor 3, Appt. 12**
**Varna  9000**
**BULGARIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1314 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $744.23 |
|---|---|---|---|

**Cypress Demanincor**
**4500 Tierra Verde Street**
**Bakersfield, CA 93301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1315 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $946.00 |
|---|---|---|---|

**Cyrus Khaleghi**
**17928 16th Avenue Ct E**
**Spanaway, WA 98387**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Launch Pad LLC**                                                          Case number *(if known)* _____
_____Name_____

| 3.131 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $659.52 |

**D'Marcus Elder**
**15828 Goddard Road**
**Apt 304**
**Southgate, MI 48195**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,703.84 |

**D.G. Verhagen**
**Javaplein 35**
**II**
**Amsterdam  1095 CJ**
**NETHERLANDS**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,086.74 |

**DAGEPi Consult GmbH und Co.KG**
**Theaterstrasse 5**
**Halberstadt  38820**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,746.04 |

**Dagmar Feldhaus**
**Jasminweg 33**
**Marl  45770**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $703.21 |

**Dahron Shand**
**63 Handy St**
**New Brunswick, NJ 08901**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $634.52 |

**Dairon Hernandez**
**190 SW 104 Ct**
**Miami, FL 33174**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | | Case number *(if known)* | |
|--------|--------------------|--|--------------------------|--|
| | Name | | | |

---

| 3.132 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,570.22 |
|---------|------------------------------------------------------|-------------------------------------------------------------------------|-----------|

**Dajana Djuric**
**Pavla Papa 33**
**Novi Sad  21000**
**SERBIA**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.132 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,294.72 |
|---------|------------------------------------------------------|-------------------------------------------------------------------------|-----------|

**Dakota Francis**
**11227 137 Avenue Northwest**
**Edmonton AB T5E 1Z3**
**CANADA**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.132 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $712.99 |
|---------|------------------------------------------------------|-------------------------------------------------------------------------|---------|

**Dale Lee**
**17 Bryant Street**
**Cranbrook QLD 4814**
**AUSTRAILA**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.132 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $871.33 |
|---------|------------------------------------------------------|-------------------------------------------------------------------------|---------|

**Dale Mcconnery**
**839 Amelia Street**
**North Bay ON P1A 1W4**
**CANADA**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.132 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $471.59 |
|---------|------------------------------------------------------|-------------------------------------------------------------------------|---------|

**Dale Radcliff**
**1420 NW Gilman Blvd, #2757**
**Issaquah, WA 98027**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.132 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,692.12 |
|---------|------------------------------------------------------|-------------------------------------------------------------------------|-----------|

**Dale Snyder**
**6126 N Rainbow Blvd**
**Las Vegas, NV 89130**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.132 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $429.87 |
|---------|------------------------------------------------------|-------------------------------------------------------------------------|---------|

**Dalton Ness**
**3135 Dupont Avenue South**
**Apt 1**
**Minneapolis, MN 55408**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Launch Pad LLC**                                                Case number *(if known)* _____
            Name

---

| 3.1329 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $672.60 |

**Dam Ha**
**410 NE Dekum St, #205**
**Portland, OR 97211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1330 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $430.52 |

**Damani Majors**
**7446 Tyndale Court**
**Norfolk, VA 23505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1331 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $430.52 |

**Damani Majors**
**7446 Tyndale Court**
**Norfolk, VA 23505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1332 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,839.36 |

**Damassino Massimo**
**Via Monte Ortigara 46**
**Torino TO 10141**
**ITALY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1333 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $658.12 |

**Damian Leonel Sandoval**
**Tigre 443**
**Hurlingham B 1688**
**ARGENTINA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1334 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $430.14 |

**Damien Aguado**
**13038 Nursery Dr**
**Victoria, TX 77904**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1335 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,748.83 |

**Damien Barre**
**56B Rue Des Maraichers**
**Paris  75020**
**FRANCE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.133 6**

**Nonpriority creditor's name and mailing address**

**Damien Van Raemdonck**
**37 Newport Road**
**Stafford**
**Stafford ENG ST16 1BH**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$740.51**

---

**3.133 7**

**Nonpriority creditor's name and mailing address**

**Damon Barriteau**
**530 N. Fulton Ave**
**Lindenhurst, NY 11757**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$689.25**

---

**3.133 8**

**Nonpriority creditor's name and mailing address**

**Damon Belveal**
**12815 Woodmere St**
**Austin, TX 78729**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$659.14**

---

**3.133 9**

**Nonpriority creditor's name and mailing address**

**Damon Zsiga**
**4056 Bruce County Road 3**
**Paisley ON N0G 2N0**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,720.17**

---

**3.134 0**

**Nonpriority creditor's name and mailing address**

**Damon Zsiga**
**4056 Bruce County Road 3**
**Paisley ON N0G 2N0**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$871.33**

---

**3.134 1**

**Nonpriority creditor's name and mailing address**

**Dan Bennett**
**4 Balchier Road**
**London ENG SE220QN**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,059.67**

---

Debtor  **Launch Pad LLC**
Name

Case number *(if known)* _____

---

| 3.134 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$467.74** |
|---|---|---|---|

**Dan Berry**
**2795 Speer Blvd**
**A-353**
**Denver, CO 80211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$932.22** |
|---|---|---|---|

**Dan Black**
**3620 G Street**
**Antioch, CA 94509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,552.00** |
|---|---|---|---|

**Dan Chirileanu**
**Baia Mare, Str. Stefan Luchian, Nr.11A,**
**Baia Mare MM 430133**
**ROMANIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,460.26** |
|---|---|---|---|

**Dan Difabio**
**47 Woodcliff Ave**
**Westwood, NJ 07675-3423**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$696.33** |
|---|---|---|---|

**Dan Feisst**
**2/22 Penning, Castor Bay**
**Auckland AUK 620**
**NEW ZEALAND**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$659.52** |
|---|---|---|---|

**Dan Hacker**
**95 Horatio St. Apt 2P**
**New York, NY 10014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,309.14** |
|---|---|---|---|

**Dan Huynh**
**7614 Woodhaven Street**
**San Antonio, TX 78209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.1349**

**Nonpriority creditor's name and mailing address**

**Dan Iulian Moraru**
**Str Alexandru Cel Bun**
**Bl187,Sc C,Ap4**
**Vaslui VS 730065**
**ROMANIA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,006.98**

---

**3.1350**

**Nonpriority creditor's name and mailing address**

**Dan Iulian Moraru**
**Strada Alexandru Cel Bun**
**Bloc 187,Sc C ,Ap. 4 Parter**
**Vaslui VS**
**ROMANIA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$3,099.00**

---

**3.1351**

**Nonpriority creditor's name and mailing address**

**Dan Kim**
**5791 Yonge Street #810**
**Toronto ON M2M 0A8**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$318.88**

---

**3.1352**

**Nonpriority creditor's name and mailing address**

**Dan Marra**
**220 Bordentown Ave**
**South Amboy, NJ 08879**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$430.52**

---

**3.1353**

**Nonpriority creditor's name and mailing address**

**Dan McAllister**
**2912 NE 278th Ave**
**Camas, WA 98607**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,204.46**

---

**3.1354**

**Nonpriority creditor's name and mailing address**

**Dan Padilla**
**7 Gates Lane**
**Apt 2**
**Worcester, MA 01603**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$732.03**

---

Debtor    **Launch Pad LLC**
_____    Case number (if known) _____
Name

---

| 3.135 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $703.21 |
|---|---|---|---|

**Dan Pirchner**
**133 Juniper Lane**
**Swedesboro, NJ 08085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,113.87 |
|---|---|---|---|

**Dan Price**
**23770 East Tansy Drive**
**Aurora, CO 80016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $726.71 |
|---|---|---|---|

**Dan Randles**
**3963 West Belmont Avenue**
**Chicago, IL 60618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $740.97 |
|---|---|---|---|

**Dan Scott**
**38 Yarmouth Drive**
**Cramlington ENG NE23 1TS**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $857.00 |
|---|---|---|---|

**Dan Seciu**
**Bd. Ferdinand Nr.131, Sect.2**
**Bl E2 Sc.6 Ap.5**
**Bucharest B 21388**
**ROMANIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $730.28 |
|---|---|---|---|

**Dan Sterwald**
**4622 S Abilene Cir**
**Aurora, CO 80015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $428.32 |
|---|---|---|---|

**Dan Waln**
**6803 NE Aldercreek Pl**
**Hillsboro, OR 97124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Launch Pad LLC**                                          Case number (if known) _____
_____
Name

| 3.136 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $658.12 |
|---|---|---|---|

**Dan Williams**
**4163 N. Wolf Ridge Circle**
**Eden, UT 84310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.136 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,138.50 |
|---|---|---|---|

**Dana Harvey**
**724 N Poinsettia St**
**Santa Ana, CA 92701-3941**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.136 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,294.66 |
|---|---|---|---|

**Dana Yuen**
**665 Esquimalt Ave**
**West Vancouver BC V7T1J6**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.136 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42.00 |
|---|---|---|---|

**Danail Ivanov**
**Ul. D-R L.Zamenhof- 1**
**Et.2, Office 2**
**Varna  9000**
**BULGARIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.136 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45.00 |
|---|---|---|---|

**Danail Ivanov**
**Ul. D-R L.Zamenhof- 1**
**Et.2, Office 2**
**Varna  9000**
**BULGARIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.136 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42.00 |
|---|---|---|---|

**Danail Ivanov**
**Ul. D-R L.Zamenhof- 1**
**Et.2, Office 2**
**Varna  9000**
**BULGARIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.1368**

**Nonpriority creditor's name and mailing address**

**Danail Ivanov**
**Ul. D-R L.Zamenhof- 1**
**Et.2, Office 2**
**Varna  9000**
**BULGARIA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$42.00**

---

**3.1369**

**Nonpriority creditor's name and mailing address**

**Dane Correira**
**2 Clark Street**
**Somerset, MA 02726**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,390.77**

---

**3.1370**

**Nonpriority creditor's name and mailing address**

**Dane Doerfert**
**Berta-Von-Suttner-Stieg 1**
**Norderstedt  22846**
**GERMANY**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,671.30**

---

**3.1371**

**Nonpriority creditor's name and mailing address**

**Dane Vaughan**
**612 North I Street**
**Tacoma, WA 98403-2010**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$751.93**

---

**3.1372**

**Nonpriority creditor's name and mailing address**

**Dane Vaughan**
**612 North I Street**
**Tacoma, WA 98403**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$724.37**

---

**3.1373**

**Nonpriority creditor's name and mailing address**

**Dani Paschkes Gonzalez**
**Passeig Pau Gesa**
**53, Baixos**
**Cardedeu B 8440**
**SPAIN**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$79.50**

---

| Debtor | **Launch Pad LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.137 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $882.43 |
|---|---|---|
| **Dani Paschkes Gonzalez**<br>**Passeig Pau Gesa**<br>**53, Baixos**<br>**Cardedeu B 8440**<br>**SPAIN** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.137 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,440.00 |
|---|---|---|
| **Danicico Florin Marian**<br>**Str.Cimitirului Nr 8 .Com, Jud Satu Mare**<br>**Paulesti SM 447230**<br>**ROMANIA** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.137 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $659.52 |
|---|---|---|
| **Daniel Allen**<br>**4643 Gardens Park Blvd.**<br>**Unit 4307**<br>**Orlando, FL 32839** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.137 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $900.26 |
|---|---|---|
| **Daniel Alves**<br>**Feldbergstr. 21A**<br>**Munich  81825**<br>**GERMANY** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.137 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,309.52 |
|---|---|---|
| **Daniel Amer**<br>**Av. Francisco Lazo Marti Resd. Mayoral P**<br>**Piso 6, Apto. 61**<br>**Caracas  1041**<br>**VENEZUELA** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.137 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,645.25 |
|---|---|---|
| **Daniel Backhaus**<br>**Sonninstrasse 18**<br>**Hamburg  20097**<br>**GERMANY** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

Debtor **Launch Pad LLC**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.138 0 | **Nonpriority creditor's name and mailing address** | **$487.86** |

**Daniel Barry**
**14 Glendale Avenue East**
**Belfast NIR BT8 6LF**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.138 1 | **Nonpriority creditor's name and mailing address** | **$1,419.82** |

**Daniel Bergschneider**
**1743 Paddington Ave**
**Naperville, IL 60563-2027**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.138 2 | **Nonpriority creditor's name and mailing address** | **$6,909.56** |

**Daniel Bettech**
**Calle De La Amargura 60 Int. Sotano 1**
**Lomas De La Herradura**
**Huixquilucan MEX 52785**
**MEXICO**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.138 3 | **Nonpriority creditor's name and mailing address** | **$868.05** |

**Daniel Brinkhus**
**Carumer Damm 9**
**Bakum  49456**
**GERMANY**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.138 4 | **Nonpriority creditor's name and mailing address** | **$707.51** |

**Daniel Ceko**
**10 Mimosa Avenue**
**Emerald VIC 3782**
**AUSTRAILA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.138 5 | **Nonpriority creditor's name and mailing address** | **$681.72** |

**Daniel Chan**
**83 Terryhill Cres**
**Toronto ON M1S3Z3**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Launch Pad LLC**                                                    Case number *(if known)*  _____
                        Name

| 3.138 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$430.52** |

**Daniel Cruver**
**461 Brookwood Drive**
**Hamburg, NY 14075**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$741.31** |

**Daniel Dalili**
**7 Ormonde Terrace**
**London ENG NW8 7LP**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,202.05** |

**Daniel De Nijs**
**Het Lint 1**
**Tholen  4691 DK**
**NETHERLANDS**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$753.76** |

**Daniel Deleon**
**4783 Joppa Circle**
**Dallas, TX 75216**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$747.25** |

**Daniel Delmonte**
**465 N Vista St**
**Los Angeles, CA 90036**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$675.83** |

**Daniel Denson**
**3940 Becraft Ln**
**Billings, MT 59101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,081.64** |

**Daniel Duncan**
**5560 Kirkwood Highway**
**Wilmington, DE 19808**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Launch Pad LLC**                                    Case number *(if known)* _____
_____
Name

| 3.139 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $708.50 |
|---|---|---|---|

**Daniel Echeverria**
**21220 Multnomah Road**
**Apple Valley, CA 92308**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$708.50**

---

| 3.139 4 |
|---|

**Nonpriority creditor's name and mailing address**
**Daniel Elkinton**
**5301 Gladstone Dr**
**Austin, TX 78723-5419**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$430.14**

---

| 3.139 5 |
|---|

**Nonpriority creditor's name and mailing address**
**Daniel Espaillat**
**16 Matthew Patten Drive**
**Bedford, NH 03110**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$695.70**

---

| 3.139 6 |
|---|

**Nonpriority creditor's name and mailing address**
**Daniel Forth**
**Bauernreihe 10 B**
**Allstedt  6542**
**GERMANY**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,087.57**

---

| 3.139 7 |
|---|

**Nonpriority creditor's name and mailing address**
**Daniel Geng**
**Am Reutele 18**
**Bad Schussenried  88427**
**GERMANY**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$837.46**

---

| 3.139 8 |
|---|

**Nonpriority creditor's name and mailing address**
**Daniel Gruner**
**Hemmerdenerweg 62**
**Grevenbroich  41516**
**GERMANY**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$2,217.40**

---

| 3.139 9 |
|---|

**Nonpriority creditor's name and mailing address**
**Daniel Gruner**
**Hemmerdenerweg 62**
**Grevenbroich  41516**
**GERMANY**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$946.12**

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.140 0**

**Nonpriority creditor's name and mailing address**

**Daniel Hardee**
**2 Starfish Drive**
**Vero Beach, FL 32960**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,359.52**

---

**3.140 1**

**Nonpriority creditor's name and mailing address**

**Daniel Heintze**
**37257 Remington Park Avenue**
**Geismar, LA 70734**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,535.52**

---

**3.140 2**

**Nonpriority creditor's name and mailing address**

**Daniel Helsten**
**5300 K St**
**Sacramento, CA 95819**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,421.87**

---

**3.140 3**

**Nonpriority creditor's name and mailing address**

**Daniel Hernandez**
**4251 Tulane Avenue**
**Long Beach, CA 90808**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$708.50**

---

**3.140 4**

**Nonpriority creditor's name and mailing address**

**Daniel Hickox**
**8001 Two Coves Dr**
**Austin, TX 78730**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$59.14**

---

**3.140 5**

**Nonpriority creditor's name and mailing address**

**Daniel Hipsher**
**1000 Riverwalk Blvd**
**Shreveport, LA 71110**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$634.14**

---

**3.140 6**

**Nonpriority creditor's name and mailing address**

**Daniel Hogoboom**
**3220 SW Pine Island Rd**
**Ste C**
**Cape Coral, FL 33991**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$746.65**

---

Debtor    **Launch Pad LLC**
_____    Case number *(if known)* _____
Name

| 3.140 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,465.77 |

**Daniel Hosler**
**2141 N Dayton St**
**Chicago, IL 60614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $659.52 |

**Daniel Kim**
**351 King Street**
**Unit 427**
**San Francisco, CA 94158**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $137.55 |

**Daniel Kutryk**
**16292 10 Street Southwest**
**Calgary AB T2Y 2W2**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $688.14 |

**Daniel Lee**
**10 Arbour Crest Close Nw**
**Calgary AB T3G 4A3**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $719.88 |

**Daniel Leo**
**4624 Russell Avenue**
**Los Angeles, CA 90027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $840.65 |

**Daniel Lichtenberg**
**3763 Ruby Street**
**Oakland, CA 94609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $740.83 |

**Daniel Lynch**
**1207 Via Arroyo**
**Ventura, CA 93003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Launch Pad LLC**
_____
Name
Case number (*if known*) _____

| 3.141 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$684.52** |
| **Daniel Macdonald** | ☐ Contingent | |
| **2505 N Kenilworth St** | ☐ Unliquidated | |
| **Arlington, VA 22207** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.141 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,234.52** |
| **Daniel Macdonald** | ☐ Contingent | |
| **2505 N Kenilworth St** | ☐ Unliquidated | |
| **Arlington, VA 22207** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.141 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$717.35** |
| **Daniel Mar** | ☐ Contingent | |
| **587 Evanston Drive** | ☐ Unliquidated | |
| **Calgary AB T3P 0H7** | ☐ Disputed | |
| **CANADA** | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.141 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,769.90** |
| **Daniel Mladjen** | ☐ Contingent | |
| **436 Flinders Parade** | ☐ Unliquidated | |
| **Brighton QLD 4017** | ☐ Disputed | |
| **AUSTRAILA** | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.141 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,675.35** |
| **Daniel Mladjen** | ☐ Contingent | |
| **436 Flinders Parade** | ☐ Unliquidated | |
| **Brighton QLD 4017** | ☐ Disputed | |
| **AUSTRAILA** | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.141 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,693.52** |
| **Daniel Molina** | ☐ Contingent | |
| **4307 Roseneath Dr** | ☐ Unliquidated | |
| **Houston, TX 77021** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor **Launch Pad LLC**
Name

Case number (if known) _____

| 3.142 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $707.51 |
|---|---|---|---|

**3.142 0**

**Nonpriority creditor's name and mailing address**
**Daniel Nasser**
**22 Bray Street, Reservoir Vic 3073**
**22 Bray St**
**Reservoir VIC 3073**
**AUSTRAILA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$707.51**

---

**3.142 1**

**Nonpriority creditor's name and mailing address**
**Daniel Navarrete**
**11813 Wright Rd**
**Apt. C**
**Lynwood, CA 90262**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$936.44**

---

**3.142 2**

**Nonpriority creditor's name and mailing address**
**Daniel Navarrete**
**11813 Wright Rd**
**Apt. C**
**Lynwood, CA 90262**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$118.37**

---

**3.142 3**

**Nonpriority creditor's name and mailing address**
**Daniel Nawrocki**
**2412-70 Temperance Street**
**Toronto ON M5H 0B1**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$643.43**

---

**3.142 4**

**Nonpriority creditor's name and mailing address**
**Daniel Olewski**
**22595 NE 96th St**
**Redmond, WA 98053**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$751.24**

---

**3.142 5**

**Nonpriority creditor's name and mailing address**
**Daniel Panovski**
**Sindarovska 18**
**Skopje  1000**
**NORTH MACEDONIA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$784.74**

---

Debtor    **Launch Pad LLC**
_____    Case number (if known) _____
Name

| | | |
|---|---|---|
| **3.142 6** | **Nonpriority creditor's name and mailing address** | **$907.93** |

**Daniel Perez**
**23 N 9th St**
**Surf City, NJ 08008**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.142 7** | **Nonpriority creditor's name and mailing address** | **$1,628.92** |

**Daniel Pfeifer**
**Eichendorffstrasse 1A**
**Bad Schwalbach  65307**
**GERMANY**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.142 8** | **Nonpriority creditor's name and mailing address** | **$853.79** |

**Daniel Piedra Quintero**
**Albert Van Meerveldstraat 29**
**Zwartebroek  3785 LP**
**NETHERLANDS**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.142 9** | **Nonpriority creditor's name and mailing address** | **$456.83** |

**Daniel Purcell**
**8 Edison Green**
**Apt 2**
**Boston, MA 02125**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.143 0** | **Nonpriority creditor's name and mailing address** | **$659.52** |

**Daniel Ramlagan**
**97-36 110St**
**Richmond Hill, NY 11419**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.143 1** | **Nonpriority creditor's name and mailing address** | **$471.01** |

**Daniel Raney**
**812 Apricot Ave**
**Mount Vernon, IL 62864**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.143 2** | **Nonpriority creditor's name and mailing address** | **$781.48** |

**Daniel Reyes**
**2838 Charleston Place**
**Chula Vista, CA 91914**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Official Form 206 E/F    Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.143 3**

**Nonpriority creditor's name and mailing address**

**Daniel Rietberg**
**326 Cherry St.**
**Apt C**
**Grand Rapids, MI 49503**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$659.14**

---

**3.143 4**

**Nonpriority creditor's name and mailing address**

**Daniel Riposan**
**3395 Cliff Road North, #130**
**Mississauga ON L5A 3M7**
**CANADA**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$871.33**

---

**3.143 5**

**Nonpriority creditor's name and mailing address**

**Daniel Rodriguez**
**16780 County Road 1714**
**Odem, TX 78370**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$3,359.52**

---

**3.143 6**

**Nonpriority creditor's name and mailing address**

**Daniel Rodriguez-Magana**
**736 State St.**
**Apt 3**
**San Jose, CA 95110**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$430.52**

---

**3.143 7**

**Nonpriority creditor's name and mailing address**

**Daniel Roller**
**Leistenstrasse 18**
**Wurzburg  97082**
**GERMANY**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$5,488.25**

---

**3.143 8**

**Nonpriority creditor's name and mailing address**

**Daniel Sayegh**
**365 Ardsley Road**
**Scarsdale, NY 10583**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,484.23**

---

**3.143 9**

**Nonpriority creditor's name and mailing address**

**Daniel Schmidt**
**Papendamm 26**
**Hamburg  20146**
**GERMANY**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,093.38**

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor  **Launch Pad LLC**                                          Case number *(if known)* _____
_____
Name

| | | |
|---|---|---|
| **3.144 0** | | **$1,367.32** |

| | | |
|---|---|---|
| **3.144 0** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**3.144 0**

Nonpriority creditor's name and mailing address

**Daniel Stewart**
**10935 SE Spruce View Ln.**
**Happy Valley, OR 97086**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,367.32**

---

**3.144 1**

Nonpriority creditor's name and mailing address

**Daniel Tardy**
**1240 S. 15th St.**
**Marion, IA 52302**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,959.14**

---

**3.144 2**

Nonpriority creditor's name and mailing address

**Daniel Tharp**
**39939 Stevenson Common #1113**
**Fremont, CA 94538**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$718.25**

---

**3.144 3**

Nonpriority creditor's name and mailing address

**Daniel Thein**
**9 Rue Louis Braille**
**Strassen  8033**
**LUXEMBOURG**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$948.13**

---

**3.144 4**

Nonpriority creditor's name and mailing address

**Daniel Timms**
**41 Mears Ashby Road**
**Earls Barton ENG NN6 0HQ**
**UNITED KINGDOM**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$760.41**

---

**3.144 5**

Nonpriority creditor's name and mailing address

**Daniel Toomer**
**9863 Yale Drive**
**Rancho Cucamonga, CA 91701**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$740.83**

---

**3.144 6**

Nonpriority creditor's name and mailing address

**Daniel Tustin**
**32 Kaitawa Crescent**
**Paraparaumu WGN 5032**
**NEW ZEALAND**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$893.24**

---

Debtor **Launch Pad LLC** _____  Case number _(if known)_ _____
       Name

| 3.144 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $1,301.07 |
|---|---|---|---|

**Daniel Velez**
**486 N Pine Meadow Dr**
**Debary, FL 32713**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $399.95 |
|---|---|---|---|

**Daniel Wei**
**22 Kenfin Ave**
**Scarborough ON M1S 4G1**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $63.55 |
|---|---|---|---|

**Daniel Wheaton**
**7737 Nakita Ct**
**Northfield, OH 44067-3310**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $459.59 |
|---|---|---|---|

**Daniel Wheaton**
**7737 Nakita Ct**
**Northfield, OH 44067-3310**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $716.63 |
|---|---|---|---|

**Daniel Zargham**
**1085 Tasman Drive #283**
**Sunnyvale, CA 94089**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $564.38 |
|---|---|---|---|

**Daniela Gentilucci**
**Panoramastrasse 9**
**Gerlingen  70839**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Launch Pad LLC**
_____    Case number (if known) _____
Name

| 3.145 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$505.99** |
|---|---|---|---|

**Daniela Stana**
**Al Domnisoara Pogany Nr.1**
**Ap. 20, Sector 6**
**Bucuresti B 62132**
**ROMANIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.145 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$1,568.12** |
|---|---|---|---|

**Daniele Berardi**
**Rutiwiesenstrasse 8**
**Gattikon  8136**
**SWITZERLAND**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.145 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$2,239.25** |
|---|---|---|---|

**Danielius Vebras**
**Krummaholar 8**
**Reykjavik  109**
**ICELAND**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.145 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$469.11** |
|---|---|---|---|

**Danielle Kim**
**24241 Park St**
**Torrance, CA 90505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.145 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$650.93** |
|---|---|---|---|

**Danilo Diaz Barrios**
**173 Hazelglen Dr**
**Kitchener ON N2M2E6**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.145 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$722.83** |
|---|---|---|---|

**Danish Qamar**
**6 Sierra Rd**
**Olds AB T4H 1X4**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|--------|-------------------|--------------------------|--|
| | Name | | |

---

**3.1459**

**Nonpriority creditor's name and mailing address**

**Danny Burrell**
**17480 La Sierra Avenue**
**Riverside, CA 92503**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,452.44

---

**3.1460**

**Nonpriority creditor's name and mailing address**

**Danny Dutil**
**800 Palmetto Ave**
**Orange City, FL 32763**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$719.29

---

**3.1461**

**Nonpriority creditor's name and mailing address**

**Danny Genao**
**251 E 16th St.**
**Paterson, NJ 07524**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$798.99

---

**3.1462**

**Nonpriority creditor's name and mailing address**

**Danny Hsiao**
**526 Woodston Rd**
**Rockville, MD 20850**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$659.52

---

**3.1463**

**Nonpriority creditor's name and mailing address**

**Danny Kennison**
**91-0697 Nanaulu St**
**Ewa Beach, HI 96706**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$659.52

---

**3.1464**

**Nonpriority creditor's name and mailing address**

**Danny Kennison**
**91-0697 Nanaulu St**
**Ewa Beach, HI 96706-4853**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$659.52

---

**3.1465**

**Nonpriority creditor's name and mailing address**

**Danny Lopez**
**11400 Northwest 7th Street**
**Plantation, FL 33325**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,272.52

---

Debtor **Launch Pad LLC**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.146 6 | **Nonpriority creditor's name and mailing address** | **$762.73** |

**Danny Merritt**
**9508 Tower Ridge Rd**
**Pensacola, FL 32526**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.146 7 | **Nonpriority creditor's name and mailing address** | **$708.50** |

**Danny Nathie**
**7287 Arcadia Drive**
**Huntington Beach, CA 92648**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.146 8 | **Nonpriority creditor's name and mailing address** | **$740.83** |

**Danny Romo**
**129 Avenida San Fernando**
**Unit A**
**San Clemente, CA 92672**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.146 9 | **Nonpriority creditor's name and mailing address** | **$469.11** |

**Danny Soria**
**14201 Foothill Blvd.**
**Unit 52**
**Sylmar, CA 91342**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.147 0 | **Nonpriority creditor's name and mailing address** | **$808.53** |

**Danny Ziya**
**567 Shawn Vines Ave**
**Oakdale, CA 95361**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.147 1 | **Nonpriority creditor's name and mailing address** | **$2,145.59** |

**Danny Ziya**
**567 Shawn Vines Ave**
**Oakdale, CA 95361**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.147 2 | **Nonpriority creditor's name and mailing address** | **$697.64** |

**Dante Capecce**
**Ruta 81 Km 50**
**San Bautista  91200**
**URUGUAY**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Launch Pad LLC**                                        Case number *(if known)* _____
_____
Name

| 3.147 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: *Check all that apply.*        **$430.52**

**Dante Colaiacovo**
**16 Cherry Tree Lane**        ☐ Contingent
**Kinnelon, NJ 07405**        ☐ Unliquidated
                               ☐ Disputed

Date(s) debt was incurred _        **Basis for the claim:** _

Last 4 digits of account number _        Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: *Check all that apply.*        **$73.57**

**Dante Colaiacovo**
**16 Cherry Tree Lane**        ☐ Contingent
**Kinnelon, NJ 07405**        ☐ Unliquidated
                               ☐ Disputed

Date(s) debt was incurred _        **Basis for the claim:** _

Last 4 digits of account number _        Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: *Check all that apply.*        **$499.84**

**Dante Elizalde**
**Santa Rosa 75A**        ☐ Contingent
**Zapopan JAL 45140**        ☐ Unliquidated
**MEXICO**        ☐ Disputed

Date(s) debt was incurred _        **Basis for the claim:** _

Last 4 digits of account number _        Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: *Check all that apply.*        **$2,715.60**

**Danzie Hazell Can Do Builders**
**168 Mill Road**        ☐ Contingent
**Cambridge ENG CB1 3LP**        ☐ Unliquidated
**UNITED KINGDOM**        ☐ Disputed

Date(s) debt was incurred _        **Basis for the claim:** _

Last 4 digits of account number _        Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: *Check all that apply.*        **$659.14**

**Darcy Lamke**
**716 N Water St**        ☐ Contingent
**Watertown, WI 53098**        ☐ Unliquidated
                               ☐ Disputed

Date(s) debt was incurred _        **Basis for the claim:** _

Last 4 digits of account number _        Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: *Check all that apply.*        **$743.14**

**Darian Nabaz**
**18D School Road**        ☐ Contingent
**London ENG TW12 1QL**        ☐ Unliquidated
**UNITED KINGDOM**        ☐ Disputed

Date(s) debt was incurred _        **Basis for the claim:** _

Last 4 digits of account number _        Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: *Check all that apply.*        **$659.52**

**Darin Carter**
**327 West Lantana Road**        ☐ Contingent
**Lantana, FL 33462**        ☐ Unliquidated
                               ☐ Disputed

Date(s) debt was incurred _        **Basis for the claim:** _

Last 4 digits of account number _        Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.148 0**

**Nonpriority creditor's name and mailing address**

**Darius Bryan**
**34 Rosedale House Manor Road**
**London ENG N16 5NR**
**UNITED KINGDOM**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$511.44**

---

**3.148 1**

**Nonpriority creditor's name and mailing address**

**Darius Vaicenavicius**
**Ozo G. 24-15**
**Vilnius  7151**
**LITHUANIA**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$576.42**

---

**3.148 2**

**Nonpriority creditor's name and mailing address**

**Dariusz Paszko**
**Chemin Des Postes 249**
**Waterloo  1410**
**BELGIUM**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,659.93**

---

**3.148 3**

**Nonpriority creditor's name and mailing address**

**Dariusz Wida**
**450 Village Center Dr**
**Unit 210**
**Burr Ridge, IL 60527**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$728.76**

---

**3.148 4**

**Nonpriority creditor's name and mailing address**

**Dariusz Wida**
**450 Village Center Dr**
**Unit 210**
**Burr Ridge, IL 60527**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$701.75**

---

**3.148 5**

**Nonpriority creditor's name and mailing address**

**Daron Baptiste**
**270 Clarkson Avenue, #322**
**Brooklyn, NY 11226**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$59.52**

---

**3.148 6**

**Nonpriority creditor's name and mailing address**

**Darrell Griffin**
**1011 Beyer Way**
**Sp. 104**
**San Diego, CA 92154**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$737.43**

---

Debtor **Launch Pad LLC**                                    Case number (if known) _____
           Name

| 3.1487 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $467.24 |
|---|---|---|---|

**Darren Aldous**
**25 Ngahere Street**
**Inglewood TKI 4330**
**NEW ZEALAND**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1488 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $510.54 |
|---|---|---|---|

**Darren Jones**
**66 Headley Drive, New Addington**
**Croydon, London ENG CR00QF**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1489 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $510.54 |
|---|---|---|---|

**Darren Jones**
**66 Headley Drive, New Addington**
**Croydon, London ENG CR00QF**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1490 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $466.70 |
|---|---|---|---|

**Darren Langley**
**4177 Brown Bridge Road Southeast Lot N**
**Dalton, GA 30721**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1491 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,513.57 |
|---|---|---|---|

**Darren Lazarus**
**23 Bogert Road**
**Demarest, NJ 07627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1492 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $703.21 |
|---|---|---|---|

**Darren Lazarus**
**23 Bogert Road**
**Demarest, NJ 07627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1493 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $430.14 |
|---|---|---|---|

**Darren Wutzke**
**1004 Abby Lane**
**Lucas, TX 75002-3712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Launch Pad LLC**
_____
Name                                                                    Case number *(if known)* _____

| | | |
|---|---|---|
| 3.149<br>4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.149 4**

**Nonpriority creditor's name and mailing address**

**Darryl Gonzales**
**8085 Atlas Pear Drive, #327**
**Bryan, TX 77807**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$713.94

---

**3.149 5**

**Nonpriority creditor's name and mailing address**

**Daryl Gonzalez-Orellana**
**211 Taaffe Pl.**
**3R**
**Brooklyn, NY 11205**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$430.52

---

**3.149 6**

**Nonpriority creditor's name and mailing address**

**Daryl Maksymec**
**158 Crystalridge Drive**
**Okotoks AB T1S 1W3**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,389.84

---

**3.149 7**

**Nonpriority creditor's name and mailing address**

**Daryl Sowers**
**1904 Kinross Ct**
**Bakersfield, CA 93309**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$744.23

---

**3.149 8**

**Nonpriority creditor's name and mailing address**

**Daryl Upole**
**3916 Edgewater Drive**
**Ashtabula, OH 44004**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,397.92

---

**3.149 9**

**Nonpriority creditor's name and mailing address**

**Dasiel Hidalgo**
**8065 W 15 Th Ave**
**Hialeah, FL 33014**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$634.52

---

**3.150 0**

**Nonpriority creditor's name and mailing address**

**Derek Dasilva**
**22 Sawyer St**
**Malden, MA 02148**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$718.36

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.150 1**

**Nonpriority creditor's name and mailing address**

**Dave Grueneich**
**6706 South Jacqueline Way**
**Gilbert, AZ 85298**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$683.87**

---

**3.150 2**

**Nonpriority creditor's name and mailing address**

**Dave Hardjo**
**Nystadstraat 64**
**Rotterdam  3067 DT**
**NETHERLANDS**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,614.85**

---

**3.150 3**

**Nonpriority creditor's name and mailing address**

**Dave Hendrie**
**9911 Norwalk Blvd**
**Santa Fe Springs, CA 90670**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$473.32**

---

**3.150 4**

**Nonpriority creditor's name and mailing address**

**Dave Hendrie**
**9911 Norwalk Boulevard**
**Santa Fe Springs, CA 90670**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$7,265.40**

---

**3.150 5**

**Nonpriority creditor's name and mailing address**

**Dave Koziol**
**2884 E Eisenhower Pkwy**
**Ann Arbor, MI 48108**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$659.52**

---

**3.150 6**

**Nonpriority creditor's name and mailing address**

**Dave Letarte**
**5260 Quebec 395**
**Amos QC J9T 3A1**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,814.07**

---

**3.150 7**

**Nonpriority creditor's name and mailing address**

**Dave Pickering**
**305 Pine Valley Drive**
**Kitchener ON N2P 2V5**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$717.35**

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.1508**

**Nonpriority creditor's name and mailing address**

**Dave Schleigh**
**11830 Ramsburg Road**
**Marriottsville, MD 21104**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$689.52**

---

**3.1509**

**Nonpriority creditor's name and mailing address**

**Dave Supinger**
**240 East 600 South**
**Centerville, UT 84014**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,573.12**

---

**3.1510**

**Nonpriority creditor's name and mailing address**

**Dave Supinger**
**240 East 600 South**
**Centerville, UT 84014**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,358.12**

---

**3.1511**

**Nonpriority creditor's name and mailing address**

**Dave Supinger**
**240 East 600 South**
**Centerville, UT 84014**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,290.62**

---

**3.1512**

**Nonpriority creditor's name and mailing address**

**Dave Supinger**
**240 East 600 South**
**Centerville, UT 84014**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$683.12**

---

**3.1513**

**Nonpriority creditor's name and mailing address**

**David Abrahamson**
**9021 Octavia Court**
**Springfield, VA 22153**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$718.42**

---

**3.1514**

**Nonpriority creditor's name and mailing address**

**David Alley**
**807 Catalina Lane**
**Austin, TX 78737**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$733.14**

---

Debtor **Launch Pad LLC**                                                          Case number (if known) _____
         Name

| | | | |
|---|---|---|---|
| **3.151 5** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$92.02** |
| | **David Alley** | ☐ Contingent | |
| | **807 Catalina Lane** | ☐ Unliquidated | |
| | **Austin, TX 78737** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.151 6** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$720.41** |
| | **David Amaro** | ☐ Contingent | |
| | **5420 Nessee Street** | ☐ Unliquidated | |
| | **Fayetteville, NC 28314** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.151 7** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,123.21** |
| | **David Antunes** | ☐ Contingent | |
| | **Rua Do Rosmaninho Lote 5 - Alto Da Guerr** | ☐ Unliquidated | |
| | **Setubal PT-15 2910-282** | ☐ Disputed | |
| | **PORTUGAL** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.151 8** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,059.91** |
| | **David Arechederra** | ☐ Contingent | |
| | **Izalde Kalea 4** | ☐ Unliquidated | |
| | **B95873964 Quattro Motiv Sl** | ☐ Disputed | |
| | **Getxo BI 48992** | | |
| | **SPAIN** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.151 9** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$797.31** |
| | **David Arriaga** | ☐ Contingent | |
| | **18366 Whitewater Way** | ☐ Unliquidated | |
| | **Riverside, CA 92508** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.152 0** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$675.93** |
| | **David August** | ☐ Contingent | |
| | **78 Willow Ave.** | ☐ Unliquidated | |
| | **Toronto ON M4E 3K2** | ☐ Disputed | |
| | **CANADA** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **Launch Pad LLC**                                                    Case number *(if known)* _____
Name

| 3.152 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,416.13 |
|---|---|---|---|

**David B. Canady**
**404 Kingsford Court**
**Fayetteville, NC 28314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $851.14 |
|---|---|---|---|

**David Beach**
**13944 E Riviera Dr**
**Burleson, TX 76028-3362**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $460.66 |
|---|---|---|---|

**David Beltz**
**691 Baluster Drive**
**Marysville, OH 43040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $460.66 |
|---|---|---|---|

**David Beltz**
**691 Baluster Drive**
**Marysville, OH 43040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $659.52 |
|---|---|---|---|

**David Bergtold**
**9933 Dellcastle Rd**
**Montgomery Village, MD 20886**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $645.41 |
|---|---|---|---|

**David Black**
**9316 Pawnee Lane**
**Leawood, KS 66206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $490.70 |
|---|---|---|---|

**David Bollinger**
**Sankt Johanns-Vorstadt 41**
**Basel  4056**
**SWITZERLAND**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.152 8**

**Nonpriority creditor's name and mailing address**

**David Bourque**
**97 Des Becs Scies**
**Sept-Iles QC G4S 1K1**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$679.21**

---

**3.152 9**

**Nonpriority creditor's name and mailing address**

**David Brandt**
**1916 Benedict Avenue**
**Riverside, CA 92506**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,440.09**

---

**3.153 0**

**Nonpriority creditor's name and mailing address**

**David Burke**
**13615 E Ocotillo Bloom Dr**
**Vail, AZ 85641**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$658.87**

---

**3.153 1**

**Nonpriority creditor's name and mailing address**

**David Carlson**
**39306 Fieldcrest Circle**
**Palmdale, CA 93551**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$724.76**

---

**3.153 2**

**Nonpriority creditor's name and mailing address**

**David Chatfield**
**914 Northeast 151st Avenue**
**Portland, OR 97230**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$849.32**

---

**3.153 3**

**Nonpriority creditor's name and mailing address**

**David Chee**
**239 W. Palm Dr.**
**Arcadia, CA 91007**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$757.85**

---

**3.153 4**

**Nonpriority creditor's name and mailing address**

**David Chen**
**75 Cannon Blvd**
**1F**
**Staten Island, NY 10306**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,309.52**

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.153 5**

**Nonpriority creditor's name and mailing address**

**David Cho**
**1756 Dixon Street**
**Redondo Beach, CA 90278**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,486.38

---

**3.153 6**

**Nonpriority creditor's name and mailing address**

**David Chou**
**424 15th Street #3204**
**San Diego, CA 92101**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$709.25

---

**3.153 7**

**Nonpriority creditor's name and mailing address**

**David Cooper**
**479 Alway Road**
**Grassie ON L0R 1M0**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$689.02

---

**3.153 8**

**Nonpriority creditor's name and mailing address**

**David Crunk**
**3331 Fort St**
**Wyandotte, MI 48192**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$684.52

---

**3.153 9**

**Nonpriority creditor's name and mailing address**

**David Delgiglio**
**5491 Keith Rd**
**West Vancouver BC V7W 3E1**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$694.47

---

**3.154 0**

**Nonpriority creditor's name and mailing address**

**David Demaree**
**191 Market St**
**Aurora, IN 47001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,292.02

---

**3.154 1**

**Nonpriority creditor's name and mailing address**

**David Desroche**
**1611 Lake Avenue**
**Metairie, LA 70005**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$689.52

---

| Debtor | **Launch Pad LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.154 2**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$659.52** |
|---|---|---|
| **David Desroche**<br>**1611 Lake Avenue**<br>**Metairie, LA 70005** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.154 3**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,636.17** |
|---|---|---|
| **David Dickson**<br>**34 Springbluff Blvd Southwest**<br>**Calgary AB T3H 4V6**<br>**CANADA** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.154 4**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,348.87** |
|---|---|---|
| **David Donald**<br>**Box 766**<br>**Kimberton, PA 19442** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.154 5**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$456.35** |
|---|---|---|
| **David Donald**<br>**Box 766**<br>**Kimberton, PA 19442** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.154 6**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$689.14** |
|---|---|---|
| **David Dunn**<br>**4200 Country Hill Rd**<br>**Fort Worth, TX 76140** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.154 7**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$739.29** |
|---|---|---|
| **David Effron**<br>**3749 Maplecrest Road**<br>**Woodmere, OH 44122** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.154 8**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$430.52** |
|---|---|---|
| **David Foster**<br>**4422 McDermed Dr**<br>**Houston, TX 77035-3816** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.1549**

**Nonpriority creditor's name and mailing address**

**David Fuscus**
**1120 G St Nw**
**Ste 450**
**Washington, DC 20005**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$689.52**

---

**3.1550**

**Nonpriority creditor's name and mailing address**

**David Gagua**
**Chavchavadze St 78, 6/6/10**
**Tbilisi  179**
**GEORGIA**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,457.85**

---

**3.1551**

**Nonpriority creditor's name and mailing address**

**David Ganio**
**3163 700 East Street**
**North Ogden, UT 84414**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$658.12**

---

**3.1552**

**Nonpriority creditor's name and mailing address**

**David Gourley**
**672 1575 West**
**Layton, UT 84041**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$3,095.62**

---

**3.1553**

**Nonpriority creditor's name and mailing address**

**David Gray**
**822 S Norton Ave**
**Los Angeles, CA 90005**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$749.26**

---

**3.1554**

**Nonpriority creditor's name and mailing address**

**David Grubb**
**2205 Chasefield Dr**
**Plano, TX 75023**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$430.14**

---

**3.1555**

**Nonpriority creditor's name and mailing address**

**David Harris**
**4408 NE Hideaway Drive**
**Lees Summit, MO 64064-7808**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$652.26**

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.155 6**

**Nonpriority creditor's name and mailing address**

**David Harris**
**781 Laurel Oak Court**
**Columbus, GA 31907**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$4,059.52

---

**3.155 7**

**Nonpriority creditor's name and mailing address**

**David Head**
**2580 W 61st Ave**
**Merrillville, IN 46410**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$430.14

---

**3.155 8**

**Nonpriority creditor's name and mailing address**

**David Huber**
**12716 106th St**
**Largo, FL 33773**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$659.52

---

**3.155 9**

**Nonpriority creditor's name and mailing address**

**David Johnson**
**340 Appleblossom Lane**
**Bay Village, OH 44140-1109**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$704.05

---

**3.156 0**

**Nonpriority creditor's name and mailing address**

**David Kaita**
**98-1155 Malualua Street**
**Aiea, HI 96701**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$696.11

---

**3.156 1**

**Nonpriority creditor's name and mailing address**

**David Kennedy**
**P.O. Box 291**
**Jackson, MS 39205**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$744.29

---

**3.156 2**

**Nonpriority creditor's name and mailing address**

**David Kielmeyer**
**1454 Muirfield Dr**
**Bowling Green, OH 43402**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,397.92

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.156 3**

**Nonpriority creditor's name and mailing address**

**David Lethe**
**3133 Freedom Lane**
**Plano, TX 75025**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$746.00**

---

**3.156 4**

**Nonpriority creditor's name and mailing address**

**David Lin**
**21 Lorillard Rd**
**Tuxedo Park, NY 10987**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$745.54**

---

**3.156 5**

**Nonpriority creditor's name and mailing address**

**David Lindgren**
**3140 Durham Road,**
**Guilford, CT 06437**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$737.89**

---

**3.156 6**

**Nonpriority creditor's name and mailing address**

**David Love**
**1067 Airport Parkway**
**Belleville ON K8N 4Z6**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$758.21**

---

**3.156 7**

**Nonpriority creditor's name and mailing address**

**David Maguire**
**6002 Cameron Ct.**
**Crystal Lake, IL 60014**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$721.31**

---

**3.156 8**

**Nonpriority creditor's name and mailing address**

**David Matevski**
**49 Condarcuri Cres**
**Markham ON L6B 0G9**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$871.33**

---

Debtor  **Launch Pad LLC**
_____
Name

Case number (*if known*) _____

| 3.156 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$806.33** |
|---|---|---|---|

**David May**
**3 Newgate**
**Wilmslow**
**Manchester ENG SK9 5LL**
**UNITED KINGDOM**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$576.23** |
|---|---|---|---|

**David Mazereeuw**
**Dorpsstraat 1052**
**Assendelft  1566 JL**
**NETHERLANDS**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$659.52** |
|---|---|---|---|

**David Mazzotta**
**1827 Brookside Drive**
**Germantown, TN 38138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$59.52** |
|---|---|---|---|

**David Mazzotta**
**1827 Brookside Drive**
**Germantown, TN 38138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,842.83** |
|---|---|---|---|

**David Merritt**
**1143 Muscogee Road**
**Cantonment, FL 32533**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$698.59** |
|---|---|---|---|

**David Miller**
**1056 South State Street**
**5F**
**Dover, DE 19901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Launch Pad LLC**
_____    Case number _(if known)_ _____
Name

| | | |
|---|---|---|
| 3.157 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $718.25 |

**David Molenberg**
**2233 Central Ave.**
**Apt. A**
**Alameda, CA 94501-4405**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $684.52 |

**David Mustapick**
**286 Palmetto Ct**
**Jupiter**
**Jupiter, FL 33458**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $889.51 |

**David Nather**
**Wallstrasse 29**
**Cologne  51063**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $656.72 |

**David Nguyen**
**30 Ruth Goldbloom Drive, #302**
**Halifax NS B3M 0M9**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $1,309.52 |

**David Nguyen**
**5836 Willow Ridge Dr**
**Ypsilanti, MI 48197**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $659.52 |

**David Nguyen**
**5836 Willow Ridge Dr**
**Ypsilanti, MI 48197**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $430.52 |

**David Nonachi**
**13510 Carruth Lane**
**Houston, TX 77083**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Launch Pad LLC**                                        Case number (if known) _____
_____
Name

| 3.158 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $871.28 |
|---|---|---|---|

**David Otterbein**
**1641 Aldersbrook Road**
**London ON N6G 2Z2**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $659.14 |
|---|---|---|---|

**David Payne**
**6357 South 80th East Avenue**
**Unit H**
**Tulsa, OK 74133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $7,314.13 |
|---|---|---|---|

**David Pezzola**
**448 N Carpenter**
**Unit J**
**Chicago, IL 60642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $806.50 |
|---|---|---|---|

**David Pimentel**
**781 Akahi Place**
**B630470**
**Lanai City, HI 96763**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $720.23 |
|---|---|---|---|

**David Posin**
**7301 Connecticut Ave**
**Chevy Chase, MD 20815**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $584.93 |
|---|---|---|---|

**David Prendergast**
**15 Taylor Hill Way**
**Balbriggan D K32 AE29**
**IRELAND**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $699.09 |
|---|---|---|---|

**David Richards**
**P.O. Box 10534**
**State College, PA 16805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Launch Pad LLC**
_____
  Name

Case number (*if known*) _____

---

| 3.158 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $465.12 |
|---|---|---|---|

**David Richardson**
**P.O. Box 241**
**Granby, CO 80446**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,415.76 |
|---|---|---|---|

**David Rios**
**4917 North Kimball Avenue**
**Chicago, IL 60625**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $697.64 |
|---|---|---|---|

**David Rivas**
**8273 NW 56th St**
**Ps-45156**
**Miami, FL 33195-4007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $430.52 |
|---|---|---|---|

**David Rosenberg**
**3019 North Thomas Road**
**Freeland, MI 48623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $700.15 |
|---|---|---|---|

**David Sampson**
**12 Brittany Lane**
**Dunstable, MA 01827**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $458.51 |
|---|---|---|---|

**David Schlosser**
**904 Salem Avenue**
**Elyria, OH 44035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $851.52 |
|---|---|---|---|

**David Schneider**
**7700 Southwest 134th Terrace**
**Miami, FL 33156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Launch Pad LLC**                                    Case number (if known) _____
                Name

---

| 3.159 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $446.93 |

**David Schwenning**
2353 Leighton Rd
Nanaimo BC V9R7C1
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.159 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,313.09 |

**David Sekiguchi**
19924 Bear Valley Lane
Northridge, CA 91326

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.159 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $752.61 |

**David Shuman**
11082 Sedalia Street
Commerce City, CO 80022

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.159 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,236.10 |

**David Sinopoli**
594 Avenue A
Bayonne, NJ 07002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.160 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $634.52 |

**David Skrzypek**
210 Vickery Way
Roswell, GA 30075

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.160 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $465.96 |

**David Sosine**
315 Sherwood Drive
Brentwood, CA 94513

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.160 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,095.21 |

**David Sterr**
Raifberg 48
Funtastic Solutions Gmbh
Waidhofen/Ybbs  3340
AUSTRIA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Launch Pad LLC**                                    Case number *(if known)* _____
_____
Name

---

| 3.160 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $687.81 |
|---|---|---|---|

**David Stewart**
**5869 N Pinery Canyon Ave**
**Meridian, ID 83646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.160 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $682.81 |
|---|---|---|---|

**David Stewart**
**5869 N Pinery Canyon Ave**
**Meridian, ID 83646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.160 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,384.20 |
|---|---|---|---|

**David Stone**
**3445 Wallace Dr**
**Bonita, CA 91902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.160 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,931.87 |
|---|---|---|---|

**David Supinger**
**1093 South 55 West**
**Farmington, UT 84025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.160 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $681.72 |
|---|---|---|---|

**David Surowiak**
**7871 Concession Road 3**
**Lisle ON L0M 1M0**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.160 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $656.72 |
|---|---|---|---|

**David Surowiak**
**7871 Concession Road 3**
**Lisle ON L0M 1M0**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.160 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $137.35 |
|---|---|---|---|

**David Surowiak**
**7871 Concession Rd 3**
**Lisle ON L0M1M0**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Launch Pad LLC**                                        Case number (if known)  _____
_____
Name

| 3.161 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $774.06 |
|---|---|---|---|

**David T**
**4723 156 Avenue Northwest**
**Edmonton AB T5Y 0B6**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.161 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $762.10 |
|---|---|---|---|

**David Templin**
**8105 NW 77th St**
**Oklahoma City, OK 73132**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.161 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $764.62 |
|---|---|---|---|

**David Timberlake**
**142 Oxford Street,**
**Sheffield ENG S6 3GB**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.161 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $717.35 |
|---|---|---|---|

**David Tran**
**122 Bronte St S**
**428A**
**Milton ON L9T1Y9**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.161 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,244.52 |
|---|---|---|---|

**David Truong**
**96 W. White Willow Cir.**
**Spring, TX 77381-2728**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.161 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $659.52 |
|---|---|---|---|

**David Turner**
**1 Hermann Park Court**
**Apt 734**
**Houston, TX 77021**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor **Launch Pad LLC**
_____
Name

Case number (if known) _____

| 3.161 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $497.44 |
|---|---|---|---|

**David Vahidi**
**353 Riverpark Blvd, #206**
**Oxnard, CA 93036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $659.52 |
|---|---|---|---|

**David Vanwye**
**3704 Kinnett Lane**
**Indianapolis, IN 46228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $769.24 |
|---|---|---|---|

**David Volbracht**
**Montargisstrasse 99**
**Greven  48268**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $468.06 |
|---|---|---|---|

**David Wang**
**99 Vista Montana**
**Apt 4446**
**San Jose, CA 95134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $684.52 |
|---|---|---|---|

**David Webb**
**10 Japonica Dr**
**Pass Christian, MS 39571-4729**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $738.49 |
|---|---|---|---|

**David Werren**
**Stationsstrasse 95**
**Wiesendangen  8542**
**SWITZERLAND**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $659.52 |
|---|---|---|---|

**David Williams**
**1129 NW 19th Pl**
**Cape Coral, FL 33993-5934**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.162 3**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,087.85 |
|---|---|---|
| **David Wittich** | ☐ Contingent | |
| **Romain-Rolland-Strasse 62** | ☐ Unliquidated | |
| **Berlin   13089** | ☐ Disputed | |
| **GERMANY** | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.162 4**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $822.96 |
|---|---|---|
| **David Wood** | ☐ Contingent | |
| **The Old Barracks** | ☐ Unliquidated | |
| **Armoury Drive** | ☐ Disputed | |
| **Gravesend ENG DA12 1LZ** | | |
| **UNITED KINGDOM** | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.162 5**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,466.72 |
|---|---|---|
| **David Wray** | ☐ Contingent | |
| **4730 Walnut Avenue** | ☐ Unliquidated | |
| **Simi Valley, CA 93063** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.162 6**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $737.43 |
|---|---|---|
| **David Yamaguchi** | ☐ Contingent | |
| **3507 Bergamo Dr** | ☐ Unliquidated | |
| **El Dorado Hills, CA 95762** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.162 7**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $690.93 |
|---|---|---|
| **David Yamaguchi** | ☐ Contingent | |
| **3507 Bergamo Drive** | ☐ Unliquidated | |
| **El Dorado Hills, CA 95762** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.162 8**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $719.88 |
|---|---|---|
| **David Yanez** | ☐ Contingent | |
| **711 S Bayshore Blvd** | ☐ Unliquidated | |
| **Apt 18** | ☐ Disputed | |
| **San Mateo, CA 94401** | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.1629**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $658.87 |
|---|---|---|
| **David Yousif**<br>**4806 N 96th Ave**<br>**Phoenix, AZ 85037** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.1630**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $659.14 |
|---|---|---|
| **David Zak**<br>**12104 Track Road East**<br>**Cat Spring, TX 78933** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.1631**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $910.91 |
|---|---|---|
| **Davor Lesnjakovic**<br>**S Andora Petefija 21**<br>**Osijek  31000**<br>**CROATIA** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.1632**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,059.62 |
|---|---|---|
| **Davy Verbelen**<br>**Waarbeek 13**<br>**Asse  1730**<br>**BELGIUM** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.1633**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $851.52 |
|---|---|---|
| **Dawa Sherpa**<br>**41992 Ural Drive**<br>**Aldie, VA 20105** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.1634**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $625.62 |
|---|---|---|
| **Dayle Renfro**<br>**10074 Emerald Edgewater Ct**<br>**Las Vegas, NV 89178** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.1635**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,474.34 |
|---|---|---|
| **Daylen Storaci**<br>**3617 North Road 88**<br>**Pasco, WA 99301** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.163 6**

**Nonpriority creditor's name and mailing address**

**Daylin Gonzalez**
**2746 NW 5th St**
**Miami, FL 33125**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$684.52

---

**3.163 7**

**Nonpriority creditor's name and mailing address**

**Daylin Murchison**
**1975 Nocturne Dr Unit 2301**
**Alpharetta, GA 30009**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$430.52

---

**3.163 8**

**Nonpriority creditor's name and mailing address**

**Dayne Ladson**
**51 Parish Way**
**Pooler, GA 31322**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$430.52

---

**3.163 9**

**Nonpriority creditor's name and mailing address**

**Maria Rowena de Dios**
**195 Sienna Way**
**American Canyon, CA 94503**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$740.83

---

**3.164 0**

**Nonpriority creditor's name and mailing address**

**Jessica de la Cruz**
**8024 Fallbrooke Dr**
**North Chesterfield, VA 23235**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$659.52

---

**3.164 1**

**Nonpriority creditor's name and mailing address**

**Jonathan de la Rosa**
**7851 Davie Road Extension #1102**
**Hollywood, FL 33024**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$430.52

---

**3.164 2**

**Nonpriority creditor's name and mailing address**

**Roberto de las Salas**
**16385 Biscayne Blvd Apt 2804**
**North Miami Beach, FL 33160**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,359.52

---

Debtor **Launch Pad LLC**
_____
Name

Case number (if known) _____

| 3.164 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$1,309.52** |

**Pablo de Leon**
**9857 Northwest 52nd Lane**
**Doral, FL 33178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$686.58** |

**Hanly de los Santos**
**1300 E Lafayette St Apt 1204**
**Detroit, MI 48207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$721.61** |

**Laura de los Santos**
**12813 Sophiamarie Loop**
**Orlando, FL 32828**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$745.70** |

**Miguel De Pablo**
**12045 Dragon Crest Drive**
**El Paso, TX 79936**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$689.52** |

**Renato de Rada Wagner**
**1562 Eagle Wind Terrace**
**Winter Springs, FL 32708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$682.74** |

**Mario de Sousa**
**468 Firenza Ct**
**Livermore, CA 94551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$456.35** |

**Dean Rittenhouse**
**805 S Gulph Rd**
**King Of Prussa, PA 19406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Launch Pad LLC**
_____          Case number *(if known)* _____
Name

| | |
|---|---|
| **3.165 0** | |

**Nonpriority creditor's name and mailing address**
**Dean Sanvido**
**35 Darling Cres**
**Alliston ON L9R1P7**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$689.28**

---

| | |
|---|---|
| **3.165 1** | |

**Nonpriority creditor's name and mailing address**
**Dean Truong**
**2930 Fairmount Avenue**
**Apt D**
**La Crescenta-Montrose, CA 91214**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$429.12**

---

| | |
|---|---|
| **3.165 2** | |

**Nonpriority creditor's name and mailing address**
**Allan Dean**
**1908 E Carmen St**
**Tempe, AZ 85283**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,333.87**

---

| | |
|---|---|
| **3.165 3** | |

**Nonpriority creditor's name and mailing address**
**Deandre Gilberry**
**3554 Mentone Ave**
**Apt 5**
**Los Angeles, CA 90034**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$468.06**

---

| | |
|---|---|
| **3.165 4** | |

**Nonpriority creditor's name and mailing address**
**Deborah Duan**
**463 W Camino Real Ave**
**Arcadia, CA 91007**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$936.44**

---

| | |
|---|---|
| **3.165 5** | |

**Nonpriority creditor's name and mailing address**
**Alex Decamp**
**1458 Seyburn St**
**Detroit, MI 48214**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$109.52**

---

| | |
|---|---|
| **3.165 6** | |

**Nonpriority creditor's name and mailing address**
**Alex Decamp**
**1458 Seyburn St**
**Detroit, MI 48214**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,284.52**

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.165 7**

**Nonpriority creditor's name and mailing address**

**Declan Child**
**8 Delaforce Street**
**Regents Park QLD 4118**
**AUSTRAILA**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

$712.99

---

**3.165 8**

**Nonpriority creditor's name and mailing address**

**Deep Patel**
**630 South Knott Avenue Unit#56**
**Anaheim, CA 92804**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

$708.50

---

**3.165 9**

**Nonpriority creditor's name and mailing address**

**Deepak Kamath**
**50 Harrogate Square**
**Buffalo, NY 14221**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

$2,308.32

---

**3.166 0**

**Nonpriority creditor's name and mailing address**

**Deepdave KFT**
**Tuttossy Ferenc Utca**
**4.1.2.A**
**Zalaegerszeg  8900**
**HUNGARY**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

$480.10

---

**3.166 1**

**Nonpriority creditor's name and mailing address**

**Deian Carmazan**
**28968 Rock Canyon Dr**
**Santa Clarita, CA 91390**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

$755.00

---

**3.166 2**

**Nonpriority creditor's name and mailing address**

**Deian Lazici**
**Gottinger Strasse 26**
**Hinterhaus**
**Bad Aibling  83043**
**GERMANY**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

$2,131.08

---

Debtor **Launch Pad LLC**                                    Case number (if known) _____
_____
Name

| | |
|---|---|
| **3.166 3** | |

**Nonpriority creditor's name and mailing address**
**Dejan Cvetkovik**
**Boris Bojadziski 16**
**Skopje  1000**
**NORTH MACEDONIA**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,426.44**

---

| | |
|---|---|
| **3.166 4** | |

**Nonpriority creditor's name and mailing address**
**Dejan Minovic**
**Weststrasse 38**
**Wuppertal  42119**
**GERMANY**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,797.03**

---

| | |
|---|---|
| **3.166 5** | |

**Nonpriority creditor's name and mailing address**
**Luis Martin Del Campo**
**653 E Casad St**
**Covina, CA 91723**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$697.18**

---

| | |
|---|---|
| **3.166 6** | |

**Nonpriority creditor's name and mailing address**
**Marco Del Corto**
**Via Marco Polo, 139**
**Viareggio LU 5509**
**ITALY**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$9,424.38**

---

| | |
|---|---|
| **3.166 7** | |

**Nonpriority creditor's name and mailing address**
**Whine Del Rosario**
**14858 3/4 Dickens Street**
**Sherman Oaks, CA 91403**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$806.01**

---

| | |
|---|---|
| **3.166 8** | |

**Nonpriority creditor's name and mailing address**
**Richard Del Vecchio**
**5149 Partridge Circle**
**Roanoke, VA 24018**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$689.52**

---

| | |
|---|---|
| **3.166 9** | |

**Nonpriority creditor's name and mailing address**
**Delaine Fowler**
**142 Churchill Drive**
**Salisbury, NC 28144**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$3,409.52**

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.167 0**

**Nonpriority creditor's name and mailing address**

**Delfin Suarez**
**8133 Cozumel Ln**
**Sebring, FL 33876**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$656.47**

---

**3.167 1**

**Nonpriority creditor's name and mailing address**

**Angelarose Deluca**
**7915 Ruxway Rd**
**Towson, MD 21204**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,114.52**

---

**3.167 2**

**Nonpriority creditor's name and mailing address**

**Anastasija Deluna**
**1509 Pershing Dr**
**Apt C**
**San Francisco, CA 94129**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$464.90**

---

**3.167 3**

**Nonpriority creditor's name and mailing address**

**Demarion Farmer**
**1304 Cozart Street**
**Unit 505**
**Durham, NC 27704**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,575.91**

---

**3.167 4**

**Nonpriority creditor's name and mailing address**

**Demond Henson**
**1643 Kenwell St**
**San Diego, CA 92139**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$684.52**

---

**3.167 5**

**Nonpriority creditor's name and mailing address**

**Den Bah**
**Dzelzavas 15/1 Dz.55**
**Riga  LV-1084**
**LATVIA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$742.54**

---

**3.167 6**

**Nonpriority creditor's name and mailing address**

**Dene Sonnessa**
**26 Stoneham Road**
**Hove ENG BN3 5HJ**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$6,332.83**

---

Debtor    **Launch Pad LLC**
_____    Case number *(if known)* _____
Name

| | |
|---|---|
| **3.167 7** | |

**Nonpriority creditor's name and mailing address**
**Denis Steinlechner**
**6511 NW 87th Ave #Cli248067**
**Miami, FL 33178**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,307.10

---

| | |
|---|---|
| **3.167 8** | |

**Nonpriority creditor's name and mailing address**
**Denise Lewis**
**1964 Northshire Drive**
**Tupelo, MS 38804**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,309.52

---

| | |
|---|---|
| **3.167 9** | |

**Nonpriority creditor's name and mailing address**
**Denise McHayle**
**330 K Street**
**Apt 26**
**Chula Vista, CA 91911**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$679.46

---

| | |
|---|---|
| **3.168 0** | |

**Nonpriority creditor's name and mailing address**
**Denni Punongbayan**
**25386 Grandfir Court**
**Corona, CA 92883**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$708.50

---

| | |
|---|---|
| **3.168 1** | |

**Nonpriority creditor's name and mailing address**
**Dennis Fabia**
**3535 Lebon Drive Apt 4108**
**Apt 4108**
**San Diego, CA 92122**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,517.48

---

| | |
|---|---|
| **3.168 2** | |

**Nonpriority creditor's name and mailing address**
**Dennis Galloway**
**162 Central Avenue**
**Rochelle Park, NJ 07662**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$2,910.35

---

| | |
|---|---|
| **3.168 3** | |

**Nonpriority creditor's name and mailing address**
**Dennis Garcia**
**1117 E Anaheim St**
**Wilmington, CA 90744**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$970.82

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
| | Name | | |

---

**3.168 4**

**Nonpriority creditor's name and mailing address**

**Dennis Grote**
**Silbekerweg 35**
**Buren  33142**
**GERMANY**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,186.74**

---

**3.168 5**

**Nonpriority creditor's name and mailing address**

**Dennis Jones**
**980 Branch Dr**
**Herndon, VA 20170**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$659.52**

---

**3.168 6**

**Nonpriority creditor's name and mailing address**

**Dennis Knapp**
**Im Rad 11**
**Wiesbaden  65197**
**GERMANY**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,588.63**

---

**3.168 7**

**Nonpriority creditor's name and mailing address**

**Dennis Knapp**
**Im Rad 11**
**Wiesbaden  65197**
**GERMANY**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,587.86**

---

**3.168 8**

**Nonpriority creditor's name and mailing address**

**Dennis Kourbatsky**
**27653 Weston Dr**
**Valencia, CA 91354**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$469.11**

---

**3.168 9**

**Nonpriority creditor's name and mailing address**

**Dennis Kourbatsky**
**27653 Weston Dr**
**Valencia, CA 91354**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$472.27**

---

**3.169 0**

**Nonpriority creditor's name and mailing address**

**Dennis Markmann**
**Hammer Weg 26**
**Hamburg  20537**
**GERMANY**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$961.41**

---

Debtor  **Launch Pad LLC**
_____
Name

Case number (if known) _____

| 3.169 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$953.15** |
|---|---|---|---|

**Dennis Markmann**
**Hammer Weg 26**
**Hamburg  20537**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.169 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$689.52** |
|---|---|---|---|

**Dennis Nelson**
**3617 Laurel Lee Blvd, Pace, Fl 32571**
**Pace, FL 32571-6861**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.169 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$859.48** |
|---|---|---|---|

**Denny Sadlo**
**Evers Kamp**
**6B**
**Bissendorf  49143**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.169 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$664.10** |
|---|---|---|---|

**Deo Avila**
**1155 Lansdowne Ave**
**Winnipeg MB R2X 1S5**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.169 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$85.00** |
|---|---|---|---|

**Deo Avila**
**1155 Lansdowne Ave**
**Winnipeg MB R2X 1S5**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.169 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$724.76** |
|---|---|---|---|

**Deo Punongbayan**
**325 Genoa Street**
**C**
**Monrovia, CA 91016**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
| | Name | | |

---

| 3.1697 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,294.66 |
| | **Tran Dep**<br>**2 San Carmelo Way**<br>**Toronto ON M3N 2V1**<br>**CANADA** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.1698 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $703.63 |
| | **Derek Hansen**<br>**10 Wiebe Crescent**<br>**Weyburn SK S4H 3L4**<br>**CANADA** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.1699 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $679.56 |
| | **Derek Marineau**<br>**10 Nowell St. Apt. C**<br>**North Berwick, ME 03906** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.1700 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,959.52 |
| | **Derek Miller**<br>**18515 Deason Dr**<br>**Spring Hill, FL 34610** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.1701 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $850.87 |
| | **Derek Schindler**<br>**1717 Century Circle**<br>**#203**<br>**Woodbury, MN 55125** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.1702 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $446.88 |
| | **Derek Spencer**<br>**2633 29 Street Southwest**<br>**Calgary AB T3E2K6**<br>**CANADA** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.1703 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $681.72 |
| | **Derek Spencer**<br>**2633 29 Street Southwest**<br>**Calgary AB T3E2K6**<br>**CANADA** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor    **Launch Pad LLC**
　　　　　　Name

Case number (if known) _____

---

| 3.170 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,369.24 |
|---|---|---|---|

**Derek Winer**
**50 Ivy Lea Place**
**Hamilton ON L8T 3R6**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,473.61 |
|---|---|---|---|

**Derik Day**
**316 Timbercreek Drive**
**Holly Springs, GA 30115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,242.72 |
|---|---|---|---|

**Derren Perry**
**Calle Brisas De Las Vinas, 6**
**Torre Del Mar MA 29740**
**SPAIN**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $730.89 |
|---|---|---|---|

**Derrick Baldree**
**1739 Ridgedale Deive**
**Snellville, GA 30078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,462.75 |
|---|---|---|---|

**Derrick Bane**
**84817 Searles Street**
**Searles Valley, CA 93562**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $851.52 |
|---|---|---|---|

**Derrick Johnson**
**100 Stonewall Avenue**
**Carencro, LA 70520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,308.87 |
|---|---|---|---|

**Derrick Lehrke**
**11640 Lockridge Avenue South**
**Hastings, MN 55033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.171**
**1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,693.14 |
|---|---|---|
| **Desiree Moro** | ☐ Contingent | |
| **1115 Huntington Drive** | ☐ Unliquidated | |
| **Fayetteville, AR 72701** | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.171**
**2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $758.24 |
|---|---|---|
| **Desmond Lee** | ☐ Contingent | |
| **118 Westbrooke Road** | ☐ Unliquidated | |
| **Welling ENG DA16 1QE** | ☐ Disputed | |
| **UNITED KINGDOM** | | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.171**
**3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $738.51 |
|---|---|---|
| **Desmond Mathison** | ☐ Contingent | |
| **102 Westview Lane** | ☐ Unliquidated | |
| **Jackson, CA 95642** | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.171**
**4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $689.52 |
|---|---|---|
| **Desmond Stanford** | ☐ Contingent | |
| **48 St Johns Place** | ☐ Unliquidated | |
| **Brooklyn, NY 11217** | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.171**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $689.52 |
|---|---|---|
| **Desmond Stanford** | ☐ Contingent | |
| **48 St Johns Place** | ☐ Unliquidated | |
| **Brooklyn, NY 11217** | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.171**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $634.52 |
|---|---|---|
| **Devin Carthorn** | ☐ Contingent | |
| **3824 Briarcliff Way** | ☐ Unliquidated | |
| **Chattanooga, TN 37406** | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.171**
**7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $81.50 |
|---|---|---|
| **Devin Gavgani** | ☐ Contingent | |
| **Bergsvagen 23 A** | ☐ Unliquidated | |
| **Savedalen  433 61** | ☐ Disputed | |
| **SWEDEN** | | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor    **Launch Pad LLC**                                    Case number *(if known)* _____
_____
Name

| 3.171 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$684.14** |
|---|---|---|---|

**Devin McBride**
**1005 Lily Pad Lane**
**Leander, TX 78641**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$724.76** |
|---|---|---|---|

**Devin McLaughlin**
**1500 Winwood Street**
**Las Vegas, NV 89108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$712.35** |
|---|---|---|---|

**Devin Scott**
**16305 100 Avenue Northwest**
**Edmonton AB T5P 1L6**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$752.09** |
|---|---|---|---|

**Devin Slockbower**
**139 English Court**
**Bushkill, PA 18324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$659.52** |
|---|---|---|---|

**Devin Tyler**
**1402 Caywood Circle South**
**Lehigh Acres, FL 33936**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$430.52** |
|---|---|---|---|

**Devyn Boettcher**
**3631 Stoneleigh Drive**
**Lansing, MI 48910**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$689.52** |
|---|---|---|---|

**Dex Carr**
**6272 Equine Dr**
**Crestview, FL 32536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Launch Pad LLC**
_____    Case number (if known) _____
Name

| 3.172 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,669.55 |

**Dexter Barbosa**
**9590 Gurney Court**
**Elk Grove, CA 95758**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $907.93 |

**Dexter Lin**
**42 Heron Pointe Court**
**Marlton, NJ 08053-1778**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $772.09 |

**Dhan Bahadur Rai**
**6608 42 Street**
**207A**
**Lloydminster AB T9V 3L1**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $851.52 |

**Dharma Miryala**
**18 Canoe Birch Place**
**The Woodlands, TX 77382**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $760.62 |

**Dharminder Chandale**
**234 Horton Road**
**Datchet**
**Berkshire ENG SL39HN**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $717.55 |

**Dharshan Dasrath**
**1638 Prairie Avenue, #208**
**Port Coquitlam BC V3B 1T7**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.173**
**1**

**Nonpriority creditor's name and mailing address**

**Dharshan Dasrath**
**1638 Prairie Ave**
**Suite 208**
**Port Coquitlam BC V3B1T7**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$681.72**

---

**3.173**
**2**

**Nonpriority creditor's name and mailing address**

**Dhaval Panchal**
**18482 Buttonwood Lane**
**Rowland Heights, CA 91748**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$719.88**

---

**3.173**
**3**

**Nonpriority creditor's name and mailing address**

**Dheeraj Gundapaneni**
**1093 Mariners Point Dr**
**St. Louis, MO 63141**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$684.14**

---

**3.173**
**4**

**Nonpriority creditor's name and mailing address**

**Diaa Alzein**
**38 Rosemary Drive**
**Lalor VIC 3075**
**AUSTRAILA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,382.19**

---

**3.173**
**5**

**Nonpriority creditor's name and mailing address**

**Diaa Alzein**
**1 Spring Street**
**Melbourne VIC 3074**
**AUSTRAILA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,019.03**

---

**3.173**
**6**

**Nonpriority creditor's name and mailing address**

**Diamante Borrega**
**4650 Rue Jean Talon Est**
**Apt. 1002**
**Montreal QC H1P2V5**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$675.93**

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.173 7**

**Nonpriority creditor's name and mailing address**

**Diana Hermosillo**
**Puerto Marquez 1305**
**Valle Primavera**
**Monterrey NL 64840**
**MEXICO**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$683.22**

---

**3.173 8**

**Nonpriority creditor's name and mailing address**

**Diana Sharber**
**509 West 155th Street**
**5F**
**New York, NY 10032**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$430.52**

---

**3.173 9**

**Nonpriority creditor's name and mailing address**

**Diane Dykas**
**135 Glenforest Road**
**Toronto ON M4N 2A1**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$712.35**

---

**3.174 0**

**Nonpriority creditor's name and mailing address**

**Diane Hartman**
**1239 Heath Street**
**Redlands, CA 92374**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$73.38**

---

**3.174 1**

**Nonpriority creditor's name and mailing address**

**Diane Mevorach**
**83 Navesink Avenue**
**Fair Haven, NJ 07704**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$459.04**

---

**3.174 2**

**Nonpriority creditor's name and mailing address**

**Dianni Scarborough**
**28 Nye Bevan Estate**
**London ENG E5 0AG**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$756.41**

---

Debtor   **Launch Pad LLC**                                           Case number (if known) _____
_____
Name

---

| 3.174 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$465.96**

**Dick Amen**
**7361 Rockmont Ave**          ☐ Contingent
**Westminster, CA 92683**          ☐ Unliquidated
                                 ☐ Disputed

Date(s) debt was incurred _
                                 **Basis for the claim:** _
Last 4 digits of account number _
                                 Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.174 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$705.73**

**Daniel Dickson**
**11 Greenwich Road**          ☐ Contingent
**East Longmeadow, MA 01028-1416**          ☐ Unliquidated
                                 ☐ Disputed

Date(s) debt was incurred _
                                 **Basis for the claim:** _
Last 4 digits of account number _
                                 Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.174 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$1,329.33**

**Didier Mondestin**
**2273 Rue Denonville**          ☐ Contingent
**Montreal QC H4E 1M7**          ☐ Unliquidated
**CANADA**          ☐ Disputed

Date(s) debt was incurred _
                                 **Basis for the claim:** _
Last 4 digits of account number _
                                 Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.174 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$746.00**

**Diego Bermudez**
**9633 Holly Patch**          ☐ Contingent
**San Antonio, TX 78254**          ☐ Unliquidated
                                 ☐ Disputed

Date(s) debt was incurred _
                                 **Basis for the claim:** _
Last 4 digits of account number _
                                 Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.174 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$750.28**

**Diego Laurent**
**295 Rue Fontaine**          ☐ Contingent
**Saint-Jean-Sur-Richelieu QC J2Y 1G7**          ☐ Unliquidated
**CANADA**          ☐ Disputed

Date(s) debt was incurred _
                                 **Basis for the claim:** _
Last 4 digits of account number _
                                 Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.174 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$2,004.70**

**Diego Ponce**
**3005 Princess Lane**          ☐ Contingent
**Plano, TX 75074**          ☐ Unliquidated
                                 ☐ Disputed

Date(s) debt was incurred _
                                 **Basis for the claim:** _
Last 4 digits of account number _
                                 Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.174 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$659.52**

**Diego Saal**
**19340 NE 18 Ct**          ☐ Contingent
**Miami, FL 33179**          ☐ Unliquidated
                                 ☐ Disputed

Date(s) debt was incurred _
                                 **Basis for the claim:** _
Last 4 digits of account number _
                                 Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.175 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $747.25 |
|---|---|---|
| **Fernando Diez Barroso**<br>**907 5th Avenue**<br>**6Ad**<br>**New York, NY 10021** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.175 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $752.74 |
|---|---|---|
| **Fernando Diez Barroso**<br>**907 5th Avenue**<br>**6Ad**<br>**New York, NY 10021** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.175 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,158.01 |
|---|---|---|
| **Dike Ezenekwe**<br>**2611 East Broadway, #202**<br>**Long Beach, CA 90803** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.175 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $634.52 |
|---|---|---|
| **Dilesh Patel**<br>**2650 Evans Way**<br>**Olive Branch, MS 38654-4925** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.175 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $465.62 |
|---|---|---|
| **Dillon Frost**<br>**210 N Oak St**<br>**Villa Grove, IL 61956** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.175 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $718.25 |
|---|---|---|
| **Dillon Miller**<br>**688 Old Quarry Road**<br>**Apt 11**<br>**Pleasant Hill, CA 94523** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.175 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $720.03 |
|---|---|---|
| **Dillon Moreland**<br>**1716 Longhill Road**<br>**Millington, NJ 07946** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.175 7**

**Nonpriority creditor's name and mailing address**

**Dillon Terman**
**2117 Madison Cir**
**Northbrook, IL 60062**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$473.15

---

**3.175 8**

**Nonpriority creditor's name and mailing address**

**Dimitar Ilchev**
**Knyaz Boris 1 Str, Nuber 33,**
**Nuber 33**
**Bansko  2770**
**BULGARIA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$731.81

---

**3.175 9**

**Nonpriority creditor's name and mailing address**

**Dimitrios Athanasios Drougas**
**Tanaidos 29**
**Athens  11142**
**GREECE**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

$890.48

---

**3.176 0**

**Nonpriority creditor's name and mailing address**

**Dimitrios Saleh El Ayed**
**Ax. Samothrakis 23**
**Thessaloniki  54248**
**GREECE**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,651.99

---

**3.176 1**

**Nonpriority creditor's name and mailing address**

**Dimple Sethi**
**27127 Liberty Heights Ln**
**Fulshear, TX 77441**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$659.52

---

**3.176 2**

**Nonpriority creditor's name and mailing address**

**Dinca Dumitru**
**Strada Targului, Nr. 75**
**Dragasani VL 245700**
**ROMANIA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$505.99

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.176 3**

**Nonpriority creditor's name and mailing address**

**Dinesanandan Anandavel**
**1067 Manotick Station Rd**
**Ottawa ON K4M1B2**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$460.21

---

**3.176 4**

**Nonpriority creditor's name and mailing address**

**Dion K**
**40 West 89th Street**
**4A**
**Ny, NY 10024**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,842.47

---

**3.176 5**

**Nonpriority creditor's name and mailing address**

**Dionisio Newaza**
**79 Tristan**
**Sacramento, CA 95823**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$2,147.45

---

**3.176 6**

**Nonpriority creditor's name and mailing address**

**Diontei French**
**1308 South Cactus Avenue**
**Bloomington, CA 92316**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$708.50

---

**3.176 7**

**Nonpriority creditor's name and mailing address**

**Diony Sepulveda**
**2300 North Berrys Chapel Road**
**Franklin, TN 37069**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$659.52

---

**3.176 8**

**Nonpriority creditor's name and mailing address**

**Mary Diorelle Rodriguez**
**6343 Broadway**
**San Diego, CA 92114**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$709.25

---

**3.176 9**

**Nonpriority creditor's name and mailing address**

**Dipak Bhattarai**
**3 Laguna Street**
**Kellyville Ridge NSW 2155**
**AUSTRAILA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$2,196.44

---

Debtor    **Launch Pad LLC**                                              Case number *(if known)* _____
_____
Name

| 3.177 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$473.15** |
| **Divya Rijal** | ☐ Contingent | |
| **815 W. 59th St.** | ☐ Unliquidated | |
| **La Grange Highlands, IL 60525** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.177 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$692.49** |
| **Dmitry Khazhinov** | ☐ Contingent | |
| **5953 Armaga Spring Road** | ☐ Unliquidated | |
| **Unit B** | ☐ Disputed | |
| **Rancho Palos Verdes, CA 90275** | | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.177 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$733.32** |
| **Dmytro Gapon** | ☐ Contingent | |
| **4200 Westbay Rd** | ☐ Unliquidated | |
| **Lake Oswego, OR 97035** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.177 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$564.38** |
| **Dmytro Nikitchenko** | ☐ Contingent | |
| **Klingerstr. 14** | ☐ Unliquidated | |
| **Munich  81369** | ☐ Disputed | |
| **GERMANY** | | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.177 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$468.06** |
| **Doan Tran** | ☐ Contingent | |
| **2382 Ridgeglen Way** | ☐ Unliquidated | |
| **San Jose, CA 95133** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.177 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$683.87** |
| **Andrew Dodge** | ☐ Contingent | |
| **483 28th St SE** | ☐ Unliquidated | |
| **Apt 203** | ☐ Disputed | |
| **Rochester, MN 55904** | | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.177 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$505.99** |
| **Dogaru Adela Mihalea** | ☐ Contingent | |
| **Str. Mikszath Kalman, Nr 32, Ap.4** | ☐ Unliquidated | |
| **Dumbravita  TM 307116** | ☐ Disputed | |
| **ROMANIA** | | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor      **Launch Pad LLC**                                            Case number *(if known)* _____
            Name

| 3.177 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $659.52 |

**Domenic Tassoni**
**115 Terrace Drive Northeast**
**Atlanta, GA 30305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $881.08 |

**Dominic Hermida**
**Margaritas 92 Entre Azucenas Y Bugambili**
**Veracruz VER 91948**
**MEXICO**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $881.08 |

**Dominic Hermida**
**Margaritas 92 Entre Azucenas Y Bugambili**
**Veracruz VER 91948**
**MEXICO**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $743.94 |

**Dominic Jeanbaptiste**
**7958 S. Paxton Ave**
**Chicago, IL 60617**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $430.52 |

**Dominic Silvani**
**6501 S Lynncrest Terrace**
**Chattanooga, TN 37416-1212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $79.00 |

**Dominick Rushton**
**76 Marland Way**
**Flat 3**
**Manchester ENG M32 0NQ**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Launch Pad LLC** | | Case number *(if known)* | |
| | Name | | | |

| 3.178 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$510.10** |
|---|---|---|---|
| | **Dominika Skiba**<br>**14 Vulcan Close**<br>**Nottingham  NG60GW**<br>**UNITED KINGDOM** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.178 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$689.37** |
|---|---|---|---|
| | **Dominique Keyes**<br>**2888 El Sobrante St**<br>**Santa Clara, CA 95051-3714** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.178 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,369.14** |
|---|---|---|---|
| | **Don Balkema**<br>**2702 Ravine Road**<br>**Kalamazoo, MI 49004** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.178 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$466.70** |
|---|---|---|---|
| | **Don Bell**<br>**712 NE 72 St**<br>**Miami, FL 33138** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.178 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,309.14** |
|---|---|---|---|
| | **Don Law**<br>**7121 E. 81st Pl**<br>**Tulsa, OK 74133** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.178 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$849.81** |
|---|---|---|---|
| | **Don McBride**<br>**2735 Beach River Dr.**<br>**Reno, NV 89521** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.178 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,358.87** |
|---|---|---|---|
| | **Don Morse**<br>**500 West South Street**<br>**Freeport, IL 61032** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **Launch Pad LLC**                                             Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.179 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $708.87 |

**Don Morse**
**500 West South Street**
**Freeport, IL 61032**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.179 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $683.87 |

**Don Vu**
**3925 3rd Ave. S.**
**Minneapolis, MN 55409**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.179 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $1,795.13 |

**Donald Choi**
**660 Wyndrise Dr**
**Blue Bell, PA 19422-2903**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.179 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $626.37 |

**Donald Clausen**
**10510 57th Pl N**
**Plymouth, MN 55442**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.179 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $7,046.14 |

**Donald Haight**
**616 Shelby Rd Ste A**
**Fort Worth, TX 76140**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.179 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $456.35 |

**Donald Hughes**
**30 Haefele St**
**Hanover Twp, PA 18706-1002**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.179 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $466.70 |

**Donald Johnson**
**2625 Brompton Court**
**Orlando, FL 32833**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Launch Pad LLC**                                            Case number *(if known)* _____
_____
Name

| 3.179 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $466.70 |

**3.179 7**

**Nonpriority creditor's name and mailing address**
**Donald Johnson**
**2625 Brompton Court**
**Orlando, FL 32833**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$466.70**

---

**3.179 8**

**Nonpriority creditor's name and mailing address**
**Donald Johnson**
**2625 Brompton Court**
**Orlando, FL 32833**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$466.70**

---

**3.179 9**

**Nonpriority creditor's name and mailing address**
**Donald Keating**
**275 Northwest Cherry Pl**
**Issaquah, WA 98027**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$723.71**

---

**3.180 0**

**Nonpriority creditor's name and mailing address**
**Donald Ladanyi**
**5115 E Lake Road**
**Apt 1101**
**Sheffield Lake, OH 44054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$695.04**

---

**3.180 1**

**Nonpriority creditor's name and mailing address**
**Donald Ladanyi**
**5115 E Lake Road**
**Apt 1101**
**Sheffield Lake, OH 44054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$695.04**

---

**3.180 2**

**Nonpriority creditor's name and mailing address**
**Donald Ladanyi**
**5115 E Lake Road**
**Apt 1101**
**Sheffield Lake, OH 44054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$695.04**

---

**3.180 3**

**Nonpriority creditor's name and mailing address**
**Donald Ladanyi**
**5115 E Lake Road**
**Apt 1101**
**Sheffield Lake, OH 44054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$695.04**

---

| Debtor | **Launch Pad LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.180 4**

**Nonpriority creditor's name and mailing address**

**Donald Ladanyi**
**5115 E Lake Road**
**Apt 1101**
**Sheffield Lake, OH 44054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$695.04

---

**3.180 5**

**Nonpriority creditor's name and mailing address**

**Donald Ladanyi**
**5115 E Lake Road**
**Apt 1101**
**Sheffield Lake, OH 44054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$695.04

---

**3.180 6**

**Nonpriority creditor's name and mailing address**

**Donald Lavigne**
**12 Perry Road**
**Annandale, NJ 08801**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$788.51

---

**3.180 7**

**Nonpriority creditor's name and mailing address**

**Donald Maher**
**104 Nobility Dr**
**104 Nobility Dr, SC 29210**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$430.52

---

**3.180 8**

**Nonpriority creditor's name and mailing address**

**Donald Medon**
**443 Auburn Rd**
**Landenberg, PA 19350**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$2,739.59

---

**3.180 9**

**Nonpriority creditor's name and mailing address**

**Donald Michael**
**3 Woodcock Rd**
**Unit 3113**
**Savannah, GA 31404-1091**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$430.52

---

**3.181 0**

**Nonpriority creditor's name and mailing address**

**Donald Simonton**
**6002 Native Woods Dr**
**Tampa, FL 33625**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$851.52

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.181**
**1**

**Nonpriority creditor's name and mailing address**
**Donald Tran**
**2508 Country Club Drive West**
**Irving, TX 75038**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$713.52**

---

**3.181**
**2**

**Nonpriority creditor's name and mailing address**
**Donald Williams**
**2401 John Marshall Drive**
**Arlington, VA 22207**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$851.52**

---

**3.181**
**3**

**Nonpriority creditor's name and mailing address**
**Dong Kim**
**333A Highland Avenue**
**Palisades Park, NJ 07650**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,396.28**

---

**3.181**
**4**

**Nonpriority creditor's name and mailing address**
**Donggun Lee**
**43 Constitution Avenue, #41**
**Reid ACT 2612**
**AUSTRAILA**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,031.30**

---

**3.181**
**5**

**Nonpriority creditor's name and mailing address**
**Dongping Cai**
**49 Cliffwood Road**
**Toronto ON M2H 3K3**
**CANADA**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$712.35**

---

**3.181**
**6**

**Nonpriority creditor's name and mailing address**
**Donnetta Gregory**
**15504 Hall Road**
**Bowie, MD 20721**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$659.52**

---

**3.181**
**7**

**Nonpriority creditor's name and mailing address**
**Vanina Margarita Donoso**
**5459 Northwest 72nd Avenue**
**Miami, FL 33166**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$169.00**

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.1818**

**Nonpriority creditor's name and mailing address**
**Vanina Margarita Donoso**
**5459 Northwest 72nd Avenue**
**Miami, FL 33166**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,319.80**

---

**3.1819**

**Nonpriority creditor's name and mailing address**
**Vanina Margarita Donoso**
**5459 Northwest 72nd Avenue**
**Miami, FL 33166**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$669.66**

---

**3.1820**

**Nonpriority creditor's name and mailing address**
**Donovan Ryckis**
**333 S Garland Ave**
**Fl 13**
**Orlando, FL 32801**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,292.38**

---

**3.1821**

**Nonpriority creditor's name and mailing address**
**Dontae Armour**
**5600 Dana Way**
**Sacramento, CA 95822**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$747.63**

---

**3.1822**

**Nonpriority creditor's name and mailing address**
**Bryan Doo**
**20516 Sartell Drive**
**Walnut, CA 91789**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$740.32**

---

**3.1823**

**Nonpriority creditor's name and mailing address**
**Dorian Valdez**
**11036 Shaw Street**
**Rancho Cucamonga, CA 91701**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$740.83**

---

**3.1824**

**Nonpriority creditor's name and mailing address**
**Doug Allen**
**2819 Fox Ridge Road**
**Ooltewah, TN 37363**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,339.52**

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.182 5**

**Nonpriority creditor's name and mailing address**

**Doug Boyer**
**1323 Brayshore Dr.**
**Collierville, TN 38017**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$1,309.52**

---

**3.182 6**

**Nonpriority creditor's name and mailing address**

**Doug Kulak**
**6109 Alvin Dr**
**Redding, CA 96001**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$702.69**

---

**3.182 7**

**Nonpriority creditor's name and mailing address**

**Doug Mccluer**
**547 Goliad Dr.**
**Allen, TX 75002**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$734.96**

---

**3.182 8**

**Nonpriority creditor's name and mailing address**

**Doug Vonberg**
**2311 Mid Ln.**
**#1210**
**Houston, TX 77027**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$659.52**

---

**3.182 9**

**Nonpriority creditor's name and mailing address**

**Douglas Geiling**
**1983 Eaton Street**
**Lakewood, CO 80214**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$708.28**

---

**3.183 0**

**Nonpriority creditor's name and mailing address**

**Douglas Grisham**
**8 The Green, Suite A**
**Dover, DE 19901**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$2,791.78**

---

**3.183 1**

**Nonpriority creditor's name and mailing address**

**Douglas Hillman**
**6820 Wyndham Drive**
**Apt 4**
**Sacramento, CA 95823**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$747.63**

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|--------|--------------------|------------------------|--|
| | Name | | |

---

| 3.183 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$735.20** |
|---------|-----------------------------------------------------|-----------------------------------------------------------------------|-------------|

**Douglas M Lucas**
**5 Kellie Court**
**Califon, NJ 07830**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$430.52** |
|---------|-----------------------------------------------------|-----------------------------------------------------------------------|-------------|

**Douglas Polk**
**18 Henry Street**
**Glens Falls, NY 12801**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$430.52** |
|---------|-----------------------------------------------------|-----------------------------------------------------------------------|-------------|

**Douglas Polk**
**18 Henry Street**
**Glens Falls, NY 12801**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$717.27** |
|---------|-----------------------------------------------------|-----------------------------------------------------------------------|-------------|

**Alan Doyle**
**45 Barronsgrange Park**
**Carryduff NIR BT8 8LF**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$813.00** |
|---------|-----------------------------------------------------|-----------------------------------------------------------------------|-------------|

**Dragostin Cristian**
**No. 103B, Matei Voievod Street, 2nd Coun**
**Apartment 10, 4th Floor**
**Bucharest B 21453**
**ROMANIA**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$690.93** |
|---------|-----------------------------------------------------|-----------------------------------------------------------------------|-------------|

**Drew Mackey**
**4154 Piedmont Avenue**
**Apartment 7**
**Oakland, CA 94611**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.183 8**

**Nonpriority creditor's name and mailing address**

**Drew Sisneros**
**19144 West 85th Bluff**
**Arvada, CO 80007**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$2,195.77

---

**3.183 9**

**Nonpriority creditor's name and mailing address**

**Drew Soltis**
**104 E Manor Dr**
**Mill Valley, CA 94941-1370**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$3,557.54

---

**3.184 0**

**Nonpriority creditor's name and mailing address**

**Drew Soltis**
**104 E Manor Dr**
**Mill Valley, CA 94941-1370**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,438.44

---

**3.184 1**

**Nonpriority creditor's name and mailing address**

**Dudley Lucien**
**1360 Rue De La Foret**
**Longueuil QC J4N 1S5**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$681.72

---

**3.184 2**

**Nonpriority creditor's name and mailing address**

**Dumaine Landa**
**Apt 8, 1A Range Road**
**Whalley Range**
**Manchester  ENG M16 8FS**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,560.62

---

**3.184 3**

**Nonpriority creditor's name and mailing address**

**Patrick Duncan**
**P.O. Box 1186**
**Arnold, MO 63010**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$9,759.14

---

**3.184 4**

**Nonpriority creditor's name and mailing address**

**Scott Dupriest**
**201 Warren Court**
**Nashville, TN 37138**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,309.52

---

Debtor    **Launch Pad LLC**                                                  Case number (if known) _____
_____
Name

| 3.184 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$741.05** |
|---|---|---|---|

**Aaron Duran**
**211 W Wacker Dr. Suite 1850**
**Chicago, IL 60606**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$659.52** |
|---|---|---|---|

**Durgesh Dewangan**
**15014 Montezuma Quail Dr.**
**Cypress, TX 77433**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$881.04** |
|---|---|---|---|

**Dusan Vukotic**
**Kraljevica Marka 12 1**
**Belgrade  11000**
**SERBIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,683.30** |
|---|---|---|---|

**Dusan Vukotic**
**Kraljevica Marka 12 1**
**Belgrade  11000**
**SERBIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,407.74** |
|---|---|---|---|

**Dustin Bibb**
**5933 Oswald St**
**Columbus, OH 43081**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,309.52** |
|---|---|---|---|

**Dustin Brewer**
**4524 T Moore Road**
**Oakwood, GA 30566**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$659.52** |
|---|---|---|---|

**Dustin Brewer**
**4524 T Mor Cove**
**Oakwood, GA 30566**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor     **Launch Pad LLC**                                                    Case number (if known) _____
_____
          Name

| | |
|---|---|
| 3.185 2 | |

**Nonpriority creditor's name and mailing address**

**Dustin Malamis**
**6519 Alan Linton Blvd East**
**Frederick, MD 21703**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$430.52**

---

| | |
|---|---|
| 3.185 3 | |

**Nonpriority creditor's name and mailing address**

**Dustin Mendez**
**Hda Barbabosa 34**
**San Mateo Atenco MEX 52105**
**MEXICO**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$732.33**

---

| | |
|---|---|
| 3.185 4 | |

**Nonpriority creditor's name and mailing address**

**Dustin Van Der Linde**
**246 Stewart Green Sw**
**Calgary AB T3H 3C8**
**CANADA**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$681.72**

---

| | |
|---|---|
| 3.185 5 | |

**Nonpriority creditor's name and mailing address**

**Dusty Brillhart**
**239 Elkhart Ave**
**Box 165**
**Elkhart, KS 67950**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$688.87**

---

| | |
|---|---|
| 3.185 6 | |

**Nonpriority creditor's name and mailing address**

**Dusty Durr**
**333 Evelyn Dr**
**Luling, LA 70070-6013**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$659.52**

---

| | |
|---|---|
| 3.185 7 | |

**Nonpriority creditor's name and mailing address**

**Dusty Rautiainen**
**3291 Douglas Hwy**
**Juneau, AK 99801-1917**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,368.12**

---

| | |
|---|---|
| 3.185 8 | |

**Nonpriority creditor's name and mailing address**

**Dwayne Samuel**
**10326 68th Road Apt A16**
**Forest Hills, NY 11375**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,359.52**

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.1859**

**Nonpriority creditor's name and mailing address**

**Dylan Buijk**
**540 Essa Road**
**Unit 29**
**Barrie ON L9J 0H2**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,720.10**

---

**3.1860**

**Nonpriority creditor's name and mailing address**

**Dylan Crane**
**1214 Lake Ave**
**Apt B (Yellow House, Lower Unit)**
**West Palm Beach, FL 33401**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,049.52**

---

**3.1861**

**Nonpriority creditor's name and mailing address**

**Dylan Dew**
**7023 North Oceanshore Blvd**
**Palm Coast, FL 32137**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$689.52**

---

**3.1862**

**Nonpriority creditor's name and mailing address**

**Dylan Lowery**
**49715 Garfield Lane**
**Canton, MI 48188**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$749.35**

---

**3.1863**

**Nonpriority creditor's name and mailing address**

**Dylan Sandry**
**4213 Barbara Lane**
**Missoula, MT 59803**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$428.81**

---

**3.1864**

**Nonpriority creditor's name and mailing address**

**Dylan Xavier**
**Cmri, 214 Hawkesbury Road**
**Westmead  NSW 2145**
**AUSTRAILA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$687.99**

---

Debtor   **Launch Pad LLC**
_____   Case number *(if known)* _____
         Name

| 3.186 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$430.52** |
|---|---|---|---|

**Dyllan Wostbrock**
**10570 Dixon Dr S, #403**
**Seminole, FL 33772**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.186 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,359.52** |
|---|---|---|---|

**E Holley**
**5331 Breakers Lane**
**Patrick Air Force Base, FL 32925**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.186 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$684.52** |
|---|---|---|---|

**E Holley**
**5331 Breakers Lane**
**Patrick Air Force Base, FL 32925**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.186 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$814.81** |
|---|---|---|---|

**E Van Der Linden**
**Klapwijkse Zoom 4**
**Berkel En Rodenrijs  2652EE**
**NETHERLANDS**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.186 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$717.35** |
|---|---|---|---|

**Easton Riley**
**456 Pequonnock Street**
**Bridgeport, CT 06604**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.187 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$430.14** |
|---|---|---|---|

**Ebrahim Moosa**
**1516 Hennessey Drive**
**Allen, TX 75013**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.187 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,342.70** |
|---|---|---|---|

**Ebubekir Kilic**
**Meydan Mahallesi Kucuk Bolcek Caddesi No**
**Bim Ustu Kesik Minare Camisi Kar   S**
**Aksaray  68200**
**TURKEY**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Launch Pad LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.187 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,143.38 |
|---|---|---|
| **Ed Sarkisov** | ☐ Contingent | |
| **1319 North Detroit Street** | ☐ Unliquidated | |
| **Apt 102** | ☐ Disputed | |
| **Los Angeles, CA 90046** | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.187 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22.80 |
|---|---|---|
| **Eddie Cavill** | ☐ Contingent | |
| **85 William Smith Close** | ☐ Unliquidated | |
| **Cambridge ENG CB1 3QE** | ☐ Disputed | |
| **UNITED KINGDOM** | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.187 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,455.99 |
|---|---|---|
| **Eddie Chu** | ☐ Contingent | |
| **2729 Wilbur Ave** | ☐ Unliquidated | |
| **San Jose, CA 95127** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.187 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $656.72 |
|---|---|---|
| **Eddie Lee** | ☐ Contingent | |
| **120 Patricia Avenue** | ☐ Unliquidated | |
| **Toronto ON M2M 1J4** | ☐ Disputed | |
| **CANADA** | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.187 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $430.52 |
|---|---|---|
| **Eddie Roedig** | ☐ Contingent | |
| **2949 Split Hickory Ct.** | ☐ Unliquidated | |
| **Johns Island, SC 29455** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.187 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $429.12 |
|---|---|---|
| **Eddie Valencia** | ☐ Contingent | |
| **8835 Woodman Ave** | ☐ Unliquidated | |
| **Arleta, CA 91331** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.187 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $713.38 |
|---|---|---|
| **Eddy Pan** | ☐ Contingent | |
| **330 Berry St** | ☐ Unliquidated | |
| **Unit 423** | ☐ Disputed | |
| **San Francisco, CA 94158** | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor **Launch Pad LLC**
_____
Name

Case number (if known) _____

---

**3.1879**

**Nonpriority creditor's name and mailing address**
**Eder Martinez Molina**
**Yagul 5889**
**Colonia Pinar De La Calma**
**Zapopan JAL 45080**
**MEXICO**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$727.33

---

**3.1880**

**Nonpriority creditor's name and mailing address**
**Eder Teixeira**
**208 Sky Acres Drive**
**Westworth Village, TX 76114**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,424.05

---

**3.1881**

**Nonpriority creditor's name and mailing address**
**Edgar Green**
**2454 Key Largo Lane**
**Fort Lauderdale, FL 33312**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$851.52

---

**3.1882**

**Nonpriority creditor's name and mailing address**
**Edgar Martinez**
**19711 Windmoor Ct**
**Katy, TX 77449**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$659.52

---

**3.1883**

**Nonpriority creditor's name and mailing address**
**Edgar Moya**
**4817 Fairgrave Ave**
**Santa Rosa, CA 95407**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$690.93

---

**3.1884**

**Nonpriority creditor's name and mailing address**
**Edgar Paredes**
**Mar Azof 55**
**Miguel Hidalgo DF 11410**
**MEXICO**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$2,086.59

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.188
5**

**Nonpriority creditor's name and mailing address**

**Edgar Rosas**
**841 W 42nd Pl Apt 8**
**Los Angeles, CA 90037**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$752.74**

---

**3.188
6**

**Nonpriority creditor's name and mailing address**

**Edgar Wright**
**4122 West Michigan Avenue, #2**
**Kalamazoo, MI 49006**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$720.19**

---

**3.188
7**

**Nonpriority creditor's name and mailing address**

**Edilberto Diaz**
**13510 North 49th Avenue**
**Glendale, AZ 85304**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,243.87**

---

**3.188
8**

**Nonpriority creditor's name and mailing address**

**Edin Selimovic**
**9648 Red Sunset Ct**
**West Des Moines, IA 50266**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$109.14**

---

**3.188
9**

**Nonpriority creditor's name and mailing address**

**Edin Selimovic**
**9648 Red Sunset Ct**
**West Des Moines, IA 50266**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,309.14**

---

**3.189
0**

**Nonpriority creditor's name and mailing address**

**Edmund Chao**
**4818 Eldorado Mews**
**Suite 707, Buzzer 2791**
**Vancouver BC V5R 0B3**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$664.06**

---

**3.189
1**

**Nonpriority creditor's name and mailing address**

**Edoardo Damasco**
**Via Podio 19/2**
**Pino Torinese TO 10025**
**ITALY**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,465.10**

---

| Debtor | Launch Pad LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.189 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
Edsel Abuyen
7450 Shoshone Ave
Van Nuys, CA 91406

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$469.11**

---

| 3.189 3 | | |
|---|---|

**Nonpriority creditor's name and mailing address**
Edson Manners
3708 Carrington Pl
Tallahassee, FL 32303

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,272.52**

---

| 3.189 4 | | |
|---|---|

**Nonpriority creditor's name and mailing address**
Eduard Baier
Ranhazweg 117
Ottobrunn  85521
GERMANY

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,632.93**

---

| 3.189 5 | | |
|---|---|

**Nonpriority creditor's name and mailing address**
Eduard Baier
Ranhazweg 117
Ottobrunn  85521
GERMANY

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,632.69**

---

| 3.189 6 | | |
|---|---|

**Nonpriority creditor's name and mailing address**
Eduard Boan
Carrer Pau Casals 129
Ripollet B 8291
SPAIN

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,448.56**

---

| 3.189 7 | | |
|---|---|

**Nonpriority creditor's name and mailing address**
Eduard Renschler
Am Grunlingsbaum 60
Wertheim  97877
GERMANY

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,087.15**

---

| 3.189 8 | | |
|---|---|

**Nonpriority creditor's name and mailing address**
Eduardo Acosta
1770 NW 96th Ave
Doral, FL 33172-2317

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$757.73**

---

Debtor  **Launch Pad LLC**
Name

Case number (if known) _____

---

| 3.189 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$652.89** |

**Eduardo Alcaine**
**998 Ibis Avenue**
**Miami Springs, FL 33166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$694.37** |

**Eduardo Calderon**
**Punta Vizcaya Edif 24**
**Departamento 601**
**Oaxaca, Oaxaca OAX 71324**
**MEXICO**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$679.51** |

**Eduardo Cartagena**
**2270 NW 74th Avenue**
**Sunrise, FL 33313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$671.53** |

**Eduardo Colombo**
**Vasallo 4027**
**Rosario S 2000**
**ARGENTINA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,486.74** |

**Eduardo Jonas Ortiz Contreras**
**Mariano Matamoros 521-C Interior 107**
**San Luis Potosi SLP 78049**
**MEXICO**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,959.52** |

**Eduardo Llausas Villareal**
**Coscomate 195**
**Ciudad De Mexico DF 4730**
**MEXICO**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.190 5**

**Nonpriority creditor's name and mailing address**

**Eduardo Quiroz**
**9018 Pemberton St**
**Spring Hill, FL 34604**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$659.52**

---

**3.190 6**

**Nonpriority creditor's name and mailing address**

**Eduardo Salej**
**5414 North 10th Street**
**Mcallen, TX 78504**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,482.51**

---

**3.190 7**

**Nonpriority creditor's name and mailing address**

**Eduardo Tinoco**
**223 Vauxhall Street**
**New London, CT 06320**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$652.73**

---

**3.190 8**

**Nonpriority creditor's name and mailing address**

**Eduardo Vargas**
**1211 San Dario Ave., #1188**
**Laredo, TX 78040**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,369.14**

---

**3.190 9**

**Nonpriority creditor's name and mailing address**

**Eduardo Vargas**
**1211 San Dario Ave., #1188**
**Laredo, TX 78040**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$746.01**

---

**3.191 0**

**Nonpriority creditor's name and mailing address**

**Edvard Pohl**
**A Martinska Cesta 24**
**Ljubljana  1000**
**SLOVENIA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$966.82**

---

**3.191 1**

**Nonpriority creditor's name and mailing address**

**Edvardas Karmazinas**
**Vido Maciuleviciaus 49, #27**
**Vilnius  4310**
**LITHUANIA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$880.52**

---

Debtor  **Launch Pad LLC**
_____  Case number (if known) _____
       Name

| 3.191 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$728.06** |
|---|---|---|---|

**Edvinas Jacevicius**
**20 N Tower Rd**
**Unit 4L**
**Oak Brook, IL 60523**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.191 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$430.52** |
|---|---|---|---|

**Edward Acevedo**
**40 Felton Ave**
**Valley Stream, NY 11580**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.191 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,496.51** |
|---|---|---|---|

**Edward Avetisian**
**1044 E Palm Ave**
**Burbank, CA 91501**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.191 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,308.12** |
|---|---|---|---|

**Edward Bogart**
**14402 South Oakfield Way**
**Riverton, UT 84096**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.191 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,309.52** |
|---|---|---|---|

**Edward Cabral**
**26 Sunset Avenue**
**East Providence, RI 02915**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.191 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$128.51** |
|---|---|---|---|

**Edward Derderian**
**22121 North 79th Place**
**Scottsdale, AZ 85255**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.191 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$703.21** |
|---|---|---|---|

**Edward McLean**
**68 Easy Street**
**Howell Twp, NJ 07731**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.1919**

**Nonpriority creditor's name and mailing address**

**Edward Morrison**
**205 20th Street Northeast**
**Apt 2**
**Washington, DC 20002**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$659.52

---

**3.1920**

**Nonpriority creditor's name and mailing address**

**Edward Parker**
**38 Stevenson Rd.**
**Laurel, MS 39443**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$659.52

---

**3.1921**

**Nonpriority creditor's name and mailing address**

**Edward Perper**
**20175 Avenida De Arboles**
**Murrieta, CA 92562**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$744.38

---

**3.1922**

**Nonpriority creditor's name and mailing address**

**Edward Polanco**
**3300 S Garrison St, #1113**
**Corinth, TX 76210**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$430.14

---

**3.1923**

**Nonpriority creditor's name and mailing address**

**Edward Richter**
**935 Buckhead Trail**
**Mt. Juliet, TN 37122**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$765.28

---

**3.1924**

**Nonpriority creditor's name and mailing address**

**Edward Savage**
**12 Morris Street**
**Sewaren, NJ 07077**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$703.21

---

**3.1925**

**Nonpriority creditor's name and mailing address**

**Edward Sterling**
**14422 S 11th Pl**
**Phoenix, AZ 85048**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$2,117.27

---

Debtor     **Launch Pad LLC**                                    Case number *(if known)* _____
           Name

| 3.192 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$879.50** |

**Edward Stevens**
**8 Brussels Road**
**London ENG SW11 2AF**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.192 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,549.43** |

**Barrington Edwards**
**688 N 7th Street**
**Colton, CA 92324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.192 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,446.75** |

**Edwin Choi**
**3663 W 6th St Ste 303**
**Los Angeles, CA 90020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.192 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$511.66** |

**Edyson Sanchez**
**5 Ossington Close**
**Nottingham ENG NG1 4EU**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.193 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,746.86** |

**Effie Mourginos**
**9 Avesnes Street**
**Holland Park QLD 4121**
**AUSTRAILA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.193 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$890.59** |

**Efthymios Stamatopoulos**
**Kallikratias 13**
**3 Floor**
**Athens  14233**
**GREECE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **Launch Pad LLC**
_____   Case number _(if known)_ _____
Name

| 3.193 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$2,941.24** |
|---|---|---|---|

**Ege Delimollaoglu**
**130 Overlook Avenue**
**Hackensack, NJ 07601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$1,632.93** |
|---|---|---|---|

**Eggert Stoefen**
**Hoheluftchaussee 69**
**Hamburg  20253**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$1,632.93** |
|---|---|---|---|

**Eggert Stoefen**
**Hoheluftchaussee 69**
**Hamburg  20253**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$784.86** |
|---|---|---|---|

**Elad Kimber Arye**
**Place De-Grenus #8**
**Geneva  1201**
**SWITZERLAND**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$3,452.96** |
|---|---|---|---|

**Elaine Martens**
**101 Secrest Place**
**Penticton BC V2A 3R2**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$659.52** |
|---|---|---|---|

**Elan Kels**
**7129 Park Drive East**
**Apt A**
**Flushing, NY 11367**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$430.14** |
|---|---|---|---|

**Elangovan Thevar**
**3541 Jefferson St**
**Kansas City, MO 64111-2802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Launch Pad LLC**
_____
Name

Case number _(if known)_  _____

| 3.1939 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $466.71 |
|---|---|---|---|

**Eli Cuaresma**
**1932 Avenida Echeveria**
**Unit 2**
**Chula Vista, CA 91913**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1940 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $768.57 |
|---|---|---|---|

**Eli Cytrynbaum**
**6111 Avenue Du Bois**
**M12**
**Montreal QC H3S2V8**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1941 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $681.72 |
|---|---|---|---|

**Eli Cytrynbaum**
**6111 Avenue Du Bois**
**M12**
**Montreal QC H3S2V8**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1942 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $681.72 |
|---|---|---|---|

**Eli Cytrynbaum**
**6111 Avenue Du Bois**
**M12**
**Montreal QC H3S2V8**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1943 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $459.04 |
|---|---|---|---|

**Eli Obus**
**25 McWilliams Place**
**Ph 503**
**Jersey City, NJ 07302**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1944 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $593.65 |
|---|---|---|---|

**Elian Bazer Bashi**
**Venngarn 420B**
**Lgh1001stenladan**
**Sigtuna  19391**
**SWEDEN**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Launch Pad LLC**
_____   Case number *(if known)* _____
            Name

| 3.194 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $659.52 |
|---|---|---|---|

**Eliana Panario**
5430 SW 40th St
Casa
Davie, FL 33314-3710

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $634.52 |
|---|---|---|---|

**Elias Duncan**
12 Meadowbrook Lane
West Memphis, AR 72301

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $430.52 |
|---|---|---|---|

**Elias Feliciano**
3201 Eden St,
Apt 73
Pascagoula, MS 39581-3615

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,049.52 |
|---|---|---|---|

**Elias Yarrito**
118 Axlewood Court
Montgomery, TX 77316

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $732.66 |
|---|---|---|---|

**Eliezer Moskowitz**
13 Prag Blvd #402
Monroe, NY 10950

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $748.38 |
|---|---|---|---|

**Elijah Cedario**
1019 Emory Street
Imperial Beach, CA 91932

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Launch Pad LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.195 1**

**Nonpriority creditor's name and mailing address**

**Elio Santos**
**Rua Republica Da Bolivia**
**57 5D**
**Lisboa PT-11 1500-544**
**PORTUGAL**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$23.37**

---

**3.195 2**

**Nonpriority creditor's name and mailing address**

**Eliot Aretskin-Hariton**
**3377 Wooster Road**
**Rocky River, OH 44116**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$752.48**

---

**3.195 3**

**Nonpriority creditor's name and mailing address**

**Eliyahu Scholl**
**145 North Highland Avenue**
**Los Angeles, CA 90036**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$469.11**

---

**3.195 4**

**Nonpriority creditor's name and mailing address**

**Shneor Eliyahu**
**17320 NE 12th Ct**
**Miami, FL 33162**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$659.52**

---

**3.195 5**

**Nonpriority creditor's name and mailing address**

**Elizabeth Peters**
**4510 Falcon Pl**
**Midland, TX 79707**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,244.14**

---

**3.195 6**

**Nonpriority creditor's name and mailing address**

**Elizabeth Schneider**
**152 Liberty Ave**
**Manahawkin, NJ 08050**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,396.28**

---

**3.195 7**

**Nonpriority creditor's name and mailing address**

**Elizabeth Silva**
**3500 8th Avenue**
**Unit A**
**Fort Worth, TX 76110**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$430.14**

---

Debtor    **Launch Pad LLC**                                    Case number *(if known)* _____
_____
Name

| 3.1958 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $659.52 |

**Elizabeth Stenger**
**6622 59th Court**
**Vero Beach, FL 32967**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1959 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $659.52 |

**Elizabeth Stenger**
**6622 59th Ct**
**Vero Beach, FL 32967**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1960 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $511.66 |

**Ellie Thomas**
**7 Longstone Park**
**Edinburgh SCT EH142BL**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1961 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $430.52 |

**Elliot Antokas**
**3446 Connecticut Ave Nw, #304**
**Washington, DC 20008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1962 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $472.27 |

**Elmer Gonzalez**
**5792 Chiquita Lane**
**San Bernardino, CA 92404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1963 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $634.52 |

**Elmohamadi Jad**
**1587 East 19th Street**
**8H**
**Brooklyn, NY 11230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1964 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $689.39 |

**Elnasri Elnasri**
**1740-7451 Falconridge Blvd NE**
**Calgary AB T3J0Z8**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Launch Pad LLC**
Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 3.196 5 | **Nonpriority creditor's name and mailing address** | $2,860.89 |

**Elpico Bv**
**Vinkelsestraat 64**
**Vinkel  5383 KM**
**NETHERLANDS**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.196 6 | **Nonpriority creditor's name and mailing address** | $851.14 |

**Elvis Pudic**
**702 Buckley Rd**
**Saint-Louis, MO 63125**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.196 7 | **Nonpriority creditor's name and mailing address** | $109.14 |

**Elvis Pudic**
**702 Buckley Rd.**
**St. Louis, MO 63125**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.196 8 | **Nonpriority creditor's name and mailing address** | $886.30 |

**Elyona Binjaku**
**Via Messedaglia 16A**
**Sona VR 37060**
**ITALY**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.196 9 | **Nonpriority creditor's name and mailing address** | $659.52 |

**Emad Meikhaeil**
**132 Northern Blvd**
**Staten Island, NY 10301**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.197 0 | **Nonpriority creditor's name and mailing address** | $689.28 |

**Emanoel Mendes**
**2170 Dufferin Street**
**Toronto ON M6E 3R8**
**CANADA**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Launch Pad LLC**                                                    Case number *(if known)* _____
       Name

| 3.197 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$675.93** |
|---|---|---|---|

**Emanuel Huard**
**11075 Boul Henri Bourassa**
**P.O. Box 65054**
**Quebec QC G1G 3X0**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.197 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$838.00** |
|---|---|---|---|

**Emanuel Nica**
**Str. Elicei Nr. 26**
**Sannicoara Jud.Cluj CJ 407042**
**ROMANIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.197 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,034.52** |
|---|---|---|---|

**Emanuel Safiyev**
**3594 Stanton Lane**
**Peachtree Corners, GA 30092**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.197 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,758.55** |
|---|---|---|---|

**Emanuele Spirito**
**Via Giuseppe Antonio Sassi 2**
**Milano MI 20123**
**ITALY**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.197 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$701.97** |
|---|---|---|---|

**Emerald Mojica**
**5151 N 95th Ave**
**Apt 2068**
**Glendale, AZ 85305**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.197 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$430.14** |
|---|---|---|---|

**Emerald Ritter**
**5715 Cardinal Fls**
**San Antonio, TX 78239**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.197<br>7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $655.00 |
|---|---|---|---|

**Emil Ganea**
**Baratiei 31**
**Romania B 30195**
**ROMANIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197<br>8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,794.47 |
|---|---|---|---|

**Emile Rossouw**
**79 South Street**
**Epsom**
**London ENG KT18 7PY**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197<br>9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $510.59 |
|---|---|---|---|

**Emilia Ranaudo**
**8 The Circus Belton Park Road**
**Skegness ENG PE251GU**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198<br>0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $665.01 |
|---|---|---|---|

**Emiliano Quintal**
**49 Rowntree Mill Rd**
**North York ON M9L 1C4**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198<br>1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $474.22 |
|---|---|---|---|

**Emilio Moscosa**
**5811 West Corcoran Place**
**Chicago, IL 60644**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198<br>2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,309.52 |
|---|---|---|---|

**Emilio Velez**
**817 Decatur Street Nw**
**Washington, DC 20011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.198 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$633.12** |
|---|---|---|---|

**Emily Clark**
**805 E Harney St**
**Laramie, WY 82072**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$58.12** |
|---|---|---|---|

**Emily Clark**
**805 E Harney St**
**Laramie, WY 82072**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$429.87** |
|---|---|---|---|

**Emily Foster**
**9144 Hanover Street**
**Omaha, NE 68122**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$708.50** |
|---|---|---|---|

**Emily Kind**
**25752 Cervantes Lane**
**Mission Viejo, CA 92691**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$462.82** |
|---|---|---|---|

**Emily Wiess**
**5263 Franklin Street**
**Apt 105**
**Hilliard, OH 43026**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,128.89** |
|---|---|---|---|

**Emmanouil Tousis**
**Grigoriou Lampraki 60**
**Aspropyrgos  19300**
**GREECE**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,909.35** |
|---|---|---|---|

**Emmanuel Balligui**
**1474 Island Ave #2303**
**San Diego, CA 92101**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.1990**

**Nonpriority creditor's name and mailing address**

**Emmanuel Reantoquio**
**2365 Kennedy Road**
**Ph 11**
**Toronto ON M1T 3S6**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$86.17**

---

**3.1991**

**Nonpriority creditor's name and mailing address**

**Emmett Grube**
**3420 Bennett Drive**
**Bellingham, WA 98225**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$714.51**

---

**3.1992**

**Nonpriority creditor's name and mailing address**

**Emre Sarihan**
**665 SE 20th Ave**
**Office**
**Deerfield Beach, FL 33441**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,309.52**

---

**3.1993**

**Nonpriority creditor's name and mailing address**

**Enes Yaman**
**Bakirkoy Atakoy 3-4-11 Kisim Mahallesi K**
**(Mesa Villasi Villa 19)**
**Istanbul  34158**
**TURKEY**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$3,719.56**

---

**3.1994**

**Nonpriority creditor's name and mailing address**

**Engin Sivrioglu**
**Shop 3103 Westpoint Shopping Centre**
**17 Patrick St**
**Blacktown NSW 2148**
**AUSTRAILA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,196.44**

---

**3.1995**

**Nonpriority creditor's name and mailing address**

**Engin Sivrioglu**
**Shop 3103 Westpoint Shopping Centre**
**17 Patrick St**
**Blacktown NSW 2148**
**AUSTRAILA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,006.30**

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.199 6**

**Nonpriority creditor's name and mailing address**

**Enrico Agnolazza**
**Kiraly Utca 34**
**Budapest  1061**
**HUNGARY**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$709.75**

---

**3.199 7**

**Nonpriority creditor's name and mailing address**

**Enrico Brega**
**Steigerwaldweg 12**
**Eschborn  65760**
**GERMANY**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$768.75**

---

**3.199 8**

**Nonpriority creditor's name and mailing address**

**Enrique Gomez**
**Lope De Vega 121**
**Pb2**
**Mexico City DF 11560**
**MEXICO**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$693.06**

---

**3.199 9**

**Nonpriority creditor's name and mailing address**

**Enrique Jose Ortin**
**C/ Matr  N 1. Urb El Port  N. La  Ora**
**Murcia MU 30830**
**SPAIN**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$883.43**

---

**3.200 0**

**Nonpriority creditor's name and mailing address**

**Enrique Lascurain Del Paso**
**Monte LaBano 605**
**Int 1**
**Ciudad De Mexico MEX 11000**
**MEXICO**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,305.82**

---

**3.200 1**

**Nonpriority creditor's name and mailing address**

**Enrique Pages**
**80 N Centre Ave**
**Apt 238**
**Rockville Centre, NY 11570**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$430.52**

---

| Debtor | Launch Pad LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.200 2 | **Nonpriority creditor's name and mailing address**<br>**Enrique Rodriguez**<br>**1506 Parnell Avenue**<br>**San Antonio, TX 78224**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$659.14** |

| 3.200 3 | **Nonpriority creditor's name and mailing address**<br>**Ephraim Santos**<br>**2570 West Lincoln Avenue**<br>**Apt 17**<br>**Anaheim, CA 92801**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$461.75** |

| 3.200 4 | **Nonpriority creditor's name and mailing address**<br>**Erberto Guida**<br>**Via Francesco Genala 19**<br>**Diano Marina IM 18013**<br>**ITALY**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$577.01** |

| 3.200 5 | **Nonpriority creditor's name and mailing address**<br>**Erhan Tuysuzo lu**<br>**Kirkkonaklar Mahallesi 382.Cadde No 8 Da**<br>**Ankara  6610**<br>**TURKEY**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$791.68** |

| 3.200 6 | **Nonpriority creditor's name and mailing address**<br>**Eric Benn**<br>**292 Locust Street**<br>**Unit C**<br>**Dover, NH 03820**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$659.52** |

| 3.200 7 | **Nonpriority creditor's name and mailing address**<br>**Eric Betts**<br>**33446 Whimbrel Road**<br>**Fremont, CA 94555**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$751.03** |

| 3.200 8 | **Nonpriority creditor's name and mailing address**<br>**Eric Billingsley**<br>**6506 Baycrest Cir**<br>**Sachse, TX 75048**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$732.89** |

Debtor   **Launch Pad LLC**                                                Case number *(if known)* _____
_____
Name

| | | |
|---|---|---|
| 3.2009 | **Nonpriority creditor's name and mailing address**<br>**Eric Cantwell**<br>**136 Doe Trail**<br>**Jupiter, FL 33458**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,479.52** |
| 3.2010 | **Nonpriority creditor's name and mailing address**<br>**Eric Cantwell**<br>**136 Doe Trail**<br>**Jupiter, FL 33458**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$627.02** |
| 3.2011 | **Nonpriority creditor's name and mailing address**<br>**Eric Duff**<br>**4201 Aldie Road**<br>**Catharpin, VA 20143**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$684.52** |
| 3.2012 | **Nonpriority creditor's name and mailing address**<br>**Eric Favela**<br>**5790 Cinnabar Ave**<br>**Las Vegas, NV 89110**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$658.12** |
| 3.2013 | **Nonpriority creditor's name and mailing address**<br>**Eric Fitterer**<br>**155 Erin Grove**<br>**Calgary AB T2B3L2**<br>**CANADA**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$688.67** |
| 3.2014 | **Nonpriority creditor's name and mailing address**<br>**Eric Forero**<br>**354 Southeast 1st Drive**<br>**Deerfield Beach, FL 33441**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,369.52** |
| 3.2015 | **Nonpriority creditor's name and mailing address**<br>**Eric Frahm**<br>**5333 Spilman Ave**<br>**Sacramento, CA 95819**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$734.97** |

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.2016**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,514.13 |
|---|---|---|
| **Eric Frey**<br>**Bachaustrasse 15**<br>**Bach  8806**<br>**SWITZERLAND** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.2017**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $741.86 |
|---|---|---|
| **Eric Fried**<br>**3 Water Row**<br>**Wayland, MA 01778** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.2018**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $732.33 |
|---|---|---|
| **Eric Frost**<br>**2108 Oliver Ave S**<br>**Minneapolis, MN 55405** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.2019**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,443.90 |
|---|---|---|
| **Eric Hedman**<br>**31 Brackett St**<br>**Needham, MA 02492** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.2020**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $740.83 |
|---|---|---|
| **Eric Heino**<br>**806 Santa Barabara Ave. #1390**<br>**Sugarloaf, CA 92386** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.2021**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,321.36 |
|---|---|---|
| **Eric Helms**<br>**1951 Waterford Point Rd**<br>**Lexington, NC 27292** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.2022**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,693.52 |
|---|---|---|
| **Eric Hu**<br>**110-42 15th Avenue**<br>**Queens, NY 11356** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.202 3**

**Nonpriority creditor's name and mailing address**
**Eric Hu**
**110-42 15th Avenue**
**Queens, NY 11356**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$851.52**

---

**3.202 4**

**Nonpriority creditor's name and mailing address**
**Eric Ingram**
**5904 Mount Eagle Drive**
**Apt 102**
**Alexandria, VA 22303**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$430.52**

---

**3.202 5**

**Nonpriority creditor's name and mailing address**
**Eric Jung**
**11025 Grayledge Circle**
**Littleton, CO 80130**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,309.52**

---

**3.202 6**

**Nonpriority creditor's name and mailing address**
**Eric Llanos**
**301 Pine Shadow Lane**
**Lake Mary, FL 32746**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$697.29**

---

**3.202 7**

**Nonpriority creditor's name and mailing address**
**Eric Lowe**
**5703 Stamm Lane**
**Nampa, ID 83687**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,270.81**

---

**3.202 8**

**Nonpriority creditor's name and mailing address**
**Eric Mancini**
**7262 Yellowtail Dr**
**Unit 203**
**Huntington Beach, CA 92648**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$708.50**

---

**3.202 9**

**Nonpriority creditor's name and mailing address**
**Eric Martel**
**36269 Sandringham Drive**
**Abbotsford BC V3G 2M4**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$919.59**

---

Debtor **Launch Pad LLC**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.203 0 | **Nonpriority creditor's name and mailing address**<br>**Eric Martinez**<br>**5653 Garfield St**<br>**Hollywood, FL 33021**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$430.52** |
| 3.203 1 | **Nonpriority creditor's name and mailing address**<br>**Eric Mertens**<br>**Pastoor Rayenstraat 15**<br>**Sittard  6137VT**<br>**NETHERLANDS**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,091.97** |
| 3.203 2 | **Nonpriority creditor's name and mailing address**<br>**Eric Pan**<br>**71-58A 160th St**<br>**Flushing, NY 11365**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$430.52** |
| 3.203 3 | **Nonpriority creditor's name and mailing address**<br>**Eric Peterson**<br>**15205 NE 16th Pl**<br>**733B**<br>**Bellevue, WA 98007**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$428.32** |
| 3.203 4 | **Nonpriority creditor's name and mailing address**<br>**Eric Pritchard**<br>**516 W Arlington**<br>**Weatherford, OK 73096**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$745.99** |
| 3.203 5 | **Nonpriority creditor's name and mailing address**<br>**Eric Richards**<br>**1004 Mayes Drive**<br>**Greenbrier, TN 37073**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$650.77** |
| 3.203 6 | **Nonpriority creditor's name and mailing address**<br>**Eric Rubio**<br>**14002 N. 49th Ave**<br>**Unit 1026**<br>**Glendale, AZ 85306**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,376.87** |

| Debtor | **Launch Pad LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.203 7**

**Nonpriority creditor's name and mailing address**

**Eric Rubio**
**14002 N. 49th Ave**
**Unit 1026**
**Glendale, AZ 85306**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$850.87**

---

**3.203 8**

**Nonpriority creditor's name and mailing address**

**Eric Sadovnick**
**600 N Mott Street**
**Los Angeles, CA 90033**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,313.09**

---

**3.203 9**

**Nonpriority creditor's name and mailing address**

**Eric Scherzinger**
**20037 Yonge Street**
**East Gwillimbury ON L9N 1N2**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,082.56**

---

**3.204 0**

**Nonpriority creditor's name and mailing address**

**Eric Scheunemann**
**Falkenstrasse 19C**
**Munich  81541**
**GERMANY**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$867.67**

---

**3.204 1**

**Nonpriority creditor's name and mailing address**

**Eric Serpa**
**117 Gerrard Street East, #509**
**Toronto ON M5B 2L4**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$717.35**

---

**3.204 2**

**Nonpriority creditor's name and mailing address**

**Eric Sowers**
**641 Butterfly Lane**
**Christiansburg, VA 24073**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,309.52**

---

**3.204 3**

**Nonpriority creditor's name and mailing address**

**Eric Steffensen**
**2150 South 1300 East**
**Suite 500**
**Salt Lake City, UT 84106**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$429.12**

---

Debtor    **Launch Pad LLC**                                          Case number *(if known)* _____
_____
Name

| | |
|---|---|
| **3.204 4** | |

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*                **$1,847.89**
**Eric Tam**
**680 Claridge Dr**                                                ☐ Contingent
**Pacifica, CA 94044**                                             ☐ Unliquidated
                                                                   ☐ Disputed
Date(s) debt was incurred _
                                                                   **Basis for the claim:** _
Last 4 digits of account number _
                                                                   Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.204 5** | |

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*                **$468.06**
**Eric Tam**
**680 Claridge Dr**                                                ☐ Contingent
**Pacifica, CA 94044**                                             ☐ Unliquidated
                                                                   ☐ Disputed
Date(s) debt was incurred _
                                                                   **Basis for the claim:** _
Last 4 digits of account number _
                                                                   Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.204 6** | |

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*                **$936.38**
**Eric Tanaka**
**9723 62nd Avenue South**                                         ☐ Contingent
**Seattle, WA 98118**                                              ☐ Unliquidated
                                                                   ☐ Disputed
Date(s) debt was incurred _
                                                                   **Basis for the claim:** _
Last 4 digits of account number _
                                                                   Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.204 7** | |

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*                **$3,259.52**
**Eric Taylor**
**1464 Alencastre Street**                                         ☐ Contingent
**Honolulu, HI 96816**                                             ☐ Unliquidated
                                                                   ☐ Disputed
Date(s) debt was incurred _
                                                                   **Basis for the claim:** _
Last 4 digits of account number _
                                                                   Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.204 8** | |

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*                **$461.75**
**Eric Tran**
**16371 Saratoga Lane**                                            ☐ Contingent
**Huntington Beach, CA 92649**                                     ☐ Unliquidated
                                                                   ☐ Disputed
Date(s) debt was incurred _
                                                                   **Basis for the claim:** _
Last 4 digits of account number _
                                                                   Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.204 9** | |

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*                **$684.02**
**Eric Wolterman**
**301 Klotter Ave**                                                ☐ Contingent
**Cincinnati, OH 45219**                                           ☐ Unliquidated
                                                                   ☐ Disputed
Date(s) debt was incurred _
                                                                   **Basis for the claim:** _
Last 4 digits of account number _
                                                                   Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.205 0** | |

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*                **$469.11**
**Eric Wong**
**21239 East Fort Bowie Dr**                                       ☐ Contingent
**Walnut, CA 91789**                                               ☐ Unliquidated
                                                                   ☐ Disputed
Date(s) debt was incurred _
                                                                   **Basis for the claim:** _
Last 4 digits of account number _
                                                                   Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.205 1**

**Nonpriority creditor's name and mailing address**

**Erich Shrewsbury**
**3936 Araby Ct**
**Highland, MI 48356**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$684.52**

---

**3.205 2**

**Nonpriority creditor's name and mailing address**

**Erick Machado**
**16 Wisteria Ct**
**Tinton Falls, NJ 07712**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$459.04**

---

**3.205 3**

**Nonpriority creditor's name and mailing address**

**Erick Sarrion**
**1281 Ninth Avenue**
**Unit 427**
**San Diego, CA 92101**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$62.75**

---

**3.205 4**

**Nonpriority creditor's name and mailing address**

**Ericson Baguio**
**805 Linden Loop**
**Cedar Park, Tx, TX 78613**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$693.05**

---

**3.205 5**

**Nonpriority creditor's name and mailing address**

**Erik Ciceraro**
**124 Druid Circle**
**Savannah, GA 31410**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$659.52**

---

**3.205 6**

**Nonpriority creditor's name and mailing address**

**Erik Dwyer**
**2414 Garfield St NE**
**Minneapolis, MN 55418**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,534.63**

---

**3.205 7**

**Nonpriority creditor's name and mailing address**

**Erik Gravgaard**
**Gersonsvej 25**
**Hellerup  2900**
**DENMARK**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,881.38**

---

Debtor    **Launch Pad LLC**                                                    Case number *(if known)* _____
               Name

---

**3.205 8**

**Nonpriority creditor's name and mailing address**

**Erik Hernandez**
**206 Dana Point Avenue**
**Ventura, CA 93004**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$1,533.70

---

**3.205 9**

**Nonpriority creditor's name and mailing address**

**Erik Johnson**
**670 Laguna Dr**
**Simi Valley, CA 93065**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$1,456.00

---

**3.206 0**

**Nonpriority creditor's name and mailing address**

**Erik Perdomo**
**5505 Russell Dr**
**The Colony, TX 75056-1354**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$159.14

---

**3.206 1**

**Nonpriority creditor's name and mailing address**

**Erik Perdomo**
**5505 Russell Dr**
**The Colony, TX 75056-1354**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$659.14

---

**3.206 2**

**Nonpriority creditor's name and mailing address**

**Erik Pinter**
**66 Sidney Belsey Crescent, #301**
**Toronto ON M6M 5J4**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$1,340.49

---

**3.206 3**

**Nonpriority creditor's name and mailing address**

**Erik Radtke**
**Rufino Tamayo 2017 Colonia Las Aguilas**
**Gudalupe NL 67174**
**MEXICO**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$1,421.59

---

Debtor **Launch Pad LLC**
_____
Name

Case number *(if known)* _____

---

**3.206**
**4**

**Nonpriority creditor's name and mailing address**

**Erkan Olcay**
**Siteler Mah. 1327 Sok. Ilhan Ozturk Apt.**
**Kat:2/7**
**Antalya  7070**
**TURKEY**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$1,468.86

---

**3.206**
**5**

**Nonpriority creditor's name and mailing address**

**Ernest Le**
**562 Fell St**
**San Francisco, CA 94102**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$745.94

---

**3.206**
**6**

**Nonpriority creditor's name and mailing address**

**Ernesto Valguarnera**
**Mulihalde 16**
**Schongau  6288**
**SWITZERLAND**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$1,510.32

---

**3.206**
**7**

**Nonpriority creditor's name and mailing address**

**Ernie Jeffries**
**29140 Trans Canada Highway #1E**
**Portage La Prairie MB R1N 3C2**
**CANADA**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$1,355.07

---

**3.206**
**8**

**Nonpriority creditor's name and mailing address**

**Ernst Heller**
**Bernhard-Plettner-Ring 38**
**Erlangen  91052**
**GERMANY**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$2,406.76

---

**3.206**
**9**

**Nonpriority creditor's name and mailing address**

**Errison Ahwan**
**27B Coleraine Road**
**Blackheath ENG SE37PF**
**UNITED KINGDOM**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$1,499.79

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.207 0**

**Nonpriority creditor's name and mailing address**

**Esat Qerimi**
**3416 West 7th Street**
**Fort Worth, TX 76107**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$825.16**

---

**3.207 1**

**Nonpriority creditor's name and mailing address**

**Esau Padilla**
**1440 Columbia Street**
**Apt. 610**
**San Diego, CA 92101**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$4,495.48**

---

**3.207 2**

**Nonpriority creditor's name and mailing address**

**Esau Padilla**
**1440 Columbia Street**
**Apt. 610**
**San Diego, CA 92101**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,339.29**

---

**3.207 3**

**Nonpriority creditor's name and mailing address**

**Esben Hjelholt Halle Pedersen**
**Monrads Alle 15, St.**
**Valby  2500**
**DENMARK**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$23.75**

---

**3.207 4**

**Nonpriority creditor's name and mailing address**

**Abraham Esfandiary**
**20 Stuyvesant Oval**
**Mb**
**New York, NY 10009**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$689.52**

---

**3.207 5**

**Nonpriority creditor's name and mailing address**

**Abraham Esfandiary**
**20 Stuyvesant Oval**
**Mb**
**New York, NY 10009**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$689.52**

---

**3.207 6**

**Nonpriority creditor's name and mailing address**

**Eshaan Mann**
**8358 Rinauro Court**
**Tracy, CA 95304**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$833.04**

---

Debtor   **Launch Pad LLC**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| **3.2077** | Nonpriority creditor's name and mailing address | **$681.90** |

**Esmond Law**
**186 Silverado Plains Close Southwest**
**Calgary AB T2X0G4**
**CANADA**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.2078** | Nonpriority creditor's name and mailing address | **$695.94** |

**Espen Haland**
**Dalveien 12**
**Randaberg  4073**
**NORWAY**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.2079** | Nonpriority creditor's name and mailing address | **$59.52** |

**Geovanni Espinal II**
**45 Riley Rd**
**New Windsor, NY 12553-7233**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.2080** | Nonpriority creditor's name and mailing address | **$634.52** |

**Geovanni Espinal II**
**45 Riley Rd**
**New Windsor, NY 12553-7233**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.2081** | Nonpriority creditor's name and mailing address | **$907.93** |

**Estatio Gutierrez**
**107 Kaufman Drive**
**Westwood, NJ 07675**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.2082** | Nonpriority creditor's name and mailing address | **$682.31** |

**Esteban Angulo**
**1410 Meadow Drive**
**National City, CA 91950**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.2083** | Nonpriority creditor's name and mailing address | **$2,712.78** |

**Estilito Diaz**
**3588 Plymouth Rd**
**#164**
**Ann Arbor, MI 48105**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Launch Pad LLC**                                                Case number (*if known*)  _____
_____
Name

| 3.208 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $704.33 |
|---|---|---|---|

**Ethan Evans**
P.O Box 402
Pagosa Springs, CO 81147

Date(s) debt was incurred  _
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $659.14 |
|---|---|---|---|

**Ethan Fern**
2876 South Ellen Street
Milwaukee, WI 53207

Date(s) debt was incurred  _
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $659.52 |
|---|---|---|---|

**Ethan Nguyen**
15415 Hillside Terrace Lane
Cypress, TX 77429

Date(s) debt was incurred  _
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $871.28 |
|---|---|---|---|

**Etienne Liburd**
15 Skyridge Road
Toronto ON M1E 4N7
CANADA

Date(s) debt was incurred  _
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $717.44 |
|---|---|---|---|

**Etienne Perot**
3355 Octavius Dr
Apt 405
Santa Clara, CA 95054

Date(s) debt was incurred  _
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $465.96 |
|---|---|---|---|

**Eugen Bogos**
34092 Corktree Rd,Lake
Lake Elsinore, CA 92532

Date(s) debt was incurred  _
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $465.96 |
|---|---|---|---|

**Eugen Bogos**
34092 Corktree Rd,Lake
Lake Elsinore, CA 92532

Date(s) debt was incurred  _
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Launch Pad LLC**                                          Case number (if known) _____
          Name

| 3.209 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$745.25** |
| **Eugene Armstead** **8195 Gladwater Road** **Peyton, CO 80831** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.209 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$659.52** |
| **Eugene Dane** **11275 Hwy 98 W** **6-185** **Miramar Beach, FL 32550** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.209 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$67.38** |
| **Eugene Dane** **11275 Hwy 98 W** **6-185** **Miramar Beach, FL 32550** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.209 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$469.11** |
| **Eugene Nelson** **22115 Placeritos Blvd.** **Newhall, CA 91321** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.209 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$851.14** |
| **Eugene Wright** **10888 Shady Trail** **Dallas, TX 75220** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.209 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$902.61** |
| **Eugeniu Stegari** **9926 Haldeman Avenue** **A31** **Philadelphia, PA 19115** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.2097**

**Nonpriority creditor's name and mailing address**

**Evald Rovbut**
**Alyvu 9A-13**
**Gineitiskes**
**Vilnius  14159**
**LITHUANIA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$1,737.32

---

**3.2098**

**Nonpriority creditor's name and mailing address**

**Evan Delage**
**2005 Deerview Common**
**Oakville ON L6M 0Y2**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$690.28

---

**3.2099**

**Nonpriority creditor's name and mailing address**

**Evan Goransrud**
**45 Hilldowns Drive**
**Spruce Grove AB T7X 0J2**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$2,638.41

---

**3.2100**

**Nonpriority creditor's name and mailing address**

**Evan Goransrud**
**45 Hilldowns Drive**
**Spruce Grove AB T7X 0J2**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$688.40

---

**3.2101**

**Nonpriority creditor's name and mailing address**

**Evan Hecht**
**55 Lumber Road**
**Suite 4**
**Roslyn, NY 11576**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$659.52

---

**3.2102**

**Nonpriority creditor's name and mailing address**

**Evan Klisouris**
**26 Sato Street**
**Whitby ON L1R 2E1**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$656.72

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.210 3**

**Nonpriority creditor's name and mailing address**

**Evan Ostafichuk**
**67 Hawkdale Close Northwest**
**Calgary AB T3G 3A6**
**CANADA**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ☒ No  ☐ Yes

**$2,638.74**

---

**3.210 4**

**Nonpriority creditor's name and mailing address**

**Evan Tilley**
**260 Vaughan Hill Road**
**Rochester, MA 02770**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ☒ No  ☐ Yes

**$456.83**

---

**3.210 5**

**Nonpriority creditor's name and mailing address**

**Evelina Floreva**
**Bul. General M Skobelev 7, Et.3, Ap.9**
**Tel. 0886803373**
**Sofia  1463**
**BULGARIA**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ☒ No  ☐ Yes

**$1,614.65**

---

**3.210 6**

**Nonpriority creditor's name and mailing address**

**Evelina Floreva**
**Bul. General M Skobelev 7, Et.3, Ap.9**
**Tel. 0886803373**
**Sofia  1463**
**BULGARIA**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ☒ No  ☐ Yes

**$854.05**

---

**3.210 7**

**Nonpriority creditor's name and mailing address**

**Evelpidou Antigoni**
**Georgiou Papandreou 63**
**New Filadelpheia**
**Athens  14341**
**GREECE**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ☒ No  ☐ Yes

**$1,157.18**

---

**3.210 8**

**Nonpriority creditor's name and mailing address**

**Evelyn Suarez**
**350 S Miami Ave, #1208**
**Miami, FL 33130**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ☒ No  ☐ Yes

**$430.52**

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.2109**

**Nonpriority creditor's name and mailing address**

**Everett Pavo**
**94-1190 Kahuahale St**
**Waipahu, HI 96797**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,309.52**

---

**3.2110**

**Nonpriority creditor's name and mailing address**

**Ewan Lawson**
**28 Lowden Road**
**London ENG SE24 0BH**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$511.66**

---

**3.2111**

**Nonpriority creditor's name and mailing address**

**Explico Zrt**
**Perc Utca 6**
**1. Emelet Opl**
**Budapest  1036**
**HUNGARY**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,757.35**

---

**3.2112**

**Nonpriority creditor's name and mailing address**

**Eyad Hammad**
**22631 Cutter Mill Drive**
**Spring, TX 77389**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$659.52**

---

**3.2113**

**Nonpriority creditor's name and mailing address**

**Fabian Baier**
**Ferdinand-Nickles-Str. 38**
**Wurzburg  97076**
**GERMANY**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,493.92**

---

**3.2114**

**Nonpriority creditor's name and mailing address**

**Fabian David**
**4028.Debrecen,Laktanya Utca 7/1**
**Debrecen  4028**
**HUNGARY**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$592.96**

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.211 5**

**Nonpriority creditor's name and mailing address**

**Fabian Horth**
**Bebelstrasse 58**
**Stuttgart  70193**
**GERMANY**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$884.46

---

**3.211 6**

**Nonpriority creditor's name and mailing address**

**Fabian Rodriguez**
**5125 Melrose Avenue**
**Los Angeles, CA 90038**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,486.38

---

**3.211 7**

**Nonpriority creditor's name and mailing address**

**Fabio Bendinelli**
**Long Island New York**
**New York Long Island**
**Long Island, NY 11101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$4,849.23

---

**3.211 8**

**Nonpriority creditor's name and mailing address**

**Fabio Colin**
**1427 10th Street #6**
**Santa Monica, CA 90401**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$752.32

---

**3.211 9**

**Nonpriority creditor's name and mailing address**

**Fabio Mello**
**103 S 294th Pl**
**Federal Way, WA 98003**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$746.68

---

**3.212 0**

**Nonpriority creditor's name and mailing address**

**Fabio Pais**
**160 Avenida Do Brasil, Buarcos**
**Figueira Da Foz PT-06 3080-323**
**PORTUGAL**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,765.81

---

**3.212 1**

**Nonpriority creditor's name and mailing address**

**Fabricio Gonzalez**
**10310 Av Hamel, #10**
**Montreal QC H2C 2X3**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$717.35

---

Debtor    **Launch Pad LLC**                                    Case number (if known) _____
_____
Name

| 3.212 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,399.84** |

**Fabricio Gonzalez**
**10310 Av Hamel, #10**
**Montreal QC H2C 2X3**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$717.35** |

**Fabricio Gonzalez**
**10310 Av Hamel, #10**
**Montreal QC H2C 2X3**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$839.68** |

**Fadi Almaaloly**
**Moselgasse 18/2/25**
**Wien  1100**
**AUSTRIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$674.22** |

**Tobias Teoflio Allen Fagmann**
**729 Heritage Way**
**Weston, FL 33326**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,448.80** |

**Fahad Sami**
**118-10125 156 St**
**Surrey BC V3R 0E7**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$723.13** |

**Faizan Khan**
**12831 West Hemingway Drive**
**San Fernando, CA 91340**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$659.52** |

**Falkner Werkhaven**
**660 Ralph McGill Blvd NE #3422**
**Atlanta, GA 30312**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.212 9**

**Nonpriority creditor's name and mailing address**

**Faraj Faraj**
**29832 Center Ridge Road**
**Westlake, OH 44145**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,414.28**

---

**3.213 0**

**Nonpriority creditor's name and mailing address**

**Farid Elagamy**
**107 Bevan Way**
**Delaware, OH 43015**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$737.81**

---

**3.213 1**

**Nonpriority creditor's name and mailing address**

**Faris Hitti**
**18242 Seebree Lane**
**Monte Sereno, CA 95030**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$19.00**

---

**3.213 2**

**Nonpriority creditor's name and mailing address**

**Farzad Pourkalbasi Esfahani**
**Breite Strasse 24A**
**Lubben (Spreewald)  15907**
**GERMANY**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$862.36**

---

**3.213 3**

**Nonpriority creditor's name and mailing address**

**Fase Prospera**
**Rua Da Beneficencia 183, Andar 2**
**Lisboa PT-11 1600-019**
**PORTUGAL**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$975.58**

---

**3.213 4**

**Nonpriority creditor's name and mailing address**

**Fatih Yalmaztark**
**Eski Londra Asfalti Cad. No:5**
**C1-26**
**Istanbul  34180**
**TURKEY**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,544.40**

---

Debtor   **Launch Pad LLC**
_____   Case number _(if known)_ _____

Name

| 3.213 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$464.61** |
| **Favio Gramajo** | ☐ Contingent | |
| **616 Capistrano Dr** | ☐ Unliquidated | |
| **Oceanside, CA 92058** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.213 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$464.90** |
| **Faycal Bouabdallah** | ☐ Contingent | |
| **452 Duncan Street** | ☐ Unliquidated | |
| **San Francisco, CA 94131** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.213 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$3,743.57** |
| **Faysal Hoque** | ☐ Contingent | |
| **141 Byng Ave** | ☐ Unliquidated | |
| **Scarborough ON M1L2V2** | ☐ Disputed | |
| **CANADA** | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.213 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$6,454.73** |
| **Faysal Hoque** | ☐ Contingent | |
| **255 Sackville Street #1209** | ☐ Unliquidated | |
| **Toronto ON M5A 3G1** | ☐ Disputed | |
| **CANADA** | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.213 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$752.32** |
| **Aaron Fears** | ☐ Contingent | |
| **2036 West Avenue H 7** | ☐ Unliquidated | |
| **Lancaster, CA 93536** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.214 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$1,112.00** |
| **Federico Barzazi** | ☐ Contingent | |
| **Via S.Quasimodo N.19** | ☐ Unliquidated | |
| **Marcon VE 30020** | ☐ Disputed | |
| **ITALY** | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.214 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$8,597.24** |
| **Federico Testarella** | ☐ Contingent | |
| **Via San Petronio Vecchio, 42/3** | ☐ Unliquidated | |
| **Bologna BO 40125** | ☐ Disputed | |
| **ITALY** | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.214 2**

**Nonpriority creditor's name and mailing address**

**Fei Ye**
**48 Summer Hill Ct**
**Danville, CA 94526**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$715.00**

---

**3.214 3**

**Nonpriority creditor's name and mailing address**

**Adolfo Feliciano**
**611 East 47th Street**
**Hialeah, FL 33013**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$684.52**

---

**3.214 4**

**Nonpriority creditor's name and mailing address**

**Felicity Nguyen**
**1900 Naval Ave, Apt 105**
**Bremerton, WA 98312**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$749.18**

---

**3.214 5**

**Nonpriority creditor's name and mailing address**

**Felicity Nguyen**
**8119 Yarrow Drive**
**Cypress, TX 77433**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$689.52**

---

**3.214 6**

**Nonpriority creditor's name and mailing address**

**Felipe Garcia**
**22542 Maurice Ct**
**Lake Forest, CA 92630**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$461.75**

---

**3.214 7**

**Nonpriority creditor's name and mailing address**

**Felipe Valderrama**
**15521 Johnson Road**
**Bakersfield, CA 93314**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$684.68**

---

**3.214 8**

**Nonpriority creditor's name and mailing address**

**Felix Glaser**
**Hechtstrasse 16**
**Dresden  1097**
**GERMANY**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$837.88**

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.2149**

**Nonpriority creditor's name and mailing address**

**Felix Spickermann**
**Hermannstrasse 28**
**Wiesbaden  65183**
**GERMANY**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,587.73**

---

**3.2150**

**Nonpriority creditor's name and mailing address**

**Felten Feldt**
**Wabestrasse 34**
**Braunschweig  38106**
**GERMANY**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$899.89**

---

**3.2151**

**Nonpriority creditor's name and mailing address**

**Ferdinand Wichelhaus**
**Adelheidweg 20**
**Stuttgart  70186**
**GERMANY**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,527.77**

---

**3.2152**

**Nonpriority creditor's name and mailing address**

**Ferenc Vehmann**
**Kodaly Z. 17.**
**Veszprem  8200**
**HUNGARY**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$5.13**

---

**3.2153**

**Nonpriority creditor's name and mailing address**

**Reinier Fernandez de la Vara**
**1695 Pecan Ct**
**Orange Park, FL 32073**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$654.46**

---

**3.2154**

**Nonpriority creditor's name and mailing address**

**Fernando Castanos**
**Londres 339, #4**
**Me DF 4100**
**MEXICO**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$673.27**

---

**3.2155**

**Nonpriority creditor's name and mailing address**

**Fernando Famania**
**174 Avenida Altamira**
**Chula Vista, CA 91914**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,298.06**

---

Debtor   **Launch Pad LLC**                                      Case number *(if known)* _____
         Name

| 3.215 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$676.44** |
|---|---|---|---|

**Fernando Farina Da Silva Leal**
Ave. Gen. Guedes Da Fontoura 905, #302
Rio De Janeiro RJ 22621-242
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.215 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$725.95** |
|---|---|---|---|

**Fernando Guzman**
12791 Woodcliff Circle
Riverside, CA 92503

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.215 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,449.62** |
|---|---|---|---|

**Fernando Sanchez**
821 La Cima
Irving, TX 75039

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.215 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$747.63** |
|---|---|---|---|

**Fernando Taken**
12791 Woodcliff Circle
Riverside, CA 92503

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.216 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$699.09** |
|---|---|---|---|

**Fernando Tavares**
3351 Lehigh St
Bethlehem, PA 18020

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.216 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$731.01** |
|---|---|---|---|

**Fernando Verano**
9934 Dragonfly Meadow Court
Humble, TX 77396

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.216 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$74.70** |
|---|---|---|---|

**Fernando Verano**
9934 Dragonfly Meadow Court
Humble, TX 77396

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Launch Pad LLC**                                              Case number (if known) _____
_____
Name

---

| 3.216 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $454.16 |

**Fernely Macdiel Leon Hernandez**
**Segunda Privada De Guadalupe V  Ctoria #**
**Oaxaca OAX 68039**
**MEXICO**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $700.15 |

**Andrew Ferrier**
**234 Franklin St**
**Belchertown, MA 01007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,444.57 |

**Ferzan Unlu**
**Caferaga Mah. Gurbuzturk Sokak.**
**No:6 Daire:3 34710 Istanbul**
**Istanbul  34710**
**TURKEY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $708.50 |

**Fifi Hartono**
**15715 Malaga Drive**
**Fontana, CA 92336**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $735.20 |

**Alessandro Figuccio**
**238 Rhode Hall Road**
**Monroe Twp, NJ 08831**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $840.09 |

**Filip Gajdosik**
**Slneana 3**
**338/3**
**Sokolovce  92231**
**SLOVAKIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Launch Pad LLC**                                    Case number *(if known)* _____
_____
Name

| 3.216 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$931.06** |
|---|---|---|---|

**Filip Hennig**
**Langvagen 9A**
**Uppsala  75652**
**SWEDEN**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.217 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,701.85** |
|---|---|---|---|

**Filip Prokopiev**
**21 Babson College Drive**
**Wellesley, MA 02481**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.217 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$78.50** |
|---|---|---|---|

**Filippo Ferro**
**Holderlinstrasse 48**
**Rottenburg Am Neckar  72108**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.217 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,378.17** |
|---|---|---|---|

**Finigan Ford**
**1309 11th Street**
**Arcata, CA 95521**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.217 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27,359.45** |
|---|---|---|---|

**Adam Finke**
**538 90th Ave**
**Luverne, MN 56156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.217 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$805.98** |
|---|---|---|---|

**Fiona Primrose**
**46A Princess Road**
**Bellevue**
**Tauranga BOP 3110**
**NEW ZEALAND**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.217 5**

**Nonpriority creditor's name and mailing address**

**Flavio Picone**
**Via Galliano Giuseppe Maggiore 18**
**Palermo PA 90143**
**ITALY**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,672.17**

---

**3.217 6**

**Nonpriority creditor's name and mailing address**

**Adan Flores**
**7284 Luz De Ciudad Ct**
**El Paso, TX 79912**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$683.87**

---

**3.217 7**

**Nonpriority creditor's name and mailing address**

**Florian Bunschuch**
**Mozartstr. 2A**
**Vaterstetten  85591**
**GERMANY**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$564.11**

---

**3.217 8**

**Nonpriority creditor's name and mailing address**

**Florian Frere**
**7 Rue Baudin**
**Courbevoie  92400**
**FRANCE**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,698.91**

---

**3.217 9**

**Nonpriority creditor's name and mailing address**

**Florian Mouchet**
**9 Rue Corot**
**Interphone Guittard**
**Clermont-Ferrand  63000**
**FRANCE**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$874.22**

---

**3.218 0**

**Nonpriority creditor's name and mailing address**

**Florian Salman**
**Moslweg 3A**
**Munich  80939**
**GERMANY**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$837.99**

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

---

**3.218 1**

**Nonpriority creditor's name and mailing address**

**Florian Schicker**
**Fernkorngasse 10/3/501**
**Nessus Gmbh**
**Vienna  1100**
**AUSTRIA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$8,411.06**

---

**3.218 2**

**Nonpriority creditor's name and mailing address**

**Florian Schwarzer**
**Auguste-Piccard-Str. 39**
**Berlin  14089**
**GERMANY**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$19.00**

---

**3.218 3**

**Nonpriority creditor's name and mailing address**

**Florian Tiganescu**
**54 Winterfold Close**
**London ENG SW19 6LE**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,434.38**

---

**3.218 4**

**Nonpriority creditor's name and mailing address**

**Florian Zizlavsky**
**Franz Pittner-Gasse 12**
**Sankt Polten  3100**
**AUSTRIA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,790.34**

---

**3.218 5**

**Nonpriority creditor's name and mailing address**

**Florim Pllana**
**2986 Marion Avenue**
**Bronx, NY 10458**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$865.17**

---

**3.218 6**

**Nonpriority creditor's name and mailing address**

**Florin Andrita**
**216 St Andrews Avenue**
**Hornchurch ENG RM125EB**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$786.51**

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.218 7**

**Nonpriority creditor's name and mailing address**

**Florin Badiu**
**Bulevardul George Coebuc Nr 3A**
**Cladirea Clc, Etaj 1**
**Galati GL 800378**
**ROMANIA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$685.00**

---

**3.218 8**

**Nonpriority creditor's name and mailing address**

**Florin Cristian Burtica**
**Weg Zum Stadtwald 15**
**Hattingen  45529**
**GERMANY**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$961.44**

---

**3.218 9**

**Nonpriority creditor's name and mailing address**

**Florin Manole**
**57 Markwick Avenue**
**Waltham Cross ENG EN8 9FP**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$79.00**

---

**3.219 0**

**Nonpriority creditor's name and mailing address**

**Florin Manole**
**57 Markwick Avenue**
**Waltham Cross ENG EN8 9FP**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$767.23**

---

**3.219 1**

**Nonpriority creditor's name and mailing address**

**Florin Petrescu**
**Bvd. N. Titulescu Nr.104 Bl.26 Sc.1 Ap.7**
**Dolj**
**Craiova DJ 200554**
**ROMANIA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,008.96**

---

**3.219 2**

**Nonpriority creditor's name and mailing address**

**Florin Vrabie**
**356, Worth Avenue**
**Palm Beach, FL 33480**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$689.52**

---

Debtor **Launch Pad LLC**      Case number *(if known)* _____
Name

---

| 3.219 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$796.39** |
|---|---|---|---|

**Andre Flowers**
**209 Shasta Drive**
**Pittsburgh, PA 15239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$688.87** |
|---|---|---|---|

**Fmp Media**
**6929 N. Hayden Rd. #C4**
**Scottsdale, AZ 85250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$659.52** |
|---|---|---|---|

**Folarin Adesalu**
**2620 Bowen Rd #202**
**Washington, DC 20020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$739.19** |
|---|---|---|---|

**Fong Bui**
**1197 Acadia Avenue**
**Milpitas, CA 95035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$747.25** |
|---|---|---|---|

**Ford Frederick**
**26709 Basswood Avenue**
**Rancho Palos Verdes, CA 90275**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$456.83** |
|---|---|---|---|

**Forinne Vertentes**
**556 Osborn St**
**Fall River, MA 02724**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$849.59** |
|---|---|---|---|

**Forrest Andrews**
**71 Reveille Lane**
**Sandpoint, ID 83864**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.220 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,544.41 |
|---|---|---|---|

**Fouad Ahmad**
**Cankaya, Aziziye Mah., Willy Brand Sk.,**
**4/5, Cep Tel: 5387845270**
**Ankara  6690**
**TURKEY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.220 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $703.21 |
|---|---|---|---|

**John M Fox**
**38 Moraine Rd**
**Morris Plains, NJ 07950**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.220 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $886.32 |
|---|---|---|---|

**Francesco Cordella**
**Via Vial Di Romans 78**
**Cordenons PN 33084**
**ITALY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.220 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,186.36 |
|---|---|---|---|

**Francesco Fiastri**
**Via Clemente Maraini 17A**
**Lugano  6900**
**SWITZERLAND**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.220 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $875.15 |
|---|---|---|---|

**Francesco Manzi**
**Via Garibaldi 28**
**c/o Catholic University Of America**
**Roma RM 153**
**ITALY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.220 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,720.10 |
|---|---|---|---|

**Francesco Mazzara**
**11483 Avenue Ovide-Clermont**
**Montreal QC H1G 3Y9**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor **Launch Pad LLC**
Name

Case number (if known) _____

| 3.220 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$107.76** |
| **Francesco Simbolotti** | ☐ Contingent | |
| **Viale Tito Livio 16** | ☐ Unliquidated | |
| **Roma RM 136** | ☐ Disputed | |
| **ITALY** | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.220 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,872.34** |
| **Francesco Tamburello** | ☐ Contingent | |
| **Via Tre Torri 11** | ☐ Unliquidated | |
| **Sant'Agata Li Battiati CT 95030** | ☐ Disputed | |
| **ITALY** | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.220 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$854.09** |
| **Francesco Tamburello** | ☐ Contingent | |
| **Via Tre Torri 11** | ☐ Unliquidated | |
| **Sant'Agata Li Battiati CT 95030** | ☐ Disputed | |
| **ITALY** | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.220 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$719.88** |
| **Francesco Vallera** | ☐ Contingent | |
| **808 Chestnut Avenue** | ☐ Unliquidated | |
| **Los Angeles, CA 90042** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.221 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$659.52** |
| **Franchesca Marcolongo** | ☐ Contingent | |
| **5432 Ny-28** | ☐ Unliquidated | |
| **Newport, NY 13416** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.221 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$474.22** |
| **Francis Almeda** | ☐ Contingent | |
| **5116 N Bernard St** | ☐ Unliquidated | |
| **Chicago, IL 60625** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.221 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,359.52** |
| **Francis Koh** | ☐ Contingent | |
| **13304 Chestnut Oak Drive** | ☐ Unliquidated | |
| **Darnestown, MD 20878** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **Launch Pad LLC**                                                Case number *(if known)* _____
                Name

---

| 3.221 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,359.52** |

**Francis Lake**
**2473 Northern Oak Dr**
**Braselton, GA 30517-6056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$730.32** |

**Francis Mbakop**
**8860 Piney Branch Rd, #1008**
**Silver Spring, MD 20903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$762.02** |

**Francis Santoso**
**831 Camaritas Circle**
**Glen Iris VIC 3146**
**AUSTRAILA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$505.99** |

**Francisc-Ladislau Horvat**
**Strada Nirajului 20, Bl.N6., #3**
**Cluj-Napoca CJ 400599**
**ROMANIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$659.52** |

**Francisco Bido**
**2350 Valentine Ave 4A**
**Bronx, NY 10468-7222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,259.52** |

**Francisco Cordoba**
**382 Northeast 191st Street**
**Pmb 74256**
**Miami, FL 33179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$69.00** |

**Francisco Font**
**47 Wild Indigo Crescent**
**Brampton ON L6R 2J9**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Launch Pad LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**3.222 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $732.75 |
|---|---|---|
| **Francisco Font**<br>**47 Wild Indigo Crescent**<br>**Brampton ON L6R 2J9**<br>**CANADA** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

**3.222 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $688.75 |
|---|---|---|
| **Francisco Font**<br>**47 Wild Indigo Crescent**<br>**Brampton ON L6R 2J9**<br>**CANADA** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

**3.222 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $700.46 |
|---|---|---|
| **Francisco J Guzman**<br>**Quintas Las Muesas Calle Rafael Coca Nav M7**<br>**Cayey, PR 00736** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

**3.222 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,959.52 |
|---|---|---|
| **Francisco Marte**<br>**165 Suydam St**<br>**Apt 2L**<br>**Brooklyn, NY 11221** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

**3.222 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $678.43 |
|---|---|---|
| **Francisco Ramos**<br>**600 Cherry Lane, #21**<br>**Tehachapi, CA 93561** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

**3.222 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $726.50 |
|---|---|---|
| **Francisco Rodriguez Alberro**<br>**Calle Loteria 1, 2B**<br>**Motril GR 18600**<br>**SPAIN** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

**3.222 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $760.62 |
|---|---|---|
| **Francois Botha**<br>**803 Lords Wood Lane**<br>**Chatham ENG ME5 8JP**<br>**UNITED KINGDOM** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

Debtor **Launch Pad LLC**
<br>Name

Case number *(if known)* _____

---

**3.2227**

Nonpriority creditor's name and mailing address
**Francois Bramucci**
**24 Gordon**
**Verdun QC H4G2R3**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$690.42**

---

**3.2228**

Nonpriority creditor's name and mailing address
**Francois D'Arundel**
**14 Rue Rene Laennec**
**Bois-D'Arcy  78390**
**FRANCE**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$847.69**

---

**3.2229**

Nonpriority creditor's name and mailing address
**Francois Paillier**
**48 Salmen Road**
**London ENG E13 0DT**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,503.40**

---

**3.2230**

Nonpriority creditor's name and mailing address
**Francois Paradis**
**85 Rue De Pergame**
**Gatineau QC J9J 1K3**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$732.75**

---

**3.2231**

Nonpriority creditor's name and mailing address
**Frangiskos Frangeskides**
**6 Aristeidou Street**
**Nicosia  2415**
**CYPRUS**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$296.02**

---

**3.2232**

Nonpriority creditor's name and mailing address
**Franja Horvat**
**Boetonstraat 91**
**Amsterdam  1095 ZA**
**NETHERLANDS**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,595.48**

---

Debtor    **Launch Pad LLC**
_____    Case number *(if known)* _____
Name

---

**3.223
3**

**Nonpriority creditor's name and mailing address**

**Frank Adams**
**1020 Neilson Street**
**6C**
**Far Rockaway, NY 11691**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$430.52

---

**3.223
4**

**Nonpriority creditor's name and mailing address**

**Frank Albers**
**629 Brighton Drive**
**Pingree Grove, IL 60140**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$678.53

---

**3.223
5**

**Nonpriority creditor's name and mailing address**

**Frank Cabrera Hernandez**
**Badenerstrasse 503**
**Zurich  8048**
**SWITZERLAND**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$787.78

---

**3.223
6**

**Nonpriority creditor's name and mailing address**

**Frank Carrico**
**1027 East 45th Street**
**Austin, TX 78751**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$659.14

---

**3.223
7**

**Nonpriority creditor's name and mailing address**

**Frank Cerveny**
**Leopold-Imgram-Strasse 5**
**Hanau  63456**
**GERMANY**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$894.45

---

**3.223
8**

**Nonpriority creditor's name and mailing address**

**Frank Delarosa**
**133 Kirton Ct**
**West Columbia, TX 77486**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,543.74

---

**3.223
9**

**Nonpriority creditor's name and mailing address**

**Frank Dipalma**
**175 Dieppe Road**
**St. Catharines ON L2M 7S2**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,294.72

---

Debtor   **Launch Pad LLC**                                        Case number *(if known)* _____
         _____
         Name

| | | |
|---|---|---|
| **3.224 0** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$708.95** |

**Frank Fehr**
**8 Babylon Drive**
**Sound Beach, NY 11789**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.224 1** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$851.14** |

**Frank Kostlevy**
**W12737 County Hwy M**
**P.O. Box 147**
**Caroline, WI 54928**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.224 2** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,441.09** |

**Frank Miesen**
**531 North 11th Street**
**Allentown, PA 18102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.224 3** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$734.47** |

**Frank Pryor**
**6/135 Brunswick Road**
**Brunswick VIC 3056**
**AUSTRAILA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.224 4** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,067.93** |

**Frank Puissegur**
**P.O. Box 6196**
**Lakeland, FL 33807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.224 5** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$867.02** |

**Frank Rahn**
**Hermann-Liebmann-Str. 7**
**Leipzig  4315**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.224 6** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$659.14** |

**Robert Franke**
**218 Rethke Ave**
**Madison, WI 53714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.224 7**

Nonpriority creditor's name and mailing address

**Frankie Hernandez**
**1233 Crossbow Drive**
**Baton Rouge, LA 70816**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$659.52

---

**3.224 8**

Nonpriority creditor's name and mailing address

**Frankie Hernandez**
**1233 Crossbow Drive**
**Baton Rouge, LA 70816**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$59.52

---

**3.224 9**

Nonpriority creditor's name and mailing address

**Frankie Mak**
**240 26th Avenue, #2**
**San Francisco, CA 94121**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$2,018.09

---

**3.225 0**

Nonpriority creditor's name and mailing address

**Frankie Otero**
**1218 Santa Fe Circle**
**Fruita, CO 81521**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$464.61

---

**3.225 1**

Nonpriority creditor's name and mailing address

**Franklin Donbosco**
**75 Lortel Avenue**
**Staten Island, NY 10314**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$684.52

---

**3.225 2**

Nonpriority creditor's name and mailing address

**Franky Hernandez**
**795 E 42nd Pl**
**Los Angeles, CA 90011**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$833.21

---

**3.225 3**

Nonpriority creditor's name and mailing address

**Franz Kitting-Muhr**
**Reichendorf 199**
**Pischelsdorf  8212**
**AUSTRIA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,398.64

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.225
4**

**Nonpriority creditor's name and mailing address**

**Franziska Kopp
Davidstrasse 6
Leipzig  4109
GERMANY**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$798.85**

---

**3.225
5**

**Nonpriority creditor's name and mailing address**

**Fraser Matte
39 Fancamp Drive
Maple ON L6A4Z1
CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,399.84**

---

**3.225
6**

**Nonpriority creditor's name and mailing address**

**Fraser Matte
39 Fancamp Dr
Maple ON L6A 4Z1
CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,399.84**

---

**3.225
7**

**Nonpriority creditor's name and mailing address**

**Fre Van Tendeloo
Bernard Van Hoolstraat 14
Lier  2500
BELGIUM**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$920.20**

---

**3.225
8**

**Nonpriority creditor's name and mailing address**

**Fred Crosdale
5 Cedar St
Burlington, MA 01803**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$732.03**

---

**3.225
9**

**Nonpriority creditor's name and mailing address**

**Fred Franzel
11076 West Rowland Ave
Littleton, CO 80127**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$466.54**

---

**3.226
0**

**Nonpriority creditor's name and mailing address**

**Fred Seilkop
313 Swanson Drive
Lawrenceville, GA 30043**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$430.52**

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|--------|--------------------|--------------------------|--|
| | Name | | |

---

**3.226 1**

**Nonpriority creditor's name and mailing address**

**Freddie Aguilar**
**2055 Valentino Street**
**San Diego, CA 92154**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$462.50**

---

**3.226 2**

**Nonpriority creditor's name and mailing address**

**Frederick Fournier**
**48 Birch Hill Cr**
**Moncton NB E1G 4R1**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,447.80**

---

**3.226 3**

**Nonpriority creditor's name and mailing address**

**Frederick Grant**
**1995 Altavista Circle**
**Lakeland, FL 33810**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$684.52**

---

**3.226 4**

**Nonpriority creditor's name and mailing address**

**Frederick Klie**
**25 Graham Ave**
**Wayne, NJ 07470**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,089.34**

---

**3.226 5**

**Nonpriority creditor's name and mailing address**

**Frederick Klie**
**25 Graham Ave**
**Wayen, NJ 07470**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$703.21**

---

**3.226 6**

**Nonpriority creditor's name and mailing address**

**Frederico Anastacio**
**Rua Dos Combatentes Da Grande Guerra**
**9 Rc**
**Sacavem PT-11 2685-042**
**PORTUGAL**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$585.54**

---

Debtor **Launch Pad LLC**

Name

Case number (if known)

---

**3.226 7**

**Nonpriority creditor's name and mailing address**

**Frederik Bay**
**Kronprinsessegade 44 Kl**
**Nerd 911**
**Copenhagen K  1306**
**DENMARK**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,728.60

---

**3.226 8**

**Nonpriority creditor's name and mailing address**

**Frederik Van Breugel**
**De Ruijterlaan 11**
**Voorthuizen  3781 TJ**
**NETHERLANDS**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$19.00

---

**3.226 9**

**Nonpriority creditor's name and mailing address**

**Frederique Van Ginneken**
**64 Rue De Bezons**
**Courbevoie  92400**
**FRANCE**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$871.54

---

**3.227 0**

**Nonpriority creditor's name and mailing address**

**Fredrik Wahlqvist**
**39 Heath Lane**
**Bladon**
**Oxon ENG OX20 1RZ**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$801.50

---

**3.227 1**

**Nonpriority creditor's name and mailing address**

**Freek Muller**
**Edisonweg 17**
**Gorinchem  4207 HE**
**NETHERLANDS**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,733.02

---

**3.227 2**

**Nonpriority creditor's name and mailing address**

**Fresh Fx**
**Siezenheimerstr. 29A**
**Salzburg  5020**
**AUSTRIA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$739.50

---

| Debtor | Launch Pad LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.227 3**

**Nonpriority creditor's name and mailing address**
**Fuad Algamish**
**303 Fulton Road**
**Muscle Shoals, AL 35661**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$430.52**

---

**3.227 4**

**Nonpriority creditor's name and mailing address**
**Fujing Xia**
**96 Marygrove Crescent**
**Winnipeg MB R3Y 1M2**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$681.72**

---

**3.227 5**

**Nonpriority creditor's name and mailing address**
**Fujio Nakamura**
**Ul. Mariana Lalewicza 3**
**Warszawa  02-829**
**POLAND**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$968.56**

---

**3.227 6**

**Nonpriority creditor's name and mailing address**
**Furat Alazzawi**
**4054 NW 85th Ave**
**Pembroke Pines, FL 33024**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,440.43**

---

**3.227 7**

**Nonpriority creditor's name and mailing address**
**Furkan Karabina**
**Van-Kinsbergen-Ring 5**
**Neunkirchen  57290**
**GERMANY**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$564.51**

---

**3.227 8**

**Nonpriority creditor's name and mailing address**
**Fuzlullah Syed**
**340 Maury Lane**
**Florence, AL 35634**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,377.52**

---

**3.227 9**

**Nonpriority creditor's name and mailing address**
**Gabe Kirstein**
**609 Raub Street**
**Joliet, IL 60435**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$709.04**

---

Debtor    **Launch Pad LLC**                                    Case number (if known) _____
_____
Name

| 3.228 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$851.52** |
|---|---|---|---|

**Gabe Pringle**
**5810 Sunflower Circle North**
**Lyon Charter Twp, MI 48165**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.228 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$209.52** |
|---|---|---|---|

**Gable Rynning**
**501 Northeast 5th Terrace, #728**
**Fort Lauderdale, FL 33301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.228 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$652.89** |
|---|---|---|---|

**Gabriel Bustamante**
**1241 Oriole Avenue**
**Miami Springs, FL 33166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.228 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$592.95** |
|---|---|---|---|

**Gabriel Curra**
**Stallgatan 13**
**Sundbyberg   174 64**
**SWEDEN**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.228 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$725.59** |
|---|---|---|---|

**Gabriel Hartnett**
**525 Devon Rd**
**Norwood, PA 19074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.228 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,692.87** |
|---|---|---|---|

**Gabriel Ostrovsky**
**P.O. Box 1771**
**Scottsdale, AZ 85252**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.228 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$430.52** |
|---|---|---|---|

**Gabriel Paaga**
**5211 99th Terrace**
**Pinellas Park, FL 33782**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.228 7**

**Nonpriority creditor's name and mailing address**

**Gabriel Pringle**
**58180 Sunflower Circle North**
**Lyon Charter Twp, MI 48165**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$430.52**

---

**3.228 8**

**Nonpriority creditor's name and mailing address**

**Gabriela Nassau**
**1011 M Street Nw**
**Apt. 404**
**Washington, DC 20001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,369.52**

---

**3.228 9**

**Nonpriority creditor's name and mailing address**

**Gabriella Gonzalez**
**10612 S. Avenue E**
**Chicago, IL 60617**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$726.71**

---

**3.229 0**

**Nonpriority creditor's name and mailing address**

**Gabrielle Bedard**
**334 66E Rue Ouest**
**Quebec QC G1H 7G1**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$871.33**

---

**3.229 1**

**Nonpriority creditor's name and mailing address**

**Gaetan Heintz**
**1 Rue Felix Dournay**
**Soultz-Sous-Forets  67250**
**FRANCE**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$567.75**

---

**3.229 2**

**Nonpriority creditor's name and mailing address**

**Gagan Modi**
**6B Tawny Court**
**Truganina VIC 3029**
**AUSTRAILA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,019.03**

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.229
3**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$883.54** |
|---|---|---|
| **Gaizka Ruiz** | ☐ Contingent | |
| **Asparrena Kalea 16** | ☐ Unliquidated | |
| **3D** | ☐ Disputed | |
| **Gasteiz VI 1006** | | |
| **SPAIN** | **Basis for the claim:** _ | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.229
4**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,951.55** |
|---|---|---|
| **Gal Fridman** | ☐ Contingent | |
| **Calle Fotografo Vicente Perez Melian 26** | ☐ Unliquidated | |
| **Urbanizacion Los Collazos** | ☐ Disputed | |
| **Valle Guerra, La Laguna TF 38270** | | |
| **SPAIN** | **Basis for the claim:** _ | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.229
5**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$665.29** |
|---|---|---|
| **Ganesh Dhuri** | ☐ Contingent | |
| **1435 North Wildwood Lane** | ☐ Unliquidated | |
| **Anaheim, CA 92801** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.229
6**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$627.02** |
|---|---|---|
| **Ganesh Raju** | ☐ Contingent | |
| **18902 East Josey Overlook Drive** | ☐ Unliquidated | |
| **Cypress, TX 77433** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.229
7**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$867.63** |
|---|---|---|
| **Ganna Prystupova** | ☐ Contingent | |
| **5 Hunters Way** | ☐ Unliquidated | |
| **Hunters Wood** | ☐ Disputed | |
| **Ballycullen  D 24** | | |
| **IRELAND** | **Basis for the claim:** _ | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.229
8**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$737.01** |
|---|---|---|
| **Alejandro Garcia Mainou** | ☐ Contingent | |
| **920 Limberlost Ln** | ☐ Unliquidated | |
| **Lewisville, NC 27023** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.2299**

Nonpriority creditor's name and mailing address
**Abitsaid Garcia**
**3426 Country View**
**Schertz, TX 78108**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$109.14**

---

**3.2300**

Nonpriority creditor's name and mailing address
**Abitsaid Garcia**
**3426 Country View**
**Schertz, TX 78108**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$659.14**

---

**3.2301**

Nonpriority creditor's name and mailing address
**Gareth Brown**
**40 Clos Cae Nant**
**Cwmbraqn WLS NP443PD**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$688.60**

---

**3.2302**

Nonpriority creditor's name and mailing address
**Garman Tsoi**
**10-8500 Bennett Road**
**Richmond BC V6Y 1N7**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$717.35**

---

**3.2303**

Nonpriority creditor's name and mailing address
**Leon-Anthony Garner Sr.**
**1530 Faris Ave**
**Pagedale, MO 63133**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$659.14**

---

**3.2304**

Nonpriority creditor's name and mailing address
**Garret Bolding**
**804 SE Hendrix St**
**Bentonville, AR 72712**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,309.14**

---

**3.2305**

Nonpriority creditor's name and mailing address
**Garrett Jamieson**
**6436 Darwood Ave**
**Fort Worth, TX 76116**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$430.14**

---

Debtor    **Launch Pad LLC**                                          Case number *(if known)* _____
_____
            Name

---

**3.230 6**

**Nonpriority creditor's name and mailing address**

**Garrett Smith**
**5731 Hornbuckle Blvd**
**North Port, FL 34291**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$659.52**

---

**3.230 7**

**Nonpriority creditor's name and mailing address**

**Gary Beller**
**17165 Southwest Merlo Road**
**Unit 1**
**Beaverton, OR 97003**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$673.75**

---

**3.230 8**

**Nonpriority creditor's name and mailing address**

**Gary Fox**
**2529 Sable Ridge Street**
**Henderson, NV 89044**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,308.12**

---

**3.230 9**

**Nonpriority creditor's name and mailing address**

**Gary Knight**
**6411 Baltimore Ave**
**Riverdale, MD 20737**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$759.64**

---

**3.231 0**

**Nonpriority creditor's name and mailing address**

**Gary Nowers**
**3647 Dwiggins Street**
**Los Angeles, CA 90063**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$719.88**

---

**3.231 1**

**Nonpriority creditor's name and mailing address**

**John Gatchel**
**1904 Stevens Avenue**
**Louisville, KY 40205-1049**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,829.69**

---

**3.231 2**

**Nonpriority creditor's name and mailing address**

**Gavin Berryman**
**2915 Southwest 13th Street**
**Apt 71**
**Gainesville, FL 32608**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$695.70**

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.231 3**

**Nonpriority creditor's name and mailing address**

**Gavin Berryman**
**2915 Southwest 13th Street**
**Apt 71**
**Gainesville, FL 32608**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$695.70**

---

**3.231 4**

**Nonpriority creditor's name and mailing address**

**Gavin Coburn**
**463 Bulldog Drive**
**Mesquite, NV 89027**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$832.27**

---

**3.231 5**

**Nonpriority creditor's name and mailing address**

**Geddes Cureton**
**6 Carters Hurst**
**Birmingham ENG B33 0UW**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,502.61**

---

**3.231 6**

**Nonpriority creditor's name and mailing address**

**Geetha Pilli**
**3819 Nannyberry Court**
**Naperville, IL 60564**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$731.97**

---

**3.231 7**

**Nonpriority creditor's name and mailing address**

**Gene Hew-Len**
**P.O. Box 294**
**Silverdale, WA 98383-0294**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$466.88**

---

**3.231 8**

**Nonpriority creditor's name and mailing address**

**Genesi Srl Maro Del Corto**
**Via Marco Polo, 139**
**Viareggio LU 55049**
**ITALY**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$10,274.30**

---

**3.231 9**

**Nonpriority creditor's name and mailing address**

**Genesi Srl Maro Del Corto**
**Via Marco Polo, 139**
**Viareggio LU 55049**
**ITALY**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$9,426.21**

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.232 0**

**Nonpriority creditor's name and mailing address**

**Lyudmil Genov**
**25 South Grove Avenue**
**202A**
**Elgin, IL 60120**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$10,176.85**

---

**3.232 1**

**Nonpriority creditor's name and mailing address**

**Geoffrey Fichtl**
**2541 N Spaulding Ave**
**Chicago, IL 60647**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$938.39**

---

**3.232 2**

**Nonpriority creditor's name and mailing address**

**Geoffrey Lambert**
**13 The Cresent**
**Flat 5**
**Scarborough ENG YO11 2PW**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,371.64**

---

**3.232 3**

**Nonpriority creditor's name and mailing address**

**Geoffrey Pillersdorf**
**500 Crestwood Court North**
**Unit 507**
**Royal Palm Beach, FL 33411**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$851.52**

---

**3.232 4**

**Nonpriority creditor's name and mailing address**

**George Chondros**
**1 Bradley Avenue**
**Thornbury VIC 3071**
**AUSTRAILA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,397.65**

---

**3.232 5**

**Nonpriority creditor's name and mailing address**

**George Cooley**
**10 Ramsgate Road**
**Reddish ENG SK56TN**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$511.12**

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.232 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $659.14 |
|---|---|---|
| **George Davis**<br>**900 Josh Dr**<br>**Palmer, AK 99645** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.232 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $705.69 |
|---|---|---|
| **George Hutchison**<br>**304 Mayville Ave**<br>**Pittsburgh, PA 15226** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.232 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,714.97 |
|---|---|---|
| **George Kakouris**<br>**13 Langada**<br>**Strovolos  2023**<br>**CYPRUS** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.232 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $992.00 |
|---|---|---|
| **George Mardas**<br>**Asklipiou 26-28**<br>**Parking Asklipiou**<br>**Athens  106 80**<br>**GREECE** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.233 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $730.95 |
|---|---|---|
| **George Mathew**<br>**618 East Washington Street**<br>**Sequim, WA 98382** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.233 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $659.52 |
|---|---|---|
| **George Perham**<br>**P.O. Box 249**<br>**East Haddam, CT 06423** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.233 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,408.24 |
|---|---|---|
| **George Quickel**<br>**805 N Maple St**<br>**Ephrata, PA 17522** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor    **Launch Pad LLC**
                 Name                                                          Case number (if known)

---

| 3.233 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,359.52** |
|---|---|---|---|

**George Ruesca**
**20755 Southwest 85th Court**
**Cutler Bay, FL 33189**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$62.86** |
|---|---|---|---|

**George Sarrion**
**1140 West 30th Street**
**Los Angeles, CA 90007**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,056.07** |
|---|---|---|---|

**George Tannous**
**15 Sandpiper Drive**
**Taylors Lakes VIC 3038**
**AUSTRAILA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,431.62** |
|---|---|---|---|

**George Tindley**
**1937 South Corning Street**
**Los Angeles, CA 90034**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$659.52** |
|---|---|---|---|

**Georgetta Cook**
**626 1st Avenue**
**E.41B**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$930.11** |
|---|---|---|---|

**Georgi Spiridonov**
**30, Atanas Uzunov Str**
**Ap. 19**
**Sofia  1505**
**BULGARIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Launch Pad LLC**
_____
Name

Case number (if known) _____

| | |
|---|---|
| 3.2339 | **Nonpriority creditor's name and mailing address** |

**Geovanni Briseno**
**3354 Chamoune Avenue**
**San Diego, CA 92105**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$715.75**

---

| | |
|---|---|
| 3.2340 | **Nonpriority creditor's name and mailing address** |

**Gerald Blaufelder**
**Im Grundlein 2**
**Wilhelmsdorf  91489**
**GERMANY**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,588.09**

---

| | |
|---|---|
| 3.2341 | **Nonpriority creditor's name and mailing address** |

**Gerald Klaver**
**16 High Road**
**2 Clarendon View**
**Salisbury ENG SP5 4DS**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$850.95**

---

| | |
|---|---|
| 3.2342 | **Nonpriority creditor's name and mailing address** |

**Gerald Llaguno**
**115 Lindrum Road**
**Unit 2**
**Frankston VIC 3199**
**AUSTRAILA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$726.81**

---

| | |
|---|---|
| 3.2343 | **Nonpriority creditor's name and mailing address** |

**Gerald Mastro**
**26 Colonial Drive**
**New City, NY 10956**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$430.52**

---

| | |
|---|---|
| 3.2344 | **Nonpriority creditor's name and mailing address** |

**Gerald Rigdon**
**693 Mulberry Lane**
**Mendota Heights, MN 55118**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,958.87**

---

| Debtor | **Launch Pad LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**3.234 5**

**Nonpriority creditor's name and mailing address**

**Gerald Smith**
**1100 Bacchus Drive**
**Unit E**
**Lafayette, CO 80026**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$714.78**

---

**3.234 6**

**Nonpriority creditor's name and mailing address**

**Gerard Higgins**
**226 Bellmore Street**
**Floral Park, NY 11001**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$430.52**

---

**3.234 7**

**Nonpriority creditor's name and mailing address**

**Gerardo Gallardo**
**847 Woodaprings Ct**
**Covington, LA 70433**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$430.52**

---

**3.234 8**

**Nonpriority creditor's name and mailing address**

**Gerardo Garcia**
**13656 Bora Drive**
**Santa Fe Springs, CA 90670**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$726.38**

---

**3.234 9**

**Nonpriority creditor's name and mailing address**

**Gerardo Garcia**
**13656 Bora Drive**
**Santa Fe Springs, CA 90670**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$726.38**

---

**3.235 0**

**Nonpriority creditor's name and mailing address**

**Gerardo Proietto**
**7951 Riviera Blvd, #210**
**Miramar, FL 33023**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,057.64**

---

**3.235 1**

**Nonpriority creditor's name and mailing address**

**Gerardo Roman Tanus**
**Avenida San Cristobal 6, #1**
**Puebla PUE 72520**
**MEXICO**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,339.15**

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.235
2**

**Nonpriority creditor's name and mailing address**

**Gero Wienke**
**Waldstrasse 1**
**Grossenkneten  26197**
**GERMANY**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,125.21**

---

**3.235
3**

**Nonpriority creditor's name and mailing address**

**Gerrick Teague**
**3000 Sunnyside Drive**
**Manhattan, KS 66502**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,034.14**

---

**3.235
4**

**Nonpriority creditor's name and mailing address**

**Gevonn Trenfield**
**70 Tideland Drive**
**Brampton ON L7A 2W1**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$871.28**

---

**3.235
5**

**Nonpriority creditor's name and mailing address**

**Gevork Banjarjian**
**817 North Alexandria Avenue**
**Los Angeles, CA 90029**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$3,640.94**

---

**3.235
6**

**Nonpriority creditor's name and mailing address**

**Ghassan Barazi**
**6492 Emerald Dunes Dr, Apt 201**
**West Palm Beach, FL 33411**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$871.28**

---

**3.235
7**

**Nonpriority creditor's name and mailing address**

**Ghufran Shah**
**101 Elvaston Road**
**Wollaton**
**Nottingham ENG NG8 1JS**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$801.47**

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.235 8**

**Nonpriority creditor's name and mailing address**

**Gian Carlos Carrion Farfan**
**Via Umberto Saba 9**
**Nonantola MO 41015**
**ITALY**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,677.20**

---

**3.235 9**

**Nonpriority creditor's name and mailing address**

**Gian Salgatar**
**5238 West Palm Pinnacle Avenue**
**Las Vegas, NV 89139**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,308.12**

---

**3.236 0**

**Nonpriority creditor's name and mailing address**

**Gianmarco Pietrobattista**
**Via Monte Zebio 25**
**Roma RM 195**
**ITALY**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,672.25**

---

**3.236 1**

**Nonpriority creditor's name and mailing address**

**Gianni Orlando**
**Um Waisseraech 20**
**Bergem  3317**
**LUXEMBOURG**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$559.18**

---

**3.236 2**

**Nonpriority creditor's name and mailing address**

**Giannis Ioannou**
**Themistokleous 11 Strovolos**
**Nicosia  2060**
**CYPRUS**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$612.30**

---

**3.236 3**

**Nonpriority creditor's name and mailing address**

**Gianno Kardjo**
**Laan Van Avant-Garde 384**
**Layer-It**
**Rotterdam  3059 RA**
**NETHERLANDS**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$833.24**

---

Debtor   **Launch Pad LLC**                                              Case number *(if known)* _____
_____
Name

| 3.236 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $74.70 |
|---|---|---|---|

**Gifferson Romero**
**14800 Memorial Drive, #2310**
**Houston, TX 77079**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.236 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $468.06 |
|---|---|---|---|

**Pierce Giffin**
**258 Walk Circle**
**Santa Cruz, CA 95060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.236 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $941.75 |
|---|---|---|---|

**Gilbert Drewicz**
**Distelfinkweg 83**
**Berlin  12357**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.236 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $689.21 |
|---|---|---|---|

**Gilbert Dumoulin**
**589 Rue Des Violettes**
**Salaberry-De-Valleyfield QC J6S 6W3**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.236 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $462.50 |
|---|---|---|---|

**Gilles Claro**
**5126 Bellvale Ave**
**San Diego, CA 92117-4001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.236 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,369.03 |
|---|---|---|---|

**Gineen Whiunui**
**12 The Trongate**
**Granville NSW 2142**
**AUSTRAILA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.237 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $633.12 |
|---|---|---|---|

**Gino Colombi**
**Solis 518**
**Rojas B 2705**
**ARGENTINA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.237 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,034.87 |
|---|---|---|
| **Giosue' Mitra**<br>**Corso Marion Crawford 46**<br>**Scala B**<br>**Sant'Agnello NA 80065**<br>**ITALY** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.237 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $868.16 |
|---|---|---|
| **Giovanni Del Duca**<br>**De Reulver 73**<br>**Enschede  7544 RT**<br>**NETHERLANDS** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.237 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $876.24 |
|---|---|---|
| **Giovanni Monti**<br>**Thorwaldsenstr 16**<br>**Berlin  12157**<br>**GERMANY** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.237 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,309.14 |
|---|---|---|
| **Giovanni Pujol**<br>**7700 Vista Mejor Drive**<br>**Austin, TX 78744** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.237 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,959.52 |
|---|---|---|
| **Gisela Penaloza**<br>**4000 Towerside Terrace, #1710**<br>**Miami, FL 33138** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.237 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $684.52 |
|---|---|---|
| **Giuseppe Benjumea**<br>**270 17th St Nw**<br>**Unit 2208**<br>**Atlanta, GA 30363** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor   **Launch Pad LLC**
_____      Case number (if known) _____
         Name

| 3.237 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$577.15** |
|---|---|---|---|

**Giuseppe Giuffrida**
**Via Bernardo Zanghi 17**
**Catania CT 95124**
**ITALY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.237 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,450.51** |
|---|---|---|---|

**Giuseppe Mazzone**
**2280 163 Street**
**Unit 92**
**Surrey BC V3Z 0S4**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.237 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,467.52** |
|---|---|---|---|

**Glaud Kuykendall**
**19592 Carlton Ave**
**Castro Valley, CA 94546**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$824.82** |
|---|---|---|---|

**Glen Chesnut**
**4237 Jasper Ave,**
**Las Vegas, NV 89108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$734.52** |
|---|---|---|---|

**Glenn Darensbourg**
**20210 Desert Foal Dr**
**Tomball, TX 77377**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$789.36** |
|---|---|---|---|

**Glenn Harper**
**24417 SE 46th St**
**Sammamish, WA 98029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$737.79** |
|---|---|---|---|

**Glenn Riddle**
**2630 Woodmont Ln**
**Wexford, PA 15090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Launch Pad LLC**                                           Case number (if known) _____
      Name

| | | |
|---|---|---|
| **3.238 4** | | $6,937.79 |

**Nonpriority creditor's name and mailing address**

**Glenn Ryan**
**61 Old Warrenpoint Road**
**Newry NIR BT342PN**
**UNITED KINGDOM**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.238 5** | | $814.20 |

**Nonpriority creditor's name and mailing address**

**Globe Media Advertising srl**
**Str.Drumul Dealu Bradului 141**
**Bucuresti B 42158**
**ROMANIA**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.238 6** | | $59.52 |

**Nonpriority creditor's name and mailing address**

**Godwin Eferiana**
**5706 Black Canyon Ct**
**Sugarland, TX 77479**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.238 7** | | $659.52 |

**Nonpriority creditor's name and mailing address**

**Godwin Eferiana**
**5706 Black Canyon Ct**
**Sugarland, TX 77479**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.238 8** | | $744.57 |

**Nonpriority creditor's name and mailing address**

**Goetz Klingelhoefer**
**Nieuwe Leliestraat 154**
**Amsterdam  1015HE**
**NETHERLANDS**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.238 9** | | $712.35 |

**Nonpriority creditor's name and mailing address**

**Gokce Yalcin**
**308-1216 Homer Street**
**1405 (Buzz 2516)**
**Vancouver BC V6B 6K5**
**CANADA**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Launch Pad LLC**                                              Case number (if known) _____
_____
Name

| 3.239 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $819.77 |
|---|---|---|---|

**Gokhan Guner**
**50 Wansbeck Court**
**Waverley Road**
**Enfield ENG EN2 7BS**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _       Basis for the claim: _

Last 4 digits of account number _      Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $684.14 |
|---|---|---|---|

**Carlos Javier Gonzalez**
**1222 Commerce Street**
**Manor House Apartments 1401**
**Dallas, TX 75202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _       Basis for the claim: _

Last 4 digits of account number _      Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $461.75 |
|---|---|---|---|

**Gonzalo Castanos**
**586 N Campus Ave**
**Upland, CA 91786-4827**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _       Basis for the claim: _

Last 4 digits of account number _      Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,948.54 |
|---|---|---|---|

**Gonzalo Vega**
**7825 NW 29th Street #121**
**Miami, FL 33122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _       Basis for the claim: _

Last 4 digits of account number _      Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $634.52 |
|---|---|---|---|

**Gordon Weekes**
**15226 Southwest 52nd Street**
**Miramar, FL 33027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _       Basis for the claim: _

Last 4 digits of account number _      Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $850.87 |
|---|---|---|---|

**Nasir Gould Jr**
**2475 W Pecos Road**
**#3049**
**Chandler, AZ 85224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _       Basis for the claim: _

Last 4 digits of account number _      Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.239 6**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$725.59** |
| **Andrew Goulet**<br>**957 Macclesfield Rd**<br>**Furlong, PA 18925** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** _ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.239 7**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$805.98** |
| **Govind Tamang**<br>**11 Timothy Close**<br>**Cherrybrook NSW 2126**<br>**AUSTRAILA** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** _ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.239 8**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$805.98** |
| **Govind Tamang**<br>**Shop 32A, 41-47 Shepherds Drive**<br>**Bakers Delight**<br>**Cherrybrook NSW 2126**<br>**AUSTRAILA** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** _ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.239 9**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$677.07** |
| **Gowtham Sarveswaran**<br>**10063 Park Meadows Drive**<br>**Apt 63312**<br>**Lone Tree, CO 80124** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** _ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.240 0**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$1,360.87** |
| **Grace Johnston**<br>**16731 Stoneridge Road**<br>**Anchorage, AK 99516** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** _ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.240 1**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$430.52** |
| **Grace Stamper**<br>**6 Emery Cliff Pl**<br>**The Woodlands, TX 77381-4055** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** _ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.240**
**2**

**Nonpriority creditor's name and mailing address**

**Claudia Gracia-Hofer**
**843 Cannondale Ct.**
**San Marcos, CA 92078**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$726.81**

---

**3.240**
**3**

**Nonpriority creditor's name and mailing address**

**Graeme Garside**
**16 Cromer Place**
**Barmouth Court**
**Preston ENG PR2 3XR**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$760.62**

---

**3.240**
**4**

**Nonpriority creditor's name and mailing address**

**Graeme Harpham**
**22 Saint Lucia Park**
**Bordon ENG GU350LB**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$785.62**

---

**3.240**
**5**

**Nonpriority creditor's name and mailing address**

**Graham Dickinson**
**1441 Little Raven St, #5006**
**Denver, CO 80202**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,213.06**

---

**3.240**
**6**

**Nonpriority creditor's name and mailing address**

**Grant Aikin**
**3113 Royston Ave**
**Baltimore, MD 21214**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,369.52**

---

**3.240**
**7**

**Nonpriority creditor's name and mailing address**

**Grant Austing**
**9609 Crystal Lake Drive**
**Woodinville, WA 98077**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$472.23**

---

**3.240**
**8**

**Nonpriority creditor's name and mailing address**

**Grant Lilly**
**1872 Dolphin Drive**
**Seabrook, TX 77586**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$851.52**

---

Debtor **Launch Pad LLC**                                    Case number (if known) _____
        Name

---

**3.2409**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.          **$1,309.52**

Grant Paranjape
1300 17th Street North                          ☐ Contingent
Suite 820                                       ☐ Unliquidated
Arlington, VA 22209                             ☐ Disputed

Date(s) debt was incurred _                     **Basis for the claim:** _

Last 4 digits of account number _               Is the claim subject to offset? ■ No ☐ Yes

---

**3.2410**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.          **$4,482.65**

Adam Green
161 Winslow Avenue                              ☐ Contingent
Norwood, MA 02062                               ☐ Unliquidated
                                                ☐ Disputed

Date(s) debt was incurred _                     **Basis for the claim:** _

Last 4 digits of account number _               Is the claim subject to offset? ■ No ☐ Yes

---

**3.2411**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.          **$429.87**

Greg Alkema
5810 N 381st Dr                                 ☐ Contingent
Tonopah, AZ 85354                               ☐ Unliquidated
                                                ☐ Disputed

Date(s) debt was incurred _                     **Basis for the claim:** _

Last 4 digits of account number _               Is the claim subject to offset? ■ No ☐ Yes

---

**3.2412**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.          **$677.26**

Greg Ator
9283 Parkside Dr                                ☐ Contingent
Prairie Village, KS 66207                       ☐ Unliquidated
                                                ☐ Disputed

Date(s) debt was incurred _                     **Basis for the claim:** _

Last 4 digits of account number _               Is the claim subject to offset? ■ No ☐ Yes

---

**3.2413**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.          **$241.08**

Greg Bergen
6 Castlerock Cove                               ☐ Contingent
Steinbach MB R5G 2B1                            ☐ Unliquidated
CANADA                                          ☐ Disputed

Date(s) debt was incurred _                     **Basis for the claim:** _

Last 4 digits of account number _               Is the claim subject to offset? ■ No ☐ Yes

---

**3.2414**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.          **$659.52**

Greg Davis
2307 Riverstone Dr.                             ☐ Contingent
Murfreesboro, TN 37128                          ☐ Unliquidated
                                                ☐ Disputed

Date(s) debt was incurred _                     **Basis for the claim:** _

Last 4 digits of account number _               Is the claim subject to offset? ■ No ☐ Yes

---

**3.2415**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.          **$459.04**

Greg Hannon
1762 Exton Ave                                  ☐ Contingent
Hamilton, NJ 08610                              ☐ Unliquidated
                                                ☐ Disputed

Date(s) debt was incurred _                     **Basis for the claim:** _

Last 4 digits of account number _               Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.241 6**

**Nonpriority creditor's name and mailing address**

**Greg Lassik**
**315 Ashford Rd**
**Toms River, NJ 08755**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$703.21**

---

**3.241 7**

**Nonpriority creditor's name and mailing address**

**Greg Magnan**
**1221 Main Ave**
**Moorhead, MN 56560**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$429.87**

---

**3.241 8**

**Nonpriority creditor's name and mailing address**

**Greg Robinson**
**49 Leveson Street**
**North Melbourne VIC 3051**
**AUSTRAILA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,498.06**

---

**3.241 9**

**Nonpriority creditor's name and mailing address**

**Greg Sawatsky**
**15 Woodbank St**
**Stoney Creek ON L8J 3Y5**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,884.22**

---

**3.242 0**

**Nonpriority creditor's name and mailing address**

**Greg Unsicker**
**4436 West 25 South**
**West Point, UT 84015**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,143.38**

---

**3.242 1**

**Nonpriority creditor's name and mailing address**

**Gregg Fiddes**
**2565 Manchester Avenue**
**Cardiff, CA 92007**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,463.50**

---

**3.242 2**

**Nonpriority creditor's name and mailing address**

**Gregg Henry**
**3982 Powell Rd.**
**PMB 412**
**Powell, OH 43065**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$698.59**

---

Debtor    **Launch Pad LLC**
_____    Case number (if known) _____
Name

| | | |
|---|---|---|
| 3.242 3 | **Nonpriority creditor's name and mailing address** | **$2,595.32** |

**Gregor Kahles**
**Philipp-Reisstrasse 13**
**Krefeld  47807**
**GERMANY**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.242 4 | **Nonpriority creditor's name and mailing address** | **$725.54** |

**Gregorio Ventura**
**2875 Sedgwick Avenue**
**Apt-D3**
**Bronx, NY 10468**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.242 5 | **Nonpriority creditor's name and mailing address** | **$760.41** |

**Gregory Anderson**
**61664 Woodriver Drive**
**Bend, OR 97702**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.242 6 | **Nonpriority creditor's name and mailing address** | **$430.52** |

**Gregory Aring**
**9741 Clocktower Lane, #202**
**Columbia, MD 21046**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.242 7 | **Nonpriority creditor's name and mailing address** | **$659.14** |

**Gregory Aune**
**20023 Terra Canyon**
**San Antonio, TX 78255**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.242 8 | **Nonpriority creditor's name and mailing address** | **$659.14** |

**Gregory Aune**
**20023 Terra Canyon**
**San Antonio, TX 78255**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.242 9 | **Nonpriority creditor's name and mailing address** | **$458.50** |

**Gregory Booth**
**359 Annalyn Cir**
**Sandy, UT 84070**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.243 0**

**Nonpriority creditor's name and mailing address**

**Gregory Boss**
**4344 Maple Woods Dr W**
**Saginaw, MI 48603**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,597.95**

---

**3.243 1**

**Nonpriority creditor's name and mailing address**

**Gregory Candage**
**96 South Riverview Street**
**Bradford, MA 01835-6968**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$700.15**

---

**3.243 2**

**Nonpriority creditor's name and mailing address**

**Gregory H**
**6832 Paseo Delicias #7217**
**Rancho Santa Fe, CA 92067**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$462.50**

---

**3.243 3**

**Nonpriority creditor's name and mailing address**

**Gregory Hake**
**8031 Valdosta Ave.**
**San Diego, CA 92126**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,110.00**

---

**3.243 4**

**Nonpriority creditor's name and mailing address**

**Gregory Holowka**
**6832 Paseo Delicias #7217**
**Rancho Santa Fe, CA 92067**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$462.50**

---

**3.243 5**

**Nonpriority creditor's name and mailing address**

**Gregory Mouras**
**862 Topaz Street**
**New Orleans, LA 70124**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$430.52**

---

**3.243 6**

**Nonpriority creditor's name and mailing address**

**Gregory Pratt**
**387 Marsh Cove Drive**
**Ponte Vedra Beach, FL 32082**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$659.52**

---

Debtor   **Launch Pad LLC**
_____          Case number (*if known*) _____
Name

| | | |
|---|---|---|
| **3.243 7** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**3.243 7**

**Nonpriority creditor's name and mailing address**

**Gregory Stroud**
**8439 Lake Crystal Dr**
**Houston, TX 77095**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,330.93

---

**3.243 8**

**Nonpriority creditor's name and mailing address**

**Gregory Worrell**
**P.O. Box 25134**
**Christiansted, VI 00824-1134**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$6,606.80

---

**3.243 9**

**Nonpriority creditor's name and mailing address**

**Griffin Lepak**
**1466 Oriole Dr**
**Hartford, WI 53027**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$684.14

---

**3.244 0**

**Nonpriority creditor's name and mailing address**

**Grigorios-Sotirios Gkizas**
**Pindou 34**
**Dog Grooming Saloon (Ground Floor)**
**Athens  15121**
**GREECE**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$933.79

---

**3.244 1**

**Nonpriority creditor's name and mailing address**

**Alexandra Grumet**
**178 East 70th St.**
**Apt.5F**
**New York, NY 10021**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$430.52

---

**3.244 2**

**Nonpriority creditor's name and mailing address**

**Guenter Reinhold**
**Harthauser Str. 79**
**Munich  81545**
**GERMANY**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,086.74

---

Debtor **Launch Pad LLC**
Name

Case number *(if known)* _____

---

| 3.244 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,958.35 |
|---|---|---|---|

**Guibor Camargo Salamanca**
7630 NW 25 Street, Ste2B
C057996
Miami, FL 33122

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.244 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $560.73 |
|---|---|---|---|

**Guido Kliefoth**
Dudenstrasse 28
Berlin  10965
GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.244 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $428.32 |
|---|---|---|---|

**Guilherme Brandao**
441 North 2nd Street
Carlton, OR 97111

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.244 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $510.93 |
|---|---|---|---|

**Guillaume Chatain**
13 Coleherne Road
Flat 3
London ENG SW10 9BS
UNITED KINGDOM

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.244 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $683.22 |
|---|---|---|---|

**Guillermo Cavazos**
Plaza Espana 6
Tlalnepantla MEX 54020
MEXICO

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.244 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $659.52 |
|---|---|---|---|

**Guillermo Garcia**
32-01 82nd Street
Queens, NY 11370

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Launch Pad LLC**
_____          Case number *(if known)* _____
Name

---

**3.2449**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**Gulbahar Bakirci**
**Gasverksgatan 47**
**Eslov  24138**
**SWEDEN**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$4,161.96**

---

**3.2450**

**Nonpriority creditor's name and mailing address**

**Gunnar Schuster**
**Beermannstrasse 5**
**Berlin  12435**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

As of the petition filing date, the claim is: *Check all that apply.*

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$609.49**

---

**3.2451**

**Nonpriority creditor's name and mailing address**

**Gurkan Kirgezmis**
**1279 E 17th St.**
**Apt. Ee**
**Brooklyn, NY 11230**

☐ Contingent
☐ Unliquidated
☐ Disputed

As of the petition filing date, the claim is: *Check all that apply.*

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,575.63**

---

**3.2452**

**Nonpriority creditor's name and mailing address**

**Gurminder Bhogal**
**4 Silverstone Mews**
**Maidenhead ENG SL6 4JR**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

As of the petition filing date, the claim is: *Check all that apply.*

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$559.82**

---

**3.2453**

**Nonpriority creditor's name and mailing address**

**Gurudutt Raval**
**151 Floral Avenue**
**Bethpage, NY 11714**

☐ Contingent
☐ Unliquidated
☐ Disputed

As of the petition filing date, the claim is: *Check all that apply.*

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,339.52**

---

**3.2454**

**Nonpriority creditor's name and mailing address**

**Gurur Demir**
**Brinkstrasse 33**
**Offenbach Am Main  63069**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

As of the petition filing date, the claim is: *Check all that apply.*

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,665.25**

---

**3.2455**

**Nonpriority creditor's name and mailing address**

**Gustavo Diaz**
**17026 Carlton Way Road**
**Huntersville, NC 28078**

☐ Contingent
☐ Unliquidated
☐ Disputed

As of the petition filing date, the claim is: *Check all that apply.*

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$659.52**

---

Debtor **Launch Pad LLC**                                    Case number *(if known)* _____
             Name

| 3.245 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $59.52 |
|---|---|---|---|
| | Gustavo Diaz | ☐ Contingent | |
| | 17026 Carlton Way Road | ☐ Unliquidated | |
| | Huntersville, NC 28078 | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.245 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $633.12 |
|---|---|---|---|
| | Gustavo Fortes | ☐ Contingent | |
| | Rua Itapirucu 177 | ☐ Unliquidated | |
| | S O Paulo SP 03672-020 | ☐ Disputed | |
| | BRAZIL | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.245 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,810.37 |
|---|---|---|---|
| | Gustavo Garibay | ☐ Contingent | |
| | 4578 Northern Moon Way | ☐ Unliquidated | |
| | San Diego, CA 92154 | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.245 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $864.30 |
|---|---|---|---|
| | Gustavo Santos | ☐ Contingent | |
| | Rua Alfredo Ceschiatti, 155 | ☐ Unliquidated | |
| | Bloco 1 Apt 503 | ☐ Disputed | |
| | Rio De Janeiro RJ 22775045 | | |
| | BRAZIL | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.246 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,315.57 |
|---|---|---|---|
| | Gustavo Vargas | ☐ Contingent | |
| | 1319 Whitney Isles Dr | ☐ Unliquidated | |
| | Windermere, FL 34786 | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.246 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $733.92 |
|---|---|---|---|
| | Guy Delauniere | ☐ Contingent | |
| | 1471 Regent Street | ☐ Unliquidated | |
| | Niskayuna, NY 12309 | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.246 2**

**Nonpriority creditor's name and mailing address**

**Guy Stuller**
**12765 W Brentwood Dr**
**New Berlin, WI 53151**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,309.14**

---

**3.246 3**

**Nonpriority creditor's name and mailing address**

**H Carr**
**3400 Garrison Street Northwest**
**Washington, DC 20008**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$744.29**

---

**3.246 4**

**Nonpriority creditor's name and mailing address**

**H M**
**321 Kent Ave**
**Colonial Heights, VA 23834**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,309.52**

---

**3.246 5**

**Nonpriority creditor's name and mailing address**

**Habib Moudoub**
**153 Vanderbilt Ave**
**Brooklyn, NY 11205**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$634.52**

---

**3.246 6**

**Nonpriority creditor's name and mailing address**

**Hai Lam**
**901 S Joshua Ave**
**Broken Arrow, OK 74012**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$430.14**

---

**3.246 7**

**Nonpriority creditor's name and mailing address**

**Hai Le**
**14323 Cashel Wood Dr**
**Houston, TX 77069**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$430.52**

---

**3.246 8**

**Nonpriority creditor's name and mailing address**

**Hai Nguyen**
**8029 Torino**
**Stanton, CA 90680**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$465.96**

---

Debtor    **Launch Pad LLC**                                          Case number *(if known)* _____
_____
            Name

| 3.246 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $736.19 |
|---|---|---|---|

**Anthony Haile**
**2324 Sherwood Drive**
**Priceless Power Corp**
**Lemon Grove, CA 91945**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $837.99 |
|---|---|---|---|

**Hakan Guralay**
**An Der Windmuhle 22**
**Hagenburg  31558**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $430.52 |
|---|---|---|---|

**Hal Coopersmith**
**233 E 70 St**
**Unit 11S**
**New York, NY 10021**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $429.12 |
|---|---|---|---|

**Haley Akes**
**121 North 15th Street, #3006**
**Las Vegas, NV 89101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $875.63 |
|---|---|---|---|

**Hamed Farhadi**
**Nina Eignhorns Gata 4**
**Stockholm  11366**
**SWEDEN**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $470.17 |
|---|---|---|---|

**Hamilton Cline**
**153 Bepler St**
**Daly City, CA 94014**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $430.14 |
|---|---|---|---|

**Anna Hamilton**
**2204 Langford Cv**
**Austin, TX 78723**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Launch Pad LLC**                                    Case number (if known) _____
_____
          Name

| 3.247 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $430.52 |
|---|---|---|---|

**Hampton Fowler**
**236 Chancellors Park Court**
**Simpsonville, SC 29681**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,284.14 |
|---|---|---|---|

**Hamza Arshad**
**14 Farnham Loop**
**Little Rock, AR 72223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,957.95 |
|---|---|---|---|

**Hamza Bitar**
**Weststrasse 2**
**Chemnitz  9112**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,362.99 |
|---|---|---|---|

**Han Che**
**Unit 1 45 Union Grove**
**Springvale VIC 3171**
**AUSTRAILA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $717.35 |
|---|---|---|---|

**Hanan Auzam**
**697 Amaretto Avenue**
**Pickering ON L1X1L7**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $467.01 |
|---|---|---|---|

**Hanh Tran**
**805 Aaron Park Drive**
**Milpitas, CA 95035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $728.48 |
|---|---|---|---|

**Hanh-Uyen Nguyen**
**14 Faenza**
**Newport Beach, CA 92657**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor     **Launch Pad LLC**
           _____          Case number _(if known)_ _____
                     Name

---

| 3.248 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$853.21** |

**Hani Almandeel**
**Via Del Gaggiolo, 38**
**Bah 783**
**Arcene BG 24040**
**ITALY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.248 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$669.36** |

**Hannah Craig**
**6426 Ohio 287**
**West Liberty, OH 43357**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.248 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$430.52** |

**Hannah Gavette**
**2217 Hensch Street**
**Fort Wayne, IN 46808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.248 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$758.25** |

**Hannah Todd**
**1 Swinnie Cottages**
**Jedburgh SCT TD8 6PD**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.248 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$564.90** |

**Hannelore Krolik-Vorhaus**
**Hermesweg 1**
**Berlin  12167**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.248 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$897.94** |

**Hannes Kroll**
**Mommsenstr. 11**
**Berlin  12203**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Launch Pad LLC**                                              Case number *(if known)* _____
_____
Name

| 3.248 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$564.38** |
|---|---|---|---|

**Hanno Bibo**
**Rutersbarg 9A**
**Hamburg  22529**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.249 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$63.71** |
|---|---|---|---|

**Hans Fetterhoff**
**1214 Bristol Avenue**
**Colorado Springs, CO 80905**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.249 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$712.91** |
|---|---|---|---|

**Hans Fetterhoff**
**1214 Bristol Avenue**
**Colorado Springs, CO 80905**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.249 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,416.44** |
|---|---|---|---|

**Hans Flueckiger**
**Hoelzlistrasse 40**
**Binningen  4102**
**SWITZERLAND**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.249 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$689.52** |
|---|---|---|---|

**Hans Heller**
**58 Robinson Pond Dr.**
**Hudson, NH 03063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.249 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,388.76** |
|---|---|---|---|

**Hans J. Huber**
**Mercystrasse 19**
**Freiburg Im Breisgau  79100**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.249 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$719.88** |
|---|---|---|---|

**Hanumantha Rao Chopparapu**
**11424 Aclare Street**
**Artesia, CA 90701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.249 6**

**Nonpriority creditor's name and mailing address**

**Hany Iskandar**
**2549 E. Valley Parkway # 112**
**Escondido, CA 92027**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$741.58**

---

**3.249 7**

**Nonpriority creditor's name and mailing address**

**Aaqib Haq**
**1950 Old Arcata Road**
**Unit A**
**Bayside, CA 95524**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$740.52**

---

**3.249 8**

**Nonpriority creditor's name and mailing address**

**Haraindra Witharana**
**11608 12 Avenue Northwest**
**Edmonton AB T6J6X6**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$717.55**

---

**3.249 9**

**Nonpriority creditor's name and mailing address**

**Harald Friedl**
**Hasselaersplein 1**
**Haarlem  2013 GB**
**NETHERLANDS**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,446.51**

---

**3.250 0**

**Nonpriority creditor's name and mailing address**

**A Harden**
**1034 South Pine Road**
**Albany Creek QLD 4035**
**AUSTRAILA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$707.51**

---

**3.250 1**

**Nonpriority creditor's name and mailing address**

**Hardial Singh**
**2812 15 Street Northwest**
**Edmonton AB T6T 0V5**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$871.28**

---

**3.250 2**

**Nonpriority creditor's name and mailing address**

**Haresh Khemani**
**102 Alex Campbell Crescent**
**King City ON L7B0C1**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$706.72**

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.250 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,359.14 |
|---|---|---|
| **Amos Hargrove**<br>**2322 Loretta Lane**<br>**Rowlett, TX 75088** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.250 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $659.52 |
|---|---|---|
| **Harinder Johal**<br>**1 3rd Avenue4**<br>**Mineola, NY 11501** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.250 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $706.72 |
|---|---|---|
| **Harinder Virk**<br>**1496 E 54 St**<br>**Vancouver BC V5P1Y2**<br>**CANADA** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.250 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $812.43 |
|---|---|---|
| **Harish Umashankar**<br>**4261 Norwalk Drive**<br>**Y310**<br>**San Jose, CA 95129** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.250 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $725.10 |
|---|---|---|
| **Harmandeep Narang**<br>**3683 Azalea Street**<br>**Aurora, OH 44202** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.250 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $851.52 |
|---|---|---|
| **Harold Brothwell**<br>**756 W Ornament Lane**<br>**Santa Claus, IN 47579** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.250 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $464.55 |
|---|---|---|
| **Harold Kleppe**<br>**397 East Hiawatha Trails**<br>**Wood Dale, IL 60191** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.251 0**

**Nonpriority creditor's name and mailing address**

**Harper Dimmerman**
**2037 Chestnut Street, Floor 1**
**P.O. Box 2134**
**Philadelphia, PA 19103**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$712.28**

---

**3.251 1**

**Nonpriority creditor's name and mailing address**

**Harpreet Bhogal**
**225-35 88th Avenue**
**Apt #1**
**Queens, NY 11427**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$851.52**

---

**3.251 2**

**Nonpriority creditor's name and mailing address**

**Harpreet Dhillon**
**2879 Catalina Blvd Northeast**
**Calgary AB T1Y 6R1**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$749.06**

---

**3.251 3**

**Nonpriority creditor's name and mailing address**

**Harpreet Goraya**
**74087 Rd 11 E**
**P.O. Box 928**
**Stony Mountain MB R0C3A0**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,375.11**

---

**3.251 4**

**Nonpriority creditor's name and mailing address**

**Harrison Wu**
**726 Arabian Lane**
**Walnut, CA 91789**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$708.50**

---

**3.251 5**

**Nonpriority creditor's name and mailing address**

**Harry Mediavilla**
**450 Janice Kay Place**
**Kissimmee, FL 34744**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$659.52**

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.251 6**

**Nonpriority creditor's name and mailing address**

**Harry Saddock**
**47 Lefoll Blvd**
**South Windsor, CT 06074**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$652.73**

---

**3.251 7**

**Nonpriority creditor's name and mailing address**

**Harsharaj Agadi**
**3048 Wilkins Lane**
**Tracy, CA 95377**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$779.22**

---

**3.251 8**

**Nonpriority creditor's name and mailing address**

**Harshit Goyal**
**96 Highland Ave**
**Apt 201**
**Jersey City, NJ 07306**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,309.52**

---

**3.251 9**

**Nonpriority creditor's name and mailing address**

**Adam Hartwick**
**1147 Washington Street**
**Indiana, PA 15701**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$725.59**

---

**3.252 0**

**Nonpriority creditor's name and mailing address**

**Artavazd Harutyunyan**
**500 West Colorado Street C-211**
**Glendale, CA 91204**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$349.75**

---

**3.252 1**

**Nonpriority creditor's name and mailing address**

**Artavazd Harutyunyan**
**500 W Colorado Str. C-211**
**Glendale, CA 91204**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$4,324.22**

---

**3.252 2**

**Nonpriority creditor's name and mailing address**

**Harvey James**
**179 North Root St**
**Aurora, IL 60505**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$686.45**

---

Debtor    **Launch Pad LLC**
_____    Case number (*if known*) _____
Name

| | |
|---|---|
| **3.252 3** | |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*    **$746.02**

**Harvey James**
**179 North Root St**
**Aurora, IL 60505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.252 4** | |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*    **$837.31**

**Hasan Kilinc**
**Schanzenstr.6**
**Waghausel  68753**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.252 5** | |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*    **$1,369.03**

**Haseeb Abbas**
**6 Plover Court**
**Unit 2**
**Endeavour Hills VIC 3802**
**AUSTRAILA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.252 6** | |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*    **$745.08**

**Hatsuki Koshihara**
**9061 Arbor Ashbury Ave**
**Las Vegas, NV 89149**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.252 7** | |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*    **$714.34**

**Haydar Isa**
**Seelbergstrasse 29**
**Stuttgart  70372**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.252 8** | |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*    **$689.81**

**Hayden Harris**
**14618 13th Ave SE**
**Mill Creek, WA 98012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Launch Pad LLC**
_____   Case number _(if known)_ _____
Name

| 3.252 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $851.52 |
|---|---|---|---|

**Hayder Alhadi**
**16999 Cristina Court**
**Clinton Twp, MI 48038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $1,860.62 |
|---|---|---|---|

**Zack Haynes**
**9940 Savannah Marie Ave**
**Las Vegas, NV 89149**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $871.28 |
|---|---|---|---|

**Heather Carter**
**1050 Stainton Drive, #325**
**Mississauga ON L5C 2T7**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $687.32 |
|---|---|---|---|

**Hector Ariceaga**
**495 W Ash St**
**Lebanon, OR 97355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $709.25 |
|---|---|---|---|

**Hector Villasenor**
**Belgica 8850 Col Cacho**
**Tijuana BC 22040**
**MEXICO**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $746.00 |
|---|---|---|---|

**Heegun Yang**
**3210 Esperanza Crossing**
**Apt 5403**
**Austin, TX 78758**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $466.45 |
|---|---|---|---|

**Heidi Medina**
**65 SW 8th Ave**
**Oak Harbor, WA 98277**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**3.253 6**

**Nonpriority creditor's name and mailing address**

**Heinz Wieduwilt**
**8688 Hazelbridge Way #909**
**Richmond BC V6X 0R6**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$732.60**

---

**3.253 7**

**Nonpriority creditor's name and mailing address**

**Helder Jose Faria Da Silva**
**Route De Rolle 28**
**Saint-Prex  1162**
**SWITZERLAND**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$747.67**

---

**3.253 8**

**Nonpriority creditor's name and mailing address**

**Helme Alsaade**
**Granangsringen 44**
**Trappor 7**
**Tyreso  13544**
**SWEDEN**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$951.45**

---

**3.253 9**

**Nonpriority creditor's name and mailing address**

**Hemanta Guragain**
**547 Early Fall Court**
**Herndon, VA 20170**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$659.52**

---

**3.254 0**

**Nonpriority creditor's name and mailing address**

**Hendrik Wiese**
**Fehrbellinstrasse 9**
**Koln  50737**
**GERMANY**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$564.38**

---

**3.254 1**

**Nonpriority creditor's name and mailing address**

**Henri Gharchloo**
**17618 Rushing Drive**
**Granada Hills, CA 91344**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,452.05**

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.254 2**

**Nonpriority creditor's name and mailing address**

**Henri Pusar**
**7926 Friars Court Ln**
**Spring, TX 77379**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$746.42**

---

**3.254 3**

**Nonpriority creditor's name and mailing address**

**Henrik Holla**
**Szerelem Alfred Ut 8.**
**Heves  3360**
**HUNGARY**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$978.70**

---

**3.254 4**

**Nonpriority creditor's name and mailing address**

**Henrik Podewils**
**Schmidt-Ott-Strasse 16**
**Berlin  12165**
**GERMANY**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$564.11**

---

**3.254 5**

**Nonpriority creditor's name and mailing address**

**Henrique Defreitas**
**60 Preservation Dr**
**Taunton, MA 02780**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,397.57**

---

**3.254 6**

**Nonpriority creditor's name and mailing address**

**Henry Evans**
**2343 Morningside St**
**San Diego, CA 92139**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$462.50**

---

**3.254 7**

**Nonpriority creditor's name and mailing address**

**Henry Flores**
**12039 SW 273 Street**
**Homestead, FL 33032**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$677.61**

---

**3.254 8**

**Nonpriority creditor's name and mailing address**

**Henry Haskin**
**6206 Lacoste Love Court**
**Spring, TX 77379**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$659.52**

---

Debtor __**Launch Pad LLC**_____    Case number *(if known)* _____
        Name

| 3.254 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** *Check all that apply.*    **$689.52**

**Henry Jensen**
**17154 Linda Way**
**Noblesville, IN 46062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 0 |
|---|

**Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** *Check all that apply.*    **$465.96**

**Henry Lam**
**8702 Bermuda Ave**
**Westminster, CA 92683**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 1 |
|---|

**Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** *Check all that apply.*    **$468.06**

**Henry Ma**
**628 N 13th St**
**San Jose, CA 95112-3012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 2 |
|---|

**Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** *Check all that apply.*    **$430.52**

**Henry Maglente**
**177 Freshwater Lane**
**Mooresville, NC 28117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 3 |
|---|

**Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** *Check all that apply.*    **$430.52**

**Henry Maya**
**1900 N Bayshore Dr,**
**Apt 4207**
**Miami, FL 33132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 4 |
|---|

**Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** *Check all that apply.*    **$1,272.52**

**Henry Patner**
**351 East 4th Street**
**New York, NY 10009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 5 |
|---|

**Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** *Check all that apply.*    **$650.93**

**Henry Quiring**
**13 Fielding Court**
**Ajax ON L1T4W5**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.2556**

**Nonpriority creditor's name and mailing address**

**Herlin Burch**
**1948 Varick Way**
**Casselberry, FL 32707**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,359.52**

---

**3.2557**

**Nonpriority creditor's name and mailing address**

**Herman Le Roux**
**10-1818 Harbour Street**
**Port Coquitlam BC V3C 0E8**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$650.93**

---

**3.2558**

**Nonpriority creditor's name and mailing address**

**Herman Le Roux**
**1818 Harbour Street**
**Unit 10**
**Port Coquitlam BC V3C 0E8**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$643.43**

---

**3.2559**

**Nonpriority creditor's name and mailing address**

**Hermann Nelke**
**Im Muhlbachtal 44**
**Haltern Am See  45721**
**GERMANY**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$858.09**

---

**3.2560**

**Nonpriority creditor's name and mailing address**

**Herminio Carrasquillo**
**18875 Riversouth Terrace**
**#3**
**Fairview Park, OH 44126**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,110.02**

---

**3.2561**

**Nonpriority creditor's name and mailing address**

**Hermon Hermon**
**5055 Seminary Rd Apt 901**
**Alexandria, VA 22311**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$716.69**

---

Debtor  **Launch Pad LLC**                                                          Case number (if known) _____
        Name

| 3.256 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $719.88 |
|---------|---|---|---|

**Hernan Campos**
**450 S La Fayette Pl #206**
**Los Angeles, CA 90057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,431.62 |
|---------|---|---|---|

**Hernan Campos**
**450 S La Fayette Pl #206**
**Los Angeles, CA 90057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $677.89 |
|---------|---|---|---|

**Herschel Meadow**
**6103 Aqua Avenue**
**Ph 2**
**Miami Beach, FL 33141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $737.40 |
|---------|---|---|---|

**Joseph Hickeyhall**
**4119 Shark Ct, Apt B**
**Apt B**
**Great Lakes, IL 60088**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,329.33 |
|---------|---|---|---|

**Hillary Swieca**
**71 Rue Du Manoir**
**Pointe-Des-Cascades QC J0P 1M0**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $659.52 |
|---------|---|---|---|

**Hilmer Castillo**
**9419 Bayou Lake Ln**
**Houston, TX 77040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $456.35 |
|---------|---|---|---|

**Ahmed Himdi**
**3812 Albemarle Ave**
**Drexel Hill, PA 19026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Launch Pad LLC**
_____
Name

Case number (if known) _____

| 3.2569 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $510.64 |
|---|---|---|---|

**Himesh Quessou**
**14 Crabtree Avenue**
**London ENG HA0 1LP**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2570 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $917.96 |
|---|---|---|---|

**Hiren Patel**
**8950 Tucker Drive**
**Caseyville, IL 62232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2571 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $430.14 |
|---|---|---|---|

**Hisham Abidallah**
**3051 East 97th Place**
**Apt2**
**Highland, IN 46322**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2572 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,381.94 |
|---|---|---|---|

**Hoang Tran**
**6132 Shelly Dr**
**Huntington Beach, CA 92647**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2573 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,398.63 |
|---|---|---|---|

**Vu Hoang**
**34935 7th Ave Sw**
**Federal Way, WA 98023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2574 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,546.00 |
|---|---|---|---|

**Holger Ahlers**
**Weihermatten 37**
**Bad Sackingen  70713**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2575 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $430.52 |
|---|---|---|---|

**Holynabu Interiano**
**3435 South Orange Avenue**
**T107**
**Orlando, FL 32806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Launch Pad LLC**
Name

Case number (if known) _____

| 3.257 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,451.69 |

**Homer Gardner**
953 South Park Avenue
Somerset, PA 15501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $659.52 |

**Horace Mackey**
1316 Boyd Ave Nw
Atlanta, GA 30318

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $778.50 |

**Horatiu Bogdan**
Str. Arenei, Nr.6, Bl.B1, Sc. A, Ap.8
Hunedoara HD 331095
ROMANIA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,309.52 |

**John Horton**
2908 Willow Circle
Northport, AL 35473-8066

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.258 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,825.09 |

**Hountcheme Gbeyetin**
10505 34th Avenue North
Medecine Lake, MN 55441

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.258 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $924.25 |

**Hovhannes Martirossyan**
Lindenlaan 16
Leimuiden  2451 CC
NETHERLANDS

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.258 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $659.52 |

**Howard Andrus**
47-670 Wailehua Pl
Kaneohe, HI 96744-4931

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.258 3**

**Nonpriority creditor's name and mailing address**

**Howard Fleming**
**673 Legends Crest Drive**
**Franklin, TN 37069**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$559.52

---

**3.258 4**

**Nonpriority creditor's name and mailing address**

**Howard Kellogg**
**8 Charnwood Rd**
**#1**
**Somerville, MA 02144**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$700.15

---

**3.258 5**

**Nonpriority creditor's name and mailing address**

**Howard Roos**
**905 3rd Street**
**Colona, IL 61241-9773**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,417.15

---

**3.258 6**

**Nonpriority creditor's name and mailing address**

**Hristian Menna**
**6010 Northwest 99th Avenue**
**Suite 109**
**Doral, FL 33178**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,967.46

---

**3.258 7**

**Nonpriority creditor's name and mailing address**

**Hsiao-Hong Lin**
**972 King Street West**
**Kitchener ON N2G1G4**
**CANADA**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$871.28

---

**3.258 8**

**Nonpriority creditor's name and mailing address**

**Huang Zhaohui**
**Plaza Grup Parpallo,9 P06 16**
**Valencia V 46015**
**SPAIN**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$3,599.47

---

**3.258 9**

**Nonpriority creditor's name and mailing address**

**Huang Zhaohui**
**Plaza Grup Parpallo,9 P06 16**
**Valencia V 46015**
**SPAIN**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,811.98

---

Debtor   **Launch Pad LLC**
_____      Case number *(if known)* _____
         Name

| 3.259 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$20,709.09** |
|---|---|---|---|

**Julia Huelsmeyer**
**Keferloher Strasse 2A Haar**
**Munich  85540**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.259 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$627.02** |
|---|---|---|---|

**Hugh Davis**
**215 N. New River Dr E, #3190**
**Fort Lauderdale, FL 33301**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.259 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$870.68** |
|---|---|---|---|

**Hugo Nunes**
**Praca Bartolomeu Dias, 271 - 2 Esq**
**Alcochete PT-15 2890-138**
**PORTUGAL**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.259 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$634.52** |
|---|---|---|---|

**Hugo Ortiz**
**21196 Vineland Square**
**Ashburn, VA 20147**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.259 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,812.89** |
|---|---|---|---|

**Hugues Corbel**
**140 Blvd De Grenelle**
**Hotel Bleu De Grenelle**
**Paris  75015**
**FRANCE**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.259 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$430.14** |
|---|---|---|---|

**Humberto Corral**
**2626 Reagan St**
**Apt 211**
**Dallas, TX 75219**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

Debtor  **Launch Pad LLC**
_____
Name

Case number *(if known)* _____

---

**3.2596**

**Nonpriority creditor's name and mailing address**

**Humberto Salazar**
**638 Orme Avenue**
**Los Angeles, CA 90023**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$469.11

---

**3.2597**

**Nonpriority creditor's name and mailing address**

**Humera Ali**
**22 Arlington Street**
**Glasgow SCT G3 6DU**
**UNITED KINGDOM**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,810.17

---

**3.2598**

**Nonpriority creditor's name and mailing address**

**Humphrey Yeung**
**60 Nolanhurst Green Nw**
**Calgary AB T3R 0Z2**
**CANADA**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,294.66

---

**3.2599**

**Nonpriority creditor's name and mailing address**

**Hunter Dundas**
**1364 Islington.Ave**
**Toronto ON M9A3K6**
**CANADA**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$689.68

---

**3.2600**

**Nonpriority creditor's name and mailing address**

**Hunter Lapeyre**
**4803 Carondelet St**
**New Orleans, LA 70115**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,309.52

---

**3.2601**

**Nonpriority creditor's name and mailing address**

**Huok Ung**
**5260 Pomona Blvd**
**Suite 102**
**Los Angeles, CA 90022**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,431.62

---

**3.2602**

**Nonpriority creditor's name and mailing address**

**Hurben Akcagoz**
**Erzene Mh 124 Sok. Yersu Apt No 4/A Kat:**
**Izmir  35000**
**TURKEY**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$507.63

---

Debtor **Launch Pad LLC**
Name

Case number *(if known)* _____

| 3.260 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $686.75 |
|---|---|---|---|

**William Huseby**
606 Stokeswood Ave
Atlanta, GA 30316

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.260 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $925.57 |
|---|---|---|---|

**Huseyin Tarkan Gokalp**
40. Street No:5 Pyla
Larnaca  7080
CYPRUS

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.260 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $706.72 |
|---|---|---|---|

**Hussam Fayad**
319 Olmstead Street
Ottawa ON K1L 7K2
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.260 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $675.93 |
|---|---|---|---|

**Hussan Jawa**
360 Etheridge Ave
Milton ON L9E 0A8
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.260 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,115.08 |
|---|---|---|---|

**Hussein Hamdoun**
Marktstr9
Siegen  57078
GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.260 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $681.72 |
|---|---|---|---|

**Hussein Younes**
18322 63 Avenue
Surrey BC V3S 8B1
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Launch Pad LLC**
_____
Name

Case number (if known) _____

---

**3.2609**

**Nonpriority creditor's name and mailing address**
**Hutch Johnson**
**P.O. Box 1936**
**Sun Valley, ID 83353**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,330.32**

---

**3.2610**

**Nonpriority creditor's name and mailing address**
**Hutch Johnson**
**P.O. Box 1936**
**Sun Valley, ID 83353**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$679.92**

---

**3.2611**

**Nonpriority creditor's name and mailing address**
**Huu Nguyen**
**13645 E Dakota Ave**
**Aurora, CO 80012**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$744.00**

---

**3.2612**

**Nonpriority creditor's name and mailing address**
**Iain O'Neill**
**33 Willowfield Road**
**Eastbourne ENG BN22 8AP**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$716.07**

---

**3.2613**

**Nonpriority creditor's name and mailing address**
**Ian Achurra**
**1251 Halifax Way**
**San Ramon, CA 94582-5047**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$746.21**

---

**3.2614**

**Nonpriority creditor's name and mailing address**
**Ian Barton**
**11604 Jefferson Street**
**Kansas City, MO 64114**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$689.14**

---

**3.2615**

**Nonpriority creditor's name and mailing address**
**Ian Botnick**
**5197 Durie Road**
**Mississauga ON L5M 2C6**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$871.28**

---

Debtor **Launch Pad LLC**
_____
Name

Case number *(if known)* _____

| | |
|---|---|
| **3.261 6** | **$119.00** |

**Nonpriority creditor's name and mailing address**

**Ian Botnick**
**5197 Durie Road**
**Mississauga ON L5M 2C6**
**CANADA**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.261 7** | **$3,589.31** |

**Nonpriority creditor's name and mailing address**

**Ian Brennan**
**10 Milano Avenue**
**Stirling WA 6021**
**AUSTRAILA**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.261 8** | **$789.55** |

**Nonpriority creditor's name and mailing address**

**Ian Foster**
**24928 121st Pl SE**
**Kent, WA 98030**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.261 9** | **$760.62** |

**Nonpriority creditor's name and mailing address**

**Ian Franklin**
**12 Albatross Way**
**Chelmsford ENG CM3 3FX**
**UNITED KINGDOM**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.262 0** | **$685.23** |

**Nonpriority creditor's name and mailing address**

**Ian Freemire**
**2260 West 74th Avenue**
**Denver, CO 80221**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.262 1** | **$510.54** |

**Nonpriority creditor's name and mailing address**

**Ian Glover**
**18 Greenside Lane**
**Cullingworth ENG BD13 5AN**
**UNITED KINGDOM**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.262 2** | **$430.52** |

**Nonpriority creditor's name and mailing address**

**Ian Johnson**
**34341 Whittaker Street**
**Clinton Twp, MI 48035**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.262 3**

**Nonpriority creditor's name and mailing address**

**Ian Klepac**
**35 Fawnwood Drive West**
**Aiken, SC 29803**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$746.65**

---

**3.262 4**

**Nonpriority creditor's name and mailing address**

**Ian Lamanero**
**7255 Lee Highway Street**
**Apartment 804**
**Chattanooga, TN 37421**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$659.52**

---

**3.262 5**

**Nonpriority creditor's name and mailing address**

**Ian Mccue**
**310 NW 116th Ave #105**
**Portland, OR 97229**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$428.32**

---

**3.262 6**

**Nonpriority creditor's name and mailing address**

**Ian McKillop**
**270 Southgate Drive**
**Bedford NS B4A 4L8**
**CANADA**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$789.81**

---

**3.262 7**

**Nonpriority creditor's name and mailing address**

**Ian Waters**
**2 Hillside Road**
**Bexhill ENG TN402AN**
**UNITED KINGDOM**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$740.48**

---

**3.262 8**

**Nonpriority creditor's name and mailing address**

**Ian Weiss**
**930 Tahoe Blvd 802 # 558**
**Incline Village, NV 89451-9488**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$734.44**

---

**3.262 9**

**Nonpriority creditor's name and mailing address**

**Abel Ibars**
**1071 Lexi Court**
**Ladson, SC 29456**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$689.52**

---

Debtor   **Launch Pad LLC**
Name                                                                 Case number *(if known)* _____

---

**3.263 0** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,175.69**

**Ibrael Espinosa Moscoso**
**19 Rue Saint Maurice**
**Rdc 02**
**Nanterre  92000**
**FRANCE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.263 1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,566.37**

**Ibrahim Islam**
**Flat 504 Penn Court, 4 Williamsburg Plaz**
**London ENG E14 9XT**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.263 2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,114.52**

**iCare Technology Geeks**
**4355 Cobb Parkway Southeast**
**Suite J610**
**Atlanta, GA 30339**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.263 3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$689.35**

**Ichiro Ashihara**
**9 Cedar Cliff Terr**
**Meeford, MA 02155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.263 4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,006.98**

**Ielcean Razvan Doru**
**Ciobanului 6 #40**
**Cluj-Napoca CJ 400531**
**ROMANIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.263 5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$505.99**

**Ielcean Razvan Doru**
**Ciobanului 6 #40**
**Cluj-Napoca CJ 400531**
**ROMANIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.263 6**

**Nonpriority creditor's name and mailing address**

**Ignace Laplaese**
**Ezelstraat 135**
**Brugge  8000**
**BELGIUM**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$79.50**

---

**3.263 7**

**Nonpriority creditor's name and mailing address**

**Ignacio Kessler Usabox**
**25 SE 2nd Ave**
**Ste 406**
**Miami, FL 33131**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$2,163.99**

---

**3.263 8**

**Nonpriority creditor's name and mailing address**

**Ignacio Martinez Murias**
**Capitan General Ramon Freire 1062**
**Caba C C1426**
**ARGENTINA**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,977.47**

---

**3.263 9**

**Nonpriority creditor's name and mailing address**

**Ignacio Scorpus**
**1736 Parkway Court**
**Greenacres, FL 33413**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$430.52**

---

**3.264 0**

**Nonpriority creditor's name and mailing address**

**Igor Banfi**
**Plese 7B**
**Murska Sobota  9000**
**SLOVENIA**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,610.95**

---

**3.264 1**

**Nonpriority creditor's name and mailing address**

**Igor Dyuzhev**
**151 Fargo Avenue #2**
**Buffalo, NY 14201**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$659.52**

---

**3.264 2**

**Nonpriority creditor's name and mailing address**

**Igor Hridjikj**
**Bul.Asnom 4/3-4**
**Skopje  1000**
**NORTH MACEDONIA**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$794.59**

---

Debtor    **Launch Pad LLC**                                                Case number *(if known)* _____
                  Name

| 3.264 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$564.51** |
|---|---|---|---|

**Igor Martirosian**
**Wielandstrasse 8**
**Wiesbaden  65187**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,551.48** |
|---|---|---|---|

**Igor Orlanov**
**4167 Westerleigh Court Northwest**
**Norcross, GA 30092**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,160.46** |
|---|---|---|---|

**Ilias Gatzias**
**Manoli Triantafyllidi 15**
**2D Floor**
**Ioannina  45221**
**GREECE**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,174.83** |
|---|---|---|---|

**Ilias Gatzias**
**Manoli Triantafillidi 15**
**2D Floor**
**Ioannina  45221**
**GREECE**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,492.87** |
|---|---|---|---|

**Ilias Gatzias**
**Manoli Triantafillidi 15**
**2D Floor**
**Ioannina 45221**
**GREECE**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,016.88** |
|---|---|---|---|

**Ilie Robert Alexandru**
**Prelungirea Colentina Nr 28 B**
**28B**
**Mogosoaia IF 77135**
**ROMANIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __**Launch Pad LLC**_____     Case number (if known) _____
              Name

| 3.2649 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $505.99 |

**3.2649**

**Nonpriority creditor's name and mailing address**
**Ilie Robert Alexandru**
**Prelungirea Colentina ,Nr 28B**
**Mogosoaia IF 77135**
**ROMANIA**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ☒ No ☐ Yes

**$505.99**

---

**3.2650**

**Nonpriority creditor's name and mailing address**
**Ilir Telushi**
**Rooigemlaan 493**
**Gent  9000**
**BELGIUM**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ☒ No ☐ Yes

**$926.29**

---

**3.2651**

**Nonpriority creditor's name and mailing address**
**Iliyan Cholakov**
**Slaveikov, St. Dame Gruev 1**
**Ent. 1, Fl 1, Ap. 1**
**Burgas  8000**
**BULGARIA**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ☒ No ☐ Yes

**$839.92**

---

**3.2652**

**Nonpriority creditor's name and mailing address**
**Imad Ayaz**
**14090 Big Crest Lane #208**
**Woodbridge, VA 22191**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ☒ No ☐ Yes

**$851.52**

---

**3.2653**

**Nonpriority creditor's name and mailing address**
**Imam Adhitya**
**435A Bathurst St**
**Toroto ON M5T 2S9**
**CANADA**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ☒ No ☐ Yes

**$681.72**

---

**3.2654**

**Nonpriority creditor's name and mailing address**
**Iman Dori**
**5333 Balboa Blvd**
**Apt 229**
**Encino, CA 91316**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ☒ No ☐ Yes

**$469.11**

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.265 5**

**Nonpriority creditor's name and mailing address**

**Imehobong Archibong**
**4092 Brookwood Valley Cir NE**
**Atlanta, GA 30309**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$634.52**

---

**3.265 6**

**Nonpriority creditor's name and mailing address**

**Imehobong Archibong**
**4092 Brookwood Valley Cir NE**
**Atlanta, GA 30309**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$59.52**

---

**3.265 7**

**Nonpriority creditor's name and mailing address**

**Imran Janjua**
**12 Factory Road**
**Enniskillen NIR BT746DP**
**UNITED KINGDOM**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,430.81**

---

**3.265 8**

**Nonpriority creditor's name and mailing address**

**Imran Siddique**
**4312 Enchanted Oaks Drive**
**Arlington, TX 76016**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$692.81**

---

**3.265 9**

**Nonpriority creditor's name and mailing address**

**Imran Uddin**
**11 Quayside House**
**119 Tarling Road**
**London ENG E16 1GX**
**UNITED KINGDOM**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,410.07**

---

**3.266 0**

**Nonpriority creditor's name and mailing address**

**Senol Imrol**
**Severinusstrasse 34**
**Wenden  57482**
**GERMANY**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$564.90**

---

| Debtor | Launch Pad LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.266 1**

**Nonpriority creditor's name and mailing address**

**Inderpaul Rattan**
**12830 96 Avenue, #607**
**Surrey BC V3V 6A8**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$717.35**

---

**3.266 2**

**Nonpriority creditor's name and mailing address**

**Indigo Vanderborgh**
**519 East San Jose Avenue**
**Burbank, CA 91501**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$472.27**

---

**3.266 3**

**Nonpriority creditor's name and mailing address**

**Ingmar Ehrmann**
**Naupliaallee 12**
**Im Kiosk/Post**
**Ottobrunn  85521**
**GERMANY**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,735.56**

---

**3.266 4**

**Nonpriority creditor's name and mailing address**

**Ingo Wachter**
**Bismarckstrasse 84**
**Project X Ug (Haftungsbeschr  Nkt)**
**Nurnberg  90491**
**GERMANY**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,411.44**

---

**3.266 5**

**Nonpriority creditor's name and mailing address**

**Ionescu George-Nicolae**
**Str. Dumitru Lazarescu, Nr.26-28, Sector**
**Bucuresti B 52017**
**ROMANIA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$778.50**

---

**3.266 6**

**Nonpriority creditor's name and mailing address**

**Ionut Clopotaru**
**85 Windstar Drive**
**London ENG RM155GW**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$511.37**

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.266 7**

**Nonpriority creditor's name and mailing address**

**Ionut Clopotaru**
**85 Windstar Drive**
**London ENG RM15 5GW**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$510.64**

---

**3.266 8**

**Nonpriority creditor's name and mailing address**

**Ionut Grosu**
**Sosea Stefan Cel Mare Si Sfant, Nr 4, Et**
**Etaj 3, Ap 23, Int 1723**
**Iasi IS 700497**
**ROMANIA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,006.98**

---

**3.266 9**

**Nonpriority creditor's name and mailing address**

**Ionut Ivancea**
**Imparatul Traian, Nr.9, Bl 9, Scale 2, A**
**Bucharest B 41413**
**ROMANIA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$64.50**

---

**3.267 0**

**Nonpriority creditor's name and mailing address**

**Ionut Jora**
**Crivatului 6**
**Piatra Neamt NT 610096**
**ROMANIA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,552.00**

---

**3.267 1**

**Nonpriority creditor's name and mailing address**

**Ionut Sgarbura**
**Strada Siemens 1**
**Timisoara TM 300704**
**ROMANIA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,006.98**

---

**3.267 2**

**Nonpriority creditor's name and mailing address**

**Ionut Sgarbura**
**Strada Siemens 1**
**Timisoara TM 300704**
**ROMANIA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,006.98**

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.267 3**

**Nonpriority creditor's name and mailing address**

**Ip4 Gmbh**
**Meiereistrasse 8A**
**Wallsbull  24980**
**GERMANY**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$1,386.48**

---

**3.267 4**

**Nonpriority creditor's name and mailing address**

**Ira Kunyansky**
**722 North Orlando Avenue**
**#106**
**Los Angeles, CA 90069**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$7,399.38**

---

**3.267 5**

**Nonpriority creditor's name and mailing address**

**Ira Lee**
**P.O. Box 1972**
**Whiteriver, AZ 85941**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$1,557.73**

---

**3.267 6**

**Nonpriority creditor's name and mailing address**

**Iraj Maleki**
**Murtener Strasse 20**
**Berlin  12205**
**GERMANY**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$944.98**

---

**3.267 7**

**Nonpriority creditor's name and mailing address**

**Irakli Magradze**
**Melikishvili 45**
**Tbilisi  179**
**GEORGIA**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$19.00**

---

**3.267 8**

**Nonpriority creditor's name and mailing address**

**Irfan Aslam**
**20 Park St**
**Apt 1-7**
**Albany, NY 12207**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$1,479.08**

---

**3.267 9**

**Nonpriority creditor's name and mailing address**

**Irfan Iqbal**
**30 Hawkshead Street**
**Blackburn ENG BB2 2SJ**
**UNITED KINGDOM**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$1,435.98**

---

Debtor  **Launch Pad LLC**                                                     Case number (if known) _____
_____Name_____

| 3.268 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$814.20** |
|---|---|---|---|

**Irina Diana Iordache**
**Strada Cauzasi, Nr. 27-25**
**Hotel International, 0757997478**
**Bucharest B 30801**
**ROMANIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
**Basis for the claim:** __

Last 4 digits of account number __
Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,386.78** |
|---|---|---|---|

**Irina Tsvetkova**
**P.O. Box 251**
**Malden, MA 02148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
**Basis for the claim:** __

Last 4 digits of account number __
Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$741.24** |
|---|---|---|---|

**Irma Sargelyte**
**14 Plantsman Close**
**Norwich ENG NR2 2NH**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
**Basis for the claim:** __

Last 4 digits of account number __
Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,460.26** |
|---|---|---|---|

**Iryna Biyovska**
**129 Willow Avenue**
**Garwood, NJ 07027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
**Basis for the claim:** __

Last 4 digits of account number __
Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$717.35** |
|---|---|---|---|

**Isaac Baatz**
**191 Olive Street**
**Victoria BC V8S 3H4**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
**Basis for the claim:** __

Last 4 digits of account number __
Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,272.14** |
|---|---|---|---|

**Isaac Crowder**
**835 Bellevue Street**
**Apt B**
**Green Bay, WI 54302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
**Basis for the claim:** __

Last 4 digits of account number __
Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Launch Pad LLC**
Name

Case number *(if known)* _____

---

| 3.268 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $752.32 |

**Isaac Lowe**
**1700 South 2nd Street**
**Alhambra, CA 91801**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $465.96 |

**Isaac Obispo**
**312 De Paul Drive**
**A**
**Santa Barbara, CA 93110**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,451.69 |

**Isaac Valdez**
**289 Barnhill Road**
**Perkasie, PA 18944**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $689.52 |

**Isaac Yuen**
**909 Kapiolani Blvd #902**
**Honolulu, HI 96814**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $490.82 |

**Isabel Reiss**
**Bremgartnerstrasse 18**
**Zurich  8003**
**SWITZERLAND**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $684.52 |

**Isai Garcia**
**501 Southwest 64th Parkway**
**Pembroke Pines, FL 33023**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.269
2**

**Nonpriority creditor's name and mailing address**

**Isaiah Redfern**
**1665 Russel Rd**
**Unit 1**
**Ottawa ON K1G 0M8**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,638.76**

---

**3.269
3**

**Nonpriority creditor's name and mailing address**

**Isaiah Sisk**
**112 Cliff Dr**
**Buckner, MO 64016**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$430.14**

---

**3.269
4**

**Nonpriority creditor's name and mailing address**

**Isaiah Sisk**
**112 Cliff Dr**
**Buckner, MO 64016**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$430.14**

---

**3.269
5**

**Nonpriority creditor's name and mailing address**

**Isaiah Thomas**
**6720 28th Street, #428**
**Lubbock, TX 79407**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$734.59**

---

**3.269
6**

**Nonpriority creditor's name and mailing address**

**Isaias Salgado**
**18937 Felbridge Street**
**Santa Clarita, CA 91351**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$747.25**

---

**3.269
7**

**Nonpriority creditor's name and mailing address**

**Isaias Salgado**
**18937 Felbridge Street**
**Santa Clarita, CA 91351**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$752.74**

---

**3.269
8**

**Nonpriority creditor's name and mailing address**

**Islam Elmenshawy**
**378 Embarcadero West, #702**
**Oakland, CA 94607**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$751.03**

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.2699**

**Nonpriority creditor's name and mailing address**
**Jason Island**
**11107 Cremona Court**
**Richmond, TX 77406**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$5,903.52

---

**3.2700**

**Nonpriority creditor's name and mailing address**
**Ismail Jasim**
**12925 Darby Chase Dr**
**Charlotte, NC 28277**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,309.52

---

**3.2701**

**Nonpriority creditor's name and mailing address**
**Istvan Fejes**
**Apt. 6 , Condor House ,**
**156A Main Rd**
**Biggin Hill ENG TN16 3BA**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$849.37

---

**3.2702**

**Nonpriority creditor's name and mailing address**
**IT Evolution Srl Balzarin**
**Viale Ambrogio Fusinieri, 12**
**Vicenza VI 36100**
**ITALY**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$952.00

---

**3.2703**

**Nonpriority creditor's name and mailing address**
**Italo Silva**
**1780 Lawrence Avenue East, #202**
**Scarborough ON M1R 2Y2**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,294.66

---

**3.2704**

**Nonpriority creditor's name and mailing address**
**Itana Teferra**
**2571 Taos Dr**
**Grand Prairie, TX 75051**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$430.14

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.270 5**

**Nonpriority creditor's name and mailing address**

**Ivan Bukta**
**4907 Garden Grove Rd**
**Grand Prairie, TX 75052**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$689.14**

---

**3.270 6**

**Nonpriority creditor's name and mailing address**

**Ivan Goetz**
**Herbert-Schober-Str. 29**
**Munich  80997**
**GERMANY**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,083.68**

---

**3.270 7**

**Nonpriority creditor's name and mailing address**

**Ivan Heyward**
**318 S 13th Street**
**Easton, PA 18042**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$672.59**

---

**3.270 8**

**Nonpriority creditor's name and mailing address**

**Ivan Stopic**
**Karlovaka 71**
**Zagreb  100020**
**CROATIA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$939.29**

---

**3.270 9**

**Nonpriority creditor's name and mailing address**

**Ivan Ting Hong Leung**
**3975 Grand Park Drive**
**Unit 1105**
**Mississauga ON L5B 0K4**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$712.35**

---

**3.271 0**

**Nonpriority creditor's name and mailing address**

**Ivan Yordanov**
**32 Heighams**
**Harlow ENG CM19 5NU**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$3,945.99**

---

| Debtor | **Launch Pad LLC** | Case number (if known) |
|---|---|---|
| | Name | |

**3.271**
**1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $899.89 |
|---|---|---|

**Ivanka Galesic**
**Seydlitzstrasse 7**
**Berlin  12307**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.271**
**2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $899.79 |
|---|---|---|

**Ivanka Galesic**
**Seydlitzstrasse 7**
**Berlin  12307**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.271**
**3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,347.81 |
|---|---|---|

**Ivonne Lippmann**
**Haubenschlossstrasse**
**Kempten (Allgau)  87435**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.271**
**4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $675.93 |
|---|---|---|

**J Dizzle**
**15467 Madrona Drive**
**Surrey BC V4A 5N2**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.271**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $507.49 |
|---|---|---|

**J Smerdon**
**1 Berechurch Hall Road**
**Colchester ENG CO2 8RD**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.271**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,309.14 |
|---|---|---|

**J. Bryant Boyd**
**902 Forest Street**
**Georgetown, TX 78626**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.271**
**7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $88.63 |
|---|---|---|

**Jabari Le**
**5022 West Highwood Drive**
**Kearns, UT 84118**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.271 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,958.87 |

**Jace Hermanson**
**120 N 44th St**
**Suite 420**
**Phoenix, AZ 85034**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $892.97 |

**Jacek Mering**
**Sybirakow, 12/68**
**Bydgoszcz  85-796**
**POLAND**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $719.88 |

**Jack Alepyan**
**13441 Vose Street**
**Los Angeles, CA 91405**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $690.28 |

**Jack Baker**
**21 Second Street**
**Elmira ON N3B 1H3**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $735.00 |

**Jack Bennett**
**12 Walsh Crescent**
**New Addington**
**London ENG CR00BX**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $469.11 |

**Jack Chang**
**240 N Bayshore Blvd, 221**
**San Mateo, CA 94401**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Launch Pad LLC**
_____
Name

Case number *(if known)* _____

---

**3.272 4**

**Nonpriority creditor's name and mailing address**

**Jack Reynolds**
**5016 Pitt Street**
**New Orleans, LA 70115**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$689.72**

---

**3.272 5**

**Nonpriority creditor's name and mailing address**

**Jack Schaefer**
**8722 Burkshire Pl**
**Lakeside, CA 92040**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$709.25**

---

**3.272 6**

**Nonpriority creditor's name and mailing address**

**Jack Stone**
**140 Hazelwood Close**
**Cambridge ENG CB4 3SP**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$760.62**

---

**3.272 7**

**Nonpriority creditor's name and mailing address**

**Jack Urbano**
**3109 Raleigh Street**
**Denver, CO 80212**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,478.59**

---

**3.272 8**

**Nonpriority creditor's name and mailing address**

**Jack Wisner**
**11170 Orville Street**
**Culver City, CA 90230**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$757.85**

---

**3.272 9**

**Nonpriority creditor's name and mailing address**

**Jackson Kestian**
**1016 Broadway**
**Normal, IL 61761**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$467.78**

---

**3.273 0**

**Nonpriority creditor's name and mailing address**

**Jacob Cartwright**
**38 Wayside Walk**
**Harrogate ENG HG2 8NW**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,407.54**

---

| Debtor | **Launch Pad LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.273 1**

**Nonpriority creditor's name and mailing address**

**Jacob Creamer**
**1311 Main St**
**Follansbee, WV 26037**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$851.52

---

**3.273 2**

**Nonpriority creditor's name and mailing address**

**Jacob Edwards**
**10 Middle St**
**P.O. Box 715**
**South Freeport, ME 04078**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,309.52

---

**3.273 3**

**Nonpriority creditor's name and mailing address**

**Jacob Elder**
**455 Westwood Drive**
**Cobourg ON K9A 4M5**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,387.35

---

**3.273 4**

**Nonpriority creditor's name and mailing address**

**Jacob Emanuel**
**17888 Buchholz Rd.**
**Farmington, MO 63640**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$430.14

---

**3.273 5**

**Nonpriority creditor's name and mailing address**

**Jacob Funke**
**8600 18th Avenue West**
**E104**
**Everett, WA 98204**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$470.30

---

**3.273 6**

**Nonpriority creditor's name and mailing address**

**Jacob Grant**
**11476 W Cumberland River Dr**
**Nampa, ID 83686**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$2,112.81

---

**3.273 7**

**Nonpriority creditor's name and mailing address**

**Jacob Holmgren**
**Tranebergsv  Gen 27**
**Bromma  16745**
**SWEDEN**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$47.50

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.273
8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $744.02 |
|---|---|---|

**Jacob Koshy**
**1715 Kenicott Lane**
**Plainfield, IL 60586**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.273
9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,771.51 |
|---|---|---|

**Jacob Perrin**
**821 North 31st Street**
**Billings, MT 59101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.274
0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,479.08 |
|---|---|---|

**Jacob Peters**
**9305 Bud Wood Street**
**Gotha, FL 34734**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.274
1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $659.52 |
|---|---|---|

**Jacob Sakolsky**
**3339 Virginia St**
**Apt, Ph-2**
**Miami, FL 33133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.274
2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $678.05 |
|---|---|---|

**Jacob Sinclair**
**15704 Burrowing Owl Court**
**Morrison, CO 80465**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.274
3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $634.52 |
|---|---|---|

**Jacob Spencer**
**4810 Fox Creek East, #189**
**Independence Charter Twp, MI 48346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.274
4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $456.35 |
|---|---|---|

**Jacob Sturdevant**
**13 Kingfisher Dr**
**Birdsboro, PA 19508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Launch Pad LLC**                                           Case number *(if known)* _____
_____
Name

---

**3.274 5**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: *Check all that apply.*          **$430.14**

**Jacob Warren**                                          ☐ Contingent
**9510 Silver Mist Way**                                  ☐ Unliquidated
**San Antonio, TX 78254**                                 ☐ Disputed

Date(s) debt was incurred _                                **Basis for the claim:** _

Last 4 digits of account number _                          Is the claim subject to offset? ■ No  ☐ Yes

---

**3.274 6**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: *Check all that apply.*          **$708.21**

**Jacob Yilma**                                           ☐ Contingent
**11936 Pericles Drive**                                   ☐ Unliquidated
**Rancho Cordova, CA 95742**                               ☐ Disputed

Date(s) debt was incurred _                                **Basis for the claim:** _

Last 4 digits of account number _                          Is the claim subject to offset? ■ No  ☐ Yes

---

**3.274 7**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: *Check all that apply.*          **$904.15**

**Jacqueline Murray**                                      ☐ Contingent
**14 Babson St**                                           ☐ Unliquidated
**Gloucester, MA 01930**                                   ☐ Disputed

Date(s) debt was incurred _                                **Basis for the claim:** _

Last 4 digits of account number _                          Is the claim subject to offset? ■ No  ☐ Yes

---

**3.274 8**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: *Check all that apply.*          **$464.96**

**Jacqueline Roberts**                                     ☐ Contingent
**7425 Royalton Rd**                                       ☐ Unliquidated
**North Royalton, OH 44133-4743**                          ☐ Disputed

Date(s) debt was incurred _                                **Basis for the claim:** _

Last 4 digits of account number _                          Is the claim subject to offset? ■ No  ☐ Yes

---

**3.274 9**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: *Check all that apply.*          **$684.14**

**Jaden Emrich**                                           ☐ Contingent
**511 W River Dr**                                         ☐ Unliquidated
**West Bend, WI 53090**                                    ☐ Disputed

Date(s) debt was incurred _                                **Basis for the claim:** _

Last 4 digits of account number _                          Is the claim subject to offset? ■ No  ☐ Yes

---

**3.275 0**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: *Check all that apply.*          **$681.72**

**Jaehwan Choi**                                           ☐ Contingent
**35 Gully Drive**                                         ☐ Unliquidated
**Toronto ON M1K 4W3**                                     ☐ Disputed
**CANADA**

Date(s) debt was incurred _                                **Basis for the claim:** _

Last 4 digits of account number _                          Is the claim subject to offset? ■ No  ☐ Yes

---

**3.275 1**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: *Check all that apply.*          **$646.14**

**Jaime Curbelo**                                          ☐ Contingent
**3325 SW 59 Ter.**                                        ☐ Unliquidated
**West Park**                                              ☐ Disputed
**West Park, FL 33023**

Date(s) debt was incurred _                                **Basis for the claim:** _

Last 4 digits of account number _                          Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Launch Pad LLC**                                    Case number (if known) _____
_____
Name

| 3.275 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,428.37** |
|---|---|---|---|

**Jaime Gonzalez**
**1610 Harding St**
**Seaside, CA 93955**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$700.47** |
|---|---|---|---|

**Jaime Hervey Arizpe Chapa**
**Lib Emilio Mendoza Cisneros 105, Colonia**
**Colonia Independencia,**
**Acuna COAH 26200**
**MEXICO**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$430.52** |
|---|---|---|---|

**Vijay Ashish Jaiswal**
**19519 Bella Arbor Ln**
**Cypress, TX 77433**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$708.50** |
|---|---|---|---|

**Jakaleen Archilles**
**32 Middleton Loop, Meadow Springs**
**Mandurah WA 6210**
**AUSTRAILA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,396.28** |
|---|---|---|---|

**Jake Demonaco**
**45 East 21st Street**
**Bayonne, NJ 07002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$109.52** |
|---|---|---|---|

**Jake Edwards**
**164 Coyle St**
**Apt A**
**Portland, ME 04103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.275
8**

**Nonpriority creditor's name and mailing address**

**Jake Kopf**
**756 South Broadway**
**Los Angeles, CA 90019**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$752.74

---

**3.275
9**

**Nonpriority creditor's name and mailing address**

**Jake Pinson**
**1825 Saulter Road**
**Birmingham, AL 35209**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$764.46

---

**3.276
0**

**Nonpriority creditor's name and mailing address**

**Jake Sheridan**
**10838 City Parkway**
**Unit 233**
**Surrey BC V3T 5X9**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$829.23

---

**3.276
1**

**Nonpriority creditor's name and mailing address**

**Jake Smallwood**
**1452 West Horizon Ridge Parkway**
**#321**
**Henderson, NV 89012**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$658.12

---

**3.276
2**

**Nonpriority creditor's name and mailing address**

**Jake Vick**
**21617 Graves Drive**
**Lewes, DE 19958**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$684.52

---

**3.276
3**

**Nonpriority creditor's name and mailing address**

**Jake Zuhoski**
**22 Mystic Ct**
**Riverhead, NY 11901**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$659.52

---

Debtor **Launch Pad LLC**
Name

Case number (if known) _____

| 3.276 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $960.75 |
|---|---|---|---|

**Jakob Ebert**
**Meistersingerstr. 6**
**Potsdam  14471**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,462.75 |
|---|---|---|---|

**Jakob Flohr**
**140 Patria**
**Rancho Mission Viejo, CA 92694**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $876.01 |
|---|---|---|---|

**Jakob Krohn Deleuran**
**Henrik Rungs Gade 18**
**2. Tv**
**Copenhagen N  2200**
**DENMARK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,101.30 |
|---|---|---|---|

**Jakub Farag**
**Hefnersteig 2**
**Berlin  13629**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $684.14 |
|---|---|---|---|

**Jalal Bahhur**
**3225 Turtle Creek Blvd**
**#2202**
**Dallas, TX 75219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $893.55 |
|---|---|---|---|

**Jalil Reed**
**3144 Fern Valley Drive Southwest**
**Marietta, GA 30008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.277 0**

**Nonpriority creditor's name and mailing address**

**Jalil Trejo**
**1008 E Pecan Blvd D-45**
**Mcallen, TX 78501-5750**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$4,769.52**

---

**3.277 1**

**Nonpriority creditor's name and mailing address**

**Jalil Trejo**
**1008 E Pecan Blvd D-45**
**Mcallen, TX 78501-5750**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,218.62**

---

**3.277 2**

**Nonpriority creditor's name and mailing address**

**Jalil Trejo**
**1008 E Pecan Blvd D-45**
**Mcallen, TX 78501-5750**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$684.52**

---

**3.277 3**

**Nonpriority creditor's name and mailing address**

**Jalpan Jani**
**111 Covert Avenue**
**New Hyde Park, NY 11040**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$659.52**

---

**3.277 4**

**Nonpriority creditor's name and mailing address**

**Jamal Simpson**
**115 Barbara Drive**
**Ladson, SC 29456**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,693.52**

---

**3.277 5**

**Nonpriority creditor's name and mailing address**

**Jameelah Rose Lineses**
**3906 62nd St.**
**Apt. 3E**
**Woodside, NY 11377**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$430.52**

---

**3.277 6**

**Nonpriority creditor's name and mailing address**

**James Albiez**
**180 Niagara Street, #204**
**Toronto ON M5V 3E1**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$871.28**

---

Debtor **Launch Pad LLC**
_____
Name

Case number (if known) _____

---

**3.277 7**

**Nonpriority creditor's name and mailing address**

**James Alexander**
**504 Willow Way**
**Upland, PA 19015**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$699.09

---

**3.277 8**

**Nonpriority creditor's name and mailing address**

**James Arnette**
**2599 Williams Hwy**
**Grants Pass, OR 97527**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,307.81

---

**3.277 9**

**Nonpriority creditor's name and mailing address**

**James Arnold**
**608 McKenzie St**
**North Augusta, SC 29841**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$430.52

---

**3.278 0**

**Nonpriority creditor's name and mailing address**

**James Aston**
**2824 Kilborne Drive**
**Apt 2**
**Charlotte, NC 28205**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$430.52

---

**3.278 1**

**Nonpriority creditor's name and mailing address**

**James Baldock**
**67 Newtown Road**
**Worcester ENG WR5 1HH**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$510.49

---

**3.278 2**

**Nonpriority creditor's name and mailing address**

**James Barlow**
**26 Lathkill Drive**
**Derby ENG DE5 8HW**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$951.24

---

**3.278 3**

**Nonpriority creditor's name and mailing address**

**James Brady**
**614 Barrington Rd.**
**Grosse Pointe Park, MI 48230**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$659.52

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.278 4**

**Nonpriority creditor's name and mailing address**

**James Brunet**
**3225 Colby Chase Drive**
**Apex, NC 27539**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$659.52**

---

**3.278 5**

**Nonpriority creditor's name and mailing address**

**James Carr**
**2001 Park Dr**
**Lithia Springs, GA 30122**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$634.52**

---

**3.278 6**

**Nonpriority creditor's name and mailing address**

**James Carr**
**2001 Park Dr**
**Lithia Springs, GA 30122**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$659.52**

---

**3.278 7**

**Nonpriority creditor's name and mailing address**

**James Chavis**
**3515 Frazier Street**
**Pittsburgh, PA 15213**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$705.69**

---

**3.278 8**

**Nonpriority creditor's name and mailing address**

**James Debaro**
**3201 Richmond Road**
**Ste. A**
**Texarkana, TX 75503**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,837.24**

---

**3.278 9**

**Nonpriority creditor's name and mailing address**

**James Deleo**
**279 Elm St**
**Glen Ellyn, IL 60137**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$705.82**

---

**3.279 0**

**Nonpriority creditor's name and mailing address**

**James Duerr**
**302 Summit Ave.**
**Fort Washington, PA 19034**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$3,470.16**

---

Debtor    **Launch Pad LLC**
　　　　　Name

Case number (if known) _____

---

| 3.279<br>1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $627.02 |
|---|---|---|---|

**James Dunn**
**3025 Ashley Phosphate Rd**
**Suite A3**
**North Charleston, SC 29418**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279<br>2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $729.87 |
|---|---|---|---|

**James Durand**
**155 Washington Street**
**Apt 2211**
**Jersey City, NJ 07302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279<br>3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $851.52 |
|---|---|---|---|

**James Dyer**
**632 Stetson Street**
**632 Stetson Street, Orlando, Fl, 32804**
**Orlando, FL 32804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279<br>4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $810.52 |
|---|---|---|---|

**James Embree**
**16993 Kinross Avenue**
**Beverly Hills, MI 48025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279<br>5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $658.87 |
|---|---|---|---|

**James Erickson**
**1710 West Cindy St**
**Chandler, AZ 85224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279<br>6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,309.14 |
|---|---|---|---|

**James Eskew**
**1400 Valley Ridge Blvd**
**Apt 3203**
**Lewisville, TX 75077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279<br>7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,934.14 |
|---|---|---|---|

**James Fisher**
**14555 West Park Avenue**
**New Berlin, WI 53151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Launch Pad LLC**
Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 3.2798 | **Nonpriority creditor's name and mailing address** | **$634.52** |

**James Grosso**
**1080 Northwest 11th Street**
**Miami, FL 33136**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.2799 | **Nonpriority creditor's name and mailing address** | **$159.52** |

**James Grosso**
**1080 Northwest 11th Street**
**Miami, FL 33136**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.2800 | **Nonpriority creditor's name and mailing address** | **$659.52** |

**James Hatch**
**1907 Washburn Court**
**Frederick, MD 21702**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.2801 | **Nonpriority creditor's name and mailing address** | **$688.87** |

**James Hilley**
**5555 East Garnet Avenue**
**Mesa, AZ 85206**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.2802 | **Nonpriority creditor's name and mailing address** | **$430.52** |

**James Holmes**
**606 Hinton Ave**
**Charlottesville, VA 22902**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.2803 | **Nonpriority creditor's name and mailing address** | **$2,182.03** |

**James House**
**114 Merryhill St**
**Marietta, OH 45750**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.2804 | **Nonpriority creditor's name and mailing address** | **$707.34** |

**James House**
**114 Merryhill St**
**Marietta, OH 45750**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.280 5**

**Nonpriority creditor's name and mailing address**

**James Hurley**
**58 Hansol Road**
**Bexleyheath ENG DA6 8JG**
**UNITED KINGDOM**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$19.00

---

**3.280 6**

**Nonpriority creditor's name and mailing address**

**James Johnson**
**2151 Palo Alto Drive #121**
**Chula Vista, CA 91914**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$715.75

---

**3.280 7**

**Nonpriority creditor's name and mailing address**

**James Jordan**
**1113 Kenwood Ave**
**Florence, SC 29501**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$851.52

---

**3.280 8**

**Nonpriority creditor's name and mailing address**

**James Kinthiseng**
**3637 Via El Monte Avenue**
**Las Vegas, NV 89115**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$625.62

---

**3.280 9**

**Nonpriority creditor's name and mailing address**

**James Klein**
**4470 6th Pl Sw**
**Vero Beach, FL 32968**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,979.39

---

**3.281 0**

**Nonpriority creditor's name and mailing address**

**James Kuk**
**148 S Formosa Ave**
**Los Angeles, CA 90036**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$752.74

---

**3.281 1**

**Nonpriority creditor's name and mailing address**

**James Lewis**
**3403 Glenrose Dr**
**Atlanta, GA 30341**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$727.88

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.281 2**

**Nonpriority creditor's name and mailing address**

**James Mackay-Jones**
**40 Jane Avenue**
**Courtice ON L1E 0A6**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,329.33**

---

**3.281 3**

**Nonpriority creditor's name and mailing address**

**James Malone**
**528 West B Ave**
**North Little Rock, AR 72116**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$430.14**

---

**3.281 4**

**Nonpriority creditor's name and mailing address**

**James Matulac**
**325 West Washington Street**
**San Diego, CA 92103**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$715.75**

---

**3.281 5**

**Nonpriority creditor's name and mailing address**

**James McNeil**
**14 Clough Crescent**
**Guelph ON N1L0H9**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,720.10**

---

**3.281 6**

**Nonpriority creditor's name and mailing address**

**James Montgomery**
**912 Lois Circle**
**Virginia Beach, VA 23452**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$430.52**

---

**3.281 7**

**Nonpriority creditor's name and mailing address**

**James Morales**
**5921 Grass Creek Dr**
**Bakersfield, CA 93311**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$737.61**

---

**3.281 8**

**Nonpriority creditor's name and mailing address**

**James Morris**
**12 Country Club Pl**
**Bloomington, IL 61701**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,423.69**

---

Debtor    **Launch Pad LLC**
_____          Case number *(if known)* _____
Name

| 3.281 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,394.69 |
|---|---|---|---|

**James Munn**
**3851 Lilac Ln**
**Woodbury, MN 55129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.282 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,616.56 |
|---|---|---|---|

**James Noh**
**753 Ridgecrest St**
**Monterey Park, CA 91754**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.282 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $461.75 |
|---|---|---|---|

**James Padolina**
**2109 Wild Flower Ln**
**Chino Hills, CA 91709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.282 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,272.52 |
|---|---|---|---|

**James Previte**
**2835 Vintage View Loop**
**Lakeland, FL 33812**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.282 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $659.52 |
|---|---|---|---|

**James Salame**
**238 East 61st Street**
**New York, NY 10065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.282 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $742.19 |
|---|---|---|---|

**James Scheller**
**1412 Stewart Road**
**Sacramento, CA 95864**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.282 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $634.52 |
|---|---|---|---|

**James Smith**
**212 Smith Myers Road**
**Hopkins, SC 29061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Launch Pad LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.282 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $469.11 |
|---|---|---|
| **James Soldi**<br>**2208-B Clark Ln.**<br>**Redondo Beach, CA 90278** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.282 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,328.82 |
|---|---|---|
| **James Stratton**<br>**29250 Us Hwy 19 N., Lot 66, Lot 66**<br>**Lot 66**<br>**Clearwater, FL 33765** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.282 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $725.59 |
|---|---|---|
| **James Wassel**<br>**1595 N Tower Rd**<br>**Fombell, PA 16123-2911** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.282 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $466.71 |
|---|---|---|
| **James Williams**<br>**370 Daisy Avenue**<br>**Imperial Beach, CA 91932** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.283 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,309.52 |
|---|---|---|
| **James Yancey**<br>**904 Bank St**<br>**Annapolis, MD 21403** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.283 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $700.15 |
|---|---|---|
| **Jamey Jeffords**<br>**31 Northampton Street**<br>**Easthampton, MA 01027** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.283 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,412.23 |
|---|---|---|
| **Jamie Bullard**<br>**6 Duncan Lane**<br>**Pinehurst, NC 28374** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor    **Launch Pad LLC**
_____    Case number (if known) _____
Name

| | | |
|---|---|---|
| **3.283 3** | **Nonpriority creditor's name and mailing address** | $2,217.18 |
| | **Jamie Kubess**<br>**278 Luiseno Avenue**<br>**Oceanside, CA 92057** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.283 4** | **Nonpriority creditor's name and mailing address** | $634.52 |
| | **Jamie Lipschitz**<br>**2228 80th St**<br>**Apt 2**<br>**Brooklyn, NY 11214** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.283 5** | **Nonpriority creditor's name and mailing address** | $659.52 |
| | **Jamie Wright**<br>**2421 Prince Howard Trl**<br>**Marietta, GA 30062** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.283 6** | **Nonpriority creditor's name and mailing address** | $63.09 |
| | **Jamil Jarrett**<br>**1948 S. 21 Street**<br>**Philadelphia, PA 19145** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.283 7** | **Nonpriority creditor's name and mailing address** | $699.09 |
| | **Jamil Jarrett**<br>**32 Delaware Avenue**<br>**Ridley Park, PA 19078** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.283 8** | **Nonpriority creditor's name and mailing address** | $882.50 |
| | **Jan Barbrock**<br>**Wilsweg 2**<br>**Wilsweg 2**<br>**Bissendorf  49143**<br>**GERMANY** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Launch Pad LLC**                                                    Case number *(if known)* _____
_____
Name

| | | |
|---|---|---|
| **3.283 9** | **Nonpriority creditor's name and mailing address** | $1,587.87 |

**Jan Groeschke**
**Zum Exerzierhaus 23**
**Potsdam  14469**
**GERMANY**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.284 0** | **Nonpriority creditor's name and mailing address** | $788.27 |

**Jan Henderson**
**6 Steelox Road**
**East Brunswick, NJ 08816**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.284 1** | **Nonpriority creditor's name and mailing address** | $867.14 |

**Jan Hockesfeld**
**Erphostrasse 47**
**Munster  48145**
**GERMANY**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.284 2** | **Nonpriority creditor's name and mailing address** | $2,650.90 |

**Jan Kulich**
**Nabrezi 604**
**Luhacovice  763 26**
**CZECH REPUBLIC**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.284 3** | **Nonpriority creditor's name and mailing address** | $703.06 |

**Jan Kulich**
**72 Greenbough**
**Irvine, CA 92614**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.284 4** | **Nonpriority creditor's name and mailing address** | $576.70 |

**Jan Novotny**
**Carrer Cer  1**
**Picassent V 46229**
**SPAIN**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.284 5** | **Nonpriority creditor's name and mailing address** | $564.88 |

**Jan Spodniak**
**Mladeznicka 21**
**Banska Bystrica  97404**
**SLOVAKIA**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.284 6**

**Nonpriority creditor's name and mailing address**
**Jan-Tore Ugelstad**
**Oevre Lyngboe 27**
**Laksevaag  5164**
**NORWAY**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$490.91**

---

**3.284 7**

**Nonpriority creditor's name and mailing address**
**Janae Fueston**
**3816 110th Avenue East**
**Edgewood, WA 98372**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,436.75**

---

**3.284 8**

**Nonpriority creditor's name and mailing address**
**Janet Dunlap**
**8530 Us Highway 1, Ste 9**
**Micco, FL 32976**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$675.21**

---

**3.284 9**

**Nonpriority creditor's name and mailing address**
**Jani Jalil**
**1114 Veirs Mill Road**
**Rockville, MD 20851**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$684.52**

---

**3.285 0**

**Nonpriority creditor's name and mailing address**
**Janier Guzman**
**7750 NW 175 St**
**Hialeah, FL 33015**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,351.55**

---

**3.285 1**

**Nonpriority creditor's name and mailing address**
**Janina Ghenciu**
**5A Veseliei Street, Sector 5**
**Moa Design**
**Bucuresti B 52164**
**ROMANIA**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$778.50**

---

| Debtor | Launch Pad LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.285 2**

**Nonpriority creditor's name and mailing address**
Janine Almandos
14703 Elmcroft Avenue
Norwalk, CA 90650

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$724.76**

---

**3.285 3**

**Nonpriority creditor's name and mailing address**
Janine Galindo
115 Alamo Rd
Fredericksburg, TX 78624

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$710.48**

---

**3.285 4**

**Nonpriority creditor's name and mailing address**
Alex Jankuv
1117 Bellreng Dr
Wake Forest, NC 27587

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$728.73**

---

**3.285 5**

**Nonpriority creditor's name and mailing address**
Janon Janon
2698 3rd Avenue
Marion, IA 52302

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$430.14**

---

**3.285 6**

**Nonpriority creditor's name and mailing address**
Janos Varga
Szent Istvan Ut, 105
Bicske  2060
HUNGARY

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$979.28**

---

**3.285 7**

**Nonpriority creditor's name and mailing address**
Janosch Sadowski
Schoneberger Ufer 5A
Berlin  10785
GERMANY

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,637.59**

---

**3.285 8**

**Nonpriority creditor's name and mailing address**
Jaquan Barnett
13745 Heatherwood Drive
Eastvale, CA 92880

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$740.83**

---

Debtor    **Launch Pad LLC**                                                        Case number (*if known*) _____
_____
Name

| 3.285 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jarad Brinkerhoff**
**190 E. Center St.**
**Glendale, UT 84729**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$818.85**

---

| 3.286 0 |
|---|

**Nonpriority creditor's name and mailing address**

**Jared Barney**
**9619 163rd Ave NE**
**Granite Falls, WA 98252**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$716.48**

---

| 3.286 1 |
|---|

**Nonpriority creditor's name and mailing address**

**Jared Bellamy**
**7102 Hunterville Road Northwest**
**A**
**Calgary AB T2K 4J8**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$717.35**

---

| 3.286 2 |
|---|

**Nonpriority creditor's name and mailing address**

**Jared Martin**
**3414 Flickering Candle Dr**
**Spring, TX 77388**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$800.47**

---

| 3.286 3 |
|---|

**Nonpriority creditor's name and mailing address**

**Jared Murray**
**4116 Nebo Road**
**Hiram, GA 30141**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,049.52**

---

| 3.286 4 |
|---|

**Nonpriority creditor's name and mailing address**

**Jared Read**
**850 N Highway 89**
**Apt 3L**
**North Salt Lake, UT 84054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$429.12**

---

Debtor **Launch Pad LLC**
Name

Case number *(if known)* _____

---

**3.286 5**

**Nonpriority creditor's name and mailing address**

**Jared Tulio**
**1230 East Cityline Drive**
**Apt 1416**
**Richardson, TX 75082**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$659.14

---

**3.286 6**

**Nonpriority creditor's name and mailing address**

**Jared Wiggins**
**215 Pine Crossing**
**Woodbine, GA 31569**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$659.52

---

**3.286 7**

**Nonpriority creditor's name and mailing address**

**Jarid Marinos**
**15580 Quorum Drive**
**Apt 2637**
**Addison, TX 75001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$659.14

---

**3.286 8**

**Nonpriority creditor's name and mailing address**

**Jarred Graber**
**44 Briar Hills Circle**
**Springfield, NJ 07081**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,326.97

---

**3.286 9**

**Nonpriority creditor's name and mailing address**

**Jarrid Echard**
**P.O. Box 76**
**New Freeport, PA 15352**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,419.89

---

**3.287 0**

**Nonpriority creditor's name and mailing address**

**Jarrod Schwarze**
**5 Norman Court**
**Lakes Entrance VIC 3909**
**AUSTRAILA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,589.62

---

**3.287 1**

**Nonpriority creditor's name and mailing address**

**Jarryd Beckwith**
**11 Hansford Court**
**Narre Warren VIC 3805**
**AUSTRAILA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$805.98

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.287 2**

**Nonpriority creditor's name and mailing address**

**Jaryd Culler**
**8109 Garrett Pines Drive**
**Midland, GA 31820**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$712.28**

---

**3.287 3**

**Nonpriority creditor's name and mailing address**

**Jashobeam Harris**
**3450 Fleetwood Drive**
**Richmond, CA 94803**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$694.06**

---

**3.287 4**

**Nonpriority creditor's name and mailing address**

**Jashobeam Harris**
**3450 Fleetwood Drive**
**Richmond, CA 94803**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$694.06**

---

**3.287 5**

**Nonpriority creditor's name and mailing address**

**Jashobeam Harris**
**3450 Fleetwood Drive**
**Richmond, CA 94803**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$679.66**

---

**3.287 6**

**Nonpriority creditor's name and mailing address**

**Jaskarn Bains**
**16 Borneo Crescent**
**Brampton ON L6R 3C7**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$4,102.96**

---

**3.287 7**

**Nonpriority creditor's name and mailing address**

**Jasmine Guerrero**
**2513 Riverview Avenue**
**Kansas City, KS 66102**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$851.14**

---

**3.287 8**

**Nonpriority creditor's name and mailing address**

**Jason Acker**
**19457 Ellington Trail**
**Farmington, MN 55024**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,308.87**

---

Official Form 206 E/F                  Schedule E/F: Creditors Who Have Unsecured Claims

Debtor **Launch Pad LLC**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.2879 | **Nonpriority creditor's name and mailing address**<br>**Jason Arganbright**<br>**6829 Revere Drive**<br>**Mckinney, TX 75071**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$703.37** |

| | | |
|---|---|---|
| 3.2880 | **Nonpriority creditor's name and mailing address**<br>**Jason Bloink**<br>**9887 Meadow View Court**<br>**Northville, MI 48167**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$430.52** |

| | | |
|---|---|---|
| 3.2881 | **Nonpriority creditor's name and mailing address**<br>**Jason Cicchetti**<br>**1936 East McFadden Avenue**<br>**Santa Ana, CA 92705**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$681.56** |

| | | |
|---|---|---|
| 3.2882 | **Nonpriority creditor's name and mailing address**<br>**Jason Cisneros**<br>**9527 Mines Ave**<br>**Pico Rivera, CA 90660**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$472.27** |

| | | |
|---|---|---|
| 3.2883 | **Nonpriority creditor's name and mailing address**<br>**Jason Degg**<br>**1102 Cole Ave**<br>**Raymond, WA 98577**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$713.52** |

| | | |
|---|---|---|
| 3.2884 | **Nonpriority creditor's name and mailing address**<br>**Jason Degraaf**<br>**805 Cambridge Dr.**<br>**Round Rock, TX 78664**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$746.00** |

| | | |
|---|---|---|
| 3.2885 | **Nonpriority creditor's name and mailing address**<br>**Jason Dudney**<br>**6316 East 113th Avenue**<br>**Tampa, FL 33617**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,334.52** |

Debtor   **Launch Pad LLC**                                              Case number *(if known)* _____
_____
Name

| | | |
|---|---|---|
| **3.288 6** | **Nonpriority creditor's name and mailing address** | **$709.18** |

**Jason Galli**
**510 Hart St**
**Dighton, MA 02715**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.288 7** | **Nonpriority creditor's name and mailing address** | **$1,309.52** |

**Jason Gambone**
**1904 Pembroke Rd**
**Birmingham, MI 48009**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.288 8** | **Nonpriority creditor's name and mailing address** | **$718.22** |

**Jason Green**
**3148 Daleview Way Southwest**
**Atlanta, GA 30331**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.288 9** | **Nonpriority creditor's name and mailing address** | **$751.05** |

**Jason Gurdak**
**642 Escalona Drive**
**Santa Cruz, CA 95060**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.289 0** | **Nonpriority creditor's name and mailing address** | **$626.64** |

**Jason Heath**
**269 South 1000 Road**
**Alta Vista, KS 66834**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.289 1** | **Nonpriority creditor's name and mailing address** | **$717.80** |

**Jason Hunter**
**6713 85th Ave SE**
**Snohomish, WA 98290**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.289 2** | **Nonpriority creditor's name and mailing address** | **$3,682.30** |

**Jason Jardine**
**15784 Pearl Road**
**Strongsville, OH 44136**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Launch Pad LLC**                                    Case number *(if known)* _____
_____
Name

| 3.289 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,655.29 |
|---|---|---|---|

**Jason Jardine**
**15784 Pearl Road**
**Strongsville, OH 44136**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,428.31 |
|---|---|---|---|

**Jason Jones**
**90 Endor Drive**
**Chapel Hill, NC 27516**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,307.32 |
|---|---|---|---|

**Jason Karrels**
**55 N Merchant St**
**American Fork, UT 84003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $430.52 |
|---|---|---|---|

**Jason Kuegah**
**505 Dunagan Dr**
**Lawrenceville, GA 30045-5238**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $724.70 |
|---|---|---|---|

**Jason Lambert**
**4235 4th Ave Nw**
**Seattle, WA 98107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $706.64 |
|---|---|---|---|

**Jason McFatridge**
**1608 W Canal Ct**
**Littleton, CO 80120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $706.64 |
|---|---|---|---|

**Jason McFatridge**
**1608 W Canal Ct**
**Littleton, CO 80120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.290 0**

**Nonpriority creditor's name and mailing address**
**Jason McNatt**
**326 Laverne Avenue**
**Alexandria, VA 22305**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$709.52**

---

**3.290 1**

**Nonpriority creditor's name and mailing address**
**Jason Mondanaro**
**875 University Ave Apt 307**
**Jupiter, FL 33458**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$744.29**

---

**3.290 2**

**Nonpriority creditor's name and mailing address**
**Jason Neal**
**2329 Benita Dr**
**Rancho Cordova, CA 95670-5243**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$463.86**

---

**3.290 3**

**Nonpriority creditor's name and mailing address**
**Jason Neal**
**2329 Benita Dr**
**Rancho Cordova, CA 95670-5243**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$919.59**

---

**3.290 4**

**Nonpriority creditor's name and mailing address**
**Jason Nguyen**
**31 Reserve Street**
**Smithfield NSW 2164**
**AUSTRAILA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,420.35**

---

**3.290 5**

**Nonpriority creditor's name and mailing address**
**Jason O'Toole**
**764 East 250 North**
**Bountiful, UT 84010**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$658.12**

---

**3.290 6**

**Nonpriority creditor's name and mailing address**
**Jason Opdyke**
**2251 NW 41st Street**
**Ste 50**
**Gainesville, FL 32606**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$627.02**

---

Debtor    **Launch Pad LLC**

Name

Case number (if known) _____

---

| 3.2907 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jason Owen**
**4029 South 2725 West**
**Roy, UT 84067**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$723.01**

---

| 3.2908 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jason Paez**
**6927 Sandlily Ln**
**Chino, CA 91710**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$708.50**

---

| 3.2909 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jason Pliso**
**3035 Artesian Drive, #153**
**Mississauga ON L5M7S6**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$689.21**

---

| 3.2910 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jason Pliso**
**3035 Artesian Drive, #153**
**Mississauga ON L5M7S6**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$69.00**

---

| 3.2911 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jason Rexilius**
**3005 South Lamar Blvd**
**Sted109-272**
**Austin, TX 78704**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$738.09**

---

| 3.2912 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jason Ripple**
**1809 Don Alejandro**
**Houston, TX 77091**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$430.52**

---

| 3.2913 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jason Roe**
**3413 Doe Run**
**Austin, TX 78748**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$689.14**

---

Debtor    **Launch Pad LLC**
_____    Case number (if known) _____
Name

| | | |
|---|---|---|
| 3.291 4 | **Nonpriority creditor's name and mailing address** | **$1,539.81** |

**Jason Ruiz**
**10255 Central Avenue**
**Montclair, CA 91763**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.291 5 | **Nonpriority creditor's name and mailing address** | **$675.93** |

**Jason Russell**
**508 Doverwood Drive**
**Oakville ON L6H 6N4**
**CANADA**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.291 6 | **Nonpriority creditor's name and mailing address** | **$732.72** |

**Jason Schultz-Lloyd**
**8 Acacia Avenue**
**Warrington ENG WA14EN**
**UNITED KINGDOM**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.291 7 | **Nonpriority creditor's name and mailing address** | **$721.61** |

**Jason Schwechter**
**1454 Laurel Avenue**
**Deerfield, IL 60015**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.291 8 | **Nonpriority creditor's name and mailing address** | **$778.67** |

**Jason Schwechter**
**1454 Laurel Avenue**
**Deerfield, IL 60015**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.291 9 | **Nonpriority creditor's name and mailing address** | **$1,369.52** |

**Jason Shaw**
**P.O. Box 50926**
**Ft. Myers, FL 33994**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.292 0 | **Nonpriority creditor's name and mailing address** | **$430.14** |

**Jason Smith**
**200 Rocky View Ln**
**Georgetown, TX 78628**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Launch Pad LLC**
_____   Case number (if known) _____
Name

| 3.292 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$724.69** |

**Jason Sweitzer**
**679 Morningstar Road**
**Auburn, IN 46706**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.292 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,294.72** |

**Jason Tam**
**38 Doncrest Road**
**Richmond Hill ON L4B1A2**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.292 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$465.12** |

**Jason Torres**
**2011 Kodiak Dr**
**Colorado Springs, CO 80910**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.292 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,051.69** |

**Jason Truong**
**2070 South Jamaica Court**
**Aurora, CO 80014**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.292 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,428.90** |

**Jason Vanwye**
**1510 16th Street**
**Sumner, WA 98390**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.292 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$64.91** |

**Jason Waldron**
**3200 North Dirksen Parkway**
**Lot 300**
**Springfield, IL 62702**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.292 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$695.97** |

**Jason Waldron**
**3200 North Dirksen Parkway**
**Lot 300**
**Springfield, IL 62702**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.2928**

**Nonpriority creditor's name and mailing address**

**Jason Weisman**
**5200 Park Ln**
**Dallas, TX 75220**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$689.14**

---

**3.2929**

**Nonpriority creditor's name and mailing address**

**Jason Williams**
**3623 Southwest Stonybrook Drive**
**Topeka, KS 66614**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$689.14**

---

**3.2930**

**Nonpriority creditor's name and mailing address**

**Jason Wong**
**417 21A Street North**
**Lethbridge AB T1H 6L6**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,987.35**

---

**3.2931**

**Nonpriority creditor's name and mailing address**

**Jason Wong**
**417 21A Street North**
**Lethbridge AB T1H 6L6**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$675.93**

---

**3.2932**

**Nonpriority creditor's name and mailing address**

**Jasper Luc**
**6208 McKnight Drive**
**Lakewood, CA 90713**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$472.27**

---

**3.2933**

**Nonpriority creditor's name and mailing address**

**Jasper Van Gool**
**Asterstraat 27**
**Beerse  2340**
**BELGIUM**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$871.04**

---

**3.2934**

**Nonpriority creditor's name and mailing address**

**Javier Avila**
**819 Lake Biscayne Way**
**Orlando, FL 32824**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,729.52**

---

Debtor **Launch Pad LLC**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| **3.293 5** | **Nonpriority creditor's name and mailing address** | $3,409.52 |

**Javier Avila**
**819 Lake Biscayne Way**
**Orlando, FL 32824**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.293 6** | **Nonpriority creditor's name and mailing address** | $1,636.82 |

**Javier Ignacio La Torre**
**Italia 1566 7A**
**Rosario S 2000**
**ARGENTINA**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.293 7** | **Nonpriority creditor's name and mailing address** | $634.14 |

**Javier Martinez**
**729 Andalucia Dr**
**Laredo, TX 78045**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.293 8** | **Nonpriority creditor's name and mailing address** | $1,329.33 |

**Boris Javorski**
**177 Wolf Willow Cres Nw**
**Edmonton AB T5Z 3P5**
**CANADA**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.293 9** | **Nonpriority creditor's name and mailing address** | $37.39 |

**Jax Hindmarch**
**245 East 40th Street**
**18D**
**New York, NY 10016**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.294 0** | **Nonpriority creditor's name and mailing address** | $430.14 |

**Jay Bonds**
**4019 Juniata St**
**Saint Louis, MO 63116**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.294 1** | **Nonpriority creditor's name and mailing address** | $429.87 |

**Jay Chapman**
**3117 East 21st Street**
**Sioux Falls, SD 57103**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Launch Pad LLC**                                                              Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| **3.294 2** | **Nonpriority creditor's name and mailing address** | **$459.04** |

**Jay Govender**
**7 Bradford Ct**
**Princeton Jct, NJ 08550-3032**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.294 3** | **Nonpriority creditor's name and mailing address** | **$835.97** |

**Jay Patel**
**11 Woodbury Crescent**
**Ilford ENG IG5 0FF**
**UNITED KINGDOM**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.294 4** | **Nonpriority creditor's name and mailing address** | **$703.21** |

**Jay Pober**
**506 Country Club Dr**
**Cherry Hill, NJ 08003**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.294 5** | **Nonpriority creditor's name and mailing address** | **$706.75** |

**Jay Prasad**
**10904 Panther Court**
**Houston, TX 77099**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.294 6** | **Nonpriority creditor's name and mailing address** | **$675.80** |

**Jay Roux**
**21 Barry Rd**
**Plymouth, CT 06782**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.294 7** | **Nonpriority creditor's name and mailing address** | **$718.25** |

**Jay Spix**
**3219 Boise St**
**San Rafael, CA 94702**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.294 8** | **Nonpriority creditor's name and mailing address** | **$468.06** |

**Jaygiri Goswami**
**32471 Lake Ree Street**
**Fremont, CA 94555**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.2949**

**Nonpriority creditor's name and mailing address**

**Jaylyn Zakikhani**
**5154 Hemingway Circle**
**Apt 2906**
**Naples, FL 34116**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$659.52**

---

**3.2950**

**Nonpriority creditor's name and mailing address**

**Jayme Schneider**
**39 Windingwood Road North**
**Rye Brook, NY 10573**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$713.38**

---

**3.2951**

**Nonpriority creditor's name and mailing address**

**Jayson Huggins**
**12714 Summit Street**
**Tampa, FL 33612**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$684.52**

---

**3.2952**

**Nonpriority creditor's name and mailing address**

**Jayson Kennett**
**1128 Mystic Breeze**
**Spring Branch, TX 78070**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$746.01**

---

**3.2953**

**Nonpriority creditor's name and mailing address**

**Jayson Markham**
**621 E. 200 S.**
**Pleasant Grove, UT 84062**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$429.12**

---

**3.2954**

**Nonpriority creditor's name and mailing address**

**Jc Buford**
**6242 Delancey St**
**Phildelphia, PA 19143**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$464.96**

---

**3.2955**

**Nonpriority creditor's name and mailing address**

**Jean Reverdy**
**134 Bis Rue Vaugirard**
**4 Eme  Tages**
**Paris  75015**
**FRANCE**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,251.16**

---

Debtor **Launch Pad LLC**
_____
Name

Case number (if known) _____

| 3.295 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,435.14 |
|---|---|---|---|

**Jean Rutayisire**
**Flat 17 Barton Court, Godstone Road**
**Whyteleafe ENG CR3 0GQ**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.295 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $511.04 |
|---|---|---|---|

**Jean Rutayisire**
**Flat 17 Barton Court, Godstone Road**
**Whyteleafe ENG CR3 0GQ**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.295 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $809.69 |
|---|---|---|---|

**Jean Tremblay**
**Route Du Bas Du Village 12**
**Lugnorre  1789**
**SWITZERLAND**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.295 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $704.21 |
|---|---|---|---|

**Jean Yves Girard**
**570 Rue Des Galets**
**Sept-Iles QC G4R 0C1**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.296 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $675.93 |
|---|---|---|---|

**Jean-Baptiste Audrerie**
**2610 Avenue Bennett, #425**
**Montreal QC H1V3S4**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.296 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,387.35 |
|---|---|---|---|

**Jean-Maurice Weibel**
**3815 Rue Masson**
**Montreal QC H1X 1S9**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor      **Launch Pad LLC**                                          Case number (*if known*) _____
                   Name

---

| 3.296 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$626.64** |

**Jean-Pierre Sanchez**
**3600 Windhaven Pkwy #3215**
**Lewisville, TX 75056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.296 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$689.68** |

**Jean-Sebastien Fortier**
**351 Blvd Du Coteau**
**Ste-Therese QC J7E2J7**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.296 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,498.19** |

**Jeanne Tiscareno**
**1552 16th Ave E**
**Seattle, WA 98112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.296 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$697.14** |

**Jeanne Tiscareno**
**1552 16th Ave E**
**Seattle, WA 98112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.296 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$505.99** |

**Jecu Florin**
**Bd. Ferdinand, Nr. 73, Bl A6, Sc B, Et 4**
**Constanta CT 900058**
**ROMANIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.296 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,309.52** |

**Jed Bergman**
**3000 Arlington Avenue**
**Bronx, NY 10463**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.296 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$712.28** |

**Jed Ryan**
**1501 Green St**
**#3**
**Philadelphia, PA 19130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Launch Pad LLC**
_____  Case number _(if known)_ _____
Name

---

**3.2969**

**Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is: _Check all that apply._   **$805.98**

**Jeff Barber**
**81 Westridge Drive**
**Tauriko**
**Tauranga BOP 3110**
**NEW ZEALAND**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2970**

**Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is: _Check all that apply._   **$851.52**

**Jeff Bassford**
**8961 Weddel Street**
**Taylor, MI 48180**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2971**

**Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is: _Check all that apply._   **$659.14**

**Jeff Biskowitz**
**5435 N Diversey Blvd**
**Whitefish Bay, WI 53217**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2972**

**Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is: _Check all that apply._   **$679.81**

**Jeff Boudreau**
**57 Clearview Drive**
**Bedford NS B4A 3C9**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2973**

**Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is: _Check all that apply._   **$659.52**

**Jeff Catalano**
**1047 85th Street**
**Brooklyn, NY 11228**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2974**

**Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is: _Check all that apply._   **$672.48**

**Jeff Craig**
**6426 State Route 287**
**West Liberty, OH 43357**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2975**

**Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is: _Check all that apply._   **$904.15**

**Jeff Doiron**
**30 Prospect St**
**Bridgewater, MA 02324**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.297 6**

**Nonpriority creditor's name and mailing address**

**Jeff Doiron**
**30 Prospect St**
**Bridgewater, MA 02324**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$456.83**

---

**3.297 7**

**Nonpriority creditor's name and mailing address**

**Jeff Graybill**
**6934 La Marre Drive**
**Roanoke, VA 24019**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,372.97**

---

**3.297 8**

**Nonpriority creditor's name and mailing address**

**Jeff Greenwalt**
**143 Parkland Drive**
**Cedar Creek, TX 78612**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,693.14**

---

**3.297 9**

**Nonpriority creditor's name and mailing address**

**Jeff Harris**
**101 Dugas Court**
**Ottawa ON K4A 4N2**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$675.93**

---

**3.298 0**

**Nonpriority creditor's name and mailing address**

**Jeff M Christensen**
**808 E Street, #3**
**Sacramento, CA 95814**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,440.09**

---

**3.298 1**

**Nonpriority creditor's name and mailing address**

**Jeff Mackewicz**
**4112 Wilson Ln**
**Concord, CA 94521**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$809.40**

---

**3.298 2**

**Nonpriority creditor's name and mailing address**

**Jeff Magnus**
**14105 21st Dr SE**
**Mill Creek, WA 98012**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$758.81**

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.298 3**

**Nonpriority creditor's name and mailing address**
**Jeff Mercado**
**6444 S Vanishing Pointe Way**
**Tucson, AZ 85746**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,741.45**

---

**3.298 4**

**Nonpriority creditor's name and mailing address**
**Jeff Moeller**
**1516 Vigilant Street**
**Upland, CA 91784**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$708.50**

---

**3.298 5**

**Nonpriority creditor's name and mailing address**
**Jeff Schelling**
**201 North Leland St**
**Fortville, IN 46040**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$430.52**

---

**3.298 6**

**Nonpriority creditor's name and mailing address**
**Jeff Schmidt**
**351 E Civic Center Dr**
**# 3050**
**Gilbert, AZ 85296**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$658.87**

---

**3.298 7**

**Nonpriority creditor's name and mailing address**
**Jeff Secrist**
**10902 NE 197th Street**
**Bothell, WA 98011**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,439.36**

---

**3.298 8**

**Nonpriority creditor's name and mailing address**
**Jeff Stucker**
**1331 Detroit St**
**Denver, CO 80206**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$716.92**

---

**3.298 9**

**Nonpriority creditor's name and mailing address**
**Jeff Webb**
**2033 Poplar Avenue**
**Redwood City, CA 94061**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$746.24**

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.299 0**

**Nonpriority creditor's name and mailing address**

**Jeff White**
**1625 International Drive, #409**
**Mclean, VA 22102**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,309.52

---

**3.299 1**

**Nonpriority creditor's name and mailing address**

**Jeff Wray**
**1214 Scarlet Sage Drive Sw**
**Cedar Rapids, IA 52404**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$652.26

---

**3.299 2**

**Nonpriority creditor's name and mailing address**

**Jeffery Mina**
**8368 47th Street Circle East**
**Palmetto, FL 34221**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$851.52

---

**3.299 3**

**Nonpriority creditor's name and mailing address**

**Jeffrey Batista**
**614 Lattice Bend**
**Bonaire, GA 31005**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$430.52

---

**3.299 4**

**Nonpriority creditor's name and mailing address**

**Jeffrey Cooke**
**58 Woodstown Rd**
**Apt. 202**
**Mullica Hill, NJ 08062**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$668.56

---

**3.299 5**

**Nonpriority creditor's name and mailing address**

**Jeffrey Cowell**
**3382 Constellation Road**
**Lompoc, CA 93436**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$465.96

---

**3.299 6**

**Nonpriority creditor's name and mailing address**

**Jeffrey Cowell**
**3382 Constellation Road**
**Lompoc, CA 93436**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$465.96

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.299 7**

**Nonpriority creditor's name and mailing address**

**Jeffrey Galope**
**3128 Paliuli St**
**Honolulu, HI 96816**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$696.11**

---

**3.299 8**

**Nonpriority creditor's name and mailing address**

**Jeffrey Graves**
**1532 East 20th Street**
**Marshfield, WI 54449**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,309.14**

---

**3.299 9**

**Nonpriority creditor's name and mailing address**

**Jeffrey Katz**
**600 7th Ave, #205**
**Seattle, WA 98104**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$471.59**

---

**3.300 0**

**Nonpriority creditor's name and mailing address**

**Jeffrey Lacroix**
**21731 Flanders St**
**Farmington Hills, MI 48335**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$810.33**

---

**3.300 1**

**Nonpriority creditor's name and mailing address**

**Jeffrey Poston**
**163 Venus Lane**
**Orange Park, FL 32073**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$659.52**

---

**3.300 2**

**Nonpriority creditor's name and mailing address**

**Jeffrey Puleo**
**12230 Franklin Brook Lane**
**Jacksonville, FL 32225**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$659.52**

---

**3.300 3**

**Nonpriority creditor's name and mailing address**

**Jeffrey Reed**
**17701 108th Ave SE #223**
**Renton, WA 98055**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$696.19**

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.300 4**

**Nonpriority creditor's name and mailing address**

**Jeffrey Riddle**
**1127 Pluma Drive SE**
**Atlanta, GA 30316**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$919.64**

---

**3.300 5**

**Nonpriority creditor's name and mailing address**

**Jeffrey Strang**
**1701 Valley Ridge Trl S**
**Chanhassen, MN 55317**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$683.87**

---

**3.300 6**

**Nonpriority creditor's name and mailing address**

**Jehad Darwish**
**Prendener Strasse 28**
**Berlin  13059**
**GERMANY**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$837.99**

---

**3.300 7**

**Nonpriority creditor's name and mailing address**

**Jelan Maxwell**
**2648 Regina Street**
**Ottawa ON K2B 6X8**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$665.28**

---

**3.300 8**

**Nonpriority creditor's name and mailing address**

**Jenelle Valdez**
**4665 Canada Way**
**#4**
**Burnaby BC V5G 1K9**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$871.33**

---

**3.300 9**

**Nonpriority creditor's name and mailing address**

**Jenn Desetto**
**26 Rock Lane**
**Levittown, NY 11756**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$659.52**

---

Debtor    **Launch Pad LLC**                                          Case number (if known) _____
                    Name

| 3.3010 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$659.52** |
| **Jennifer Overbye**<br>**2598 Three Willows Ct.**<br>**Henrico, VA 23294** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3011 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$564.53** |
| **Jennifer Shojai**<br>**In Der Romerstadt 164**<br>**Frankfurt  60439**<br>**GERMANY** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3012 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,389.17** |
| **Jennifer Smith**<br>**4 Kimberley Grove**<br>**Troon SCT KA10 7FQ**<br>**UNITED KINGDOM** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3013 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$821.42** |
| **Jennifer Wan**<br>**1193 Kingston Lane**<br>**Ventura, CA 93001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3014 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$659.52** |
| **Jennifer Wilcox**<br>**15979 Trey Hughes Drive Northwest**<br>**Harvest, AL 35749** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3015 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$659.52** |
| **Jenny Encarnacion**<br>**536 W. 143rd St. #52**<br>**New York, NY 10031** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3016 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,768.67** |
| **Jens Distelberg**<br>**Hangarsteinstrasse 39**<br>**Kassel  34130**<br>**GERMANY** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.3017**

**Nonpriority creditor's name and mailing address**

**Jens Holger Hansen**
**Wilhelmshoher Weg 44**
**Kasssel  34128**
**GERMANY**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,768.67**

---

**3.3018**

**Nonpriority creditor's name and mailing address**

**Jens Wienhold**
**Ruwerstr. 4**
**Bensheim  64625**
**GERMANY**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$842.80**

---

**3.3019**

**Nonpriority creditor's name and mailing address**

**Jerald Wolotka**
**9443 Forrest Dr**
**Highland, IN 46322**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,339.14**

---

**3.3020**

**Nonpriority creditor's name and mailing address**

**Jeremiah Michelson**
**2546 Midway Road**
**Decatur, GA 30030**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$659.52**

---

**3.3021**

**Nonpriority creditor's name and mailing address**

**Jeremiah Onciu**
**16880 North Stoneridge Court**
**Fountain Hills, AZ 85268**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$850.87**

---

**3.3022**

**Nonpriority creditor's name and mailing address**

**Jeremiah Ryan**
**31 Wentworth Avenue**
**Slough  ENG SL2 2DP**
**UNITED KINGDOM**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$740.77**

---

**3.3023**

**Nonpriority creditor's name and mailing address**

**Jeremiah Yondah**
**100 John Street**
**Apartment 2708**
**New York, NY 10038**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$659.52**

---

Debtor   **Launch Pad LLC**                                          Case number *(if known)* _____
_____
         Name

| | | |
|---|---|---|
| 3.302<br>4 | **Nonpriority creditor's name and mailing address**<br>**Jeremie Dubeaux**<br>**3523 Olympia Road**<br>**Lexington, KY 40517**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$456.35** |

| | | |
|---|---|---|
| 3.302<br>5 | **Nonpriority creditor's name and mailing address**<br>**Jeremy Allison**<br>**4535 S. Delaware St**<br>**Englewood, CO 80110**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$709.94** |

| | | |
|---|---|---|
| 3.302<br>6 | **Nonpriority creditor's name and mailing address**<br>**Jeremy Block**<br>**8900 Cruden Bay Court**<br>**Dublin, OH 43017**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$800.14** |

| | | |
|---|---|---|
| 3.302<br>7 | **Nonpriority creditor's name and mailing address**<br>**Jeremy Brooks**<br>**1453 Royal Ridge Drive**<br>**Davenport, FL 33896**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$696.04** |

| | | |
|---|---|---|
| 3.302<br>8 | **Nonpriority creditor's name and mailing address**<br>**Jeremy Burgess**<br>**929 Euclid Ave.**<br>**Apt. 2**<br>**Atlanta, GA 30307**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$659.52** |

| | | |
|---|---|---|
| 3.302<br>9 | **Nonpriority creditor's name and mailing address**<br>**Jeremy Chambers**<br>**1251 11th St**<br>**Imperial Beach, CA 91932**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$748.38** |

| | | |
|---|---|---|
| 3.303<br>0 | **Nonpriority creditor's name and mailing address**<br>**Jeremy Farrugia**<br>**17-19 Buckley Street**<br>**Marrickville NSW 2204**<br>**AUSTRAILA**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$801.74** |

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.303**
**1**

**Nonpriority creditor's name and mailing address**
**Jeremy Gaughan**
**5913 Crosswind Court**
**Johnsburg, IL 60051**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$914.99

---

**3.303**
**2**

**Nonpriority creditor's name and mailing address**
**Jeremy Gola**
**7813 Meadowglen Drive**
**Orlando, FL 32810**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$688.79

---

**3.303**
**3**

**Nonpriority creditor's name and mailing address**
**Jeremy Jauregui**
**821 Coiner Ct.**
**P.O. Box 505**
**Los Alamos, CA 93440**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$708.50

---

**3.303**
**4**

**Nonpriority creditor's name and mailing address**
**Jeremy Knapp**
**3612 Memorial Dr**
**Two Rivers, WI 54241**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$430.14

---

**3.303**
**5**

**Nonpriority creditor's name and mailing address**
**Jeremy Mahrle**
**2322 Starr Rd**
**Royal Oak, MI 48073**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$69.00

---

**3.303**
**6**

**Nonpriority creditor's name and mailing address**
**Jeremy March**
**2742 Fell Road**
**Madison, WI 53713**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$430.14

---

**3.303**
**7**

**Nonpriority creditor's name and mailing address**
**Jeremy March**
**2742 Fell Road**
**Madison, WI 53713**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$851.14

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.303 8**

**Nonpriority creditor's name and mailing address**
**Jeremy Mcclelland**
**1423 Milldam Pass**
**Johns Island, SC 29455**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$69.00**

---

**3.303 9**

**Nonpriority creditor's name and mailing address**
**Jeremy Mcclelland**
**1423 Milldam Pass**
**Johns Island, SC 29455**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$659.52**

---

**3.304 0**

**Nonpriority creditor's name and mailing address**
**Jeremy Mcconnell**
**336 Devonshire Street**
**Dearborn, MI 48124**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$659.52**

---

**3.304 1**

**Nonpriority creditor's name and mailing address**
**Jeremy Passinault**
**1049 Hamlin Center Road**
**Hamlin, NY 14464**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$684.52**

---

**3.304 2**

**Nonpriority creditor's name and mailing address**
**Jeremy Schwarz**
**26 Beverly Rd**
**Hawthorne, NJ 07506**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$735.20**

---

**3.304 3**

**Nonpriority creditor's name and mailing address**
**Jeremy Simpson**
**947 Heron Circle**
**Seal Beach, CA 90740**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,394.69**

---

**3.304 4**

**Nonpriority creditor's name and mailing address**
**Jeremy Skinner**
**801 S King St Unit 3803**
**Honolulu, HI 96813**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$677.32**

---

Debtor **Launch Pad LLC**
_____
Name

Case number (if known) _____

| 3.304 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jeremy Snarski**
**820 Holly Lane Farms Dr.**
**Westfield, IN 46074**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$430.52

---

| 3.304 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jeremy Vandervort**
**120 South Olive Avenue**
**Ste 311**
**West Palm Beach, FL 33401**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,244.52

---

| 3.304 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jeremy Wallin**
**7205 Gilpin Way**
**#150**
**Denver, CO 80229**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$679.62

---

| 3.304 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jeremy Windham**
**32 N Grant St**
**Denver, CO 80203**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,478.59

---

| 3.304 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jeremy Young**
**155 Woodlane Court**
**Oshawa ON L1G 6Y5**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$664.21

---

| 3.305 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jerhome Pena**
**344 Linden Ave**
**Long Beach, CA 90802**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$472.27

---

| 3.305 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jeri Bavousett**
**1314 North 160th Street**
**Shoreline, WA 98133**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,496.45

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.305 2**

**Nonpriority creditor's name and mailing address**

**Adam Jernow**
**20 West 20th Street Suite 1102**
**Ste 1102**
**New York, NY 10011**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$3,259.52

---

**3.305 3**

**Nonpriority creditor's name and mailing address**

**Jeroen Decorte**
**Veumedreef 5**
**Oostkamp  8020**
**BELGIUM**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$781.23

---

**3.305 4**

**Nonpriority creditor's name and mailing address**

**Jerome Clement**
**2999 North Texas Street**
**Apt 57**
**Fairfield, CA 94533**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$712.56

---

**3.305 5**

**Nonpriority creditor's name and mailing address**

**Jerome Mansbendel**
**6 Rue Du Cimetiere**
**Sasu Dealeo**
**Villebon Sur Yvette  91140**
**FRANCE**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$2,450.88

---

**3.305 6**

**Nonpriority creditor's name and mailing address**

**Jerome Vivino**
**5221 Meadow Creek Drive**
**Austin, TX 78745**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$456.35

---

**3.305 7**

**Nonpriority creditor's name and mailing address**

**Jerome Vivino**
**5221 Meadow Creek Drive**
**Austin, TX 78745**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$430.14

---

Debtor  **Launch Pad LLC**
Name                                            Case number (if known) _____

| 3.305 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$456.83** |
|---|---|---|---|

**Jeronimo Herrera**
**471 Meridian Street**
**Boston, MA 02128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.305 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,359.52** |
|---|---|---|---|

**Jeronimo Pineda**
**13800 Highland Drive**
**Ph10**
**North Miami Beach, FL 33181**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.306 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$866.89** |
|---|---|---|---|

**Jeronimo Pinto**
**Rua Da Casa Branca, 21 Apto 104**
**Nif 515673544**
**Funchal PT-30 9000-113**
**PORTUGAL**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.306 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$659.52** |
|---|---|---|---|

**Jerrad Coffin**
**24 Crockett Rd**
**Naples, ME 04055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.306 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$69.00** |
|---|---|---|---|

**Jerrad Coffin**
**24 Crockett Rd**
**Naples, ME 04055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.306 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$712.35** |
|---|---|---|---|

**Jerrad Pulham**
**725 King Street West**
**Unit 813**
**Toronto ON M5V 2W9**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Launch Pad LLC**
_____
Name

Case number *(if known)* _____

| 3.306<br>4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $739.57 |
|---|---|---|---|

**Jerrel Cuevas**
**944 Ramona Avenue**
**Spring Valley, CA 91977**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.306<br>5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,357.32 |
|---|---|---|---|

**Jerri Weddle**
**2724 Bald Eagle Ave NW**
**Salem, OR 97304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.306<br>6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $688.87 |
|---|---|---|---|

**Jerry Backe**
**1593 50th St NE**
**Medford, MN 55049-8209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.306<br>7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,509.14 |
|---|---|---|---|

**Jerry Byerly**
**5325 Wharfside Dr**
**Imperial, MO 63052-4323**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.306<br>8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,292.02 |
|---|---|---|---|

**Jerry Chado**
**10 Houndswood Court**
**Baltimore, MD 21209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.306<br>9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $469.11 |
|---|---|---|---|

**Jerry Pennell**
**16927 Shinedale Drive**
**Santa Clarita, CA 91387**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.307<br>0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $717.35 |
|---|---|---|---|

**Jerry Wallace**
**1032-61 Street Nw**
**Edmonton AB T6L 2G5**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.307**
**1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$732.66** |
|---|---|---|
| **Jersy Sandhu**<br>**16 Mount Road, Essex**<br>**South Benfleet ENG SS7 1HA**<br>**UNITED KINGDOM** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.307**
**2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$851.52** |
|---|---|---|
| **Jess Abraham**<br>**20823 Medallion Pointe Dr.**<br>**Katy, TX 77450** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.307**
**3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$679.35** |
|---|---|---|
| **Jesse Dupont**<br>**P.O. Box 547**<br>**Spearfish, SD 57783** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.307**
**4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,659.86** |
|---|---|---|
| **Jesse Gunsch**<br>**200 East Broadway**<br>**Steele, ND 58482** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.307**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$659.52** |
|---|---|---|
| **Jesse Hayden**<br>**616 S Wilson Ave**<br>**Royal Oak, MI 48067** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.307**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$456.83** |
|---|---|---|
| **Jesse Leger**<br>**10 Duncan St Unit 202**<br>**Haverhill, MA 01830** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.307**
**7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$687.81** |
|---|---|---|
| **Jesse Olsen**<br>**1022 5th Avenue East**<br>**Kalispell, MT 59901** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor **Launch Pad LLC**
_____
Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 3.307 8 | **Nonpriority creditor's name and mailing address** **Jesse Watson** **516 Hazel Cir** **Fruita, CO 81521-2376** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes **$731.84** |
| 3.307 9 | **Nonpriority creditor's name and mailing address** **Jesse Wright** **29039 Aztec Rd.** **Hayward, CA 94544** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes **$721.50** |
| 3.308 0 | **Nonpriority creditor's name and mailing address** **Jessica Mercer** **11504 Tyre St** **Upper Marlboro, MD 20772-5419** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes **$430.52** |
| 3.308 1 | **Nonpriority creditor's name and mailing address** **Jessica Mikhaylov** **15706 Whisper Woods Drive** **Cypress, TX 77429** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes **$430.52** |
| 3.308 2 | **Nonpriority creditor's name and mailing address** **Jessica Molina** **532 S 323rd Pl 10B** **Federal Way, WA 98003** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes **$687.93** |
| 3.308 3 | **Nonpriority creditor's name and mailing address** **Jessica Molina** **532 S 323rd Pl** **10B** **Federal Way, WA 98003** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes **$63.11** |
| 3.308 4 | **Nonpriority creditor's name and mailing address** **Jessica Spalding** **1800 Doubletree Trl** **Flower Mound, TX 75028** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes **$430.14** |

Debtor  **Launch Pad LLC**
_____     Case number (if known) _____
Name

| 3.308 5 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **$430.14** |
| **Jessica Thompson** | | ☐ Contingent | |
| **8638 Henrietta Ave** | | ☐ Unliquidated | |
| **Brentwood, MO 63144** | | ☐ Disputed | |
| | | | |
| Date(s) debt was incurred _ | | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.308 6 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **$459.04** |
| **Jessicaq Langrock** | | ☐ Contingent | |
| **6228 Riverside Station Blvd.** | | ☐ Unliquidated | |
| **Secaucus, NJ 07094** | | ☐ Disputed | |
| | | | |
| Date(s) debt was incurred _ | | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.308 7 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **$681.47** |
| **Jessie Brewer** | | ☐ Contingent | |
| **455 High St** | | ☐ Unliquidated | |
| **Boscawen, NH 03303** | | ☐ Disputed | |
| | | | |
| Date(s) debt was incurred _ | | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.308 8 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **$2,794.23** |
| **Jesus A Rubio Gutierrez** | | ☐ Contingent | |
| **Basilio A Jacome 4324** | | ☐ Unliquidated | |
| **Rincones De San Francisco** | | ☐ Disputed | |
| **Chihuahua CHIH 31115** | | | |
| **MEXICO** | | | |
| Date(s) debt was incurred _ | | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.308 9 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **$683.22** |
| **Jesus Herrera De La Cruz** | | ☐ Contingent | |
| **Ca   N De A  Isclo - 7, 2 Izq** | | ☐ Unliquidated | |
| **Zaragoza Z 50015** | | ☐ Disputed | |
| **SPAIN** | | | |
| Date(s) debt was incurred _ | | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.309 0 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **$1,678.39** |
| **Jesus Javier Luque Baez** | | ☐ Contingent | |
| **Calle Espa  A 6** | | ☐ Unliquidated | |
| **Fuengirola MA 29640** | | ☐ Disputed | |
| **SPAIN** | | | |
| Date(s) debt was incurred _ | | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **Launch Pad LLC**
_____
Name

Case number *(if known)* _____

| 3.309 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $757.66 |
|---|---|---|---|

**Jesus Nieves**
**13A Banstead Road**
**Purley ENG CR8 3EB**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $688.73 |
|---|---|---|---|

**Jesus Perez**
**10810 SW 134th Ter**
**Miami, FL 33176**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $733.64 |
|---|---|---|---|

**Jesus Rivas**
**2040 Palm Blvd**
**Brownsville, TX 78520**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $747.63 |
|---|---|---|---|

**Jesus Urquijo**
**1105 Tangerine Drive**
**Redlands, CA 92374**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $871.28 |
|---|---|---|---|

**Jiarong Tan**
**277 Panton Way Nw**
**Calgary AB T3K 0X4**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $659.52 |
|---|---|---|---|

**Jiawei Huang**
**83 Elizabeth Street**
**Apt 7**
**New York, NY 10013**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $464.96 |
|---|---|---|---|

**Jiazhou Yang**
**2635 Edgewood Road**
**Beachwood, OH 44122**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.3098**

**Nonpriority creditor's name and mailing address**

**Jibri Hodge**
**20445 Jay Carroll Drive**
**Santa Clarita, CA 91350**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$719.88

---

**3.3099**

**Nonpriority creditor's name and mailing address**

**Jigar Patel**
**Flat 8, 1 Snowdrop Mews, Pinner**
**London  HA5 3WW**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$2,091.89

---

**3.3100**

**Nonpriority creditor's name and mailing address**

**Jigar Patel**
**Flat 8, 1 Snowdrop Mews, Pinner**
**London  HA5 3WW**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$2,171.35

---

**3.3101**

**Nonpriority creditor's name and mailing address**

**Jill Mason**
**6163 North Bethel Avenue**
**Clovis, CA 93619**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$709.96

---

**3.3102**

**Nonpriority creditor's name and mailing address**

**Jim Krysiak**
**5002 Hickoryway**
**Johnsburg, IL 60051**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$740.85

---

**3.3103**

**Nonpriority creditor's name and mailing address**

**Jim Riley**
**7275 Burns Way**
**San Antonio, TX 78250**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,390.08

---

**3.3104**

**Nonpriority creditor's name and mailing address**

**Jim Thomas**
**2832 Woodrose Court**
**Holiday, FL 34691**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$684.52

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.310 5**

**Nonpriority creditor's name and mailing address**

**Jim Tolomeo**
**171 Rivervale Rd**
**River Vale, NJ 07675**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$735.20**

---

**3.310 6**

**Nonpriority creditor's name and mailing address**

**Jim Walters**
**2226 Bearskin Dr**
**Sherwood, AR 72120**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,327.60**

---

**3.310 7**

**Nonpriority creditor's name and mailing address**

**Jim Washburn**
**102 E Lake Creek St**
**Meridian, ID 83642**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,357.81**

---

**3.310 8**

**Nonpriority creditor's name and mailing address**

**Jim Widmann**
**3000 Gateway Dr**
**Carlisle, IA 50047**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,729.14**

---

**3.310 9**

**Nonpriority creditor's name and mailing address**

**Jimit Shah**
**1849 Girard Drive**
**Milpitas, CA 95035**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$711.83**

---

**3.311 0**

**Nonpriority creditor's name and mailing address**

**Jimmy Christo**
**3800 County Road 94**
**Manvel, TX 77578**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$659.52**

---

**3.311 1**

**Nonpriority creditor's name and mailing address**

**Jimmy Dean**
**7832 Kavanagh Court**
**Sarasota, FL 34240**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$659.52**

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.311
2**

**Nonpriority creditor's name and mailing address**

**Jimmy Easton
506 Suffolk Drive
Owensboro, KY 42303**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$699.09

---

**3.311
3**

**Nonpriority creditor's name and mailing address**

**Jimmy Hill
791 Lieber Way
Henderson, NV 89052**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$658.12

---

**3.311
4**

**Nonpriority creditor's name and mailing address**

**Jimmy Jimenez
698 Eastern Court
Ridgewood, NJ 07450**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$703.21

---

**3.311
5**

**Nonpriority creditor's name and mailing address**

**Jimmy Phan
2049 Country Club Way
Langford BC V9B 0H8
CANADA**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$1,329.33

---

**3.311
6**

**Nonpriority creditor's name and mailing address**

**Jimmy St-Laurent
426 Rue De L' Glise
Sept-Iles QC G0G 1H0
CANADA**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$679.30

---

**3.311
7**

**Nonpriority creditor's name and mailing address**

**Jin Oh
7202 Barrberry Lane
Beltsville, MD 20705**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$851.52

---

**3.311
8**

**Nonpriority creditor's name and mailing address**

**Jin Woo Ok
216 Pepperwood Way
Durham, NC 27703**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$741.25

---

| Debtor | **Launch Pad LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.311**
**9**

**Nonpriority creditor's name and mailing address**

**Joakim Slattegard**
**Pionvagen 28**
**Tullinge  14650**
**SWEDEN**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$927.55**

---

**3.312**
**0**

**Nonpriority creditor's name and mailing address**

**Joakim Stende**
**Fricksgatan**
**4 C**
**Angelholm  26251**
**SWEDEN**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$875.28**

---

**3.312**
**1**

**Nonpriority creditor's name and mailing address**

**Joan Sullivan**
**159 Sycamore St.**
**East Aurora, NY 14052**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,607.81**

---

**3.312**
**2**

**Nonpriority creditor's name and mailing address**

**Joanna Garcia**
**P.O. Box 947**
**Christiansted, VI 00821**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,624.28**

---

**3.312**
**3**

**Nonpriority creditor's name and mailing address**

**Joao Costa**
**Rua Da Fonte Nova Nr 82**
**Figueira Da Foz PT-06 3080-213**
**PORTUGAL**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$938.96**

---

**3.312**
**4**

**Nonpriority creditor's name and mailing address**

**Joao Pereira**
**2076 Osbond Road**
**Innisfil ON L9S 0B6**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$706.72**

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.312
5**

**Nonpriority creditor's name and mailing address**

**Joao Rodrigues
17 The Conservatory, Chesil Street
Winchester ENG SO238BL
UNITED KINGDOM**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$806.83**

---

**3.312
6**

**Nonpriority creditor's name and mailing address**

**Joaquin Pastor
1042 Laguna Ave
Los Angeles, CA 90026**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,464.48**

---

**3.312
7**

**Nonpriority creditor's name and mailing address**

**Joe Abel
1775 Calle Tierra Vista
Camarillo, CA 93010**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$61.75**

---

**3.312
8**

**Nonpriority creditor's name and mailing address**

**Joe Abel
1775 Calle Tierra Vista
Camarillo, CA 93010**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$744.68**

---

**3.312
9**

**Nonpriority creditor's name and mailing address**

**Joe Brown
1700 W Blanck St
Linden, NJ 07036**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$90.63**

---

**3.313
0**

**Nonpriority creditor's name and mailing address**

**Joe Dubsky
27430 472nd Avenue
Harrisburg, SD 57032**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,368.87**

---

**3.313
1**

**Nonpriority creditor's name and mailing address**

**Joe Dusek
4 Lake Eloise Ln
Winter Haven, FL 33884-2822**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$737.73**

---

Debtor    **Launch Pad LLC**                                                              Case number *(if known)*  _____
_____
Name

| | |
|---|---|
| 3.313 2 | **$659.14** |

**Nonpriority creditor's name and mailing address**
**Joe Edgar**
**6059 Westminster Place**
**St. Louis, MO 63112**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.313 3 | **$1,359.14** |

**Nonpriority creditor's name and mailing address**
**Joe Ferguson**
**1591 S Gravel Cir**
**Grapevine, TX 76092**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.313 4 | **$681.72** |

**Nonpriority creditor's name and mailing address**
**Joe Ferreira**
**5 Marshall Street**
**Toronto ON M6K 1S3**
**CANADA**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.313 5 | **$774.41** |

**Nonpriority creditor's name and mailing address**
**Joe Huu**
**1839 Bloom Cres**
**London ON N5X4N2**
**CANADA**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.313 6 | **$429.12** |

**Nonpriority creditor's name and mailing address**
**Joe Levi**
**6440 North 6900 West**
**#381**
**Newton, UT 84327**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.313 7 | **$3,019.04** |

**Nonpriority creditor's name and mailing address**
**Joe Ra(Main)**
**1900 Yorkshires Dr**
**Blue Bell, PA 19422**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.313 8 | **$430.52** |

**Nonpriority creditor's name and mailing address**
**Joe Rosshirt**
**126 North St Apt 2F**
**Portland, ME 04101**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor **Launch Pad LLC**
_____
Name

Case number (*if known*) _____

| | |
|---|---|
| **3.3139** | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**Joe Rosshirt**
**126 North St Apt 2F**
**Portland, ME 04101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$430.52**

---

**3.3140**

**Nonpriority creditor's name and mailing address**
**Joe Ryan**
**239 Timberlane Drive**
**Staten Island, PA 18301**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$730.89**

---

**3.3141**

**Nonpriority creditor's name and mailing address**
**Joe Schuerger**
**609 Shallow Creek Circle**
**Northfield, OH 44067**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$459.59**

---

**3.3142**

**Nonpriority creditor's name and mailing address**
**Joe Triolo**
**60B Thames Industrial Park**
**East Tilbury ENG RM188RH**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,596.81**

---

**3.3143**

**Nonpriority creditor's name and mailing address**
**Joe Wambsgan**
**5434 E Palo Brea Ln**
**Cave Creek, AZ 85331**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$658.87**

---

**3.3144**

**Nonpriority creditor's name and mailing address**
**Joel Laguna**
**El Dorado D21 Calle C**
**San Juan, PR 00926**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$659.52**

---

**3.3145**

**Nonpriority creditor's name and mailing address**
**Joel Lamoreaux**
**3225 Benton Rd**
**Whitehall, MI 49461**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$659.14**

---

Debtor  **Launch Pad LLC**                                                 Case number (if known) _____
　　　　　 Name

---

**3.314 6**

**Nonpriority creditor's name and mailing address**

**Joel Leon**
**10885 Windy Court**
**Bloomington, CA 92316**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$461.75**

---

**3.314 7**

**Nonpriority creditor's name and mailing address**

**Joel Nelson**
**318 E 2275 N**
**Unit 25**
**North Ogden, UT 84414**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,308.12**

---

**3.314 8**

**Nonpriority creditor's name and mailing address**

**Joel Ortega**
**1013 Griffith St**
**San Fernando, CA 91340-4030**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$723.13**

---

**3.314 9**

**Nonpriority creditor's name and mailing address**

**Joel Paulino**
**1562 Curran Street**
**Los Angeles, CA 90026**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$469.11**

---

**3.315 0**

**Nonpriority creditor's name and mailing address**

**Joel Peterson**
**1888 Main St, Unit A2**
**Vancouver BC V5T3B7**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,338.80**

---

**3.315 1**

**Nonpriority creditor's name and mailing address**

**Joel Sarubbi**
**Eimattstrasse 31**
**Oberdorf BI  4436**
**SWITZERLAND**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$931.34**

---

**3.315 2**

**Nonpriority creditor's name and mailing address**

**Joel Sauer**
**8460 North Lindbergh Blvd**
**Suite 2**
**Florissant, MO 63031**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$651.67**

---

Debtor    **Launch Pad LLC**                                              Case number *(if known)* _____
_____
Name

---

| 3.315<br>3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$735.33** |
|---|---|---|---|

**Joel Swanson**
**2552 East Windrose Street**
**Eagle, ID 83616**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.315<br>4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$428.32** |
|---|---|---|---|

**Joey Benford**
**12489 South Oak Grove Road**
**Canby, OR 97013**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.315<br>5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$898.34** |
|---|---|---|---|

**Joffre Castilla Breininger**
**Fanny Blankers-Koenplein 35**
**Haarlem  2021 VW**
**NETHERLANDS**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.315<br>6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$818.25** |
|---|---|---|---|

**Joginder Singh**
**44 Lancaster Avenue**
**Slough ENG SL2 1AX**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.315<br>7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$926.56** |
|---|---|---|---|

**Johan Forshallen**
**Gustav III:s Blvd 139**
**Solna  16974**
**SWEDEN**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.315<br>8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$744.65** |
|---|---|---|---|

**Johan Rylander**
**Hallerstrasse 47**
**Nuremberg  90419**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.315<br>9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,489.41** |
|---|---|---|---|

**Johan Swedell**
**20 Belmont Drive**
**Sandyford D CTX3 D18**
**IRELAND**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Launch Pad LLC**                                        Case number (if known) _____
_____
Name

| 3.316 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$754.43** |
|---|---|---|---|

**Johanes Sunarto**
**320 Spruce St**
**Alameda, CA 94501**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.316 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$866.44** |
|---|---|---|---|

**Johann Wollein**
**Dr. Karl Dorrstr. 3**
**Brunn/Geb  2345**
**AUSTRIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.316 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$923.56** |
|---|---|---|---|

**Johannes Diepeveen**
**Venuslaan 57**
**Dordrecht  3318 JZ**
**NETHERLANDS**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.316 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,669.08** |
|---|---|---|---|

**Johannes Goeckel**
**Im Klipfel 44**
**Malsch  69254**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.316 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,765.64** |
|---|---|---|---|

**Johannes Platz**
**Passeio Levante**
**4-3 E**
**Lisboa/ Portugal PT-11 1990-503**
**PORTUGAL**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.316 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$894.32** |
|---|---|---|---|

**Johannes Wagner**
**Waldstrasse 48**
**Furth  90763**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Launch Pad LLC**                                    Case number *(if known)* _____
_____
Name

| 3.316 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Johannes Yarar**
**Rafaelsgrand 32**
**Stockholm/Sodertalje  152 50**
**SWEDEN**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$4,355.37

---

| 3.316 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**John Andrade**
**Schifflande 1**
**Basel  4051**
**SWITZERLAND**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$720.85

---

| 3.316 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**John Barkeley**
**2336 Village Dr**
**Louisville, KY 40205**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$783.98

---

| 3.316 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**John Barnhardt**
**6800 Marlboro Pike**
**Bishop McNamara High School**
**Forestville, MD 20747**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$3,454.52

---

| 3.317 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**John Bartleman**
**704 N Ocean Blvd**
**Apt 904**
**Pompano Beach, FL 33062**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$627.02

---

| 3.317 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**John Baskett**
**5517 Travis Green Lane**
**Austin, TX 78735**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$634.14

---

| 3.317 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**John Baskett**
**5517 Travis Green Lane**
**Austin, TX 78735**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$59.14

---

| Debtor | **Launch Pad LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.317 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $759.80 |
|---|---|---|
| **John Batdorff**<br>**2208 N. Sedgwick**<br>**Apt 3**<br>**Chicago, IL 60614** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.317 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $461.75 |
|---|---|---|
| **John Blincoe**<br>**10 Indiana**<br>**Irvine, CA 92606** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.317 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $511.13 |
|---|---|---|
| **John Bosworth**<br>**12 Murfitt Close**<br>**Ely ENG CB6 3FN**<br>**UNITED KINGDOM** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.317 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $724.76 |
|---|---|---|
| **John Bradford**<br>**3141 East 8th Street**<br>**Long Beach, CA 90804** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.317 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,145.13 |
|---|---|---|
| **John Buck**<br>**212 Caribbean Road**<br>**Palm Beach, FL 33480** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.317 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $927.75 |
|---|---|---|
| **John Burke**<br>**475 Oakdale Ave,**<br>**Glencoe, IL 60022** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.317 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $659.52 |
|---|---|---|
| **John Callanan**<br>**323 Fairfield Avenue**<br>**#515**<br>**Bridgeport, CT 06604** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.318 0 | **Nonpriority creditor's name and mailing address**<br>**John Carretta**<br>**10910 E Roselle Ave**<br>**Mesa, AZ 85212**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$688.87** |

| 3.318 1 | **Nonpriority creditor's name and mailing address**<br>**John Christian**<br>**11136 State Highway 64, #428**<br>**Tyler, TX 75707**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$689.14** |

| 3.318 2 | **Nonpriority creditor's name and mailing address**<br>**John Coats**<br>**1821 NE 25th St**<br>**Suite 101**<br>**Lighthouse Point, FL 33064**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$684.52** |

| 3.318 3 | **Nonpriority creditor's name and mailing address**<br>**John Cottenham**<br>**801 Maple Street**<br>**Grayling, MI 49738**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,369.14** |

| 3.318 4 | **Nonpriority creditor's name and mailing address**<br>**John Dakan**<br>**1709 Fontenay Way**<br>**Roseville, CA 95747**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$701.27** |

| 3.318 5 | **Nonpriority creditor's name and mailing address**<br>**John Daunton**<br>**Flat 3 Quay Gate House**<br>**1A Grand Parade**<br>**Portsmouth ENG PO1 2NF**<br>**UNITED KINGDOM**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$806.83** |

| 3.318 6 | **Nonpriority creditor's name and mailing address**<br>**John Davies**<br>**1259 Western Ave**<br>**Westfield, MA 01085**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$718.32** |

| Debtor | **Launch Pad LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.318 7** | Nonpriority creditor's name and mailing address | | $634.52

**John Davy**
**400 Pryor Street Southwest**
**#4476**
**Atlanta, GA 30302**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.318 8** | Nonpriority creditor's name and mailing address | | $1,284.52

**John Day**
**4617 Highland Rhodes Drive**
**Clayton, NC 27520**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.318 9** | Nonpriority creditor's name and mailing address | | $689.14

**John Dixon**
**2407 W Sunset Dr**
**Rogers, AR 72756**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.319 0** | Nonpriority creditor's name and mailing address | | $1,410.40

**John Dwan**
**5122 Morningside Drive**
**Houston, TX 77005**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.319 1** | Nonpriority creditor's name and mailing address | | $1,435.47

**John Dye**
**22302 Wenbury Drive**
**Tomball, TX 77375**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.319 2** | Nonpriority creditor's name and mailing address | | $750.72

**John Espinosa**
**207 East 202nd Street**
**2A**
**Bronx, NY 10458**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.319 3** | Nonpriority creditor's name and mailing address | | $126.25

**John Evans**
**5526 13400 South**
**#231**
**Herriman, UT 84096**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Launch Pad LLC**
_____   Case number *(if known)* _____
Name

---

**3.319 4**

**Nonpriority creditor's name and mailing address**

**John Franklin**
**124 Bushney Loop**
**Mooresville, NC 28115**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$736.07

---

**3.319 5**

**Nonpriority creditor's name and mailing address**

**John Franks**
**6944 Heaton Moor Drive**
**San Jose, CA 95119**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$745.57

---

**3.319 6**

**Nonpriority creditor's name and mailing address**

**John Garcia**
**7784 NW 167th Terrace**
**Miami Lakes, FL 33016**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$659.52

---

**3.319 7**

**Nonpriority creditor's name and mailing address**

**John Gausche**
**5500 16th Lane Northeast**
**St. Petersburg, FL 33703**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$659.52

---

**3.319 8**

**Nonpriority creditor's name and mailing address**

**John Gehringer**
**73 Wheeler Ave**
**Westwood, NJ 07675**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$2,782.40

---

**3.319 9**

**Nonpriority creditor's name and mailing address**

**John Goodwin**
**4734 S Wallace Dr**
**Saint George, UT 84790**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$658.12

---

**3.320 0**

**Nonpriority creditor's name and mailing address**

**John Groth**
**6144 Karas Walk**
**Elkridge, MD 21075**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$718.35

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.320**
**1**

**Nonpriority creditor's name and mailing address**

**John Hennessy**
**133 Noble Street #3**
**Brooklyn, NY 11222**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$430.52**

---

**3.320**
**2**

**Nonpriority creditor's name and mailing address**

**John Hildevert**
**865 Amsterdam Ave**
**14G**
**New York, NY 10025**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$851.52**

---

**3.320**
**3**

**Nonpriority creditor's name and mailing address**

**John Hronakis**
**1922 Queen Street East**
**Toronto ON M4L 1H5**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$719.84**

---

**3.320**
**4**

**Nonpriority creditor's name and mailing address**

**John Jalufka**
**3230 Golden Eye**
**Katy, TX 77493**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$430.52**

---

**3.320**
**5**

**Nonpriority creditor's name and mailing address**

**John John**
**Svl Box 9019**
**18250 Harbor Drive**
**Victorville, CA 92395**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$715.00**

---

**3.320**
**6**

**Nonpriority creditor's name and mailing address**

**John Kemp**
**206 E. Meda Ave.**
**Glendora, CA 91741**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$472.27**

---

**3.320**
**7**

**Nonpriority creditor's name and mailing address**

**John Kinney**
**1621 North Willow Highway**
**Lansing, MI 48917**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$851.52**

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.3208**

**Nonpriority creditor's name and mailing address**

**John Knight**
**950 Steeple Run**
**Lawrenceville, GA 30043**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,409.52**

---

**3.3209**

**Nonpriority creditor's name and mailing address**

**John Lannes**
**7599 Devonshire Lane**
**Reno, NV 89511**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$107.81**

---

**3.3210**

**Nonpriority creditor's name and mailing address**

**John Li**
**11557 SE Cascade View Dr**
**Happy Valley, OR 97086**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,270.32**

---

**3.3211**

**Nonpriority creditor's name and mailing address**

**John Lopez**
**4316 Palmdale Street**
**Union City, CA 94587**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$932.22**

---

**3.3212**

**Nonpriority creditor's name and mailing address**

**John Lucas**
**16423 Golden Sun Way**
**Monument, CO 80132**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$464.82**

---

**3.3213**

**Nonpriority creditor's name and mailing address**

**John Mathews**
**2918 Maple Ct**
**Carrollton, TX 75007**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$778.07**

---

**3.3214**

**Nonpriority creditor's name and mailing address**

**John McAleer**
**300 Broadmeadow Cove**
**Roswell, GA 30075**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$732.12**

---

Debtor    **Launch Pad LLC**                                                    Case number *(if known)* _____
_____
Name

| 3.321 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $430.14 |
|---|---|---|---|

**John Mccleary**
**4531 Avenue F**
**Austin, TX 78751**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.321 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $658.12 |
|---|---|---|---|

**John McDonald**
**204 Catalini St**
**Las Vegas, NV 89107**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.321 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $659.52 |
|---|---|---|---|

**John McGinty**
**243 Flanders Drive**
**Indialantic, FL 32903**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.321 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,329.33 |
|---|---|---|---|

**John Millar**
**100 13 Avenue South**
**Cranbrook BC V1C 2V5**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.321 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $737.35 |
|---|---|---|---|

**John Nishidate**
**6610 London Gate**
**Delta BC V4K4W8**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $712.35 |
|---|---|---|---|

**John Nishidate**
**6610 London Gate**
**Delta BC V4K4W8**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,359.52 |
|---|---|---|---|

**John Norman**
**620 Division St**
**Port Huron, MI 48060**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.322
2**

**Nonpriority creditor's name and mailing address**

**John Oconnor
2076 35th Ave
Vero Beach, FL 32960**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$3,283.41**

---

**3.322
3**

**Nonpriority creditor's name and mailing address**

**John Pappas
739 East Morningside Drive NE
Atlanta, GA 30324**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$750.89**

---

**3.322
4**

**Nonpriority creditor's name and mailing address**

**John Parish
715 Woodsedge Drive
Hickory Withe, TN 38028**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$823.33**

---

**3.322
5**

**Nonpriority creditor's name and mailing address**

**John Parker
The Old School House, Chapels
Darwen ENG BB3 0EE
UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$510.63**

---

**3.322
6**

**Nonpriority creditor's name and mailing address**

**John Paul Maltes
2235 West Coronet Avenue
Anaheim, CA 92801**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,473.52**

---

**3.322
7**

**Nonpriority creditor's name and mailing address**

**John Quesnel
1 Testa Road, #27
Uxbridge ON L9P 1Y9
CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,399.84**

---

**3.322
8**

**Nonpriority creditor's name and mailing address**

**John Richards
5425 Closeburn Road
Charlotte, NC 28210**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,247.03**

---

Debtor    **Launch Pad LLC**                                    Case number (if known) _____
_____
Name

| | |
|---|---|
| **3.322 9** | |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.        **$430.52**

**John Richardson**
**1210 Falls Creek Court**                    ☐ Contingent
**Conyers, GA 30094**                    ☐ Unliquidated
                                    ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _                    Basis for the claim: _

                                    Is the claim subject to offset? ☑ No  ☐ Yes

---

| | |
|---|---|
| **3.323 0** | |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.        **$659.14**

**John Robinson**
**2110 Mistletoe Ave**                    ☐ Contingent
**Fort Worth, TX 76110**                    ☐ Unliquidated
                                    ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _                    Basis for the claim: _

                                    Is the claim subject to offset? ☑ No  ☐ Yes

---

| | |
|---|---|
| **3.323 1** | |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.        **$684.52**

**John Robinson**
**150 Tavern Rock Rd**                    ☐ Contingent
**Stratford, CT 06614**                    ☐ Unliquidated
                                    ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _                    Basis for the claim: _

                                    Is the claim subject to offset? ☑ No  ☐ Yes

---

| | |
|---|---|
| **3.323 2** | |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.        **$659.52**

**John Serrano**
**9413 40th Dr**                    ☐ Contingent
**Elmhurst, NY 11373-1738**                    ☐ Unliquidated
                                    ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _                    Basis for the claim: _

                                    Is the claim subject to offset? ☑ No  ☐ Yes

---

| | |
|---|---|
| **3.323 3** | |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.        **$430.14**

**John Stephens**
**4320 Vine Street**                    ☐ Contingent
**Unit 80-137**                    ☐ Unliquidated
**Hays, KS 67601**                    ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _                    Basis for the claim: _

                                    Is the claim subject to offset? ☑ No  ☐ Yes

---

| | |
|---|---|
| **3.323 4** | |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.        **$446.88**

**John Storey**
**49 Yeoville Crt**                    ☐ Contingent
**Hamilton ON L9C5W4**                    ☐ Unliquidated
**CANADA**                    ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _                    Basis for the claim: _

                                    Is the claim subject to offset? ☑ No  ☐ Yes

---

| | |
|---|---|
| **3.323 5** | |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.        **$659.52**

**John Swope**
**4413 Trapp Lane**                    ☐ Contingent
**Orlando, FL 32814**                    ☐ Unliquidated
                                    ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _                    Basis for the claim: _

                                    Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor **Launch Pad LLC**
Name

Case number *(if known)* _____

| 3.323 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**John Thomas**
**3934 Montego Bay Court**
**Missouri City, TX 77459**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$684.52

---

| 3.323 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**John Ticer**
**1199 Wakefield St.**
**Birmingham, MI 48009**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$659.52

---

| 3.323 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**John Wagner**
**198 Apple Blossom Lane**
**Oakland, MD 21550**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$659.52

---

| 3.323 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**John Walcsak**
**985 Beatrice Parkway**
**Edison, NJ 08820**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$459.04

---

| 3.324 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**John Winn**
**6020 Chester St**
**Wilmington, NC 28405**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$659.52

---

| 3.324 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**John Wood**
**405 W 7th Street**
**Unit 205**
**Charlotte, NC 28202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$634.52

---

| 3.324 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**John Yohanna**
**27205 Icy Willow Ln**
**Canyon Country, CA 91387**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$747.25

---

Debtor    **Launch Pad LLC**                                                          Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| **3.324 3** | **Nonpriority creditor's name and mailing address** | **$716.11** |

Johnathan Harrison
3918 East 21st Avenue
Spokane, WA 99223

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.324 4** | **Nonpriority creditor's name and mailing address** | **$19.00** |

Johnaton Olding
2170 Dufferin Street
Toronto ON M6E 3R8
CANADA

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.324 5** | **Nonpriority creditor's name and mailing address** | **$19.00** |

Johnaton Olding
2170 Dufferin Street
Toronto ON M6E 3R8
CANADA

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.324 6** | **Nonpriority creditor's name and mailing address** | **$19.00** |

Johnaton Olding
2170 Dufferin Street
Toronto ON M6E 3R8
CANADA

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.324 7** | **Nonpriority creditor's name and mailing address** | **$7,417.71** |

Johnny Lei
7382 Fleeting Joys Ave.
Las Vegas, NV 89113

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.324 8** | **Nonpriority creditor's name and mailing address** | **$627.02** |

Johnny Moncier
4285 Autumn Sun Road
Millington, TN 38053

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.324 9** | **Nonpriority creditor's name and mailing address** | **$726.71** |

Johnny Walker
912 West Village Court
Chicago, IL 60608

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor    **Launch Pad LLC**
　　　　　Name

Case number (if known) _____

---

| 3.325 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$658.87** |
| **Johnny Wright**<br>**4320 Kachina Canyon Rd**<br>**Las Cruces, NM 88011** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.325 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$684.22** |
| **Johnpaul Quick**<br>**3808 Highway 19**<br>**Owensville, MO 65066** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.325 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$935.10** |
| **Aaron Johnson**<br>**10611 20th Ave S**<br>**Seattle, WA 98168** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.325 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$445.78** |
| **Aidan Johnson**<br>**2381 W. Us Highway 34**<br>**Drake, CO 80515** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.325 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$930.12** |
| **Johny Chavez**<br>**10274 Stanwin Ave**<br>**Arleta, CA 91331** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.325 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$717.35** |
| **Jomar Lovallo**<br>**827 Downing**<br>**Winnipeg MB R3G 2P6**<br>**CANADA** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.325 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$851.14** |
| **Jon Capps**<br>**1081 Thornridge Rd**<br>**Bentonville, AR 72713** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.325 7**

**Nonpriority creditor's name and mailing address**

**Jon Foster**
**64 Highbury School Road**
**Canaan NS B4N 4K1**
**CANADA**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,354.81**

---

**3.325 8**

**Nonpriority creditor's name and mailing address**

**Jon Gustafson**
**14 Cold Springs Rd**
**Dillsburg, PA 17019**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,534.38**

---

**3.325 9**

**Nonpriority creditor's name and mailing address**

**Jon Hathaway**
**44 Hambleton Place**
**Thirsk ENG YO71DP**
**UNITED KINGDOM**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,553.38**

---

**3.326 0**

**Nonpriority creditor's name and mailing address**

**Jon Hathaway**
**44 Hambleton Place**
**Thirsk ENG YO71DP**
**UNITED KINGDOM**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,409.38**

---

**3.326 1**

**Nonpriority creditor's name and mailing address**

**Jon Hazan**
**2218 Yale Ave**
**St Louis, MO 63143**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$7,809.14**

---

**3.326 2**

**Nonpriority creditor's name and mailing address**

**Jon Kostic**
**1258 Slater Road**
**Wheatland, WY 82201**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$680.99**

---

**3.326 3**

**Nonpriority creditor's name and mailing address**

**Jon Miles**
**1218 E Campbell St**
**Arlington Heights, IL 60004**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$473.15**

---

Debtor    **Launch Pad LLC**                                             Case number *(if known)* _____
_____
Name

| 3.326 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $741.64 |
|---|---|---|---|

**Jon Osmanson**
**100 Safety Way**
**Decatur, AL 35601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.326 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $714.51 |

**Jon Oswalt**
**4450 Copper Ct**
**Gig Harbor, WA 98332**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.326 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $856.75 |

**Jon Ta**
**818 N Broadway**
**Suite 111A**
**Los Angeles, CA 90012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.326 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $658.87 |

**Jon Tolo**
**1207 98th Avenue West**
**Duluth, MN 55808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.326 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $882.42 |

**Jonas Claes**
**Kleine Amer 69**
**Puurs  2870**
**BELGIUM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.326 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $491.44 |

**Jonas Fischer**
**Mulhauserstrasse 146**
**Basel  4056**
**SWITZERLAND**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.327 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $870.98 |

**Jonas Haentjes**
**Hochallee 108**
**Hamburg  20149**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Launch Pad LLC**
Name
Case number *(if known)* _____

| 3.327 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $951.89 |
|---|---|---|---|

**Jonas Sargelis**
**39 Pettus Road**
**Norwich ENG NR4 7BU**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.327 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,361.67 |
|---|---|---|---|

**Jonas Wohler**
**Wuehrenbachstrasse 6**
**Horgenberg  8815**
**SWITZERLAND**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.327 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,765.86 |
|---|---|---|---|

**Jonatan Arild Hansen**
**Sementvegen 4**
**Brevik  3950**
**NORWAY**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.327 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $705.69 |
|---|---|---|---|

**Jonathan Adams**
**610 Kelso Road**
**Pittsburgh Pa, PA 15243**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.327 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $455.52 |
|---|---|---|---|

**Jonathan Albert**
**235 44th Ave N**
**St Petersburg, FL 33703**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.327 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $659.14 |
|---|---|---|---|

**Jonathan Arndt**
**1319 Glenbrook Drive**
**Irving, TX 75061**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.327 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $726.50 |
|---|---|---|---|

**Jonathan Banas**
**41 Kieren Drive**
**Blacktown NSW 2148**
**AUSTRAILA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Launch Pad LLC**
_____     Case number (if known) _____
Name

| 3.327 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$430.52** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jonathan Betancourt**
**16117 Northglenn Dr**
**Tampa, FL 33618**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$430.52**

---

| 3.327 9 |
|---|

**Nonpriority creditor's name and mailing address**
**Jonathan Brake**
**11311 Courtside St**
**Victorville, CA 92392**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$465.96**

---

| 3.328 0 |
|---|

**Nonpriority creditor's name and mailing address**
**Jonathan Brown**
**10908 McMullen Loop**
**Riverview, FL 33569**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,309.52**

---

| 3.328 1 |
|---|

**Nonpriority creditor's name and mailing address**
**Jonathan Brown**
**10908 McMullen Loop**
**Riverview, FL 33569**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$109.52**

---

| 3.328 2 |
|---|

**Nonpriority creditor's name and mailing address**
**Jonathan Burgess**
**7009 Osborn Avenue**
**Hammond, IN 46323**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$659.14**

---

| 3.328 3 |
|---|

**Nonpriority creditor's name and mailing address**
**Jonathan Canivel**
**2 Hedge End Rd #108**
**Toronto ON M1B5Z8**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$871.28**

---

| 3.328 4 |
|---|

**Nonpriority creditor's name and mailing address**
**Jonathan Choi**
**22 Library Place**
**Edison, NJ 08820**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$459.04**

---

| Debtor | **Launch Pad LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.328 5**

**Nonpriority creditor's name and mailing address**

**Jonathan Cole**
**10 Dakara Drive**
**Frenchs Forest NSW 2086**
**AUSTRAILA**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

$1,397.65

---

**3.328 6**

**Nonpriority creditor's name and mailing address**

**Jonathan Cox**
**432 Mission St**
**Unit A**
**South Pasadena, CA 91030**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

$936.44

---

**3.328 7**

**Nonpriority creditor's name and mailing address**

**Jonathan Crenshaw**
**618 North Boylan Avenue, #402**
**Raleigh, NC 27603**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

$659.52

---

**3.328 8**

**Nonpriority creditor's name and mailing address**

**Jonathan Demerecz**
**1021 Prospect Rd**
**Evans City, PA 16033**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

$766.52

---

**3.328 9**

**Nonpriority creditor's name and mailing address**

**Jonathan Durst**
**5014 Thoms Run Rd**
**Oakdale, PA 15071**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

$1,401.19

---

**3.329 0**

**Nonpriority creditor's name and mailing address**

**Jonathan Escamilla**
**30897 Via Bonica**
**Lake Elsinore, CA 92530**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

$747.63

---

**3.329 1**

**Nonpriority creditor's name and mailing address**

**Jonathan Fodera**
**3810 Round Table Court**
**Land O' Lakes, FL 34638**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

$677.89

---

Debtor     **Launch Pad LLC**                                           Case number *(if known)* _____
_____
Name

| 3.329 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,369.52** |
|---|---|---|---|

**Jonathan Gamel**
**1264 County Road 39**
**Deatsville, AL 36022**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.329 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$462.50** |
|---|---|---|---|

**Jonathan Guerrero**
**5726 Roanoke Street**
**San Diego, CA 92139**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.329 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$708.50** |
|---|---|---|---|

**Jonathan Hinostroza**
**13457 Daffodil Way**
**Chino, CA 91710**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.329 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,720.10** |
|---|---|---|---|

**Jonathan Hipolito**
**208 3rd Avenue**
**New Westminster BC V3L 1M1**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.329 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$708.50** |
|---|---|---|---|

**Jonathan Johnston**
**381 Valmore Avenue**
**Ventura, CA 93003**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.329 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$659.52** |
|---|---|---|---|

**Jonathan Laird**
**61 George Street**
**#2**
**Manchester, NH 03102**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.329 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$462.50** |
|---|---|---|---|

**Jonathan Lam**
**1228 West Blaine Street**
**Apt 5**
**Riverside, CA 92507**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page  487 of 1054

Debtor    **Launch Pad LLC**
_____    Case number *(if known)* _____
Name

| 3.329 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $665.52 |

**Jonathan Lee**
**139 Arbour Butte Road Nw**
**Calgary AB T3G 4N6**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.330 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $461.75 |

**Jonathan Lenaway**
**201 Loyola Rd**
**Costa Mesa, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.330 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,003.52 |

**Jonathan Littenstrom**
**Dimvagen 38**
**Jarfalla  17770**
**SWEDEN**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.330 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $793.59 |

**Jonathan Lucente**
**4204 Aberdeen Lane**
**Blackwood, NJ 08012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.330 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $659.52 |

**Jonathan Molfetta**
**181 E 90th St**
**Apt 3B**
**New York, NY 10128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.330 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,553.58 |

**Jonathan Muino**
**70 Bignell Drive**
**West Busselton WA 6280**
**AUSTRAILA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.330 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $681.72 |

**Jonathan Nixon**
**12 Ivy Green Crescent**
**Scarborough ON M1G2Z3**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Launch Pad LLC**                                         Case number (if known) _____
                   Name

| 3.330 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $659.14 |
|---|---|---|---|

**Jonathan Perlstein**
**925 East 41st Street**
**Apt C**
**Austin, TX 78751**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.330 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $704.05 |
|---|---|---|---|

**Jonathan Phelps**
**1353 Berkshire Rd**
**Stow, OH 44224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.330 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $63.55 |
|---|---|---|---|

**Jonathan Phelps**
**1353 Berkshire Rd**
**Stow, OH 44224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.330 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,338.75 |
|---|---|---|---|

**Jonathan Pilarski**
**1392 Pinery Cres.**
**Oakville ON L6H7J5**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.331 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $740.83 |
|---|---|---|---|

**Jonathan Rettinger**
**107 Calderon**
**Irvine, CA 92618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.331 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $719.88 |
|---|---|---|---|

**Jonathan Reyes**
**1305 Paseo Dorado**
**San Dimas, CA 91773**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.331 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $806.15 |
|---|---|---|---|

**Jonathan Russell**
**903 Glennshire Drive**
**Knoxville, TN 37923**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Launch Pad LLC**
_____
Name

Case number (if known) _____

| 3.331 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$469.11** |
| **Jonathan Salman** | ☐ Contingent | |
| **28014 Caraway Ln** | ☐ Unliquidated | |
| **Saugus, CA 91350** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.331 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$740.01** |
| **Jonathan Smith** | ☐ Contingent | |
| **Apartment 7, Westfield** | ☐ Unliquidated | |
| **15 Kidderpore Avenue** | ☐ Disputed | |
| **Hampstead ENG NW3 7SF** | | |
| **UNITED KINGDOM** | | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.331 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$632.32** |
| **Jonathan So** | ☐ Contingent | |
| **15303 SW Mississippi Ct** | ☐ Unliquidated | |
| **Tigard, OR 97224** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.331 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$748.94** |
| **Jonathan Solis** | ☐ Contingent | |
| **851 7th Street** | ☐ Unliquidated | |
| **Richmond, CA 94801** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.331 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$634.14** |
| **Jonathan Stacey** | ☐ Contingent | |
| **1000 Hockley Lane** | ☐ Unliquidated | |
| **Forney, TX 75126** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.331 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$659.52** |
| **Jonathan Stodolski** | ☐ Contingent | |
| **5 Chickadee Ct** | ☐ Unliquidated | |
| **Bedford, NH 03110** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.331 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$687.46** |
| **Jonathan Styles** | ☐ Contingent | |
| **25172 Nueva Vista Drive** | ☐ Unliquidated | |
| **Laguna Niguel, CA 92677** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page  490 of 1054

Debtor **Launch Pad LLC**
_____
Name

Case number *(if known)* _____

| | |
|---|---|
| **3.332 0** | |

**Nonpriority creditor's name and mailing address**

**Jonathan Ustaev**
**147-60 76th Avenue**
**Upstairs**
**Queens, NY 11367**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$748.20**

---

| | |
|---|---|
| **3.332 1** | |

**Nonpriority creditor's name and mailing address**

**Jonathan Wilkes**
**103A Freyberg Street**
**Lyall Bay WGN 6022**
**NEW ZEALAND**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,462.02**

---

| | |
|---|---|
| **3.332 2** | |

**Nonpriority creditor's name and mailing address**

**Jonathan Woods**
**4302 Hollywood Blvd #102**
**Hollywood, FL 33021**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,284.52**

---

| | |
|---|---|
| **3.332 3** | |

**Nonpriority creditor's name and mailing address**

**Jonathan Woods**
**120 Neilson Street**
**Apt 603**
**New Brunswick, NJ 08901**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$688.95**

---

| | |
|---|---|
| **3.332 4** | |

**Nonpriority creditor's name and mailing address**

**Jonathon Mcclellan**
**3523 Acacia Drive**
**Sugar Land, TX 77479**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,482.51**

---

| | |
|---|---|
| **3.332 5** | |

**Nonpriority creditor's name and mailing address**

**Jonell Dagasdas**
**74433 16th Street, #23**
**Burnaby BC V3N 4Z5**
**CANADA**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$871.33**

---

| | |
|---|---|
| **3.332 6** | |

**Nonpriority creditor's name and mailing address**

**Rochelle Jones**
**173-11 113th Avenue**
**Queens, NY 11433**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$627.02**

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.332 7**

**Nonpriority creditor's name and mailing address**

**Rochelle Jones**
**173-11 113th Avenue**
**Queens, NY 11433**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$627.02

---

**3.332 8**

**Nonpriority creditor's name and mailing address**

**Joost Muis**
**Welgelegenstraat 17**
**Den Haag  2548SE**
**NETHERLANDS**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$873.70

---

**3.332 9**

**Nonpriority creditor's name and mailing address**

**Jordan Barnes**
**2908 Bonanza**
**San Clemente, CA 92673-3422**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$708.50

---

**3.333 0**

**Nonpriority creditor's name and mailing address**

**Jordan Brown**
**106-33400 Bourquin Place**
**Abbotsford BC V2S 5G3**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,387.35

---

**3.333 1**

**Nonpriority creditor's name and mailing address**

**Jordan Brown**
**365 East 100 North**
**Hyde Park, UT 84318**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$429.12

---

**3.333 2**

**Nonpriority creditor's name and mailing address**

**Jordan Fields**
**1195 County Route 9/11**
**Martinsburg, WV 25403**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,369.52

---

**3.333 3**

**Nonpriority creditor's name and mailing address**

**Jordan Guerra**
**186 Mechanic St**
**Reinholds, PA 17569**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$672.59

---

Debtor  **Launch Pad LLC**
Name

Case number (if known)

---

| 3.333 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $684.52 |

**Jordan Harris**
**6223 Everall Avenue**
**Baltimore, MD 21206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.333 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $719.88 |

**Jordan Hurless**
**1644 Camden Avenue**
**Apt 2**
**Los Angeles, CA 90025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.333 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $79.52 |

**Jordan King**
**692 Murray Drive**
**Honolulu, HI 96818**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.333 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $430.52 |

**Jordan Listi**
**23103 Norway Maple Lane**
**Tomball, TX 77375**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.333 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $684.14 |

**Jordan Marty**
**10104 West 96th Street**
**Unit A**
**Overland Park, KS 66212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.333 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $659.52 |

**Jordan Pinelli**
**7**
**Powell**
**Brampton ON L6R0K9**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Launch Pad LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.334 0**

**Nonpriority creditor's name and mailing address**

**Jordan Redner**
**3644 Jefferson Avenue**
**Redwood City, CA 94062**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$746.73**

---

**3.334 1**

**Nonpriority creditor's name and mailing address**

**Jordan Rivas Bauer**
**3660 103rd Avenue**
**Clearwater, FL 33762**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$4,559.52**

---

**3.334 2**

**Nonpriority creditor's name and mailing address**

**Jordan Robbins**
**5207 Scott Trail**
**Minneapolis, MN 55422**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$801.26**

---

**3.334 3**

**Nonpriority creditor's name and mailing address**

**Jordan Simpson**
**7811 Forest Oaks Lane**
**Waxhaw, NC 28173**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$430.52**

---

**3.334 4**

**Nonpriority creditor's name and mailing address**

**Jordan Stechschulte**
**109 First Street**
**Miller City, OH 45864**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$674.06**

---

**3.334 5**

**Nonpriority creditor's name and mailing address**

**Jordan Wirth**
**207 Anthony Way**
**Richmond, KY 40475**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$699.09**

---

**3.334 6**

**Nonpriority creditor's name and mailing address**

**Jorge Banuelos**
**3473 West Browning Avenue**
**Fresno, CA 93711**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,826.42**

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.334 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $736.86 |
|---|---|---|
| **Jorge Canales**<br>**Zugerstrasse 90**<br>**Horgen  8810**<br>**SWITZERLAND** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.334 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $683.87 |
|---|---|---|
| **Jorge Dominguez**<br>**14625 Tierra Coruna Ave**<br>**El Paso, TX 79938** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.334 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,482.03 |
|---|---|---|
| **Jorge Espinoza**<br>**3611 Sonoma Blvd**<br>**Vallejo, CA 94590-5046** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.335 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $430.52 |
|---|---|---|
| **Jorge Godoy**<br>**89 Macarthur Avenue**<br>**Garfield, NJ 07026** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.335 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $703.21 |
|---|---|---|
| **Jorge Godoy**<br>**89 Macarthur Avenue**<br>**Garfield, NJ 07026** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.335 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $459.04 |
|---|---|---|
| **Jorge Godoy**<br>**89 Macarthur Avenue**<br>**Garfield, NJ 07026** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.335 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $684.52 |
|---|---|---|
| **Jorge Laurel**<br>**102 Sanderling Ct**<br>**Glen Burnie, MD 21060** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor    **Launch Pad LLC**                                    Case number (if known) _____
_____
Name

| 3.335 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$430.14** |
|---|---|---|---|

**Jorge Lucio**
**1815 S. Ejido Ave.**
**Laredo, TX 78046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.335 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$634.52** |
|---|---|---|---|

**Jorge Miranda**
**437 Lakeview Rd**
**Kissimmee, FL 34759**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.335 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$725.06** |
|---|---|---|---|

**Jorge Neri**
**617 N Harvey Ave**
**Oak Park, IL 60302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.335 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$739.46** |
|---|---|---|---|

**Jorge Perez**
**9 Needham Street**
**Johnston, RI 02919**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.335 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,309.52** |
|---|---|---|---|

**Jorge Pineda Cruz del Sur LLC LLC /RIUS**
**4421 NW 97th Ave**
**Doral, FL 33178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.335 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,709.52** |
|---|---|---|---|

**Jorge Rivera**
**9202 Linden Grove Court**
**Silver Spring, MD 20910**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.336 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$851.14** |
|---|---|---|---|

**Jorge T Marin**
**Colima 209**
**Int 502**
**Ciudad De Mexico DF 6700**
**MEXICO**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Launch Pad LLC**
Name

Case number *(if known)* _____

| 3.336 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$738.81** |

**Jorge Uribe**
**8809 Sierra Oak Dr.**
**Bakersfield, CA 93311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.336 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,771.23** |

**Joscha Winzer**
**Siegertweg 24**
**Berlin  12101**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.336 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,438.12** |

**Jose Armenta**
**16415 Hayland Street**
**La Puente, CA 91744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.336 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$659.52** |

**Jose Becho**
**11503 Merlin Drive**
**Mission, TX 78572**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.336 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$429.87** |

**Jose Bravo**
**Av De Anza 1003**
**A**
**Hermosillo SON 83150**
**MEXICO**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.336 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$850.87** |

**Jose Bravoi**
**Av De Anza 1003**
**A**
**Hermosillo SON 83150**
**MEXICO**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.336 7**

**Nonpriority creditor's name and mailing address**

**Jose Cadeiras Lda Vat Pt514402849**
**Praceta Marques De Pombal, 10**
**Aroeira PT-15 2820-116**
**PORTUGAL**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,122.79**

---

**3.336 8**

**Nonpriority creditor's name and mailing address**

**Jose Correa**
**1100 Windward Drive**
**Pembroke Pines, FL 33026**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,174.35**

---

**3.336 9**

**Nonpriority creditor's name and mailing address**

**Jose Correa**
**1100 Windward Drive**
**Pembroke Pines, FL 33026**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$159.52**

---

**3.337 0**

**Nonpriority creditor's name and mailing address**

**Jose Cruz**
**1024 East 215 St, #3**
**Bronx, NY 10469**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$689.52**

---

**3.337 1**

**Nonpriority creditor's name and mailing address**

**Jose Feneque**
**4280 Caveat Court**
**Fairburn, GA 30213**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$684.52**

---

**3.337 2**

**Nonpriority creditor's name and mailing address**

**Jose Fermaintt**
**286 Exeter Ln**
**Sugar Grove, IL 60554**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$711.88**

---

**3.337 3**

**Nonpriority creditor's name and mailing address**

**Jose Fernando Velasquez**
**445 Eglinton Ave East, #206**
**Toronto ON M4P 1N1**
**CANADA**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$681.72**

---

| Debtor | **Launch Pad LLC** | | Case number *(if known)* | |
| | Name | | | |

---

**3.337
4**

**Nonpriority creditor's name and mailing address**

**Jose Flores**
**1497 Main Street #343**
**Dunedin, FL 34698**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$430.52**

---

**3.337
5**

**Nonpriority creditor's name and mailing address**

**Jose Fontanez**
**3700 NE 15 St**
**Homestead, FL 33033**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$430.52**

---

**3.337
6**

**Nonpriority creditor's name and mailing address**

**Jose Garces**
**10850 NW 89th Ter**
**Unit 209**
**Doral, FL 33178**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$659.52**

---

**3.337
7**

**Nonpriority creditor's name and mailing address**

**Jose Garcia**
**811 Afterglow Street**
**San Antonio, TX 78216**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$430.14**

---

**3.337
8**

**Nonpriority creditor's name and mailing address**

**Jose Gutierrez**
**126 Brookbank Hill Place**
**Cary, NC 27519**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$659.52**

---

**3.337
9**

**Nonpriority creditor's name and mailing address**

**Jose Jauregui**
**Victoria 1655, Providencia**
**Providencia**
**Guadalajara JAL 44630**
**MEXICO**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$696.10**

---

**3.338
0**

**Nonpriority creditor's name and mailing address**

**Jose Lira**
**7742 Snug Harbor Cir**
**Frisco, TX 75036**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,309.14**

---

Debtor    **Launch Pad LLC**                                          Case number *(if known)* _____
_____Name_____

---

| 3.338 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$35.37** |
|---|---|---|---|

**Jose Lorenzo**
**3533 Cabrillo Avenue**
**Santa Clara, CA 95051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.338 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$689.37** |
|---|---|---|---|

**Jose Lorenzo**
**3533 Cabrillo Avenue**
**Santa Clara, CA 95051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.338 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,840.22** |
|---|---|---|---|

**Jose Loya**
**2574 Oak Springs Dr**
**Chula Vista, CA 91915**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.338 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,874.62** |
|---|---|---|---|

**Jose Manzano**
**10133 Walnut St**
**Bellflower, CA 90706-6007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.338 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$735.24** |
|---|---|---|---|

**Jose Mazariegos**
**28624 Moon Shadow Dr**
**Menifee, CA 92584**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.338 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$715.75** |
|---|---|---|---|

**Jose Medina**
**1145 4th Avenue**
**Apt 103**
**Chula Vista, CA 91911**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.338 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$63.25** |
|---|---|---|---|

**Jose Medina**
**1145 4th Avenue**
**Apt 103**
**Chula Vista, CA 91911**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor    **Launch Pad LLC**                                          Case number *(if known)* _____
_____
Name

| 3.338 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $773.59 |
|---|---|---|---|

**Jose Molina**
**310 N 2nd St**
**B**
**Albemarle, NC 28001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.338 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $430.52 |
|---|---|---|---|

**Jose Montalvo**
**1850 Lexington Avenue Apartment 3B**
**Manhattan, NY 10029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.339 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $712.99 |
|---|---|---|---|

**Jose Petricher**
**7 Feldspar Road**
**Eglinton WA 6034**
**AUSTRAILA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.339 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $688.12 |
|---|---|---|---|

**Jose Razo**
**1343 East 5060 South**
**Ogden, UT 84403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.339 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $659.52 |
|---|---|---|---|

**Jose Reyes**
**225 48th Street**
**Lindenhurst, NY 11757**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.339 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $892.78 |
|---|---|---|---|

**Jose Ribeiro**
**Rua Futuro, No 90**
**Sanguedo PT-01 4505-619**
**PORTUGAL**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.339 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,472.70 |
|---|---|---|---|

**Jose Vaquero**
**1231 Liberty Lane**
**Burlington, WA 98233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Launch Pad LLC**                                         Case number (if known) _____
          Name

---

| 3.339 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $689.14 |

**Jose Verdin**
**2403 North Arkansas**
**Wichita, KS 67204**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.339 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $659.14 |

**Jose Vilchez**
**8605 Denstone Dr**
**Mckinney, TX 75070**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.339 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,309.52 |

**Jose Villafane**
**243 Calle Paris**
**PMB 1198**
**San Juan, PR 00917**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.339 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,268.78 |

**Josef Suess**
**Raphaelweg 5**
**Baiern  85625**
**GERMANY**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.339 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $659.52 |

**Joseph Ambrose**
**10730 Pelican Dr**
**Wellington, FL 33414-4140**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.340 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $734.08 |

**Joseph Bigica**
**93 Morrell Place**
**Garfield, NJ 07026**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.340 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,169.31 |

**Joseph Cichowski**
**982 County Road 523**
**Flemington, NJ 08822**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.340 2**

**Nonpriority creditor's name and mailing address**

**Joseph Crowe**
**1601 Rhododendron Dr. Spc 665**
**Florence, OR 97439**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$677.76**

---

**3.340 3**

**Nonpriority creditor's name and mailing address**

**Joseph Daoud**
**521 Gary Glen Drive**
**Martinez, GA 30907**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,309.52**

---

**3.340 4**

**Nonpriority creditor's name and mailing address**

**Joseph Driskell**
**2210 Industrial Rd**
**Sapulpa, OK 74066**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,284.14**

---

**3.340 5**

**Nonpriority creditor's name and mailing address**

**Joseph Ducat**
**8882 Sanibel Shore Ave**
**Las Vegas, NV 89147**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,308.12**

---

**3.340 6**

**Nonpriority creditor's name and mailing address**

**Joseph Estabrook**
**14004 SE Summerfield Loop**
**Happy Valley, OR 97086**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$682.32**

---

**3.340 7**

**Nonpriority creditor's name and mailing address**

**Joseph Falanga**
**287 York Street**
**West Haven, CT 06516**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$652.89**

---

**3.340 8**

**Nonpriority creditor's name and mailing address**

**Joseph Fraga**
**861 Branstetter Avenue**
**Dayton, NV 89403**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,307.81**

---

Debtor    **Launch Pad LLC**
_____
Name

Case number (if known) _____

---

| 3.340 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joseph Garcia**
**520 Harling Court**
**Rio Linda, CA 95673**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,462.75

---

| 3.341 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joseph Geltman**
**11 Benjamin Green Lane**
**Mahopac, NY 10541**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,309.52

---

| 3.341 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joseph Ginther**
**1502 Campbell Avenue**
**Orlando, FL 32806**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$683.55

---

| 3.341 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joseph Grover**
**150 Hermon St**
**Apt. 3**
**Winthrop, MA 02152**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,443.90

---

| 3.341 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joseph Kashy**
**Av. Jesus Del Monte 41**
**602B**
**Huixquilucan DF 52764**
**MEXICO**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$692.82

---

| 3.341 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joseph Keys**
**694 Urton Woods Way**
**Louisville, KY 40243**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$699.09

---

| 3.341 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joseph Kim**
**3012 Rolston Rd**
**Greenville, NC 27858**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$430.52

---

Debtor    **Launch Pad LLC**                                            Case number (if known) _____
_____
Name

| 3.341 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $59.52 |
|---|---|---|---|

**Joseph Lee**
**3138 Paty Drive**
**Honolulu, HI 96821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  _

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.341 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $430.52 |
|---|---|---|---|

**Joseph Lineses**
**6019 39th Avenue**
**Floor 2**
**Queens, NY 11377**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  _

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.341 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,410.00 |
|---|---|---|---|

**Joseph Mark**
**1C Chatsworth Road**
**Melbourne VIC 3181**
**AUSTRAILA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  _

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.341 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,959.52 |
|---|---|---|---|

**Joseph Martin**
**90 Pearl St**
**Boca Raton, FL 33432**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  _

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.342 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $740.77 |
|---|---|---|---|

**Joseph Mearman**
**Apartment 1, The Old Mill**
**Cadnant Road**
**Menai Bridge WLS LL59 5NG**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  _

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.342 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $564.18 |
|---|---|---|---|

**Joseph Ngoma**
**Albert-Schweitzer-Strasse 17**
**Leverkusen  51377**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  _

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

Debtor **Launch Pad LLC** _____ Case number *(if known)* _____
    Name

| 3.342 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$468.06** |
|---|---|---|---|

**Joseph Palomarez**
**547 Cedar St**
**Apt.20**
**San Carlos, CA 94070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.342 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$707.51** |
|---|---|---|---|

**Joseph Pham**
**98 Thorney Road**
**Fairfield West NSW 2165**
**AUSTRAILA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.342 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,480.90** |
|---|---|---|---|

**Joseph Polizzi**
**1432 West Oraibi Drive**
**Phoenix, AZ 85027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.342 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$460.66** |
|---|---|---|---|

**Joseph Preston**
**622 Deer Watch Road**
**Bridgeville, PA 15017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.342 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$634.14** |
|---|---|---|---|

**Joseph Ramer**
**109 Alberta St**
**Harrison, AR 72601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.342 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,431.62** |
|---|---|---|---|

**Joseph Rayos**
**17200 Septo Street**
**Los Angeles, CA 91325**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.342 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$739.87** |
|---|---|---|---|

**Joseph Rice**
**589 10th Street**
**Apt 3**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor   **Launch Pad LLC**
_____   Case number *(if known)*   _____
Name

| 3.342 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$634.52** |
|---|---|---|---|

**Joseph Richter**
**1201 West 63rd Street**
**Hialeah, FL 33012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.343 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$429.87** |
|---|---|---|---|

**Joseph Russo**
**2050 Pacific Beach Dr**
**Apt 104**
**San Diego, CA 92109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.343 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$459.04** |
|---|---|---|---|

**Joseph Sangiovanni**
**460 Birch Bark Drive**
**Brick Twp, NJ 08723**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.343 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$700.23** |
|---|---|---|---|

**Joseph Terminiello**
**1233 Lowland St**
**Apex, NC 27523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.343 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$897.82** |
|---|---|---|---|

**Joseph Toma**
**Heinrich-Kropp-Strasse 9**
**Gutersloh  33330**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.343 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$736.10** |
|---|---|---|---|

**Joseph Valenzuela**
**948 Ventura Drive**
**Pittsburg, CA 94565**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.343 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$699.09** |
|---|---|---|---|

**Joseph Walsh**
**22 Overlook Circle**
**Garnet Valley, PA 19060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.343 6**

**Nonpriority creditor's name and mailing address**

**Joseph Warren**
**9203 Chaddsford**
**San Antonio, TX 78250**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$430.14**

---

**3.343 7**

**Nonpriority creditor's name and mailing address**

**Joseph Williams**
**533 Wonder St**
**Reno, NV 89502-2514**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$625.31**

---

**3.343 8**

**Nonpriority creditor's name and mailing address**

**Joseph Wilson**
**1190 Upper Ottawa Street, #25**
**Hamilton ON L8W 1T8**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$689.68**

---

**3.343 9**

**Nonpriority creditor's name and mailing address**

**Josh Armenta**
**7724 Aptos Circle**
**Citrus Heights, CA 95610**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$740.83**

---

**3.344 0**

**Nonpriority creditor's name and mailing address**

**Josh Fox**
**105 Munroe St**
**Boston, MA 02119**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$75.34**

---

**3.344 1**

**Nonpriority creditor's name and mailing address**

**Josh Klaas**
**208 E Mineral St.**
**Montfort, WI 53569**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$219.14**

---

**3.344 2**

**Nonpriority creditor's name and mailing address**

**Josh Moulton**
**9100 Midland Blvd**
**St. Louis, MO 63114**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$720.32**

---

Debtor    **Launch Pad LLC**
_____    Case number (if known) _____
Name

| 3.344 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,329.33 |
|---|---|---|---|

**Josh Paulin**
**1518 Aubin Road**
**Windsor ON N8Y 4G2**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,284.14 |
|---|---|---|---|

**Josh Regenold**
**4506 Oldwyck Drive**
**Janesville, WI 53546**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,271.12 |
|---|---|---|---|

**Josh Sullivan**
**3140 Filbert Street**
**Antioch, CA 94509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,909.52 |
|---|---|---|---|

**Josh Waldo-Speth**
**752 Crider Road**
**Maylene, AL 35114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $897.54 |
|---|---|---|---|

**Josh White**
**8 Hoare Street**
**Norman Gardens QLD 4701**
**AUSTRAILA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,434.61 |
|---|---|---|---|

**Joshua Baer**
**815-A Brazos St. #149**
**Austin, TX 78701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $456.83 |
|---|---|---|---|

**Joshua Baker**
**111 Ames Road**
**Brockton, MA 02302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.345 0**

Nonpriority creditor's name and mailing address
**Joshua Bechard**
**3835 SW Nottingham Road**
**Topeka, KS 66610**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$659.14**

---

**3.345 1**

Nonpriority creditor's name and mailing address
**Joshua Bechard**
**3835 SW Nottingham Road**
**Topeka, KS 66610**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$659.14**

---

**3.345 2**

Nonpriority creditor's name and mailing address
**Joshua Bourke**
**6939 Florey Street**
**San Diego, CA 92122**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$741.58**

---

**3.345 3**

Nonpriority creditor's name and mailing address
**Joshua Brown**
**26507 28A Ave**
**Aldergrove BC V4W 3A8**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$706.72**

---

**3.345 4**

Nonpriority creditor's name and mailing address
**Joshua Burnett**
**717 Lundy Lane**
**Columbus, IN 47203**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$430.52**

---

**3.345 5**

Nonpriority creditor's name and mailing address
**Joshua Dickerson**
**1219 110th Street South**
**Tacoma, WA 98444**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$724.37**

---

**3.345 6**

Nonpriority creditor's name and mailing address
**Joshua Elkington**
**9326 South 300 West**
**Sandy, UT 84070**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,113.12**

---

Debtor **Launch Pad LLC**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| **3.345 7** | **Nonpriority creditor's name and mailing address** **Joshua Fox** **247 Cambridge Street** **Cambridge, MA 02141** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._ ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | **$711.77** |
| **3.345 8** | **Nonpriority creditor's name and mailing address** **Joshua Furlong** **3707 Ryeland Cove** **Mckinney, TX 75071** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._ ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | **$659.14** |
| **3.345 9** | **Nonpriority creditor's name and mailing address** **Joshua Garcia** **11436 Charlesworth Road** **Santa Fe Springs, CA 90670** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._ ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | **$709.69** |
| **3.346 0** | **Nonpriority creditor's name and mailing address** **Joshua Gliniak** **615 E Weber Dr** **Unit 2022** **Tempe, AZ 85281** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._ ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | **$1,271.87** |
| **3.346 1** | **Nonpriority creditor's name and mailing address** **Joshua Hess** **3734 Bluff Drive, Lewis Center, Oh, Usa** **Lewis Center, OH 43035** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._ ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | **$2,193.01** |
| **3.346 2** | **Nonpriority creditor's name and mailing address** **Joshua Hess** **3734 Bluff Drive, Lewis Center, Oh, Usa** **Lewis Center, OH 43035** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._ ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | **$2,920.59** |
| **3.346 3** | **Nonpriority creditor's name and mailing address** **Joshua Jahnke** **1111 S Grand Ave #1014** **Los Angeles, CA 90015** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._ ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | **$774.64** |

Debtor   **Launch Pad LLC**                                                Case number *(if known)* _____
           Name

| 3.346 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,959.52 |

**Joshua Lipton**
**303 Fifth Avenue**
**Suite 1102**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.346 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,809.15 |

**Joshua Mccarthy**
**52 Daisy Farm Road**
**Birmingham ENG B14 4QA**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.346 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,108.41 |

**Joshua Miller**
**1860 N Washington St**
**Apt 202**
**Denver, CO 80203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.346 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $689.72 |

**Joshua Miller**
**1860 N Washington St**
**Apt 202**
**Denver, CO 80203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.346 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,424.18 |

**Joshua Miller**
**1860 N Washington St**
**Apt 202**
**Denver, CO 80203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.346 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,425.12 |

**Joshua Salinas**
**1161 Cypress Street**
**Hollister, CA 95023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.347 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,425.12 |

**Joshua Salinas**
**1161 Cypress Street**
**Hollister, CA 95023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
| | Name | | |

---

**3.347 1**

**Nonpriority creditor's name and mailing address**

**Joshua Salinas**
**1161 Cypress Street**
**Hollister, CA 95023**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,425.12**

---

**3.347 2**

**Nonpriority creditor's name and mailing address**

**Joshua Salinas**
**1161 Cypress Street**
**Hollister, CA 95023**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$716.63**

---

**3.347 3**

**Nonpriority creditor's name and mailing address**

**Joshua Schroijen**
**Kapucijnenvoer 12**
**Bus 0201**
**Leuven  3000**
**BELGIUM**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$850.19**

---

**3.347 4**

**Nonpriority creditor's name and mailing address**

**Joshua Smith**
**1825 S 5Ht St**
**Apt 52**
**Waco, TX 76706**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$851.14**

---

**3.347 5**

**Nonpriority creditor's name and mailing address**

**Joshua Sparling**
**961 Notre Dame Dr**
**Apt 14**
**London ON N6J 3C3**
**CANADA**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$675.93**

---

**3.347 6**

**Nonpriority creditor's name and mailing address**

**Joshua Steffen**
**1301 S Scott St**
**Apt 731**
**Arlington, VA 22204**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$430.52**

---

Debtor    **Launch Pad LLC**                                              Case number *(if known)* _____
_____
Name

| 3.347 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$715.00** |

**Joshua Tillery**
**4600 Navidad Road**
**Atascadero, CA 93422**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.347 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$461.75** |

**Joshua Tree**
**14633 Palmyra Court**
**Adelanto, CA 92301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.347 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$461.75** |

**Joshua Tree**
**14633 Palmyra Court**
**Adelanto, CA 92301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.348 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$805.98** |

**Joshua Twiname**
**10 Ventnor Street**
**Preston VIC 3072**
**AUSTRAILA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.348 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$681.56** |

**Joshua Weingarten**
**37 Rhode Island**
**Irvine, CA 92606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.348 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$737.93** |

**Joshua Williams**
**111 Garfield Place**
**Apt# 906**
**Cincinnati, OH 45202-1939**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.348 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$465.59** |

**Joshua Yan**
**29238 NE Tolt Hill Road**
**Carnation, WA 98014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
| | Name | | |

---

**3.348 4**

**Nonpriority creditor's name and mailing address**

**Josiah Holtz**
**434 Walnut Dr**
**Saint Johns, FL 32259**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,244.52**

---

**3.348 5**

**Nonpriority creditor's name and mailing address**

**Josiah Russell**
**2417 Winterberry Lane**
**York, PA 17406**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$718.56**

---

**3.348 6**

**Nonpriority creditor's name and mailing address**

**Josiah Schulz**
**5312 Willow St**
**Weston, WI 54476**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$718.76**

---

**3.348 7**

**Nonpriority creditor's name and mailing address**

**Joud Shehade**
**Bernard Ijzerdraathof 14**
**Haarlem  2032RR**
**NETHERLANDS**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$551.34**

---

**3.348 8**

**Nonpriority creditor's name and mailing address**

**Jounaidi Ben Hassen**
**14 Rue Williamson**
**Gatineau QC J9A2C8**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$733.21**

---

**3.348 9**

**Nonpriority creditor's name and mailing address**

**Jovana Ivanovic**
**310-890 Sheppard Avenue West**
**Toronto ON M3H 2T5**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$664.21**

---

**3.349 0**

**Nonpriority creditor's name and mailing address**

**Joven Haye**
**60 Annie Craig Drive #912**
**Toronto ON M8V 0A8**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$675.93**

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.349 1**

**Nonpriority creditor's name and mailing address**

**Joyce Fruithof**
**Esdoornlaan 11, #1.3**
**Wetteren  9230**
**BELGIUM**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$576.40**

---

**3.349 2**

**Nonpriority creditor's name and mailing address**

**Joyce Wicker**
**313 Columbus Drive**
**Savannah, GA 31405**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,309.52**

---

**3.349 3**

**Nonpriority creditor's name and mailing address**

**Joyti Kumar**
**P.O. Box 56173**
**Hayward, CA 94544**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,434.87**

---

**3.349 4**

**Nonpriority creditor's name and mailing address**

**Joyti Kumar**
**P.O. Box 56173**
**Hayward, CA 94544**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$694.06**

---

**3.349 5**

**Nonpriority creditor's name and mailing address**

**Jozef Russell**
**45 Park Terrace West**
**New York, NY 10034**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$735.20**

---

**3.349 6**

**Nonpriority creditor's name and mailing address**

**Jozsef Vandorffy**
**Thaly Kalman U. 34. 4/22.**
**Folinfo Kft.**
**Budapest  1096**
**HUNGARY**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$749.04**

---

Debtor **Launch Pad LLC**
       Name
    Case number (*if known*) _____

---

**3.3497**

**Nonpriority creditor's name and mailing address**

**Jozsef Vandorffy**
**Thaly Kalman U. 34. 4/22**
**Folinfo Kft.**
**Budapest  1096**
**HUNGARY**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$899.06**

---

**3.3498**

**Nonpriority creditor's name and mailing address**

**Jr Scott**
**60143 South 24th Street**
**Lacombe, LA 70445**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$430.52**

---

**3.3499**

**Nonpriority creditor's name and mailing address**

**Juan Abadie**
**Carrer De Sogorb 4**
**Piso 4, Puerta 10**
**Valencia V 46004**
**SPAIN**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$1,582.76**

---

**3.3500**

**Nonpriority creditor's name and mailing address**

**Juan Aguiar**
**1850 Rodman Street #3**
**Hollywood, FL 33020**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$634.52**

---

**3.3501**

**Nonpriority creditor's name and mailing address**

**Juan Buitrago**
**729 Northwest 170th Terrace**
**Pembroke Pines, FL 33028**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$689.52**

---

**3.3502**

**Nonpriority creditor's name and mailing address**

**Juan Carlos Medina Villa**
**Toltecas 166 E916**
**Col. Carola**
**Ciudad De Mexico DF 1180**
**MEXICO**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$1,347.71**

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.350 3**

**Nonpriority creditor's name and mailing address**

**Juan Carlos Medina Villa**
**Toltecas 166 E916**
**Col. Carola**
**Ciudad De Mexico DF 1180**
**MEXICO**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,347.71

---

**3.350 4**

**Nonpriority creditor's name and mailing address**

**Juan Dominguez**
**53750 South River Road**
**Clarksburg, CA 95612**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,421.87

---

**3.350 5**

**Nonpriority creditor's name and mailing address**

**Juan Gamboa**
**1375 East 23rd Street**
**Los Angeles, CA 90011**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$471.22

---

**3.350 6**

**Nonpriority creditor's name and mailing address**

**Juan Gaviria**
**660 19th St Nw**
**Naples, FL 34120**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,693.52

---

**3.350 7**

**Nonpriority creditor's name and mailing address**

**Juan Gonzalez**
**7638 Peters St**
**Riverside, CA 92504**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$465.96

---

**3.350 8**

**Nonpriority creditor's name and mailing address**

**Juan Guillermo Becker**
**Primera Cerrada San Jose 30**
**Cdmx DF 1780**
**MEXICO**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$2,535.14

---

**3.350 9**

**Nonpriority creditor's name and mailing address**

**Juan Irizarry**
**389 Clifton Ave**
**Newark, NJ 07104**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$459.04

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.351 0**

**Nonpriority creditor's name and mailing address**

**Juan Jose Cabrera Perez**
**Calle Arquitecto Vega March 4**
**Arucas GC 35400**
**SPAIN**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$957.29**

---

**3.351 1**

**Nonpriority creditor's name and mailing address**

**Juan Lara**
**1177 Morgan Hill Drive**
**Pennsburg, PA 18073**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$456.35**

---

**3.351 2**

**Nonpriority creditor's name and mailing address**

**Juan Manuel Calderon**
**Xola 535 Piso 14, Col Del Valle; Deleg B**
**Torre Axa**
**Mexico DF 3100**
**MEXICO**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$694.49**

---

**3.351 3**

**Nonpriority creditor's name and mailing address**

**Juan Manuel Imeroni**
**2945 Alpine Terrace**
**Cincinnati, OH 45208**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,484.24**

---

**3.351 4**

**Nonpriority creditor's name and mailing address**

**Juan Pablo Jimenez Bruno**
**753 NW 42nd Way**
**Deerfield Beach, FL 33442**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,309.52**

---

**3.351 5**

**Nonpriority creditor's name and mailing address**

**Juan Pablo Zapata**
**Carrera 1 No. 3-30 Hacienda Casablanca**
**Torre 5 Apartamento 601**
**Madrid CUN 250001**
**COLOMBIA**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,638.72**

---

Debtor **Launch Pad LLC**
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.351 6 | **Nonpriority creditor's name and mailing address** | **$806.18** |

**Juan Pedro Carrasco Alvarez**
**183 Manwood Road**
**London ENG SE4 1SF**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.351 7 | **Nonpriority creditor's name and mailing address** | **$430.52** |

**Juan Perez**
**Calle Tauro #54 Los Angeles**
**Carolina, PR 00979**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.351 8 | **Nonpriority creditor's name and mailing address** | **$684.69** |

**Juan Suarez**
**1805 Tahoe Circle**
**Tracy, CA 95376**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.351 9 | **Nonpriority creditor's name and mailing address** | **$814.51** |

**Juan Vicenty**
**3 Cooper Road**
**Danbury, CT 06811**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.352 0 | **Nonpriority creditor's name and mailing address** | **$867.05** |

**Juan Videla**
**Borgemarka 31A**
**Skien  3711**
**NORWAY**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.352 1 | **Nonpriority creditor's name and mailing address** | **$748.25** |

**Juan Videla**
**Borgemarka 31A**
**Skien  3711**
**NORWAY**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.352 2 | **Nonpriority creditor's name and mailing address** | **$116.78** |

**Juana Mason**
**500 Central Ave**
**Union City, NJ 07087**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Launch Pad LLC**
_____  Case number *(if known)* _____
Name

| 3.352 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $676.56 |
|---|---|---|---|

**Juana Mason**
**500 Central Avenue #713**
**Union City, NJ 07087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.352 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $837.46 |
|---|---|---|---|

**Jubin Molai**
**Saumstrasse 81**
**Monchengladbach  41063**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.352 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $663.40 |
|---|---|---|---|

**Jud Beasley**
**106 Scarlet Cove**
**Sherwood Park AB T8H0X9**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.352 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,687.65 |
|---|---|---|---|

**Judd Lorson**
**18 North 3rd Street**
**Waterville, PA 17776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.352 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,687.92 |
|---|---|---|---|

**Judd Maw**
**3 Landley Link**
**Meadow Springs WA 6210**
**AUSTRAILA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.352 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $837.70 |
|---|---|---|---|

**Judith Rebre**
**Fontanestrasse 9**
**Holzminden  37603**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.352 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $894.86 |
|---|---|---|---|

**Juha-Matti Herpio**
**Granfeltintie 5**
**Helsinki  570**
**FINLAND**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Launch Pad LLC**                                          Case number (if known) _____
_____Name_____

| | | |
|---|---|---|
| 3.353 0 | **Nonpriority creditor's name and mailing address** | **$827.72** |

**Julia Corey**
**359 Sconticut Neck Road**
**Fairhaven, MA 02719**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.353 1 | **Nonpriority creditor's name and mailing address** | **$1,391.97** |

**Julia Hickman**
**124 Lake Valley Rd.**
**Morristown, NJ 07960**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.353 2 | **Nonpriority creditor's name and mailing address** | **$747.63** |

**Julian Alfaro**
**20422 Bryant St**
**Wildomar, CA 92595**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.353 3 | **Nonpriority creditor's name and mailing address** | **$659.52** |

**Julian Douglas**
**2195 Smith Ln**
**Concord, CA 94518**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.353 4 | **Nonpriority creditor's name and mailing address** | **$1,087.15** |

**Julian Ford**
**14 Hardwick Rd**
**Cape Town WC 7700**
**SOUTH AFRICA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.353 5 | **Nonpriority creditor's name and mailing address** | **$907.93** |

**Julian Martinez**
**111 Willard St**
**Pompton Lakes, NJ 07442**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.353 6 | **Nonpriority creditor's name and mailing address** | **$2,254.07** |

**Julian Pretto**
**34 Hurricane**
**Marina Del Rey, CA 90292**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Launch Pad LLC**
_____         Case number (if known) _____
Name

---

| 3.353 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,155.06** |
| **Julian Pretto** | ☐ Contingent | |
| **34 Hurricane** | ☐ Unliquidated | |
| **Marina Del Rey, CA 90292** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.353 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$659.52** |
| **Julian Rebel** | ☐ Contingent | |
| **1398 Pearson Street** | ☐ Unliquidated | |
| **Ferndale, MI 48220** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.353 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$897.90** |
| **Julian Roder** | ☐ Contingent | |
| **Strasse Der Pariser Kommune 21** | ☐ Unliquidated | |
| **Berlin  10243** | ☐ Disputed | |
| **GERMANY** | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.354 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$705.25** |
| **Julian Rodriguez** | ☐ Contingent | |
| **2132 Sherborne St** | ☐ Unliquidated | |
| **Camarillo, CA 93010** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.354 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,067.38** |
| **Julien Braschi** | ☐ Contingent | |
| **4 Route De Flins** | ☐ Unliquidated | |
| **Bazemont  78580** | ☐ Disputed | |
| **FRANCE** | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.354 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$894.28** |
| **Julien Gedeon** | ☐ Contingent | |
| **Brusseler Strasse 92** | ☐ Unliquidated | |
| **Koln  50672** | ☐ Disputed | |
| **GERMANY** | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.354 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$853.86** |
| **Juliette Stevens** | ☐ Contingent | |
| **Eerste Jan Van Der Heijdenstraat 113A** | ☐ Unliquidated | |
| **Amsterdam  1072TN** | ☐ Disputed | |
| **NETHERLANDS** | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor **Launch Pad LLC**
Name

Case number *(if known)* _____

---

| 3.354<br>4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$684.52** |
|---|---|---|---|
| | **Julio Castro-Perdomo**<br>**4626 Redspruce Dr Sw**<br>**Lilburn, GA 30047** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.354<br>5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$627.02** |
|---|---|---|---|
| | **Julio David**<br>**325 S Biscayne Blvd**<br>**Apt 3220**<br>**Miami, FL 33131** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.354<br>6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$738.81** |
|---|---|---|---|
| | **Julio Garcia**<br>**5707 Alagon St**<br>**Bakersfield, CA 93311** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.354<br>7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,816.15** |
|---|---|---|---|
| | **Julio Jornet Monteverde**<br>**Capricornio, 7 Bw-106**<br>**Urb. Jardines De Mutxamel**<br>**Mutxamel A 3110**<br>**SPAIN** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.354<br>8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$806.88** |
|---|---|---|---|
| | **Juma Rajab**<br>**17 Chelwood Road**<br>**Bristol ENG BS11 9RA**<br>**UNITED KINGDOM** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.354<br>9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$742.19** |
|---|---|---|---|
| | **Yi Jun Cai**<br>**10304 Hunter Run**<br>**Frisco, TX 75035** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.355 0**

**Nonpriority creditor's name and mailing address**

**Jupiter Legaspi**
**4141 Los Feliz Blvd, #26**
**Los Angeles, CA 90027**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$469.11**

---

**3.355 1**

**Nonpriority creditor's name and mailing address**

**Juraj S Pindor**
**Klenova 13**
**Bratislava  83101**
**SLOVAKIA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$836.87**

---

**3.355 2**

**Nonpriority creditor's name and mailing address**

**Jurgen Van Beek**
**Bekestere 2**
**Putten  3882 WB**
**NETHERLANDS**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,445.99**

---

**3.355 3**

**Nonpriority creditor's name and mailing address**

**Jurgen Van Erp**
**Loosbroekseweg 74**
**Nistelrode  5388VP**
**NETHERLANDS**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$881.26**

---

**3.355 4**

**Nonpriority creditor's name and mailing address**

**Justan Bawn**
**308 Seymour River Place**
**North Vancouver BC V7H 1S7**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$681.72**

---

**3.355 5**

**Nonpriority creditor's name and mailing address**

**Justin Barley**
**60 Elmcrest Rise**
**West Henrietta, NY 14586**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,244.52**

---

**3.355 6**

**Nonpriority creditor's name and mailing address**

**Justin Barnow**
**11245 Zelzah Ave**
**Granada Hills, CA 91344**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$498.49**

---

Debtor   **Launch Pad LLC**
_____
Name

Case number *(if known)*  _____

| | | |
|---|---|---|
| **3.3557** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$429.87** |

**Justin Becker**
205 E Pinehurst Dr
Sioux Falls, SD 57108

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.3558** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$467.01** |

**Justin Bragado**
13 Conference Drive
Felton, CA 95018

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.3559** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,809.62** |

**Justin Carangi**
24881 Alicia Pkwy
E323
Laguna Hills, CA 92653

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.3560** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,109.25** |

**Justin Carangi**
24881 Alicia Pkwy
E323
Laguna Hills, CA 92653

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.3561** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$741.26** |

**Justin Clouser**
700 Infantry Drive
Galloway, OH 43119

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.3562** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$717.35** |

**Justin Corley**
616 Northeast 14th Street
Moore, OK 73160

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.3563** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$681.72** |

**Justin Estremadura**
7677 Yukon Street
Vancouver BC V5X 2Y4
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.356 4**

**Nonpriority creditor's name and mailing address**

**Justin Fuertes**
**Unit 101/ 19-23 Short Street West**
**Homebush NSW 2140**
**AUSTRAILA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$687.99**

---

**3.356 5**

**Nonpriority creditor's name and mailing address**

**Justin Goodman**
**4511 Orchard Road**
**Bowie, TX 76230**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$890.90**

---

**3.356 6**

**Nonpriority creditor's name and mailing address**

**Justin Goodnow**
**160 Main Road South**
**Hampden, ME 04444**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,369.52**

---

**3.356 7**

**Nonpriority creditor's name and mailing address**

**Justin Grimes**
**101 Obarr Road**
**Leeds, AL 35094**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$689.52**

---

**3.356 8**

**Nonpriority creditor's name and mailing address**

**Justin Hernandez**
**95 Spring Lake Hills Dr**
**Altamonte Springs, FL 32714**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$659.52**

---

**3.356 9**

**Nonpriority creditor's name and mailing address**

**Justin Hernandez**
**95 Spring Lake Hills Dr**
**Altamonte Springs, FL 32714**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$659.52**

---

**3.357 0**

**Nonpriority creditor's name and mailing address**

**Justin Renken**
**268 W Saginaw St**
**#203**
**East Lansing, MI 48823**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$677.61**

---

Debtor **Launch Pad LLC**
_____    Case number *(if known)* _____
Name

| | | |
|---|---|---|
| **3.357**<br>**1** | **Nonpriority creditor's name and mailing address**<br><br>**Justin Rizzo**<br>**701 Southwest 3rd Street**<br>**Boynton Beach, FL 33435**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$634.52** |

| | | |
|---|---|---|
| **3.357**<br>**2** | **Nonpriority creditor's name and mailing address**<br><br>**Justin Romain**<br>**218 W Mason St**<br>**Santa Barbara, CA 93101**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$465.96** |

| | | |
|---|---|---|
| **3.357**<br>**3** | **Nonpriority creditor's name and mailing address**<br><br>**Justin Soto**<br>**31 Searing Avenue**<br>**Apt. 1**<br>**East Newark, NJ 07029**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$851.52** |

| | | |
|---|---|---|
| **3.357**<br>**4** | **Nonpriority creditor's name and mailing address**<br><br>**Justin Thurman**<br>**1900 Yorktown Street, #628**<br>**Houston, TX 77056**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$659.52** |

| | | |
|---|---|---|
| **3.357**<br>**5** | **Nonpriority creditor's name and mailing address**<br><br>**Justin Tsang**<br>**16 Hans Drive**<br>**Markham ON L6C 1T3**<br>**CANADA**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,294.72** |

| | | |
|---|---|---|
| **3.357**<br>**6** | **Nonpriority creditor's name and mailing address**<br><br>**Justin Tsuchida**<br>**5765F Burke Centre Parkway #155**<br>**Burke, VA 22015**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,777.86** |

| | | |
|---|---|---|
| **3.357**<br>**7** | **Nonpriority creditor's name and mailing address**<br><br>**Justin Vredevoogd**<br>**2645 E. Colonial Ct.**<br>**Chandler, AZ 85249**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,410.54** |

Debtor  **Launch Pad LLC**
        Name

Case number (if known) _____

| 3.357 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $659.14 |
|---|---|---|---|
| | **Justin Wegener**<br>**9949 N American Way**<br>**Syracuse In, IN 46567** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.357 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $659.14 |
|---|---|---|---|
| | **Justin Youngblood**<br>**2505 Westover Road**<br>**Austin, TX 78703** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.358 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $752.74 |
|---|---|---|---|
| | **Justina Millan**<br>**4532 Abbey Place**<br>**Los Angeles, CA 90019** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.358 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $63.70 |
|---|---|---|---|
| | **Jweb Holes**<br>**8296 Lee Court**<br>**Mason, OH 45040** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.358 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $686.87 |
|---|---|---|---|
| | **K McIntyre**<br>**108 Watersound Court**<br>**Montgomery, TX 77316** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.358 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $740.83 |
|---|---|---|---|
| | **Kacey Vencill**<br>**8416 Tapies Way**<br>**Elk Grove, CA 95624** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.358 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $634.52 |
|---|---|---|---|
| | **Kacy Lumpkin**<br>**1801 Harwood Drive**<br>**Oxford, MI 48371** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor **Launch Pad LLC**
_____
Name

Case number *(if known)* _____

---

| 3.358 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kai Ziekursch**
**Sandweg 25**
**Dusseldorf  40468**
**GERMANY**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$1,453.58**

---

| 3.358 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kailiang Li**
**4616 McHardy Street**
**Vancouver BC V5R 4C3**
**CANADA**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$717.35**

---

| 3.358 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kaitlyn Sam**
**2490 Reservoir Street**
**Unit H**
**Harrisonburg, VA 22801**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$430.52**

---

| 3.358 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Amir Kajtezovic**
**2117 E. Lawrence Rd.**
**Phoenix, AZ 85016**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$1,485.83**

---

| 3.358 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kaleb Corbin**
**19242 Olde Waterford Road**
**Hagerstown, MD 21742**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$430.52**

---

| 3.359 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kaleb Johnson**
**3233 North 750 West**
**Pleasant View, UT 84414**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$658.12**

---

| 3.359 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kaleb Johnson**
**3233 North 750 West**
**Pleasant View, UT 84414**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$658.12**

---

| Debtor | **Launch Pad LLC** | Case number (*if known*) | |
| | Name | | |

---

**3.359 2** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$659.52**
| **Kalene Beeman** | ☐ Contingent |
| **241 Cook Road** | ☐ Unliquidated |
| **Prospect, CT 06712** | ☐ Disputed |
| | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.359 3** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,083.51**
| **Kaloyan Marinov** | ☐ Contingent |
| **2 Tetovo St** | ☐ Unliquidated |
| **Apartment 7** | ☐ Disputed |
| **Ruse  7020** | |
| **BULGARIA** | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.359 4** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$487.53**
| **Kaloyan Stoyanov** | ☐ Contingent |
| **High Street 26A** | ☐ Unliquidated |
| **Enniskillen NIR BT747EH** | ☐ Disputed |
| **UNITED KINGDOM** | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.359 5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$686.20**
| **Aurash Kamalipour** | ☐ Contingent |
| **2903 Northeast Dr** | ☐ Unliquidated |
| **Unit A** | ☐ Disputed |
| **Austin, TX 78723** | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.359 6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$660.88**
| **Kamar Sakrak** | ☐ Contingent |
| **Kantstrasse 52** | ☐ Unliquidated |
| **Duisburg  47166** | ☐ Disputed |
| **GERMANY** | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.359 7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$758.07**
| **Kamil Krasowski** | ☐ Contingent |
| **1314 South Arlington Heights Road** | ☐ Unliquidated |
| **Arlington Heights, IL 60005** | ☐ Disputed |
| | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.3598**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,768.38 |
|---|---|---|
| **Kamil Mazur**<br>**Suszyckich 17/14**<br>**Boguchwala  36-040**<br>**POLAND** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.3599**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,530.21 |
|---|---|---|
| **Kamran Hasanov**<br>**7 Huntley Street**<br>**44 Bloomsbury Terrace**<br>**London ENG WC1E 6AJ**<br>**UNITED KINGDOM** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.3600**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,329.33 |
|---|---|---|
| **Kamran Mohammed**<br>**1 Germain Street**<br>**Suite 300**<br>**Saint John NB E2L4V1**<br>**CANADA** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.3601**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $681.72 |
|---|---|---|
| **Kamran Rahimian**<br>**93 Ridgepark Lane**<br>**Halifax NS B3N 3L1**<br>**CANADA** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.3602**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $740.91 |
|---|---|---|
| **Kantaraja Chindera**<br>**Flat 6 Calla Court**<br>**Tranquil Lane**<br>**London ENG HA2 0GX**<br>**UNITED KINGDOM** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.3603**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $853.80 |
|---|---|---|
| **Karel Vanstraelen**<br>**Gaarveldstraat, 108, 01**<br>**Hasselt  3500**<br>**BELGIUM** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.360 4**

**Nonpriority creditor's name and mailing address**

**Karen Babasyan**
**Copernicusstraat 51**
**Den Haag  2561VR**
**NETHERLANDS**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,764.93**

---

**3.360 5**

**Nonpriority creditor's name and mailing address**

**Karen Barnes**
**1706 10th Avenue**
**Oakland, CA 94606**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$757.83**

---

**3.360 6**

**Nonpriority creditor's name and mailing address**

**Karen Cecilio**
**10801 Hess Dr**
**La Mesa, CA 91941**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,379.23**

---

**3.360 7**

**Nonpriority creditor's name and mailing address**

**Karen Dalzell**
**134 Sullivan St**
**Apt 2**
**New York, NY 10012**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$430.52**

---

**3.360 8**

**Nonpriority creditor's name and mailing address**

**Karim Alami**
**65 Woodwind Crescent**
**Stittsville ON K2S 1T8**
**CANADA**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$2,839.49**

---

**3.360 9**

**Nonpriority creditor's name and mailing address**

**Karim Elmasri**
**1751 North Rosevere Street**
**Dearborn, MI 48128**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$659.52**

---

**3.361 0**

**Nonpriority creditor's name and mailing address**

**Karin Buerkler**
**Buchholzstrasse 151**
**Zurich  8053**
**SWITZERLAND**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$740.55**

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|--------|-------------------|------------------------|---|
| | Name | | |

| 3.361 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$735.20** |
|---------|---------|---------|---------|
| | **Karl Bajenting** **140 Maplewood Ave** **Clifton, NJ 07013-1106** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.361 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$817.31** |
|---------|---------|---------|---------|
| | **Karl Eduard Von Arb** **Wuhrstrasse 1** **Luchingen  9450** **SWITZERLAND** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.361 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$866.44** |
|---------|---------|---------|---------|
| | **Karl Meiringer** **Treustrasse 92** **Stiege 6 / Tur 14** **Wien  1200** **AUSTRIA** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.361 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$690.28** |
|---------|---------|---------|---------|
| | **Karl Mok** **21133 Mccowan Rd.** **Mount Albert ON L0G1M0** **CANADA** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.361 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$925.83** |
|---------|---------|---------|---------|
| | **Karl Nembach** **945 South Downing Street** **Denver, CO 80209** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.361 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$851.52** |
|---------|---------|---------|---------|
| | **Karl Villagracia** **8110 Mill Falls Court** **Glen Burnie, MD 21060** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.3617**

| | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | | **$844.14** |

**Karlheinz Pirker**
**Wilhelmstrasse 50**
**Apartment 29**
**Wien  1120**
**AUSTRIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.3618**

| | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | | **$729.87** |

**Amitabha Karmakar**
**405 Basin Street**
**Princeton, NJ 08540**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.3619**

| | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | | **$1,104.33** |

**Karolis Kaminskas**
**Kazliskiu 17-4**
**Vilnius  9204**
**LITHUANIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.3620**

| | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | | **$5,090.75** |

**Karsten Eichhorn**
**Hampstraat 4**
**Egestorf  21272**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.3621**

| | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | | **$560.73** |

**Karsten Ramm**
**Albert-Schweitzer-Strasse 9**
**Via Sadak**
**Cottbus  3050**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.3622**

| | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | | **$456.35** |

**Katelyn Piszczor**
**420 Cherry Ave**
**Houston, PA 15342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.362 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $717.35 |

**Katerina Valle**
**21 Balmuto Street**
**Toronto ON M4Y1W4**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.362 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $683.87 |

**Katharine Rocha**
**P.O. Box 1**
**Avondale, AZ 85323**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.362 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $705.25 |

**Katharyn Delucia**
**2319 Neill Way**
**Hanford, CA 93230**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.362 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $659.52 |

**Katherine Felzani**
**162 NE 25th Street, #511**
**Miami, FL 33137**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.362 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $430.52 |

**Kathleen Armstrong**
**86 San Juan Dr**
**Ponte Vedra Beach, FL 32082**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.362 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $723.71 |

**Kathy Tsai**
**5 Hawthorne Avenue**
**Holmdel, NJ 07733**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.362 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $683.22 |

**Katia Cavazos**
**Durazno 26**
**Los Olivos Solidaridad**
**Playa Del Carmen Q ROO 77714**
**MEXICO**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.363 0**

**Nonpriority creditor's name and mailing address**

**Kaush K**
**6305 Serenade Court**
**Lawrence, KS 66049**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$851.14**

---

**3.363 1**

**Nonpriority creditor's name and mailing address**

**Kaveh Varjavand**
**4237 Empress Avenue**
**Encino, CA 91436**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,855.12**

---

**3.363 2**

**Nonpriority creditor's name and mailing address**

**Kaviarasu Venkatachalam**
**550 Ortega Ave**
**Apt 421**
**Mountain View, CA 94040**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$467.01**

---

**3.363 3**

**Nonpriority creditor's name and mailing address**

**Kaycee Mcclymont**
**84 Palmerston Crescent**
**London ENG SE18 2TS**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$860.28**

---

**3.363 4**

**Nonpriority creditor's name and mailing address**

**Kazi Rahman**
**5770 Spring Garden Road #2009**
**Halifax NS B3H4J8**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$829.23**

---

**3.363 5**

**Nonpriority creditor's name and mailing address**

**Kazimir Lesko**
**Balokoviceva 65**
**Zagreb  10020**
**CROATIA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$990.80**

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.363 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $859.78 |
|---|---|---|---|

**Kazmi Syed Ali**
**Eschersheimer Landstr 219**
**Frankfurt Am Main  60320**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.363 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $746.65 |
|---|---|---|---|

**Kb Chowdhury**
**29 Towhee Ln**
**Glastonbury, CT 06033**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.363 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $851.52 |
|---|---|---|---|

**Kealon Rodriguez**
**37 Cedar Road**
**Westbury, NY 11590**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.363 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,454.50 |
|---|---|---|---|

**Keaton Klemencic**
**7545 Katella Avenue, #25**
**Stanton, CA 90680**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.364 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,308.12 |
|---|---|---|---|

**Kee Choi**
**4025 Evening Breeze Ct**
**Las Vegas, NV 89107**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.364 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $681.72 |
|---|---|---|---|

**Keenan Miranda**
**35 Sugarcane Avenue**
**Brampton ON L6R 3C8**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.364 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $428.32 |
|---|---|---|---|

**Keenan Tran**
**12330 SW North Dakota**
**Tigard, OR 97223**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Launch Pad LLC**

Name                                           Case number *(if known)* _____

---

| 3.364 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Keenan Tran**
**12330 SW North Dakota**
**Tigard, OR 97223**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$428.32**

---

| 3.364 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Keerthi Rangan**
**Makepeace Road, Wanstead,**
**No1, Langham House**
**London ENG E11 1UX**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$764.36**

---

| 3.364 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Andrew Kehl**
**1257 Delaware Avenue Southwest**
**Washington, DC 20024**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$430.52**

---

| 3.364 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Keith Blalock**
**4151 Meadow Court Drive**
**Bartlett, TN 38135**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$722.29**

---

| 3.364 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Keith Forney**
**2119 Newport Pl NW**
**Washington, DC 20037**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,049.52**

---

| 3.364 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Keith Hernandez**
**157 E 118th St, #4**
**New York, NY 10035**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$712.55**

---

| 3.364 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Keith Milligan**
**3745C Us Highway 80 W**
**Phenix City, AL 36870**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$684.52**

---

Debtor    **Launch Pad LLC**
_____    Case number (if known) _____
          Name

---

**3.3650**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |

**Keith Prince**
**208 Woodcrest Circle**
**New Iberia, LA 70560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

**$1,309.52**

---

**3.3651**

**Nonpriority creditor's name and mailing address**

**Keith Rothschild**
**2366 Leisure Court**
**Dunwoody, GA 30338**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

**$684.52**

---

**3.3652**

**Nonpriority creditor's name and mailing address**

**Keith Switzer**
**20626 Chatfield Bend Way**
**Katy, TX 77449**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

**$851.52**

---

**3.3653**

**Nonpriority creditor's name and mailing address**

**Keith Woolley**
**2 Moccasin Way**
**Stafford ENG ST163GS**
**UNITED KINGDOM**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

**$760.62**

---

**3.3654**

**Nonpriority creditor's name and mailing address**

**Kelley Shinn**
**6718 Hyacinth Lane**
**Dallas, TX 75252**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

**$684.14**

---

**3.3655**

**Nonpriority creditor's name and mailing address**

**Kelli Greene**
**2506 Privet Way**
**Basking Ridge, NJ 07920**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

**$703.21**

---

**3.3656**

**Nonpriority creditor's name and mailing address**

**Kellie Taylor**
**100 Van Ness Ave**
**Unit 1304**
**San Francisco, CA 94102**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

**$1,418.64**

---

Debtor **Launch Pad LLC**
_____
Name

Case number *(if known)* _____

| | | |
|---|---|---|
| **3.3657** | **Nonpriority creditor's name and mailing address** | $446.88 |

**Kelly Armitage**
**120 Riverwood Close Southeast**
**Calgary AB T2C 3Z5**
**CANADA**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.3658** | **Nonpriority creditor's name and mailing address** | $446.88 |

**Kelly Armitage**
**120 Riverwood Close Southeast**
**Calgary AB T2C 3Z5**
**CANADA**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.3659** | **Nonpriority creditor's name and mailing address** | $721.30 |

**Kelly Fineman**
**283 S Autumn Ridge Dr**
**Mt Washington, KY 40047**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.3660** | **Nonpriority creditor's name and mailing address** | $851.52 |

**Kelly Melrose**
**12314 Pissaro Drive**
**North Potomac, MD 20878**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.3661** | **Nonpriority creditor's name and mailing address** | $659.14 |

**Kelly White**
**170 N Imperial Dr**
**Denison, TX 75020**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.3662** | **Nonpriority creditor's name and mailing address** | $659.52 |

**Kelvin Baez**
**402 E 162 St**
**2A**
**Bronx, NY 10451**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.3663** | **Nonpriority creditor's name and mailing address** | $681.72 |

**Kelvin Chan**
**180 Trothen Circle**
**Markham ON L3P 4H7**
**CANADA**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.366
4**

**Nonpriority creditor's name and mailing address**

**Kemal Cakmak**
**27 Masi Court**
**Vaughan ON L4H 1V5**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,387.35**

---

**3.366
5**

**Nonpriority creditor's name and mailing address**

**Ken Cornell**
**22508 NE 69th Ave**
**Melrose, FL 32666**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,609.52**

---

**3.366
6**

**Nonpriority creditor's name and mailing address**

**Ken Hernandez**
**12120 Norwalk Blvd**
**Norwalk, CA 90650**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,538.41**

---

**3.366
7**

**Nonpriority creditor's name and mailing address**

**Ken Jones**
**5701 Poplar St**
**Port Alberni BC V9Y8V3**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,488.77**

---

**3.366
8**

**Nonpriority creditor's name and mailing address**

**Ken Nguyen**
**4201 McKenna Close**
**Chesapeake, VA 23321**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$762.15**

---

**3.366
9**

**Nonpriority creditor's name and mailing address**

**Ken Schroeder**
**5505 Erinvale Ct**
**Holly Springs, NC 27540**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$659.52**

---

**3.367
0**

**Nonpriority creditor's name and mailing address**

**Ken Scott**
**867 SE 14th Terrace**
**Deerfield Beach, FL 33441**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$679.51**

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.367**
**1**

**Nonpriority creditor's name and mailing address**
**Ken Wang**
**77 Duttonwood Ln**
**Milpitas, CA 95035**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,451.01**

---

**3.367**
**2**

**Nonpriority creditor's name and mailing address**
**Kenji Fujii**
**9307 Northeast 140th Street**
**Kirkland, WA 98034**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,440.67**

---

**3.367**
**3**

**Nonpriority creditor's name and mailing address**
**Andrew Kennedy**
**305 High St**
**Hampton, NH 03842-4000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$904.15**

---

**3.367**
**4**

**Nonpriority creditor's name and mailing address**
**Kenneth Caba**
**729 Sunny Meadows Dr NE**
**Rio Rancho, NM 87144**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$429.87**

---

**3.367**
**5**

**Nonpriority creditor's name and mailing address**
**Kenneth Chong**
**124 Wheat Boom Drive**
**Oakville ON L6H 0M9**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$774.41**

---

**3.367**
**6**

**Nonpriority creditor's name and mailing address**
**Kenneth Dillon**
**5122 Morningside Dr**
**Apt 824**
**Houston, TX 77005**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$731.01**

---

**3.367**
**7**

**Nonpriority creditor's name and mailing address**
**Kenneth Fobian**
**5601 Collins Avenue**
**Apt. 806**
**Miami Beach, FL 33140**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$659.52**

---

Debtor **Launch Pad LLC**
_____
Name

Case number *(if known)* _____

| 3.367 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,469.52 |

**Kenneth Harlow**
**636 Nautilus Dr.**
**Murrells Inlet, SC 29576**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.367 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $658.12 |

**Kenneth Johnson**
**5613 W Cape Vista Way**
**West Valley City, UT 84128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.368 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $659.52 |

**Kenneth Leung**
**25 Montgomery St Apt 4A**
**New York, NY 10002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.368 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $466.70 |

**Kenneth Marshall**
**P.O. Box 766**
**Huntington, TX 75949**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.368 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $627.02 |

**Kenneth Michel**
**19 Morning Mist Court**
**Woodstock, MD 21163**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.368 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $473.32 |

**Kenneth Schmidt**
**14946 Shoemaker Avenue**
**Unit E**
**Santa Fe Springs, CA 90670**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.368 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $970.82 |

**Kenneth Thorpe**
**11027 Fall Creek Road**
**Indianapolis, IN 46256**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Launch Pad LLC**
_____
Name

Case number *(if known)* _____

---

| 3.368 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$659.52** |

**Kenny Cheung**
**130 Water Street**
**Apt 10C**
**Ny, NY 10005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.368 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$430.14** |

**Kenny Nguyen**
**19024 Kimberlite Drive**
**Pflugerville, TX 78660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.368 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$465.96** |

**Kenny Nguyen**
**1095 Alexis Lane**
**Redlands, CA 92374**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.368 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$681.72** |

**Kenny Pastor**
**29 Templemont Drive NE**
**Calgary AB T1Y 4Z5**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.368 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,049.31** |

**Kenny Reid**
**46 Greenfields Drive**
**Moriac VIC 3240**
**AUSTRAILA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.369 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$659.52** |

**Keoni Tamashiro**
**1511 Nuuanu Avenue #81**
**Honolulu, HI 96817**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.369 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$703.21** |

**Keonne Joseph**
**6701 JFK Blvd East**
**Apt C4**
**West New York, NJ 07093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Launch Pad LLC**
_____ Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.369 2 | **Nonpriority creditor's name and mailing address**<br>**Kerem Yilmaz**<br>**Paul-Zweigart-Strasse 3**<br>**Sindelfingen  71063**<br>**GERMANY** | $946.33 |

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.369 3 | **Nonpriority creditor's name and mailing address**<br>**Kerry Emerson**<br>**64 Parkdale Drive**<br>**Whanganui MWT 4500**<br>**NEW ZEALAND** | $893.24 |

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.369 4 | **Nonpriority creditor's name and mailing address**<br>**Kerry Masters**<br>**19 Danefield Road**<br>**Northampton ENG NN3 2LT**<br>**UNITED KINGDOM** | $511.37 |

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.369 5 | **Nonpriority creditor's name and mailing address**<br>**Keston Abe**<br>**623 1st Place**<br>**Hermosa Beach, CA 90254** | $752.74 |

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.369 6 | **Nonpriority creditor's name and mailing address**<br>**Keval Shah**<br>**2301 Southwest Pepperwood Road**<br>**Topeka, KS 66614** | $2,603.13 |

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.369 7 | **Nonpriority creditor's name and mailing address**<br>**Kevin Acevedo**<br>**3363 SW 26th St**<br>**Miami, FL 33133** | $689.52 |

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.369 8 | **Nonpriority creditor's name and mailing address**<br>**Kevin Barboza**<br>**921 League Ave**<br>**La Puente, CA 91744** | $723.13 |

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.3699**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $851.52 |
|---|---|---|
| **Kevin Borsay**<br>**1333 Harvard Road**<br>**Grosse Pointe Park, MI 48230** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.3700**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,934.52 |
|---|---|---|
| **Kevin Brown**<br>**9 Mountain Avenue**<br>**Mahwah, NJ 07430** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.3701**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $684.14 |
|---|---|---|
| **Kevin Brown**<br>**616 W. Ave F.**<br>**Midlothian, TX 76065** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.3702**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,421.06 |
|---|---|---|
| **Kevin Buchanan**<br>**13347 Austin Road**<br>**Mt. Vernon, WA 98273** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.3703**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $713.38 |
|---|---|---|
| **Kevin Cai**<br>**4221 Irving Street**<br>**San Francisco, CA 94122** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.3704**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $726.71 |
|---|---|---|
| **Kevin Corkish**<br>**5292 North Northwest Highway**<br>**Chicago, IL 60630** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.3705**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $430.52 |
|---|---|---|
| **Kevin Davis**<br>**Rr1 Box 6130**<br>**Kingshill, VI 00850** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor    **Launch Pad LLC**
       Name                                 Case number (*if known*)

---

**3.370 6**

**Nonpriority creditor's name and mailing address**

**Kevin Dempsey**
**811 Helmcken Street**
**Apt 701, Buzzer 202**
**Vancouver BC V6Z 1B1**
**CANADA**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$675.93**

---

**3.370 7**

**Nonpriority creditor's name and mailing address**

**Kevin Ebeling**
**S  Ngerweg**
**Bretzfeld  74626**
**GERMANY**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,331.25**

---

**3.370 8**

**Nonpriority creditor's name and mailing address**

**Kevin Griffiths**
**90 Glenbeigh Road**
**Old Cabra**
**Dublin D D07 X4V2**
**IRELAND**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$584.95**

---

**3.370 9**

**Nonpriority creditor's name and mailing address**

**Kevin Gurr**
**185 W 200 S**
**Pleasant Grove, UT 84062**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$658.12**

---

**3.371 0**

**Nonpriority creditor's name and mailing address**

**Kevin He**
**341 Rolkin Road**
**Charlottesville, VA 22911**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$564.51**

---

**3.371 1**

**Nonpriority creditor's name and mailing address**

**Kevin Hobbs**
**1072 High Point Drive NE**
**Atlanta, GA 30306**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$750.89**

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.371 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,451.01 |
|---|---|---|---|

**Kevin Huang**
**3265 Tully Rd**
**San Jose, CA 95148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.371 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $428.32 |
|---|---|---|---|

**Kevin Jones**
**235 S Grant St**
**Denver, CO 80209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.371 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $659.52 |
|---|---|---|---|

**Kevin Julien**
**12415 Asbury Drive**
**Fort Washington, MD 20744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.371 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $716.63 |
|---|---|---|---|

**Kevin Kawasaki**
**755 Holbrook Place**
**Sunnyvale, CA 94087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.371 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $564.15 |
|---|---|---|---|

**Kevin Konings**
**Hausburgstrasse 30**
**C/O Beermann**
**Berlin  10249**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.371 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,539.76 |
|---|---|---|---|

**Kevin Krajewski**
**1366 Milton Way**
**San Jose, CA 95125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.371 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $851.52 |
|---|---|---|---|

**Kevin Le**
**39 E 21st St**
**#2A**
**Brooklyn, NY 11226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.3719**

**Nonpriority creditor's name and mailing address**

**Kevin Linden**
**Rue De Beggen 309**
**Luxembourg  1221**
**LUXEMBOURG**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$713.64**

---

**3.3720**

**Nonpriority creditor's name and mailing address**

**Kevin Liu**
**6303 Sevilla Circle**
**San Antonio, TX 78257**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$732.96**

---

**3.3721**

**Nonpriority creditor's name and mailing address**

**Kevin Luc**
**2112 Thomas Ave**
**San Francisco, CA 94124**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$464.90**

---

**3.3722**

**Nonpriority creditor's name and mailing address**

**Kevin Lunion**
**4289 SW Winslow St**
**Port Saint Lucie, FL 34953**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$689.52**

---

**3.3723**

**Nonpriority creditor's name and mailing address**

**Kevin Mac Nally**
**3A Church Gardens, Rathmines**
**Dublin D D06E062**
**IRELAND**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,630.78**

---

**3.3724**

**Nonpriority creditor's name and mailing address**

**Kevin Mac Nally**
**3A Church Gardens, Rathmines**
**Dublin D D06E062**
**IRELAND**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$659.52**

---

**3.3725**

**Nonpriority creditor's name and mailing address**

**Kevin Mac Nally**
**3A Church Gardens, Rathmines**
**Dublin D D06E062**
**IRELAND**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$30.50**

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.372 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $902.61 |
|---|---|---|
| **Kevin Marsh** <br> **1546 Dorrance Street** <br> **Philadelphia, PA 19146** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.372 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $430.14 |
|---|---|---|
| **Kevin Matthews** <br> **104 Alread Court** <br> **Fort Worth, TX 76102** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.372 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $659.52 |
|---|---|---|
| **Kevin Norris** <br> **1944 Loring Pl South** <br> **Apt 1A** <br> **Bronx, NY 10453** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.372 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,959.52 |
|---|---|---|
| **Kevin Proctor** <br> **24 Whitney Ave. Apt 3** <br> **Portland, ME 04102** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.373 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $647.60 |
|---|---|---|
| **Kevin Robinson** <br> **3775 NW Columbia Ave** <br> **Portland, OR 97229** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.373 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,453.50 |
|---|---|---|
| **Kevin Smith** <br> **760 Johnson Street, #1403** <br> **Victoria BC V8W 0A4** <br> **CANADA** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.373 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $633.87 |
|---|---|---|
| **Kevin Theiler** <br> **10541 Monticello Ln N** <br> **Maple Grove, MN 55369** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor   **Launch Pad LLC**                                          Case number (if known) _____
         Name

| 3.373 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $688.75 |
|---|---|---|---|

**Kevin Tiamsim**
**2805 Cedarwood Drive, #115**
**Ottawa ON K1V 0G7**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.373 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $747.25 |
|---|---|---|---|

**Kevin Tinajero**
**13716 Destino Pl**
**Cerritos, CA 90703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.373 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $670.20 |
|---|---|---|---|

**Kevin Turcotte**
**12312 5E Avenue Rdp**
**Montr  Al QC H1E 1R2**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.373 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $718.26 |
|---|---|---|---|

**Kevin Vu**
**3418 Valley Forge Way**
**San Jose, CA 95117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.373 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,273.82 |
|---|---|---|---|

**Kevin Wong**
**36 Lewis Street**
**Bonnyrigg Heights NSW 2177**
**AUSTRAILA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.373 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,322.03 |
|---|---|---|---|

**Kevin Wong**
**36 Lewis Street**
**Bonnyrigg Heights NSW 2177**
**AUSTRAILA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.373 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,359.52 |
|---|---|---|---|

**Kevin Wyatt**
**855 Columbia Court**
**Avon, IN 46123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.374 0**

**Nonpriority creditor's name and mailing address**

**Kevin Yeager**
**4115 Broadmoor Dr**
**Mont Belvieu, TX 77523**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,693.52

---

**3.374 1**

**Nonpriority creditor's name and mailing address**

**Kevin Zanotta**
**Feldpark 1**
**Zug  6300**
**SWITZERLAND**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$720.47

---

**3.374 2**

**Nonpriority creditor's name and mailing address**

**Kevin Zhang**
**619 57 St.**
**Brooklyn, NY 11220**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$430.52

---

**3.374 3**

**Nonpriority creditor's name and mailing address**

**Keystone Marcy**
**29604 Terra Vis**
**Fair Oaks Ranch, TX 78015**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$890.90

---

**3.374 4**

**Nonpriority creditor's name and mailing address**

**Khadija Rhaya**
**Romerstrasse 26**
**Meerbusch  40667**
**GERMANY**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,551.71

---

**3.374 5**

**Nonpriority creditor's name and mailing address**

**Khaild Ahmed**
**697 Amaretto Avenue**
**Pickering ON L1X 1L7**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,399.84

---

**3.374 6**

**Nonpriority creditor's name and mailing address**

**Khaja Khan**
**123 Woodville Road**
**Chester Hill NSW 2162**
**AUSTRAILA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,357.30

---

Debtor     **Launch Pad LLC**                                          Case number *(if known)* _____
           Name

| | | |
|---|---|---|
| 3.3747 | **Nonpriority creditor's name and mailing address**<br>**Khaled Alktefan**<br>**25748 Graceland Cir**<br>**Dearborn, MI 48125**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$59.52** |

| | | |
|---|---|---|
| 3.3748 | **Nonpriority creditor's name and mailing address**<br>**Khaled Alktefan**<br>**25748 Graceland Cir**<br>**Dearborn Heights, MI 48125**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$659.52** |

| | | |
|---|---|---|
| 3.3749 | **Nonpriority creditor's name and mailing address**<br>**Khaleel Hammoudeh**<br>**85 North Park Road, #1007**<br>**Vaughan ON L4J 0H9**<br>**CANADA**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$871.28** |

| | | |
|---|---|---|
| 3.3750 | **Nonpriority creditor's name and mailing address**<br>**Khalid Hamoudi**<br>**719 Cope Rd**<br>**Red Springs, NC 28377-7464**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$430.52** |

| | | |
|---|---|---|
| 3.3751 | **Nonpriority creditor's name and mailing address**<br>**Khalid Khalil**<br>**3015 Rubino Circle**<br>**San Jose, CA 95125**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$751.05** |

| | | |
|---|---|---|
| 3.3752 | **Nonpriority creditor's name and mailing address**<br>**Khalid Motte**<br>**2629 N Gentry**<br>**Wichita, KS 67220**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$659.14** |

| | | |
|---|---|---|
| 3.3753 | **Nonpriority creditor's name and mailing address**<br>**Khalid Motte**<br>**2629 N Gentry**<br>**Wichita, KS 67220**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$659.14** |

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.375.4**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$689.21** |
|---|---|---|
| **Khalid Yaqoob**<br>**1110-53 Thorncliffe Park Dr**<br>**Toronto ON M4H1L1**<br>**CANADA** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.375.5**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$510.64** |
|---|---|---|
| **Khalifa Alahmed**<br>**Vpost Uk, Unit 9, Britannia Industrial E**<br>**Suite Qc-2008-3794, Poyle Road, State Be**<br>**Colnbrook ENG SL3 0BH**<br>**UNITED KINGDOM** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.375.6**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$735.00** |
|---|---|---|
| **Khanum Arshad**<br>**157 Burgess Road**<br>**Southampton ENG SO16 7AA**<br>**UNITED KINGDOM** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.375.7**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$871.28** |
|---|---|---|
| **Khawaja Qais Siddiqi**<br>**3105 Cottage Clay Road**<br>**Mississauga ON L5B 4J4**<br>**CANADA** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.375.8**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,443.25** |
|---|---|---|
| **Khian Bartlett**<br>**2820 Sultana Ave.**<br>**Ontario, CA 91761** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.375.9**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$659.52** |
|---|---|---|
| **Khoa Chau**<br>**12219 West Morgan Drive**<br>**Houston, TX 77065** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor  **Launch Pad LLC**
_____          Case number (if known) _____
Name

| 3.376 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $657.32 |
|---|---|---|---|

**Khoa Truong**
**8439 Southeast 88th Avenue**
**Portland, OR 97266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.376 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,431.62 |
|---|---|---|---|

**Ki Chang**
**1106 South Ardmore Avenue**
**Apt 6**
**Los Angeles, CA 90006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.376 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $510.49 |
|---|---|---|---|

**Kibria Ahmed**
**15 Booker Close**
**London ENG E14 7DP**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.376 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $747.25 |
|---|---|---|---|

**Kieng Ngoy**
**2410 New York Dr**
**Altadena, CA 91001-3616**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.376 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $941.22 |
|---|---|---|---|

**Kieran Breen**
**7 Belvedere Lawn**
**Douglas**
**Cork CO T12 V6RX**
**IRELAND**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.376 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $511.37 |
|---|---|---|---|

**Kieran Hearne**
**12 Goscomb Drive**
**Penarth WLS CF642LF**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Debtor  **Launch Pad LLC**
_____
Name

Case number *(if known)* _____

| 3.376 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $730.02 |
|---|---|---|---|

**Abdul Kikhia**
**254 Chalet Ave**
**San Jose, CA 95127**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.376 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $919.64 |
|---|---|---|---|

**Kim Le**
**1252 Brighton Street**
**Philadelphia, PA 19111**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.376 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $758.77 |
|---|---|---|---|

**Kim Perks**
**15 Leake Street**
**Eaton WA 6232**
**AUSTRAILA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.376 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $727.91 |
|---|---|---|---|

**Kim Roser**
**2038 Baypointe Drive**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.377 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $873.70 |
|---|---|---|---|

**Kim Van Nie**
**Bommelsedijk 7**
**Den Bommel  3258LA**
**NETHERLANDS**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.377 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,452.76 |
|---|---|---|---|

**John Kim**
**5277 North Elston Ave**
**Chicago, IL 60630**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.377 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $659.52 |
|---|---|---|---|

**Kimberly Peters**
**12233 NW 68th Court**
**Parkland, FL 33076**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Launch Pad LLC**                                           Case number (if known) _____
_____
Name

| 3.377 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$849.32** |
| **Kimberly Schoene** | ☐ Contingent | |
| **1750 SW 88th** | ☐ Unliquidated | |
| **Portland, OR 97205** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.377 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,284.14** |
| **Kimi Henley** | ☐ Contingent | |
| **12748 Wood Duck Ln** | ☐ Unliquidated | |
| **Springdale, AR 72762** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.377 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$97.01** |
| **Kimora Richards** | ☐ Contingent | |
| **154 Saint Lucie Drive** | ☐ Unliquidated | |
| **Toronto ON M9M 1T5** | ☐ Disputed | |
| **CANADA** | | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.377 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$670.20** |
| **Kimora Richards** | ☐ Contingent | |
| **154 Saint Lucie Drive** | ☐ Unliquidated | |
| **Toronto ON M9M 1T5** | ☐ Disputed | |
| **CANADA** | | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.377 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$429.87** |
| **Kingsley Amukamara** | ☐ Contingent | |
| **4844 West Rose Lane** | ☐ Unliquidated | |
| **Glendale, AZ 85301** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.377 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$38.75** |
| **Kiran Chepyala** | ☐ Contingent | |
| **2 Dreamcrest Court** | ☐ Unliquidated | |
| **Whitby ON L1R 3P7** | ☐ Disputed | |
| **CANADA** | | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.377 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$718.23** |
| **Kiran Dhakal** | ☐ Contingent | |
| **3121 W 65th Ave** | ☐ Unliquidated | |
| **Denver, CO 80221** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor  **Launch Pad LLC**                                          Case number *(if known)* _____
_____
Name

| | |
|---|---|
| **3.378 0** | |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$685.23**

**Kiran Dhakal**
**3121 W 65th Ave**
**Denver, CO 80221**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _                    **Basis for the claim:** _

                    Is the claim subject to offset? ■ No   ☐ Yes

---

| | |
|---|---|
| **3.378 1** | |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$1,369.14**

**Kiran Shah**
**6727 Southwest Wentley Lane**
**Topeka, KS 66614**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _                    **Basis for the claim:** _

                    Is the claim subject to offset? ■ No   ☐ Yes

---

| | |
|---|---|
| **3.378 2** | |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$681.72**

**Kirby George**
**982 Normandy Court**
**Sherwood Park AB T8A 5X3**
**CANADA**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _                    **Basis for the claim:** _

                    Is the claim subject to offset? ■ No   ☐ Yes

---

| | |
|---|---|
| **3.378 3** | |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$6,965.90**

**Kiril Marinov**
**1 Gloucester Mews West**
**London ENG W26DY**
**UNITED KINGDOM**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _                    **Basis for the claim:** _

                    Is the claim subject to offset? ■ No   ☐ Yes

---

| | |
|---|---|
| **3.378 4** | |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$996.95**

**Kiril Marinov**
**1 Gloucester Mews West**
**London ENG W26DY**
**UNITED KINGDOM**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _                    **Basis for the claim:** _

                    Is the claim subject to offset? ■ No   ☐ Yes

---

| | |
|---|---|
| **3.378 5** | |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$1,563.43**

**Kirk Amundsen**
**14121 Willow Tank Drive**
**Austin, TX 78717**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _                    **Basis for the claim:** _

                    Is the claim subject to offset? ■ No   ☐ Yes

---

| | |
|---|---|
| **3.378 6** | |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$677.03**

**Kirk Russell**
**917 S Westnedge Ave**
**Kalamazoo, MI 49008**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _                    **Basis for the claim:** _

                    Is the claim subject to offset? ■ No   ☐ Yes

---

Debtor   **Launch Pad LLC**                                          Case number *(if known)* _____
         Name

| 3.378 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$689.52** |
|---|---|---|---|

**Kirk Toma**
**1750 Wili Pa Loop**
**Wailuku, HI 96793**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.378 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$473.15** |
|---|---|---|---|

**Kirk Warner**
**203 South See-Gwun Avenue**
**Mount Prospect, IL 60056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.378 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$684.52** |
|---|---|---|---|

**Kishen Patel**
**8019 Wood Hollow Drive**
**Baytown, TX 77521**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.379 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$732.03** |
|---|---|---|---|

**Kishore Karunakaran**
**7 Winthrop St**
**Winchester, MA 01890**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.379 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$69.00** |
|---|---|---|---|

**Kjetil Hovland**
**Hamrehaugen 14**
**Laksevaag  5161**
**NORWAY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.379 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,360.55** |
|---|---|---|---|

**Klade Rodriguez**
**131 County Road 4047**
**Satin, TX 76685**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.379 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,359.14** |
|---|---|---|---|

**Klade Rodriguez**
**131 County Road 4047**
**Satin, TX 76685**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor **Launch Pad LLC**

Name

Case number *(if known)* _____

---

| 3.379 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$837.63** |
|---|---|---|---|

**Klaus Korsch**
**Kuhstrasse 15**
**Weeze  47652**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.379 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$806.16** |
|---|---|---|---|

**Kmel I Mikhaiel**
**31 Heaton Moor Rd**
**Stockport ENG SK4 4PB**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.379 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$471.59** |
|---|---|---|---|

**Anna Koch**
**744S 231st Street**
**Des Moines, WA 98198**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.379 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$805.98** |
|---|---|---|---|

**Kodi Matthews**
**15 Savage St**
**Edmonton QLD 4869**
**AUSTRAILA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.379 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$429.87** |
|---|---|---|---|

**Kole Foss**
**1266 Cleveland Ave S**
**Saint Paul, MN 55116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.379 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,385.79** |
|---|---|---|---|

**Konstantin Karadafov**
**Venjamin Macukovski 21, 1/2**
**Skopje  1000**
**NORTH MACEDONIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.380 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$900.09** |
|---|---|---|---|

**Konstantinos Kyriazopoulos**
**Konstantinou Palaiologou**
**Athens - Glyfada  16561**
**GREECE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Launch Pad LLC**                                    Case number (if known) _____
          Name

| 3.380 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$866.94** |
|---|---|---|---|

**Koray Ozaydemir**
**Dr Remzi Kazancigil Cd Atakoy 3-4-11. Ki**
**O-148 Blok**
**Istanbul  34158**
**TURKEY**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.380 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,353.53** |
|---|---|---|---|

**Korekontrol Germany Gmbh**
**Linienstr. 127**
**Berlin  10115**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.380 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$747.25** |
|---|---|---|---|

**Dmytro Kosenko**
**2792 Fyler Pl**
**Los Angeles, CA 90065-5106**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.380 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,442.88** |
|---|---|---|---|

**Dmytro Kosenko**
**2792 Fyler Pl**
**Los Angeles, CA 90065**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.380 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$747.25** |
|---|---|---|---|

**Dmytro Kosenko**
**2792 Fyler Pl**
**Los Angeles, CA 90065-5106**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.380 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$770.16** |
|---|---|---|---|

**Kostadin Kostadinov**
**105 Pilton Avenue**
**Edinburgh SCT EH5 2HR**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Launch Pad LLC**                                      Case number *(if known)* _____
_____
Name

| 3.380 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$700.15** |
| **Krenar Komoni** | ☐ Contingent | |
| **56 Roland Street** | ☐ Unliquidated | |
| **Boston, MA 02129** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.380 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,441.37** |
| **Krikor Derbabian** | ☐ Contingent | |
| **1138 N. Brand Blvd** | ☐ Unliquidated | |
| **Suite A** | ☐ Disputed | |
| **Glendale, CA 91202** | | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.380 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$717.35** |
| **Kris Hayward** | ☐ Contingent | |
| **43 Cranbrook Green Southeast** | ☐ Unliquidated | |
| **Calgary AB T3M 2X1** | ☐ Disputed | |
| **CANADA** | | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.381 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$689.14** |
| **Kris Knox** | ☐ Contingent | |
| **7330 Woburn Cir Apt D** | ☐ Unliquidated | |
| **Anchorage, AK 99502** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.381 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$850.87** |
| **Kris Pauly** | ☐ Contingent | |
| **3350 W Rd 2 S** | ☐ Unliquidated | |
| **Prescott, AZ 86305** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.381 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$940.52** |
| **Krisli Dimo** | ☐ Contingent | |
| **4432 N Ottawa Ave** | ☐ Unliquidated | |
| **Norridge, IL 60706** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.381 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$768.78** |
| **Kristan Megeath** | ☐ Contingent | |
| **3867 W Tuscaloosa Way** | ☐ Unliquidated | |
| **West Jordan, UT 84084** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **Launch Pad LLC**                                                    Case number (if known) _____
_____
Name

| 3.381<br>4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$672.59** |
|---|---|---|---|

**Kristen Scollon**
**207 Willowoak Ct**
**Warwick, PA 18974**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.381<br>5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,099.50** |
|---|---|---|---|

**Kristian Arreguin**
**4828 Calle Brisa**
**Camarillo, CA 93012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.381<br>6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$689.14** |
|---|---|---|---|

**Kristian Martinovic**
**6331 W Valley View Road**
**Rogers, AR 72758**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.381<br>7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$876.30** |
|---|---|---|---|

**Kristian Thornblad**
**Gullringsvagen 20**
**Savedalen  43362**
**SWEDEN**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.381<br>8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$713.38** |
|---|---|---|---|

**Kristin Babakitis**
**304 E Clearhaven Dr**
**Azusa, CA 91702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.381<br>9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$763.82** |
|---|---|---|---|

**Kristin Theyers**
**6 Halse Road**
**Brackley  ENG NN13 6EH**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.382 0 | | | $727.50 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kristine Mccutcheon**
**10741**
**Cabot Trail Hwy**
**Belle Cote NS B0E1C0**
**CANADA**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.382 1 | | | $697.51 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kristofer Soderlund**
**866 E 6th Street**
**Unit 3**
**Boston, MA 02127**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.382 2 | | | $731.57 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kristopher Nyquist**
**1410 N Humboldt St**
**Apt 2**
**Denver, CO 80218-2326**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.382 3 | | | $728.93 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kristopher Stuart**
**1056 Shadywood Lane**
**Raleigh, NC 27603**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.382 4 | | | $950.07 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kristyna Orthova**
**1 Apriliou 54**
**Sunny House, Flat 102**
**Larnaka  6035**
**CYPRUS**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.382 5 | | | $752.74 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kumphawa Boonsirichai**
**20243 Blythe St.**
**Winnetka, CA 91306**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Launch Pad LLC**
Name

Case number *(if known)*

---

| 3.382 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $772.90 |
|---|---|---|---|

**Kunal Pabla**
**3877 Polton Place Way**
**San Jose, CA 95121**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No □ Yes

---

| 3.382 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $466.70 |
|---|---|---|---|

**Kurt Brandly**
**400 SW 1st Ave, #802**
**Fort Lauderdale, FL 33301**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No □ Yes

---

| 3.382 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $467.74 |
|---|---|---|---|

**Kurt Fowler**
**15138 Carter Loop SE**
**Yelm, WA 98597-8574**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No □ Yes

---

| 3.382 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $739.25 |
|---|---|---|---|

**Kurt Kiesow**
**1115 Fairview Avenue**
**San Jose, CA 95125**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No □ Yes

---

| 3.383 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $469.11 |
|---|---|---|---|

**Kurt Turley**
**1525 Wilder Avenue**
**Apt 407**
**Honolulu, HI 96822**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No □ Yes

---

| 3.383 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,329.33 |
|---|---|---|---|

**Kwok Fai Kwan**
**509 Pinawa Circle**
**Ottawa ON K2J 5Y2**
**CANADA**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No □ Yes

---

| 3.383 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $851.52 |
|---|---|---|---|

**Ky Luong**
**4697 Berrywood Road**
**Virginia Beach, VA 23464**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No □ Yes

---

Debtor    **Launch Pad LLC**
_____    Case number (if known) _____
Name

| 3.383 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $851.52 |
|---|---|---|---|

**Ky Luong**
**4697 Berrywood Road**
**Virginia Beach, VA 23464**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.383 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,479.55 |
|---|---|---|---|

**Kyle Acheson**
**7871 Alexandra Dr**
**Hudson, OH 44236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.383 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $735.20 |
|---|---|---|---|

**Kyle Bobash**
**11 Harwin Drive**
**East Brunswick, NJ 08816**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.383 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $699.09 |
|---|---|---|---|

**Kyle Edwards**
**944 Aurora Ave**
**Girard, PA 16417**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.383 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,359.14 |
|---|---|---|---|

**Kyle Griffin**
**2756 Liberty Rd**
**Norton Shores, MI 49441**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.383 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $697.94 |
|---|---|---|---|

**Kyle Higgenbotham**
**3738 South State Route 157**
**Apt B**
**Glen Carbon, IL 62034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.383 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $689.52 |
|---|---|---|---|

**Kyle Hogge**
**1749 Midway Rd**
**Stony Point, NC 28678**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.384 0**

**Nonpriority creditor's name and mailing address**

**Kyle Hulbert**
**308 Lake Harris Drive**
**Lakeland, FL 33813**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$689.52**

---

**3.384 1**

**Nonpriority creditor's name and mailing address**

**Kyle Humphrey**
**5865 East Garrett Avenue**
**Fresno, CA 93727**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$734.06**

---

**3.384 2**

**Nonpriority creditor's name and mailing address**

**Kyle Kletz**
**11732 Marigold Circle**
**Fishers, IN 46038**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$627.02**

---

**3.384 3**

**Nonpriority creditor's name and mailing address**

**Kyle Lindstrom**
**100 Cedarwood Drive**
**Galena, MD 21635**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,959.52**

---

**3.384 4**

**Nonpriority creditor's name and mailing address**

**Kyle McBean**
**173 Canfield Ave**
**Bridgeport, CT 06605**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$659.52**

---

**3.384 5**

**Nonpriority creditor's name and mailing address**

**Kyle Mientkiewicz**
**220 Arlington Street**
**Pittsburgh, PA 15209**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$20.33**

---

**3.384 6**

**Nonpriority creditor's name and mailing address**

**Kyle Miller**
**2524 Doc Reeves Street**
**Austin, TX 78723**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$659.14**

---

Debtor    **Launch Pad LLC**                                         Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.384 7 | **Nonpriority creditor's name and mailing address** | **$659.52** |

**Kyle Nagamine**
**45-206 Halemuku Place**
**Kaneohe, HI 96744**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.384 8 | **Nonpriority creditor's name and mailing address** | **$1,472.66** |

**Kyle Powell**
**Flat 26, Fitzgerald Court, 2B Rodney Str**
**London ENG N1 9FS**
**UNITED KINGDOM**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.384 9 | **Nonpriority creditor's name and mailing address** | **$1,309.52** |

**Kyle Pratt**
**15649 NW 14th Lane**
**Newberry, FL 32669**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.385 0 | **Nonpriority creditor's name and mailing address** | **$705.70** |

**Kyle Strohecker**
**5920 Hughes Rd.**
**Galena, OH 43021**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.385 1 | **Nonpriority creditor's name and mailing address** | **$740.23** |

**Kyongjae Kim**
**34112 11th Ave Sw**
**Federal Way, WA 98023**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.385 2 | **Nonpriority creditor's name and mailing address** | **$1,003.01** |

**Kyriakos Giannoulakis**
**Mirmidonon 9**
**Heraklion  713 04**
**GREECE**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.385 3 | **Nonpriority creditor's name and mailing address** | **$627.02** |

**L Tadlock**
**30911 Roanoak Woods Drive**
**Tomball, TX 77375**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.385 4**

**Nonpriority creditor's name and mailing address**

**Daniel La Salle**
**113 West G Street, #103**
**San Diego, CA 92101**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,402.82**

---

**3.385 5**

**Nonpriority creditor's name and mailing address**

**Lacretia Compton**
**1960 W Keating Ave, #528**
**Mesa, AZ 85202**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$658.87**

---

**3.385 6**

**Nonpriority creditor's name and mailing address**

**Ladarius Ray**
**4710 Lotus Street**
**Houston, TX 77045**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$684.52**

---

**3.385 7**

**Nonpriority creditor's name and mailing address**

**Ladna Farah**
**14915 SE 177th P, #22D**
**Renton, WA 98058**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$723.71**

---

**3.385 8**

**Nonpriority creditor's name and mailing address**

**Lahoussaine Habbadi**
**Carrer Nou D' Abril Numero 23 Puerta 2-1**
**Barcelona B 8170**
**SPAIN**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,150.14**

---

**3.385 9**

**Nonpriority creditor's name and mailing address**

**Lai Chun Caleb Wong**
**10 Portland Heights, Dean Street**
**Bristol ENG BS2 8RD**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$760.62**

---

**3.386 0**

**Nonpriority creditor's name and mailing address**

**Laila Morneault Gomes**
**204 Avenue Seigniory, #115**
**Pointe-Claire QC H9R 1K2**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$656.72**

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.386
1**

**Nonpriority creditor's name and mailing address**

**Laine Houberg
Advanced Interiors Inc
507 S 1200 E
Salt Lake City, UT 84102**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$850.12**

---

**3.386
2**

**Nonpriority creditor's name and mailing address**

**Lakhvir Dosanjh
4375 North Golden State Blvd
Fresno, CA 93722**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,272.67**

---

**3.386
3**

**Nonpriority creditor's name and mailing address**

**Lakshana Subbiyan
6014 Walnut Loop Road
Apt 5108
Charlotte, NC 28277**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$773.94**

---

**3.386
4**

**Nonpriority creditor's name and mailing address**

**Lakshmi Kamala
3125 Fifth Line West
Unit 43
Mississauga ON L5L3S8
CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$656.72**

---

**3.386
5**

**Nonpriority creditor's name and mailing address**

**Lakshmi Kanth Sunkara
12499 Folsom Blvd
Apt 200
Rancho Cordova, CA 95742**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$742.19**

---

**3.386
6**

**Nonpriority creditor's name and mailing address**

**Lamar White
5528 North 137th Avenue
Litchfield Park, AZ 85340**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$658.87**

---

Debtor   **Launch Pad LLC**                                            Case number (if known) _____
         Name

| 3.386 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,368.57 |
|---|---|---|---|

**Lana Willow**
**4742 Bosun Way**
**Pender Island BC V0N 2M2**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.386 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $851.14 |
|---|---|---|---|

**Lance Brooks**
**4242 S Dover**
**Wichita, KS 67216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.386 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $430.14 |
|---|---|---|---|

**Lance Jones**
**400 S Cowal Dr**
**Spicewood, TX 78669**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.387 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $659.52 |
|---|---|---|---|

**Lance Miles**
**22926 Banff Brook Way**
**Tomball, TX 77375**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.387 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,019.03 |
|---|---|---|---|

**Lance Munday**
**1 Technology Court**
**Pullenvale QLD 4069**
**AUSTRAILA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.387 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $464.31 |
|---|---|---|---|

**Lance Tsukimura**
**3837 NW 24th Ave**
**Camas, WA 98607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.387 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $430.52 |
|---|---|---|---|

**Lance Tsukimura**
**3837 NW 24th Ave**
**Camas, WA 98607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Launch Pad LLC**
_____
Name

Case number (if known) _____

| 3.387 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Lance Wayne**
**1820 SW 3rd Ave**
**Miami, FL 33129**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$689.52**

---

| 3.387 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Landen Booth**
**5872 Old Jacksonville Hwy #424**
**Tyler, TX 75703**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$430.14**

---

| 3.387 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Landon Gervais**
**6770 McIver Place**
**Kamloops BC V2C 5Z1**
**CANADA**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$706.72**

---

| 3.387 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Landon Poague**
**505 West 100 South, #309**
**Salt Lake City, UT 84101**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$658.12**

---

| 3.387 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Landon Poague**
**505 West 100 South, #309**
**Salt Lake City, UT 84101**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$58.12**

---

| 3.387 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Landon Spicer**
**7521 Edinger Ave, #1406**
**Huntington Beach, CA 92647**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$737.88**

---

| 3.388 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Lane Hashida**
**3161 Ala Ilima St**
**Apt 206**
**Honolulu, HI 96818-3009**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$430.52**

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.388 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$593.80** |
|---|---|---|---|

**Larincz Aron**
**Frakno Utca 12/A**
**Budapest  1115**
**HUNGARY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.388 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$851.14** |
|---|---|---|---|

**Larry Armstrong**
**1002 South Christine Avenue**
**Wichita, KS 67218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.388 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$109.14** |
|---|---|---|---|

**Larry Armstrong**
**1002 South Christine Avenue**
**Wichita, KS 67218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.388 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$736.53** |
|---|---|---|---|

**Larry Graiber**
**16925 South Callie Drive**
**Plainfield, IL 60586**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.388 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$683.87** |
|---|---|---|---|

**Larry Maxey**
**P.O. Box 174**
**Hurley, NM 88043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.388 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$697.74** |
|---|---|---|---|

**Larry Maxey**
**P.O. Box 174**
**Hurley, NM 88043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.388 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$659.14** |
|---|---|---|---|

**Larry Sherry**
**3417 Blue Ridge Blvd**
**Independence, MO 64052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Launch Pad LLC**
_____                    Case number (if known) _____
Name

| | | |
|---|---|---|
| **3.388 8** | **Nonpriority creditor's name and mailing address** | **$659.14** |

As of the petition filing date, the claim is: Check all that apply.

**Larry Sherry**
**3417 Blue Ridge Blvd**
**Independence, MO 64052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.388 9** | **Nonpriority creditor's name and mailing address** | **$1,317.70** |

As of the petition filing date, the claim is: Check all that apply.

**Larry Tolbert**
**2446 Buffalo Gap Rd Apt 285**
**Abilene, TX 79603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.389 0** | **Nonpriority creditor's name and mailing address** | **$765.08** |

As of the petition filing date, the claim is: Check all that apply.

**Lars Eiben Ug**
**Dorfstr. 1**
**Tos Marketing & Event Ug**
**Kirchbarkau  24245**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.389 1** | **Nonpriority creditor's name and mailing address** | **$510.93** |

As of the petition filing date, the claim is: Check all that apply.

**Lars Plantzen**
**3 Southern Road**
**Basingstoke ENG RG21 3DX**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.389 2** | **Nonpriority creditor's name and mailing address** | **$1,138.72** |

As of the petition filing date, the claim is: Check all that apply.

**Laszlo Horvath**
**Hamzsabegi Ut 8**
**Budapest  1117**
**HUNGARY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.389 3** | **Nonpriority creditor's name and mailing address** | **$3,981.85** |

As of the petition filing date, the claim is: Check all that apply.

**Latchezar Guishin**
**9243 Susy Lane**
**Schiller Park, IL 60176**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.389 4**

**Nonpriority creditor's name and mailing address**

**Latesha Watson**
**438 West Clapier Street**
**Philadelphia, PA 19144**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$464.96**

---

**3.389 5**

**Nonpriority creditor's name and mailing address**

**Latifa Arrais**
**Ketzberger Strasse 80**
**Solingen  42653**
**GERMANY**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,290.21**

---

**3.389 6**

**Nonpriority creditor's name and mailing address**

**Latrinia Elliott**
**3101 N Hampton Dr 1214**
**Alexandria, VA 22302**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$430.52**

---

**3.389 7**

**Nonpriority creditor's name and mailing address**

**Laura Colban**
**747 Armada Terrace**
**San Diego, CA 92106**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,125.18**

---

**3.389 8**

**Nonpriority creditor's name and mailing address**

**Laura Foster**
**104 Sycamore Avenue**
**Egg Harbor Twp, NJ 08234**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$703.21**

---

**3.389 9**

**Nonpriority creditor's name and mailing address**

**Laura Gajewski**
**2826 Sand Run Parkway**
**Fairlawn, OH 44333**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$3,520.29**

---

**3.390 0**

**Nonpriority creditor's name and mailing address**

**Laura Irene Diaz Abundis**
**Loma Huentitlan 9154 Poniente**
**Tonala JAL 45402**
**MEXICO**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$700.47**

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
| | Name | | |

---

**3.390**
**1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,139.93 |
|---|---|---|
| **Laura Jacobs**<br>**Vaartsestraat 180**<br>**Utrecht  3511 TG**<br>**NETHERLANDS** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.390**
**2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $461.60 |
|---|---|---|
| **Laura Jehlik**<br>**9424 Sprague Street**<br>**Omaha, NE 68134** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.390**
**3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $505.99 |
|---|---|---|
| **Lauren Alexandru Valnoiu**<br>**Ion Campineanu 33**<br>**Bl 3 Sc B Et 6 Ap 58 Sect 1 +40727191407**<br>**Bucuresti B 10035**<br>**ROMANIA** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.390**
**4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119.00 |
|---|---|---|
| **Lauren Baugh**<br>**4115 Southeast 92nd Avenue**<br>**Portland, OR 97266** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.390**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,323.87 |
|---|---|---|
| **Lauren Baugh**<br>**4115 Southeast 92nd Avenue**<br>**Portland, OR 97266** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.390**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,049.14 |
|---|---|---|
| **Lauren Jones**<br>**372 Saint Claire Dr**<br>**Edmond, OK 73025** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.390**
**7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,309.14 |
|---|---|---|
| **Lauren Jones**<br>**372 Saint Claire Dr**<br>**Edmond, OK 73025** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor  **Launch Pad LLC**                                                   Case number *(if known)* _____
_____
Name

| | | |
|---|---|---|
| **3.3908** | Nonpriority creditor's name and mailing address | $659.14 |

**Lauren Jones**
**372 Saint Claire Dr**
**Edmond, OK 73025**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.3909** | Nonpriority creditor's name and mailing address | $689.99 |

**Lawrence Aqui**
**10 Lisa Street #903**
**Brampton ON L6T 4N4**
**CANADA**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.3910** | Nonpriority creditor's name and mailing address | $2,601.40 |

**Lawrence Boan**
**1366 40th Avenue**
**Vero Beach, FL 32960**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.3911** | Nonpriority creditor's name and mailing address | $2,804.83 |

**Lawrence Brady**
**21062 Crestview Dr.**
**Barrington, IL 60010**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.3912** | Nonpriority creditor's name and mailing address | $7,063.77 |

**Lawrence Kennedy**
**4 Birdsnest Court**
**Mill Valley, CA 94941**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.3913** | Nonpriority creditor's name and mailing address | $713.38 |

**Angel Lazo**
**3090 24th Street**
**San Francisco, CA 94110**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.3914** | Nonpriority creditor's name and mailing address | $732.36 |

**Le Tran**
**140 Chestnut Street**
**Vacaville, CA 95688**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Launch Pad LLC**
_____
Name

Case number (if known) _____

| 3.391 5 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: Check all that apply. | **$854.33** |

**Leander Burgers**
**De Moesmate 183**
**Zutphen  7206 AN**
**NETHERLANDS**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.391 6 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: Check all that apply. | **$873.70** |

**Leander Burgers**
**De Moesmate 183**
**Zutphen  7206 AN**
**NETHERLANDS**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.391 7 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: Check all that apply. | **$747.64** |

**Leandro Emanuel Lopez**
**5459 Northwest 72nd Avenue**
**Arg1158458**
**Miami, FL 33166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.391 8 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: Check all that apply. | **$430.52** |

**Leandro Garcia**
**11010 Taft St**
**Pembroke Pines, FL 33026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.391 9 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: Check all that apply. | **$688.91** |

**Leann McGovern**
**2514 Truman Ave**
**Oakland, CA 94605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.392 0 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: Check all that apply. | **$682.74** |

**Leann McGovern**
**2514 Truman Ave**
**Oakland, CA 94605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.392 1 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: Check all that apply. | **$717.35** |

**Lee Horgan**
**3-912 Dugas Street**
**Winnipeg MB R2J 0Z8**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Launch Pad LLC**                                             Case number *(if known)* _____
         _____
         Name

---

| 3.392 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$745.59** |
|---|---|---|---|

**Lee Horgan**
**3-912 Dugas Street**
**Winnipeg MB R2J 0Z8**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.392 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,218.62** |
|---|---|---|---|

**Lee Kleiner**
**5700 Yonge Street**
**Toronto ON M2M 4K2**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.392 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$684.14** |
|---|---|---|---|

**Lee Pauling**
**219 San Jacinto Ct.**
**Keller, TX 76248-2517**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.392 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,570.11** |
|---|---|---|---|

**Anderson Lee**
**1403 Mason Street**
**San Francisco, CA 94133**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.392 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$703.21** |
|---|---|---|---|

**Jin S Lee**
**370 Northwood Way**
**1B**
**Palisades Park, NJ 07650**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.392 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$737.78** |
|---|---|---|---|

**Sam Lee**
**5540 Sylmar Avenue**
**Unit 6**
**Los Angeles, CA 91401**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.392 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$459.04** |
|---|---|---|---|

**Leeor Shapira**
**209 East Grant Ave**
**Roselle Park, NJ 07204**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.3929**

**Nonpriority creditor's name and mailing address**

**Leeor Shapira**
**209 East Grant Ave**
**Roselle Park, NJ 07204**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$459.04**

---

**3.3930**

**Nonpriority creditor's name and mailing address**

**Lefteris Sigalas**
**L. Vouliagmenis 506**
**Alimos  17456**
**GREECE**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,398.74**

---

**3.3931**

**Nonpriority creditor's name and mailing address**

**Lehong Hu**
**2516 Somerset Drive**
**Belmont, CA 94002**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$470.17**

---

**3.3932**

**Nonpriority creditor's name and mailing address**

**Lei Gu**
**3275 Coral Lane**
**Chicago, IL 60026**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$687.73**

---

**3.3933**

**Nonpriority creditor's name and mailing address**

**Leif Graves**
**70518 F Street**
**Covington, LA 70433**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,309.52**

---

**3.3934**

**Nonpriority creditor's name and mailing address**

**Lekey Mullen**
**2201 Muriel Dr**
**Apt 48**
**Barstow, CA 92311**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$465.96**

---

Debtor    **Launch Pad LLC**
_____    Case number (if known) _____
Name

| 3.393 5 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | | $767.27 |

**Leliet Duschkin-Martin**
**Bahia Chemuyil**
**Villas Villamar#8**
**Puerto Aventuras Q ROO 77733**
**MEXICO**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.393 6 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | | $634.52 |

**Lenin Morillo**
**124 Gale Dr**
**Wilmington, DE 19808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.393 7 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | | $745.40 |

**Leon Mirochnik**
**1541 Ocean Avenue, #200**
**Santa Monica, CA 90401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.393 8 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | | $1,390.77 |

**Leonard Korch**
**28 Joyce St**
**Basement**
**Webster, MA 01570**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.393 9 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | | $93.00 |

**Leonard Owen**
**19120 59th St E**
**Lake Tapps, WA 98391**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.394 0 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | | $659.52 |

**Leonardo Astete**
**7831 NW 104th Ave**
**Apt 22**
**Doral, FL 33178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.394 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $857.21 |
|---|---|---|---|

**Leonardo Dalessandro**
**Via Cesare Battisti 26**
**San Donato Milanese MI 20097**
**ITALY**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.394 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $703.21 |
|---|---|---|---|

**Leonardo Oliveira**
**7 Defort Ct**
**Parlin, NJ 08859**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.394 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $689.52 |
|---|---|---|---|

**Leonid Shtivelman**
**1325 Utica Avenue**
**Brooklyn, NY 11203**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.394 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $733.69 |
|---|---|---|---|

**Anthony Lerette**
**2101 North Ursula Street**
**Aurora, CO 80045**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.394 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,067.33 |
|---|---|---|---|

**Leroy Marshall**
**16 Castleglen Place Northeast**
**Calgary AB T3J 1Y5**
**CANADA**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.394 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $634.52 |
|---|---|---|---|

**Leslie Kaholoaa**
**85 Pilipaa Street**
**Hilo, HI 96720**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.394 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,359.52 |
|---|---|---|---|

**Lestryet Samuels**
**6625 Horsemans Circle**
**Mobile, AL 36695**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Launch Pad LLC**
_____    Case number *(if known)* _____
Name

| | | | |
|---|---|---|---|
| **3.3948** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$658.87** |

**Leta Phetbounthavong**
**40049 North High Noon Way**
**Anthem, AZ 85086**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| **3.3949** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$638.77** |

**Lewis Farrell**
**4835 S. Memory Lane**
**Apartment 6**
**Holladay, UT 84117**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| **3.3950** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$702.64** |

**Lewis Sayre**
**P.O. Box 3110**
**Salem, OR 97302**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| **3.3951** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$764.51** |

**Liam Mohr**
**103 Paulin Bay**
**Fort McMurray AB T9K 0A9**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| **3.3952** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,381.94** |

**Lian Pangelinan**
**34428 Yucaipa Blvd Ste E251**
**Yucaipa, CA 92399**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| **3.3953** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$745.08** |

**Ligaya Vosberg**
**6701 Del Rey Avenue**
**Apt 224 (Bldg 4)**
**Las Vegas, NV 89146**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| **3.3954** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$735.20** |

**Liju John**
**9 Regent Street,**
**Apt 301**
**Jersey City, NJ 07302**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Launch Pad LLC**                                                         Case number *(if known)*
_____
Name

| 3.395 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $732.19 |

**Lillian Shepherd**
**997 S 900 E**
**Salem, UT 84653**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.395 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $718.25 |

**Lin Nay**
**1390 Southgate Avenue**
**Daly City, CA 94015**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.395 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $718.25 |

**Lin Nay**
**1390 Southgate Avenue**
**Daly City, CA 94015**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.395 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $718.25 |

**Lin Nay**
**1390 Southgate Avenue**
**Daly City, CA 94015**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.395 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $472.27 |

**Linas Venckus**
**1575 East Mountain Street**
**Pasadena, CA 91104**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.396 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $871.28 |

**Linda Leblanc**
**45 Church Street**
**Hamilton ON L8E 2X7**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.396 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $709.96 |

**Lino Munoz**
**2037 W Bullard Ave #203**
**Fresno, CA 93722**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor      **Launch Pad LLC**
_____     Case number *(if known)* _____
            Name

| 3.396 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $459.04 |

**Lion Rojo**
**18 Waterview Place**
**Keansburg, NJ 07734**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.396 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $665.61 |

**Lisa Maiella**
**620 Hammond Street**
**Brookline, MA 02467**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.396 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $662.73 |

**Lisa McDermed**
**723 W 12th Street**
**Alliance, NE 69301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.396 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $675.93 |

**Lisa Nowlan**
**175 Redpath Drive**
**Ottawa ON K2G 6K5**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.396 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,560.98 |

**Lisa Schwab**
**725 S 14th Ave**
**Brighton, CO 80601-3374**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.396 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $706.81 |

**Lisa Schwab**
**725 S. 14th Ave**
**Brighton, CO 80601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.396 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $700.15 |

**Lissette Rosell**
**55 West Street**
**Chicopee, MA 01013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Launch Pad LLC**
Name

Case number (if known) _____

---

| 3.3969 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,623.40 |
|---|---|---|---|

**Liviu Bogdan Mihai**
**Strada Lectorului Nr.3**
**Bloc A, Etaj 3, Ap.7**
**Bucuresti B 12688**
**ROMANIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3970 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,253.62 |
|---|---|---|---|

**Ljiljana Stepic**
**639 McPhillips Road**
**Lockport MB R1A3H4**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3971 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $627.02 |
|---|---|---|---|

**Loc Le**
**445 Veterans Memorial Blvd**
**Suite 3**
**Kenner, LA 70062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3972 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $730.89 |
|---|---|---|---|

**Logan Rittenhouse**
**3486 Laurel Lane**
**Center Valley, PA 18034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3973 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $735.44 |
|---|---|---|---|

**Lon Teague**
**5757 Campanella Pl**
**Rancho Cucamonga, CA 91739**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3974 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,400.21 |
|---|---|---|---|

**Long La**
**10 Ibis Grove**
**Cairnlea VIC 3023**
**AUSTRAILA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Launch Pad LLC**
_____
Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 3.397 5 | **Nonpriority creditor's name and mailing address** | $430.14 |

**Long Truong**
**6909 Westside Place**
**Sachse, TX 75048**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.397 6 | **Nonpriority creditor's name and mailing address** | $626.64 |

**Lonna Bartley**
**8501 North Macarthur Blvd, #631444**
**Irving, TX 75063**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.397 7 | **Nonpriority creditor's name and mailing address** | $659.52 |

**Lonnie Gorby**
**4727 Landing Water Path**
**Buford, GA 30519**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.397 8 | **Nonpriority creditor's name and mailing address** | $659.52 |

**Lonnie Woodard**
**4216 Hamilton Mill Rd**
**Buford, GA 30519**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.397 9 | **Nonpriority creditor's name and mailing address** | $85.00 |

**Roberto Lopes Jr.**
**15 Boulden Circle**
**Ff519-199 Fishisfast**
**New Castle, DE 19720-3400**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.398 0 | **Nonpriority creditor's name and mailing address** | $90.01 |

**Alex Lopez**
**16857 Park Rock Dr**
**La Puente, CA 91744**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.398 1 | **Nonpriority creditor's name and mailing address** | $689.14 |

**Avery Lopez**
**259 West 18th Street**
**Holland, MI 49423**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.398
2**

**Nonpriority creditor's name and mailing address**

**Lorance Shabo
6124 Thorndike Court
Las Vegas, NV 89130**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$659.14**

---

**3.398
3**

**Nonpriority creditor's name and mailing address**

**Lorenz Engels
Luxemburger Strasse 376
Cologne  50937
GERMANY**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,618.25**

---

**3.398
4**

**Nonpriority creditor's name and mailing address**

**Lorenzo Contis
7550 Johnson Street
Hollywood, FL 33024**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$851.52**

---

**3.398
5**

**Nonpriority creditor's name and mailing address**

**Lorenzo Frisoni
Via Cesare Corte 25C/6
Genova GE 16122
ITALY**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$581.87**

---

**3.398
6**

**Nonpriority creditor's name and mailing address**

**Lorenzo Penati
73 Elm Park Mansions
London ENG SW100AP
UNITED KINGDOM**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$3,390.26**

---

**3.398
7**

**Nonpriority creditor's name and mailing address**

**Lorenzo Tuccari
67 St. Paul'S Close
London ENG W5 3JX
UNITED KINGDOM**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,112.41**

---

**3.398
8**

**Nonpriority creditor's name and mailing address**

**Clifton Lott Jr
2525 3rd Avenue South
Apt #110
Minneapolis, MN 55404**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$683.87**

---

Debtor   **Launch Pad LLC**
_____   Case number (if known) _____
Name

| 3.398 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,206.23** |
|---|---|---|---|
| | **Louai Youssef** | ☐ Contingent | |
| | **1895 Monrovia Avenue** | ☐ Unliquidated | |
| | **Costa Mesa, CA 92627** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.399 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$687.99** |
|---|---|---|---|
| | **Louie Hill** | ☐ Contingent | |
| | **28 Hare Street** | ☐ Unliquidated | |
| | **Ilam** | ☐ Disputed | |
| | **Christchurch CAN 8041** | | |
| | **NEW ZEALAND** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.399 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$736.03** |
|---|---|---|---|
| | **Louis Baltimore** | ☐ Contingent | |
| | **1475 S Fillmore St** | ☐ Unliquidated | |
| | **Denver, CO 80210** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.399 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,215.00** |
|---|---|---|---|
| | **Louis Castet Bellocq** | ☐ Contingent | |
| | **74 Avenue Du Marechal Douglas Haig** | ☐ Unliquidated | |
| | **Versailles  78000** | ☐ Disputed | |
| | **FRANCE** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.399 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$685.40** |
|---|---|---|---|
| | **Louis Desjardins** | ☐ Contingent | |
| | **2978 Charella Drive** | ☐ Unliquidated | |
| | **Prince George BC V2N 5K9** | ☐ Disputed | |
| | **CANADA** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.399 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$8,037.02** |
|---|---|---|---|
| | **Louis Huntley** | ☐ Contingent | |
| | **318 Ponte Vedra Blvd** | ☐ Unliquidated | |
| | **Ponte Vedra, FL 32082-2057** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Launch Pad LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.3995**

**Nonpriority creditor's name and mailing address**

**Louis Jasperson**
**488 South 500 West**
**Provo, UT 84601**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

**$1,283.12**

---

**3.3996**

**Nonpriority creditor's name and mailing address**

**Louis Schlain**
**2110 Marina Shores Drive, #414**
**Virginia Beach, VA 23451**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

**$2,729.52**

---

**3.3997**

**Nonpriority creditor's name and mailing address**

**Louis Silverstein**
**23858 Harbor Vista Dr**
**Malibu, CA 90265-4819**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

**$3,055.76**

---

**3.3998**

**Nonpriority creditor's name and mailing address**

**Louis Spencer**
**2434 Warring St**
**Berkeley, CA 94704**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

**$882.01**

---

**3.3999**

**Nonpriority creditor's name and mailing address**

**Louis Thomas**
**6008 Hasbrook Ave**
**Philadelphia, PA 19111**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

**$2,213.48**

---

**3.4000**

**Nonpriority creditor's name and mailing address**

**Louis Wilks-Reeves**
**4 Glebelands Close**
**Shoreham-By-Sea ENG BN436GW**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

**$806.16**

---

**3.4001**

**Nonpriority creditor's name and mailing address**

**Lovel Miguel**
**6102 Hubbell Dr**
**Pearland, TX 77584**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

**$733.52**

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.400 2**

**Nonpriority creditor's name and mailing address**

**Bruce Lu**
**55 Bayard St., #7**
**New York, NY 10013**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,398.53**

---

**3.400 3**

**Nonpriority creditor's name and mailing address**

**Luan Nguyen**
**1132 Garber Place**
**San Jose, CA 95127**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$718.26**

---

**3.400 4**

**Nonpriority creditor's name and mailing address**

**Luba Garet Selezneva-Konova**
**Pereulok Dostoevskogo 1**
**Odessa  65016**
**UKRAINE**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$853.29**

---

**3.400 5**

**Nonpriority creditor's name and mailing address**

**Luba Ltd**
**1108 Marco Island**
**Huntingdon Street**
**Nottingham ENG NG1 1AW**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$740.66**

---

**3.400 6**

**Nonpriority creditor's name and mailing address**

**Luc Van Zeebroeck**
**Kasteelstraat 78**
**Buggenhout  9255**
**BELGIUM**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$854.20**

---

**3.400 7**

**Nonpriority creditor's name and mailing address**

**Luca Pagani**
**Kehlhofstrasse 11**
**Wiesendangen  8542**
**SWITZERLAND**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$785.07**

---

Debtor    **Launch Pad LLC**
_____    Case number (if known) _____
         Name

| 3.400 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $467.74 |
|---|---|---|---|

**Lucas Cimiano**
**740 Sherman St.**
**Apt 101**
**Denver, CO 80203**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.400 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $724.53 |
|---|---|---|---|

**Lucas Polski**
**180 Neptune Ave, Apt 2**
**Apt 2**
**Jersey City, NJ 07305**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.401 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $659.52 |
|---|---|---|---|

**Lucas Worthy**
**620 Skyline Drive South**
**Lewisburg, TN 37091**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.401 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $684.52 |
|---|---|---|---|

**Andrew Lucas**
**2143 Bethel Blvd**
**Boca Raton, FL 33486**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.401 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $659.52 |
|---|---|---|---|

**Lucia Ibanez**
**817 SE 14th Court**
**Fort Lauderdale, FL 33316**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.401 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,097.64 |
|---|---|---|---|

**Luciano Tolfo**
**Vallejos 4105**
**4 B**
**Buenos Aires C 1419**
**ARGENTINA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Launch Pad LLC**                                            Case number *(if known)* _____
_____
Name

| 3.401 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$747.25** |
|---|---|---|---|

**Ludwin Escamilla**
**405 West Foothill Blvd #201**
**Claremont, CA 91711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.401 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$684.52** |
|---|---|---|---|

**Jose Lugo Garcia**
**20583 SW 119th Place**
**Miami, FL 33177**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.401 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$84.13** |
|---|---|---|---|

**Luice Yau**
**Pretoriastraat 44**
**Level 2**
**Berchem  2600**
**BELGIUM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.401 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$689.52** |
|---|---|---|---|

**Luis Alonso**
**11885 SW 18th Ter., #60**
**Miami, FL 33175**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.401 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$454.22** |
|---|---|---|---|

**Luis Angel Yepez Isleo**
**Tulipanes #92 Fraccionamiento Flores Del**
**Veracruz VER 91948**
**MEXICO**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.401 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$454.16** |
|---|---|---|---|

**Luis Angel Yepez Isleo**
**Tulipanes #92 Fraccionamiento Flores Del**
**Veracruz VER 91948**
**MEXICO**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **Launch Pad LLC**
         Name                                                    Case number (if known)

---

**3.4020**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$430.52** |
| **Luis Colorado** | ☐ Contingent | |
| **129 West Avenue** | ☐ Unliquidated | |
| **Stamford, CT 06902** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.4021**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$69.00** |
| **Luis Cordeiro** | ☐ Contingent | |
| **Avenue De Severy 16** | ☐ Unliquidated | |
| **Lausanne  1004** | ☐ Disputed | |
| **SWITZERLAND** | | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.4022**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$454.22** |
| **Luis Du Solier** | ☐ Contingent | |
| **Cda De Veracruz 111 Dept 308** | ☐ Unliquidated | |
| **Jesus Del Monte, Huixquilucan, Edo De Me** | ☐ Disputed | |
| **Mexico MEX 52764** | | |
| **MEXICO** | | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.4023**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$430.52** |
| **Luis Fernando Da Cunha** | ☐ Contingent | |
| **24 Thompson Court - Ste 7123** | ☐ Unliquidated | |
| **Ste 7123** | ☐ Disputed | |
| **Enfield, CT 06082** | | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.4024**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,272.52** |
| **Luis Flores-Caban** | ☐ Contingent | |
| **B5 Calle Tabonuco Suite 216** | ☐ Unliquidated | |
| **PMB 251** | ☐ Disputed | |
| **Guaynabo, PR 00968** | | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.4025**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$471.22** |
| **Luis Gonzales** | ☐ Contingent | |
| **1702 8th St** | ☐ Unliquidated | |
| **San Fernando, CA 91340** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.4026**

**Nonpriority creditor's name and mailing address**

**Luis Julian Sigcha**
**4866 South Semoran Blvd**
**#1808**
**Orlando, FL 32822**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$69.00**

---

**3.4027**

**Nonpriority creditor's name and mailing address**

**Luis Mercado**
**3124 Arnow Place**
**Apt Bsm**
**Bronx, NY 10461**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$659.52**

---

**3.4028**

**Nonpriority creditor's name and mailing address**

**Luis Ortiz-Herrera**
**106 Lyon St**
**Mercedes, TX 78570**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$430.52**

---

**3.4029**

**Nonpriority creditor's name and mailing address**

**Luis Reyes**
**3611 King Street**
**La Mesa, CA 91941**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$7,632.40**

---

**3.4030**

**Nonpriority creditor's name and mailing address**

**Luis Smith**
**11201 Grander Dr**
**Windermere, FL 34786**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$684.52**

---

**3.4031**

**Nonpriority creditor's name and mailing address**

**Luis Tappi**
**2250 Northwest 114th Avenue**
**Ccs 86290 Unit 1C**
**Miami, FL 33192**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$977.95**

---

**3.4032**

**Nonpriority creditor's name and mailing address**

**Luis Toledo**
**1900 Chapman Avenue**
**Apt 416**
**Rockville, MD 20852**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$698.52**

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.403 3**

**Nonpriority creditor's name and mailing address**

**Luis Vieira**
**Campo Grande**
**10 - 6C**
**Lisboa PT-11 1700-092**
**PORTUGAL**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$1,407.85**

---

**3.403 4**

**Nonpriority creditor's name and mailing address**

**Lukaa Klein**
**Vysehradska 11**
**Petrzalka  851 06**
**SLOVAKIA**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$1,083.36**

---

**3.403 5**

**Nonpriority creditor's name and mailing address**

**Lukas Hafner**
**Engerthstrasse 228/29**
**Wien   1020**
**AUSTRIA**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$568.59**

---

**3.403 6**

**Nonpriority creditor's name and mailing address**

**Lukas Hermansen**
**Aldrupvej 87**
**Fjerritslev  9690**
**DENMARK**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$953.49**

---

**3.403 7**

**Nonpriority creditor's name and mailing address**

**Lukas Kruczkowski**
**P.O. Box 861325**
**Wahiawa, HI 96786**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$430.52**

---

**3.403 8**

**Nonpriority creditor's name and mailing address**

**Lukas Sparer**
**Josefstrasse, 33C**
**St. Polten  3100**
**AUSTRIA**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$858.07**

---

| Debtor | **Launch Pad LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

| 3.403 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$45.00** |
|---|---|---|---|

**Lukas Zahurancik**
**Domkarsky Rad 8**
**Piestany  921 01**
**SLOVAKIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.404 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$740.01** |
|---|---|---|---|

**Luke Boustead**
**3 Dunleary Court**
**Westcote Road**
**Reading ENG RG30 2DJ**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.404 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$688.12** |
|---|---|---|---|

**Luke Frazier**
**1139 E 50 S**
**Orem, UT 84097**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.404 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$671.14** |
|---|---|---|---|

**Luke Monterola**
**15306 Chahtah Ct**
**Orlando, FL 32828**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.404 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$658.87** |
|---|---|---|---|

**Luke Stribling**
**925 8th St. Nw**
**Albuquerque, NM 87102**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.404 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$462.50** |
|---|---|---|---|

**Luke Summerville**
**3855 Nobel Drive, #2126**
**San Diego, CA 92122**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.404 5**

**Nonpriority creditor's name and mailing address**

**Luke Van Der Meij**
**Gretha Hofstralaan 89**
**Vlaardingen  3136LS**
**NETHERLANDS**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$873.70

---

**3.404 6**

**Nonpriority creditor's name and mailing address**

**Luke Van Der Meij**
**Gretha Hofstralaan 89**
**Vlaardingen  3136LS**
**NETHERLANDS**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$2,435.18

---

**3.404 7**

**Nonpriority creditor's name and mailing address**

**Luther Freeman**
**2001 Empire Court**
**Unit 8**
**Grand Forks, ND 58201**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$644.46

---

**3.404 8**

**Nonpriority creditor's name and mailing address**

**Luther Freeman**
**2001 Empire Court**
**Unit 8**
**Grand Forks, ND 58201**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$70.33

---

**3.404 9**

**Nonpriority creditor's name and mailing address**

**Luuk Kicken**
**10 Bloemfonteinstraat**
**Eindhoven  5642 EG**
**NETHERLANDS**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$138.39

---

**3.405 0**

**Nonpriority creditor's name and mailing address**

**Luz Londono**
**732 North Harrisburg Avenue**
**2nd Floor**
**Atlantic City, NJ 08401**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$1,449.59

---

**3.405 1**

**Nonpriority creditor's name and mailing address**

**Lylburn Ollie**
**9516 Wandering Way**
**Columbia, MD 21045**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$730.05

---

Debtor   **Launch Pad LLC**                                                    Case number (if known) _____
_____
Name

| | |
|---|---|
| **3.405 2** | |

**Nonpriority creditor's name and mailing address**

**Lynda Micic**
**15 Ragamuffin Point**
**Safety Beach VIC 3936**
**AUSTRAILA**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,408.77**

---

| | |
|---|---|
| **3.405 3** | |

**Nonpriority creditor's name and mailing address**

**Lynda Micic**
**15 Ragamuffin Point**
**Safety Beach VIC 3936**
**AUSTRAILA**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$753.29**

---

| | |
|---|---|
| **3.405 4** | |

**Nonpriority creditor's name and mailing address**

**Lyndon Liu**
**1932 Irving Street**
**#30**
**San Francisco, CA 94122**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,455.69**

---

| | |
|---|---|
| **3.405 5** | |

**Nonpriority creditor's name and mailing address**

**Lynette Pohio**
**152 St Andrews Rd**
**Havelock North HKB 4130**
**NEW ZEALAND**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,369.03**

---

| | |
|---|---|
| **3.405 6** | |

**Nonpriority creditor's name and mailing address**

**Lynn Gee**
**400 Spear St**
**#210**
**San Francisco, CA 94105**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$464.90**

---

| | |
|---|---|
| **3.405 7** | |

**Nonpriority creditor's name and mailing address**

**Lynn Risley**
**4046 North Askew Avenue**
**Kansas City, MO 64117**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$659.14**

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.405 8**

**Nonpriority creditor's name and mailing address**

**Lyric Williams**
**8422 East Hawthorne Street**
**Tucson, AZ 85710**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$688.87**

---

**3.405 9**

**Nonpriority creditor's name and mailing address**

**Lyss Murphey**
**17242 Santiago Canyon Rd**
**Silverado, CA 92676**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$733.77**

---

**3.406 0**

**Nonpriority creditor's name and mailing address**

**Lyss Murphey**
**17242 Santiago Canyon Rd**
**Silverado, CA 92676**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$733.77**

---

**3.406 1**

**Nonpriority creditor's name and mailing address**

**M Riyaz Ismail**
**3515 Whitman Court**
**Thousand Oaks, CA 91360**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$698.01**

---

**3.406 2**

**Nonpriority creditor's name and mailing address**

**M Riyaz Ismail**
**3515 Whitman Court**
**Thousand Oaks, CA 91360**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$698.01**

---

**3.406 3**

**Nonpriority creditor's name and mailing address**

**Maath Alchemali**
**Kaiserstrasse 1A**
**Schwelm  58332**
**GERMANY**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$564.11**

---

**3.406 4**

**Nonpriority creditor's name and mailing address**

**Mael Perret**
**Chemin De La Tour-De-Champel 4**
**E_Nno**
**Geneve  1206**
**SWITZERLAND**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$720.50**

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.406 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$430.52** |
|---|---|---|---|

Maged Ishak
7 Killadoon Court
Lutherville-Timonium, MD 21093

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.406 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$873.15** |
|---|---|---|---|

Maghadevane Segarane
152 Route Doberhausbergen
Residence Saint Antoine
Strasbourg  67200
FRANCE

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.406 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$878.16** |
|---|---|---|---|

Magnus Gabrielli
Amsbergsvagen 16
Borl  Nge  78468
SWEDEN

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.406 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$766.63** |
|---|---|---|---|

Magnus Olsson
6 Heath Mead
London ENG SW19 5JP
UNITED KINGDOM

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.406 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$575.98** |
|---|---|---|---|

Magnuss Erins
Barona 106K2, #18
Riga  LV-1001
LATVIA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.407 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$826.93** |
|---|---|---|---|

Maha Alzarooni
Lumis Student Living, Capital Quarter, T
North Block, Room N515
Cardiff WLS CF10 4BZ
UNITED KINGDOM

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.407 1**

**Nonpriority creditor's name and mailing address**

**Maha Mansour**
**3303 Don Mills Road #2801**
**North York ON M2J4T6**
**CANADA**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$675.93

---

**3.407 2**

**Nonpriority creditor's name and mailing address**

**Mahdi Kozbari**
**Kapellenackerstrasse 16**
**Munich  80992**
**GERMANY**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$940.78

---

**3.407 3**

**Nonpriority creditor's name and mailing address**

**Maida**
**10668 Zelzah Avenue**
**Los Angeles, CA 91344**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$468.54

---

**3.407 4**

**Nonpriority creditor's name and mailing address**

**Maiwand Nawid**
**2718 S. Uhle Street**
**Arlington, VA 22206**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$659.52

---

**3.407 5**

**Nonpriority creditor's name and mailing address**

**Majed Awad**
**4071 Northern Spruce Dr.**
**Spring, TX 77386**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$689.52

---

**3.407 6**

**Nonpriority creditor's name and mailing address**

**Majed Yohanna**
**Sigden 8**
**More Og Romsdal**
**Kristiansund  6518**
**NORWAY**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$739.60

---

Debtor    **Launch Pad LLC**                                            Case number *(if known)* _____
_____
Name

---

| 3.407 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,959.52 |

**Majed Zaid**
**6714 Miller Shadow Lane**
**Missouri City, TX 77479**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.407 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $658.87 |

**Majid Malang**
**426 Bluebird Ln**
**Woodbury, MN 55125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.407 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $764.66 |

**Maksym Zymin**
**91-1001 Keaunui Drive Unit 377**
**Ewa Beach, HI 96706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.408 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $461.75 |

**Malachi Mickelonis**
**2760 Associated Road**
**Apt D14**
**Fullerton, CA 92835**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.408 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $751.03 |

**Malav Shah**
**5200 Iron Horse Pkwy**
**Apt 323**
**Dublin, CA 94568**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.408 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $95.00 |

**Malcolm Harnden**
**99 Great Brays**
**Harlow ENG CM18 6DP**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.408 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $763.83 |

**Malcolm Harnden**
**99 Great Brays**
**Harlow ENG CM18 6DP**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Launch Pad LLC**
_____
Name

Case number (if known) _____

| | |
|---|---|
| **3.408 4** | |

**Nonpriority creditor's name and mailing address**

**Malkuth Frahm**
**4340 Kingswell Avenue**
**Los Angeles, CA 90027**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,362.77**

---

| | |
|---|---|
| **3.408 5** | |

**Nonpriority creditor's name and mailing address**

**Malvia Scott**
**6947 Long Pine Circle**
**Coconut Creek, FL 33073**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$430.52**

---

| | |
|---|---|
| **3.408 6** | |

**Nonpriority creditor's name and mailing address**

**Mandy Sauler-Milbourne**
**121 John Robert Thomas Drive**
**Exton, PA 19341**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,388.09**

---

| | |
|---|---|
| **3.408 7** | |

**Nonpriority creditor's name and mailing address**

**Mangoldt Thomas**
**Karl Marx Allee 106**
**Berlin  10243**
**GERMANY**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,087.10**

---

| | |
|---|---|
| **3.408 8** | |

**Nonpriority creditor's name and mailing address**

**Manh Vu**
**3737 Peach Blossom Road**
**Fort Worth, TX 76244**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,309.14**

---

| | |
|---|---|
| **3.408 9** | |

**Nonpriority creditor's name and mailing address**

**Manil Men**
**14806 NE 80th Cir**
**Vancouver, WA 98682-3465**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$745.75**

---

| | |
|---|---|
| **3.409 0** | |

**Nonpriority creditor's name and mailing address**

**Manjeet Singh**
**3634 Green Marsh Cres**
**Regina SK S4V3H4**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$871.33**

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.409 1 | **Nonpriority creditor's name and mailing address** **Manjot Singh** **20814 Chester Street** **Castro Valley, CA 94546** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | **$468.06** |

| 3.409 2 | **Nonpriority creditor's name and mailing address** **Manjunath Kapu** **16801 North 49th Street** **Scottsdale, AZ 85254** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | **$643.43** |

| 3.409 3 | **Nonpriority creditor's name and mailing address** **Mankin Lam** **302 Azalea Ct** **Greenville, SC 29615** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | **$675.29** |

| 3.409 4 | **Nonpriority creditor's name and mailing address** **Naga Manohar Madduri** **11446 Antler Dr** **Columbia Station, OH 44028** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | **$787.64** |

| 3.409 5 | **Nonpriority creditor's name and mailing address** **Manoj Kumar Chauhan** **1425 Afton Way** **Fort Mill, SC 29708** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | **$652.89** |

| 3.409 6 | **Nonpriority creditor's name and mailing address** **Manoj Patel** **61 Charbay Drive** **Collegeville, PA 19426** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | **$808.66** |

| 3.409 7 | **Nonpriority creditor's name and mailing address** **Mantas Kudrinas** **3370 NE 190 St** **Apt 714** **Aventura, FL 33180** Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | **$634.52** |

| Debtor | Launch Pad LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.4098**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $681.72 |
|---|---|---|
| **Manthan Raval**<br>**3 Candlewood Drive, #411**<br>**Guelph ON N1K 0E1**<br>**CANADA** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.4099**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $774.58 |
|---|---|---|
| **Manu Arora**<br>**213-215 William Street**<br>**Unit 4**<br>**Granville NSW 2142**<br>**AUSTRAILA** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.4100**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $746.00 |
|---|---|---|
| **Manuel Garza**<br>**1437 N Bibb Ave**<br>**Eagle Pass, TX 78852** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.4101**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,073.17 |
|---|---|---|
| **Manuel Graf**<br>**Hinterdorfstrasse 4B**<br>**Pfungen  8422**<br>**SWITZERLAND** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.4102**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $752.46 |
|---|---|---|
| **Manuel Latorre**<br>**198 Kensington Road**<br>**Marryatville SA 5068**<br>**AUSTRAILA** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.4103**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,339.15 |
|---|---|---|
| **Manuel Martin Cinta**<br>**Rocio 199**<br>**Pedregal**<br>**Mexico City DF 1900**<br>**MEXICO** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.410 4**

**Nonpriority creditor's name and mailing address**

**Manuel Martin Cinta**
**Rocio 199**
**Pedregal**
**Mexico City DF 1900**
**MEXICO**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$683.22**

---

**3.410 5**

**Nonpriority creditor's name and mailing address**

**Manuel Martins**
**14 E Chrystal St**
**Dover, NJ 07801**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$703.21**

---

**3.410 6**

**Nonpriority creditor's name and mailing address**

**Manuel Rappard**
**6465 Blewett Avenue**
**Los Angeles, CA 91406**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$930.12**

---

**3.410 7**

**Nonpriority creditor's name and mailing address**

**Manvir Dhillon**
**15081 90A Ave**
**Surrey BC V3R 6Y6**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,639.83**

---

**3.410 8**

**Nonpriority creditor's name and mailing address**

**Alex Manzano**
**6201 Alverton Dr**
**Carlsbad, CA 92009**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$709.25**

---

**3.410 9**

**Nonpriority creditor's name and mailing address**

**Maor Kirsner**
**28/34 Bay St**
**Town House**
**Botany, Sydney NSW 2030**
**AUSTRAILA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,031.30**

---

Debtor   **Launch Pad LLC**
_____       Case number *(if known)* _____
Name

| 3.411 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Marat Dreicer**
**16456 Royal Hills Dr**
**Encino, CA 91436**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$930.12**

---

| 3.411 1 |
|---|

**Nonpriority creditor's name and mailing address**

**Marc Adam**
**1111 East Sunrise Blvd**
**Fort Lauderdale, FL 33304**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$659.52**

---

| 3.411 2 |
|---|

**Nonpriority creditor's name and mailing address**

**Marc Andre Raymond**
**345 Avenue Leo-Lacombe**
**Laval QC H7N 3Y5**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$675.93**

---

| 3.411 3 |
|---|

**Nonpriority creditor's name and mailing address**

**Marc Andre Raymond**
**345 Avenue Leo-Lacombe**
**Laval QC H7N 3Y5**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$675.93**

---

| 3.411 4 |
|---|

**Nonpriority creditor's name and mailing address**

**Marc Benkendorf**
**Maerckerstrasse 5**
**Brandenburg An Der Havel  14776**
**GERMANY**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$889.51**

---

| 3.411 5 |
|---|

**Nonpriority creditor's name and mailing address**

**Marc Conran**
**1237 N 31st Street**
**Philadelphia, PA 19121**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,273.14**

---

| 3.411 6 |
|---|

**Nonpriority creditor's name and mailing address**

**Marc Cottini**
**P.O. Box 210863**
**Anchorage, AK 99521**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,959.14**

---

Debtor    **Launch Pad LLC**                                          Case number *(if known)* _____
                Name

---

**3.411
7**

**Nonpriority creditor's name and mailing address**

**Marc E Andrews**
**236 SE 46th Drive**
**Gresham, OR 97080**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$674.53

---

**3.411
8**

**Nonpriority creditor's name and mailing address**

**Marc E Andrews**
**236 SE 46th Drive**
**Gresham, OR 97080**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$674.53

---

**3.411
9**

**Nonpriority creditor's name and mailing address**

**Marc Guillem Ballester**
**Carrer De Clementina Arderiu 5 1 3**
**Sant Quirze Del Vall  S B 8192**
**SPAIN**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$718.19

---

**3.412
0**

**Nonpriority creditor's name and mailing address**

**Marc Gwisdek**
**3092 Palmer Drive**
**Burlington ON L7M 1S9**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$717.35

---

**3.412
1**

**Nonpriority creditor's name and mailing address**

**Marc Husslein**
**Bachmannweg 33**
**Zurich  8046**
**SWITZERLAND**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$748.87

---

**3.412
2**

**Nonpriority creditor's name and mailing address**

**Marc Krause**
**Goldammerweg 1**
**Koln  50858**
**GERMANY**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$564.38

---

**3.412
3**

**Nonpriority creditor's name and mailing address**

**Marc Martucci**
**1117 NE 13th Ave**
**Fort Lauderdale, FL 33304**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$659.52

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.412 4**

**Nonpriority creditor's name and mailing address**

**Marc Matt**
**Ohkampring 19**
**Hamburg  22339**
**GERMANY**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$784.45**

---

**3.412 5**

**Nonpriority creditor's name and mailing address**

**Marc Meerkamper**
**Dorfstrasse 34**
**Vilters  7324**
**SWITZERLAND**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$748.83**

---

**3.412 6**

**Nonpriority creditor's name and mailing address**

**Marc Romkey**
**5630 Ogilvie Street**
**Halifax NS B3H1C1**
**CANADA**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$2,729.52**

---

**3.412 7**

**Nonpriority creditor's name and mailing address**

**Marc Singh**
**4 Ladywood Court**
**Brampton ON L6Z 4T9**
**CANADA**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$19.00**

---

**3.412 8**

**Nonpriority creditor's name and mailing address**

**Marc Smollin**
**8901 White Oak Avenue**
**Northridge, CA 91325**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$719.88**

---

**3.412 9**

**Nonpriority creditor's name and mailing address**

**Marcco Ware**
**300 E Hillcrest Blvd. #1353**
**Inglewood, CA 90308**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$1,438.12**

---

**3.413 0**

**Nonpriority creditor's name and mailing address**

**Marcel Allen**
**620 Elgin Avenue**
**Forest Park, IL 60130**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$473.15**

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page  611 of 1054

Debtor    **Launch Pad LLC**
_____    Case number (if known) _____
            Name

| 3.413 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$720.86** |

**Marcel Scheuber**
**Baarerstrasse 115**
**Systray Gmbh**
**Zug  6300**
**SWITZERLAND**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _    Is the claim subject to offset? ■ No ☐ Yes

| 3.413 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$564.90** |

**Marcel Schneider**
**Alte Strasse, 4**
**Bad Schussenried  88427**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _    Is the claim subject to offset? ■ No ☐ Yes

| 3.413 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$430.14** |

**Marcelin Kamdoum**
**8515 South Interstate 35 Frontage Road**
**Apt 1208**
**Austin, TX 78744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _    Is the claim subject to offset? ■ No ☐ Yes

| 3.413 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$490.11** |

**Marcin Muszynski**
**8 Bushey Grove Road**
**Bushey ENG WD23 2JQ**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _    Is the claim subject to offset? ■ No ☐ Yes

| 3.413 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,309.52** |

**Marckus Elestin**
**3350 Jackson Blvd**
**Fort Lauderdale, FL 33312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _    Is the claim subject to offset? ■ No ☐ Yes

| 3.413 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$487.86** |

**Marco Barnett**
**Sedelvagen 2 A**
**Hagersten  12932**
**SWEDEN**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _    Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Launch Pad LLC**
_____
Name

Case number *(if known)* _____

---

| 3.413 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Marco Berardi**
**Waidlistrasse 6**
**Horgen  8810**
**SWITZERLAND**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$789.48**

---

| 3.413 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Marco Draijer**
**Haarlemmerstraatweg 95**
**Halfweg  1165 MK**
**NETHERLANDS**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,655.31**

---

| 3.413 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Marco Houde**
**1818 Chemin Filteau**
**Saint-Nicolas QC G7A2C2**
**CANADA**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$717.35**

---

| 3.414 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Marco Minwegen**
**Meterstrasse 8**
**Hannover  30169**
**GERMANY**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$786.05**

---

| 3.414 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Marco Pilloud**
**Via Da Scola 20**
**Disentis/Muster  7180**
**SWITZERLAND**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$749.08**

---

| 3.414 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Marco Robutti**
**Via San Rocco 36**
**Villamagna CH 66010**
**ITALY**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$952.96**

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
| | Name | | |

---

**3.414 3**

**Nonpriority creditor's name and mailing address**

**Marcolino Nafafe**
**801 Baltic Quay**
**Sweden Gate**
**London ENG E17 7AU**
**UNITED KINGDOM**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$1,353.69**

---

**3.414 4**

**Nonpriority creditor's name and mailing address**

**Gianmaria Marconi**
**5704 Larry Drive**
**Texarkana, TX 75503**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$658.87**

---

**3.414 5**

**Nonpriority creditor's name and mailing address**

**Marcos Ligero**
**Wagner 5**
**Sabadell B 8206**
**SPAIN**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$29.00**

---

**3.414 6**

**Nonpriority creditor's name and mailing address**

**Marcus Hicks**
**8005 Chennault Avenue Unit 1775**
**Anchorage, AK 99506**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$430.14**

---

**3.414 7**

**Nonpriority creditor's name and mailing address**

**Marcus Kemper**
**Am Quellenbusch 122**
**Bottrop  46242**
**GERMANY**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$2,458.04**

---

**3.414 8**

**Nonpriority creditor's name and mailing address**

**Marcus Lee**
**316 N. El Camino Real**
**#211**
**San Mateo, CA 94401**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$790.92**

---

Debtor    **Launch Pad LLC**
_____    Case number *(if known)* _____
                  Name

---

**3.4149**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $689.14 |

**Marcus Lumbert**
**3829 Yorkland Dr Nw**
**Apt 10**
**Comstock Park, MI 49321**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4150**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,048.24 |

**Marcus Mahn**
**Margaretenstrasse 12**
**Berlin  10317**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4151**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $684.52 |

**Marcus Rosser**
**2700 Whitney Ave**
**Apt 378**
**Harvey, La, LA 70058**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4152**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $689.52 |

**Marcus Sailor**
**31114 Applewood Lane**
**Farmington Hills, MI 48331**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4153**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $851.52 |

**Marcus Smith**
**662 Willow Heights Drive Northeast**
**Sandy Springs, GA 30328**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4154**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $751.03 |

**Marcus Warkentin**
**1581 Monticello Drive**
**Hollister, CA 95023**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4155**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $469.11 |

**Marcus Yeoh**
**4029 Walnut Grove Ave**
**Apt 2**
**Rosemead, CA 91770-5104**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.415 6**

**Nonpriority creditor's name and mailing address**

**Marcus Zeigler**
**2214 Aspen Dr**
**Portland, TX 78374**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$659.52**

---

**3.415 7**

**Nonpriority creditor's name and mailing address**

**Marek Jansen**
**Eisenacher Str. 64**
**Berlin  10823**
**GERMANY**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,629.34**

---

**3.415 8**

**Nonpriority creditor's name and mailing address**

**Marek Lezoch**
**Barytowa 1**
**Tarnowskie Gory  42-605**
**POLAND**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$784.17**

---

**3.415 9**

**Nonpriority creditor's name and mailing address**

**Marek Trofimiuk**
**Opaczewska 15, #46**
**Warszawa  02-368**
**POLAND**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$738.48**

---

**3.416 0**

**Nonpriority creditor's name and mailing address**

**Maria Castellon**
**8261 Lone Boulder Street**
**Enterprise, NV 89113**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$472.27**

---

**3.416 1**

**Nonpriority creditor's name and mailing address**

**Maria Wells**
**88 Harbour Street, #6907**
**Toronto ON M5J 0C3**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,329.33**

---

**3.416 2**

**Nonpriority creditor's name and mailing address**

**Marian Hodas**
**Na Lipovec 983**
**Rosina  1322**
**SLOVAKIA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$883.99**

---

Debtor    **Launch Pad LLC**
_____
Name

Case number (*if known*) _____

| 3.416 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,552.00 |
|---|---|---|---|

**Marian Petrov**
**Bd. Mamaia Nr.27**
**Cladirea Barwil, Etaj 4 Mob: 0788306428**
**Constanta CT 900189**
**ROMANIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.416 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $580.95 |
|---|---|---|---|

**Marianne Kremiec**
**Aleja Zygmunta Krasiskiego 9/20**
**Krakow  31-111**
**POLAND**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.416 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,398.91 |
|---|---|---|---|

**Marija Temelkoska**
**Ivan Hadzinikolov 2/4**
**Skopje  1000**
**NORTH MACEDONIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.416 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $656.72 |
|---|---|---|---|

**Marilou Gauthier**
**1526 Lapierre**
**Trois-Rivi  Res QC G8W2H9**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.416 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $462.50 |
|---|---|---|---|

**Marin Perez**
**697 Feather Drive**
**San Marcos, CA 92069**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.416 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $851.14 |
|---|---|---|---|

**Marina Baker**
**P.O. Box 243**
**West Fork, AR 72774**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Launch Pad LLC**
_____    Case number (if known) _____
Name

| 3.416 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Marina Brooks**
**2025 Primrose Drive**
**Irving, TX 75063**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$2,120.77

---

| 3.417 0 |
|---|

**Nonpriority creditor's name and mailing address**
**Marina Cottini**
**P.O. Box 210863**
**Anchorage, AK 99521**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$659.14

---

| 3.417 1 |
|---|

**Nonpriority creditor's name and mailing address**
**AJ Marino**
**3521 Shandwick Place**
**Birmingham, AL 35242**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,359.52

---

| 3.417 2 |
|---|

**Nonpriority creditor's name and mailing address**
**AJ Marino**
**3521 Shandwick Place**
**Birmingham, AL 35242**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$684.52

---

| 3.417 3 |
|---|

**Nonpriority creditor's name and mailing address**
**AJ Marino**
**3521 Shandwick Place**
**Birmingham, AL 35242**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$659.52

---

| 3.417 4 |
|---|

**Nonpriority creditor's name and mailing address**
**Mario Albero**
**728 8th Street**
**Secaucus, NJ 07094**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$703.21

---

| 3.417 5 |
|---|

**Nonpriority creditor's name and mailing address**
**Mario Emmanuel Vega Cota**
**San Gabriel 10 Paseo San Angel**
**Hermosillo SON 83287**
**MEXICO**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$748.95

---

| Debtor | **Launch Pad LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.417 6**

**Nonpriority creditor's name and mailing address**

**Mario Kashou**
**545 Sally Garden Court**
**San Jose, CA 95136**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$2,236.85

---

**3.417 7**

**Nonpriority creditor's name and mailing address**

**Mario Martucci**
**9803 Spring Beauty**
**San Antonio, TX 78254**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$430.14

---

**3.417 8**

**Nonpriority creditor's name and mailing address**

**Mario Mayerthaler**
**Stammgasse 5**
**Klingel 21**
**Vienna  1030**
**AUSTRIA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$843.46

---

**3.417 9**

**Nonpriority creditor's name and mailing address**

**Mario Morgan**
**6201 Haney Drive**
**Austin, TX 78723**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$430.14

---

**3.418 0**

**Nonpriority creditor's name and mailing address**

**Mario Muniz**
**3093 Sandersville Rd**
**Lexington, KY 40511-8877**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$725.59

---

**3.418 1**

**Nonpriority creditor's name and mailing address**

**Mario Tsikis**
**30-74 43rd St**
**Astoria, NY 11103**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$851.52

---

**3.418 2**

**Nonpriority creditor's name and mailing address**

**Marius Andrei**
**169 Kingsbridge Road, #169**
**London ENG SM4 4PU**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,641.66

---

| Official Form 206 E/F | Schedule E/F: Creditors Who Have Unsecured Claims | Page  619 of 1054 |
|---|---|---|

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.418 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$576.23** |
|---|---|---|---|

**Marius Balciunas**
**Kybartu 35**
**Kaunas  LT-46207**
**LITHUANIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.418 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,552.00** |
|---|---|---|---|

**Marius Catalin Hriscu**
**Calea Calarasilor Nr51**
**Ap9 Et3**
**Braila BR 810019**
**ROMANIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.418 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$894.28** |
|---|---|---|---|

**Marius Mueller**
**Rudolf-Leonhard-Strasse 23**
**Dresden  1097**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.418 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$753.50** |
|---|---|---|---|

**Marius Poinescu**
**Str Petru Rares, Bloc 263, Scara A, Apar**
**Vaslui VS UB7 8AA**
**ROMANIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.418 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,099.00** |
|---|---|---|---|

**Marius Voda**
**Lucretiu Patrascanu Nr.4 Bloc T1, Scara**
**Bucuresti  30507**
**ROMANIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.418 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$663.60** |
|---|---|---|---|

**Marjorie Ocampo**
**21308 59 Avenue Northwest**
**Edmonton AB T6M 0H5**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Launch Pad LLC**
_____
Name

Case number (if known) _____

---

**3.4189**

| | | |
|---|---|---|
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$659.52** |
| **Mark Amuso**<br>**2885 Bridle Lane**<br>**Jupiter, FL 33458** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.4190**

| | | |
|---|---|---|
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,664.65** |
| **Mark Bailey**<br>**2 Hield House Barns**<br>**Hield Lane, Aston-By-Budworth**<br>**Northwich ENG CW9 6FZ**<br>**UNITED KINGDOM** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.4191**

| | | |
|---|---|---|
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,368.00** |
| **Mark Bailey**<br>**2 Hield House Barns**<br>**Hield Lane**<br>**Northwich ENG CW9 6FZ**<br>**UNITED KINGDOM** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.4192**

| | | |
|---|---|---|
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,603.75** |
| **Mark Bennett**<br>**4716 North Gold Drive**<br>**Apache Junction, AZ 85120** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.4193**

| | | |
|---|---|---|
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$932.22** |
| **Mark Bernardo**<br>**626 Lincoln Avenue**<br>**Apt F**<br>**Alameda, CA 94501** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.4194**

| | | |
|---|---|---|
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$851.52** |
| **Mark Blum**<br>**95-956 Wikao St**<br>**Apt F302**<br>**Mililani, HI 96789-5069** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.419 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,311.38 |
|---|---|---|
| **Mark Booth**<br>**32 Main Road**<br>**Naphill**<br>**Naphill, High Wycombe ENG HP14 4QB**<br>**UNITED KINGDOM** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.419 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,421.87 |
|---|---|---|
| **Mark Borden**<br>**82534 Alda Drive**<br>**Indio, CA 92201** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.419 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $736.43 |
|---|---|---|
| **Mark Brown**<br>**4021 Fran Avenue**<br>**Lincoln, NE 68516** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.419 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $684.52 |
|---|---|---|
| **Mark Budd**<br>**551 Canterbury Circle**<br>**Canton, MI 48187** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.419 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,351.34 |
|---|---|---|
| **Mark Buskens**<br>**2 Cremona Rd**<br>**Sydney NSW 2226**<br>**AUSTRAILA** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.420 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $659.52 |
|---|---|---|
| **Mark Culver**<br>**199 Easton Point Way**<br>**Greenwood, IN 46142** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.420 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,421.87 |
|---|---|---|
| **Mark Dave Rivera**<br>**24464 Reserve Court**<br>**Menifee, CA 92584-0364** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

Debtor    **Launch Pad LLC**                                        Case number (if known) _____
_____
Name

| 3.420 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $71.00 |
|---|---|---|---|

**Mark De Groot**
**Gratamastraat 22A**
**Groningen  9714 HS**
**NETHERLANDS**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.420 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $643.43 |
|---|---|---|---|

**Mark Eleshya**
**11 Harmony Way**
**Thorold ON L2V 0H1**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.420 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $731.89 |
|---|---|---|---|

**Mark Golton**
**1154 Pacific**
**San Francisco, CA 94103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.420 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $684.28 |
|---|---|---|---|

**Mark Hanna**
**25254 Denny Road**
**Torrance, CA 90505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.420 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $659.14 |
|---|---|---|---|

**Mark Hinton**
**2445 Saffire Way**
**Lewisville, TX 75056-6561**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.420 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $681.72 |
|---|---|---|---|

**Mark Houghton**
**197 Tanglewood Drive**
**Hamilton ON L0R 1C0**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.420 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,114.52 |
|---|---|---|---|

**Mark Johnson**
**1380 Lake Drive**
**Woodworth, LA 71485**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Official Form 206 E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    Page  623 of 1054

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.4209**

**Nonpriority creditor's name and mailing address**

**Mark Johnson**
**5702 Mustang Ridge Ln**
**Fulsher, TX 77441**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$746.42

---

**3.4210**

**Nonpriority creditor's name and mailing address**

**Mark Juarez**
**2748 Del Rio Drive**
**Stockton, CA 95204**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$3,805.22

---

**3.4211**

**Nonpriority creditor's name and mailing address**

**Mark Koellmann**
**1061 Prospect Avenue**
**Mountainside, NJ 07092**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$459.04

---

**3.4212**

**Nonpriority creditor's name and mailing address**

**Mark Lawson**
**2955 Marchabnks Pl**
**Saint Louis, MO 63129**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$689.14

---

**3.4213**

**Nonpriority creditor's name and mailing address**

**Mark Lloyd**
**305 Bald Eagle Way**
**Middletown, DE 19709**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$762.89

---

**3.4214**

**Nonpriority creditor's name and mailing address**

**Mark M**
**101 Interocean Ave**
**Chicago Heights, IL 60411**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$473.15

---

**3.4215**

**Nonpriority creditor's name and mailing address**

**Mark Malone**
**307 Citadel Heights Northwest**
**Calgary AB T3G 4A1**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$2,636.17

---

Debtor **Launch Pad LLC**
_____
Name

Case number (*if known*) _____

---

**3.421 6**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$430.14** |

**Mark McDougald**
**108 East 30th Street**
**Kansas City, MO 64108**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.421 7**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$741.91** |

**Mark Meister**
**709 E Cleveland St**
**Lafayette, CO 80026**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.421 8**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$871.33** |

**Mark Michael**
**5135 Timber Mill Court**
**Mississauga ON L5V 2B8**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.421 9**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$693.05** |

**Mark Michaelis**
**1925 Stratsman Lane**
**Cave Springs, AR 72718**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.422 0**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$1,427.02** |

**Mark Miller**
**18 Strowans Road**
**Dumbarton SCT G82 2PB**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.422 1**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$2,050.59** |

**Mark Mounce**
**36 Pinewood Court**
**London, KY 40744**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.422 2**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$730.89** |

**Mark Newton**
**4092 Cherry Grove Road**
**Ball Ground, GA 30107**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Launch Pad LLC**                                                    Case number *(if known)* _____
_____
Name

| 3.422 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $742.11 |
|---|---|---|---|

**Mark Pace**
**7745 58th Avenue NE**
**Seattle, WA 98115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.422 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,482.03 |
|---|---|---|---|

**Mark Palsson**
**6935 North Aliante Parkway**
**Ste 104 - 350**
**North Las Vegas, NV 89084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.422 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,309.52 |
|---|---|---|---|

**Mark Paton**
**1451 Brickell Ave**
**Apt 2303**
**Miami, FL 33131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.422 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $568.76 |
|---|---|---|---|

**Mark Pellechi**
**14 Gingerbread Rd**
**Kings Park, NY 11754**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.422 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $568.74 |
|---|---|---|---|

**Mark Pellechi**
**14 Gingerbread Rd**
**Kings Park, NY 11754**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.422 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $793.25 |
|---|---|---|---|

**Mark Reith**
**1690 Lago Mar Dr**
**Dayton, OH 45458**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.422 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $680.14 |
|---|---|---|---|

**Mark Reynaert**
**21 Church Street**
**Huntsville ON P1H 1G8**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Launch Pad LLC**                                     Case number (if known) _____
_____
Name

| | |
|---|---|
| 3.423 0 | |

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$716.83**

**Mark Rojek**
**5110 Red Field Ct**
**Plainfield, IL 60586-5812**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.423 1 | |

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$689.68**

**Mark Ryan**
**12 Colony Drive**
**Kitchener ON N2E 2W2**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.423 2 | |

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$1,309.52**

**Mark Schneider**
**2237 Doster Drive**
**New Smyrna Beach, FL 32168**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.423 3 | |

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$684.52**

**Mark Schutte**
**5632 Roan Mountain Pl**
**Raleigh, NC 27613**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.423 4 | |

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$704.30**

**Mark Skertich**
**22 Seasons Ridge Court**
**Maryville, IL 62062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.423 5 | |

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$741.70**

**Mark Sutton**
**7440 Star Pine Circle**
**Highland, CA 92346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.423 6 | |

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$908.31**

**Mark Tornabene**
**165 Maximus Drive**
**Lone Tree, CO 80124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Launch Pad LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.423 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $658.12 |
|---|---|---|---|

**Mark Twight**
972 South 300 West
Salt Lake City, UT 84101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.423 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $851.52 |
|---|---|---|---|

**Mark Waldrop**
9614 Camden Town Dr
Concord, NC 28027

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.423 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $691.37 |
|---|---|---|---|

**Mark Williams**
1733 North County Drive
Castle Hayne, NC 28429

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.424 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70.70 |
|---|---|---|---|

**Mark Williams**
1733 County Dr N
Castle Hayne, NC 28429

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.424 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $806.36 |
|---|---|---|---|

**Mark Williams**
4030 Foxridge Way
Napa, CA 94558

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.424 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $659.52 |
|---|---|---|---|

**Mark Wilson**
2255 West 136th Street
Carmel, IN 46032

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.424 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $464.90 |
|---|---|---|---|

**Mark Yocke**
4 Red Oak Ct
Novato, CA 94949-8414

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Launch Pad LLC**
_____ Case number (if known) _____
Name

| 3.424<br>4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $464.90 |
|---|---|---|---|

**Mark Yocke**
**4 Red Oak Ct**
**Novato, CA 94949-8414**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.424<br>5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $438.14 |
|---|---|---|---|

**Mark Zarobsky**
**1704 Timberglen Drive**
**Imperial, PA 15126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.424<br>6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,445.62 |
|---|---|---|---|

**Marko Bozic**
**45 Procure Drive**
**Box 3106**
**Stonewall MB R0C 2Z0**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.424<br>7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19.00 |
|---|---|---|---|

**Marko Kukec**
**Labinska 13**
**Varazdin  42000**
**CROATIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.424<br>8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $955.87 |
|---|---|---|---|

**Marko Pusnik**
**Bolfenska 4**
**Maribor  2000**
**SLOVENIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.424<br>9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19.00 |
|---|---|---|---|

**Marko Rieken**
**Auerstr. 38**
**Berlin  10249**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.425 0**

**Nonpriority creditor's name and mailing address**

**Marko Sovulj**
**Porton Biondi 1**
**Rovinj  52210**
**CROATIA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,757.52**

---

**3.425 1**

**Nonpriority creditor's name and mailing address**

**Alket Marku**
**808 North Franklin Street, #3013**
**Tampa, FL 33602**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,351.55**

---

**3.425 2**

**Nonpriority creditor's name and mailing address**

**Markus Deffner**
**Sonnenstrasse 19**
**Crossflow Gmbh**
**Munich  80331**
**GERMANY**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$762.61**

---

**3.425 3**

**Nonpriority creditor's name and mailing address**

**Markus Freund**
**Steinbahn 85**
**Meinpart Online Marketing**
**Siegburg  53721**
**GERMANY**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$820.59**

---

**3.425 4**

**Nonpriority creditor's name and mailing address**

**Markus Greiner**
**Lehrer-Wirth-Strasse 17**
**Munich  81829**
**GERMANY**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$897.82**

---

**3.425 5**

**Nonpriority creditor's name and mailing address**

**Markus Greiner**
**Lehrer-Wirth-Strasse 17**
**Munich  81829**
**GERMANY**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$832.63**

---

Debtor **Launch Pad LLC**
_____
Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 3.425 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$879.86** |

**Markus Hemberg**
**Piongrand 6B**
**Saltsjo-Boo   13242**
**SWEDEN**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.425 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$1,083.20** |

**Markus Rapatz**
**An Der Frauenkirche 5**
**Hilton Hotel**
**Dresden  1067**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.425 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$560.02** |

**Markus Rapatz**
**An Der Frauenkirche 5**
**Hilton Hotel**
**Dresden  1067**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.425 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$659.52** |

**Marlon Manuel**
**6168 Burroughs Ave.**
**Sterling Heights, MI 48314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.426 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$659.52** |

**Marlon Wilks**
**2747 Hwy 28 East**
**Apt 702**
**Pineville, LA 71360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.426 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$726.71** |

**Marquis Wong**
**2316 W Armitage Ave**
**Chicago, IL 60647**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.426
2**

**Nonpriority creditor's name and mailing address**

**Marsha Evans**
**115 Tait Road**
**Stockbridge, GA 30281**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$430.52**

---

**3.426
3**

**Nonpriority creditor's name and mailing address**

**Martijn Van Rij**
**Soerenseweg 97**
**Apeldoorn  7313 EJ**
**NETHERLANDS**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$960.79**

---

**3.426
4**

**Nonpriority creditor's name and mailing address**

**Martijn Vos**
**Leyweg 35**
**Den Haag  2545 CB**
**NETHERLANDS**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$880.87**

---

**3.426
5**

**Nonpriority creditor's name and mailing address**

**Martin Allika**
**Lille 9, #1**
**Tallinn  10614**
**ESTONIA**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$875.33**

---

**3.426
6**

**Nonpriority creditor's name and mailing address**

**Martin Barbe**
**1501 Federal Road**
**P.O. Box 11120**
**Iqaluit NU X0A 0H0**
**CANADA**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$3,333.13**

---

**3.426
7**

**Nonpriority creditor's name and mailing address**

**Martin Beil**
**August Birkmaier Weg**
**3A**
**Ebersberg  85560**
**GERMANY**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$564.90**

---

Debtor    **Launch Pad LLC**                                                     Case number *(if known)* _____
_____
Name

---

**3.4268**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $510.54 |
|---|---|---|

Martin Belusko
24 Liscombe Street
Newport WLS NP190HQ
UNITED KINGDOM

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4269**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $717.73 |
|---|---|---|

Martin Blakey
504 Farr Rd
Muskegon, MI 49444

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4270**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,351.46 |
|---|---|---|

Martin Bures
370 Shelburne Road
#4339
Burlington, VT 05401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4271**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,389.84 |
|---|---|---|

Martin Chaput
1668 Elsmere Avenue
Windsor ON N8X 4H4
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4272**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,588.84 |
|---|---|---|

Martin Heuseler
An Der Eiche 46
Pinneberg  25421
GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4273**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,189.27 |
|---|---|---|

Martin Jelanek
Prvnaho Pluku 18
Praha 8  18600
CZECH REPUBLIC

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4274**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $866.63 |
|---|---|---|

Martin Kessler
Lindenallee 27
Berlin  14050
GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Launch Pad LLC**                                    Case number *(if known)* _____
_____
Name

| 3.427 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $468.06 |
|---|---|---|---|
| | **Martin Kimani** | ☐ Contingent | |
| | **1150 Panoche Avenue** | ☐ Unliquidated | |
| | **San Jose, CA 95122** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.427 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,433.19 |
|---|---|---|---|
| | **Martin Neilly** | ☐ Contingent | |
| | **7 Ferrymans Quay** | ☐ Unliquidated | |
| | **Southampton ENG SO315RA** | ☐ Disputed | |
| | **UNITED KINGDOM** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.427 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $805.98 |
|---|---|---|---|
| | **Martin Odisho** | ☐ Contingent | |
| | **80 Flynn Avenue** | ☐ Unliquidated | |
| | **Middleton Grange NSW 2171** | ☐ Disputed | |
| | **AUSTRAILA** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.427 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,510.00 |
|---|---|---|---|
| | **Martin Oehlmann** | ☐ Contingent | |
| | **227 Route Du Col De Leschaux** | ☐ Unliquidated | |
| | **Saint-Eustache  74410** | ☐ Disputed | |
| | **FRANCE** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.427 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $121.34 |
|---|---|---|---|
| | **Martin Peacock** | ☐ Contingent | |
| | **26A Ewell Road** | ☐ Unliquidated | |
| | **Cheam ENG SM3 8BU** | ☐ Disputed | |
| | **UNITED KINGDOM** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.428 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $760.17 |
|---|---|---|---|
| | **Martin Peacock** | ☐ Contingent | |
| | **26A Ewell Road** | ☐ Unliquidated | |
| | **Cheam ENG SM3 8BU** | ☐ Disputed | |
| | **UNITED KINGDOM** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor **Launch Pad LLC** _____     Case number *(if known)* _____
Name

| 3.428 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,381.64** |
| **Martin Salter** | ☐ Contingent | |
| **744 Mercury Avenue** | ☐ Unliquidated | |
| **Lompoc, CA 93436** | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.428 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$681.72** |
| **Martin Sirois** | ☐ Contingent | |
| **2355 Rue De Celles #200** | ☐ Unliquidated | |
| **Quebec QC G2C 2B8** | ☐ Disputed | |
| **CANADA** | | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.428 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,760.07** |
| **Martin Stamatis** | ☐ Contingent | |
| **Iskur 27** | ☐ Unliquidated | |
| **Yardzhilovtsi  2355** | ☐ Disputed | |
| **BULGARIA** | | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.428 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$511.12** |
| **Martin Suffield** | ☐ Contingent | |
| **14 Moorside Rise** | ☐ Unliquidated | |
| **Cleckheaton ENG BD196AA** | ☐ Disputed | |
| **UNITED KINGDOM** | | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.428 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$751.03** |
| **Anthony Martin** | ☐ Contingent | |
| **P.O. Box 7026** | ☐ Unliquidated | |
| **Fremont, CA 94537** | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.428 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$900.30** |
| **Martina Steinhoff** | ☐ Contingent | |
| **Blauwiesenweg 13** | ☐ Unliquidated | |
| **Frankfurt Am Main** | ☐ Disputed | |
| **GERMANY** | | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.428 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$718.25** |
| **Victor Martinez Ulloa** | ☐ Contingent | |
| **313 S Western Ave** | ☐ Unliquidated | |
| **Santa Ana, CA 92703** | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.4288**

**Nonpriority creditor's name and mailing address**

**Martins Nwokeji**
**37 Abington Rd, Winnipeg**
**Winnipeg MB R2J 3S7**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$681.72**

---

**3.4289**

**Nonpriority creditor's name and mailing address**

**Martish Kuchinsky**
**6725 Yolanda Avenue**
**Los Angeles, CA 91335**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$777.51**

---

**3.4290**

**Nonpriority creditor's name and mailing address**

**Martyn Briggs**
**12 Little Mill Meadow**
**Telford ENG TF1 6NZ**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,371.94**

---

**3.4291**

**Nonpriority creditor's name and mailing address**

**Martynas Laurinavicius**
**Bajoru Sodu 6-Oji G. 35**
**Vilnius  8426**
**LITHUANIA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$761.57**

---

**3.4292**

**Nonpriority creditor's name and mailing address**

**Martynas Laurinavicius**
**Bajoru Sodu 6-Oji G. 35**
**Vilnius  8426**
**LITHUANIA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,477.54**

---

**3.4293**

**Nonpriority creditor's name and mailing address**

**Marvin Petersen**
**16622 Leitner Road Southwest**
**Rochester, WA 98579**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,476.71**

---

**3.4294**

**Nonpriority creditor's name and mailing address**

**Marvin Torres**
**950 East 3rd Street**
**#2611**
**Los Angeles, CA 90013**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$719.88**

---

Debtor   **Launch Pad LLC**
_____   Case number *(if known)* _____
Name

| 3.429 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $712.56 |
|---|---|---|---|

**Marvin Waite**
P.O. Box 795
Logandale, NV 89021

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.429 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $738.81 |
|---|---|---|---|

**Mary Evans**
1107 Rand Way
Superior, CO 80027

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.429 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $675.93 |
|---|---|---|---|

**Mary Grace Sultan**
21 Walcrest Gate Southeast
Calgary AB T2X 4G3
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.429 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $689.52 |
|---|---|---|---|

**Mary Trupiano**
1410 Hawthorne Road
Grosse Pointe Woods, MI 48236

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.429 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $871.33 |
|---|---|---|---|

**Mashab Anwar**
440 Wardlaw Ave
Lower Floor.
Kelowna BC V1Y 5B4
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.430 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,206.80 |
|---|---|---|---|

**Masis Artin**
Astra Vintergatan 78
Arebro  70343
SWEDEN

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.430**
**1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $446.88 |
|---|---|---|
| **Mason Anderson**<br>**418 Kensington Blvd**<br>**Saskatoon SK S7L 6N7**<br>**CANADA** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.430**
**2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $86.17 |
|---|---|---|
| **Mason Anderson**<br>**418 Kensington Blvd**<br>**Saskatoon SK S7L 6N7**<br>**CANADA** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.430**
**3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $684.14 |
|---|---|---|
| **Mason Oxley**<br>**1425 90th Street**<br>**Mount Pleasant, WI 53406** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.430**
**4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $706.88 |
|---|---|---|
| **Mason Shohet**<br>**4737 Vista Cove Place**<br>**Loomis, CA 95650** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.430**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $732.40 |
|---|---|---|
| **Mason Smith**<br>**13333 West Road**<br>**Apartment 935**<br>**Houston, TX 77041** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.430**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $987.56 |
|---|---|---|
| **Masoud Alshoum**<br>**Sicksackvagen 4 Lgh 1302**<br>**Gavle  80632**<br>**SWEDEN** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.430**
**7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,329.33 |
|---|---|---|
| **Mass Geremia**<br>**735 2 Ave Sw, Suite 1102**<br>**Calgary AB T2P 0E4**<br>**CANADA** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor    **Launch Pad LLC**                                          Case number (if known) _____
                Name

| 3.430 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$812.85** |
|---|---|---|---|

**Massimo Lazzeri**
**Via Giuseppe Richa, 68**
**Firenze FI 50134**
**ITALY**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.430 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,720.10** |
|---|---|---|---|

**Massoumeh Fekri**
**4170 Rue Mackenzie**
**Laval QC H7W 1M8**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.431 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$506.94** |
|---|---|---|---|

**Matei Coseru**
**Str. Cetatea De Balta, Nr. 14-20, Bl. 28**
**Ap. 56, Sector 6**
**Bucuresti B 60968**
**ROMANIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.431 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$732.84** |
|---|---|---|---|

**Mateo Nevarez**
**5425 41st Street**
**Lubbock, TX 79414**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.431 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,322.01** |
|---|---|---|---|

**Mathieu Allard**
**1129 Des Hirondelles**
**Boucherville QC J4B5Y8**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.431 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$932.23** |
|---|---|---|---|

**Mathieu Correge**
**23 Hameau Du Mardaing**
**Azereix  65380**
**FRANCE**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Launch Pad LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.431 4**

**Nonpriority creditor's name and mailing address**

**Mathieu Ricard**
**144 Rue Des Francais**
**Mont-Saint-Hilaire QC J3H 6J2**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$717.35**

---

**3.431 5**

**Nonpriority creditor's name and mailing address**

**Matias Campins**
**4004 Wavertree Rd.**
**Frisco, TX 75036**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$807.59**

---

**3.431 6**

**Nonpriority creditor's name and mailing address**

**Matil Brouillard**
**1392 Rue Du Moulin**
**Ste-Julie QC J3E2B3**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$675.93**

---

**3.431 7**

**Nonpriority creditor's name and mailing address**

**Matin Kheyrani**
**3934 Valley Ridge Dr**
**Fairfax, VA 22033**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$430.52**

---

**3.431 8**

**Nonpriority creditor's name and mailing address**

**Mats Kallenberger**
**Rellinghauserstr. 187**
**Essen  45136**
**GERMANY**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$560.73**

---

**3.431 9**

**Nonpriority creditor's name and mailing address**

**Mats Van Krieken**
**Zuiderlingedijk 127**
**Spijk Gem Lingewaal  4211 BC**
**NETHERLANDS**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,676.60**

---

**3.432 0**

**Nonpriority creditor's name and mailing address**

**Matson Pearce**
**3614 South Versailles Avenue**
**Dallas, TX 75209**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,824.39**

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
| | Name | | |

---

**3.432**
**1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,120.77 |
|---|---|---|
| **Clay Matson Pearce**<br>**3614 South Versailles Avenue**<br>**Dallas, TX 75209** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.432**
**2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $675.29 |
|---|---|---|
| **Matt Baum**<br>**1869 Montclair Drive**<br>**Unit A**<br>**Mount Pleasant, SC 29464** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.432**
**3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $733.42 |
|---|---|---|
| **Matt Crippen**<br>**2041 W Palmyra Ave**<br>**Apt A**<br>**Orange, CA 92868** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.432**
**4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,468.81 |
|---|---|---|
| **Matt Digman**<br>**2763 Rockefeller Road**<br>**Willoughby Hills, OH 44092** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.432**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $776.66 |
|---|---|---|
| **Matt Ghiglieri**<br>**830 Munley Drive**<br>**Reno, NV 89503** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.432**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $429.12 |
|---|---|---|
| **Matt Guest**<br>**221 Reddington Lane, #306**<br>**Tooele, UT 84074** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.432**
**7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $851.52 |
|---|---|---|
| **Matt Harrity**<br>**322 Mill Pond Lane #919**<br>**Salisbury, MD 21804** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.4328**

**Nonpriority creditor's name and mailing address**

**Matt Johnson**
**651 East Gulf Drive**
**Unit 114**
**Sanibel, FL 33957**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,320.40**

---

**3.4329**

**Nonpriority creditor's name and mailing address**

**Matt Kennedy**
**16 Eacham Ave**
**Coombabah**
**Gold Coast QLD 4216**
**AUSTRAILA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,498.06**

---

**3.4330**

**Nonpriority creditor's name and mailing address**

**Matt Kimura**
**25652 Rimgate Dr**
**14F**
**Lake Forest, CA 92630**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$794.71**

---

**3.4331**

**Nonpriority creditor's name and mailing address**

**Matt Kimura**
**25652 Rimgate Dr**
**Unit 14 F**
**Lake Forest, CA 92630-6065**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$681.56**

---

**3.4332**

**Nonpriority creditor's name and mailing address**

**Matt King**
**18 Woodlands Green**
**Harrogate  ENG HG2 8QD**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$767.35**

---

**3.4333**

**Nonpriority creditor's name and mailing address**

**Matt Mical**
**950 W Leland Ave #610**
**Chicago, IL 60640-7100**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$474.22**

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.433**
**4**

**Nonpriority creditor's name and mailing address**

**Matt Roberts**
**6472 Capri Isle**
**Saint Augustine, FL 32095**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$634.52**

---

**3.433**
**5**

**Nonpriority creditor's name and mailing address**

**Matt Short**
**241 Cantamar Court**
**Roseville, CA 95747**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$740.83**

---

**3.433**
**6**

**Nonpriority creditor's name and mailing address**

**Matt Smith**
**7970 Rawlings Road**
**Lambton Shores ON N0N 1J2**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,389.84**

---

**3.433**
**7**

**Nonpriority creditor's name and mailing address**

**Matteo Cacialli**
**15 Lister Road**
**London ENG E113DS**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$510.93**

---

**3.433**
**8**

**Nonpriority creditor's name and mailing address**

**Matteo Signorelli**
**13065 Katonien Street**
**Maple Ridge BC V2W0J2**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,311.17**

---

**3.433**
**9**

**Nonpriority creditor's name and mailing address**

**Matthew Abbott**
**10 Havenwoods Way**
**Fredericksburg, VA 22406**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$430.52**

---

**3.434**
**0**

**Nonpriority creditor's name and mailing address**

**Matthew Amacker**
**1045 Reed St**
**Santa Clara, CA 95050**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$735.26**

---

| Debtor | **Launch Pad LLC** | | Case number *(if known)* | |
| | Name | | | |

| 3.434 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$735.26** |
|---|---|---|---|
| | **Matthew Amacker** | ☐ Contingent | |
| | **1045 Reed St** | ☐ Unliquidated | |
| | **Santa Clara, CA 95050** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.434 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$806.30** |
|---|---|---|---|
| | **Matthew Ash** | ☐ Contingent | |
| | **26 Roker Park Avenue** | ☐ Unliquidated | |
| | **Ickenham** | ☐ Disputed | |
| | **Uxbridge ENG UB10 8ED** | | |
| | **UNITED KINGDOM** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.434 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$659.14** |
|---|---|---|---|
| | **Matthew Barron** | ☐ Contingent | |
| | **446 Glenway Street** | ☐ Unliquidated | |
| | **Madison, WI 53711** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.434 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$711.88** |
|---|---|---|---|
| | **Matthew Beckerman** | ☐ Contingent | |
| | **0S140 North Mathewson Lane** | ☐ Unliquidated | |
| | **Geneva, IL 60134** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.434 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,499.80** |
|---|---|---|---|
| | **Matthew Bird** | ☐ Contingent | |
| | **35 Dart Avenue** | ☐ Unliquidated | |
| | **Exeter ENG EX2 7FX** | ☐ Disputed | |
| | **UNITED KINGDOM** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.434 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,653.10** |
|---|---|---|---|
| | **Matthew Bohn** | ☐ Contingent | |
| | **109 Bridal Ln** | ☐ Unliquidated | |
| | **Oakdale, PA 15071** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.434 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$740.83** |
|---|---|---|---|
| | **Matthew Box** | ☐ Contingent | |
| | **306 Jacaranda Pl** | ☐ Unliquidated | |
| | **Fullerton, CA 92832** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Launch Pad LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.4348**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $740.83 |
|---|---|---|
| **Matthew Box**<br>**306 Jacaranda Pl**<br>**Fullerton, CA 92832** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.4349**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $740.83 |
|---|---|---|
| **Matthew Box**<br>**306 Jacaranda Pl**<br>**Fullerton, CA 92832** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.4350**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $735.44 |
|---|---|---|
| **Matthew Box**<br>**306 Jacaranda Pl**<br>**Fullerton, CA 92832** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.4351**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $708.50 |
|---|---|---|
| **Matthew Box**<br>**306 Jacaranda Pl**<br>**Fullerton, CA 92832** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.4352**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $708.50 |
|---|---|---|
| **Matthew Box**<br>**306 Jacaranda Pl**<br>**Fullerton, CA 92832** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.4353**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $466.70 |
|---|---|---|
| **Matthew Breen**<br>**70 Vestry St**<br>**Apt. 5F**<br>**New York, NY 10013** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.4354**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $430.52 |
|---|---|---|
| **Matthew Brown**<br>**12 Amherst Road**<br>**New City, NY 10956** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page  645 of 1054

| Debtor | **Launch Pad LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.435 5**

**Nonpriority creditor's name and mailing address**

**Matthew Buldo**
**206 SW 37th St**
**Cape Coral, FL 33914**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,978.72

---

**3.435 6**

**Nonpriority creditor's name and mailing address**

**Matthew Burkard**
**3491 Grandview Avenue**
**Sharonville, OH 45241**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$804.91

---

**3.435 7**

**Nonpriority creditor's name and mailing address**

**Matthew Clair**
**427 E Brubaker Valley Rd**
**Lititz, PA 17543**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$456.35

---

**3.435 8**

**Nonpriority creditor's name and mailing address**

**Matthew Cody**
**3806 W Carolina Drive**
**West Jordan, UT 84084**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$768.78

---

**3.435 9**

**Nonpriority creditor's name and mailing address**

**Matthew Day**
**Apt 1, The Old Mill**
**Cadnant Road**
**Menai Bridge WLS LL59 5NG**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$806.17

---

**3.436 0**

**Nonpriority creditor's name and mailing address**

**Matthew Dodson**
**2333 E Greensboro Ch-Hill Rd**
**Graham, NC 27253**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$627.02

---

**3.436 1**

**Nonpriority creditor's name and mailing address**

**Matthew Eguchi**
**361 Arbol Drive**
**Watsonville, CA 95076**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$751.05

---

Debtor    **Launch Pad LLC**
_____    Case number (if known) _____
Name

| | | |
|---|---|---|
| 3.436 2 | **Nonpriority creditor's name and mailing address**<br>**Matthew Farringer**<br>**5051 Nittany Valley Drive**<br>**Lamar, PA 16848**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$902.61** |

| | | |
|---|---|---|
| 3.436 3 | **Nonpriority creditor's name and mailing address**<br>**Matthew Ferguson**<br>**4792 Cox Mill Road**<br>**Sanford, NC 27332**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$634.52** |

| | | |
|---|---|---|
| 3.436 4 | **Nonpriority creditor's name and mailing address**<br>**Matthew Fiebig**<br>**3049 Kentucky Ave S**<br>**Minneapolis, MN 55426-3444**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$658.87** |

| | | |
|---|---|---|
| 3.436 5 | **Nonpriority creditor's name and mailing address**<br>**Matthew Garren**<br>**1263 SW Belle Ave.**<br>**Topeka, KS 66604**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,369.14** |

| | | |
|---|---|---|
| 3.436 6 | **Nonpriority creditor's name and mailing address**<br>**Matthew Hall**<br>**21A Opahi Bay Road, Mahurangi West**<br>**Auckland AUK 983**<br>**NEW ZEALAND**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$712.99** |

| | | |
|---|---|---|
| 3.436 7 | **Nonpriority creditor's name and mailing address**<br>**Matthew Harbin**<br>**113 Will Blvd**<br>**Searcy, AR 72143**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$851.14** |

| | | |
|---|---|---|
| 3.436 8 | **Nonpriority creditor's name and mailing address**<br>**Matthew Hardin**<br>**4300 E Caitlin Lane**<br>**Cottonwood, AZ 86326**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$429.87** |

| Debtor | **Launch Pad LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.436 9**

**Nonpriority creditor's name and mailing address**

**Matthew Hargis**
**2669 Garfield Street**
**Detroit, MI 48207**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$684.52

---

**3.437 0**

**Nonpriority creditor's name and mailing address**

**Matthew Harris**
**1334 Clarence Drive**
**Idaho Falls, ID 83402**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,368.12

---

**3.437 1**

**Nonpriority creditor's name and mailing address**

**Matthew Hermsen**
**240 Crocker Drive**
**Apt C**
**Bel Air, MD 21014**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$720.28

---

**3.437 2**

**Nonpriority creditor's name and mailing address**

**Matthew Horvath**
**4655 W Mineral Dr**
**Unit 735**
**Littleton, CO 80128**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$724.42

---

**3.437 3**

**Nonpriority creditor's name and mailing address**

**Matthew Jacobs**
**17 Kandlewick Close**
**St. Albert AB T8N 6Z7**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,294.66

---

**3.437 4**

**Nonpriority creditor's name and mailing address**

**Matthew Jordan**
**556 Village Park Dr**
**Kennesaw, GA 30144-5551**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,410.22

---

**3.437 5**

**Nonpriority creditor's name and mailing address**

**Matthew Kadish**
**9559 Summer Cypress St.**
**Las Vegas, NV 89123**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,417.00

---

Debtor    **Launch Pad LLC**
_____    Case number (if known) _____
Name

---

| 3.437 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,369.62 |
| **Matthew Kaynak** | ☐ Contingent | |
| **25 Poplar St** | ☐ Unliquidated | |
| **Butler, NJ 07405** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.437 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $430.52 |
| **Matthew Kerl** | ☐ Contingent | |
| **1245 River Ridge Drive** | ☐ Unliquidated | |
| **Brownsburg, IN 46112** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.437 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,420.07 |
| **Matthew Kilgore** | ☐ Contingent | |
| **1041 Lake Colony Lane** | ☐ Unliquidated | |
| **Vestavia, AL 35242** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.437 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $689.69 |
| **Matthew Landsborough** | ☐ Contingent | |
| **280 Jackman Road** | ☐ Unliquidated | |
| **West St Paul MB R4A 3A3** | ☐ Disputed | |
| **CANADA** | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.438 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $814.68 |
| **Matthew Liu** | ☐ Contingent | |
| **367 Santana Row Unit 6007** | ☐ Unliquidated | |
| **San Jose, CA 95128** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.438 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $659.52 |
| **Matthew Marin** | ☐ Contingent | |
| **31 Mises Street** | ☐ Unliquidated | |
| **Mount Pleasant, SC 29464** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.438 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $684.52 |
| **Matthew Markell** | ☐ Contingent | |
| **1401 Mt Airy Rd** | ☐ Unliquidated | |
| **Rosedale, MD 21237** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor    **Launch Pad LLC**                                           Case number *(if known)* _____
_____
                Name

| 3.438 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $659.14 |

**Matthew Martin**
**6235 Whitehead St #1609**
**Granger, IN 46530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.438 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $746.01 |

**Matthew Meyer**
**2609 Bowie Trail**
**Temple, TX 76502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.438 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,359.52 |

**Matthew Meyers**
**880 Alabama St**
**Apt 411**
**Houston, TX 77002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.438 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $430.52 |

**Matthew Mixon**
**4530 Simsbury Road**
**Apartment E**
**Charlotte, NC 28226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.438 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $656.72 |

**Matthew Moniz**
**57 Petman Ave**
**Toronto ON M4S2S9**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.438 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $741.49 |

**Matthew Moroney**
**76 Elibank Road**
**London ENG SE9 1QL**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.438 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $659.14 |

**Matthew Nymoen**
**57 Cherry Court**
**Appleton, WI 54915**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Launch Pad LLC**
_____    Case number *(if known)* _____
Name

| 3.439 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $658.87 |
|---|---|---|---|

**Matthew Opitz**
**3021 Holmes Ave S**
**Apt 504**
**Minneapolis, MN 55408**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.439 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $719.88 |
|---|---|---|---|

**Matthew Page**
**268 Windrose Ct**
**Newbury Park, CA 91367**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.439 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $809.42 |
|---|---|---|---|

**Matthew Passmore**
**10205 Chase Commons Dr**
**Apt 201**
**Burke, VA 22015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.439 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $730.44 |
|---|---|---|---|

**Matthew Patti**
**1506 Nightshade**
**San Antonio, TX 78260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.439 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $690.93 |
|---|---|---|---|

**Matthew Pender**
**701 Baffin St**
**Foster City, CA 94404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.439 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,474.68 |
|---|---|---|---|

**Matthew Phan**
**457 Mallorytown Avenue**
**Mississauga ON L4Z2M7**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.439 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $715.00 |
|---|---|---|---|

**Matthew Ridgers**
**136 East Country Club Drive**
**Brentwood, CA 94513**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Launch Pad LLC**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.439<br>7 | **Nonpriority creditor's name and mailing address**<br>**Matthew Rinaldi**<br>**522 Saint Pauls Ave**<br>**Cliffside Park, NJ 07010-1620** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $459.04 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.439<br>8 | **Nonpriority creditor's name and mailing address**<br>**Matthew Robbins**<br>**4122 Bedford Ave**<br>**Winter Haven, FL 33884** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $714.89 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.439<br>9 | **Nonpriority creditor's name and mailing address**<br>**Matthew Sentas**<br>**416 Mass Ave #2**<br>**Boston, MA 02118** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $700.15 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.440<br>0 | **Nonpriority creditor's name and mailing address**<br>**Matthew Spicer**<br>**2119 5th St**<br>**Greeley, CO 80631** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $737.16 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.440<br>1 | **Nonpriority creditor's name and mailing address**<br>**Matthew Thoman**<br>**2203 Bowmont Dr**<br>**Beverly Hills, CA 90210** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $719.88 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.440<br>2 | **Nonpriority creditor's name and mailing address**<br>**Matthew Tully**<br>**1432 S Calle De Maria**<br>**Palm Springs, CA 92264** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,893.05 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.440<br>3 | **Nonpriority creditor's name and mailing address**<br>**Matthew Tully**<br>**1432 S Calle De Maria**<br>**Palm Springs, CA 92264** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $718.25 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.440 4**

**Nonpriority creditor's name and mailing address**

**Matthew Tully**
**1432 S Calle De Maria**
**Palm Springs, CA 92264**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$718.25

---

**3.440 5**

**Nonpriority creditor's name and mailing address**

**Matthew Velez**
**9800 SW 167th St**
**Miami, FL 33157**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$646.14

---

**3.440 6**

**Nonpriority creditor's name and mailing address**

**Matthew Waggoner**
**2726 Stearman St**
**Poplar Grove, IL 61065**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$827.26

---

**3.440 7**

**Nonpriority creditor's name and mailing address**

**Matthew White**
**17 - 19 Leicester Square**
**New Way Lane**
**London ENG WC2H 7LE**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$766.90

---

**3.440 8**

**Nonpriority creditor's name and mailing address**

**Matthew Wolfe**
**11752 Cottonwood Ave**
**Palm Beach Gardens, FL 33410**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$430.52

---

**3.440 9**

**Nonpriority creditor's name and mailing address**

**Matthew Woolman**
**13403 Clayton St**
**Thornton, CO 80241-1339**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$714.89

---

**3.441 0**

**Nonpriority creditor's name and mailing address**

**Matthias Birk**
**Albert-Einstein-Strasse 5**
**Germaringen  87656**
**GERMANY**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,671.94

---

Debtor    **Launch Pad LLC**
_____    Case number *(if known)* _____
Name

---

| 3.441 | | |
|---|---|---|
| 1 | | |

**Nonpriority creditor's name and mailing address**
**Matthias Pfeiffer**
**Am Rehkampf 1**
**Ingelheim Am Rhein  55262**
**GERMANY**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$1,086.74**

---

| 3.441 | | |
|---|---|---|
| 2 | | |

**Nonpriority creditor's name and mailing address**
**Mattia Muratore**
**Viale Prospero Colonna 60**
**Roma RM 149**
**ITALY**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$1,672.50**

---

| 3.441 | | |
|---|---|---|
| 3 | | |

**Nonpriority creditor's name and mailing address**
**Maude Ek**
**130 Abogado Avenue**
**Walnut, CA 91789**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$2,190.07**

---

| 3.441 | | |
|---|---|---|
| 4 | | |

**Nonpriority creditor's name and mailing address**
**Mauricio Garcia**
**11 North Ann Street**
**Baltimore, MD 21231**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$430.52**

---

| 3.441 | | |
|---|---|---|
| 5 | | |

**Nonpriority creditor's name and mailing address**
**Mauricio Vargas**
**4120 Camero Ave**
**Los Angeles, CA 90027**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$822.56**

---

| 3.441 | | |
|---|---|---|
| 6 | | |

**Nonpriority creditor's name and mailing address**
**Mauro Matteucci**
**Via Pace 21**
**Orzivecchi BS 25030**
**ITALY**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$862.57**

---

| 3.441 | | |
|---|---|---|
| 7 | | |

**Nonpriority creditor's name and mailing address**
**Mauro Susin**
**10/99 Ashby Street**
**Fairfield QLD 4103**
**AUSTRAILA**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$752.46**

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.4418 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,706.66 |
|---|---|---|---|

**Maury Noun**
**21 N Church Rd**
**Saddle River, NJ 07458**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4419 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $659.52 |
|---|---|---|---|

**Max Benedict**
**182 Brady Street**
**Charleston, SC 29492**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4420 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $740.82 |
|---|---|---|---|

**Max Breward**
**5 Flora Street**
**Leicester  ENG LE3 5RN**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4421 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $472.27 |
|---|---|---|---|

**Max Diaz**
**39334 Dijon Lane**
**Palmdale, CA 93551**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4422 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $807.99 |
|---|---|---|---|

**Max Gutierez**
**1160 East Oleander Street**
**Fort Worth, TX 76104**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4423 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $837.46 |
|---|---|---|---|

**Max Hehr Hehr**
**Helsinkistr. 3**
**Herzogenauchrach  91074**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4424 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,336.17 |
|---|---|---|---|

**Max Zupicic**
**439 6E Rue**
**Laval QC H7N 1Y6**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.442**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $684.52 |
|---|---|---|
| **Maxalex Fequiere**<br>**403 Quaker Ridge Court**<br>**23435, VA 23435** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.442**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $720.73 |
|---|---|---|
| **Maxamaid Ontoro**<br>**Hertistrasse 30**<br>**Wallisellen  8304**<br>**SWITZERLAND** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.442**
**7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,646.32 |
|---|---|---|
| **Maxim Ershov**<br>**Praha 10 Strasnice Kruhova 14/534**<br>**Praha 10 Strasnice Kruhova 14/534**<br>**Praha  10000**<br>**CZECH REPUBLIC** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.442**
**8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $670.20 |
|---|---|---|
| **Maxime Delavenne**<br>**30 Chemin Bates**<br>**App 405**<br>**Montreal QC H2V4T4**<br>**CANADA** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.442**
**9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $689.68 |
|---|---|---|
| **Maxime Labrie**<br>**4926 Blvd Kimber**<br>**Saint-Hubert QC J3Y 7Z8**<br>**CANADA** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.443**
**0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,698.38 |
|---|---|---|
| **Maximilian Heiler**<br>**Bokelstrasse 1**<br>**Bielefeld  33649**<br>**GERMANY** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.443**
**1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,594.37 |
|---|---|---|

**Maximilian Kies**
**Landskronstrasse 28**
**Darmstadt  64285**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.443**
**2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $678.55 |
|---|---|---|

**Maximilian Leonard**
**58 High Meadow Ln**
**Mystic, CT 06355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.443**
**3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,351.55 |
|---|---|---|

**Maximiliano Manzella**
**20900 Northeast 30th Avenue**
**Aventura, FL 33180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.443**
**4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $674.23 |
|---|---|---|

**Maxine Rose Mayor**
**132 Carlisle Way**
**Benicia, CA 94510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.443**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $716.92 |
|---|---|---|

**Maxton Lown**
**699 W 29th Ave Apt#3353**
**Denver, CO 80202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.443**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,746.86 |
|---|---|---|

**Maxwell Puttman**
**8 Blamey Place**
**Oconnor WA 6163**
**AUSTRAILA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.443**
**7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $430.52 |
|---|---|---|

**Maxwell Traubert**
**1110 North Kensington Street**
**Apt 1**
**Arlington, VA 22205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
| | Name | |

---

**3.443 8**

**Nonpriority creditor's name and mailing address**

**Maya Layani**
**12 Rue Henri Matisse**
**Blagnac  31700**
**FRANCE**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$874.26**

---

**3.443 9**

**Nonpriority creditor's name and mailing address**

**J Scott McCraney**
**P.O. Box 37**
**Elberta, AL 36530**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$684.52**

---

**3.444 0**

**Nonpriority creditor's name and mailing address**

**Vincent McNeely**
**4359 Benning Rd NE**
**Washington, DC 20019**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$430.52**

---

**3.444 1**

**Nonpriority creditor's name and mailing address**

**Graedon McRorie**
**38 Swastika Trail**
**Cambridge ON N3C2V4**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$689.21**

---

**3.444 2**

**Nonpriority creditor's name and mailing address**

**Meaghan Rettig**
**1510 Demonbreun St, #507**
**Nashville, TN 37203-3193**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$430.52**

---

**3.444 3**

**Nonpriority creditor's name and mailing address**

**Anthony Medrano**
**10447 Amigo Ave**
**Porter Ranch, CA 91326**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$469.11**

---

**3.444 4**

**Nonpriority creditor's name and mailing address**

**Megan Hutchison**
**304 Mayville Ave**
**Pittsburgh, PA 15226**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$705.69**

---

| Debtor | **Launch Pad LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.444 5**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $871.33 |
|---|---|---|
| **Mehdi Astani** <br> **13 Crystal Drive** <br> **Richmond Hill ON L4C 7Z4** <br> **CANADA** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.444 6**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $246.00 |
|---|---|---|
| **Mehmet Kilic** <br> **Wedekindweg 9** <br> **Darmstadt  64293** <br> **GERMANY** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.444 7**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $950.37 |
|---|---|---|
| **Mehmet Ozel** <br> **Asan Pharmacy, Selcuk Avkiran Sok., Task 1 Stasinou Street, Engomi, To Be Collect** <br> **Nicosia  2404** <br> **CYPRUS** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.444 8**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,838.47 |
|---|---|---|
| **Meika Barclay** <br> **3127 Bay Road** <br> **Ferndale, WA 98248** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.444 9**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,308.96 |
|---|---|---|
| **Meili Cashy Sa** <br> **Wallstr. 13** <br> **Basel  4051** <br> **SWITZERLAND** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.445 0**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,419.20 |
|---|---|---|
| **Michael Lee Meinert** <br> **251 Warren Avenue** <br> **Hawthorne, NY 10532** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.445
1**

**Nonpriority creditor's name and mailing address**

**Melisa Alina Manea
122 Rue Des Bourguignons
2nd Floor, Door On The Right
Asnieres-Sur-Seine  92600
FRANCE**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$572.60**

---

**3.445
2**

**Nonpriority creditor's name and mailing address**

**Melissa Clouthier
2 Cedar Chase Place
Spring, TX 77381**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$627.02**

---

**3.445
3**

**Nonpriority creditor's name and mailing address**

**Melissa Mazzeo
2560 Northwest 2nd Drive
Pompano Beach, FL 33064**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$659.52**

---

**3.445
4**

**Nonpriority creditor's name and mailing address**

**Melissa Switzer
3449 Heatherwood Drive
Hamburg, NY 14075**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$851.52**

---

**3.445
5**

**Nonpriority creditor's name and mailing address**

**Enrique Mendez
286 Lombardy Lane
Banning, CA 92220**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$740.83**

---

**3.445
6**

**Nonpriority creditor's name and mailing address**

**Metzgerei Widmayer GmbH & Co.KG
Lichtackerstrasse 6
Denkendorf  73770
GERMANY**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,415.22**

---

Debtor   **Launch Pad LLC**
_____
Name

Case number (*if known*) _____

---

| 3.445 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $853.97 |
|---|---|---|---|

**Mevrouw Jacobs**
**Herstraat 7**
**Den Hout  4911BD**
**NETHERLANDS**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.445 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $23.75 |
|---|---|---|---|

**Mia Lorentzson**
**Wiboms Vag 7**
**Solna  17160**
**SWEDEN**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.445 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $23.75 |
|---|---|---|---|

**Mia Lorentzson**
**Wiboms Vag 7**
**Solna  17160**
**SWEDEN**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.446 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,497.32 |
|---|---|---|---|

**Micah Linderman**
**525 N Wilton Pl Ph515**
**Los Angeles, CA 90004**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.446 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $430.14 |
|---|---|---|---|

**Micah Pearce**
**13123 Regency Frst**
**San Antonio, TX 78249**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.446 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $747.25 |
|---|---|---|---|

**Micah Rivoire**
**1024 Santee Street #500**
**Los Angeles, CA 90015**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.446 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $713.38 |
|---|---|---|---|

**Micah Sze**
**665 Pine St., #1100**
**San Francisco, CA 94108**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.446 4**

**Nonpriority creditor's name and mailing address**

**Michael Adam**
**Balders Vei 21**
**M Re Og Romsdal**
**Kristiansund N  6511**
**NORWAY**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$739.60**

---

**3.446 5**

**Nonpriority creditor's name and mailing address**

**Michael Ahlgrim**
**29989 Happy Hunter Drive**
**Canyon Lake, CA 92587**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$461.75**

---

**3.446 6**

**Nonpriority creditor's name and mailing address**

**Michael Alfieri**
**4 Westview Circle**
**Hingham, MA 02043**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$456.83**

---

**3.446 7**

**Nonpriority creditor's name and mailing address**

**Michael Arlinghaus**
**261 Stage Coach Rd**
**Oceanside, CA 92057**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,345.77**

---

**3.446 8**

**Nonpriority creditor's name and mailing address**

**Michael Atwood**
**11108 Violet Ct**
**Riverside, CA 92503**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,835.62**

---

**3.446 9**

**Nonpriority creditor's name and mailing address**

**Michael Avermann**
**Bokenkamp 9**
**Munster  48161**
**GERMANY**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$564.17**

---

**3.447 0**

**Nonpriority creditor's name and mailing address**

**Michael Baker**
**2404 Waterbend Dr**
**Flower Mound, TX 75028**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$430.14**

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.447
1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $721.50 |
|---|---|---|
| **Michael Baker**<br>**1340 New Hampshire Dr**<br>**Concord, CA 94521** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.447
2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,294.72 |
|---|---|---|
| **Michael Beard**<br>**8541 88 Street**<br>**Edmonton AB T6J 3C4**<br>**CANADA** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.447
3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $627.02 |
|---|---|---|
| **Michael Behrend**<br>**5722 Sandbirch Way**<br>**Lake Worth, FL 33463** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.447
4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $59.52 |
|---|---|---|
| **Michael Behrend**<br>**5722 Sandbirch Way**<br>**Lake Worth, FL 33463** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.447
5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $659.52 |
|---|---|---|
| **Michael Bennett**<br>**2255 Village Centre Drive**<br>**Loganville, GA 30052** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.447
6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,007.40 |
|---|---|---|
| **Michael Berio**<br>**1206 SE 6 St, #203**<br>**Cape Coral, FL 33990** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.447
7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $659.52 |
|---|---|---|
| **Michael Bonfiglio**<br>**4012 7th Ave Apt 10**<br>**Brooklyn, NY 11232** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor **Launch Pad LLC**
_____
Name

Case number (if known) _____

| 3.447 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$719.88** |
|---|---|---|---|

**Michael Breus**
**1905 Oak Ave**
**Manhattan Beach, CA 90266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.447 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$196.10** |
|---|---|---|---|

**Michael Brickey**
**4484 Myron Road**
**North Lakeport, MI 48059**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.448 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$1,425.23** |
|---|---|---|---|

**Michael Brickey**
**4484 Myron Road**
**Burtchville, MI 48059**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.448 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$714.60** |
|---|---|---|---|

**Michael Brown**
**3118 Kershaw St**
**Columbia, SC 29205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.448 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$7,458.29** |
|---|---|---|---|

**Michael Burgess**
**P.O. Box 22025 Rpo Plaza Ii**
**Fort McMurray AB T9H 5B6**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.448 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$739.52** |
|---|---|---|---|

**Michael Burns**
**3523 Kudrow Ln**
**Morrisville, NC 27560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.448 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$659.52** |
|---|---|---|---|

**Michael Burton**
**4009 Seashell Circle**
**Orlando, FL 32804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __**Launch Pad LLC**_____     Case number *(if known)* _____
         Name

---

**3.448 5**

**Nonpriority creditor's name and mailing address**

**Michael Byrne**
**522 Stonebridge Court**
**Pleasant Hill, CA 94523**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$1,428.37

---

**3.448 6**

**Nonpriority creditor's name and mailing address**

**Michael Calabrese**
**741 E. Lime Avenue**
**Monrovia, CA 91016**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$757.85

---

**3.448 7**

**Nonpriority creditor's name and mailing address**

**Michael Caldwell**
**6585 Mohican Dr**
**Colorado Springs, CO 80915**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$677.74

---

**3.448 8**

**Nonpriority creditor's name and mailing address**

**Michael Camfield**
**3211 W. Division St.**
**Trlr. 223**
**Arlington, TX 76012-3408**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$684.14

---

**3.448 9**

**Nonpriority creditor's name and mailing address**

**Michael Carreiro**
**407R Mystic Ave Ste 20**
**Medford, MA 02155**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$673.58

---

**3.449 0**

**Nonpriority creditor's name and mailing address**

**Michael Cates**
**201 Front Street Suite 322**
**Key West, FL 33040**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$1,369.52

---

**3.449 1**

**Nonpriority creditor's name and mailing address**

**Michael Chagan**
**920 West Lakeside Place**
**Chicago, IL 60640**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$3,092.50

---

Debtor    **Launch Pad LLC**
_____    Case number (if known) _____
Name

| | | |
|---|---|---|

**3.449 2**

Nonpriority creditor's name and mailing address

**Michael Childs**
**P.O. Box1167**
**Stanton, TX 79782**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$696.33

---

**3.449 3**

Nonpriority creditor's name and mailing address

**Michael Clifton**
**7261 Vrain Street**
**Westminster, CO 80030**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$924.06

---

**3.449 4**

Nonpriority creditor's name and mailing address

**Michael Cortez**
**1726 Judith Resnik Drive**
**El Paso, TX 79936**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$461.60

---

**3.449 5**

Nonpriority creditor's name and mailing address

**Michael Deboer**
**16328 North Loper Street**
**Nampa, ID 83651**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,417.00

---

**3.449 6**

Nonpriority creditor's name and mailing address

**Michael Dominguez**
**2456 Cash Court**
**Las Vegas, NV 89156**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$687.50

---

**3.449 7**

Nonpriority creditor's name and mailing address

**Michael Dorgan**
**139 Park Road**
**Teddington ENG TW11 0BS**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$511.04

---

**3.449 8**

Nonpriority creditor's name and mailing address

**Michael Dubiel**
**42 Broad Street East**
**Mount Vernon, NY 10552**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$659.52

---

Debtor     **Launch Pad LLC**                                          Case number (if known) _____
           Name

| 3.4499 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $918.54 |
|---|---|---|---|

**Michael Emerson**
**209 Aegean Way #189**
**Vacaville, CA 95687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4500 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $918.54 |
|---|---|---|---|

**Michael Emerson**
**209 Aegean Way #189**
**Vacaville, CA 95687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4501 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $750.72 |
|---|---|---|---|

**Michael Fleury**
**2890 West 21st Street**
**4G**
**Brooklyn, NY 11224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4502 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,174.35 |
|---|---|---|---|

**Michael Fluharty**
**1560 Hwy 9 East, Unit C**
**Longs, SC 29568**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4503 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $732.03 |
|---|---|---|---|

**Michael Foley**
**725 Highland Street**
**Stoughton, MA 02072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4504 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $689.52 |
|---|---|---|---|

**Michael Franco**
**108-22 51st Ave**
**New York, NY 11368**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4505 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $941.94 |
|---|---|---|---|

**Michael Fritz**
**Heinestrasse 3**
**Wuerzburg  97070**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.450 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$657.81** |
|---|---|---|---|

**Michael Fry**
**10514 West Lockwood Street**
**Boise, ID 83709**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.450 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$695.70** |
|---|---|---|---|

**Michael Garcia**
**3624 Northwest 12th Street**
**Miami, FL 33125**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.450 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$652.61** |
|---|---|---|---|

**Michael Ginter**
**25 Christian Street**
**Wallingford, CT 06492**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.450 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,185.30** |
|---|---|---|---|

**Michael Green**
**5 Theresa Court**
**Edison, NJ 08837**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.451 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$430.52** |
|---|---|---|---|

**Michael Grimes**
**5776 Ormes Rd**
**Vassar, MI 48768**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.451 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$659.52** |
|---|---|---|---|

**Michael Gutman**
**1160 Richmond Road**
**3I**
**Staten Island, NY 10304**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.451 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$752.56** |
|---|---|---|---|

**Michael Habschmidt**
**215 Stanley Ave**
**Park Ridge, IL 60068**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.451 3**

**Nonpriority creditor's name and mailing address**

**Michael Hansen**
**1318 Kater Street**
**Philadelphia, PA 19147**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$1,309.52

---

**3.451 4**

**Nonpriority creditor's name and mailing address**

**Michael Hansen**
**1318 Kater Street**
**Philadelphia, PA 19147**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$1,309.52

---

**3.451 5**

**Nonpriority creditor's name and mailing address**

**Michael Harris**
**5360 Adobe Falls Rd**
**Unit 16**
**San Diego, CA 92120**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$462.50

---

**3.451 6**

**Nonpriority creditor's name and mailing address**

**Michael Hasz**
**1503 North Village Road**
**Reston, VA 20194**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$1,317.38

---

**3.451 7**

**Nonpriority creditor's name and mailing address**

**Michael Hischier**
**Im Gassacher 10**
**Binz  8122**
**SWITZERLAND**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$749.69

---

**3.451 8**

**Nonpriority creditor's name and mailing address**

**Michael Holcomb**
**17931 Fir Road**
**Alvin, TX 77511**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$728.36

---

**3.451 9**

**Nonpriority creditor's name and mailing address**

**Michael Howe**
**114 Malverne Dr**
**Syracuse, NY 13208**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$778.98

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.452 0**

**Nonpriority creditor's name and mailing address**

**Michael Jablonski**
**Christian-Volter-Strasse 30**
**Metzingen  72555**
**GERMANY**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,690.42**

---

**3.452 1**

**Nonpriority creditor's name and mailing address**

**Michael Jachelski**
**106B White Street**
**Fort Huachuca, AZ 85613**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No  ☐ Yes

**$658.87**

---

**3.452 2**

**Nonpriority creditor's name and mailing address**

**Michael Jarembek**
**6630 Camino Santo**
**Scottsdale, AZ 85254**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No  ☐ Yes

**$747.35**

---

**3.452 3**

**Nonpriority creditor's name and mailing address**

**Michael Kallmeyer**
**1734 Broadlee Trail**
**Annapolis, MD 21401**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No  ☐ Yes

**$718.42**

---

**3.452 4**

**Nonpriority creditor's name and mailing address**

**Michael Karimizadeh**
**45 Driftwood Ave**
**Apt #1310**
**North York ON M3N 2M4**
**CANADA**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No  ☐ Yes

**$86.17**

---

**3.452 5**

**Nonpriority creditor's name and mailing address**

**Michael Kimura**
**1131 Buehler Drive**
**Las Vegas, NV 89102**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No  ☐ Yes

**$429.12**

---

**3.452 6**

**Nonpriority creditor's name and mailing address**

**Michael Kinsey**
**1625 Watkins Rd**
**Battle Creek, MI 49015**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No  ☐ Yes

**$430.14**

---

Debtor  **Launch Pad LLC**                                      Case number *(if known)* _____
_____
Name

| 3.4527 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $751.05 |

**Michael Kirkman**
**148 North 6th Street**
**San Jose, CA 95112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.4528 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $429.12 |

**Michael Klewinski**
**510 S 170 W**
**Springville, UT 84663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.4529 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $627.02 |

**Michael Leeman**
**156 Yeardley Dr Apt 3**
**Newport News, VA 23601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.4530 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $430.52 |

**Michael Liu**
**647 57th St**
**Street**
**Brooklyn, NY 11220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.4531 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $428.81 |

**Michael Lyng**
**530 Grand Canyon Blvd**
**#3**
**Reno, NV 89502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.4532 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $726.10 |

**Michael Mallon**
**165 Cattail Lane**
**Valparaiso, IN 46385**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.4533 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $930.12 |

**Michael Maltzman**
**704 Foothill Road**
**Beverly Hills, CA 90210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Launch Pad LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.453 4**

**Nonpriority creditor's name and mailing address**

**Michael McLaughlin**
**18165 Hilda Dr.**
**Ft Myers, FL 33967**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$634.52**

---

**3.453 5**

**Nonpriority creditor's name and mailing address**

**Michael Melhorn**
**555 Clark St**
**Green River, WY 82935**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,342.03**

---

**3.453 6**

**Nonpriority creditor's name and mailing address**

**Michael Messina**
**609 Baintree Run**
**Downingtown, PA 19335**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$720.33**

---

**3.453 7**

**Nonpriority creditor's name and mailing address**

**Michael Minichiello**
**159 Park Avenue**
**Leonia, NJ 07605**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$459.04**

---

**3.453 8**

**Nonpriority creditor's name and mailing address**

**Michael Mirabile**
**17 Dillon Lane**
**Smithfield, RI 02917**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$659.52**

---

**3.453 9**

**Nonpriority creditor's name and mailing address**

**Michael Morales**
**9359Konocti St.**
**Rancho Cucamonga, CA 91730**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$461.75**

---

**3.454 0**

**Nonpriority creditor's name and mailing address**

**Michael Morris**
**3615 Ash Street**
**Unit 13**
**San Diego, CA 92105**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$736.19**

---

| Debtor | Launch Pad LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.454**
**1**

Nonpriority creditor's name and mailing address

**Michael Munger**
**1242 Doric Dr**
**Lafayette, CO 80026**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

**$687.67**

---

**3.454**
**2**

Nonpriority creditor's name and mailing address

**Michael Najdi**
**356 Village St Medway**
**Boston, MA 02053**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

**$3,197.24**

---

**3.454**
**3**

Nonpriority creditor's name and mailing address

**Michael Najdi**
**356 Village St Medway**
**Boston, MA 02053**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

**$688.37**

---

**3.454**
**4**

Nonpriority creditor's name and mailing address

**Michael Niebla**
**13461 Edwards Street**
**Westminster, CA 92683**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

**$715.00**

---

**3.454**
**5**

Nonpriority creditor's name and mailing address

**Michael Omranian**
**4515 Canoga Drive**
**Los Angeles, CA 91364**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

**$1,541.12**

---

**3.454**
**6**

Nonpriority creditor's name and mailing address

**Michael Osullivan**
**8 Oakley Park**
**Clontarf**
**Dublin D D03 PE03**
**IRELAND**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

**$1,788.41**

---

**3.454**
**7**

Nonpriority creditor's name and mailing address

**Michael Pagliarini**
**54 Nooseneckhill Rd**
**#1 Brick Cabin**
**West Greenwich, RI 02817**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

**$2,609.52**

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page  673 of 1054

Debtor    **Launch Pad LLC**                                    Case number (if known) _____
               Name

---

**3.454 8**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.                 **$871.28**

**Michael Plastina**                                               ☐ Contingent
**39 Pagebrook Drive**                                             ☐ Unliquidated
**Etobicoke ON M9P 1P4**                                           ☐ Disputed
**CANADA**

Date(s) debt was incurred _                                        Basis for the claim: _

Last 4 digits of account number _                                 Is the claim subject to offset? ■ No ☐ Yes

---

**3.454 9**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.                 **$658.12**

**Michael Polen**                                                  ☐ Contingent
**26723 North 52nd Drive**                                         ☐ Unliquidated
**Phoenix, AZ 85083**                                              ☐ Disputed

Date(s) debt was incurred _                                        Basis for the claim: _

Last 4 digits of account number _                                 Is the claim subject to offset? ■ No ☐ Yes

---

**3.455 0**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.                 **$871.28**

**Michael Powers**                                                 ☐ Contingent
**81 Ambleside Avenue**                                            ☐ Unliquidated
**Toronto ON M8Z 2H9**                                             ☐ Disputed
**CANADA**

Date(s) debt was incurred _                                        Basis for the claim: _

Last 4 digits of account number _                                 Is the claim subject to offset? ■ No ☐ Yes

---

**3.455 1**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.                 **$1,264.33**

**Michael Pulec**                                                  ☐ Contingent
**90 Trinity Street, #511**                                        ☐ Unliquidated
**Toronto ON M5A 0E4**                                             ☐ Disputed
**CANADA**

Date(s) debt was incurred _                                        Basis for the claim: _

Last 4 digits of account number _                                 Is the claim subject to offset? ■ No ☐ Yes

---

**3.455 2**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.                 **$1,711.93**

**Michael Racic Novak**
**Stora Sallskapets Vag 50, 3Tr**                                  ☐ Contingent
**Lgh 1302**                                                       ☐ Unliquidated
**Stockholm  12731**                                               ☐ Disputed
**SWEDEN**

Date(s) debt was incurred _                                        Basis for the claim: _

Last 4 digits of account number _                                 Is the claim subject to offset? ■ No ☐ Yes

---

**3.455 3**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.                 **$1,959.52**

**Michael Rios**                                                   ☐ Contingent
**130 19th St**                                                    ☐ Unliquidated
**Palm Harbor, FL 34683**                                          ☐ Disputed

Date(s) debt was incurred _                                        Basis for the claim: _

Last 4 digits of account number _                                 Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Launch Pad LLC**                                                      Case number *(if known)* _____
_____
Name

| 3.455 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$727.06** |
| **Michael Robbins** | ☐ Contingent | |
| **9158 Yates Bay Court** | ☐ Unliquidated | |
| **Brooklyn Park, MN 55443** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.455 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$430.14** |
| **Michael Rounds** | ☐ Contingent | |
| **119 Hoot Owl Lane North** | ☐ Unliquidated | |
| **Leander, TX 78641** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.455 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$746.40** |
| **Michael Salazar** | ☐ Contingent | |
| **3448 Cowboy Way** | ☐ Unliquidated | |
| **San Angelo, TX 76905** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.455 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$446.88** |
| **Michael Schliwa** | ☐ Contingent | |
| **263 Jersey Tea Circle.** | ☐ Unliquidated | |
| **Ottawa ON K1V 2L5** | ☐ Disputed | |
| **CANADA** | | |
| Date(s) debt was incurred _ | | |
| | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.455 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$692.49** |
| **Michael Schweisinger** | ☐ Contingent | |
| **23332 Adolph Avenue** | ☐ Unliquidated | |
| **Torrance, CA 90505** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.455 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,284.52** |
| **Michael Seeley** | ☐ Contingent | |
| **1204 Regency Park North** | ☐ Unliquidated | |
| **Queensbury, NY 12804** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.456 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$689.14** |
| **Michael Smith** | ☐ Contingent | |
| **829 South Park Avenue** | ☐ Unliquidated | |
| **Unit B** | ☐ Disputed | |
| **Independence, MO 64052** | | |
| Date(s) debt was incurred _ | | |
| | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor  **Launch Pad LLC**                                             Case number *(if known)* _____
_____
Name

| 3.456 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $658.87 |
|---|---|---|---|

**Michael Smith**
**16707 E Yucca Ash Farm Rd**
**Sonoita, AZ 85637**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.456 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $689.52 |
|---|---|---|---|

**Michael Stokes**
**2273 Red Knot Lane**
**Apex, NC 27502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.456 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,272.52 |
|---|---|---|---|

**Michael Suhrbier**
**4709 Block Island Ln**
**Clermont, FL 34714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.456 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,272.52 |
|---|---|---|---|

**Michael Suhrbier**
**4709 Block Island Ln**
**Clermont, FL 34714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.456 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $752.32 |
|---|---|---|---|

**Michael Swain**
**4000 E 5th St**
**Long Beach, CA 90814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.456 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $713.38 |
|---|---|---|---|

**Michael Tang**
**327 N Todd St**
**Visalia, CA 93291**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.456 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $472.23 |
|---|---|---|---|

**Michael Tayag**
**8109 28th Avenue Southwest**
**Seattle, WA 98126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Launch Pad LLC**                                    Case number *(if known)* _____
　　　　　Name

---

| 3.456 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$659.14** |
|---|---|---|---|

**Michael Thomas**
**6720 Laurel Avenue**
**Portage, IN 46368**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.456 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$775.28** |
|---|---|---|---|

**Michael Tiano**
**975 Downing Drive**
**Woodstock ON N4T 0K4**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.457 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$471.59** |
|---|---|---|---|

**Michael Tsun**
**2817 Dayton Ave NE**
**Renton, WA 98056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.457 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$634.14** |
|---|---|---|---|

**Michael Turner**
**4315 E. Mission Blvd**
**Fayetteville, AR 72703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.457 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$659.52** |
|---|---|---|---|

**Michael Twells**
**391 Northeast 43rd Court**
**Oakland Park, FL 33334**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.457 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$952.75** |
|---|---|---|---|

**Michael Vaticano**
**173 Edison A**
**Edison, NJ 08820**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.457 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$659.14** |
|---|---|---|---|

**Michael Vick**
**4429 Maize Dr.**
**Plano, TX 75093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Launch Pad LLC**                                           Case number (if known) _____
_____
Name

| 3.457 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$677.69** |
| **Michael Wallace** | ☐ Contingent | |
| **5190 Northwest 167th Street #102** | ☐ Unliquidated | |
| **Hialeah, FL 33014** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.457 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$759.89** |
| **Michael Walters** | ☐ Contingent | |
| **2 Adelaide Mews** | ☐ Unliquidated | |
| **Stowmarket** | ☐ Disputed | |
| **Suffolk ENG IP14 2GA** | | |
| **UNITED KINGDOM** | **Basis for the claim:** _ | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.457 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$812.80** |
| **Michael Waskow** | ☐ Contingent | |
| **Selliner Strasse 44** | ☐ Unliquidated | |
| **Dresden  1109** | ☐ Disputed | |
| **GERMANY** | **Basis for the claim:** _ | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.457 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$659.52** |
| **Michael Wherley** | ☐ Contingent | |
| **18987 Rossback Ter** | ☐ Unliquidated | |
| **Leesburg, VA 20176** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.457 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$794.78** |
| **Michael Wieser** | ☐ Contingent | |
| **Am Lowentor 10** | ☐ Unliquidated | |
| **Berlin  14109** | ☐ Disputed | |
| **GERMANY** | **Basis for the claim:** _ | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.458 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$659.52** |
| **Michael Williams** | ☐ Contingent | |
| **1305 W. Marvin St.** | ☐ Unliquidated | |
| **Longwood, FL 32750-6129** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.458 1**

**Nonpriority creditor's name and mailing address**

**Michael Williams**
**323 Trappers Pond Ct**
**Tooele, UT 84074**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,308.12**

---

**3.458 2**

**Nonpriority creditor's name and mailing address**

**Michael Wilson**
**606 Nara Building**
**London ENG SE137FH**
**UNITED KINGDOM**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$806.88**

---

**3.458 3**

**Nonpriority creditor's name and mailing address**

**Michael Wilson**
**2175 Carlmont Drive #9**
**Belmont, CA 94002**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$932.22**

---

**3.458 4**

**Nonpriority creditor's name and mailing address**

**Michael Winkler**
**Meierei 1E**
**2Consult E.K.**
**Stein  90547**
**GERMANY**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$734.01**

---

**3.458 5**

**Nonpriority creditor's name and mailing address**

**Michael Withers**
**15 Borthwick Place**
**Balmullo**
**St. Andrews SCT KY16 0EB**
**UNITED KINGDOM**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$998.01**

---

**3.458 6**

**Nonpriority creditor's name and mailing address**

**Michael Wurster**
**6 Grass Rd**
**Cherry Hill, NJ 08034**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,396.27**

---

| Debtor | Launch Pad LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.458 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$771.07** |
|---|---|---|---|

**Michael Zelbel**
**Forstwaldstrasse 365**
**Zelbel Ltd & Co.Kg**
**Krefeld  47804**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.458 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$634.52** |
|---|---|---|---|

**Michaela Dubois**
**3928 1st Avenue North**
**Saint Petersburg, FL 33713**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.458 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,701.85** |
|---|---|---|---|

**Michal Dolinay**
**Luana 1111**
**Rajec  1501**
**SLOVAKIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.459 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$473.15** |
|---|---|---|---|

**Michal Morawski**
**314 W Beech Dr**
**Schaumburg, IL 60193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.459 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,459.52** |
|---|---|---|---|

**Micheal Mohansingh**
**12 Carlton Rd**
**Frederiksted, VI 00840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.459 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$737.93** |
|---|---|---|---|

**Michel Portmann**
**1320 Main Street**
**Apt 4**
**Cincinnati, OH 45202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.459
3**

**Nonpriority creditor's name and mailing address**

**Michele Twitchell**
**25451 Hardy Place**
**Stevenson Ranch, CA 91381**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$813.35**

---

**3.459
4**

**Nonpriority creditor's name and mailing address**

**Michele-Lee Barasso**
**3221 Farmington Dr**
**Chevy Chase, MD 20815**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,408.55**

---

**3.459
5**

**Nonpriority creditor's name and mailing address**

**Michelle Broussard**
**120 Great Oak Way**
**Warner Robins, GA 31088**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$695.70**

---

**3.459
6**

**Nonpriority creditor's name and mailing address**

**Michelle Dunner-Meli**
**Stockenstrasse 1**
**Burglen  8575**
**SWITZERLAND**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$766.28**

---

**3.459
7**

**Nonpriority creditor's name and mailing address**

**Michelle Maccio**
**9310 Cherokee Lane**
**Beverly Hills, CA 90210**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$747.25**

---

**3.459
8**

**Nonpriority creditor's name and mailing address**

**Mick McGee**
**2162 31st Avenue**
**San Francisco, CA 94116**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$735.98**

---

**3.459
9**

**Nonpriority creditor's name and mailing address**

**Miguel A Ambrosi Avila**
**Alborada 389, Parques Del Pedregal**
**Parques Del Pedregal**
**Tlalpan DF 14010**
**MEXICO**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$700.73**

---

Debtor **Launch Pad LLC**
Name

Case number (*if known*) _____

| 3.460 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $901.42 |

**Miguel Alkmim**
**Kiss Jozsef Utca 7**
**4 Emelet, 405 Ajto (Buzzer45)**
**Budapest  1081**
**HUNGARY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.460 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $785.65 |

**Miguel Alonso Alvarez Olivas**
**Street Orleans, #217 Cerradas De Concord**
**House 217**
**Apodaca NL 66609**
**MEXICO**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.460 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $690.28 |

**Miguel Angel Sanchez**
**1020 Rue Chateauneuf**
**Saint-Jerome QC J5L 1H7**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.460 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $915.38 |

**Miguel Bonilla**
**1527 North Cypress Avenue**
**Ontario, CA 91762**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.460 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,244.52 |

**Miguel Delaguardia**
**2160 SW 123 Ct**
**Miami, FL 33175**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.460 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $689.52 |

**Miguel Grau**
**Urb. Valparaiso Calle 1 K-16**
**Toa Baja, PR 00949**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Launch Pad LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.460 6**

**Nonpriority creditor's name and mailing address**

**Miguel Kafati**
**Colonia Miramontes 5Ta Calle #2212**
**Tegucigalpa  0**
**HONDURAS**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$6,536.38**

---

**3.460 7**

**Nonpriority creditor's name and mailing address**

**Miguel Otano**
**4406 NW 74th Ave.**
**005-002026**
**Miami, FL 33195-6407**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,284.52**

---

**3.460 8**

**Nonpriority creditor's name and mailing address**

**Miguel Padilla**
**43 E Mcclellan Ave.**
**Livingston, NJ 07039**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,326.97**

---

**3.460 9**

**Nonpriority creditor's name and mailing address**

**Miguel Padilla**
**43 E Mcclellan Ave.**
**Livingston, NJ 07039**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$703.21**

---

**3.461 0**

**Nonpriority creditor's name and mailing address**

**Miguel Sanchez**
**5415 Central Avenue**
**Bonita, CA 91902**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$916.13**

---

**3.461 1**

**Nonpriority creditor's name and mailing address**

**Miguel Sanchez**
**298 S Peppertree Dr.**
**Vero Beach, FL 32963**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,301.87**

---

**3.461 2**

**Nonpriority creditor's name and mailing address**

**Miguel Segui**
**Gran Via De Les Corts Catalanes 1040, Ba**
**Barcelona B 8020**
**SPAIN**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,615.36**

---

Debtor   **Launch Pad LLC**                                    Case number (if known) _____
_____
        Name

| | | |
|---|---|---|
| 3.461<br>3 | **Nonpriority creditor's name and mailing address**<br>**Mihai Olteanu**<br>**1900 Van Buren St.**<br>**Apt 508B**<br>**Hollywood, FL 33020** | **$3,099.00** |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.461<br>4 | **Nonpriority creditor's name and mailing address**<br>**Mihai Olteanu**<br>**1900 Van Buren St.**<br>**Apt 508B**<br>**Hollywood, FL 33020** | **$1,978.72** |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.461<br>5 | **Nonpriority creditor's name and mailing address**<br>**Mihail Cristian Croitoru**<br>**6 Abbey Road**<br>**London ENG SW192LZ**<br>**UNITED KINGDOM** | **$1,493.34** |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.461<br>6 | **Nonpriority creditor's name and mailing address**<br>**Mihail Golovin**<br>**Flat 4**<br>**7 Annandale Avenue**<br>**Bognor Regis ENG PO21 2ES**<br>**UNITED KINGDOM** | **$785.37** |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.461<br>7 | **Nonpriority creditor's name and mailing address**<br>**Mihail Muntean**<br>**40 Glenavon Road**<br>**London ENG E15 4DD**<br>**UNITED KINGDOM** | **$1,431.41** |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.461<br>8 | **Nonpriority creditor's name and mailing address**<br>**Mika Astono**<br>**9 Windmill Avenue**<br>**Ladera Ranch, CA 92694** | **$461.75** |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.4619**

**Nonpriority creditor's name and mailing address**

**Alireza Mikaeili**
**755 International Blvd**
**Apt#139**
**Houston, TX 77024**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$659.52**

---

**3.4620**

**Nonpriority creditor's name and mailing address**

**Mike Barger**
**131 S. 11th St**
**Pittsburgh, PA 15203-1241**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$460.66**

---

**3.4621**

**Nonpriority creditor's name and mailing address**

**Mike Benish**
**17 Woodycrest Ave**
**Toronto ON M4J 3A5**
**CANADA**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$706.72**

---

**3.4622**

**Nonpriority creditor's name and mailing address**

**Mike Benish**
**17 Woodycrest Ave**
**Toronto ON M4J 3A5**
**CANADA**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$774.68**

---

**3.4623**

**Nonpriority creditor's name and mailing address**

**Mike Benoit**
**188 Rue Lasalle**
**Saint-Constant QC J5A 0J1**
**CANADA**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$656.72**

---

**3.4624**

**Nonpriority creditor's name and mailing address**

**Mike Blakey**
**5245 SW 103 Drive**
**Gainesville, FL 32608**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$677.73**

---

**3.4625**

**Nonpriority creditor's name and mailing address**

**Mike Bolis**
**226 West Washington Street**
**Itasca, IL 60143**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$673.64**

---

Debtor    **Launch Pad LLC**
_____    Case number _(if known)_ _____
Name

---

| 3.462 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$708.50** |
|---|---|---|---|

**Mike Concannon**
**1024 Kirby Court**
**Folsom, CA 95630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.462 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$681.72** |
|---|---|---|---|

**Mike De Oliveira**
**185 Lambton Ave**
**Toronto ON M6N 2T1**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.462 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$1,981.72** |
|---|---|---|---|

**Mike Economopoulos**
**95 Chester Avenue**
**Toronto ON M4K 2Z8**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.462 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$1,981.72** |
|---|---|---|---|

**Mike Economopoulos**
**205 Wynford Drive, #2106**
**Toronto ON M3C3P4**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.463 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$919.92** |
|---|---|---|---|

**Mike Eielts**
**Wilgenhof 139**
**Papendrecht  3355PG**
**NETHERLANDS**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.463 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$2,743.62** |
|---|---|---|---|

**Mike Gustavson**
**2554 Vine St.**
**Vancouver BC V6K 3L1**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.463 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$803.79** |
|---|---|---|---|

**Mike Hall**
**40 Hither Green Lane**
**Redditch ENG B98 9BW**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Launch Pad LLC**
_____Name_____

Case number (if known) _____

| 3.463 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,056.40 |
|---|---|---|---|

**Mike Hintz**
**16672 Southwest Jordan Way**
**Tigard, OR 97224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.463 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $740.91 |
|---|---|---|---|

**Mike Holman**
**Flat 48 The Ironworks**
**58 Dace Road**
**Bow ENG E32NX**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.463 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $430.14 |
|---|---|---|---|

**Mike Howey**
**6171 Standing Stone Dr**
**Holland, MI 49423**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.463 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $430.52 |
|---|---|---|---|

**Mike Kennedy**
**1319 Howard St**
**Mount Morris, MI 48458**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.463 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $659.52 |
|---|---|---|---|

**Mike Miles**
**4608 Gates Road**
**Warrenton, VA 20187**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.463 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $428.32 |
|---|---|---|---|

**Mike Miller**
**6366 NE Marina Ct**
**Hillsboro, OR 97124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.463 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $464.90 |
|---|---|---|---|

**Mike Oconnell**
**14489 Wilder Lane**
**Grass Valley, CA 95945**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Launch Pad LLC**
Name

Case number *(if known)* _____

---

| 3.464 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,383.66** |
| **Mike Panayiotides** | ☐ Contingent | |
| **6S114 Lakewood Dr** | ☐ Unliquidated | |
| **Naperville, IL 60540** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| | Basis for the claim: _ | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.464 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,323.92** |
| **Mike Panayiotides** | ☐ Contingent | |
| **6S114 Lakewood Dr** | ☐ Unliquidated | |
| **Naperville, IL 60540** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| | Basis for the claim: _ | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.464 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$907.93** |
| **Mike Rose** | ☐ Contingent | |
| **261 Wallington Ave** | ☐ Unliquidated | |
| **Wallington, NJ 07057** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| | Basis for the claim: _ | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.464 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$734.42** |
| **Mike Sha** | ☐ Contingent | |
| **10 Tieman Circle** | ☐ Unliquidated | |
| **Delanco, NJ 08075** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| | Basis for the claim: _ | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.464 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$684.52** |
| **Mike Truxillo** | ☐ Contingent | |
| **925 State Street** | ☐ Unliquidated | |
| **New Orleans, LA 70118** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| | Basis for the claim: _ | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.464 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$659.52** |
| **Mike Ward** | ☐ Contingent | |
| **3190 Roswell Road Northwest** | ☐ Unliquidated | |
| **Atlanta, GA 30305** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| | Basis for the claim: _ | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.464 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,449.59** |
| **Mikhail Abdurakhmanov** | ☐ Contingent | |
| **16 Troy Drive** | ☐ Unliquidated | |
| **Apartment A** | ☐ Disputed | |
| **Springfield, NJ 07081** | | |
| Date(s) debt was incurred _ | | |
| | Basis for the claim: _ | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor    **Launch Pad LLC**
_____    Case number (*if known*) _____
        Name

| 3.464 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$806.88** |
| **Mikhail Maximov** | ☐ Contingent | |
| **Seren Park Gardens 97** | ☐ Unliquidated | |
| **London ENG SE3 7RR** | ☐ Disputed | |
| **UNITED KINGDOM** | | |
| **Date(s) debt was incurred** _ | Basis for the claim: _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.464 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$689.66** |
| **Mikhail Pakhomov** | ☐ Contingent | |
| **23 Mahogany Drive SE** | ☐ Unliquidated | |
| **Calgary AB T3M 2K3** | ☐ Disputed | |
| **CANADA** | | |
| **Date(s) debt was incurred** _ | Basis for the claim: _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.464 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$953.45** |
| **Mikkel Galsgaard** | ☐ Contingent | |
| **Arkildsdal** | ☐ Unliquidated | |
| **128 St** | ☐ Disputed | |
| **Norresundby  9400** | | |
| **DENMARK** | | |
| **Date(s) debt was incurred** _ | Basis for the claim: _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.465 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,307.32** |
| **Alex Mikul** | ☐ Contingent | |
| **10055 Southwest Sire Terrace** | ☐ Unliquidated | |
| **Beaverton, OR 97008** | ☐ Disputed | |
| **Date(s) debt was incurred** _ | Basis for the claim: _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.465 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$897.81** |
| **Milan Hodas** | ☐ Contingent | |
| **Mlynska 454** | ☐ Unliquidated | |
| **Rosina  1322** | ☐ Disputed | |
| **SLOVAKIA** | | |
| **Date(s) debt was incurred** _ | Basis for the claim: _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.465 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$747.20** |
| **Milan Jajic** | ☐ Contingent | |
| **8 Equestrian Way** | ☐ Unliquidated | |
| **Lemont, IL 60439** | ☐ Disputed | |
| **Date(s) debt was incurred** _ | Basis for the claim: _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.465 3**

**Nonpriority creditor's name and mailing address**
**Milan Reichbach**
**444 South Blount Street, #117**
**Raleigh, NC 27601**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,565.61**

---

**3.465 4**

**Nonpriority creditor's name and mailing address**
**Milan Reichbach**
**444 South Blount Street, #117**
**Raleigh, NC 27601**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,420.83**

---

**3.465 5**

**Nonpriority creditor's name and mailing address**
**Miles Orourke**
**237 Roesch Avenue**
**Unit A**
**Oreland, PA 19075**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$672.59**

---

**3.465 6**

**Nonpriority creditor's name and mailing address**
**Mili Ombasic**
**220 Woodridge Crescent, #205**
**Ottawa ON K2B 8G1**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$871.28**

---

**3.465 7**

**Nonpriority creditor's name and mailing address**
**Matthew Miller**
**172 Rt 28**
**Inlet, NY 13360**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$682.40**

---

**3.465 8**

**Nonpriority creditor's name and mailing address**
**Milly Petkovic**
**5 Hausman St, #2**
**Brooklyn, NY 11222**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$430.52**

---

**3.465 9**

**Nonpriority creditor's name and mailing address**
**Milly Petkovic**
**5 Hausman St, #2**
**Brooklyn, NY 11222**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$430.52**

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **Launch Pad LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**3.4660**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $934.14 |
|---|---|---|
| **Milos Fiala**<br>**Oradourska 145**<br>**Lidice  27354**<br>**CZECH REPUBLIC** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.4661**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,478.35 |
|---|---|---|
| **Milutin Markovic**<br>**Greifenstrasse 15**<br>**St. Gallen  9000**<br>**SWITZERLAND** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.4662**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $851.52 |
|---|---|---|
| **Minhaz Mishu**<br>**1004 Beverley Rd**<br>**Apt 2**<br>**Brooklyn, NY 11218** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.4663**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $950.48 |
|---|---|---|
| **Miodrag Zarev**<br>**3 Beverley Close**<br>**Epsom ENG KT173HB**<br>**UNITED KINGDOM** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.4664**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $119.00 |
|---|---|---|
| **Mira Ghattas**<br>**1277 West Cordova Street**<br>**Th31**<br>**Vancouver BC V6C 3P9**<br>**CANADA** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.4665**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $778.50 |
|---|---|---|
| **Mircea Predut**<br>**Vintila Mihailescu Nr 19 Bl 62 Sc A Ap 5**<br>**Bucuresti B 60395**<br>**ROMANIA** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
| | Name | | |

---

**3.466 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,477.08 |
|---|---|---|
| **Mirko Tomioli**<br>**Via Carotte 17 Verona**<br>**Cerea VR 37053**<br>**ITALY** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.466 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,465.83 |
|---|---|---|
| **Miroslav Stanojevic**<br>**Samarska 1**<br>**Unicom-Telecom D.O.O. Beograd**<br>**Belgrade  11077**<br>**SERBIA** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.466 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $135.00 |
|---|---|---|
| **Mirza Gubeladze**<br>**9035 Colby Dr, Apt 2319**<br>**Apt 2319**<br>**Fort Myers, FL 33919** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.466 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,443.57 |
|---|---|---|
| **Mirza Otovic**<br>**60 Monitor Street**<br>**Suite 2**<br>**Jersey City, NJ 07304** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.467 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,413.93 |
|---|---|---|
| **Mirza Otovic**<br>**60 Monitor St**<br>**Jersey City, NJ 07304** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.467 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,427.47 |
|---|---|---|
| **Misty Hutton**<br>**15 Rolling Hills Drive**<br>**Barrington, IL 60010-9333** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor    **Launch Pad LLC**                                                                    Case number (if known) _____
_____
Name

| 3.467 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mitch Petracca**
**340 West 3rd Street, #3**
**Boston, MA 02127**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$732.03**

---

| 3.467 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mitchell Ethier**
**2951 Riverside Drive**
**Unit 212**
**Ottawa ON K1V 8W6**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$689.21**

---

| 3.467 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mitchell Manning**
**18213 19th Drive Southeast**
**Bothell, WA 98012**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$753.30**

---

| 3.467 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Andy Mitchell**
**2900 Laurel Ridge Way**
**Apt 9006**
**East Point, GA 30344**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$972.55**

---

| 3.467 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mithilan Thanabalasingam**
**14 Arnold Estate Lane**
**Ajax ON L1S 7L6**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$314.38**

---

| 3.467 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mitja Jankovi**
**Via Fabio Severo 33**
**Trieste TS 34133**
**ITALY**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$926.85**

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|--------|---------------------|--------------------------|--|
| | Name | | |

---

**3.4678**

**Nonpriority creditor's name and mailing address**

**Mj Miller**
**18 Strowans Road**
**Dumbarton SCT G82 2PB**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$1,427.02**

---

**3.4679**

**Nonpriority creditor's name and mailing address**

**Mohamad Alsalti**
**Plonzeile 38**
**Berlin  12459**
**GERMANY**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$942.51**

---

**3.4680**

**Nonpriority creditor's name and mailing address**

**Mohamad El Hout**
**14, Rue Veillette**
**Rue Veillette**
**Saint-Constant QC J5A 1N7**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$758.28**

---

**3.4681**

**Nonpriority creditor's name and mailing address**

**Mohamad El-Zaru**
**17 Fox Meadow Drive**
**Westwood, MA 02090**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$726.71**

---

**3.4682**

**Nonpriority creditor's name and mailing address**

**Mohamad Fneich**
**Theodor Heuss Strasse 25**
**Albstadt  72459**
**GERMANY**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$868.05**

---

**3.4683**

**Nonpriority creditor's name and mailing address**

**Mohamad Fneich**
**Theodor Heuss Strasse 25**
**Albstadt  72459**
**GERMANY**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$867.69**

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

| 3.468 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$898.49** |
|---|---|---|---|

**Mohamad Geron**
**Auguste-Viktoria-Allee 51B**
**Berlin  13403**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.468 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$854.98** |
|---|---|---|---|

**Mohamad Soufi**
**Mount Avenue**
**1 Mount View**
**London ENG W5 1PR**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.468 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$730.89** |
|---|---|---|---|

**Mohamed Abdelsamad**
**108 Ladomus Circle**
**Ridley Park, PA 19078**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.468 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$733.17** |
|---|---|---|---|

**Mohamed Hadida**
**7930 Payne Ave**
**Dearborn, MI 48126**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.468 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$573.00** |
|---|---|---|---|

**Mohamed Hedi Jarboua**
**Via Fratelli Zuccari, 3A**
**Fano PU 61032**
**ITALY**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.468 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$573.03** |
|---|---|---|---|

**Mohamed Jarboua**
**Via Fratelli Zuccari, 3A**
**Fano PU 61032**
**ITALY**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor    **Launch Pad LLC**                                    Case number *(if known)* _____
_____Name_____

| 3.469 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $787.05 |
|---|---|---|---|

**Mohamed Tabti**
**Chemin De La For  t 14**
**Ecublens  1024**
**SWITZERLAND**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.469 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,114.52 |
|---|---|---|---|

**Mohammad Ali**
**3902 Cook St**
**Alexandria, VA 22311**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.469 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,114.52 |
|---|---|---|---|

**Mohammad Ali**
**3902 Cook St**
**Alexandria, VA 22311**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.469 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,142.28 |
|---|---|---|---|

**Mohammad Arshad**
**448 Bristol Road West**
**Mississauga ON L5R 2J6**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.469 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,426.79 |
|---|---|---|---|

**Mohammad Awad**
**St 1 , Block 3 , Bulding 93**
**Salwa  25600**
**KUWAIT**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.469 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,272.52 |
|---|---|---|---|

**Mohammad Hirzallah**
**2311 Milam Street Apt 8102**
**Ganymede LLC**
**Houston, TX 77006**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.469 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,272.52 |
|---|---|---|---|

**Mohammad Hirzallah**
**2311 Milam Street Apt 8102**
**Ganymede LLC**
**Houston, TX 77006**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor     **Launch Pad LLC**                                              Case number (if known) _____
                     Name

| | |
|---|---|
| **3.4697** | |

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.                **$706.72**
**Mohammad Hussein**
**1962 Lobelia Way**                                ☐ Contingent
**Ottawa ON K4A 4R6**                              ☐ Unliquidated
**CANADA**                                         ☐ Disputed

Date(s) debt was incurred _                       **Basis for the claim:** _

Last 4 digits of account number _                 Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.4698** | |

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.                **$656.72**
**Mohammadamin Nikmanesh**
**1955 Alpha Way, #4904**                          ☐ Contingent
**Burnaby BC V5C 0K6**                             ☐ Unliquidated
**CANADA**                                         ☐ Disputed

Date(s) debt was incurred _                       **Basis for the claim:** _

Last 4 digits of account number _                 Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.4699** | |

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.                **$871.33**
**Mohammed Alakhras**
**339 Rathburn Road West, #1806**                  ☐ Contingent
**Mississauga ON L5B0K6**                          ☐ Unliquidated
**CANADA**                                         ☐ Disputed

Date(s) debt was incurred _                       **Basis for the claim:** _

Last 4 digits of account number _                 Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.4700** | |

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.                **$689.68**
**Mohammed Ali**
**519 Warden Ave**                                 ☐ Contingent
**Toronto ON M1L3Z2**                              ☐ Unliquidated
**CANADA**                                         ☐ Disputed

Date(s) debt was incurred _                       **Basis for the claim:** _

Last 4 digits of account number _                 Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.4701** | |

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.                **$3,259.52**
**Mohammed Almani**
**3525 Sage Road**                                 ☐ Contingent
**Unit 912**                                       ☐ Unliquidated
**Houston, TX 77056**                              ☐ Disputed

Date(s) debt was incurred _                       **Basis for the claim:** _

Last 4 digits of account number _                 Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.4702** | |

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.                **$3,633.14**
**Mohammed Dahir**
**7201 York Avenue South #308**                    ☐ Contingent
**Edina, MN 55435**                                ☐ Unliquidated
                                                   ☐ Disputed

Date(s) debt was incurred _                       **Basis for the claim:** _

Last 4 digits of account number _                 Is the claim subject to offset? ■ No  ☐ Yes

Debtor   **Launch Pad LLC**                                                Case number *(if known)* _____
         Name

| | | |
|---|---|---|
| **3.470 3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,555.38** |

**3.470 3**

Nonpriority creditor's name and mailing address
**Mohammed Ennabety**
**1628 Diamond Springs Road**
**Apt 202**
**Virginia Beach, VA 23455**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,555.38**

---

**3.470 4**

Nonpriority creditor's name and mailing address
**Mohammed Ennabety**
**1628 Diamond Springs Road**
**Apt# 202**
**Virginia Beach, VA 23455**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,244.52**

---

**3.470 5**

Nonpriority creditor's name and mailing address
**Mohammed Ennaoui**
**4035 Levesque Ouest #5**
**Laval QC H7W 2P3**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,294.72**

---

**3.470 6**

Nonpriority creditor's name and mailing address
**Mohammed Mahli**
**Testilkent Mahallesi, Demokrasi Blv. No:**
**Gaziantep  27000**
**TURKEY**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$795.18**

---

**3.470 7**

Nonpriority creditor's name and mailing address
**Mohammed Miab**
**133 Copsterhill Road**
**Oldham ENG OL8 1QQ**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,426.50**

---

**3.470 8**

Nonpriority creditor's name and mailing address
**Mohammed Moosa**
**508 Centennial Blvd Ste 102**
**Richardson, TX 75081**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$430.14**

---

**3.470 9**

Nonpriority creditor's name and mailing address
**Mohammed Moosa**
**508 Centennial Blvd Ste 102**
**Richardson, TX 75081**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$430.14**

---

Debtor **Launch Pad LLC**
Name

Case number *(if known)* _____

| | | |
|---|---|---|
| **3.4710** | | |

Nonpriority creditor's name and mailing address
**Mohammed Munier Hamoud Shikh**
**Avrillastrasse 1**
**Schwalbach Am Taunus  65824**
**GERMANY**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$898.01**

---

| | | |
|---|---|---|
| **3.4711** | | |

Nonpriority creditor's name and mailing address
**Mohammed Qasim**
**322 Heaton Road**
**Bradford ENG BD9 4RY**
**UNITED KINGDOM**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$764.06**

---

| | | |
|---|---|---|
| **3.4712** | | |

Nonpriority creditor's name and mailing address
**Mohammed Safeek Korakkottil**
**10 Lime Tree Road**
**Birmingham ENG B82XG**
**UNITED KINGDOM**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$799.34**

---

| | | |
|---|---|---|
| **3.4713** | | |

Nonpriority creditor's name and mailing address
**Mohammed Shaik**
**843 North Markoe Street**
**Philadelphia, PA 19139**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$712.28**

---

| | | |
|---|---|---|
| **3.4714** | | |

Nonpriority creditor's name and mailing address
**Abdulrahaman Mohammed**
**5137 Lincoln Avenue**
**Alexandria, VA 22312**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$659.52**

---

| | | |
|---|---|---|
| **3.4715** | | |

Nonpriority creditor's name and mailing address
**Mohan Singh**
**51 Adams Terrace #12**
**Kelburn WGN 6021**
**NEW ZEALAND**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$712.99**

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.471 6**

**Nonpriority creditor's name and mailing address**

**Mohd Rashad Al Bati**
**Flat A, 10 Dalrymple Court, Kirkintilloc**
**Glasgow  SCT G66 3AA**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$930.71**

---

**3.471 7**

**Nonpriority creditor's name and mailing address**

**Moises Govea**
**9155 Telegraph Road**
**2nd Floor**
**Pico Rivera, CA 90660**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$724.76**

---

**3.471 8**

**Nonpriority creditor's name and mailing address**

**Andrew Mondi**
**3903 Vaughan Street**
**Austin, TX 78723**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,309.14**

---

**3.471 9**

**Nonpriority creditor's name and mailing address**

**Mondiru Cristian**
**Splaiul Independentei 313 Bl C9 Ap 93**
**Bucuresti B 60042**
**ROMANIA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$808.25**

---

**3.472 0**

**Nonpriority creditor's name and mailing address**

**Monet Harkin**
**7017 Wakefield St**
**Dallas, TX 75231**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$659.14**

---

**3.472 1**

**Nonpriority creditor's name and mailing address**

**Monica Torres**
**111 Pacific Avenue**
**Suite 1803**
**Toronto ON M6P2P2**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$717.35**

---

| Debtor | **Launch Pad LLC** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.472 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,391.11** |
|---|---|---|---|

**Andrew Montanez**
**746 South Los Angeles St., #304**
**Los Angeles, CA 90014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.472 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$430.52** |
|---|---|---|---|

**Andrew Montanez**
**746 South Los Angeles St., #304**
**Los Angeles, CA 90014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.472 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$430.52** |
|---|---|---|---|

**Andrew Montanez**
**746 South Los Angeles St., #304**
**Los Angeles, CA 90014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.472 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$689.14** |
|---|---|---|---|

**Monty Johnson**
**9808 Skyline Circle**
**Johnston, IA 50131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.472 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,456.43** |
|---|---|---|---|

**Monty Slimp**
**5803 244th St Sw**
**Mountlake Terrace, WA 98043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.472 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$687.99** |
|---|---|---|---|

**Morgan Arnold**
**51 Ashwin Parade**
**Torrensville SA 5031**
**AUSTRAILA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.472 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$626.37** |
|---|---|---|---|

**Morgan Hatcher**
**4713 E Van Buren St**
**Unit 2031**
**Phoenix, AZ 85008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.4729**

**Nonpriority creditor's name and mailing address**

**Moritz Sumera**
**Johannkamp 1**
**Hamburg  22459**
**GERMANY**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,633.26**

---

**3.4730**

**Nonpriority creditor's name and mailing address**

**Mostafa Ibrahim**
**110 William Smith Close**
**Cambridge ENG CB1 3QF**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$804.97**

---

**3.4731**

**Nonpriority creditor's name and mailing address**

**Motin Uddin**
**172 Kenelm Rd**
**Birmingham ENG B10 9AG**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$850.32**

---

**3.4732**

**Nonpriority creditor's name and mailing address**

**Mouaid Al Anbawi**
**Wolfnitzer Ring 36**
**Dresden  1169**
**GERMANY**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$858.55**

---

**3.4733**

**Nonpriority creditor's name and mailing address**

**Mouhssin Souici**
**435 Bourke Avenue**
**1E**
**Dorval QC H9S3W8**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$446.93**

---

**3.4734**

**Nonpriority creditor's name and mailing address**

**Mounir Benamara**
**21 Avenue Pablo Picasso**
**Nanterre  92000**
**FRANCE**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$29.00**

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.473 5**

**Nonpriority creditor's name and mailing address**

**Verley Moyton Jr.**
**17381 35th Place N**
**Loxahatchee, FL 33470**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$659.52**

---

**3.473 6**

**Nonpriority creditor's name and mailing address**

**Mozelle Smith**
**Yamacraw Hill Road**
**Nassau**
**THE BAHAMAS**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$634.52**

---

**3.473 7**

**Nonpriority creditor's name and mailing address**

**Alan Mrvica**
**7436 NW 113 Ave**
**Parkland, FL 33076**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$430.52**

---

**3.473 8**

**Nonpriority creditor's name and mailing address**

**Alan Mrvica**
**7436 NW 113 Ave**
**Parkland, FL 33076**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$430.52**

---

**3.473 9**

**Nonpriority creditor's name and mailing address**

**Muaz Kawrdi**
**Jeekelstraat 32**
**Leerdam  4142 AC**
**NETHERLANDS**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$846.24**

---

**3.474 0**

**Nonpriority creditor's name and mailing address**

**Muhamad Rich**
**Malfattigasse 16/30**
**Wien  1120**
**AUSTRIA**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,012.83**

---

**3.474 1**

**Nonpriority creditor's name and mailing address**

**Muhamad Rich**
**Malfattigasse 16, #30**
**Wien  1120**
**AUSTRIA**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$839.65**

---

Debtor    **Launch Pad LLC**                                    Case number *(if known)* _____
                  Name

| 3.474 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$717.35** |
|---|---|---|---|

**Muhammad Affan**
**4991 Rue Ath  Na**
**Montreal QC H8Z 3K9**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.474 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$711.72** |
|---|---|---|---|

**Muhammad Affan**
**4991 Rue Ath  Na**
**Montreal QC H8Z 3K9**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.474 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,329.33** |
|---|---|---|---|

**Muhammad Afzal**
**5602 Tenth Line West**
**Unit # 123**
**Mississauga ON L5M 7L9**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.474 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$430.52** |
|---|---|---|---|

**Muhammad Jamil**
**4706 Kirkdale Drive**
**Woodbridge, VA 22193**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.474 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$699.09** |
|---|---|---|---|

**Muhammad Saleem**
**1869 Emerald Drive**
**Orefield, PA 18069**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.474 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$785.02** |
|---|---|---|---|

**Muhammad Satti**
**504/16 Railway Parade**
**Level 5 Commercial Entry (Qpay)**
**Burwood NSW 2134**
**AUSTRAILA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Launch Pad LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.474 8**

**Nonpriority creditor's name and mailing address**

**Muhammed Bozkurt**
**3 San Marino Dr**
**Prestons NSW 2170**
**AUSTRAILA**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$805.98**

---

**3.474 9**

**Nonpriority creditor's name and mailing address**

**Muhammed Dawood**
**135 Claremont Road**
**London ENG E7 0PY**
**UNITED KINGDOM**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$803.99**

---

**3.475 0**

**Nonpriority creditor's name and mailing address**

**Muhammed Gunsay**
**12A Buchan Street**
**Melbourne VIC 3048**
**AUSTRAILA**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,196.44**

---

**3.475 1**

**Nonpriority creditor's name and mailing address**

**Muhammed Kaya**
**Balikyolu Mah Ozanlar Cad No 85A Esenyur**
**T.C 27815582132**
**Istanbul  34517**
**TURKEY**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$850.47**

---

**3.475 2**

**Nonpriority creditor's name and mailing address**

**Muhammet Orcun Kir**
**Strada Republicii 320, Barlad 731130 (Ur**
**Et.1**
**Barlad VS 731130**
**ROMANIA**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$4,051.00**

---

**3.475 3**

**Nonpriority creditor's name and mailing address**

**Mukesh Graham**
**2340 Strathmore Cres**
**Pickering ON L1X2H2**
**CANADA**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$706.72**

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.475 4**

**Nonpriority creditor's name and mailing address**
**Aditya Mukherjee**
**88 Prestwick Way**
**Edison, NJ 08820**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

$769.50

---

**3.475 5**

**Nonpriority creditor's name and mailing address**
**Mark James Mullins**
**P.O. Box 1313**
**Douglas, WY 82633**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

$658.92

---

**3.475 6**

**Nonpriority creditor's name and mailing address**
**Mun Leo**
**3561 Homestead Road 195**
**Santa Clara, CA 95051**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

$2,302.57

---

**3.475 7**

**Nonpriority creditor's name and mailing address**
**Munhall Inc**
**25 Downey Road**
**Order #2**
**Okotoks AB T1S 1H5**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

$871.28

---

**3.475 8**

**Nonpriority creditor's name and mailing address**
**Murat Gokyildiz**
**Eisenstr 29**
**Cologne  50825**
**GERMANY**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

$942.51

---

**3.475 9**

**Nonpriority creditor's name and mailing address**
**Murat Gunes**
**Finkenwerder Norderdeich 49**
**Hamburg  21129**
**GERMANY**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

$1,087.57

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
| | Name | | |

---

**3.476 0**

**Nonpriority creditor's name and mailing address**

**Adam Muriby**
**1354 Hamilton Grn**
**Allen, TX 75013**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$851.14**

---

**3.476 1**

**Nonpriority creditor's name and mailing address**

**Mustafa Akar**
**Stettiner Strasse #32**
**Erlangen  91058**
**GERMANY**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$897.83**

---

**3.476 2**

**Nonpriority creditor's name and mailing address**

**Mustafa Almusli**
**390 Wyandotte Street East**
**Windsor ON N9A 3H6**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$675.93**

---

**3.476 3**

**Nonpriority creditor's name and mailing address**

**Mustafa Hamandi**
**36-8 Fort Evans Rd NE**
**Apt 7**
**Leesburg, VA 20176**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$430.52**

---

**3.476 4**

**Nonpriority creditor's name and mailing address**

**Mutwa Glascoe**
**10416 Bowies Knoll**
**Schertz, TX 78154**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$732.50**

---

**3.476 5**

**Nonpriority creditor's name and mailing address**

**Myles Holmes**
**6003 Deleon Avenue**
**Fort Pierce, FL 34951**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$684.52**

---

**3.476 6**

**Nonpriority creditor's name and mailing address**

**Myo Thein**
**731 87th Street**
**Daly City, CA 94015**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$721.50**

---

Debtor    **Launch Pad LLC**
_____
Name

Case number *(if known)* _____

---

| 3.476 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,253.54** |
| **Nabeel Alam** | ☐ Contingent | |
| **1709 - 25 Thunder Grove** | ☐ Unliquidated | |
| **Scarborough ON M1V 3M2** | ☐ Disputed | |
| **CANADA** | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.476 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,244.52** |
| **Nadine Smith** | ☐ Contingent | |
| **4659 26th Ave S** | ☐ Unliquidated | |
| **St Petersburg, FL 33711** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.476 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$711.88** |
| **Nadir Mir** | ☐ Contingent | |
| **2015 South Finley Road** | ☐ Unliquidated | |
| **Apt 812** | ☐ Disputed | |
| **Lombard, IL 60148** | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.477 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$659.52** |
| **Abdullah Naeem** | ☐ Contingent | |
| **46042 Earle Wallace Circle** | ☐ Unliquidated | |
| **Sterling, VA 20176** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.477 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$718.56** |
| **Nagarajendra Palapati** | ☐ Contingent | |
| **775 E Long Lake Rd** | ☐ Unliquidated | |
| **Troy, MI 48085** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.477 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$688.75** |
| **Najma Ali** | ☐ Contingent | |
| **5054 Warwickshire Way** | ☐ Unliquidated | |
| **Mississauga ON L5V 1R3** | ☐ Disputed | |
| **CANADA** | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.477 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$710.22** |
| **Namo Pato** | ☐ Contingent | |
| **2381 Hidden Springs Court** | ☐ Unliquidated | |
| **Turlock, CA 95382** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor    **Launch Pad LLC**
_____
Name

Case number _(if known)_ _____

---

| 3.477 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Namratha Vedire**
**319 Monterey Circle**
**Jonesboro, GA 30236**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$737.21**

---

| 3.477 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nanci Lopez**
**5817 Rae Drive**
**Las Vegas, NV 89108**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$740.83**

---

| 3.477 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nanda Sugito**
**2755 Waterway Dr**
**Grand Prairie, TX 75054**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$689.14**

---

| 3.477 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nanda Sugito**
**2755 Waterway Dr**
**Grand Prairie, TX 75054**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$689.14**

---

| 3.477 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nanda Sugito**
**2755 Waterway Dr**
**Grand Prairie, TX 75054**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$634.14**

---

| 3.477 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nanda Sugito**
**2755 Waterway Dr**
**Grand Prairie, TX 75054**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$634.14**

---

| 3.478 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nanda Sugito**
**2755 Waterway Dr**
**Grand Prairie, TX 75054**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$634.14**

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.478**
**1**

**Nonpriority creditor's name and mailing address**

**Naramsin Gorial**
**Prilyckegatan 101,**
**Goteborg  42532**
**SWEDEN**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$880.13**

---

**3.478**
**2**

**Nonpriority creditor's name and mailing address**

**Narik Tachadjian**
**7809 Peachtree Avenue**
**Panorama City, CA 91402**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$752.74**

---

**3.478**
**3**

**Nonpriority creditor's name and mailing address**

**Narik Tachadjian**
**7809 Peachtree Avenue**
**Panorama, CA 91402**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$719.88**

---

**3.478**
**4**

**Nonpriority creditor's name and mailing address**

**Narik Tachadjian**
**7809 Peachtree Ave**
**Panorama, CA 91402**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$62.88**

---

**3.478**
**5**

**Nonpriority creditor's name and mailing address**

**Narzan Yousef**
**Ospelgasse 1-9/1/55, 1/55**
**Wien  1200**
**AUSTRIA**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$843.80**

---

**3.478**
**6**

**Nonpriority creditor's name and mailing address**

**Nasrin Mostadamiyan**
**315/23-25 North Rocks Rd #315**
**North Rocks NSW 2151**
**AUSTRAILA**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$762.73**

---

**3.478**
**7**

**Nonpriority creditor's name and mailing address**

**Natalia Duque**
**536 Northeast 69th Street**
**Miami, FL 33138**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$684.52**

---

Debtor    **Launch Pad LLC**                                    Case number (if known) _____
_____
            Name

| 3.478 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$737.79** |
| **Natalie Higgins** | ☐ Contingent | |
| **100 Callio St.** | ☐ Unliquidated | |
| **Pittsburgh, PA 15210** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.478 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$456.35** |
| **Natalie Pogue** | ☐ Contingent | |
| **213 East 3rd** | ☐ Unliquidated | |
| **Covington, KY 41011** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.479 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$429.87** |
| **Nate Adams** | ☐ Contingent | |
| **41191 North Arbor Avenue** | ☐ Unliquidated | |
| **San Tan Valley, AZ 85140** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.479 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$659.52** |
| **Nate Buchanan** | ☐ Contingent | |
| **243 W 76th St** | ☐ Unliquidated | |
| **Apt 4B** | ☐ Disputed | |
| **New York, NY 10023** | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.479 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$717.35** |
| **Nate Triebner** | ☐ Contingent | |
| **1088 St Anthony Rd** | ☐ Unliquidated | |
| **London ON N6H 2P6** | ☐ Disputed | |
| **CANADA** | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.479 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$58.12** |
| **Nathan Bennett** | ☐ Contingent | |
| **227 Medicine Butte Dr #B** | ☐ Unliquidated | |
| **Evanston, WY 82930-3004** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.479 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$658.12** |
| **Nathan Bennett** | ☐ Contingent | |
| **227 Medicine Butte Drive** | ☐ Unliquidated | |
| **#B** | ☐ Disputed | |
| **Evanston, WY 82930** | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor  **Launch Pad LLC**
        _____        Case number *(if known)* _____
        Name

---

| 3.479 5 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$659.52** |
| | **Nathan Bohn** | ☐ Contingent | |
| | **50 Bush Avenue** | ☐ Unliquidated | |
| | **Greenwich, CT 06830** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.479 6 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$773.40** |
| | **Nathan Carver** | ☐ Contingent | |
| | **7880 E Viewmount Ct** | ☐ Unliquidated | |
| | **Anaheim, CA 92808** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.479 7 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,309.52** |
| | **Nathan Everett** | ☐ Contingent | |
| | **606 Country Meadow Tr** | ☐ Unliquidated | |
| | **Ortonville, MI 48462** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.479 8 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$430.14** |
| | **Nathan Furr** | ☐ Contingent | |
| | **212 Rugby Lane** | ☐ Unliquidated | |
| | **Mckinney, TX 75072** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.479 9 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$464.90** |
| | **Nathan Gallegos** | ☐ Contingent | |
| | **245 Benton Avenue** | ☐ Unliquidated | |
| | **San Francisco, CA 94112** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.480 0 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$684.52** |
| | **Nathan Harrington** | ☐ Contingent | |
| | **1443 Grand Falls Drive** | ☐ Unliquidated | |
| | **Missouri City, TX 77459** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.480 1 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$712.99** |
| | **Nathan Liu** | ☐ Contingent | |
| | **28 Tavistock Road** | ☐ Unliquidated | |
| | **South Hurstville NSW 2221** | ☐ Disputed | |
| | **AUSTRAILA** | | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.480 2**

**Nonpriority creditor's name and mailing address**

**Nathan McFate**
**5350 E Motsinger Rd**
**Salem, IN 47167**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$732.63**

---

**3.480 3**

**Nonpriority creditor's name and mailing address**

**Nathan McLaughlin**
**421 Lamar Avenue**
**Pittsburgh, PA 15221**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$724.69**

---

**3.480 4**

**Nonpriority creditor's name and mailing address**

**Nathan Nakao**
**319 Ironside Cove**
**Stafford, VA 22554**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$799.99**

---

**3.480 5**

**Nonpriority creditor's name and mailing address**

**Nathan Novak**
**1841 Wetherburn Dr**
**Columbus, OH 43235**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$462.82**

---

**3.480 6**

**Nonpriority creditor's name and mailing address**

**Nathan Peltier**
**Avenue Albert Jonnart, 27**
**Woluwe-Saint-Lambert  1200**
**BELGIUM**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$880.90**

---

**3.480 7**

**Nonpriority creditor's name and mailing address**

**Nathan Rich**
**4109 W 1850 N**
**Lehi, UT 84043**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,243.12**

---

**3.480 8**

**Nonpriority creditor's name and mailing address**

**Nathan Ruston**
**170-180 Carlton Road**
**Unit 5 (Now Education)**
**Nottingham  ENG NG3 2BB**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,808.61**

---

| Debtor | **Launch Pad LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.4809**

Nonpriority creditor's name and mailing address

**Nathan Schrenk**
**407 E Argonne Dr**
**Kirkwood, MO 63122**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$684.50**

---

**3.4810**

Nonpriority creditor's name and mailing address

**Nathan Strobel**
**709 S. 6th St.**
**Brainerd, MN 56401**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$743.11**

---

**3.4811**

Nonpriority creditor's name and mailing address

**Nathan Valverde**
**460 Harrison Ave #210**
**Boston, MA 02118**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$456.83**

---

**3.4812**

Nonpriority creditor's name and mailing address

**Nathanael Durant**
**1300 Pennsylvania Street, #201**
**Denver, CO 80203**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,424.18**

---

**3.4813**

Nonpriority creditor's name and mailing address

**Nathaniel Danos**
**1389 Jefferson St, Unit C305**
**Oakland, CA 94612**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$690.93**

---

**3.4814**

Nonpriority creditor's name and mailing address

**Nathaniel Hopkins**
**21 Starboard Avenue**
**Jamestown, RI 02835**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$430.52**

---

**3.4815**

Nonpriority creditor's name and mailing address

**Nathaniel Moore**
**4108 Medary Ave**
**Brookings, SD 57006**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$658.87**

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.481 6**

**Nonpriority creditor's name and mailing address**

**Nathaniel Parizi**
**117 Shallowford Way**
**Seneca, SC 29672**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,959.52**

---

**3.481 7**

**Nonpriority creditor's name and mailing address**

**Nathaniel Rodway**
**2339 Harrison Avenue**
**Baldwin, NY 11510**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$851.52**

---

**3.481 8**

**Nonpriority creditor's name and mailing address**

**Natt Taylor**
**563 Fernwood Ln**
**563 Fernwood Ln**
**Fairless Hills, PA 19067**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$698.06**

---

**3.481 9**

**Nonpriority creditor's name and mailing address**

**Navdeep Devgan**
**76 Ravenswood Dr**
**Brampton ON L6Y 4A1**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$656.72**

---

**3.482 0**

**Nonpriority creditor's name and mailing address**

**Naveed Ahmad**
**180 Capp St. #004**
**San Francisco, CA 94110**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$921.70**

---

**3.482 1**

**Nonpriority creditor's name and mailing address**

**Naveed Bawany**
**14443 Simmons Ln**
**Woodbridge, VA 22193**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$851.52**

---

**3.482 2**

**Nonpriority creditor's name and mailing address**

**Naveed Dezfoli**
**8454 Langdon Avenue**
**Unit 5**
**North Hills, CA 91343**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$692.49**

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.482 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$707.42** |
|---|---|---|---|

**Naveen Kumar Indurti**
**1803 Canyon Oaks Lane**
**Lake Forest, CA 92679**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.482 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$472.23** |
|---|---|---|---|

**Nazrry Carlos**
**14520 Dayton Avenue North**
**Apt B**
**Shoreline, WA 98133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.482 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$480.07** |
|---|---|---|---|

**Neal Cynkus**
**25849 E Calhoun Pl**
**Aurora, CO 80016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.482 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,984.52** |
|---|---|---|---|

**Neal Heinecke**
**3921 N Steele Blvd, #107**
**Fayetteville, AR 72703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.482 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,034.52** |
|---|---|---|---|

**Neal Heinecke**
**3921 N Steele Blvd, #107**
**Fayetteville, AR 72703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.482 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$801.09** |
|---|---|---|---|

**Nebojsa Sjekloca**
**Trg Nikole Kovalevica 7, Blok V Sprat 15**
**Blok V Sprat 15**
**Podgorica  81000**
**MONTENEGRO**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.482 9**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |

**$1,336.17**

**Ned Alicando**
**6-9405 121 Street**
**Surrey BC V3V 0A9**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.483 0**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |

**$726.51**

**Neeraj Mittra**
**119 Bella Luna**
**Spring, TX 77381**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.483 1**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |

**$719.88**

**Neil Gaila**
**18017 Chatsworth Street**
**# 369**
**Northridge, CA 91344**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.483 2**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |

**$719.88**

**Neil Gaila**
**17726 Kinzie Street**
**# 76**
**Los Angeles, CA 91325**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.483 3**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |

**$774.96**

**Neil Haque**
**375 Lindenwood Drive East**
**Winnipeg MB R3P2H1**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.483 4**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |

**$428.32**

**Neil Nylander**
**7345 164th Ave NE**
**Suite I145-316**
**Redmond, WA 98052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.483 5**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |

**$758.11**

**Neil Parry**
**4 Copperbeech Drive**
**Tredegar WLS NP224FD**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Launch Pad LLC**
Name

Case number *(if known)* _____

---

| 3.483 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$741.06** |

**Neil Skoglund**
**46 North Side**
**The Cardinals**
**Farnham ENG GU10 1ED**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.483 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$759.89** |

**Neill Macguire**
**7 Heather Avenue**
**Glasgow SCT G61 3AN**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.483 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,123.88** |

**Nelson Lee**
**13845 Proctor Avenue**
**La Puente, CA 91746**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.483 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$69.00** |

**Nemanja Milojevic**
**Momacka 4**
**Beograd  11050**
**SERBIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.484 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$837.80** |

**Nenad Zec**
**Buchrainweg 65**
**Offenbach  63069**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.484 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$712.56** |

**Nery Carranza-Vences**
**1046 Caldwell Ave**
**Vallejo, CA 94591**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Launch Pad LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.484 2**

**Nonpriority creditor's name and mailing address**

**Neslihan Uslu**
**Neslihan Eczanesi Istasyon Mah. Leylak C**
**Ankara  6790**
**TURKEY**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$837.05**

---

**3.484 3**

**Nonpriority creditor's name and mailing address**

**Nestor Gonzalez**
**9580 Blackbear Dr**
**Reno, NV 89506**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$687.81**

---

**3.484 4**

**Nonpriority creditor's name and mailing address**

**Nestor Pimentel**
**3030 McKinney Ave Apt 505**
**Dallas, TX 75204-7482**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$430.14**

---

**3.484 5**

**Nonpriority creditor's name and mailing address**

**Nevin Mcclintock**
**38 Kellett St**
**Northcote VIC 3070**
**AUSTRAILA**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,723.99**

---

**3.484 6**

**Nonpriority creditor's name and mailing address**

**Laila and Eric New Home**
**11533 Brighton Knoll Loop**
**Riverview, FL 33579**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$659.52**

---

**3.484 7**

**Nonpriority creditor's name and mailing address**

**Nexhmedin Hajrizi**
**Im Bans 4**
**Pinneberg  25421**
**GERMANY**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$3,438.41**

---

**3.484 8**

**Nonpriority creditor's name and mailing address**

**Neysi Anderson**
**8532 Via Mallorca**
**Unit B**
**La Jolla, CA 92037**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$741.58**

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.4849**

**Nonpriority creditor's name and mailing address**
**Anh Nguyen**
**1620 W Center St, #255**
**Rochester, MN 55902**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,369.14**

---

**3.4850**

**Nonpriority creditor's name and mailing address**
**Vu Nguyen**
**9625 Pine Lake Dr**
**Houston, TX 77055**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$659.52**

---

**3.4851**

**Nonpriority creditor's name and mailing address**
**Nhat Nguyen**
**3109 Brandywine Drive**
**San Jose, CA 95121**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$915.38**

---

**3.4852**

**Nonpriority creditor's name and mailing address**
**Nicholas Axcell**
**3522 Cornwall Court**
**Missouri City, TX 77459**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$430.52**

---

**3.4853**

**Nonpriority creditor's name and mailing address**
**Nicholas Bardoutsos**
**133 N Bread Street**
**Unit 1I1**
**Philadelphia, PA 19106**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,479.08**

---

**3.4854**

**Nonpriority creditor's name and mailing address**
**Nicholas Barlow**
**3628 Omalley Ln**
**Montgomery, AL 36116**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$634.52**

---

**3.4855**

**Nonpriority creditor's name and mailing address**
**Nicholas Bolda**
**2787 West Fox Hunters Loop**
**Lehi, UT 84043**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$633.12**

---

Debtor  **Launch Pad LLC**
_____
Name

Case number *(if known)* _____

---

| 3.485 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nicholas Brandenstein**
**6560 Calgary Court**
**Columbus, OH 43229**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$709.00**

---

| 3.485 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nicholas Bui**
**80 Maffey Cresent**
**Richmond Hill ON L4S 0A8**
**CANADA**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$717.35**

---

| 3.485 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nicholas Canada**
**2801 Walnut Hill St**
**3D**
**Philadelphia, PA 19152**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$712.28**

---

| 3.485 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nicholas Christianson**
**2308 North 167th Avenue**
**Omaha, NE 68116**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$658.87**

---

| 3.486 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nicholas Diederich**
**6 West Benson Street**
**Reading, OH 45215**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$464.11**

---

| 3.486 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nicholas Diguido**
**11710 S Hamlin Ave**
**Alsip, IL 60803**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$758.07**

---

| 3.486 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nicholas Dussault**
**156 Avenue Des Jonquilles**
**Gatineau QC J9A 2J7**
**CANADA**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$19.00**

---

Debtor    **Launch Pad LLC**
_____
Name                                                    Case number (if known) _____

| | |
|---|---|
| **3.486 3** | |

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$708.50**

**Nicholas Fyda**
**316 Perth Ct**
**Roseville, CA 95747**
    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

Date(s) debt was incurred _          **Basis for the claim:** _

Last 4 digits of account number _          Is the claim subject to offset? ■ No  ☐ Yes

---

| |
|---|
| **3.486 4** |

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$1,284.14**

**Nicholas Gohr**
**904 Glenmont Road**
**Keller, TX 76248-0379**
    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

Date(s) debt was incurred _          **Basis for the claim:** _

Last 4 digits of account number _          Is the claim subject to offset? ■ No  ☐ Yes

---

| |
|---|
| **3.486 5** |

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$610.01**

**Nicholas Hahn**
**Sophienstrasse 51**
**Frankfurt  60487**
**GERMANY**
    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

Date(s) debt was incurred _          **Basis for the claim:** _

Last 4 digits of account number _          Is the claim subject to offset? ■ No  ☐ Yes

---

| |
|---|
| **3.486 6** |

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$709.19**

**Nicholas Karim**
**4024 Campus Willows Loop Northeast**
**Lacey, WA 98516**
    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

Date(s) debt was incurred _          **Basis for the claim:** _

Last 4 digits of account number _          Is the claim subject to offset? ■ No  ☐ Yes

---

| |
|---|
| **3.486 7** |

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$1,272.52**

**Nicholas Librandi**
**46 Wavey Willow Lane**
**Montgomery, NY 12549**
    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

Date(s) debt was incurred _          **Basis for the claim:** _

Last 4 digits of account number _          Is the claim subject to offset? ■ No  ☐ Yes

---

| |
|---|
| **3.486 8** |

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$742.74**

**Nicholas Lindsay**
**11 Verburg Court**
**Stuart Park NT 820**
**AUSTRAILA**
    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

Date(s) debt was incurred _          **Basis for the claim:** _

Last 4 digits of account number _          Is the claim subject to offset? ■ No  ☐ Yes

---

| |
|---|
| **3.486 9** |

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$59.52**

**Nicholas Longo**
**837 SW 29th St**
**Cape Coral, FL 33914**
    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

Date(s) debt was incurred _          **Basis for the claim:** _

Last 4 digits of account number _          Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.487 0**

**Nonpriority creditor's name and mailing address**

**Nicholas Manson**
**885 Craigflower Road, #402**
**Victoria BC V9A 2X4**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$54.33**

---

**3.487 1**

**Nonpriority creditor's name and mailing address**

**Nicholas Opie**
**L3, 200 Lygon St**
**Carlton VIC 3053**
**AUSTRAILA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$783.08**

---

**3.487 2**

**Nonpriority creditor's name and mailing address**

**Nicholas Platt**
**78 South 1st Street, #15**
**Brooklyn, NY 11249**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$700.15**

---

**3.487 3**

**Nonpriority creditor's name and mailing address**

**Nicholas Pownall**
**46 Burgh Heath Road**
**Epsom ENG KT17 4LX**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$849.70**

---

**3.487 4**

**Nonpriority creditor's name and mailing address**

**Nicholas Pucci**
**2000 South Ocean Blvd**
**17F**
**Boca Raton, FL 33432**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$659.52**

---

**3.487 5**

**Nonpriority creditor's name and mailing address**

**Nicholas Robbins**
**5800 Martin Luther Ave**
**Birmingham, AL 35228**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$689.52**

---

**3.487 6**

**Nonpriority creditor's name and mailing address**

**Nicholas Roua**
**37 Brumstead Drive**
**Richmond Hill ON L4E 4Y6**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$717.35**

---

Debtor    **Launch Pad LLC**                                         Case number (if known) _____
                    Name

| 3.487 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $712.28 |

**Nicholas Rudolph**
**314 Richmond St**
**Philadelphia, PA 19125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.487 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,736.55 |

**Nicholas Ruggles**
**1065 Sullivan Rd**
**Ogden, UT 84403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.487 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $851.52 |

**Nicholas Soldani**
**2037 Friendship Dr**
**Spring Hill, TN 37174**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.488 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $715.00 |

**Nicholas Stanek**
**3601 Grant Line Road**
**Rancho Cordova, CA 95742**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.488 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,474.06 |

**Nicholas Ternes**
**#203 10624 78 Ave Nw, 203**
**Edmonton AB T6E1P5**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.488 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,474.27 |

**Nicholas Welker**
**6737 Friars Road**
**Unit 191**
**San Diego, CA 92108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Launch Pad LLC**
_____
Name                                                    Case number *(if known)* _____

| 3.488 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$802.02** |
|---|---|---|---|

**Nick Blackburn**
**31 Danesfort Avenue**
**Acomb**
**York ENG YO243AN**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.488 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$837.18** |
|---|---|---|---|

**Nick Brookes**
**1 Grosvenor Road**
**Barnwood**
**Gloucester ENG GL2 0SA**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.488 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$726.65** |
|---|---|---|---|

**Nick Cardinale**
**48 St Pauls Ave**
**Sydney NSW 2154**
**AUSTRAILA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.488 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,361.60** |
|---|---|---|---|

**Nick Caruso**
**6326 Glenview Place**
**Pittsburgh, PA 15206**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.488 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$739.14** |
|---|---|---|---|

**Nick Crowther**
**62 Regent Road**
**Chorley ENG PR7 2TL**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.488 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$850.87** |
|---|---|---|---|

**Nick Ellering**
**5652 Twin Lake Ter N**
**Crystal, MN 55429**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Launch Pad LLC**
    Name

Case number *(if known)* _____

| 3.488 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $930.71 |
|---|---|---|---|

**Nick Gauthier**
**47 Warren Street**
**Arlington, MA 02474**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.489 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $659.14 |
|---|---|---|---|

**Nick Gower**
**1907 Encino Belle**
**San Antonio, TX 78259**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.489 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,049.14 |
|---|---|---|---|

**Nick Greife**
**1011 Caroline Drive**
**Washington, MO 63090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.489 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,957.59 |
|---|---|---|---|

**Nick Greufe**
**37378 Parsons Creek Road**
**Springfield, OR 97478**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.489 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $741.21 |
|---|---|---|---|

**Nick Holman**
**5 Frys Meadow**
**Stanford In The Vale**
**Faringdon ENG SN78FN**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.489 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $658.87 |
|---|---|---|---|

**Nick Howard**
**13201 S Wakial Loop**
**Apt 2092**
**Phoenix, AZ 85044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.489 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $725.32 |
|---|---|---|---|

**Nick Kuzmik**
**657 Pine Point Drive**
**Akron, OH 44333**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

Official Form 206 E/F                 Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Launch Pad LLC**
_____    Case number (if known) _____
Name

| | | |
|---|---|---|
| **3.4896** | Nonpriority creditor's name and mailing address | $464.55 |

**Nick Mooneyham**
**2365 Monarchos Ln**
**Montgomery, IL 60538**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.4897** | Nonpriority creditor's name and mailing address | $760.62 |

**Nick Nicolaides**
**18 Kenmare Gardens**
**London ENG N13 5DN**
**UNITED KINGDOM**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.4898** | Nonpriority creditor's name and mailing address | $703.80 |

**Nick Simec**
**545 Young Avenue**
**Apartment 1**
**Halifax NS B3H 2V4**
**CANADA**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.4899** | Nonpriority creditor's name and mailing address | $915.40 |

**Nick Speranzella**
**324 E 2nd Ave #425**
**Columbus, OH 43201**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.4900** | Nonpriority creditor's name and mailing address | $510.59 |

**Nick Tann**
**17 Harper Grove**
**Spennymoor ENG DL16 6FN**
**UNITED KINGDOM**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.4901** | Nonpriority creditor's name and mailing address | $1,309.52 |

**Nick Wilkens**
**123 West 1st Street**
**Ste D**
**Monroe, MI 48161**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.490 2**

**Nonpriority creditor's name and mailing address**

**Nick Yang**
**6 Whitehaven Lane**
**Kitchener ON N2H 0B3**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$690.28**

---

**3.490 3**

**Nonpriority creditor's name and mailing address**

**Broderick Nickelberry Jr.**
**333 Alabama Street**
**Vallejo, CA 94590**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,880.07**

---

**3.490 4**

**Nonpriority creditor's name and mailing address**

**Nicklas Astling**
**Kohagsberget 1**
**Torslanda  42351**
**SWEDEN**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$588.32**

---

**3.490 5**

**Nonpriority creditor's name and mailing address**

**Nico Pitney**
**18 Elgin Park**
**San Francisco, CA 94103**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$464.90**

---

**3.490 6**

**Nonpriority creditor's name and mailing address**

**Nicolae Nistor**
**Str. Vaii , Nr. 95**
**Sura Mare SB 557265**
**ROMANIA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$848.00**

---

**3.490 7**

**Nonpriority creditor's name and mailing address**

**Nicolas Garces**
**8818 Southwest 127th Terrace**
**Miami, FL 33176**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,369.52**

---

**3.490 8**

**Nonpriority creditor's name and mailing address**

**Nicolas Kruk**
**908 Adeline Court**
**Durham, NC 27713**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,309.52**

---

Debtor    **Launch Pad LLC**                                                    Case number *(if known)*
_____
Name

| 3.490 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$652.61** |

**Nicolas Londono**
**7128 Diamond Head Rd**
**Jacksonville, FL 32216**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.491 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,308.12** |

**Nicolas Martelli**
**532 569**
**La Plata B 1900**
**ARGENTINA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.491 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,277.19** |

**Nicolas Massri**
**1990 Northeast 186th Drive**
**North Miami Beach, FL 33179**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.491 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$650.29** |

**Nicolas Massri**
**1990 NE 186th Dr**
**North Miami Beach, FL 33179**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.491 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$664.86** |

**Nicolas Sanchez**
**Siria 580**
**Hurlingham B 1686**
**ARGENTINA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.491 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$559.90** |

**Nicolas Swallow**
**Flat 2, 98 Brixton Hill**
**London ENG SW2 1QN**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.491 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$708.50** |

**Nicole Cesa**
**1555 Mesa Verde Dr E**
**Apt 32C**
**Costa Mesa, CA 92626-5201**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Launch Pad LLC**
_____
Name

Case number (if known) _____

| 3.491 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $659.52 |
| **Nicole Maturin** | ☐ Contingent | |
| **208 Woodcrest Circle** | ☐ Unliquidated | |
| **New Iberia, LA 70560** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.491 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $893.55 |
| **Nicole Williams** | ☐ Contingent | |
| **60 West 14th Street** | ☐ Unliquidated | |
| **4A** | ☐ Disputed | |
| **New York, NY 10011** | | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.491 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $807.00 |
| **Nicoleta Florenta Heica** | ☐ Contingent | |
| **Str. Sibiu 17, Bl Z5, Sc A, Et 3, Ap 20,** | ☐ Unliquidated | |
| **Bucharest B 61535** | ☐ Disputed | |
| **ROMANIA** | | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.491 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $778.50 |
| **Nicoleta Florenta Heica** | ☐ Contingent | |
| **Strada Sibiu Nr.17 Bl.Z5 Sc.A Et.3 Apart** | ☐ Unliquidated | |
| **Sector 6 B 61535** | ☐ Disputed | |
| **ROMANIA** | | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.492 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $798.92 |
| **Nicon Bordeianu** | ☐ Contingent | |
| **Alexanderstrasse 15** | ☐ Unliquidated | |
| **Berlin  10179** | ☐ Disputed | |
| **GERMANY** | | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.492 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $685.28 |
| **Niels Nielsen** | ☐ Contingent | |
| **4 Washington Avenue** | ☐ Unliquidated | |
| **Unit D** | ☐ Disputed | |
| **Saugerties, NY 12477** | | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.492 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $902.64 |
| **Niels Paulus** | ☐ Contingent | |
| **Zeilstraat 60, #3** | ☐ Unliquidated | |
| **Amsterdam  1075 SK** | ☐ Disputed | |
| **NETHERLANDS** | | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.492 3**

**Nonpriority creditor's name and mailing address**
**Nigel Webb**
**125 Ladyfield Road**
**Chippenham ENG SN14 0AP**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$951.89**

---

**3.492 4**

**Nonpriority creditor's name and mailing address**
**Nii Amartey**
**2925 Silverthorn Dr**
**Charlotte, NC 28273**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$659.52**

---

**3.492 5**

**Nonpriority creditor's name and mailing address**
**Nikhil Jagadeeshwar**
**5241 Stream Bank Ln**
**Greenbelt, MD 20770**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$659.52**

---

**3.492 6**

**Nonpriority creditor's name and mailing address**
**Niklas Laninge**
**Planterarvagen 75**
**Enskede Gard  12048**
**SWEDEN**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$906.55**

---

**3.492 7**

**Nonpriority creditor's name and mailing address**
**Nikola Bravo**
**1303 Palm Ridge Lane**
**San Jose, CA 95123**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$748.49**

---

**3.492 8**

**Nonpriority creditor's name and mailing address**
**Nikolai Iakoubenia**
**Kantaras 9**
**Latsia, Nicosia  2221**
**CYPRUS**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,589.18**

---

**3.492 9**

**Nonpriority creditor's name and mailing address**
**Nikolai Iakoubenia**
**Kantaras 9**
**Latsia, Nicosia  2221**
**CYPRUS**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$873.20**

---

Debtor    **Launch Pad LLC**                                   Case number (if known) _____
_____
     Name

| | |
|---|---|
| **3.4930** | |

**Nonpriority creditor's name and mailing address**

**Nikolai Zapero**
**137 Beaver Street**
**San Francisco, CA 94114**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$3,382.32

---

| | |
|---|---|
| **3.4931** | |

**Nonpriority creditor's name and mailing address**

**Nikolaos Mantelos**
**Marmara #7**
**Stamata Athens  14575**
**GREECE**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$585.16

---

| | |
|---|---|
| **3.4932** | |

**Nonpriority creditor's name and mailing address**

**Nikolay Ivanov**
**770 Pearson St., #302**
**Des Plaines, IL 60016**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$2,413.75

---

| | |
|---|---|
| **3.4933** | |

**Nonpriority creditor's name and mailing address**

**Nikoo Parker**
**18531 Wells Drive**
**Los Angeles, CA 91356**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$719.88

---

| | |
|---|---|
| **3.4934** | |

**Nonpriority creditor's name and mailing address**

**Nil Patel**
**1003 North Church Street, #203**
**Elkhorn, WI 53121**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$3,133.44

---

| | |
|---|---|
| **3.4935** | |

**Nonpriority creditor's name and mailing address**

**Nil Patel**
**1003 North Church Street, #203**
**Elkhorn, WI 53121**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$817.07

---

| | |
|---|---|
| **3.4936** | |

**Nonpriority creditor's name and mailing address**

**Nile Roberts**
**603 Shale Gray Court**
**Cary, NC 27519**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$739.52

---

Debtor __Launch Pad LLC__        Case number *(if known)* _____
    Name

| | | | |
|---|---|---|---|
| **3.493 7** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$779.44** |

**Nils Borke**
**Weserstrasse 54**
**Vintego Gmbh**
**Wilhelmshaven  26382**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | | |
|---|---|---|---|
| **3.493 8** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$430.52** |

**Nima Gurung**
**47-05 47th Ave**
**2F**
**Woodside, NY 11377**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | | |
|---|---|---|---|
| **3.493 9** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$510.93** |

**Nimalan Rajesparan**
**2 Cranbrook Drive**
**Romford ENG RM2 6AP**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | | |
|---|---|---|---|
| **3.494 0** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,786.49** |

**Nina Boceva**
**Han Asparuh 18**
**Bansko  2770**
**BULGARIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | | |
|---|---|---|---|
| **3.494 1** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,045.87** |

**Nina Boceva**
**Han Asparuh 18**
**Bansko  2770**
**BULGARIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | | |
|---|---|---|---|
| **3.494 2** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$683.87** |

**Ninel Bejan**
**11333 North 92nd Street**
**Unit 1042**
**Scottsdale, AZ 85260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.494 3**

**Nonpriority creditor's name and mailing address**

**Nipun Walia**
**193 Royal Street**
**Yokine WA 6060**
**AUSTRAILA**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$805.98**

---

**3.494 4**

**Nonpriority creditor's name and mailing address**

**Nirmal Gill**
**13 Saddlelake Grove Northeast**
**Calgary AB T3J 0P1**
**CANADA**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$656.72**

---

**3.494 5**

**Nonpriority creditor's name and mailing address**

**Nirmal Patel**
**305 Jennifer Lane**
**Roselle, IL 60172**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,400.78**

---

**3.494 6**

**Nonpriority creditor's name and mailing address**

**Nirmit Parekh**
**2 Berkshire Ct**
**Streamwood, IL 60107**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$936.26**

---

**3.494 7**

**Nonpriority creditor's name and mailing address**

**Niseforo Rivera**
**1345 E Loftus Lane**
**Fresno, CA 93710**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$742.36**

---

**3.494 8**

**Nonpriority creditor's name and mailing address**

**Nithin Kantareddy**
**85 Seaport Blvd, #307**
**Boston, MA 02210**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$456.83**

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.4949**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,003.53 |
|---|---|---|
| **Nithya Racharla**<br>**12 Best Street, Reservoir**<br>**Unit 2**<br>**Melbourne VIC 3073**<br>**AUSTRAILA** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.4950**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $757.64 |
|---|---|---|
| **Nizam Uddin**<br>**91 Fifth Avenue**<br>**London ENG W104DW**<br>**UNITED KINGDOM** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.4951**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $684.52 |
|---|---|---|
| **Nizar Rafie**<br>**13917 River Willow Pl Tampa, Florida 336**<br>**Tampa, FL 33637** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.4952**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,272.14 |
|---|---|---|
| **Noah Terrazas**<br>**12404 Snowdrop Drive**<br>**Austin, TX 78739** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.4953**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $851.14 |
|---|---|---|
| **Noah Terrazas**<br>**12404 Snowdrop Drive**<br>**Austin, TX 78739** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.4954**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $724.29 |
|---|---|---|
| **Noah Wrubel**<br>**17 Depeyster Ave**<br>**Tenafly, NJ 07670** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor    **Launch Pad LLC**
_____
Name
Case number (*if known*) _____

| 3.495 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9,194.39** |
|---|---|---|---|

**Noe Cebreros**
**40125 Los Alamos Road**
**D131**
**Murrieta, CA 92562**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.495 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$850.87** |
|---|---|---|---|

**Noel Cabadas**
**3302 North 64th Drive**
**Phoenix, AZ 85033**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.495 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,483.72** |
|---|---|---|---|

**Noel Fox**
**770 Lakeview Avenue**
**San Francisco, CA 94112**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.495 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$469.11** |
|---|---|---|---|

**Noemi Aguirre**
**4165 Woodlawn Avenue**
**Los Angeles, CA 90011**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.495 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$708.21** |
|---|---|---|---|

**Nojem Libson**
**2962 Texcoc Drive**
**Eagle Pass, TX 78852**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.496 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,873.13** |
|---|---|---|---|

**NordicCom Scandinavia AB**
**Jarnvagsgatan 8**
**Hovmantorp  36542**
**SWEDEN**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.496 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$429.12** |
|---|---|---|---|

**Noreen Thur**
**4703 So Yucca Dr**
**Taylorsville, UT 84123**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.496
2**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$727.33** |
| **Norman Morales Vega**<br>**Cerrada Alberto Zamora 26**<br>**Villa Coyoacan**<br>**Mexico City DF 4000**<br>**MEXICO** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.496
3**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$698.36** |
| **Norman Roa**<br>**Cataluia 32-A Col. Los Portales**<br>**32-A**<br>**Hermosillo SON 83247**<br>**MEXICO** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.496
4**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$724.37** |
| **Normand Hall**<br>**530 South 51st Street**<br>**Tacoma, WA 98408** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.496
5**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$734.08** |
| **Andrew Norris**<br>**200 W. 64th Street**<br>**Inglewood, CA 90302-1126** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.496
6**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,509.33** |
| **Nour Abuhassan**<br>**Vpost Uk, Unit 9, Britannia Industrial E**<br>**Suite Qc-2040-3470, Poyle Road**<br>**Colnbrook ENG SL3 0BH**<br>**UNITED KINGDOM** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.496
7**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$126.14** |
| **Noureddine Mriouah**<br>**10 Collins Lake Place**<br>**Mableton, GA 30126** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.496 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$871.28** |
|---|---|---|---|

**Nouri Brahmia**
**1160 Rue Belanger, Montreal, Qc**
**Ville De Montreal QC H2S1H4**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.496 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$510.49** |
|---|---|---|---|

**Nsilu Ferreira**
**84256 York House, Green Lane West**
**Preston ENG PR3 1NJ**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.497 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$941.10** |
|---|---|---|---|

**Nuno Correia**
**Rua De Pedroucos No 4 1o Drt**
**Lisboa PT-11 1400-289**
**PORTUGAL**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.497 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$708.74** |
|---|---|---|---|

**Nuno Lopes**
**120 University Place Room B215**
**University Of Glasgow Sir Graeme Davis**
**Glasgow SCT G12 8TA**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.497 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$724.62** |
|---|---|---|---|

**Oba Vincent**
**2707 N 1700 E**
**84040, UT 84040**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.497 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$430.52** |
|---|---|---|---|

**Octavio Perez**
**581 N Forest Cove Loop**
**Coldspring, TX 77331**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.497 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $711.15 |

**Odair Civelli Junior**
**Rua Rio Mambu 27**
**Vinhedo SP 13287-594**
**BRAZIL**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.497 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $143.10 |

**Odair Civelli Junior**
**Rua Rio Mambu 27**
**Sao Joaquim SP 13287-594**
**BRAZIL**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.497 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $717.55 |

**Odair Civelli Junior**
**Rua Rio Mambu, 27**
**Sao Joquim SP 13287-594**
**BRAZIL**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.497 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $659.14 |

**Oday Bisharat**
**5 Patty Ellen Dr**
**St. Peters, MO 63376**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.497 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $738.75 |

**Odysseas Bormpoudakis**
**Urbanstrasse 94**
**Berlin  10967**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.497 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $984.07 |

**Oele Geirnaert**
**Palmenlaan 16**
**Bus 12**
**Liedekerke  1770**
**BELGIUM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.498 0**

**Nonpriority creditor's name and mailing address**

**Oguz Aksehir**
**430 St Davids Square**
**London ENG E14 3WQ**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$510.63**

---

**3.498 1**

**Nonpriority creditor's name and mailing address**

**Oladapo Dosunmu**
**3306 Broken Branch Court**
**Apt 132**
**Sacramento, CA 95834**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$709.55**

---

**3.498 2**

**Nonpriority creditor's name and mailing address**

**Aldo Olano**
**10866 Washington Blvd**
**Apt 27**
**Culver City, CA 90232**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$472.27**

---

**3.498 3**

**Nonpriority creditor's name and mailing address**

**Olatunde Adebanjo**
**19 Eden Park Avenue**
**Beckenham**
**Kent ENG BR3 3HJ**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$827.02**

---

**3.498 4**

**Nonpriority creditor's name and mailing address**

**Olatunde Ajanaku**
**Flat 2, Mahoney House**
**Heald Street**
**London ENG SE14 6TX**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$803.88**

---

**3.498 5**

**Nonpriority creditor's name and mailing address**

**Oleg Dimov**
**1607 Abram Court**
**San Leandro, CA 94577**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$748.94**

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.498 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,633.02 |
|---|---|---|
| **Oleg Dmitiev**<br>**Alte Schonhauser Str 32C**<br>**Berlin  10119**<br>**GERMANY** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.498 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,557.53 |
|---|---|---|
| **Oleg Onischuk**<br>**Khmelnitskoe Highway 89**<br>**Flat 71**<br>**Vinnitsa  21021**<br>**UKRAINE** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.498 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,459.94 |
|---|---|---|
| **Oleg Onischuk**<br>**Khmelnitskoe Highway 89**<br>**Flat 71**<br>**Vinnitsa  21021**<br>**UKRAINE** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.498 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,545.91 |
|---|---|---|
| **Oleksii Graban**<br>**Bolgarskaya 87 (22 Kadorr), #127**<br>**Odessa  65000**<br>**UKRAINE** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.499 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,446.44 |
|---|---|---|
| **Olgi Zenullari**<br>**400 5th Ave**<br>**49Fgh**<br>**New York, NY 10018** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.499 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,371.66 |
|---|---|---|
| **Oliver Chapman**<br>**48 Central Park Drive**<br>**Birmingham ENG B18 5RR**<br>**UNITED KINGDOM** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.499 2**

**Nonpriority creditor's name and mailing address**

**Oliver Juang**
**2703 Mathews St**
**Berkeley, CA 94702**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$690.93**

---

**3.499 3**

**Nonpriority creditor's name and mailing address**

**Oliver Wolter**
**Daniel-Greiner-Weg 8**
**Seeheim-Jugenheim  64342**
**GERMANY**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,671.66**

---

**3.499 4**

**Nonpriority creditor's name and mailing address**

**John Oliver**
**904 Stephenstown Rd**
**Linden, TN 37096**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,049.52**

---

**3.499 5**

**Nonpriority creditor's name and mailing address**

**Olivia Alvarez**
**1752 Sherry Lane, #21**
**Santa Ana, CA 92705**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$928.02**

---

**3.499 6**

**Nonpriority creditor's name and mailing address**

**Olivier Boukli**
**23 Washington St**
**Port Chester, NY 10573**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$757.88**

---

**3.499 7**

**Nonpriority creditor's name and mailing address**

**Olivier Sorin**
**321 Soudan Avenue**
**Toronto ON M4S1W6**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,866.01**

---

**3.499 8**

**Nonpriority creditor's name and mailing address**

**Agustin Olmos**
**2101 Janette Drive Napa**
**Napa, CA 94558**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$4,981.43**

---

Debtor    **Launch Pad LLC**                                        Case number *(if known)* _____
_____
Name

| | | |
|---|---|---|
| **3.4999** | | |

**Nonpriority creditor's name and mailing address**

**Olusegun Hundogan**
**6 Tweedsmuir Road**
**Cardiff WLS CF242RD**
**UNITED KINGDOM**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$763.84

---

| | | |
|---|---|---|
| **3.5000** | | |

**Nonpriority creditor's name and mailing address**

**Omaid Yaqubi**
**8 Franmar Road**
**Brampton ON L6X 0W2**
**CANADA**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,339.68

---

| | | |
|---|---|---|
| **3.5001** | | |

**Nonpriority creditor's name and mailing address**

**Omar Alquaseer**
**11218 Puckett River Dr**
**Cypress, TX 77433**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$746.56

---

| | | |
|---|---|---|
| **3.5002** | | |

**Nonpriority creditor's name and mailing address**

**Omar Marino**
**2685 Sunbranch Drive**
**Orlando, FL 32822**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$659.52

---

| | | |
|---|---|---|
| **3.5003** | | |

**Nonpriority creditor's name and mailing address**

**Omar Valdez Jara**
**Vinuel 5**
**Hermosillo SON 83220**
**MEXICO**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$634.14

---

| | | |
|---|---|---|
| **3.5004** | | |

**Nonpriority creditor's name and mailing address**

**Omer Carikcioglu**
**Buyukhanli Suadiye Konutlari A3 Blok Dai**
**Buyukhanli Suadiye Konutlari**
**Istanbul  34740**
**TURKEY**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$786.52

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.500 5 | **Nonpriority creditor's name and mailing address**<br>**Omer Mert Sezgin**<br>**17 Baronbali Street**<br>**Dundas NSW 2117**<br>**AUSTRAILA**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$805.98** |

| 3.500 6 | **Nonpriority creditor's name and mailing address**<br>**Omer Shahid**<br>**349 Frederick Street**<br>**Oldham ENG OL84HG**<br>**UNITED KINGDOM**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$806.83** |

| 3.500 7 | **Nonpriority creditor's name and mailing address**<br>**Onkar Singh**<br>**11 Chartwell Street**<br>**Aspley QLD 4034**<br>**AUSTRAILA**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$805.98** |

| 3.500 8 | **Nonpriority creditor's name and mailing address**<br>**Onur Eginlioglu**<br>**4215 43rd Ave**<br>**C19**<br>**Sunnyside, NY 11104**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$430.52** |

| 3.500 9 | **Nonpriority creditor's name and mailing address**<br>**Onur Ozturk**<br>**Onur Prestige Motors**<br>**Unit 3 Period Work**<br>**1 Lammas Road ENG E10 7QT**<br>**UNITED KINGDOM**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,059.71** |

| 3.501 0 | **Nonpriority creditor's name and mailing address**<br>**Onur Yildirim**<br>**1800 22nd Ave Apt 203**<br>**San Francisco, CA 94122**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$735.90** |

Debtor    **Launch Pad LLC**                                                   Case number (if known) _____
_____
        Name

| | | |
|---|---|---|
| 3.501<br>1 | **Nonpriority creditor's name and mailing address**<br>**Onyinye Gabriel**<br>**1244 Stone Castle Circle**<br>**Smyrna, GA 30080**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*  **$430.52**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.501<br>2 | **Nonpriority creditor's name and mailing address**<br>**Oprea Ovidiu**<br>**Str Pelbartus Nr 2 Bloc Europa 1 Ap 50**<br>**Timisoara TM 300649**<br>**ROMANIA**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*  **$857.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.501<br>3 | **Nonpriority creditor's name and mailing address**<br>**Oprea Ovidiu**<br>**Str Pelbartus Nr 2 Bloc Europa 1 Ap 50**<br>**Timisoara TM 300649**<br>**ROMANIA**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*  **$2,498.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.501<br>4 | **Nonpriority creditor's name and mailing address**<br>**Orazio De Grazia**<br>**6440 NW 114th Ave Unit 432 Doral Fl 3317**<br>**Doral, FL 33178**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*  **$576.70**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.501<br>5 | **Nonpriority creditor's name and mailing address**<br>**Orestes Jimenez**<br>**7162 W 33 Ln**<br>**Hialeah Gardens, FL 33018**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*  **$659.52**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.501<br>6 | **Nonpriority creditor's name and mailing address**<br>**Oreva Oboghor**<br>**710 Childers Cres, #210**<br>**Saskatoon SK S7L 6W4**<br>**CANADA**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*  **$1,329.33**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.501<br>7 | **Nonpriority creditor's name and mailing address**<br>**Orhan Bayhan**<br>**Schwalbacher Strasse 26**<br>**Frankfurt Am Main  60326**<br>**GERMANY**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*  **$884.36**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.5018**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Orhan Bozkurt**
**Grazer Strasse 1A**
**Top1**
**Judendorf-Strassengel  8111**
**AUSTRIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

$95.00

---

**3.5019**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Orhan Bozkurt**
**Grazer Strasse 1A**
**Top1**
**Judendorf-Strassengel  8111**
**AUSTRIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

$871.46

---

**3.5020**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Orin Henderson**
**935 Quincy St Nw**
**Washington Dc, DC 20011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

$430.52

---

**3.5021**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Oriol Montes**
**Naciones Unidas 7**
**Terrassa B 8225**
**SPAIN**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

$1,661.65

---

**3.5022**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Orion Sorrell**
**2011 University Avenue Northeast**
**Minneapolis, MN 55418**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

$1,368.87

---

**3.5023**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Orion Sorrell**
**2011 University Avenue Northeast**
**Minneapolis, MN 55418**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

$688.87

---

Debtor    **Launch Pad LLC**
_____    Case number (if known) _____
Name

| 3.502 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $430.52 |

**Orlando Pena**
8372 NW 68th St
Ep-12710
Santo Domingo, FL 33166

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.502 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $430.52 |

**Orlando Pliego**
805 N Olive Ave
Apt 704
West Palm Beach, FL 33401-3751

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.502 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $430.52 |

**Orlando Pliego**
805 N Olive Ave
Unit 704
West Palm Beach, FL 33401

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.502 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $684.14 |

**Oro Whitley**
10926 Old Manchaca Road
Austin, TX 78748

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.502 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $461.75 |

**Albino Orozco Jr**
21731 Fourth Ave
Stevinson, CA 95374-9608

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.502 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $430.52 |

**Orr Koren**
516 West 47th Street
S6F
New York, NY 10036

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **Launch Pad LLC**
         Name                                                    Case number *(if known)*

---

| 3.503 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,294.66** |

**Orvel Paulin**
**2433**
**Meldrum**
**Windsor ON N8W4E7**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.503 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$430.14** |

**Osama Jamil**
**7406 Sylvia Plath Drive**
**Laredo, TX 78041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.503 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$851.52** |

**Oscar Couch**
**12230 Ledbury Commons Drive**
**Gibsonton, FL 33534**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.503 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$851.52** |

**Oscar Couch**
**12230 Ledbury Commons Drive**
**Gibsonton, FL 33534**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.503 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$627.02** |

**Oscar Leon**
**10012 NW 7th St**
**Unit 107**
**Miami, FL 33172**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.503 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,140.51** |

**Oscar Montesinos Alarcon**
**Calle Azucena, 6 - 2O - 2a**
**Valencia V 46025**
**SPAIN**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Launch Pad LLC**
_____    Case number _(if known)_ _____
        Name

| 3.503 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$851.52** |
|---|---|---|---|

**Oscar Tovar**
**8609 Cedar Brook Point Dr**
**Houston, TX 77080**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.503 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$659.52** |
|---|---|---|---|

**Osilama Alemoh**
**2546 Ambling Circle**
**Crofton, MD 21114**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.503 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$593.65** |
|---|---|---|---|

**Oskar Mansbacka**
**Tegnergatan 57B**
**Stockholm   11161**
**SWEDEN**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.503 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$741.58** |
|---|---|---|---|

**Osmark Villasenor**
**2180 Hemlock Avenue**
**San Diego, CA 92154**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.504 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$467.74** |
|---|---|---|---|

**Osvaldo Gama**
**3149 Blake St**
**Apt 211**
**Denver, CO 80205**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.504 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$1,411.74** |
|---|---|---|---|

**Osvaldo Garcia**
**4731 Amal Saleh Dr**
**Irving, TX 75061**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.504 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$5,461.47** |
|---|---|---|---|

**Oswald Binford**
**295 Secr 2230**
**Corsicana, TX 75109**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.504 3**

**Nonpriority creditor's name and mailing address**

**Othman R'Ghioui**
**172 Leo-Lacombe**
**Laval QC H7N 3Y2**
**CANADA**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$871.33**

---

**3.504 4**

**Nonpriority creditor's name and mailing address**

**Oudom Ky**
**5051 Colina Drive**
**La Mesa, CA 91942**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$741.26**

---

**3.504 5**

**Nonpriority creditor's name and mailing address**

**Oudom Phommalychan**
**1931 Autumn Oak Place**
**Stockton, CA 95209**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$4,597.03**

---

**3.504 6**

**Nonpriority creditor's name and mailing address**

**Oumaima El Haidi**
**12 Blvd Du General Leclerc**
**Appartement 48**
**Clichy  92110**
**FRANCE**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$849.64**

---

**3.504 7**

**Nonpriority creditor's name and mailing address**

**Owais Jaleel**
**155 Yorkville Avenue**
**Unit 1514**
**Toronto ON M5R 0B4**
**CANADA**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$656.72**

---

**3.504 8**

**Nonpriority creditor's name and mailing address**

**Owen Atalifo**
**79 Woodcourt Street**
**Ambarvale NSW 2560**
**AUSTRAILA**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$4,281.14**

---

Debtor    **Launch Pad LLC**
_____    Case number (if known) _____
Name

| 3.504 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $430.52 |
|---|---|---|---|

**Owen Kroeger**
**11009 Walker Street**
**Grand Blanc, MI 48439**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.505 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $680.53 |
|---|---|---|---|

**Owen Lowe**
**38178 Waterford Dr**
**Willoughby, OH 44094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.505 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $951.89 |
|---|---|---|---|

**Owen Thomas**
**Flat 4, 19- 21 Brockley Rise, London, En**
**London ENG SE231JG**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.505 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $690.35 |
|---|---|---|---|

**Ozgur Bozdogan**
**12649 Avenue Fortin**
**Montreal QC H1G 4A3**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.505 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,443.07 |
|---|---|---|---|

**Ozgur Cinarli**
**Tacin Mahallesi 1872 Sokak No:1 D:27**
**Caliskan Apt.**
**Aksaray  68200**
**TURKEY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.505 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $658.87 |
|---|---|---|---|

**P Coman**
**8948 E Decatur Rd**
**Mesa, AZ 85207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor    **Launch Pad LLC**                                        Case number *(if known)* _____
_____
Name

| 3.505 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$721.50** |
| **Pablo Castaneda** | ☐ Contingent | |
| **3161 Wildwood Drive** | ☐ Unliquidated | |
| **Concord, CA 94518** | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.505 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,308.12** |
| **Pablo Martelli** | ☐ Contingent | |
| **Calle Porta 264, #701** | ☐ Unliquidated | |
| **Lima PE-LMA 15074** | ☐ Disputed | |
| **PERU** | | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.505 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$459.04** |
| **Pablo Rancier** | ☐ Contingent | |
| **36 Oak St** | ☐ Unliquidated | |
| **Rochelle Park, NJ 07662** | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.505 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$924.17** |
| **Pablo Sanoko** | ☐ Contingent | |
| **Dreve De La Brise 6** | ☐ Unliquidated | |
| **Bruxelles  1170** | ☐ Disputed | |
| **BELGIUM** | | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.505 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$756.14** |
| **Augusto Pacis** | ☐ Contingent | |
| **1917 N Valley Street** | ☐ Unliquidated | |
| **Burbank, CA 91505** | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.506 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$733.12** |
| **Paige Clayburn** | ☐ Contingent | |
| **1319 W 1440 N** | ☐ Unliquidated | |
| **Pleasant Grove, UT 84062** | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.506 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$851.52** |
| **Paige Pemberton** | ☐ Contingent | |
| **224 Bermuda Street** | ☐ Unliquidated | |
| **New Orleans, LA 70114** | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.506 2**

**Nonpriority creditor's name and mailing address**

**Paiusi Razvan**
**Strada Doaman Stanca 91B Intrare Pe Livi**
**Ap.04**
**Selimbar SB 557260**
**ROMANIA**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,006.98**

---

**3.506 3**

**Nonpriority creditor's name and mailing address**

**Pal Lande**
**Plogveien 77B**
**Oslo  681**
**NORWAY**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$490.82**

---

**3.506 4**

**Nonpriority creditor's name and mailing address**

**Meaghan Pan**
**115 Fare Stone Dr**
**Garner, NC 27529**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$3,984.41**

---

**3.506 5**

**Nonpriority creditor's name and mailing address**

**Panagiota Tragogeni**
**Kritis 8**
**4 Floor**
**Vrilissia  15235**
**GREECE**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$890.59**

---

**3.506 6**

**Nonpriority creditor's name and mailing address**

**Pano Georgakopoulos**
**6304 Brackett Road**
**Knoxville, TN 37938**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$684.52**

---

**3.506 7**

**Nonpriority creditor's name and mailing address**

**Parag Patel**
**6 Country Woods Drive**
**Kendall Park, NJ 08824**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$459.04**

---

Debtor **Launch Pad LLC**
_____  Case number _(if known)_ _____
Name

| 3.506 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $688.14 |
|---|---|---|---|

**Pardeep Dosanjh**
**760 East 52nd Ave**
**Vancouver BC V5X 1H2**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.506 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $681.56 |
|---|---|---|---|

**Parham Sadrizadeh**
**2801 Kelvin Avenue #592**
**Irvine, CA 92614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.507 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $462.50 |
|---|---|---|---|

**Parisa Kermani**
**790 Camino De La Reina**
**Apt#173**
**San Diego, CA 92108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.507 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $430.14 |
|---|---|---|---|

**Park Pokaisawan**
**13700 Hunter Dr.**
**Platte City, MO 64079**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.507 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $1,244.52 |
|---|---|---|---|

**Parsuram Shiv**
**68 Evergreen Ave**
**2F**
**Lynbrook, NY 11563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.507 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $681.72 |
|---|---|---|---|

**Parth Patel**
**572 Triangle Street**
**Ottawa ON K2E 0M1**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.507 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $2,325.94 |
|---|---|---|---|

**Pascal Boctor**
**337 Stanford Court**
**Irvine, CA 92612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Launch Pad LLC**
_____
Name

Case number *(if known)* _____

---

| 3.507 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$766.17** |
|---|---|---|---|

**Pascal Paratte**
**Avenue De Bel-Air 59**
**Chene-Bourg  1225**
**SWITZERLAND**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.507 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,752.00** |
|---|---|---|---|

**Pascal Specht**
**15 Rue Paul Doumer**
**Montreuil  93100**
**FRANCE**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.507 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$784.62** |
|---|---|---|---|

**Pascal Ulrich**
**Sagiweg 7C**
**Kussnacht Am Rigi  6403**
**SWITZERLAND**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.507 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$430.52** |
|---|---|---|---|

**Adam Paschke**
**500 West 43rd Street**
**Apt 35A**
**New York, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.507 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$460.66** |
|---|---|---|---|

**Pat Hanavan**
**28018 Evergreen Run**
**Imperial, PA 15126**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.508 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$736.63** |
|---|---|---|---|

**Patricia Nelson**
**16 Silverbirch Road**
**Bangor, Northern Ireland NIR BT19 6EU**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.508 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,876.63** |
|---|---|---|---|

**Patrick Alfred**
**124 Regimbald**
**Sainte-Therese QC J7E 4S6**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.508 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$871.33** |
|---|---|---|---|

**Patrick Bruno**
**128 Mill Street, #117**
**Deseronto ON K0K 1X0**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.508 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$430.14** |
|---|---|---|---|

**Patrick Burkholder**
**130 Nautilus Drive**
**Madison, WI 53705**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.508 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$806.01** |
|---|---|---|---|

**Patrick Cain**
**14858 3/4 Dickens Street**
**Sherman Oaks, CA 91403**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.508 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$766.52** |
|---|---|---|---|

**Patrick Demerecz**
**1021 Prospect Rd**
**Evans City, PA 16033**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.508 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$730.89** |
|---|---|---|---|

**Patrick Doran**
**299 Cobblestone Lane**
**Bethlehem, PA 18020**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.508 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$744.23** |
|---|---|---|---|

**Patrick Dubois**
**1502 Patrick Way**
**Greenacres, FL 33413**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.508 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$865.45** |
|---|---|---|---|

**Patrick Geng**
**Muhlenweg 12**
**Baar  56729**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.508 9**

**Nonpriority creditor's name and mailing address**

**Patrick Hachicho**
**524 Berry Chase Way**
**Cary, NC 27519**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$430.52

---

**3.509 0**

**Nonpriority creditor's name and mailing address**

**Patrick Henderson**
**2123 Azalea Drive S**
**Wiggins, MS 39577**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$627.02

---

**3.509 1**

**Nonpriority creditor's name and mailing address**

**Patrick Kenny**
**45 Maplewood Ave**
**Maplewood, NJ 07040**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$703.21

---

**3.509 2**

**Nonpriority creditor's name and mailing address**

**Patrick Kiely**
**2931 Fraser Street**
**Vancouver BC V5T 3W2**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$446.88

---

**3.509 3**

**Nonpriority creditor's name and mailing address**

**Patrick Koman**
**6520 Roe Street**
**Cincinnati, OH 45227**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$791.41

---

**3.509 4**

**Nonpriority creditor's name and mailing address**

**Patrick Krause**
**1525 Josephine St.**
**Berkeley, CA 94703**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,494.26

---

**3.509 5**

**Nonpriority creditor's name and mailing address**

**Patrick Lawson**
**3211 West Wapato Drive**
**Unit 64**
**Moses Lake, WA 98837**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$770.91

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.5096**

**Nonpriority creditor's name and mailing address**

**Patrick Maader**
**Oldachstrasse 16**
**Hamburg  22307**
**GERMANY**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,087.85**

---

**3.5097**

**Nonpriority creditor's name and mailing address**

**Patrick Malone**
**83 Kingsdown Parade**
**Bristol ENG BS65UJ**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,499.49**

---

**3.5098**

**Nonpriority creditor's name and mailing address**

**Patrick Nadon**
**1003 Cree Avenue**
**Woodstock ON N4T 1E7**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$748.63**

---

**3.5099**

**Nonpriority creditor's name and mailing address**

**Patrick Osoro**
**Promenade Des Champs-Frechets 18**
**Geneva  1217**
**SWITZERLAND**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$789.45**

---

**3.5100**

**Nonpriority creditor's name and mailing address**

**Patrick Rice**
**50 E 13th St.**
**Unit 710**
**Kansas City, MO 64106**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$69.00**

---

**3.5101**

**Nonpriority creditor's name and mailing address**

**Patrick Rice**
**50 E 13th St.**
**Unit 710**
**Kansas City, MO 64106**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$674.76**

---

**3.5102**

**Nonpriority creditor's name and mailing address**

**Patrick Salyer**
**645 Riviera Dr**
**Los Altos, CA 94024**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,490.54**

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.510 3**

**Nonpriority creditor's name and mailing address**

**Patrick Sidoti**
**3037 Knox Ave S, #5**
**Minneapolis, MN 55408**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$658.87**

---

**3.510 4**

**Nonpriority creditor's name and mailing address**

**Patrick Wieth**
**Hugelstrasse 85A**
**Darmstadt  64283**
**GERMANY**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$889.64**

---

**3.510 5**

**Nonpriority creditor's name and mailing address**

**Patrick Wilms**
**Nicodemstr. 25**
**Monchengladbach  41068**
**GERMANY**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$837.63**

---

**3.510 6**

**Nonpriority creditor's name and mailing address**

**Thomas Patton**
**8227 Kensington Sq**
**Jacksonville, FL 32217**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$689.52**

---

**3.510 7**

**Nonpriority creditor's name and mailing address**

**Paul Becker**
**4242 Lynnfield Cres**
**Victoria BC V8N 5C7**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$871.33**

---

**3.510 8**

**Nonpriority creditor's name and mailing address**

**Paul Biagio**
**590 26th Ave Apt 3**
**San Francisco, CA 94121-2940**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$713.38**

---

**3.510 9**

**Nonpriority creditor's name and mailing address**

**Paul Blodgett**
**1221 Warren Ave**
**Belvidere, IL 61008**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$826.80**

---

Debtor     **Launch Pad LLC**                                          Case number *(if known)* _____
                  Name

| 3.511 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $760.62 |

**Paul Bradford**
**62 Woodend**
**Birmingham ENG B20 1EN**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

   **Date(s) debt was incurred** _

   **Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.511 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $719.88 |

**Paul Capistrant**
**1814 Mariposa Drive**
**Petaluma, CA 94954**

☐ Contingent
☐ Unliquidated
☐ Disputed

   **Date(s) debt was incurred** _

   **Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.511 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $459.04 |

**Paul Carroll**
**18 Primrose Lane**
**Hackettstown, NJ 07840**

☐ Contingent
☐ Unliquidated
☐ Disputed

   **Date(s) debt was incurred** _

   **Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.511 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $79.33 |

**Paul Chauvet**
**198 Rue Ann, #611**
**Montreal QC H3C 0T2**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

   **Date(s) debt was incurred** _

   **Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.511 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $675.93 |

**Paul Chauvet**
**198 Rue Ann, #611**
**Montreal QC H3C 0T2**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

   **Date(s) debt was incurred** _

   **Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.511 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $740.02 |

**Paul Coogan**
**3 Broomfield**
**Park Street**
**St. Albans ENG AL2 2HY**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

   **Date(s) debt was incurred** _

   **Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor     **Launch Pad LLC**                                          Case number *(if known)* _____
           _____
           Name

| | | |
|---|---|---|
| 3.511 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$771.08** |

**Paul Cooper**
**92 Percival Road**
**Nottingham ENG NG5 2EX**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.511 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$871.33** |

**Paul Cowley**
**5765**
**Westport Road**
**West Vancouver BC V7W 2X7**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.511 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$801.83** |

**Paul Cutting**
**11 Dunedin Road**
**Rainham ENG RM13 8LA**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.511 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$689.52** |

**Paul Eisenberg**
**2 Sharon Drive**
**E Patchogue, NY 11772**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.512 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$468.06** |

**Paul Foster**
**66 Beechwood Dr**
**Oakland, CA 94618**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.512 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$915.38** |

**Paul Gadebusch**
**23028 Lake Forest Dr**
**Suite A**
**Laguna Hills, CA 92653**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|--------|-------------------|------------------------|--|
| | Name | | |

---

**3.512 2**

**Nonpriority creditor's name and mailing address**

**Paul Imhoff**
**139 Mardella Way**
**Holly Ridge, NC 28445**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,693.52**

---

**3.512 3**

**Nonpriority creditor's name and mailing address**

**Paul Jhung**
**107 Pauline Avenue**
**Toronto ON M6H 3M7**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$712.35**

---

**3.512 4**

**Nonpriority creditor's name and mailing address**

**Paul Lindsey**
**3598 Aster St**
**Salem, OR 97304**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,357.32**

---

**3.512 5**

**Nonpriority creditor's name and mailing address**

**Paul Lindsey**
**3598 Aster St**
**Salem, OR 97304**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,357.32**

---

**3.512 6**

**Nonpriority creditor's name and mailing address**

**Paul Mata**
**4643 Rim Cir, #204**
**Carlsbad, CA 92010**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$709.25**

---

**3.512 7**

**Nonpriority creditor's name and mailing address**

**Paul Schembri**
**1616 Council Street**
**Los Angeles, CA 90026**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$684.28**

---

**3.512 8**

**Nonpriority creditor's name and mailing address**

**Paul Shore**
**33553 1 Avenue**
**Mission BC V2V 1H4**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$704.41**

---

Debtor **Launch Pad LLC**
Name                                                                 Case number (if known) _____

| | | |
|---|---|---|
| 3.512 9 | **Nonpriority creditor's name and mailing address** | **$469.11** |

**Paul Soroudi**
**P.O. Box 24654**
**Los Angeles, CA 90024**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.513 0 | **Nonpriority creditor's name and mailing address** | **$674.05** |

**Paul Strasser**
**8728 Espacio Verde Road**
**Albuquerque, NM 87120**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.513 1 | **Nonpriority creditor's name and mailing address** | **$564.69** |

**Paul Thierbach**
**Kosliner Strasse 8**
**Berlin  13357**
**GERMANY**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.513 2 | **Nonpriority creditor's name and mailing address** | **$717.55** |

**Paul Tsamkiranis**
**9303 Salish Court**
**Unit 110 Buzzer 3010**
**Burnaby BC V3J 7C5**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.513 3 | **Nonpriority creditor's name and mailing address** | **$659.52** |

**Paul Umansky**
**2742 East 64th Street**
**Brooklyn, NY 11234**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.513 4 | **Nonpriority creditor's name and mailing address** | **$867.39** |

**Paul Weber**
**Oppenheimer Strasse 25C**
**Stuttgart  70499**
**GERMANY**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.513 5**

**Nonpriority creditor's name and mailing address**

**Paul Whyte**
**51 Fleece Street**
**Bradford**
**Bradford ENG BD2 2EH**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$510.64

---

**3.513 6**

**Nonpriority creditor's name and mailing address**

**Paul Wrablica**
**3015 West 82nd Street**
**Leawood, KS 66206**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$676.67

---

**3.513 7**

**Nonpriority creditor's name and mailing address**

**Paul Ydel**
**75 Parkwood**
**Plumpton NSW 2761**
**AUSTRAILA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,498.06

---

**3.513 8**

**Nonpriority creditor's name and mailing address**

**Paul Zehm**
**Wolburgstrasse 30**
**Timmendorfer Strand  23669**
**GERMANY**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$857.63

---

**3.513 9**

**Nonpriority creditor's name and mailing address**

**Paulo Carvalho**
**257 Hodgson Drive**
**Newmarket ON L3Y 1E3**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,329.33

---

**3.514 0**

**Nonpriority creditor's name and mailing address**

**Pavol Azuroika**
**Rudina 552**
**Rudina  2331**
**SLOVAKIA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$3,338.10

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.514**
**1**

**Nonpriority creditor's name and mailing address**

**Pavol Azuroika**
**Rudina 552**
**Rudina  2331**
**SLOVAKIA**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,555.80**

---

**3.514**
**2**

**Nonpriority creditor's name and mailing address**

**Pawel Lenik**
**13 Fernlea Close**
**Crofton ENG WF4 1HY**
**UNITED KINGDOM**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$770.07**

---

**3.514**
**3**

**Nonpriority creditor's name and mailing address**

**Payam Ahmadvand**
**9502 Erickson Drive, #809**
**Burnaby BC V3J 7B5**
**CANADA**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$656.72**

---

**3.514**
**4**

**Nonpriority creditor's name and mailing address**

**Pedro Aboy**
**Adri  N Luna 1824**
**Hurlingham B 1686**
**ARGENTINA**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$658.12**

---

**3.514**
**5**

**Nonpriority creditor's name and mailing address**

**Pedro Almeida**
**Rua Ruben A., Lote 22.7, Apt. 724**
**Coimbra PT-06 3030-506**
**PORTUGAL**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,530.63**

---

**3.514**
**6**

**Nonpriority creditor's name and mailing address**

**Pedro Herrera**
**697 Ridge St**
**1st Floor**
**Newark, NJ 07104**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$735.20**

---

Debtor  **Launch Pad LLC**

Name

Case number *(if known)* _____

| | |
|---|---|
| 3.514 7 | |

**Nonpriority creditor's name and mailing address**

**Pedro Quintana**
**5400 Planz Rd**
**Apt 49**
**Bakersfield, CA 93309**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$711.75**

---

| | |
|---|---|
| 3.514 8 | |

**Nonpriority creditor's name and mailing address**

**Pedro Villeda Leal**
**Cda Deporte 30 A1**
**30 A1**
**Mexico DF**
**MEXICO**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$698.27**

---

| | |
|---|---|
| 3.514 9 | |

**Nonpriority creditor's name and mailing address**

**Joseph Peeler**
**1629 Diamond Street NE**
**Canton, OH 44721**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$766.06**

---

| | |
|---|---|
| 3.515 0 | |

**Nonpriority creditor's name and mailing address**

**Joseph Peeler**
**1629 Diamond St NE**
**Canton, OH 44721**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$73.49**

---

| | |
|---|---|
| 3.515 1 | |

**Nonpriority creditor's name and mailing address**

**Joseph Peeler**
**1629 Diamond St NE**
**Canton, OH 44721**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,459.13**

---

| | |
|---|---|
| 3.515 2 | |

**Nonpriority creditor's name and mailing address**

**Peer Tritz**
**Driesener Strasse 30**
**c/o Seelinger**
**Berlin  10439**
**GERMANY**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$833.08**

---

| Debtor | Launch Pad LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.515 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $564.38 |
|---|---|---|
| **Peerapon Wechsuwanmanee**<br>**Wirichsbongardstrasse 19**<br>**Aachen  52062**<br>**GERMANY** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.515 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $656.72 |
|---|---|---|
| **Pele Dagher**<br>**4001 Don Mills Road**<br>**Apt 123**<br>**Toronto ON M2H 3J8**<br>**CANADA** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.515 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $712.99 |
|---|---|---|
| **Pemika Jittiyakoon**<br>**209A**<br>**Woronora Rd**<br>**Engadine NSW 2233**<br>**AUSTRAILA** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.515 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $757.88 |
|---|---|---|
| **Per Olsson Gisleskog**<br>**28 Ashfield Road**<br>**London ENG W3 7JJ**<br>**UNITED KINGDOM** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.515 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $763.39 |
|---|---|---|
| **Pernell Cassey**<br>**2000 Valleyview Drive #5**<br>**Osoyoos BC V0H 1V6**<br>**CANADA** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.515 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $144.00 |
|---|---|---|
| **Petar Renic**<br>**Dubasnicka 13**<br>**Zagreb  10000**<br>**CROATIA** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor    **Launch Pad LLC**                                        Case number *(if known)* _____
_____
Name

| 3.515 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $682.74 |
|---|---|---|---|

**Pete Krekos**
**3998 Yolo Drive**
**San Jose, CA 95136**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.516 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $749.35 |
|---|---|---|---|

**Pete Oheeron**
**17006 Evergreen Elm Way**
**Houston, TX 77059**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.516 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $716.38 |
|---|---|---|---|

**Peter Birch**
**Montrose, Grove Road, Harwell**
**Didcot ENG OX11 0EG**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.516 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,498.06 |
|---|---|---|---|

**Peter Bonn**
**72 Lynbrook Blvd, #4**
**Lynbrook VIC 3975**
**AUSTRAILA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.516 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,292.04 |
|---|---|---|---|

**Peter Boos**
**150 Van Ness Ave, #918**
**San Francisco, CA 94102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.516 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $690.23 |
|---|---|---|---|

**Peter Chuong**
**8109 Brown Court**
**Alexandria, VA 22306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.516 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $732.89 |
|---|---|---|---|

**Peter Deyoung**
**20542 Pindale Cliff**
**San Antonio, TX 78259**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Launch Pad LLC**
_____
Name

Case number (*if known*)  _____

---

| 3.516 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Peter Eckert**
**434 Goward Rd**
**434 Goward Rd**
**Victoria BC V9E 2J5**
**CANADA**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No  ☐ Yes

$717.35

---

| 3.516 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Peter Glossner**
**Turkenlouisstrasse 28**
**Freiburg  D-79102**
**GERMANY**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No  ☐ Yes

$857.98

---

| 3.516 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Peter Gmeiner**
**Sierenmoosstrasse 42**
**Konstanz  78464**
**GERMANY**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No  ☐ Yes

$945.85

---

| 3.516 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Peter Gregory**
**104 McKellar St**
**Strathroy ON N7G 2Y2**
**CANADA**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No  ☐ Yes

$1,294.72

---

| 3.517 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Peter Grisham**
**37304 North Stanton Point Road**
**Ingleside, IL 60041**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No  ☐ Yes

$1,374.03

---

| 3.517 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Peter Hofmann**
**3211 E 51st St**
**Minneapolis, MN 55417**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No  ☐ Yes

$658.87

---

Debtor   **Launch Pad LLC**                                    Case number *(if known)* _____
_____
Name

| 3.517 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$673.58** |
|---|---|---|---|

**Peter Hogan**
**21020 Pacific City Circle, #2318**
**Huntington Beach, CA 92648**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.517 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$746.95** |
|---|---|---|---|

**Peter Hong**
**3600 Shadow Grove Rd**
**Pasadena, CA 91107**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.517 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$730.89** |
|---|---|---|---|

**Peter Jaggard**
**1 Colonial Drive**
**Newtown, PA 18940**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.517 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$756.41** |
|---|---|---|---|

**Peter Kolodziejski**
**42 Studland St**
**London ENG W60JS**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.517 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$897.35** |
|---|---|---|---|

**Peter Korecko**
**Pribinova 43**
**Bratislava 83101**
**SLOVAKIA**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.517 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,614.71** |
|---|---|---|---|

**Peter Kotesovsky**
**Tovarnicka 8**
**Topolcany  95501**
**SLOVAKIA**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.517 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$682.74** |
|---|---|---|---|

**Peter Lai**
**702 Chemeketa Drive**
**San Jose, CA 95123**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Launch Pad LLC**
_____    Case number (if known) _____
Name

| 3.517 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,635.42** |
|---|---|---|---|

**Peter Leipnitz**
**Charlottenburger Strasse 106**
**Berlin  13086**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.518 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$752.74** |
|---|---|---|---|

**Peter Patpatian**
**10028 Meritage Ct**
**Sun Valley, CA 91352**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.518 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,227.20** |
|---|---|---|---|

**Peter Pestel**
**Am Forsthaus 18**
**Pestel Ingenieurburo E.K.**
**Haldenwang  87490**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.518 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$679.68** |
|---|---|---|---|

**Peter Rabasa**
**4300 Waialae Ave Apt B805**
**Honolulu, HI 96816**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.518 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,362.99** |
|---|---|---|---|

**Peter Reider**
**2 McArthurs Road**
**Altona North VIC 3025**
**AUSTRAILA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.518 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$719.88** |
|---|---|---|---|

**Peter Sahin**
**2107 Branden Street**
**Los Angeles, CA 90026**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.518
5**

**Nonpriority creditor's name and mailing address**

**Peter Schillaci
4707 N Brady St.
Davenport, IA 52806**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$659.14**

---

**3.518
6**

**Nonpriority creditor's name and mailing address**

**Peter Segner
Beethovenstrasse 14
Isybox Gmbh
Leipzig  4107
GERMANY**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,386.55**

---

**3.518
7**

**Nonpriority creditor's name and mailing address**

**Peter Shepherd
80 The Beeches
Upton-Upon-Severn
Worcester ENG WR8 0QQ
UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$511.04**

---

**3.518
8**

**Nonpriority creditor's name and mailing address**

**Peter Skovron
23911 104th Ave W
Edmonds, WA 98020**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$472.88**

---

**3.518
9**

**Nonpriority creditor's name and mailing address**

**Peter Van Le
U9/22-24 Wrentmore Street
Fairfield NSW 2165
AUSTRAILA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,395.35**

---

**3.519
0**

**Nonpriority creditor's name and mailing address**

**Peter Velikanov
4454 N Morris Blvd
Shorewood, WI 53211**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$684.14**

---

Debtor **Launch Pad LLC**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.519<br>1 | **Nonpriority creditor's name and mailing address**<br>**Peter Wilcheck**<br>**2681 North Flamingo Road**<br>**404S**<br>**Sunrise, FL 33323** | **$1,286.55** |

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.519<br>2 | **Nonpriority creditor's name and mailing address**<br>**Peter Winkler**<br>**Friedrich-Engels-Bogen 13**<br>**Knowledge Pool GmbH**<br>**Munich  81735**<br>**GERMANY** | **$771.10** |

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.519<br>3 | **Nonpriority creditor's name and mailing address**<br>**Peter Wojciechowski**<br>**950 Lake Marion Dr**<br>**Altamonte Springs, FL 32701** | **$737.89** |

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.519<br>4 | **Nonpriority creditor's name and mailing address**<br>**Peter Wrenshall**<br>**Tiot Limited**<br>**Ocean Business Centre, Ocean Street,**<br>**Broadheath, Altrincham ENG WA14 5QL**<br>**UNITED KINGDOM** | **$4,541.72** |

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.519<br>5 | **Nonpriority creditor's name and mailing address**<br>**Peter Yeh**<br>**2640 Prospect Avenue**<br>**La Crescenta-Montrose, CA 91214** | **$724.76** |

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.519<br>6 | **Nonpriority creditor's name and mailing address**<br>**Petr Karniayenka**<br>**5788 South 1145 East**<br>**Murray, UT 84121** | **$88.63** |

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Launch Pad LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.519 7**

**Nonpriority creditor's name and mailing address**

**Petre Dumitriu**
**144 Stag Lane**
**London ENG NW9 0QP**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$767.61**

---

**3.519 8**

**Nonpriority creditor's name and mailing address**

**Petros Nastos**
**Kydathinaiwn 16**
**Athens  105 58**
**GREECE**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$997.87**

---

**3.519 9**

**Nonpriority creditor's name and mailing address**

**Adam Petrzilka**
**2200 Zhale Smith Road**
**La Grange, KY 40031**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$4,472.69**

---

**3.520 0**

**Nonpriority creditor's name and mailing address**

**Petter Selvehed**
**Skalsatravagen 29D**
**Tyreso  13554**
**SWEDEN**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$742.47**

---

**3.520 1**

**Nonpriority creditor's name and mailing address**

**Philip Barnes**
**70 Faraday Road**
**Wimbledon**
**London ENG SW198PB**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$510.93**

---

**3.520 2**

**Nonpriority creditor's name and mailing address**

**Philip Baugh**
**7591 North Woodall Road**
**Ellettsville, IN 47429**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$430.52**

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.520
3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $428.32 |
|---|---|---|
| **Philip Conroy** | ☐ Contingent | |
| **6018 Southeast 122nd Avenue** | ☐ Unliquidated | |
| **Portland, OR 97236** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.520
4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $689.52 |
|---|---|---|
| **Philip Elie** | ☐ Contingent | |
| **3433 NE 210th Ter** | ☐ Unliquidated | |
| **Aventura, FL 33180** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.520
5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,246.06 |
|---|---|---|
| **Philip Jahrehorn** | ☐ Contingent | |
| **192 Rue De Javel** | ☐ Unliquidated | |
| **6th Floor** | ☐ Disputed | |
| **Paris  75015** | | |
| **FRANCE** | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.520
6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,670.09 |
|---|---|---|
| **Philip Jahrehorn** | ☐ Contingent | |
| **192 Rue De Javel** | ☐ Unliquidated | |
| **6th Floor** | ☐ Disputed | |
| **Paris  75015** | | |
| **FRANCE** | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.520
7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $874.08 |
|---|---|---|
| **Philip Jahrehorn** | ☐ Contingent | |
| **192 Rue De Javel** | ☐ Unliquidated | |
| **6th Floor** | ☐ Disputed | |
| **Paris  75015** | | |
| **FRANCE** | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.520
8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $740.97 |
|---|---|---|
| **Philip Kagalovsky** | ☐ Contingent | |
| **34 Seymour Walk** | ☐ Unliquidated | |
| **London ENG SW10 9NF** | ☐ Disputed | |
| **UNITED KINGDOM** | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor    **Launch Pad LLC**                                      Case number *(if known)* _____
_____
Name

| 3.520 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $659.52 |
|---|---|---|---|

**Philip Khazzam**
**4175 Rue Sainte-Catherine**
**#1503**
**Westmount QC H3Z 3Z9**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.521 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $735.44 |
|---|---|---|---|

**Philip Morgan**
**993 South Central Pkwy**
**Mountain House, CA 95391**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.521 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,359.14 |
|---|---|---|---|

**Philip Mwaniki**
**5409 Mohawk Court**
**The Colony, TX 75056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.521 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $471.59 |
|---|---|---|---|

**Philip Oldring**
**18032 129th Place Northeast**
**Bothell, WA 98011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.521 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,284.52 |
|---|---|---|---|

**Philip Patterson**
**1379 Golden Forest Drive**
**Bessemer, AL 35022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.521 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $865.32 |
|---|---|---|---|

**Philipp Maciej**
**Rugestrasse 4A**
**Dresden  1069**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Launch Pad LLC**
Name

Case number (if known) _____

---

| 3.521 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $849.67 |

**Philippe Rochaix**
**1Bis Rue Robert Bajac**
**Toulouse  31400**
**FRANCE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.521 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,783.76 |

**Philippe Schommers**
**Pfarrer-Henreco Strasse 8**
**Apyos, Be0658820832**
**Eupen  4700**
**BELGIUM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.521 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $464.38 |

**Phillip Choe**
**1944 Clyde Jean Place**
**Fairfield, CA 94533**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.521 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $741.26 |

**Phillip Jackson**
**4528 Acacia Avenue**
**Ferris Square**
**La Mesa, CA 91941**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.521 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $63.71 |

**Phillip Martucci**
**2405 Constellation Drive**
**Colorado Springs, CO 80906**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.522 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,065.62 |

**Phillip Moult**
**643 Maryvale Way Northeast**
**Calgary AB T2A 2V6**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.522 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $797.91 |
|---|---|---|---|

**Phillip Smith**
**4805 Neptune Ct Flower Mound 75022**
**Flower Mound (Denton), TX 75022**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.522 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $805.98 |
|---|---|---|---|

**Phirom Prang**
**38 Tofoni Place**
**Richlands QLD 4077**
**AUSTRAILA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.522 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $687.99 |
|---|---|---|---|

**Phuoc Tran**
**176 Darebin Drive**
**Lalor VIC 3075**
**AUSTRAILA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.522 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $747.63 |
|---|---|---|---|

**Phuong Nguyen**
**8193 Del Rey Drive**
**Stanton, CA 90680**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.522 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $634.14 |
|---|---|---|---|

**Phyllis Walk**
**4 Meadowlake Dr**
**Heath, TX 75032**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.522 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $86.17 |
|---|---|---|---|

**Pier-Luc Rioux**
**1000 Rue Des Faucons**
**App. 102**
**Sainte-Catherine QC J5C1R9**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

Debtor     **Launch Pad LLC**                                      Case number *(if known)* _____
_____
Name

| 3.522 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$718.25** |

**Pierce Coggins**
**1502 Alice St**
**Apt 25**
**Oakland, CA 94612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.522 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$746.61** |

**Pierre Bradshaw**
**1540 NE 151st St**
**Unit 103**
**North Miami Beach, FL 33162**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.522 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$735.20** |

**Pinchas Genger**
**439 Elmwood Terrace**
**Linden, NJ 07036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.523 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,463.17** |

**Pinnacle Home SRL, LLC**
**2025Nw 102Av - Unit 111 Doral**
**Attn: Jose**
**Miami, FL 33172**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.523 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$747.63** |

**Francisco E Pinto**
**437 Eucalyptus Dr**
**Redlands, CA 92373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.523 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$697.55** |

**Piotr Kuznicki**
**575 Olive Street**
**Hoffman Estates, IL 60169**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.523 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$717.35** |

**Piragathees Ravilosanan**
**5052 Rue Laurin**
**Montreal QC H8Y 3R3**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|--------|--------------------|--------------------------|--|
| | Name | | |

---

**3.523 4**

**Nonpriority creditor's name and mailing address**

**Pisau Alexandru**
**Strada Prevederii Nr 4 Bloc D8**
**Scara 1 Apartament 54**
**Bucuresti B 32301**
**ROMANIA**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,552.00**

---

**3.523 5**

**Nonpriority creditor's name and mailing address**

**Pisau Alexandru**
**Strada Prevederii Nr 4 Bloc D8 Scara 1,**
**Bucuresti B 32301**
**ROMANIA**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,006.98**

---

**3.523 6**

**Nonpriority creditor's name and mailing address**

**Plamen Tsvetkv**
**82 Loverock Road**
**Reading  RG301DZ**
**UNITED KINGDOM**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$509.89**

---

**3.523 7**

**Nonpriority creditor's name and mailing address**

**Plamen Zafirov**
**83 Lynton Avenue**
**Romford  RM7 8NH**
**UNITED KINGDOM**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,370.77**

---

**3.523 8**

**Nonpriority creditor's name and mailing address**

**PNSCO LLC**
**8300 Greensboro Drive**
**Tysons, VA 22102**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$659.52**

---

**3.523 9**

**Nonpriority creditor's name and mailing address**

**PNSCO LLC**
**8300 Greensboro Drive**
**Tysons, VA 22102**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$59.52**

---

Debtor    **Launch Pad LLC**
_____    Case number *(if known)* _____
Name

| 3.524 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$778.50** |
|---|---|---|---|

**Podaru Andrada Mihaela**
**Strada Bradetului 84**
**Baciu CJ 407055**
**ROMANIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.524 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$429.87** |
|---|---|---|---|

**Andrew Pogue**
**3055 East Rose Garden Lane**
**Ste 130**
**Phoenix, AZ 85050**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.524 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,729.67** |
|---|---|---|---|

**Pontus Sarosdi**
**Ekensbergsvagen 93**
**Solna  16931**
**SWEDEN**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.524 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$764.13** |
|---|---|---|---|

**Seyed Ali Poostanchi**
**3048 West 12th Street**
**Apt 4**
**Los Angeles, CA 90006**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.524 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$822.70** |
|---|---|---|---|

**Porav Dumitru**
**58 Avenue Jean Jaures**
**Chez Mme Mumtaz Ibolya**
**Le Bourget  93350**
**FRANCE**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.524 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,309.52** |
|---|---|---|---|

**A Powell**
**2830 Lexington Park Drive**
**Spring, TX 77373**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Launch Pad LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.524 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $706.72 |
|---|---|---|---|

**Prabhjit Powar**
**59 Point Owoods Drive**
**Vaughan ON L4K 2E1**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.524 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $705.29 |
|---|---|---|---|

**Pradeep Singh**
**562 Woodfield Trail**
**Roselle, IL 60172**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.524 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $712.99 |
|---|---|---|---|

**Pradeep Subramaniam**
**54 Balboa Loop**
**Aubin Grove WA 6164**
**AUSTRAILA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.524 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $950.48 |
|---|---|---|---|

**Prash Amar**
**29 Winchester Road**
**Winchester Road**
**Northampton ENG NN4 8AZ**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.525 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $464.90 |
|---|---|---|---|

**Prashant Savanagouder**
**1390 Market Street**
**Apt 2704**
**San Francisco, CA 94102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.525 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $757.90 |
|---|---|---|---|

**Pratap Dong**
**1331 Latrace Rd**
**Saskatoon SK S7L 6E4**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Launch Pad LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 3.525 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $712.99 |
|---|---|---|---|

**Pratompong Namjaidee Namjaidee**
**209A Woronora Rd**
**Engadine NSW 2233**
**AUSTRAILA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.525 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,720.17 |
|---|---|---|---|

**Precious Masalunga**
**1110 11th Street Sw, #1305**
**Calgary AB T2R 1P1**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.525 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,664.47 |
|---|---|---|---|

**Predrag Tasic**
**Bjorcksgatan 32B**
**Gothenburg  41652**
**SWEDEN**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.525 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $707.51 |
|---|---|---|---|

**Preet Khabra**
**4 Paul Cullen Drive**
**Bardia NSW 2565**
**AUSTRAILA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.525 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $784.71 |
|---|---|---|---|

**Santosh Kumar Premji Patel**
**116 Briarcliff Court**
**Glen Mills, PA 19342**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.525 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $430.52 |
|---|---|---|---|

**Premkumar Meesala**
**1735 Southcrest Trl**
**Hoover, AL 35244**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.525 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $430.52 |
|---|---|---|---|

**Prentice Denton**
**2349 Wright Rd**
**Steens, MS 39766**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.525 9**

**Nonpriority creditor's name and mailing address**

**Presner Nelson**
**51 Florida Street, #1**
**Dorchester Center, MA 02124**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$3,462.65

---

**3.526 0**

**Nonpriority creditor's name and mailing address**

**Preyal Patel**
**641 N 25 Street**
**Camden, NJ 08105**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$907.93

---

**3.526 1**

**Nonpriority creditor's name and mailing address**

**Priscila Correa**
**3907 N Federal Hwy, #190**
**Pompano Beach, FL 33064**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,272.52

---

**3.526 2**

**Nonpriority creditor's name and mailing address**

**Priscylla Robles**
**1633 SE Airoso Blvd**
**Port Saint Luice, FL 34984**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$851.52

---

**3.526 3**

**Nonpriority creditor's name and mailing address**

**Pritesh Patel**
**2510 Windblown Drive**
**Corpus Christi, TX 78414**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$659.52

---

**3.526 4**

**Nonpriority creditor's name and mailing address**

**Prodromos Michailidis**
**Muhlenstrasse 4**
**Berlin  13467**
**GERMANY**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$2,751.20

---

**3.526 5**

**Nonpriority creditor's name and mailing address**

**ProWhale s.r.o**
**Detva 584**
**Detva  96212**
**SLOVAKIA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$4,729.47

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.526 6**

**Nonpriority creditor's name and mailing address**

**ProWhale s.r.o**
**Detva 584**
**Detva  96212**
**SLOVAKIA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,614.39**

---

**3.526 7**

**Nonpriority creditor's name and mailing address**

**ProWhale s.r.o**
**Detva 584**
**Detva  96212**
**SLOVAKIA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$480.13**

---

**3.526 8**

**Nonpriority creditor's name and mailing address**

**Francisco Pulgar Romero**
**9990 Northwest 14th Street**
**Ste 110 Cch109601**
**Doral, FL 33192**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$646.71**

---

**3.526 9**

**Nonpriority creditor's name and mailing address**

**Puneet Udasi**
**143 Davenport Street**
**Somerville, NJ 08876**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$668.56**

---

**3.527 0**

**Nonpriority creditor's name and mailing address**

**Purvang Lakhawala**
**25 Eleanor Dr**
**Kendall Park, NJ 08824**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$699.96**

---

**3.527 1**

**Nonpriority creditor's name and mailing address**

**Qandeel Karim**
**621 Stockton Street, #204**
**San Francisco, CA 94108**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$713.38**

---

**3.527 2**

**Nonpriority creditor's name and mailing address**

**Qiang Gao**
**14 Aerial St**
**Lexington, MA 02421**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$456.83**

---

Official Form 206 E/F                Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.527 3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,329.33**

**Qingshou Pei**
**48 William Saville St**
**Markham ON L3R9S3**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.527 4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,874.62**

**Quang Cao**
**16830 East Nubia Street**
**Covina, CA 91722**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.527 5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,775.74**

**Quang Cao**
**16830 East Nubia Street**
**Covina, CA 91722**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.527 6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$848.01**

**Quentin Brackers De Hugo**
**42 Rue Marguerite De Rochechouart**
**Hostnfly**
**Paris  75009**
**FRANCE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.527 7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$675.93**

**Quincy Marie-Anne**
**9145 Croissant Du Louvre**
**Appartement 5**
**Brossard QC J4Y 0E1**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.527 8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$658.87**

**Anthony Quinn**
**460 E Encinas Ave.**
**Gilbert, AZ 85234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Launch Pad LLC**
_____
Name

Case number _(if known)_ _____

| 3.527 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$1,244.14** |
|---|---|---|---|

**Qusay Al-Shaikhli**
**13201 Janet Dr**
**Frisco, TX 75033**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.528 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$780.97** |
|---|---|---|---|

**R. De Roos**
**Pirandellostraat 65**
**Rotterdam  3076KW**
**NETHERLANDS**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.528 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$752.74** |
|---|---|---|---|

**Ra-Son Theus**
**5150 S Gramercy Pl.**
**Los Angeles, CA 90062**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.528 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$430.52** |
|---|---|---|---|

**Raashi Khanduri**
**634 Presley Way**
**Sugar Land, TX 77479**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.528 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$124.19** |
|---|---|---|---|

**Rachel Gross**
**1209 Savannah Ave**
**Pittsburgh, PA 15218**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.528 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$845.68** |
|---|---|---|---|

**Radomir Perzina**
**U Farmy 1581**
**Karvina  73401**
**CZECH REPUBLIC**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.528 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$1,423.69** |
|---|---|---|---|

**Radoslav Chuchev**
**36 Melrose Close**
**London ENG SE12 0AL**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Launch Pad LLC**
_____
Name

Case number *(if known)* _____

| 3.528 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $456.83 |
|---|---|---|---|

**Radouan Sadiki**
**418 Charles Street**
**Malden, MA 02148**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.528 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19.00 |
|---|---|---|---|

**Radu Cosman**
**3465 Cedarcrest Avenue**
**Baton Rouge, LA 70816**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.528 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $655.00 |
|---|---|---|---|

**Radu Muncioiu**
**Aleea Pinului Nr 2**
**Malu Mare DJ 207365**
**ROMANIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.528 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,106.08 |
|---|---|---|---|

**Rafael Alejandro Alfaro**
**Residencial Lagos Del Sol, Faisanes 58**
**Cancun Q ROO 77567**
**MEXICO**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.529 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $659.52 |
|---|---|---|---|

**Rafael Cardoso**
**14 Valerie Lane**
**Danbury, CT 06811**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.529 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $659.52 |
|---|---|---|---|

**Rafael Cardoso**
**14 Valerie Lane**
**Danbury, CT 06811**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.529 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $659.52 |
|---|---|---|---|

**Rafael Cardoso**
**14 Valerie Lane**
**Danbury, CT 06811**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Launch Pad LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.529 | | | |
|---|---|---|---|
| 3 | | | $659.52 |

**Nonpriority creditor's name and mailing address**

**Rafael Cardoso**
**14 Valerie Lane**
**Danbury, CT 06811**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.529 | | | |
|---|---|---|---|
| 4 | | | $659.52 |

**Nonpriority creditor's name and mailing address**

**Rafael Fernandes**
**6695 NW 38th Terrace**
**Virginia Gardens, FL 33166**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.529 | | | |
|---|---|---|---|
| 5 | | | $780.69 |

**Nonpriority creditor's name and mailing address**

**Rafael Iniguez**
**822 San Jacinto Street**
**San Bernardino, CA 92408**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.529 | | | |
|---|---|---|---|
| 6 | | | $2,794.23 |

**Nonpriority creditor's name and mailing address**

**Rafael Jaime Kalach**
**Paseo De Las Primaveras 12**
**House 46**
**Mexico City DF 5100**
**MEXICO**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.529 | | | |
|---|---|---|---|
| 7 | | | $719.88 |

**Nonpriority creditor's name and mailing address**

**Rafael Paula**
**Rua Patagonia**
**953, Ap 1301 A**
**Belo Horizonte MG 30320-080**
**BRAZIL**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.529 | | | |
|---|---|---|---|
| 8 | | | $689.14 |

**Nonpriority creditor's name and mailing address**

**Rafael Sanchez**
**2826 Peery Ave**
**Kansas City, MO 64127**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.529 9**

**Nonpriority creditor's name and mailing address**
**Rafael Scholz De Carvalho**
**7613 Chaddsley Dr**
**Huntersville, NC 28078**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$798.26**

---

**3.530 0**

**Nonpriority creditor's name and mailing address**
**Raffaele Barioli**
**2505 Par Circle**
**Delray Beach, FL 33445**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$659.52**

---

**3.530 1**

**Nonpriority creditor's name and mailing address**
**Raffi Hartoonian**
**8811 Canoga Avenue**
**Spc 353**
**Canoga Park, CA 91304**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,143.38**

---

**3.530 2**

**Nonpriority creditor's name and mailing address**
**Ragim Uddin**
**12116 Charest Street**
**Hamtramck, MI 48212**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$634.52**

---

**3.530 3**

**Nonpriority creditor's name and mailing address**
**Raheem Cozier**
**400 Willow St**
**Bridgeport, CT 06610**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$634.52**

---

**3.530 4**

**Nonpriority creditor's name and mailing address**
**Rahul Galhotra**
**1986 Oak Tree Road**
**Edison, NJ 08820**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$459.04**

---

**3.530 5**

**Nonpriority creditor's name and mailing address**
**Rainer Ille**
**Hauptstrasse 29**
**Gerasdorf  2201**
**AUSTRIA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,438.64**

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.530 6**

**Nonpriority creditor's name and mailing address**
**Raj Tummala**
**1309 Formal Garden Way**
**Raleigh, NC 27603**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$659.52**

---

**3.530 7**

**Nonpriority creditor's name and mailing address**
**Raja Ahc C/O Basalat Raja**
**1835 Molino Ave**
**Apt 15**
**Signal Hill, CA 90755**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,378.56**

---

**3.530 8**

**Nonpriority creditor's name and mailing address**
**Raja Ahc C/O Basalat Raja**
**1835 Molino Avenue, #15**
**Signal Hill, CA 90755**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$936.44**

---

**3.530 9**

**Nonpriority creditor's name and mailing address**
**Rajan Patel**
**12001 Murphy Road**
**Houston, TX 77031**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$466.70**

---

**3.531 0**

**Nonpriority creditor's name and mailing address**
**Rajan Patel**
**12001 Murphy Road**
**Houston, TX 77031**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$430.52**

---

**3.531 1**

**Nonpriority creditor's name and mailing address**
**Rajat Sharma**
**Freyweg 32**
**Bergheim  5101**
**AUSTRIA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$4,161.80**

---

**3.531 2**

**Nonpriority creditor's name and mailing address**
**Rajesh Narayanan**
**3505 Camino Del Rio South #332**
**San Diego, CA 92108**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$709.25**

---

Debtor    **Launch Pad LLC**
Name

Case number *(if known)*

| 3.531 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $871.28 |
|---|---|---|---|

**Rajevekumar Rajeswaran**
**67 Fimco Cresent**
**Ontario ON L6E 0R5**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.531 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $728.42 |
|---|---|---|---|

**Rajinder Singh**
**1110 East Tanbark Lane**
**Jackson, MI 49203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.531 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $703.21 |
|---|---|---|---|

**Rajkumar Neelakantan**
**17 Vreeland Ct**
**E Brunswick, NJ 08816-3886**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.531 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $765.17 |
|---|---|---|---|

**Raleri srl**
**Via Francesco De Sanctis 9A**
**Bologna BO 40132**
**ITALY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.531 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $771.10 |
|---|---|---|---|

**Ralf Reckenfelderbaeumer**
**Neufelder Strasse 13**
**Koeln  51067**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.531 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,145.52 |
|---|---|---|---|

**Ralph Dagher**
**41 Okalpi Ln**
**Orlando, FL 32825**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.531 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $455.52 |
|---|---|---|---|

**Ralph Dagher**
**41 Okalpi Ln**
**Orlando, FL 32825**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.532 0**

**Nonpriority creditor's name and mailing address**

**Ralph Goldschmidt**
**Weinsbergstrasse 118A**
**Koln  50823**
**GERMANY**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$3,980.11

---

**3.532 1**

**Nonpriority creditor's name and mailing address**

**Ralph Rixner**
**Seestrasse 14**
**Kirchheim Bei Munich  85551**
**GERMANY**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,589.32

---

**3.532 2**

**Nonpriority creditor's name and mailing address**

**Ram Chinnachamy**
**300 Emerald Ridge Drive**
**Austin, TX 78732**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$659.14

---

**3.532 3**

**Nonpriority creditor's name and mailing address**

**Ramazan Gozel**
**2725 Barrett Avenue**
**Richmond, CA 94804**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$721.50

---

**3.532 4**

**Nonpriority creditor's name and mailing address**

**Rambo Anderson-You**
**4009 Natchez Ave S**
**Edina, MN 55416**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$681.57

---

**3.532 5**

**Nonpriority creditor's name and mailing address**

**Ramesh Ahire**
**81 Lexington Street**
**Watertown, MA 02472**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$790.37

---

**3.532 6**

**Nonpriority creditor's name and mailing address**

**Ramin Samadzai**
**Paalstraat 16, #1**
**Schoten  2900**
**BELGIUM**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$953.73

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.532 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $752.32 |
|---|---|---|---|

**Ramiro Ching**
**14931 Eastwood Avenue**
**Lawndale, CA 90260**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.532 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $691.96 |
|---|---|---|---|

**Ramjee Pahadee**
**6760 Joseph Edgar Ct**
**Alexandria, VA 22310-2667**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.532 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $752.27 |
|---|---|---|---|

**Ramon Rodriguez**
**1222 1st Avenue, #323**
**Seattle, WA 98101**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.533 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,244.52 |
|---|---|---|---|

**Ramzi Shalby**
**4907 Loyola Ave**
**New Orleans, LA 70115**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.533 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $627.02 |
|---|---|---|---|

**Randall Bogani**
**740 Spring Haven Dr**
**Saint Johns, FL 32259**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.533 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $689.52 |
|---|---|---|---|

**Randall Fujinaka**
**1125 Young Street**
**Unit 408**
**Honolulu, HI 96814**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.533 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $736.19 |
|---|---|---|---|

**Randall Schiff**
**617 North Main Avenue**
**Fallbrook, CA 92028**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.533 4**

**Nonpriority creditor's name and mailing address**

**Randall Stine**
**302 W Spreading Oaks Ave**
**Friendswood, TX 77546**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,309.52**

---

**3.533 5**

**Nonpriority creditor's name and mailing address**

**Randy Agudelo**
**38 Tucker Street**
**Central Falls, RI 02863**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$735.20**

---

**3.533 6**

**Nonpriority creditor's name and mailing address**

**Randy Blomstedt**
**5397 South Elk Way**
**Aurora, CO 80016**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$685.23**

---

**3.533 7**

**Nonpriority creditor's name and mailing address**

**Randy Brown**
**175 2nd Street**
**Bordentown, NJ 08505**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$459.04**

---

**3.533 8**

**Nonpriority creditor's name and mailing address**

**Randy Brown**
**175 2nd Street**
**Bordentown, NJ 08505**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$459.04**

---

**3.533 9**

**Nonpriority creditor's name and mailing address**

**Randy Dinh**
**11045 NE Flanders St**
**Portland, OR 97220-3230**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,307.32**

---

**3.534 0**

**Nonpriority creditor's name and mailing address**

**Randy Foster**
**1837 Palm Place Dr**
**Palm Bay, FL 32905**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$59.52**

---

| Debtor | Launch Pad LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.534 1**

**Nonpriority creditor's name and mailing address**
**Randy Foster**
**1837 Palm Place Dr**
**Palm Bay, FL 32905**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$659.52**

---

**3.534 2**

**Nonpriority creditor's name and mailing address**
**Randy Foster**
**1837 Palm Place Dr**
**Palm Bay, FL 32905**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$634.52**

---

**3.534 3**

**Nonpriority creditor's name and mailing address**
**Randy Foster**
**1837 Palm Place Dr**
**Palm Bay, FL 32905**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$634.52**

---

**3.534 4**

**Nonpriority creditor's name and mailing address**
**Randy Graves**
**3507 Southwest 25th Terrace**
**Miami, FL 33133**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$684.52**

---

**3.534 5**

**Nonpriority creditor's name and mailing address**
**Randy Price**
**913 West Kalamazoo**
**Lansing, MI 48915**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$851.52**

---

**3.534 6**

**Nonpriority creditor's name and mailing address**
**Rania Sief**
**P.O Box 5006**
**Bloomington, IN 47407**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,363.77**

---

**3.534 7**

**Nonpriority creditor's name and mailing address**
**Ranjit Singh**
**4 Omapere Lane, Pyes Pa**
**Tauranga BOP 3112**
**NEW ZEALAND**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,362.99**

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.534 8**

**Nonpriority creditor's name and mailing address**

**Raoul Kuiper**
**Rubenslaan 15**
**Naarden  1412 HM**
**NETHERLANDS**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$855.64**

---

**3.534 9**

**Nonpriority creditor's name and mailing address**

**Rares-Florin Ionescu**
**Str. Dimitrie Cantemir Nr. 2**
**Bl D90 Sc E Ap 79**
**Campulung Moldovenesc SV 725100**
**ROMANIA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,110.00**

---

**3.535 0**

**Nonpriority creditor's name and mailing address**

**Rares-Florin Ionescu**
**Str. Dimitrie Cantemir Nr. 2**
**Bl D90 Sc E Ap 79**
**Campulung Moldovenesc SV 725100**
**ROMANIA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,305.00**

---

**3.535 1**

**Nonpriority creditor's name and mailing address**

**Rares-Florin Ionescu**
**Str. Dimitrie Cantemir Nr. 2**
**Bl D90 Sc E Ap 79**
**Campulung Moldovenesc SV 725100**
**ROMANIA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,268.00**

---

**3.535 2**

**Nonpriority creditor's name and mailing address**

**Rares-Florin Ionescu**
**Str. Dimitrie Cantemir Nr. 2**
**Bl D90 Sc E Ap 79**
**Campulung Moldovenesc SV 725100**
**ROMANIA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$655.00**

---

**3.535 3**

**Nonpriority creditor's name and mailing address**

**Rashaan Smith**
**2615 S Bialy Street**
**Philadelphia, PA 19153**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$735.54**

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.535 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $744.68 |
|---|---|---|---|

**Rashaen Smith**
**2615 S Bialy St**
**Philadelphia, PA 19153**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.535 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $729.32 |
|---|---|---|---|

**Rashia Bell**
**5319 Irving Street**
**Philadelphia, PA 19139**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.535 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $724.64 |
|---|---|---|---|

**Rashid Ibrahim**
**12141 Coral Sea Street Northeast**
**Blaine, MN 55449**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.535 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $899.70 |
|---|---|---|---|

**Rasmus Meier Hansen**
**Kagsabrinken 9**
**Soborg  2860**
**DENMARK**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.535 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $822.01 |
|---|---|---|---|

**Ratna Gurung**
**9145 Jackies Bend**
**Reynoldsburg, OH 43068-8049**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.535 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,447.91 |
|---|---|---|---|

**Raul Medina**
**544 West Grove Street**
**Rialto, CA 92376**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.536 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $659.52 |
|---|---|---|---|

**Raul Nunez**
**600 West 141st Street, #63**
**New York, NY 10031**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Launch Pad LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.536 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$738.40** |
|---|---|---|---|

**Rav Brar**
**15372 110A Ave**
**Surrey BC V3R9H6**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.536 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$430.52** |
|---|---|---|---|

**Raven Bagy**
**45 Twin Pines Drive**
**10A**
**Brooklyn, NY 11239**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.536 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$951.22** |
|---|---|---|---|

**Raven Owie**
**164 Penrose Street**
**London ENG SE17 3LU**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.536 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,329.33** |
|---|---|---|---|

**Ravi Lally**
**12008 New McLellan Road**
**Surrey BC V3X2X7**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.536 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$659.52** |
|---|---|---|---|

**Ravi Manglani**
**200 E 27th St Apt 11F**
**Apt 11F**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.536 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$744.23** |
|---|---|---|---|

**Ravinder Singh**
**15003 Ella Jane Way**
**Bakersfield, CA 93314-4299**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.536 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$659.52** |
|---|---|---|---|

**Ravinder Singh**
**159 South 7th Street**
**Steubenville, OH 43952**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor   **Launch Pad LLC**                                              Case number (if known) _____
         Name

| 3.536 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $859.82 |
|---|---|---|---|

**Rawad Traboulsi**
**Habersaathstrasse 38C**
**Berlin  10115**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.536 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $812.01 |
|---|---|---|---|

**Rawan Hamade**
**Abu Dhabi, United Arab Emirates**
**Masdar 2, B 4A2, 4th Floor, Flat 436**
**Abu Dhabi AZ**
**UNITED ARAB EMIRATES**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.537 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $731.01 |
|---|---|---|---|

**Timothy Paul Rawls**
**305 East Highline Drive**
**Deer Park, TX 77536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.537 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $430.14 |
|---|---|---|---|

**Ray Hoops**
**2509 Rustic Drive**
**Saint Louis, MO 63125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.537 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $659.52 |
|---|---|---|---|

**Ray Kim**
**3932 Grand Park Dr**
**Suwanee, GA 30024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.537 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $738.82 |
|---|---|---|---|

**Ray Laming**
**10153 East Peakview Avenue**
**Englewood, CO 80111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Launch Pad LLC**                                              Case number (if known)
                  Name

| 3.537 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,585.35 |
|---|---|---|---|

**Ray Pilaro**
**124 S. Berkeley Avenue**
**Pasadena, CA 91107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.537 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $741.07 |
|---|---|---|---|

**Raymond Bysheim**
**Jagerbakken 11**
**Bergen  5042**
**NORWAY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.537 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $725.59 |
|---|---|---|---|

**Raymond Combs**
**417 Cypress Place**
**Richmond, KY 40475**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.537 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $712.99 |
|---|---|---|---|

**Raymond Harvey**
**14 White St**
**Fitzroy North VIC 3068**
**AUSTRAILA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.537 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $467.74 |
|---|---|---|---|

**Raymond Huff**
**3498 E. Ellsworth Ave**
**#1012**
**Denver, CO 80209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.537 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $783.02 |
|---|---|---|---|

**Raymond Spaan**
**Vogelenzangseweg 117**
**Vogelenzang  2114CE**
**NETHERLANDS**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.538 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $689.52 |
|---|---|---|---|

**Raymond Strawley**
**1601 North Rhodes Street**
**Arlington, VA 22209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Launch Pad LLC**                                           Case number *(if known)*
_____
Name

| | | |
|---|---|---|
| 3.538 1 | **Nonpriority creditor's name and mailing address** | **$469.11** |

**Raymond Younan**
**11500 Brymer St**
**Porter Ranch, CA 91326**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.538 2 | **Nonpriority creditor's name and mailing address** | **$469.11** |

**Raymundo Gonzalez**
**6043 Prospect Ave**
**Maywood, CA 90270**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.538 3 | **Nonpriority creditor's name and mailing address** | **$778.50** |

**Razvan Al-Tarcheh**
**Strada Diamantului 126-128B , Bragadiru**
**Bragadiru IF**
**ROMANIA**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.538 4 | **Nonpriority creditor's name and mailing address** | **$778.50** |

**Razvan Badiu**
**Str. 1 Mai, Nr. 17**
**Sannicoara CJ 407042**
**ROMANIA**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.538 5 | **Nonpriority creditor's name and mailing address** | **$2,124.00** |

**Razvan Barsan Partners**
**Str. Simigiului Nr. 24, Camera 2, Sector**
**Bucuresti B**
**ROMANIA**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.538 6 | **Nonpriority creditor's name and mailing address** | **$705.00** |

**Razvan Barsan Partners**
**Str. Simigiului Nr. 24, Camera 2, Sector**
**Bucuresti B**
**ROMANIA**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.538 7**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,611.50** |
| **Razvan Ringhiopol** | ☐ Contingent | |
| **Str. Harmanului** | ☐ Unliquidated | |
| **49S** | ☐ Disputed | |
| **Brasov BV 500222** | | |
| **ROMANIA** | **Basis for the claim:** _ | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.538 8**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$788.30** |
| **Razwan Ashiq** | ☐ Contingent | |
| **32 Gascoigne Gardens** | ☐ Unliquidated | |
| **Woodford Green ENG IG8 9NU** | ☐ Disputed | |
| **UNITED KINGDOM** | | |
| | **Basis for the claim:** _ | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.538 9**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$510.64** |
| **Rebecca Irving** | ☐ Contingent | |
| **7 Ellenborough Old Road** | ☐ Unliquidated | |
| **Maryport ENG CA15 7PG** | ☐ Disputed | |
| **UNITED KINGDOM** | | |
| | **Basis for the claim:** _ | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.539 0**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$675.93** |
| **Rebecca-Lynn Hislop** | ☐ Contingent | |
| **1111 Barclay Street** | ☐ Unliquidated | |
| **Apartment 407** | ☐ Disputed | |
| **Vancouver BC V6E1G9** | | |
| **CANADA** | **Basis for the claim:** _ | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.539 1**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$659.52** |
| **Rebecka Lecieleci** | ☐ Contingent | |
| **3610 Beckett Ridge Dr** | ☐ Unliquidated | |
| **Humble, TX 77396** | ☐ Disputed | |
| | **Basis for the claim:** _ | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.539 2**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$684.52** |
| **Recasner Boggan** | ☐ Contingent | |
| **P.O. Box 62463** | ☐ Unliquidated | |
| **Virginia Beach, VA 23466** | ☐ Disputed | |
| | **Basis for the claim:** _ | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.539 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $684.52 |
|---|---|---|
| **Recasner Boggan**<br>P.O. Box 62463<br>Virginia Beach, VA 23466 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.539 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $634.52 |
|---|---|---|
| **Reece Kiriu**<br>241 Moomuku Place<br>Honolulu, HI 96821-2238 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.539 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $689.52 |
|---|---|---|
| **Reed Vida**<br>11 Condon Drive<br>Ansonia, CT 06401 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.539 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $689.52 |
|---|---|---|
| **Alan Reed**<br>P.O. Box 86<br>Centerville, TN 37033 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.539 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $871.28 |
|---|---|---|
| **Reem Alsabbagh**<br>88 Westminster Drive<br>Oakville ON L6L 4H5<br>CANADA | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.539 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $659.14 |
|---|---|---|
| **Reem Shawar**<br>308 East Wisconsin Avenue<br>Milwaukee, WI 53202 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.539 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $459.64 |
|---|---|---|
| **Refugio Villalobos**<br>723 E K Ave<br>Unit B<br>Visalia, CA 93292 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.540 0**

**Nonpriority creditor's name and mailing address**

**Reggie Alex**
**451 East Market Street, #444**
**Indianapolis, IN 46204**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$689.52**

---

**3.540 1**

**Nonpriority creditor's name and mailing address**

**Reginald Constantino**
**1724 Thompson Ave**
**Chula Vista, CA 91913**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,351.94**

---

**3.540 2**

**Nonpriority creditor's name and mailing address**

**Reginald Simington**
**P.O. Box 27257**
**San Diego, CA 92198**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$462.50**

---

**3.540 3**

**Nonpriority creditor's name and mailing address**

**Regine Soucy**
**411 Avenue Sirois Local 70B**
**Rimouski QC G5L8B2**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$5,505.18**

---

**3.540 4**

**Nonpriority creditor's name and mailing address**

**Reid Huyssen**
**301 West Broad Street**
**Apartment 324**
**Falls Church, VA 22046**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$430.52**

---

**3.540 5**

**Nonpriority creditor's name and mailing address**

**Reid Prawdzik**
**3152 34th Street**
**Apt B1**
**Astoria, NY 11106**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$659.52**

---

**3.540 6**

**Nonpriority creditor's name and mailing address**

**Reilly Iverson**
**431 17th St**
**Ogden, UT 84404**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$658.12**

---

Debtor **Launch Pad LLC**
_____
Name

Case number (if known) _____

| 3.540 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $719.29 |

**Pete Reilly**
**1809 East Broadway Street**
**Suite 132**
**Oviedo, FL 32765**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.540 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $683.12 |

**Reiner Musni**
**4357 Spooner Lake Circle**
**Las Vegas, NV 89147**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.540 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $471.59 |

**Relax Hoja**
**13023 SE 189th Ct**
**Renton, WA 98058**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.541 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $854.43 |

**Remco Captein**
**Meerbon 21**
**Rijnsaterwoude  2465 BP**
**NETHERLANDS**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.541 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,446.97 |

**Remo Roth**
**Hohrainstrasse 42**
**Dielsdorf  8157**
**SWITZERLAND**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.541 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $708.62 |

**Remzi Cirit**
**2257 Merlot Ct**
**Fort Collins, CO 80528**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.541 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $961.39 |

**Remzi Turhan**
**Frischmuthstr.4**
**Grevenbroich  41515**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.541
4**

**Nonpriority creditor's name and mailing address**

**Rena Gonzalez
11083 Floruish Drive,
Rancho Cucamonga, CA 91730**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$723.13

---

**3.541
5**

**Nonpriority creditor's name and mailing address**

**Renato Bertello
Strada Terrapini 22
Bandito CN 12042
ITALY**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$883.02

---

**3.541
6**

**Nonpriority creditor's name and mailing address**

**Renato Galamba
2351 Dougals Rd
Apt 912
Miami, FL 33145**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$689.52

---

**3.541
7**

**Nonpriority creditor's name and mailing address**

**Renato Silva
Av. Raul Brandao N.61
Santa Iria De Azoia PT-11 2690-326
PORTUGAL**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$783.18

---

**3.541
8**

**Nonpriority creditor's name and mailing address**

**Renaud Laurent
Quai Du Batty 24
Hamoir  4180
BELGIUM**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$971.52

---

**3.541
9**

**Nonpriority creditor's name and mailing address**

**Rene Andres
Am Rothfeld 36
Trierweiler  54311
GERMANY**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,110.61

---

**3.542
0**

**Nonpriority creditor's name and mailing address**

**Rene Obaya
1241 Enchanted Oaks Drive
Driftwood, TX 78619**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$746.01

---

Debtor  **Launch Pad LLC**
_____     Case number *(if known)* _____
Name

| | |
|---|---|
| **3.542** **1** | Nonpriority creditor's name and mailing address | **$788.22** |

**3.542**
**1**

**Nonpriority creditor's name and mailing address**

**Rene Provoost**
**23827 Springwater Road**
**Crestline, CA 92325**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$788.22**

---

**3.542**
**2**

**Nonpriority creditor's name and mailing address**

**Reno Ramsey**
**8950 Horizon Hyatt Avenue**
**Las Vegas, NV 89178**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$429.12**

---

**3.542**
**3**

**Nonpriority creditor's name and mailing address**

**Reshad Gunga**
**20 Royce Road**
**Peterborough ENG PE15YB**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$755.72**

---

**3.542**
**4**

**Nonpriority creditor's name and mailing address**

**Rex Novenario**
**587 Shark Lane**
**Stafford Twp, NJ 08050**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$712.84**

---

**3.542**
**5**

**Nonpriority creditor's name and mailing address**

**Rex Odenwalder**
**5691 West 5300 South**
**Hooper, UT 84315**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,424.23**

---

**3.542**
**6**

**Nonpriority creditor's name and mailing address**

**Rex Paqueo**
**1079 Alder Avenue**
**Marysville, WA 98270**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$468.06**

---

**3.542**
**7**

**Nonpriority creditor's name and mailing address**

**Rex Turner**
**6917 E 78th St**
**Tulsa, OK 74133**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$684.14**

---

Debtor **Launch Pad LLC**
_____
Name

Case number *(if known)* _____

---

| 3.542 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Reynard Azada**
**5120 Ebbetts Way**
**Antioch, CA 94531**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,434.87**

---

| 3.542 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Harold Reynolds II**
**5007 Tealgate Dr**
**Spring, TX 77373**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$659.52**

---

| 3.543 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**B C Reynolds**
**P.O. Box 3341**
**Seward, AK 99664**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,348.93**

---

| 3.543 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Rhodri Rowlands**
**Disgwylfa, Waveley Street, Clydach**
**Swansea WLS SA6 5DB**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$753.55**

---

| 3.543 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Ria Dasgupta**
**1108 La Sierra Dr**
**El Dorado Hills, CA 95762**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,332.66**

---

| 3.543 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Riaan Van Der Watt**
**3504 Fm 840 E**
**Henderson, TX 75654**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,809.52**

---

| 3.543 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Ric Souli  Res**
**240 5lem Avenue**
**Crabtree QC J0K1B0**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$689.68**

---

Debtor    **Launch Pad LLC**
_____
Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 3.543 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,174.83** |

**Ricardo Abrantes**
**Rua Dr Augusto Jose Da Cunha**
**N7 4A**
**Alges PT-11 1495-240**
**PORTUGAL**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.543 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,710.30** |

**Ricardo Ayala Gonzalez**
**21 De Mayo 1398**
**Iquique TA 1100000**
**CHILE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.543 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$719.88** |

**Ricardo Ayon**
**3972 Dwiggins Street**
**Los Angeles, CA 90063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.543 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$585.30** |

**Ricardo De Nagy Morais Correia**
**R. Diogo De Silves No24A**
**24A**
**Lisboa PT-11 1400-107**
**PORTUGAL**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.543 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,347.71** |

**Ricardo Erik Barba Castillo**
**Lago Alberto 320 Tena 402**
**Anahuac**
**Miguel Hidalgo DF 11320**
**MEXICO**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.544 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$152.33** |

**Ricardo Erik Barba Castillo**
**Lago Alberto 320 Tena 402**
**Anahuac**
**Miguel Hidalgo DF 11320**
**MEXICO**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.544 1**

**Nonpriority creditor's name and mailing address**

**Ricardo Freitag**
**7311 NW 12th St**
**Suite 22 Fpy124798**
**Miami, FL 33191**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No ☐ Yes

**$658.12**

---

**3.544 2**

**Nonpriority creditor's name and mailing address**

**Ricardo Garcia**
**40742 Chantaco Ct**
**Palmdale, CA 93551**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No ☐ Yes

**$472.27**

---

**3.544 3**

**Nonpriority creditor's name and mailing address**

**Ricardo Garcia**
**40742 Chantaco Ct**
**Palmdale, CA 93551-5619**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No ☐ Yes

**$472.27**

---

**3.544 4**

**Nonpriority creditor's name and mailing address**

**Ricardo Gierbolini**
**5022 South Himalaya Court**
**Aurora, CO 80015**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No ☐ Yes

**$1,413.58**

---

**3.544 5**

**Nonpriority creditor's name and mailing address**

**Ricardo Queiroz**
**31 Kemsley Crescent, Broughton**
**Broughton**
**Milton Keynes ENG MK10 9LZ**
**UNITED KINGDOM**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No ☐ Yes

**$3,378.62**

---

**3.544 6**

**Nonpriority creditor's name and mailing address**

**Ricardo Rodrigues**
**Deluxe House Unit 32 Perivale Park**
**Horsenden Lane**
**London ENG UB6 7RL**
**UNITED KINGDOM**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No ☐ Yes

**$803.69**

---

Debtor    **Launch Pad LLC**
_____    Case number (if known) _____
Name

| 3.544 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $719.88 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ricardo Rossi**
**13224 Fernmont Street**
**Sylmar, CA 91342**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

$719.88

---

**Nonpriority creditor's name and mailing address**
**Ricardo Sanchez**
**244 N Walcott St**
**Indianapolis, IN 46201**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

$769.29

---

**Nonpriority creditor's name and mailing address**
**Ricardo Sanchez**
**244 N Walcott St**
**Indianapolis, IN 46201**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

$720.52

---

**Nonpriority creditor's name and mailing address**
**Ricardo Smith**
**Box 134**
**George Town  KY1-9000**
**CAYMAN ISLANDS**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

$851.52

---

**Nonpriority creditor's name and mailing address**
**Ricardo Venegas**
**1830 Via Petirrojo**
**Apt M**
**Newbury Park, CA 91320**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

$744.68

---

**Nonpriority creditor's name and mailing address**
**Rich Odness**
**25021 Silverleaf Lane**
**Laguna Hills, CA 92653**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

$740.83

---

**Nonpriority creditor's name and mailing address**
**Richard Anderson**
**7525 N 155th St**
**Bennington, NE 68007**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

$429.87

The box numbers in the left margin are: 3.5447, 3.5448, 3.5449, 3.5450, 3.5451, 3.5452, 3.5453

Debtor **Launch Pad LLC**

Name

Case number *(if known)* _____

---

**3.545
4**

**Nonpriority creditor's name and mailing address**

**Richard Barr**
**208 Misty Court**
**Destin, FL 32541**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$671.14**

---

**3.545
5**

**Nonpriority creditor's name and mailing address**

**Richard Bell**
**135 Wynford Drive #1008**
**Toronto ON M3C 0J4**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$137.35**

---

**3.545
6**

**Nonpriority creditor's name and mailing address**

**Richard Bell**
**135 Wynford Drive #1008**
**Toronto ON M3C 0J4**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,329.33**

---

**3.545
7**

**Nonpriority creditor's name and mailing address**

**Richard Bligaard**
**Rismyrvegen 51D**
**Nodeland  4645**
**NORWAY**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$798.00**

---

**3.545
8**

**Nonpriority creditor's name and mailing address**

**Richard Brown**
**10626 114C Street**
**Grande Prairie AB T8V 6M5**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$871.28**

---

**3.545
9**

**Nonpriority creditor's name and mailing address**

**Richard Burns**
**5729 Sunset Rd.**
**Fort Worth, TX 76114**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$659.14**

---

**3.546
0**

**Nonpriority creditor's name and mailing address**

**Richard Chang**
**209-25 18th Ave**
**Apt 5B**
**Bay Terrace, NY 11360**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$851.52**

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.546 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,309.52 |
|---|---|---|
| **Richard Clark**<br>**4246 Willow Bay Drive**<br>**Winter Garden, FL 34787** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.546 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,685.33 |
|---|---|---|
| **Richard Dimov**<br>**110 Lexington Lane**<br>**Costa Mesa, CA 92626** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.546 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,185.30 |
|---|---|---|
| **Richard Downing**<br>**227 East Main Street**<br>**Unit #3**<br>**Tuckerton, NJ 08087** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.546 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,322.21 |
|---|---|---|
| **Richard Fabian**<br>**3738 Davies Manor Dr**<br>**Bartlett, TN 38133** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.546 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $851.14 |
|---|---|---|
| **Richard Fijolek**<br>**3720 Potomac Avenue**<br>**Dallas, TX 75205** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.546 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $851.14 |
|---|---|---|
| **Richard Griffiths**<br>**4 Cypress Cv.**<br>**Little Rock, AR 72223-4466** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.546 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,655.29 |
|---|---|---|
| **Richard Haberkorn**<br>**13951 Progress Parkway**<br>**North Royalton, OH 44133** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.546 8**

**Nonpriority creditor's name and mailing address**
**Richard Kurwitz**
**4021 Austins Landing**
**Bryan, TX 77808**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,482.51**

---

**3.546 9**

**Nonpriority creditor's name and mailing address**
**Richard Laird**
**P.O. Box 130432**
**Carlsbad, CA 92013**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,411.58**

---

**3.547 0**

**Nonpriority creditor's name and mailing address**
**Richard Laird**
**P.O. Box 130432**
**Carlsbad, CA 92013**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$699.35**

---

**3.547 1**

**Nonpriority creditor's name and mailing address**
**Richard Leclair**
**38 Windmill Lane**
**Arlington, MA 02474**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$673.58**

---

**3.547 2**

**Nonpriority creditor's name and mailing address**
**Richard Lee**
**310 S Jefferson St**
**50D**
**Placentia, CA 92870**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$850.12**

---

**3.547 3**

**Nonpriority creditor's name and mailing address**
**Richard Lee**
**310 S Jefferson St, Placentia Ca**
**50D**
**Placentia, CA 92870**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$850.12**

---

**3.547 4**

**Nonpriority creditor's name and mailing address**
**Richard Lin**
**5826 NW Lark Meadow Ter**
**Portland, OR 97229**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$677.53**

---

Debtor **Launch Pad LLC**
_____
Name

Case number (*if known*) _____

| | | |
|---|---|---|
| **3.547 5** | **Nonpriority creditor's name and mailing address**<br>**Richard McLaughlin**<br>**7776 Blueberry Hill Lane**<br>**Ellicott City, MD 21043**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,359.52** |

| | | |
|---|---|---|
| **3.547 6** | **Nonpriority creditor's name and mailing address**<br>**Richard Metz Jr.**<br>**142 East 80th Street**<br>**Apt 3**<br>**New York, NY 10075**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$757.23** |

| | | |
|---|---|---|
| **3.547 7** | **Nonpriority creditor's name and mailing address**<br>**Richard Meunier**<br>**68 Rue Rollinet**<br>**Notre-Dame-De-L'Ile-Perrot QC J7V 8M6**<br>**CANADA**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$689.68** |

| | | |
|---|---|---|
| **3.547 8** | **Nonpriority creditor's name and mailing address**<br>**Richard Neubert**<br>**Ollenhauerstrasse 1**<br>**Wolfsburg  38444**<br>**GERMANY**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$960.75** |

| | | |
|---|---|---|
| **3.547 9** | **Nonpriority creditor's name and mailing address**<br>**Richard Oconnell**<br>**77 Dalma Drive**<br>**Mountain View, CA 94041**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$737.63** |

| | | |
|---|---|---|
| **3.548 0** | **Nonpriority creditor's name and mailing address**<br>**Richard Pacchioli**<br>**3 Holly Rd**<br>**Medina, TN 38355**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$627.02** |

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.548**
**1**

**Nonpriority creditor's name and mailing address**

**Richard Patton**
**East View, The Hills,**
**East View, Bessie Lane**
**The Hills, Bradwell ENG S33 9HZ**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,541.60**

---

**3.548**
**2**

**Nonpriority creditor's name and mailing address**

**Richard Ramirez**
**1555 Branciforte Dr**
**Santa Cruz, CA 95065**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$751.05**

---

**3.548**
**3**

**Nonpriority creditor's name and mailing address**

**Richard Rea**
**13 Finnegan Boulevard**
**Deception Bay QLD 4508**
**AUSTRAILA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,369.03**

---

**3.548**
**4**

**Nonpriority creditor's name and mailing address**

**Richard Schacht**
**1412 Black Pine Court**
**Castle Rock, CO 80104**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$743.29**

---

**3.548**
**5**

**Nonpriority creditor's name and mailing address**

**Richard Smith**
**49 Castlemoyne**
**Balgriffin**
**Dublin D D13 T8N4**
**IRELAND**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$867.50**

---

**3.548**
**6**

**Nonpriority creditor's name and mailing address**

**Richard Stagg**
**15705 East Puma Drive**
**Fountain Hills, AZ 85268**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,358.87**

---

Debtor **Launch Pad LLC**

Name

Case number *(if known)*

---

| 3.548 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $759.49 |
|---|---|---|---|

**Richard Tarenta**
1273 Terrace Pl
Lynnwood, WA 98282

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.548 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $706.54 |
|---|---|---|---|

**Richard Tyrrell**
1605 Hallet Peak Dr
Longmont, CO 80503

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.548 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,079.07 |
|---|---|---|---|

**Richard Wang**
781 Janice Lane
Walnut, CA 91789

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.549 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,766.09 |
|---|---|---|---|

**Richard Wang**
781 Janice Lane
Walnut, CA 91789

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.549 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,460.17 |
|---|---|---|---|

**Richard Warren**
1200 Woodruff Road
Ste C12
Greenville, SC 29607

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.549 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $699.09 |
|---|---|---|---|

**Richard Winburn**
102 Seth Ct.
Radcliff, KY 40160

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.549 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $689.52 |
|---|---|---|---|

**Richard Woods**
1002 Heights Avenue
El Campo, TX 77437

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.549 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$684.52** |
|---|---|---|
| **Rick Ashley**<br>**172 02 119 Ave**<br>**Apt 2**<br>**Jamaica, NY 11434** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.549 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$689.96** |
|---|---|---|
| **Rick Gales**<br>**1234 Elevator Road**<br>**Saskatoon  SK S7M 3X2**<br>**CANADA** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.549 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$740.83** |
|---|---|---|
| **Rick Pathi**<br>**1100 Wendy Ave.**<br>**Big Bear, CA 92314** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.549 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$711.88** |
|---|---|---|
| **Rick Wilberg**<br>**304 Potomac Ave**<br>**Savoy, IL 61874-8115** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.549 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,338.66** |
|---|---|---|
| **Ricky Ariston**<br>**7237, 202A Street, 202A Street**<br>**202A Street**<br>**Langley BC V2Y 3G4**<br>**CANADA** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.549 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$707.79** |
|---|---|---|
| **Ricky May**<br>**1302 Kinau Street**<br>**Apt 7**<br>**Honolulu, HI 96814** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.550 0**

**Nonpriority creditor's name and mailing address**
**Ricky Worthy**
**P.O. Box 6601**
**Macon, GA 31208**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$430.52

---

**3.550 1**

**Nonpriority creditor's name and mailing address**
**Rico Lengefeld**
**99 Ifield Road**
**London ENG SW10 9AS**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$951.89

---

**3.550 2**

**Nonpriority creditor's name and mailing address**
**Rico Trevisan**
**Molierelaan 474**
**Elsene  1050**
**BELGIUM**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,398.99

---

**3.550 3**

**Nonpriority creditor's name and mailing address**
**Riddhi Bajracharya**
**398 Green Mountain Road**
**Mahwah, NJ 07430**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$2,169.31

---

**3.550 4**

**Nonpriority creditor's name and mailing address**
**Riddhi Shah**
**1387 Keoncrest Ave**
**San Jose, CA 95110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$468.06

---

**3.550 5**

**Nonpriority creditor's name and mailing address**
**Riddhi Shah**
**1387 Keoncrest Ave**
**San Jose, CA 95110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$468.06

---

**3.550 6**

**Nonpriority creditor's name and mailing address**
**Rigoberto Delgado**
**256 Highland Circle**
**Providenciales**
**TURKS AND CAICOS ISLANDS**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$430.52

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.550 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $659.52 |
|---|---|---|---|

**Rija Masood**
**5016 Leatherback Rd**
**Woodbridge, VA 22193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.550 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $715.00 |
|---|---|---|---|

**Rino Azurin**
**1225 Anthony St**
**Redlands, CA 92374**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.550 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,948.54 |
|---|---|---|---|

**Rio Butler**
**8036 Southwest 64th Avenue**
**Portland, OR 97219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.551 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,415.76 |
|---|---|---|---|

**David Rios**
**4917 North Kimball Avenue**
**Chicago, IL 60625**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.551 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $747.63 |
|---|---|---|---|

**Ritchie Macadaeg**
**16979 Hazelwood Drive**
**Riverside, CA 92503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.551 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,839.47 |
|---|---|---|---|

**Mark Dave Rivera**
**24464 Reserve Court**
**Menifee, CA 92584-0364**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.551 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,347.01 |
|---|---|---|---|

**Riyad Trii**
**245 Rue Beaupre**
**Charlemagne QC J5Z 1B4**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.551 4**

**Nonpriority creditor's name and mailing address**
**Rizwan Gangwani**
**12729 Beech Tree Lane**
**Euless, TX 76040**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$684.14**

---

**3.551 5**

**Nonpriority creditor's name and mailing address**
**Rizwan Ullah**
**823 Queensdale Ave East**
**Hamilton ON L8V 1M7**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$689.68**

---

**3.551 6**

**Nonpriority creditor's name and mailing address**
**Doyoung Ro**
**165 N 1650 W**
**D208**
**Pleasant Grove, UT 84062**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$683.12**

---

**3.551 7**

**Nonpriority creditor's name and mailing address**
**Rob Ross**
**115 Egloff Circle**
**Folsom, CA 95630-6616**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$735.44**

---

**3.551 8**

**Nonpriority creditor's name and mailing address**
**Robb Baldwin**
**4616 SW 97th Terracd**
**Gainesville, FL 32608**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,034.52**

---

**3.551 9**

**Nonpriority creditor's name and mailing address**
**Robby Teuchner**
**Breiteweg 194**
**Barleben  39179**
**GERMANY**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,087.84**

---

**3.552 0**

**Nonpriority creditor's name and mailing address**
**Robert Affa**
**40 Point O Woods Drive**
**Toms River, NJ 08753**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$459.04**

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.552**
**1**

**Nonpriority creditor's name and mailing address**
**Robert Arredondo**
**2048 W Chicago Ave Door Code 35885**
**312 785 6790**
**Chicago, IL 60622**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$699.13**

---

**3.552**
**2**

**Nonpriority creditor's name and mailing address**
**Robert Ball**
**58 Cranberry Road**
**Carver, MA 02330**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$709.66**

---

**3.552**
**3**

**Nonpriority creditor's name and mailing address**
**Robert Barclay**
**11038 W Washington St**
**Avondale, AZ 85323**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$748.71**

---

**3.552**
**4**

**Nonpriority creditor's name and mailing address**
**Robert Blaney**
**1403 E Holly Ave**
**Sterling, VA 20164**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$634.52**

---

**3.552**
**5**

**Nonpriority creditor's name and mailing address**
**Robert Brito**
**1336 Melstone Street**
**Beaumont, CA 92223**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$733.77**

---

**3.552**
**6**

**Nonpriority creditor's name and mailing address**
**Robert Brown**
**1330 East Allendale Court**
**Bloomington, IN 47401**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$659.52**

---

**3.552**
**7**

**Nonpriority creditor's name and mailing address**
**Robert Brown**
**1330 East Allendale Court**
**Bloomington, IN 47401**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$59.52**

---

Debtor    **Launch Pad LLC**
_____    Case number (if known) _____
Name

| | | |
|---|---|---|
| **3.552 8** | **Nonpriority creditor's name and mailing address** <br> **Robert Cabrera** <br> **4022 Levonshire Dr** <br> **Houston, TX 77025** | **$430.52** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| **3.552 9** | **Nonpriority creditor's name and mailing address** <br> **Robert Carter** <br> **545 Leavenworth Street, Apt. 7** <br> **San Francisco, CA 94109** | **$703.21** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| **3.553 0** | **Nonpriority creditor's name and mailing address** <br> **Robert Ciuca** <br> **723 W Ocean Ave** <br> **Lantana, FL 33462** | **$659.52** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| **3.553 1** | **Nonpriority creditor's name and mailing address** <br> **Robert Clark** <br> **4555 Country Glen Circle** <br> **Grovetown, GA 30813** | **$2,114.52** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| **3.553 2** | **Nonpriority creditor's name and mailing address** <br> **Robert Coates** <br> **504 Brooktree Court** <br> **Lutz, FL 33548** | **$684.52** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| **3.553 3** | **Nonpriority creditor's name and mailing address** <br> **Robert Coates** <br> **504 Brooktree Ct** <br> **Lutz, FL 33548** | **$659.52** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| **3.553 4** | **Nonpriority creditor's name and mailing address** <br> **Robert Damisch** <br> **Andritzer Reichsstrasse, 89** <br> **Graz  8046** <br> **AUSTRIA** | **$963.20** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Launch Pad LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.553 5**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $459.59 |
|---|---|---|
| **Robert Deese** | ☐ Contingent | |
| **507 Lohnes Drive** | ☐ Unliquidated | |
| **Fairborn, OH 45324** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.553 6**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $721.89 |
|---|---|---|
| **Robert Firestone** | ☐ Contingent | |
| **7087 S Spruce Dr W** | ☐ Unliquidated | |
| **Centennial, CO 80112** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.553 7**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,369.03 |
|---|---|---|
| **Robert Francis** | ☐ Contingent | |
| **20 Henry Street** | ☐ Unliquidated | |
| **Unit 7** | ☐ Disputed | |
| **Parramatta NSW 2150** | | |
| **AUSTRAILA** | | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.553 8**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $788.05 |
|---|---|---|
| **Robert Gabardi** | ☐ Contingent | |
| **58 School Street** | ☐ Unliquidated | |
| **Rockland, MA 02370** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.553 9**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,152.68 |
|---|---|---|
| **Robert Galyan** | ☐ Contingent | |
| **P.O. Box 68** | ☐ Unliquidated | |
| **Estes Park, CO 80517** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.554 0**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,268.87 |
|---|---|---|
| **Robert Gangemi** | ☐ Contingent | |
| **1243 Hermosa Ave** | ☐ Unliquidated | |
| **Pacifica, CA 94044** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.554 1**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $713.94 |
|---|---|---|
| **Robert Gonzalez** | ☐ Contingent | |
| **1612 North 6th Street** | ☐ Unliquidated | |
| **Mcallen, TX 78501** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.554 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$464.55** |
|---|---|---|---|

**Robert Guerrero**
**5 Scarsdale Rd**
**Montgomery, IL 60538**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.554 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$659.52** |
|---|---|---|---|

**Robert Harford**
**920 Justison Street**
**Wilmington, DE 19801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.554 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$689.68** |
|---|---|---|---|

**Robert Healy**
**130 Whelan Crescent**
**Saskatoon SK S7L 6V8**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.554 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$430.52** |
|---|---|---|---|

**Robert Henderson**
**11416 Esplanade Drive #105**
**Reston, VA 20194**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.554 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,443.90** |
|---|---|---|---|

**Robert Hufault**
**37 Duggan St**
**Stoughton, MA 02072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.554 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$488.00** |
|---|---|---|---|

**Robert Hunter**
**2 Inveresk Park**
**Rathcoole**
**Newtownabbey NIR BT379EU**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.554 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$37.10** |
|---|---|---|---|

**Robert Hurst**
**482 Greenwood Road**
**Kennett Square, PA 19348**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Launch Pad LLC**
_____
Name

Case number (if known) _____

---

| 3.554 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Robert Ingenito**
**231 Lucille Avenue**
**Apt #2**
**Elmont, NY 11003**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,369.52

---

| 3.555 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Robert Ingenito**
**231 Lucille Avenue**
**Apt #2**
**Elmont, NY 11003**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$689.52

---

| 3.555 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Robert Jackson**
**1770 79th Street Cswy**
**Apt D-204**
**North Bay Village, FL 33141**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$430.52

---

| 3.555 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Robert Jackson**
**12501 North Professor Street**
**Oberlin, OH 44074**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$702.40

---

| 3.555 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Robert Klein**
**141 Robert E Lee Blvd, #1124**
**New Orleans, LA 70124**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,309.52

---

| 3.555 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Robert Kraska**
**1485 Ashington Court**
**Mississauga ON L5C1R5**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$921.33

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.555 5**

**Nonpriority creditor's name and mailing address**

**Robert Kuznetsov**
**Onilovoi Lane 8/10**
**8A**
**Odessa  65011**
**UKRAINE**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$801.86

---

**3.555 6**

**Nonpriority creditor's name and mailing address**

**Robert L.Lundy**
**5933 Easy Street**
**I25**
**Bradenton, FL 34207**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$634.52

---

**3.555 7**

**Nonpriority creditor's name and mailing address**

**Robert Lew**
**7123 Zion Lane**
**San Gabriel, CA 91775**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$699.05

---

**3.555 8**

**Nonpriority creditor's name and mailing address**

**Robert Lewandowski**
**16901 Oak Manor Drive**
**Westfield, IN 46074**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$2,838.90

---

**3.555 9**

**Nonpriority creditor's name and mailing address**

**Robert Lewandowski**
**16901 Oak Manor Drive**
**Westfield, IN 46074**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,543.45

---

**3.556 0**

**Nonpriority creditor's name and mailing address**

**Robert Liang**
**23 Maques Lane**
**Thornhill ON L4J6T3**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,884.22

---

Debtor   **Launch Pad LLC**                                             Case number *(if known)* _____
         Name

| 3.556 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $659.52 |
|---|---|---|---|

**Robert Martin**
**2047 Thompson Street**
**Innisfil ON L9S 4Z1**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.556 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $665.29 |
|---|---|---|---|

**Robert Martin**
**1405 N 26 Ave**
**Hollywood, FL 33020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.556 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $742.19 |
|---|---|---|---|

**Robert Moon**
**6185 Magnolia Avenue, #234**
**Riverside, CA 92506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.556 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $461.75 |
|---|---|---|---|

**Robert Morrison**
**5829 Laguna Quail Way**
**Elk Grove, CA 95758**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.556 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $659.52 |
|---|---|---|---|

**Robert Mudry**
**1435 Waterfront Rd.**
**Reston, VA 20194-1251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.556 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $708.50 |
|---|---|---|---|

**Robert Parrish-Zafiratos**
**2350 Del Mar Way**
**Unit 303**
**Corona, CA 92882**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.556 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $659.52 |
|---|---|---|---|

**Robert Peterson**
**15599 Glencrest Avenue**
**Delray Beach, FL 33446**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.556 8**

**Nonpriority creditor's name and mailing address**

**Robert Peterson**
**25 Gilcreast Road**
**Londonderry, NH 03053**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$684.52

---

**3.556 9**

**Nonpriority creditor's name and mailing address**

**Robert Rizya**
**4481 South 3425 West**
**West Haven, UT 84401**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$723.04

---

**3.557 0**

**Nonpriority creditor's name and mailing address**

**Robert Salazar**
**5071 Southwest 119th Avenue**
**Cooper City, FL 33330**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$659.52

---

**3.557 1**

**Nonpriority creditor's name and mailing address**

**Robert Schroeter**
**7891 Oakhurst Dr**
**Brecksville, OH 44141**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$677.18

---

**3.557 2**

**Nonpriority creditor's name and mailing address**

**Robert Shirer**
**84 Abilene Drive**
**Toronto ON M9A 2N7**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$135.00

---

**3.557 3**

**Nonpriority creditor's name and mailing address**

**Robert Sniezko**
**2439 West Augusta Blvd**
**Apt 4**
**Chicago, IL 60622**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$754.27

---

**3.557 4**

**Nonpriority creditor's name and mailing address**

**Robert Stein**
**15589 Paulding Blvd**
**Brook Park, OH 44142**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$753.08

---

Debtor    **Launch Pad LLC**
_____    Case number _(if known)_ _____
Name

| 3.557 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $4,364.28 |
|---|---|---|---|

**Robert Szilveszter**
**158 Chiltern Drive**
**Surbiton ENG KT5 8LS**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.557 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $4,363.71 |
|---|---|---|---|

**Robert Szilveszter**
**158 Chiltern Drive**
**Surbiton ENG KT5 8LS**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.557 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $2,220.04 |
|---|---|---|---|

**Robert Toth**
**Zranyi Utca 13. Foldszint 2.**
**Budapest  1195**
**HUNGARY**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.557 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $1,309.14 |
|---|---|---|---|

**Robert Valles**
**15511 Highway 71 West, Ste 110 #232**
**Austin, TX 78738**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.557 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $695.70 |
|---|---|---|---|

**Robert Viera**
**2316 SW 22nd St**
**Cape Coral, FL 33991**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.558 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $469.11 |
|---|---|---|---|

**Robert Vrshek**
**22637 Lamplight Pl**
**Santa Clarita, CA 91350**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.558 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $1,468.29 |
|---|---|---|---|

**Robert Wallace**
**4773 Forest Grove Drive**
**Brunswick, OH 44212**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.558 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,009.30 |
|---|---|---|---|

**Robert Wallace**
**4773 Forest Grove Drive**
**Brunswick, OH 44212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.558 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $955.29 |
|---|---|---|---|

**Robert Wallace**
**4773 Forest Grove Drive**
**Brunswick, OH 44212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.558 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $739.29 |
|---|---|---|---|

**Robert Wallace**
**4773 Forest Grove Drive**
**Brunswick, OH 44212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.558 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,947.90 |
|---|---|---|---|

**Robert Wallace**
**4773 Forest Grove Drive**
**Brunswick, OH 44212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.558 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $744.70 |
|---|---|---|---|

**Robert Wallace**
**4773 Forest Grove Drive**
**Brunswick, OH 44212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.558 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,818.28 |
|---|---|---|---|

**Robert Wallace**
**4773 Forest Grove Drive**
**Brunswick, OH 44212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.558 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,414.28 |
|---|---|---|---|

**Robert Wallace**
**4773 Forest Grove Drive**
**Brunswick, OH 44212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.5589**

**Nonpriority creditor's name and mailing address**
**Robert Wallace**
**4773 Forest Grove Drive**
**Brunswick, OH 44212**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$712.29

---

**3.5590**

**Nonpriority creditor's name and mailing address**
**Robert Wallace**
**4773 Forest Grove Drive**
**Brunswick, OH 44212**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$712.29

---

**3.5591**

**Nonpriority creditor's name and mailing address**
**Robert Wallace**
**4773 Forest Grove Drive**
**Brunswick, OH 44212**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$712.29

---

**3.5592**

**Nonpriority creditor's name and mailing address**
**Robert Wellesley**
**7575 Shadow Lane**
**Sparks, NV 89434**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,307.81

---

**3.5593**

**Nonpriority creditor's name and mailing address**
**Robert Wilson**
**221 Timberpark Drive**
**Davenport, FL 33837**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$634.52

---

**3.5594**

**Nonpriority creditor's name and mailing address**
**Robert Wisniewski**
**1540 Chapparel Way**
**Wellington, FL 33414**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$689.52

---

**3.5595**

**Nonpriority creditor's name and mailing address**
**Robert Wisniewski**
**1540 Chapparel Way**
**Wellington, FL 33414**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$689.52

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.5596**

**Nonpriority creditor's name and mailing address**

**Roberto Bruno Di Pietro**
**Murguiondo 340**
**Liniers C 1408**
**ARGENTINA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,309.52**

---

**3.5597**

**Nonpriority creditor's name and mailing address**

**Roberto Campolo**
**Via Vigevanese 7/A**
**Buccinasco MI 20090**
**ITALY**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$886.16**

---

**3.5598**

**Nonpriority creditor's name and mailing address**

**Roberto Carlos Cabanas Canela**
**Av. Central 8 Sec C Mod B 112**
**Col. Villa De Aragon**
**Gustavo A Madero DF 7570**
**MEXICO**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$454.16**

---

**3.5599**

**Nonpriority creditor's name and mailing address**

**Roberto Chaparro**
**Hc-03 Box 32603**
**Aguada, PR 00602**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$851.52**

---

**3.5600**

**Nonpriority creditor's name and mailing address**

**Roberto De Aquino Lopes Junior**
**Rua Cotiara, 400**
**Alphaville Campo Grande 1**
**Campo Grande MS 79035-510**
**BRAZIL**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$671.84**

---

**3.5601**

**Nonpriority creditor's name and mailing address**

**Roberto Guidarini**
**Via Antonio Cecchi 23**
**Genova GE 16129**
**ITALY**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$577.44**

---

Debtor **Launch Pad LLC**                                         Case number *(if known)* _____
_____
Name

| 3.560<br>2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $851.52 |
|---|---|---|---|

**Roberto Medal**
**13952 SW 153 Terr**
**Miami, FL 33177**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.560<br>3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $721.28 |
|---|---|---|---|

**Roberto Molina**
**105 Laurens Ct**
**Anderson, SC 29621**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.560<br>4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $709.64 |
|---|---|---|---|

**Roberto Nigrelli**
**Via Antonio Salinas 6**
**@Tec Di Roberto Nigrelli Vat: It05231890**
**Palermo PA 90141**
**ITALY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.560<br>5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $659.14 |
|---|---|---|---|

**Roberto Ruiz**
**1716 Wurzburg Drive**
**Fort Worth, TX 76134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.560<br>6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $974.22 |
|---|---|---|---|

**Roberto Simao**
**Val Da Pia No 8**
**Porto De Mos PT-10 2480-043**
**PORTUGAL**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.560<br>7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $685.83 |
|---|---|---|---|

**Robin Abbott**
**6116 Bernhard Avenue**
**Richmond, CA 94805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.560<br>8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,693.14 |
|---|---|---|---|

**Robin Alex**
**400 North Saint Paul Street, #920**
**Dallas, TX 75201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Launch Pad LLC**                                          Case number *(if known)* _____
_____
Name

| | | |
|---|---|---|
| **3.560 9** | **Nonpriority creditor's name and mailing address**<br>**Robin Kraus**<br>**Krausstrasse 4**<br>**Munich  81929**<br>**GERMANY**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$899.91** |
| **3.561 0** | **Nonpriority creditor's name and mailing address**<br>**Robin Kurian**<br>**2704 Rock Island Road, Apt 242**<br>**Irving, TX 75060**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$2,120.77** |
| **3.561 1** | **Nonpriority creditor's name and mailing address**<br>**Robinson Doyle**<br>**51 McDonald Street**<br>**Bucksport, ME 04416**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$430.52** |
| **3.561 2** | **Nonpriority creditor's name and mailing address**<br>**Robroy Heron**<br>**85 North Middletown Road**<br>**C9**<br>**Nanuet, NY 10954**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$430.52** |
| **3.561 3** | **Nonpriority creditor's name and mailing address**<br>**Randy Robson**<br>**2567 E Carla Vista Dr**<br>**Gilbert, AZ 85295**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$10,545.96** |
| **3.561 4** | **Nonpriority creditor's name and mailing address**<br>**Randy Robson**<br>**2567 E Carla Vista Dr**<br>**Gilbert, AZ 85295**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$5,635.51** |
| **3.561 5** | **Nonpriority creditor's name and mailing address**<br>**Rocco Galic**<br>**Calvinstr. 6**<br>**Dusseldorf  40597**<br>**GERMANY**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$2,152.76** |

Debtor    **Launch Pad LLC**
_____
Name

Case number *(if known)* _____

| | | |
|---|---|---|
| **3.561 6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**3.561 6**

Nonpriority creditor's name and mailing address

**Rod Cartledge**
**24 Sagars Road**
**Dural NSW 2158**
**AUSTRAILA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,362.99

---

**3.561 7**

Nonpriority creditor's name and mailing address

**Roderick Agius Custo**
**Goodwood**
**Flt1 Triq Il-25 Ta Marzu ,**
**Tarxien  TXN1182**
**MALTA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$954.78

---

**3.561 8**

Nonpriority creditor's name and mailing address

**Rodney Brown**
**1150 Hollybrook Avenue**
**Chula Vista, CA 91913**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$89.38

---

**3.561 9**

Nonpriority creditor's name and mailing address

**Rodney Brown**
**1150 Hollybrook Avenue**
**Chula Vista, CA 91913**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$89.38

---

**3.562 0**

Nonpriority creditor's name and mailing address

**Rodney Rael**
**370 North 17th Street**
**San Jose, CA 95112**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$468.06

---

**3.562 1**

Nonpriority creditor's name and mailing address

**Rodney Speight**
**2404 Skyview Circle**
**Fairfield, CA 94534**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$712.56

---

**3.562 2**

Nonpriority creditor's name and mailing address

**Rodney Vaught**
**6419 South Lorel Ave.**
**Chicago, IL 60638**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$474.22

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.562 3**

**Nonpriority creditor's name and mailing address**

**Rodolfo Lomascolo**
**Cogoll 23 Num 3**
**Sant Andreu De Llavaneres B 8392**
**SPAIN**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$883.43**

---

**3.562 4**

**Nonpriority creditor's name and mailing address**

**Rodolfo Robles**
**6080 Pocket Pl**
**El Paso, TX 79932**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$658.87**

---

**3.562 5**

**Nonpriority creditor's name and mailing address**

**Rodrigo Cordova**
**19013 Horst Avenue**
**Artesia, CA 90701**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$747.25**

---

**3.562 6**

**Nonpriority creditor's name and mailing address**

**Rodrigo Del Paso Escobedo**
**Calle Bahia Xcacel 7 Mza 23 Lote 1**
**Dep 305 Aventuras Club Marina**
**Puerto Aventuras Q ROO 77733**
**MEXICO**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$692.82**

---

**3.562 7**

**Nonpriority creditor's name and mailing address**

**Rodrigo Del Paso Escobedo**
**Calle Bahia Xcacel 7 Mza 23 Lote 1**
**Aventuras Club Marina Oficina**
**Puerto Aventuras Q ROO 77733**
**MEXICO**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$717.82**

---

**3.562 8**

**Nonpriority creditor's name and mailing address**

**Rodrigo Ferrario**
**25 Linwood Avenue**
**Greenwich, CT 06878**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$658.12**

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.5629 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $651.37 |
|---|---|---|---|

**Rodrigo Ferrario**
**25 Linwood Avenue**
**Greenwich, CT 06878**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5630 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $939.28 |
|---|---|---|---|

**Rodrigo Ferreira**
**Rua Henrique Medina, No 48, Flor Da Mata**
**Set  bal PT-15 2840-705**
**PORTUGAL**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5631 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $659.52 |
|---|---|---|---|

**Rodrigo Guanlao**
**3210 N Pemberton Circle Drive**
**Houston, TX 77025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5632 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $86.21 |
|---|---|---|---|

**Rodrigo Martinez Guajardo**
**Antiguo Camino A Villa De Santiago 3015**
**Col. Altavista Sur**
**Monterrey NL 64740**
**MEXICO**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5633 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $685.44 |
|---|---|---|---|

**Rodrigo Martinez Guajardo**
**Antiguo Camino A Villa De Santiago 3015**
**Col. Altavista Sur**
**Monterrey NL 64740**
**MEXICO**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5634 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $749.09 |
|---|---|---|---|

**Rodrigo Parisi**
**21634 35th Ave SE**
**Bothell, WA 98021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.563 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,909.90 |
|---|---|---|---|

**Rodrigo Sanchez Vasquez**
**Parque Escorial**
**Alturas Del Parque 2310**
**Carolina, PR 00987**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.563 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $902.61 |
|---|---|---|---|

**Nelson Rodriguez**
**188 Tortledepoint Ln**
**Thurndele**
**Philadelphia, PA 19372**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.563 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $708.50 |
|---|---|---|---|

**Roger Cisneros**
**33081 Acapulco Drive**
**Dana Point, CA 92629**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.563 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $897.14 |
|---|---|---|---|

**Roger Delamare**
**4 Avenue Des Noes**
**La Verriere  78320**
**FRANCE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.563 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $854.61 |
|---|---|---|---|

**Roger Forcada**
**Carrer Dantoni De Capmany 76, 5 - 1**
**Barcelona B 8014**
**SPAIN**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.564 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $709.25 |
|---|---|---|---|

**Roger Nakata**
**7934 Mission Bonita Drive**
**San Diego, CA 92120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.564 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,272.52 |
|---|---|---|---|

**Roger Rodriguez**
**1710 NW 96th Ave**
**Doral, FL 33172-2415**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F     Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Launch Pad LLC**
_____    Case number *(if known)* _____
Name

| 3.564 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $851.52 |
|---|---|---|---|

**Roger Rodriguez 009**
**1710 NW 96th Ave**
**Doral, FL 33172-2415**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.564 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $430.52 |
|---|---|---|---|

**Roger Rodriguez 009**
**1710 NW 96th Ave**
**Doral, FL 33172-2415**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.564 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,810.16 |
|---|---|---|---|

**Roger Webb**
**1 Harewood Mews**
**Leeds ENG LS17 9LY**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.564 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $749.06 |
|---|---|---|---|

**Rohin Khosla**
**52 Cityscape Mount NE**
**Calgary AB T3N 0V7**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.564 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $472.23 |
|---|---|---|---|

**Rohit Gopal**
**588 Bell St**
**509S**
**Seattle, WA 98121**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.564 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,631.16 |
|---|---|---|---|

**Rolan Sahyouni**
**Vastra Jarnvagsgatan 7C**
**Lgh 1203**
**Hedemora  77635**
**SWEDEN**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor __Launch Pad LLC_____    Case number *(if known)* _____
         Name

| 3.564 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $689.52 |
|---|---|---|---|

**Roland Keller**
**25100 Watson Ranch Road**
**Montgomery, TX 77356**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.564 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $895.71 |
|---|---|---|---|

**Roland Uhl**
**Fliederstrasse 11**
**Haan  42781**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.565 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $717.35 |
|---|---|---|---|

**Rolando Agreda**
**2813 Westbury Court**
**Mississauga ON L5M 6B4**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.565 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,752.99 |
|---|---|---|---|

**Roma  Cabau Vidal**
**Passatge Del Mas Rub   10**
**Molins De Rei B 8750**
**SPAIN**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.565 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $572.60 |
|---|---|---|---|

**Romain Fortunet**
**24 Rue Vasco De Gama**
**Paris  75015**
**FRANCE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.565 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $775.62 |
|---|---|---|---|

**Roman Korolev**
**1428 Stanford**
**Irvine, CA 92612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.565 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,472.45 |
|---|---|---|---|

**Roman Nahaylo**
**200 E Illinois St**
**Apt 3202**
**Chicago, IL 60611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Launch Pad LLC**
_____
Name

Case number (*if known*) _____

| | | |
|---|---|---|
| **3.565 5** | **Nonpriority creditor's name and mailing address**<br>**Roman Soltys**<br>**26 Quartiere Bloom, Lower Ormond Quay, D**<br>**Dublin D D01FA36**<br>**IRELAND**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$919.10** |

| | | |
|---|---|---|
| **3.565 6** | **Nonpriority creditor's name and mailing address**<br>**Romano Baglioni**<br>**Via Eugenio Torelli Viollier 132**<br>**Scala A Interno 24**<br>**Roma RM 157**<br>**ITALY**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$886.83** |

| | | |
|---|---|---|
| **3.565 7** | **Nonpriority creditor's name and mailing address**<br>**Romeo Arias**<br>**Calle Huizaches Casa 4**<br>**Manzana 27 Residencial Sta. Maria. Sta M**<br>**Oaxaca, Oaxaca OAX 71220**<br>**MEXICO**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,384.31** |

| | | |
|---|---|---|
| **3.565 8** | **Nonpriority creditor's name and mailing address**<br>**Ron Rossknecht**<br>**P.O. Box 333**<br>**Hill City, SD 57745**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,309.52** |

| | | |
|---|---|---|
| **3.565 9** | **Nonpriority creditor's name and mailing address**<br>**Ronald Barrett**<br>**367 Ridgeway Place**<br>**Ventura, CA 93004**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$949.76** |

| | | |
|---|---|---|
| **3.566 0** | **Nonpriority creditor's name and mailing address**<br>**Ronald Castro**<br>**83 Clark Ave**<br>**Bloomfield, NJ 07003**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$729.87** |

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.566 1**

**Nonpriority creditor's name and mailing address**

**Ronald King**
**247 North Beville Avenue**
**Indianapolis, IN 46201**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$659.52

---

**3.566 2**

**Nonpriority creditor's name and mailing address**

**Ronald Shudrowitz**
**1902 North Spaulding Avenue**
**Apt 1W**
**Chicago, IL 60647**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$754.51

---

**3.566 3**

**Nonpriority creditor's name and mailing address**

**Ronaldy Cartaya**
**11201 SW 55th St**
**Lot H8 275**
**Miramar, FL 33025**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$430.52

---

**3.566 4**

**Nonpriority creditor's name and mailing address**

**Ronny Terrero**
**735 West Fisher Avenue**
**Philadelphia, PA 19120**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$825.62

---

**3.566 5**

**Nonpriority creditor's name and mailing address**

**Rony Melendez**
**1309 W 93rd St , 1/2**
**Los Angeles, CA 90044**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$749.26

---

**3.566 6**

**Nonpriority creditor's name and mailing address**

**Roopdeep Singh**
**5417 Carrotwood Ave**
**Bakersfield, CA 93313-9406**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$806.29

---

**3.566 7**

**Nonpriority creditor's name and mailing address**

**Rory King**
**P.O. Box 442**
**Glenmont, NY 12077**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$409.47

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.5668**

**Nonpriority creditor's name and mailing address**

**Rory McKenna**
**25 Midland Toad**
**Bristol ENG BS16 4NW**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$847.65**

---

**3.5669**

**Nonpriority creditor's name and mailing address**

**Rosa Porto**
**7507 Wahl Road**
**Lot B3**
**Vickery, OH 43464**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$461.74**

---

**3.5670**

**Nonpriority creditor's name and mailing address**

**David Rosalez II**
**2821 SW Multnomah Blvd Apt 5**
**Portland, OR 97219**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$687.32**

---

**3.5671**

**Nonpriority creditor's name and mailing address**

**Rosario Decasanova**
**9080 Lime Bay Blvd**
**Tamarac, FL 33321**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,308.12**

---

**3.5672**

**Nonpriority creditor's name and mailing address**

**Rose Lam**
**150 River Street #307**
**Toronto ON M5A 0M2**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$457.96**

---

**3.5673**

**Nonpriority creditor's name and mailing address**

**Rosemary Hilb**
**645 North Serrano Avenue**
**Los Angeles, CA 90004**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,431.64**

---

**3.5674**

**Nonpriority creditor's name and mailing address**

**Ross Blaising**
**2608 Kings Ridge Drive**
**Birmingham, AL 35243**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$659.52**

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.567 5**

**Nonpriority creditor's name and mailing address**

**Ross Elder**
**Flat 5**
**34 Charlotte Road**
**London ENG EC2A 3PB**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,453.43**

---

**3.567 6**

**Nonpriority creditor's name and mailing address**

**Ross Heironimus**
**4646 Elkhorn Ct**
**Westfield, IN 46062**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$430.52**

---

**3.567 7**

**Nonpriority creditor's name and mailing address**

**Ross Nicklin**
**61 Anglesea Road**
**Ipswich ENG IP1 3PJ**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$950.64**

---

**3.567 8**

**Nonpriority creditor's name and mailing address**

**Ross Russell**
**7890 Prairie Chapel Road**
**Crawford, TX 76638**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$741.40**

---

**3.567 9**

**Nonpriority creditor's name and mailing address**

**Rossopher Thiers**
**536 East Newmark Avenue**
**Monterey Park, CA 92335**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,182.81**

---

**3.568 0**

**Nonpriority creditor's name and mailing address**

**Roxana Circu**
**Al Scolarilor Nr 16**
**Bucuresti B 31818**
**ROMANIA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$873.00**

---

| Debtor | **Launch Pad LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.568 1**

**Nonpriority creditor's name and mailing address**
**Roxanne Lamonde**
**900 Woodbury Avenue**
**Portsmouth, NH 03801**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$684.52

---

**3.568 2**

**Nonpriority creditor's name and mailing address**
**Roy Hansen**
**1927 Morgan Avenue**
**Port Coquitlam BC V3C 1K1**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$706.72

---

**3.568 3**

**Nonpriority creditor's name and mailing address**
**Roy Mayo**
**1319 Osprey Way**
**Apopka, FL 32712**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$851.52

---

**3.568 4**

**Nonpriority creditor's name and mailing address**
**Roy Virgen Jr**
**4705 Revere St**
**Chino, CA 91710**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$2,109.25

---

**3.568 5**

**Nonpriority creditor's name and mailing address**
**Royal Norman**
**15996 North 106th Way**
**Scottsdale, AZ 85255**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$683.87

---

**3.568 6**

**Nonpriority creditor's name and mailing address**
**The Royal Roses**
**20855 NE 16th Ave**
**C25**
**Miami, FL 33179**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,502.97

---

**3.568 7**

**Nonpriority creditor's name and mailing address**
**Ruben Fuentes**
**316 Apache Field Lane**
**La Marque, TX 77568**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$684.52

---

Debtor **Launch Pad LLC**        Case number *(if known)* _____
Name

---

**3.568 8**

**Nonpriority creditor's name and mailing address**

**Ruben Oude Wesselink**
**Amtsvenn 24**
**Gronau (Westfalen)  48599**
**GERMANY**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,714.10**

---

**3.568 9**

**Nonpriority creditor's name and mailing address**

**Ruben Oude Wesselink**
**Amtsvenn 24**
**Gronau (Westfalen)  48599**
**GERMANY**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$898.33**

---

**3.569 0**

**Nonpriority creditor's name and mailing address**

**Ruben Shakhnazaryan**
**8433 Fenwick St**
**Sunland, CA 91040**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,855.12**

---

**3.569 1**

**Nonpriority creditor's name and mailing address**

**Ruben Shakhnazaryan**
**8433 Fenwick Street**
**Los Angeles, CA 91040**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,497.32**

---

**3.569 2**

**Nonpriority creditor's name and mailing address**

**Rubin Mann**
**8358 Rinauro Court**
**Tracy, CA 95304**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$731.29**

---

**3.569 3**

**Nonpriority creditor's name and mailing address**

**Rubin Van Nieulande**
**Sebastiaan Van Noyestraat 22**
**Eindhoven  5622KH**
**NETHERLANDS**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,728.75**

---

**3.569 4**

**Nonpriority creditor's name and mailing address**

**Rubina Khachikyan**
**3740 Mayfield Ave**
**La Crescenta, CA 91214**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,441.37**

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.569 5**

**Nonpriority creditor's name and mailing address**

**Rudolf Bom**
**Ettenbergstrasse 12A**
**Wettswil Am Albis  8907**
**SWITZERLAND**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,390.86**

---

**3.569 6**

**Nonpriority creditor's name and mailing address**

**Rui Filipe Alves Costa De Pereira**
**Rua Ary Dos Santos No 22 1A**
**Prior Velho PT-11 2685-312**
**PORTUGAL**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$814.82**

---

**3.569 7**

**Nonpriority creditor's name and mailing address**

**Anthony Ruiz Salinas**
**999 Old San Jose Rd #38**
**Soquel, CA 95073**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$925.91**

---

**3.569 8**

**Nonpriority creditor's name and mailing address**

**Rune Kirkmand**
**Skaruparevej 12**
**Skarup Fyn  5881**
**DENMARK**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,029.90**

---

**3.569 9**

**Nonpriority creditor's name and mailing address**

**Ruperto Reyes**
**Av. Urano Sn Esq. Juan Pablo Ii**
**Costa Verde**
**Boca Del Rio VER 94294**
**MEXICO**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$700.47**

---

**3.570 0**

**Nonpriority creditor's name and mailing address**

**Rushabh Shah**
**204,15 Montgomery Court**
**Halifax,Nova Scotia**
**Halifax NS B3M 4J6**
**CANADA**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$717.35**

---

Debtor **Launch Pad LLC**                                   Case number *(if known)* _____
_____
Name

| 3.570 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $726.71 |
|---|---|---|---|

**Russ Davis**
**1644 West Blackhawk Street**
**1W**
**Chicago, IL 60622**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.570 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $707.53 |
|---|---|---|---|

**Russell Britton**
**4390 Beniah Street**
**Pahrump, NV 89048**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.570 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $430.14 |
|---|---|---|---|

**Russell Dempsey**
**5334 Palisades Avenue**
**Battlefield, MO 65619**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.570 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $430.14 |
|---|---|---|---|

**Russell Dempsey**
**5334 S. Palisades Ave.**
**Brookline, MO 65619**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.570 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $721.61 |
|---|---|---|---|

**Russell Hanzevack**
**1343 SE 16 Pl**
**Cape Coral, FL 33990**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.570 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $689.52 |
|---|---|---|---|

**Russell Hoffman**
**11532 Echo Lake Circle**
**Apt. 108**
**Bradenton, FL 34211**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.570 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,059.90 |
|---|---|---|---|

**Russell Norton**
**3118 W Lake St**
**Apt 210**
**Minneapolis, MN 55416**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Launch Pad LLC**
Name

Case number (*if known*) _____

---

**3.5708**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $674.23 |
|---|---|---|
| **Russell Peterson**<br>**13910 Lyons Valley Rd Ste. D**<br>**Jamul, CA 91935** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.5709**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $708.50 |
|---|---|---|
| **Rustan Laine**<br>**19748 Kingswood Lane**<br>**Huntington Beach, CA 92646** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.5710**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $808.25 |
|---|---|---|
| **Rusu Gheorghe**<br>**Strada Buzau Nr. 7**<br>**Ap 6, Etaj 1**<br>**Cluj-Napoca CJ 400294**<br>**ROMANIA** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.5711**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,502.58 |
|---|---|---|
| **Ruth Schneider**<br>**The Lodge, Whittington Court, Aylmer Roa**<br>**London  ENG N2 0BT**<br>**UNITED KINGDOM** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.5712**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $658.87 |
|---|---|---|
| **Ry Olson**<br>**1447 West Maximilian Place**<br>**Tucson, AZ 85704** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.5713**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,635.67 |
|---|---|---|
| **Ryad Sekkal**<br>**24 Avenue De La Porte D'Asnieres**<br>**Paris  75017**<br>**FRANCE** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.571 4**

**Nonpriority creditor's name and mailing address**
**Ryan Abel**
**3812 N 16th St**
**Tacoma, WA 98406**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$742.44**

---

**3.571 5**

**Nonpriority creditor's name and mailing address**
**Ryan Alford**
**200 Brookwood Forest Drive**
**Blythewood, SC 29016**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$430.52**

---

**3.571 6**

**Nonpriority creditor's name and mailing address**
**Ryan Almerico**
**4 Whipporwill Road**
**Covington, LA 70433**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$659.52**

---

**3.571 7**

**Nonpriority creditor's name and mailing address**
**Ryan Almerico**
**4 Whipporwill Road**
**Covington, LA 70433**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$659.52**

---

**3.571 8**

**Nonpriority creditor's name and mailing address**
**Ryan Ashrafi**
**8822 South 70th East Avenue**
**Tulsa, OK 74133**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$430.14**

---

**3.571 9**

**Nonpriority creditor's name and mailing address**
**Ryan Austin**
**111 Bathurst Street, #606**
**Toronto ON M5V0M9**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$3,287.35**

---

**3.572 0**

**Nonpriority creditor's name and mailing address**
**Ryan Baker**
**4904 Tulsa Avenue**
**Olivehurst, CA 95961**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$738.81**

---

Debtor **Launch Pad LLC**

Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 3.572 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Ryan Burnham**
**3969 Frio Way**
**Frisco, TX 75034**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$430.14

---

| 3.572 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Ryan Campbell**
**221 E Beloit Ave**
**Salina, KS 67401**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,412.19

---

| 3.572 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Ryan Canter**
**113 Lake Victoria Drive**
**Kingsland, GA 31548**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$684.52

---

| 3.572 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Ryan Casey**
**798 Cicada Road**
**Quebeck, TN 38579**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$659.52

---

| 3.572 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Ryan Clancy**
**6070 SE Pardee St**
**Portland, OR 97206**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$665.89

---

| 3.572 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Ryan Clarke**
**1438 Sage Bloom Way**
**Saratoga Springs, UT 84045**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,368.12

---

| 3.572 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Ryan Clarke**
**1438 Sage Bloom Way**
**Saratoga Springs, UT 84045**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$688.12

---

Debtor **Launch Pad LLC**                                    Case number *(if known)* _____
         Name

| 3.572<br>8 | **Nonpriority creditor's name and mailing address**<br>**Ryan Cole**<br>**5346 S Palisades Ave**<br>**Brookline, MO 65619**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$430.14** |

| 3.572<br>9 | **Nonpriority creditor's name and mailing address**<br>**Ryan Cole**<br>**5346 S Palisades Ave**<br>**Brookline, MO 65619**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$430.14** |

| 3.573<br>0 | **Nonpriority creditor's name and mailing address**<br>**Ryan Connelly**<br>**1406/1 Freshwater Place**<br>**Southbank VIC 3006**<br>**AUSTRAILA**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$712.99** |

| 3.573<br>1 | **Nonpriority creditor's name and mailing address**<br>**Ryan Davis**<br>**19 Rock Lane**<br>**Milford, NH 03055**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$430.52** |

| 3.573<br>2 | **Nonpriority creditor's name and mailing address**<br>**Ryan Dela Cruz**<br>**730 Agnew Crescent**<br>**Milton ON L9T 8M6**<br>**CANADA**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,339.68** |

| 3.573<br>3 | **Nonpriority creditor's name and mailing address**<br>**Ryan Doherty**<br>**763 Bay Street**<br>**Unit 3910**<br>**Toronto ON M5G 2R3**<br>**CANADA**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,720.10** |

| Debtor | Launch Pad LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.573 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$762.83** |
|---|---|---|---|
| | **Ryan Fisher**<br>**18820 Vinton Street**<br>**Omaha, NE 68130** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.573 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$717.35** |
|---|---|---|---|
| | **Ryan Gaytan**<br>**5 Baywater Lane Southwest**<br>**Airdrie AB T4B 3V6**<br>**CANADA** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.573 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$627.02** |
|---|---|---|---|
| | **Ryan Ghasemi**<br>**4810 Preserve Park Dr**<br>**Spring, TX 77389** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.573 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$746.42** |
|---|---|---|---|
| | **Ryan Gonzales**<br>**7227 San Ramon Drive**<br>**Houston, TX 77083** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.573 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$430.52** |
|---|---|---|---|
| | **Ryan Issa**<br>**153 Remsen Street**<br>**Apt. 4B**<br>**Brooklyn, NY 11201** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.573 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75.13** |
|---|---|---|---|
| | **Ryan Issa**<br>**153 Remsen Street**<br>**Apt. 4B**<br>**Brooklyn, NY 11201** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Launch Pad LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.574 0**

**Nonpriority creditor's name and mailing address**

**Ryan Keeney**
**1 Elm Drive West**
**Suite 1102**
**Mississauga ON L5B 4M1**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$871.33**

---

**3.574 1**

**Nonpriority creditor's name and mailing address**

**Ryan Ketchum**
**6641 Tanzanite Street**
**Jurupa Valley, CA 91752**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,109.25**

---

**3.574 2**

**Nonpriority creditor's name and mailing address**

**Ryan Kodani**
**3331 Country Club Ln**
**Sacramento, CA 95821**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$850.94**

---

**3.574 3**

**Nonpriority creditor's name and mailing address**

**Ryan Kodani**
**3331 Country Club Ln**
**Sacramento, CA 95821**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$715.00**

---

**3.574 4**

**Nonpriority creditor's name and mailing address**

**Ryan Kopf**
**2945 Brady Street**
**Davenport, IA 52803**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,327.27**

---

**3.574 5**

**Nonpriority creditor's name and mailing address**

**Ryan Lasko**
**261 Harding Blvd**
**Matawan, NJ 07747**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$676.56**

---

**3.574 6**

**Nonpriority creditor's name and mailing address**

**Ryan Lee**
**10 College Place**
**Albanvale VIC 3021**
**AUSTRAILA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$712.99**

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
| | Name | | |

---

| 3.574 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,332.40** |
| | **Ryan Lefaivre** | ☐ Contingent | |
| | **256 Seaside Dr.** | ☐ Unliquidated | |
| | **Jamestown, RI 02835** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.574 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$458.51** |
| | **Ryan Levels** | ☐ Contingent | |
| | **207 Cordelia St Sw** | ☐ Unliquidated | |
| | **North Canton, OH 44720** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.574 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$739.52** |
| | **Ryan Lindke** | ☐ Contingent | |
| | **9426 Foxgrove Court** | ☐ Unliquidated | |
| | **Raleigh, NC 27617** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.575 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$681.72** |
| | **Ryan Mandel** | ☐ Contingent | |
| | **8 Charlotte Street, #1104** | ☐ Unliquidated | |
| | **Toronto ON M5V 0K4** | ☐ Disputed | |
| | **CANADA** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.575 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,429.95** |
| | **Ryan Matze** | ☐ Contingent | |
| | **10583 Joplin Street** | ☐ Unliquidated | |
| | **Commerce City, CO 80022** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.575 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$430.52** |
| | **Ryan McGee** | ☐ Contingent | |
| | **1655 Farm To Market Road 665** | ☐ Unliquidated | |
| | **Corpus Christi, TX 78415** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.575 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$925.91** |
| | **Ryan Murphy** | ☐ Contingent | |
| | **3560 Rambla Pl, #517** | ☐ Unliquidated | |
| | **Santa Clara, CA 95051** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor     **Launch Pad LLC**
Name                                                              Case number *(if known)*

| 3.575 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $465.96 |

**Ryan Nguyen**
**16815 Mount Fletcher Cir.**
**Fountain Valley, CA 92708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.575 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $699.09 |

**Ryan Plazony**
**101 City Avenue**
**Apt 207**
**Bala Cynwyd, PA 19004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.575 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,390.77 |

**Ryan Poortinga**
**25 Northern Ave**
**#2120**
**Boston, MA 02210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.575 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,476.59 |

**Ryan Rerucha**
**5430 W Palo Alto Ave., #211**
**Fresno, CA 93722**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.575 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $429.12 |

**Ryan Rice**
**1919 Fruitdale Ave**
**San Jose, CA 95128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.575 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $708.50 |

**Ryan Ridenhour**
**1741 Tustin Avenue**
**8A**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.576 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $430.14 |

**Ryan Rojas**
**250 Richmond Circle**
**Idaho Falls, ID 83404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.576
1**

**Nonpriority creditor's name and mailing address**
**Ryan Romano**
**11435 NW Captain Ln**
**Silverdale, WA 98383**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$466.88**

---

**3.576
2**

**Nonpriority creditor's name and mailing address**
**Ryan Rosenbaum**
**2138 Sommers Avenue**
**Madison, WI 53704**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$684.14**

---

**3.576
3**

**Nonpriority creditor's name and mailing address**
**Ryan Rypka**
**4514 Main St, #3020**
**Jupiter, FL 33458**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$658.45**

---

**3.576
4**

**Nonpriority creditor's name and mailing address**
**Ryan Sassounian**
**629 Westbourne Dr.**
**West Hollywood, CA 90069**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$936.44**

---

**3.576
5**

**Nonpriority creditor's name and mailing address**
**Ryan Sassounian**
**629 Westbourne Dr.**
**West Hollywood, CA 90069**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$472.27**

---

**3.576
6**

**Nonpriority creditor's name and mailing address**
**Ryan Smith**
**332 Northeast 45th Avenue**
**Portland, OR 97213**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,458.58**

---

**3.576
7**

**Nonpriority creditor's name and mailing address**
**Ryan Smoot**
**44-150 Paauhau St.**
**P.O. Box 1248**
**Honokaa, HI 96727**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$684.52**

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.576 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$747.61** |
|---|---|---|---|

**Ryan Stoll**
**304 1st Street East**
**Kalispell, MT 59901**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.576 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$430.14** |
|---|---|---|---|

**Ryan Stoops**
**140 W Lanesfield St**
**Gardner, KS 66030**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.577 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,401.08** |
|---|---|---|---|

**Ryan Sumardi**
**965 Geary Street**
**Apt. 50**
**San Francisco, CA 94109**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.577 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$117.37** |
|---|---|---|---|

**Ryan Sumardi**
**965 Geary Street Apt. 50**
**San Francisco, CA 94109**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.577 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$430.52** |
|---|---|---|---|

**Ryan Sumner**
**8101 Fanfair Lane**
**Pasadena, MD 21122**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.577 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$430.52** |
|---|---|---|---|

**Ryan Sumner**
**8101 Fanfair Lane**
**Pasadena, MD 21122**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.577 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$658.87** |
|---|---|---|---|

**Ryan Tempel**
**1905 E Pegasus Dr**
**Tempe, AZ 85283**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Launch Pad LLC**                                          Case number *(if known)* _____
              Name

| 3.577 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$851.52** |
| **Ryan Templeton** | ☐ Contingent | |
| **5208 Fernland Way** | ☐ Unliquidated | |
| **North Charleston, SC 29420** | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.577 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$744.17** |
| **Ryan Trumpeter** | ☐ Contingent | |
| **74 Tantany Lane** | ☐ Unliquidated | |
| **West Bromwich ENG B71 1DS** | ☐ Disputed | |
| **UNITED KINGDOM** | | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.577 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$705.29** |
| **Ryan Varney** | ☐ Contingent | |
| **19801 East Grant Highway** | ☐ Unliquidated | |
| **E Grant Hwy** | ☐ Disputed | |
| **Marengo, IL 60152** | | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.577 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$871.28** |
| **Ryan Vidon** | ☐ Contingent | |
| **13745 162A Avenue Northwest** | ☐ Unliquidated | |
| **Edmonton AB T6V 0J8** | ☐ Disputed | |
| **CANADA** | | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.577 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$429.87** |
| **Ryan Watson** | ☐ Contingent | |
| **7601 East Indian Bend Road** | ☐ Unliquidated | |
| **Unit 2050** | ☐ Disputed | |
| **Scottsdale, AZ 85250** | | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.578 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$687.32** |
| **Ryan Weiss** | ☐ Contingent | |
| **3824 SE Carlton Street** | ☐ Unliquidated | |
| **Portland, OR 97202** | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.578 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$713.52** |
| **Ryan West** | ☐ Contingent | |
| **3213 Silver Creek Drive** | ☐ Unliquidated | |
| **Plano, TX 75093** | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **Launch Pad LLC**                                          Case number (if known) _____
_____
Name

| 3.578 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,301.07** |

**Ryan Wojtowicz**
**17430 Southwest 297th Terrace**
**Homestead, FL 33030**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.578 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$700.71** |

**Ryan Wong**
**1444 Blalock Road**
**Ste G**
**Houston, TX 77055**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.578 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$683.50** |

**Ryan Wong**
**8180 Cleary Blvd**
**Apt 1808**
**Plantation, FL 33324-1378**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.578 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$708.13** |

**Rylen Robles**
**700 West 2nd Street**
**#4**
**Azusa, CA 91702**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.578 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$735.02** |

**S Bari**
**68 Rosedale Road**
**Forest Gate**
**London ENG E7 8AT**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.578 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,671.30** |

**Saad Ouacha**
**Elisabeth Str N5**
**Hagen  58095**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.578 8**

**Nonpriority creditor's name and mailing address**
**Saad Vali**
**349 Mill Road**
**Valley Stream, NY 11581**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$684.52

---

**3.578 9**

**Nonpriority creditor's name and mailing address**
**Saadia Khan**
**4706 Kirkdale Drive**
**Woodbridge, VA 22193**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$430.52

---

**3.579 0**

**Nonpriority creditor's name and mailing address**
**Sabine Jobst**
**19193 Poplar Cir**
**Eden Prairie, MN 55347**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$688.87

---

**3.579 1**

**Nonpriority creditor's name and mailing address**
**Sabine Jobst**
**19193 Poplar Cir**
**Eden Prairie, MN 55347**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$688.87

---

**3.579 2**

**Nonpriority creditor's name and mailing address**
**Sabrina Rios**
**3309 West Chenango Avenue**
**Englewood, CO 80110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,410.31

---

**3.579 3**

**Nonpriority creditor's name and mailing address**
**Sadie Iovenko**
**327 North Stanley Avenue**
**Los Angeles, CA 90036**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,408.38

---

**3.579 4**

**Nonpriority creditor's name and mailing address**
**Sadik Prushi**
**95 Liberty Street Apt D9**
**Stamford, CT 06902-4732**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$677.65

---

| Debtor | **Launch Pad LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.579 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $59.52 |
|---|---|---|---|

**Ali Saeed**
**16 Belmont Avenue**
**Plainview, NY 11803**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.579 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $472.27 |
|---|---|---|---|

**Safee Rahman**
**2001 Richard St**
**Burbank, CA 91504**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.579 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $659.52 |
|---|---|---|---|

**Safiullah Rauf**
**4502 Javins Pl**
**Woodbridge, VA 22192**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.579 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $671.14 |
|---|---|---|---|

**Safiullah Rauf**
**6609 Deer Gap Court**
**Alexandria, VA 22310**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.579 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $712.99 |
|---|---|---|---|

**Said Sabbagh**
**70 Chaseling Street**
**Greenacre NSW 2190**
**AUSTRAILA**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.580 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $112.99 |
|---|---|---|---|

**Said Sabbagh**
**70 Chaseling Street**
**Greenacre NSW 2190**
**AUSTRAILA**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.580 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $871.28 |
|---|---|---|---|

**Saif Hussaini**
**4 Normandy Place**
**Brampton ON L6S 3Z3**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Launch Pad LLC**                                          Case number (if known) _____
_____
Name

---

**3.580 2**

**Nonpriority creditor's name and mailing address**

**Saikrishna Shiramshetty**
**104 Oak Hill Drive**
**Pittsburgh, PA 15213**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,361.60

---

**3.580 3**

**Nonpriority creditor's name and mailing address**

**Saim Mahmood**
**55 Ash Tree Road**
**Manchester  M8 5AX**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$510.87

---

**3.580 4**

**Nonpriority creditor's name and mailing address**

**Saira Flores**
**2335 S 61st Ave**
**2nd Floor**
**Cicero, IL 60804**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$730.01

---

**3.580 5**

**Nonpriority creditor's name and mailing address**

**Sajjad Shamsi**
**3405 Plateau Blvd #18**
**Coquitlam BC V3E 3L7**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,329.33

---

**3.580 6**

**Nonpriority creditor's name and mailing address**

**Sal Martin**
**5119 S.Forestdale Cir**
**Dublin, CA 94568**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$735.70

---

**3.580 7**

**Nonpriority creditor's name and mailing address**

**Sam Aleen Salarda**
**9936 Sepulveda Blvd #3**
**Mission Hills, CA 91345**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$719.88

---

**3.580 8**

**Nonpriority creditor's name and mailing address**

**Mark Anthony Salcedo**
**17009 SE Kelly St.**
**Portland, OR 97236**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$687.32

---

| Debtor | Launch Pad LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.5809**

**Nonpriority creditor's name and mailing address**

**Saleh Basamad**
**46 North Salisbury Street, #204**
**West Lafayette, IN 47906**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$689.52**

---

**3.5810**

**Nonpriority creditor's name and mailing address**

**Saleh Moustafa**
**4 Rue Leon Delagrange**
**Paris  75015**
**FRANCE**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$874.44**

---

**3.5811**

**Nonpriority creditor's name and mailing address**

**Saleh Shbli**
**Rheinstr.41**
**Waldshut-Tiengen  79761**
**GERMANY**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$933.76**

---

**3.5812**

**Nonpriority creditor's name and mailing address**

**Sally Lehmar**
**11440 Ridge Road**
**Nevada City, CA 95959**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,289.41**

---

**3.5813**

**Nonpriority creditor's name and mailing address**

**Salman Elgharbawy**
**6th Syria St, Shabas Amir**
**Qallin KFS 77377**
**EGYPT**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$723.41**

---

**3.5814**

**Nonpriority creditor's name and mailing address**

**Salvatore Andrea Albanese**
**Strada Lesignana 7**
**Lesignana MO 41123**
**ITALY**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

**3.5815**

**Nonpriority creditor's name and mailing address**

**Sam Cappas**
**7311 Mallard Lane**
**Schererville, IN 46375**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,149.14**

---

Debtor    **Launch Pad LLC**                                                    Case number *(if known)* _____
_____
Name

| 3.581 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sam Cappas**
**7311 Mallard Lane**
**Schererville, IN 46375**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,309.14**

---

| 3.581 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sam Chandra**
**461 Granite Ave.**
**Monrovia, CA 91016**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$724.76**

---

| 3.581 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sam Cole**
**47 Church Road**
**Kessingland**
**Lowestoft ENG NR337TJ**
**UNITED KINGDOM**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$803.60**

---

| 3.581 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sam Coons**
**414 Sumner Street**
**Apt. 1**
**East Boston, MA 02128**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$673.58**

---

| 3.582 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sam Deberry**
**13219 Darby Chase Drive**
**Charlotte, NC 28277**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$659.52**

---

| 3.582 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sam Folorunso**
**131 Oldbury Road**
**Rowley Regis**
**Sandwell ENG B65 0NR**
**UNITED KINGDOM**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$511.11**

---

Debtor **Launch Pad LLC**
_____
Name

Case number (if known) _____

| | |
|---|---|
| **3.582 2** | |

**Nonpriority creditor's name and mailing address**
**Sam Offit**
**528 21st Street**
**Santa Monica, CA 90402**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$735.71**

---

| | |
|---|---|
| **3.582 3** | |

**Nonpriority creditor's name and mailing address**
**Sam Sawzin**
**842 Elm Ave #105**
**Long Beach, CA 90813**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$724.76**

---

| | |
|---|---|
| **3.582 4** | |

**Nonpriority creditor's name and mailing address**
**Sam Sousa**
**1850 Mount Diablo Blvd**
**Suite 100**
**Walnut Creek, CA 94596**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,421.87**

---

| | |
|---|---|
| **3.582 5** | |

**Nonpriority creditor's name and mailing address**
**Sam Thesing**
**426 Dump Hill Road**
**Rushford, MN 55971**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$658.87**

---

| | |
|---|---|
| **3.582 6** | |

**Nonpriority creditor's name and mailing address**
**Sam Welch**
**24 Ibrox Street**
**Flat 2/3**
**Glasgow SCT G51 1AQ**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$506.52**

---

| | |
|---|---|
| **3.582 7** | |

**Nonpriority creditor's name and mailing address**
**Saman Heidari**
**145 Port**
**Irvine, CA 92618**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$3,644.69**

---

| | |
|---|---|
| **3.582 8** | |

**Nonpriority creditor's name and mailing address**
**Samantha Vasquez**
**1221 N Main St**
**Kissimmee, FL 34744**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$652.89**

---

| Debtor | **Launch Pad LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.5829**

Nonpriority creditor's name and mailing address

**Samar Khan**
**1047 Sydenham Ln,**
**Milton ON L9T8J1**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$689.34**

---

**3.5830**

Nonpriority creditor's name and mailing address

**Samer Al Khamran**
**Hermannstr. 155**
**Sam Service Express**
**Berlin  12051**
**GERMANY**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$4,163.34**

---

**3.5831**

Nonpriority creditor's name and mailing address

**Samer Al Khamran**
**Hermannstr. 155**
**Berlin  12051**
**GERMANY**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$853.98**

---

**3.5832**

Nonpriority creditor's name and mailing address

**Samer Alamrat**
**529 Main Street**
**P200**
**Boston, MA 02129**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,390.77**

---

**3.5833**

Nonpriority creditor's name and mailing address

**Samer Rahmeh**
**8701 Wiles Road**
**Apt 206**
**Coral Springs, FL 33067**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$430.52**

---

**3.5834**

Nonpriority creditor's name and mailing address

**Samer Serhan**
**990 Gainsborough Rd**
**London ON N6H 5L4**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$690.35**

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.583 5**

**Nonpriority creditor's name and mailing address**

**Sami Arnaout**
**58 Woodland Road**
**Unit 4**
**Cape Elizabeth, ME 04107**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$109.52

---

**3.583 6**

**Nonpriority creditor's name and mailing address**

**Sami Hasan**
**75 Alderney Gardens**
**Northolt ENG UB55BT**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$3,393.34

---

**3.583 7**

**Nonpriority creditor's name and mailing address**

**Samiuela Tolutau**
**4700 W Delta Park Circle**
**West Valley City, UT 84120**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$688.12

---

**3.583 8**

**Nonpriority creditor's name and mailing address**

**Sampson Barnes**
**7650 Hanks Drive**
**Baton Rouge, LA 70812**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$737.79

---

**3.583 9**

**Nonpriority creditor's name and mailing address**

**Samudra Vijay**
**2511 E Nc Hwy 54**
**Ste 201**
**Durham, NC 27713**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,309.52

---

**3.584 0**

**Nonpriority creditor's name and mailing address**

**Samuel Brown**
**18 Castle View**
**West Kilbride SCT KA23 9HD**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$764.52

---

**3.584 1**

**Nonpriority creditor's name and mailing address**

**Samuel Bush**
**14996 SW 283rd St, #305**
**Homestead, FL 33033**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,309.52

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.584 2**

**Nonpriority creditor's name and mailing address**

**Samuel Bush**
**2705 Tally Ho Drive**
**Hurst, TX 76054**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,309.14

---

**3.584 3**

**Nonpriority creditor's name and mailing address**

**Samuel Cody**
**18 Weston Heights Drive**
**Asheville, NC 28803**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$689.52

---

**3.584 4**

**Nonpriority creditor's name and mailing address**

**Samuel Colton**
**519 Saint Thomas Street**
**Lafayette, LA 70506**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$695.70

---

**3.584 5**

**Nonpriority creditor's name and mailing address**

**Samuel Comer**
**66 W 38th St**
**Apt 41C**
**New York, NY 10018**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,309.52

---

**3.584 6**

**Nonpriority creditor's name and mailing address**

**Samuel Kelly**
**16 Terry Drive**
**Saint Charles, MO 63303**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$684.14

---

**3.584 7**

**Nonpriority creditor's name and mailing address**

**Samuel Kersey**
**6215 Founding Dr**
**Katy, TX 77449**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$709.52

---

**3.584 8**

**Nonpriority creditor's name and mailing address**

**Samuel Law**
**465 Raymerville Drive**
**Markham ON L3P 6J1**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,720.17

---

Debtor    **Launch Pad LLC**
_____    Case number (if known) _____
Name

| 3.584 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $721.28 |

**Samuel Louis**
**6349 Small Wood Rd**
**Jacksonville, FL 32216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.585 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $708.50 |

**Samuel Nassar**
**1723 N Ukiah Way**
**Upland, CA 91784**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.585 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $744.80 |

**Samuel Pagan**
**708 East Lomita Avenue**
**#G**
**Glendale, CA 91205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.585 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $659.14 |

**Samuel Ramo**
**2743 Henry St. Pmb 331**
**Muskegon, MI 49441**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.585 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $633.12 |

**Samuel Riddle**
**3716 W 1650 N**
**Lehi, UT 84043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.585 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,475.28 |

**Samuel Spatafora**
**1244 York Mills Road**
**315A**
**Toronto ON M3A 1Y7**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
| | Name | | |

| 3.585 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,399.29** |
| | **Samuel Stalabrass** | ☐ Contingent | |
| | **121 Benhurst Avenue** | ☐ Unliquidated | |
| | **Hornchurch ENG RM12 4QN** | ☐ Disputed | |
| | **UNITED KINGDOM** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.585 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$767.52** |
| | **Samuel Tupita** | ☐ Contingent | |
| | **Mornington Road** | ☐ Unliquidated | |
| | **Greenford ENG UB6 9HL** | ☐ Disputed | |
| | **UNITED KINGDOM** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.585 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,307.81** |
| | **Samuel Whiteford** | ☐ Contingent | |
| | **10984 W Leilani Dr.** | ☐ Unliquidated | |
| | **Boise, ID 83709** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.585 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$843.74** |
| | **Samuel Zniber** | ☐ Contingent | |
| | **53 Rue De Babylone** | ☐ Unliquidated | |
| | **Paris  75007** | ☐ Disputed | |
| | **FRANCE** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.585 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,546.56** |
| | **Rodney San Agustin** | ☐ Contingent | |
| | **5050 Tujunga Avenue #12** | ☐ Unliquidated | |
| | **North Hollywood, CA 91601** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.586 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$659.14** |
| | **Salvador San Agustin** | ☐ Contingent | |
| | **10300 W 121st Street** | ☐ Unliquidated | |
| | **Overland Park, KS 66213** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.586 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$782.32** |
| | **Martin Federico Sanchez Rubado** | ☐ Contingent | |
| | **5459 Northwest 72nd Avenue** | ☐ Unliquidated | |
| | **Miami, FL 33166** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor   **Launch Pad LLC**                                           Case number *(if known)* _____
         _____
         Name

| | |
|---|---|
| 3.586 2 | |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*          **$695.70**

**Luis Eduardo Sanchez**
**2201 Ludlam Road #223**
**Miami, FL 33155**                                ☐ Contingent
                                                   ☐ Unliquidated
                                                   ☐ Disputed

Date(s) debt was incurred _                         **Basis for the claim:** _

Last 4 digits of account number _                   Is the claim subject to offset?  ☐ No  ☐ Yes

---

| | |
|---|---|
| 3.586 3 | |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*          **$805.98**

**Sandeep Kumar**
**22 Kent Street**
**Coolangatta QLD 4225**
**AUSTRAILA**                                       ☐ Contingent
                                                   ☐ Unliquidated
                                                   ☐ Disputed

Date(s) debt was incurred _                         **Basis for the claim:** _

Last 4 digits of account number _                   Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.586 4 | |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*          **$920.35**

**Sandeep Kumar Vishnu Prasad**
**Lange Violettestraat 178**
**Gent  9000**
**BELGIUM**                                         ☐ Contingent
                                                   ☐ Unliquidated
                                                   ☐ Disputed

Date(s) debt was incurred _                         **Basis for the claim:** _

Last 4 digits of account number _                   Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.586 5 | |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*          **$2,743.08**

**Sandeep Nagra**
**34 Warrener Close**
**Swindon ENG SN25 4AH**
**UNITED KINGDOM**                                  ☐ Contingent
                                                   ☐ Unliquidated
                                                   ☐ Disputed

Date(s) debt was incurred _                         **Basis for the claim:** _

Last 4 digits of account number _                   Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.586 6 | |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*          **$1,367.96**

**Andrew Sanderson**
**5811 Golden Pheasant Ct**
**Dayton, OH 45424**                                ☐ Contingent
                                                   ☐ Unliquidated
                                                   ☐ Disputed

Date(s) debt was incurred _                         **Basis for the claim:** _

Last 4 digits of account number _                   Is the claim subject to offset?  ☐ No  ☐ Yes

---

| | |
|---|---|
| 3.586 7 | |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*          **$1,399.84**

**Sandra Buffett**
**17 Shore Blvd**
**Shore Blvd**
**St Catharines ON L2N 5T9**
**CANADA**                                          ☐ Contingent
                                                   ☐ Unliquidated
                                                   ☐ Disputed

Date(s) debt was incurred _                         **Basis for the claim:** _

Last 4 digits of account number _                   Is the claim subject to offset?  ■ No  ☐ Yes

Debtor    **Launch Pad LLC**                                          Case number *(if known)* _____
_____
Name

| 3.586 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,308.12** |

**Sandra Martinez**
P.O. Box 7664
Jackson Hole, WY 83002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.586 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,308.12** |

**Sandra Martinez**
P.O. Box 7664
Jackson Hole, WY 83002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.587 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$710.00** |

**Sandra Sabin**
Am Schopfwerk 33
Parzelle 83
Vienna  1120
AUSTRIA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.587 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,408.87** |

**Sandra Snell**
541 Charminster Road
Bournemouth ENG BH8 9RF
UNITED KINGDOM

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.587 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$748.48** |

**Sandro Chiesa**
Buchzelgstrasse 76
Zurich  8053
SWITZERLAND

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.587 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,095.30** |

**Sandro Schneider**
Bildgasse 19
Lustenau  6890
AUSTRIA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Launch Pad LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.587 4**

**Nonpriority creditor's name and mailing address**

**Sang Cao**
**16411-120 Street**
**Edmonton AB T5X 5K5**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$663.14**

---

**3.587 5**

**Nonpriority creditor's name and mailing address**

**Sang Ngo**
**31 Royena Court**
**Crestmead QLD 4132**
**AUSTRAILA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$707.51**

---

**3.587 6**

**Nonpriority creditor's name and mailing address**

**Sanghyun Lee**
**3700 W Mungall Dr**
**Apt 3**
**Anaheim, CA 92804**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$88.88**

---

**3.587 7**

**Nonpriority creditor's name and mailing address**

**Sani Djaya**
**1707 Veirs Mill Road**
**Rockville, MD 20851**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$718.56**

---

**3.587 8**

**Nonpriority creditor's name and mailing address**

**Sanjay Veerkar**
**2700 S Las Vegas Blvd**
**Unit 3501**
**Las Vegas, NV 89109**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$850.12**

---

**3.587 9**

**Nonpriority creditor's name and mailing address**

**Sanju Kumar**
**23137 Timber Creek Lane**
**Clarksburg, MD 20871**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$851.52**

---

**3.588 0**

**Nonpriority creditor's name and mailing address**

**Sanketh R Mekala**
**4623 Rundlehill Road Northeast**
**Calgary AB T1Y 2S1**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$700.93**

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.588 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$710.24** |
|---|---|---|
| **Santiago Pita**<br>**8470 Watson Circle**<br>**Crystal Lake, IL 60014** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.588 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,421.59** |
|---|---|---|
| **Santiago Torres**<br>**Hacienda Montenegro 66**<br>**Colonia Mansiones Del Valle**<br>**Queretaro QRO 76185**<br>**MEXICO** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.588 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,347.71** |
|---|---|---|
| **Santiago Torres**<br>**Hacienda Montenegro 66**<br>**Colonia Mansiones Del Valle**<br>**Queretaro QRO 76185**<br>**MEXICO** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.588 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,322.71** |
|---|---|---|
| **Santiago Torres**<br>**Hacienda Montenegro 66**<br>**Colonia Mansiones Del Valle**<br>**Queretaro QRO 76185**<br>**MEXICO** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.588 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,309.52** |
|---|---|---|
| **Santos Figueroa**<br>**911 Lamplighter Dr Nw**<br>**Palm Bay, FL 32907** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.588 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$805.98** |
|---|---|---|
| **Santosh Neupane**<br>**9 Lycett Avenue**<br>**Kellyville NSW 2155**<br>**AUSTRAILA** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | Launch Pad LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.588 7**

**Nonpriority creditor's name and mailing address**

**Sapan Patel**
**54 Noll St, #746**
**Brooklyn, NY 11206**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$659.52**

---

**3.588 8**

**Nonpriority creditor's name and mailing address**

**Sara Andreoli**
**1250 St Clair Ave W, App 1**
**App 1**
**Toronto ON M6E 1B7**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$675.93**

---

**3.588 9**

**Nonpriority creditor's name and mailing address**

**Sara Gutierrez**
**645 Front St, Renaissance Tower**
**South Tower, Apart. 1308**
**San Diego, CA 92101**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,810.37**

---

**3.589 0**

**Nonpriority creditor's name and mailing address**

**Sara Macek**
**402 Scone Dr**
**Troy, MI 48098**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$851.52**

---

**3.589 1**

**Nonpriority creditor's name and mailing address**

**Sara Mueller**
**11251 10 Avenue Northwest**
**Edmonton AB T6J 6S2**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$681.90**

---

**3.589 2**

**Nonpriority creditor's name and mailing address**

**Sara Sanadgol**
**2980 District Ave, #619**
**Fairfax, VA 22031**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$718.42**

---

| Debtor | **Launch Pad LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.589 3**

**Nonpriority creditor's name and mailing address**

**Sarah Curtis-Cheng**
**62-64 Globe Road**
**Flat 5**
**London ENG E1 4DS**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$800.32

---

**3.589 4**

**Nonpriority creditor's name and mailing address**

**Sarah Dennis**
**952 Huron Terrace #102**
**Kincardine ON N2Z0G4**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$656.72

---

**3.589 5**

**Nonpriority creditor's name and mailing address**

**Sarah Huynh**
**78 Gulliver Road**
**Toronto ON M6M 2M6**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$871.33

---

**3.589 6**

**Nonpriority creditor's name and mailing address**

**Sarah Lam**
**12057 Southeast 41st Street**
**Bellevue, WA 98006**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$471.59

---

**3.589 7**

**Nonpriority creditor's name and mailing address**

**Sarah McKinney**
**1721 Maplewood Drive**
**Farmington, NY 14425**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$684.52

---

**3.589 8**

**Nonpriority creditor's name and mailing address**

**Sarah Robins**
**5976 Tisdall Street, #102**
**Vancouver BC V5Z 3N2**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$871.33

---

Debtor    **Launch Pad LLC**
_____    Case number (if known) _____
Name

| 3.5899 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $789.96 |
|---|---|---|---|

**Saranyou Sanouvong**
**Meiliplatz1**
**Emmen  6032**
**SWITZERLAND**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5900 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $719.88 |
|---|---|---|---|

**Sardorzhon Narzullaev**
**3025 Artesia Blvd**
**Ste 101/ Phone Electrik**
**Torrance, CA 90504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5901 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,081.40 |
|---|---|---|---|

**Sareth Thab**
**131 Warren Street, #3**
**Fall River, MA 02721**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5902 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $659.52 |
|---|---|---|---|

**Sarmad Adnan**
**34 Penny Green Street**
**Sugar Land, TX 77479**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5903 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $469.11 |
|---|---|---|---|

**Sarra Tsiatsos**
**11163 Aqua Vista St. #205**
**Studio City, CA 91602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5904 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $664.68 |
|---|---|---|---|

**Satpinder Mann**
**483 Kincardine Terrace**
**Milton ON L9T 8E8**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5905 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,244.52 |
|---|---|---|---|

**Saul Reyes**
**4915 Upland Dr**
**Alexandria, VA 22310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Launch Pad LLC**
Name

Case number *(if known)* _____

| | | |
|---|---|---|
| **3.590 6** | **Nonpriority creditor's name and mailing address**<br>**Saul Reyes**<br>**4915 Upland Dr**<br>**Alexandria, VA 22310**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$430.52** |
| **3.590 7** | **Nonpriority creditor's name and mailing address**<br>**Saul Reyes**<br>**4915 Upland Dr**<br>**Alexandria, VA 22310**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$681.47** |
| **3.590 8** | **Nonpriority creditor's name and mailing address**<br>**Saurabh Dubey**<br>**6368 Blue Water Circle**<br>**Castle Rock, CO 80108**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$702.90** |
| **3.590 9** | **Nonpriority creditor's name and mailing address**<br>**SAV GmbH Serge Vossoughi**<br>**Capistrangasse 5, 2/62**<br>**Wien  1060**<br>**AUSTRIA**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$6,683.02** |
| **3.591 0** | **Nonpriority creditor's name and mailing address**<br>**Savan Thakkar**<br>**4682 Chabot Dr**<br>**Unit # 12166**<br>**Pleasanton, CA 94588**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$19.00** |
| **3.591 1** | **Nonpriority creditor's name and mailing address**<br>**Savannah McMachen**<br>**3020 E Main St**<br>**Lakeland, FL 33801**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,142.19** |
| **3.591 2** | **Nonpriority creditor's name and mailing address**<br>**Savannah Michael**<br>**3000 Lillard Dr**<br>**Apt 113**<br>**Davis, CA 95618-4821**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$778.83** |

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|--------|---------------------|--------------------------|---|
| | Name | | |

---

**3.591 3**

**Nonpriority creditor's name and mailing address**

**Sawyer Woodside**
**304 Holmwood Avenue**
**Ottawa ON K1S 2R3**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,399.84**

---

**3.591 4**

**Nonpriority creditor's name and mailing address**

**Saxon Hubble**
**6535 E Thompson Rd**
**Indianapolis, IN 46237**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$851.52**

---

**3.591 5**

**Nonpriority creditor's name and mailing address**

**Sayed Husseini**
**10780 No. 5 Rd #110**
**Richmond BC V6W 0B8**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$519.00**

---

**3.591 6**

**Nonpriority creditor's name and mailing address**

**Sayed Husseini**
**10780 No. 5 Rd #110**
**Richmond BC V6W 0B8**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$4,253.62**

---

**3.591 7**

**Nonpriority creditor's name and mailing address**

**Sayrika Kamara**
**1802 Wetherbourne Court**
**Bowie, MD 20721**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$716.89**

---

**3.591 8**

**Nonpriority creditor's name and mailing address**

**Alec Schleicher**
**216 Pepperwood Way**
**Durham, NC 27703**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$741.25**

---

**3.591 9**

**Nonpriority creditor's name and mailing address**

**Schumacher & Willsau P.A.GmbH**
**Nymphenburger Strasse 42**
**Munich  80335**
**GERMANY**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,433.55**

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
| | Name | | |

---

**3.592 0**

**Nonpriority creditor's name and mailing address**

**Scott Abrams**
**62 Wagon Lane**
**Centereach, NY 11720**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$748.99**

---

**3.592 1**

**Nonpriority creditor's name and mailing address**

**Scott Allmon**
**1260 Twin Oaks Lane**
**Castle Rock, CO 80109**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,477.01**

---

**3.592 2**

**Nonpriority creditor's name and mailing address**

**Scott Bigler**
**206 Leedom Way**
**Newtown, PA 18940**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$456.35**

---

**3.592 3**

**Nonpriority creditor's name and mailing address**

**Scott Cartner**
**10 Oakland Avenue**
**Maryport ENG CA157BU**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$742.85**

---

**3.592 4**

**Nonpriority creditor's name and mailing address**

**Scott Dubritton**
**2100 Black Pine Ct.**
**Severn, MD 21144**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$88.00**

---

**3.592 5**

**Nonpriority creditor's name and mailing address**

**Scott Dubritton**
**2100 Black Pine Ct.**
**Severn, MD 21144**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$720.19**

---

**3.592 6**

**Nonpriority creditor's name and mailing address**

**Scott Espinoza**
**27432 Lovettsville Lane**
**Temecula, CA 92591**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$747.63**

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.592 7**

**Nonpriority creditor's name and mailing address**

**Scott Giles**
**367 South Gippsland Highway**
**Absolute Storage**
**Dandenong South VIC 3175**
**AUSTRAILA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$3,400.38**

---

**3.592 8**

**Nonpriority creditor's name and mailing address**

**Scott Griffin**
**212 Cameron Dr**
**Kings Mountain, NC 28086**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$700.59**

---

**3.592 9**

**Nonpriority creditor's name and mailing address**

**Scott Grow**
**252 West 1290 North**
**Honey Pot Investments, LLC**
**American Fork, UT 84003**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$658.12**

---

**3.593 0**

**Nonpriority creditor's name and mailing address**

**Scott Howard**
**3403 NW 112th St**
**Vancouver, WA 98685**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$712.54**

---

**3.593 1**

**Nonpriority creditor's name and mailing address**

**Scott Keller**
**3872 Mount Royal Blvd**
**Allison Park, PA 15101**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$460.66**

---

**3.593 2**

**Nonpriority creditor's name and mailing address**

**Scott Kingston**
**101 West End Avenue**
**Apartment 15E**
**New York, NY 10023**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$430.52**

---

Debtor    **Launch Pad LLC**                                          Case number *(if known)* _____
_____
Name

---

| 3.593 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$658.12** |
|---|---|---|---|

**Scott Kline**
**3708 Bridge Glen Drive**
**Las Vegas, NV 89108**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.593 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,272.52** |
|---|---|---|---|

**Scott Kollmorgen**
**10818 Candlewood Drive**
**Houston, TX 77042**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.593 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$683.12** |
|---|---|---|---|

**Scott Lair**
**823 Orla St**
**San Marcos, CA 92069**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.593 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$678.33** |
|---|---|---|---|

**Scott Lappe**
**22W353 Balsam Dr**
**Glen Ellyn, IL 60137**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.593 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,741.45** |
|---|---|---|---|

**Scott Larson**
**10202 N. 40th St.**
**Phoenix, AZ 85028**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.593 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,797.82** |
|---|---|---|---|

**Scott Lipman**
**Polenstraat**
**Almere  1363BB**
**NETHERLANDS**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.593 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,145.13** |
|---|---|---|---|

**Scott Lizura**
**22600 Middlebelt Rd**
**Trlr D9**
**Farmington Hills, MI 48336-3673**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.594 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$671.14** |

**Scott M Lepere**
**859 Conner Street**
**Noblesville, IN 46060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.594 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$86.17** |

**Scott McDowell**
**24 Purley Cres.**
**Scarborough ON M1M 1E8**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.594 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$656.72** |

**Scott McDowell**
**24 Purley Cres.**
**Scarborough ON M1M 1E8**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.594 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$658.12** |

**Scott Milne**
**2255 E Sunset Rd**
**Apt 2117**
**Las Vegas, NV 89119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.594 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,608.87** |

**Scott Morgan**
**4135 S. Power Rd**
**Suite 123**
**Mesa, AZ 85212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.594 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$684.14** |

**Scott Schatz**
**32 Arrowhead Estates Lane**
**Chesterfield, MO 63017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.594 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$851.52** |

**Scott Scheidt**
**2508 Quacco Road**
**Pooler, GA 31322**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor **Launch Pad LLC**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.594 7 | **Nonpriority creditor's name and mailing address**<br>**Scott Smith**<br>**6770 Delor Street**<br>**St. Louis, MO 63109**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$678.77** |

| | | |
|---|---|---|
| 3.594 8 | **Nonpriority creditor's name and mailing address**<br>**Scott Steigrod**<br>**11622 Stein St**<br>**Orlando, FL 32832**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,272.52** |

| | | |
|---|---|---|
| 3.594 9 | **Nonpriority creditor's name and mailing address**<br>**Scott Thompson**<br>**2828 Mccall Rd**<br>**Suite 32 P.O. Box #6**<br>**Englewood, FL 34224**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$627.02** |

| | | |
|---|---|---|
| 3.595 0 | **Nonpriority creditor's name and mailing address**<br>**Scott Trento**<br>**6040 SW 9th St**<br>**Plantation, FL 33317**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$659.52** |

| | | |
|---|---|---|
| 3.595 1 | **Nonpriority creditor's name and mailing address**<br>**Scott True**<br>**509 N Oak St**<br>**O Fallon, IL 62269**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$764.83** |

| | | |
|---|---|---|
| 3.595 2 | **Nonpriority creditor's name and mailing address**<br>**Scott Vesely**<br>**7842 Whitehart Street**<br>**Frisco, TX 75035**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$634.14** |

| | | |
|---|---|---|
| 3.595 3 | **Nonpriority creditor's name and mailing address**<br>**Scott Westerbeck**<br>**13325 Malachite Drive**<br>**Bradenton, FL 34211**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,445.07** |

Debtor **Launch Pad LLC**
_____
Name

Case number (if known) _____

| 3.595 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$751.10** |
|---|---|---|---|

**Scott Wissler**
**3440 South Halifax Way**
**Aurora, CO 80013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.595 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$706.77** |
|---|---|---|---|

**Scott Zilonka**
**P.O. Box 1503**
**Borrego Springs, CA 92004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.595 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,607.63** |
|---|---|---|---|

**Seamus Rogers**
**Dublin Specialist Dentistry**
**402 Q House, Furze Road**
**Sandyford Industrial Estate D D18**
**IRELAND**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.595 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$827.65** |
|---|---|---|---|

**Seamus Rogers**
**Dublin Specialist Dentistry**
**402 Q House, Furze Road**
**Sandyford Industrial Estate D D18**
**IRELAND**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.595 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$684.52** |
|---|---|---|---|

**Sean Beams**
**3 Elm St**
**Owego, NY 13827**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.595 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$675.93** |
|---|---|---|---|

**Sean Burrows**
**1588 East Pender St #201**
**Vancouver BC V5L 1W1**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.596 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,479.99 |
|---|---|---|---|

**Sean Cooke**
**Flat 69, Renaissance Square Apartments,**
**London  ENG W4 2DZ**
**UNITED KINGDOM**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.596 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,494.42 |
|---|---|---|---|

**Sean Dahlin**
**1631 15th Avenue West**
**Ste 305**
**Seattle, WA 98119**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.596 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,494.41 |
|---|---|---|---|

**Sean Dahlin**
**33010 Southeast 118th Street**
**Issaquah, WA 98027**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.596 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,466.89 |
|---|---|---|---|

**Sean Dahlin**
**33010 Southeast 118th Street**
**Issaquah, WA 98027**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.596 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,336.17 |
|---|---|---|---|

**Sean Duncombe**
**6796 Rue Clark**
**Montreal QC H2S 3E9**
**CANADA**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.596 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,369.03 |
|---|---|---|---|

**Sean Frogley**
**28 Hercules Street**
**Shirley**
**Christchurch CAN 8013**
**NEW ZEALAND**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.596 6**

**Nonpriority creditor's name and mailing address**

**Sean Goodman**
**1031 Eagle View Ct**
**Prairie Du Sac, WI 53578**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$783.45**

---

**3.596 7**

**Nonpriority creditor's name and mailing address**

**Sean Greves**
**709 W Sunshine St**
**Springfield, MO 65807**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$645.41**

---

**3.596 8**

**Nonpriority creditor's name and mailing address**

**Sean Gross**
**847 S Logan St**
**Denver, CO 80209**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$4,334.85**

---

**3.596 9**

**Nonpriority creditor's name and mailing address**

**Sean Gross**
**847 S Logan St**
**Denver, CO 80209**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$4,790.39**

---

**3.597 0**

**Nonpriority creditor's name and mailing address**

**Sean Hinke**
**100 Deerbow Circle SE**
**Calgary AB T2J6J2**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$688.14**

---

**3.597 1**

**Nonpriority creditor's name and mailing address**

**Sean Katt**
**1131 Warwick Ave**
**Thousand Oaks, CA 91360**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$705.25**

---

**3.597 2**

**Nonpriority creditor's name and mailing address**

**Sean Keaveney**
**Corry**
**Rathowen**
**Mullingar WH BT36 4PP**
**IRELAND**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,790.66**

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

| 3.597 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$723.71** |
|---|---|---|---|

**Sean Kruse**
**14921 Southeast 177th Place**
**23G**
**Renton, WA 98058**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.597 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$678.90** |
|---|---|---|---|

**Sean Lenihan**
**209 W 125th Terrace**
**Kansas City, MO 64145**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.597 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$659.14** |
|---|---|---|---|

**Sean McKay**
**2142 Daylor Drive Northeast**
**Grand Rapids, MI 49525**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.597 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,793.83** |
|---|---|---|---|

**Sean Moran**
**15 Larkfield Close**
**Clayfarm , Sandyford**
**Dublin D D18 W5R2**
**IRELAND**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.597 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$430.52** |
|---|---|---|---|

**Sean Murashige**
**719 22nd Avenue**
**Honolulu, HI 96816**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.597 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$659.14** |
|---|---|---|---|

**Sean Park**
**5555 Mockingbird Ln #4614**
**Dallas, TX 75206**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.5979**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $805.98 |
|---|---|---|
| **Sean Rapley**<br>**22 Kilncar Crescent**<br>**Thirroul NSW 2515**<br>**AUSTRAILA** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.5980**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $746.00 |
|---|---|---|
| **Sean Segura**<br>**115 Mount Shasta Street**<br>**Dallas, TX 75211** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.5981**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,639.69 |
|---|---|---|
| **Sean Sherwood**<br>**4644 Mapleridge Dr**<br>**North Vancouver BC V7R 3T5**<br>**CANADA** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.5982**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,457.60 |
|---|---|---|
| **Sean Sherwood**<br>**4644 Mapleridge Dr**<br>**North Vancouver BC V7R 3T5**<br>**CANADA** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.5983**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,392.64 |
|---|---|---|
| **Sebastian Armanasco**<br>**5459 Northwest 72nd Avenue**<br>**Miami, FL 33166** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.5984**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $731.20 |
|---|---|---|
| **Sebastian Cruz**<br>**318 Belmont Drive**<br>**Alpharetta, GA 30022** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.5985**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,309.52 |
|---|---|---|
| **Sebastian Flores**<br>**4350 W Kennedy Blvd**<br>**#8**<br>**Tampa, FL 33609** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.598 6**

**Nonpriority creditor's name and mailing address**

**Sebastian Meyer**
**Huebeliacker 11A**
**Suhr  5034**
**SWITZERLAND**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$747.67**

---

**3.598 7**

**Nonpriority creditor's name and mailing address**

**Sebastian Stegrin**
**Gnejsvagen 57, #1102**
**Kungsbacka  43451**
**SWEDEN**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$899.21**

---

**3.598 8**

**Nonpriority creditor's name and mailing address**

**Sebastian Theilmeier-Aldehoff**
**Pastorenstrasse 16**
**Hamburg  20459**
**GERMANY**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$560.73**

---

**3.598 9**

**Nonpriority creditor's name and mailing address**

**Sebastien Bisoglio**
**Chemin De Plaisance 1**
**Fully  1926**
**SWITZERLAND**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$69.00**

---

**3.599 0**

**Nonpriority creditor's name and mailing address**

**Sebastien Chaumontet**
**10 Rue Simone De Beauvoir**
**Avenue De Chamb  Ry**
**Alfortville  94140**
**FRANCE**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$42.00**

---

**3.599 1**

**Nonpriority creditor's name and mailing address**

**Sebastien Genoud**
**Witikonerstrasse 23**
**Zurich  8032**
**SWITZERLAND**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,536.10**

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.599 2**

**Nonpriority creditor's name and mailing address**

**Sebastien Kenny**
**383 Chartersville Rd**
**Dieppe NB E1A5G9**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$704.40**

---

**3.599 3**

**Nonpriority creditor's name and mailing address**

**Sebastien Kenny**
**383 Chartersville Rd**
**Dieppe NB E1A5G9**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$85.00**

---

**3.599 4**

**Nonpriority creditor's name and mailing address**

**Sebastien Piche**
**1808 Rue De Beaulac**
**Chambly QC J3L0S9**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$675.93**

---

**3.599 5**

**Nonpriority creditor's name and mailing address**

**Sebastien Rousseau**
**18262 De La Promenade**
**Mirabel QC J7J1B6**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,329.33**

---

**3.599 6**

**Nonpriority creditor's name and mailing address**

**Sebastien St-Laurent**
**1957 Rue Girard**
**Varennes QC J3X 1J9**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$750.22**

---

**3.599 7**

**Nonpriority creditor's name and mailing address**

**Selcuk Azyurt**
**Weiherstrasse 8**
**Jona  8645**
**SWITZERLAND**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$9,089.98**

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.5998**

**Nonpriority creditor's name and mailing address**

**Senay Aydemir**
**Schwangauer Strasse 15**
**Fussen  87629**
**GERMANY**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$883.73**

---

**3.5999**

**Nonpriority creditor's name and mailing address**

**Alper Sennaro**
**Hawksbrow**
**Guildford Road**
**Leatherhead ENG KT22 9DY**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$740.77**

---

**3.6000**

**Nonpriority creditor's name and mailing address**

**Seppo Hosio**
**Vikhusgatan 5**
**Vasteras  72223**
**SWEDEN**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,532.47**

---

**3.6001**

**Nonpriority creditor's name and mailing address**

**Sereda Olga**
**Myru Avenue #1**
**Chornomorsk  68001**
**UKRAINE**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$4,714.77**

---

**3.6002**

**Nonpriority creditor's name and mailing address**

**Serg Rebugio**
**5122 Likini Street #109**
**Honolulu, HI 96818**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$689.52**

---

**3.6003**

**Nonpriority creditor's name and mailing address**

**Serge Krasnay**
**24573 El Alicante**
**Laguna Niguel, CA 92677**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$740.83**

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.600**
**4**

**Nonpriority creditor's name and mailing address**

**Sergei Berenson**
**8263 Trondheim Dr**
**Delta BC V4C0B8**
**CANADA**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$749.39**

---

**3.600**
**5**

**Nonpriority creditor's name and mailing address**

**Sergey Bagdasaryan**
**8007 64th Rd**
**Middle Village, NY 11379**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$430.52**

---

**3.600**
**6**

**Nonpriority creditor's name and mailing address**

**Sergey Kamburov**
**280 Obikolna St. Sofia Bulgaria**
**280 Entrance G Apartment 1.2**
**Sofia  1582**
**BULGARIA**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$917.12**

---

**3.600**
**7**

**Nonpriority creditor's name and mailing address**

**Sergio Amico**
**Via Gustavo Vagliasindi 9**
**Catania CT 95126**
**ITALY**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$7,567.67**

---

**3.600**
**8**

**Nonpriority creditor's name and mailing address**

**Sergio Cabrales**
**5940 Frank Ct**
**Sacramento, CA 95824**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$715.00**

---

**3.600**
**9**

**Nonpriority creditor's name and mailing address**

**Sergio Franco**
**1022 Mehlert Street**
**Kingsburg, CA 93631**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$443.97**

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.601 0**

**Nonpriority creditor's name and mailing address**

**Sergio Kuba**
**267 20th Street**
**2R**
**Brooklyn, NY 11215**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

**$684.52**

---

**3.601 1**

**Nonpriority creditor's name and mailing address**

**Sergio Magallanes**
**4841 W 96th St**
**Inglewood, CA 90301**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

**$723.13**

---

**3.601 2**

**Nonpriority creditor's name and mailing address**

**Sergio Martinez**
**5762 Beadnell Way**
**Sacramento, CA 95835**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

**$715.00**

---

**3.601 3**

**Nonpriority creditor's name and mailing address**

**Sergio Nunes**
**Reevanagh**
**Coolcullen KK R93A4P9**
**IRELAND**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

**$861.92**

---

**3.601 4**

**Nonpriority creditor's name and mailing address**

**Sergio Rodrigues**
**Rua Tenente Ferreira Durao N54 3D**
**Lisboa PT-11 1350-317**
**PORTUGAL**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

**$867.26**

---

**3.601 5**

**Nonpriority creditor's name and mailing address**

**Sergio Sansanelli**
**5459 Northwest 72nd Avenue**
**Miami, FL 33166**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

**$1,933.12**

---

**3.601 6**

**Nonpriority creditor's name and mailing address**

**Sergio Spina**
**5039 Almaden Dr.**
**Los Angeles, CA 90042-1003**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

**$469.11**

---

| Debtor | **Launch Pad LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.6017**

**Nonpriority creditor's name and mailing address**

**Sergiu Sapojnic**
**35C Glenfield Rd**
**Ashford ENG TW151JJ**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$760.62**

---

**3.6018**

**Nonpriority creditor's name and mailing address**

**Sergiy Dushenkovskyy**
**151 Fenimore Rd**
**Apt B62**
**Mamaroneck, NY 10543-3515**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$734.67**

---

**3.6019**

**Nonpriority creditor's name and mailing address**

**Sergiy Sudakov**
**212 New Avenue**
**Reisterstown, MD 21136**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$4,036.77**

---

**3.6020**

**Nonpriority creditor's name and mailing address**

**Serina Calhoun**
**1765 Oak Street**
**San Francisco, CA 94117**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,451.18**

---

**3.6021**

**Nonpriority creditor's name and mailing address**

**Seth Adams**
**606 Avondale Ln**
**Raymore, MO 64083**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$651.99**

---

**3.6022**

**Nonpriority creditor's name and mailing address**

**Seth Houts**
**P.O. Box 607**
**Trenton, GA 30752-1167**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$659.52**

---

**3.6023**

**Nonpriority creditor's name and mailing address**

**Sevag Hartlieb**
**200 Tall Grass Trail**
**Vaughan ON L4L 3K6**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,387.35**

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
| | Name | | |

---

**3.602 4**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$871.28** |
| **Sevag Shaweshian** | ☐ Contingent | |
| **3050 Pharmacy Avenue, #607** | ☐ Unliquidated | |
| **Toronto ON M1W 2N7** | ☐ Disputed | |
| **CANADA** | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.602 5**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,280.16** |
| **Seyoum Bage** | ☐ Contingent | |
| **1109 Greenmont Circle** | ☐ Unliquidated | |
| **Vienna, WV 26105** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.602 6**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$659.52** |
| **Shackoy Campbell** | ☐ Contingent | |
| **5911 Blackpoole Ln** | ☐ Unliquidated | |
| **Virginia Beach, VA 23462** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.602 7**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,564.57** |
| **Shadat Patwary** | ☐ Contingent | |
| **33 Saint Dunstan Drive** | ☐ Unliquidated | |
| **Toronto ON M1L 2V2** | ☐ Disputed | |
| **CANADA** | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.602 8**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$757.78** |
| **Shade Hagar** | ☐ Contingent | |
| **348 NW 54th St** | ☐ Unliquidated | |
| **Seattle, WA 98107** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.602 9**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$466.73** |
| **Shae Murray** | ☐ Contingent | |
| **3504 E 2nd Ct** | ☐ Unliquidated | |
| **Mead, WA 99021** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.603 0**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$672.64** |
| **Winston Shaeffer** | ☐ Contingent | |
| **1820 State Rd 13** | ☐ Unliquidated | |
| **Suite 8** | ☐ Disputed | |
| **St Johns, FL 32259** | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.603 1**

**Nonpriority creditor's name and mailing address**

**Shafkat Ali**
**12024 Valcour Island Way**
**Manassas, VA 20109**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$430.52**

---

**3.603 2**

**Nonpriority creditor's name and mailing address**

**Aatish Shah**
**4024 249th Avenue Southeast**
**Issaquah, WA 98029**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$723.71**

---

**3.603 3**

**Nonpriority creditor's name and mailing address**

**Shahid Malik**
**2317 Centre Ave**
**Bellmore, NY 11710-3410**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$430.52**

---

**3.603 4**

**Nonpriority creditor's name and mailing address**

**Shai Day**
**4 Nehring Ave**
**Staten Island, NY 10314**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$739.77**

---

**3.603 5**

**Nonpriority creditor's name and mailing address**

**Mohamed Ali Shajahan**
**253 Barrington Circle**
**Orion Charter Twp, MI 48360**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$684.52**

---

**3.603 6**

**Nonpriority creditor's name and mailing address**

**Shakera Begum**
**Flat 33 Bloomfield House**
**London ENG E1 5PA**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$760.50**

---

**3.603 7**

**Nonpriority creditor's name and mailing address**

**Shakthi Chandrasekaran**
**255 Maitland Street**
**Unit 5B**
**Kitchener ON N2R 0C8**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$712.35**

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.6038**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $851.52 |
|---|---|---|
| **Adam Shamblin**<br>**3260 Hawks Ridge Dr**<br>**Lakeland, FL 33810** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.6039**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $683.87 |
|---|---|---|
| **Shan Patel**<br>**951 West Main Street**<br>**Mesa, AZ 85201** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.6040**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $141.17 |
|---|---|---|
| **Shane Barth**<br>**430 5th Avenue North**<br>**Unit 504, Buzz 25**<br>**Saskatoon SK S7K 6Z2**<br>**CANADA** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.6041**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $715.81 |
|---|---|---|
| **Shane Bernier**<br>**1921 Kensington Road**<br>**Bethlehem, PA 18018** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.6042**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $735.44 |
|---|---|---|
| **Shane Hammer**<br>**1706 Pine Street**<br>**Huntington Beach, CA 92648** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.6043**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $699.09 |
|---|---|---|
| **Shane Haydon**<br>**9922 Vega Lane**<br>**Louisville, KY 40272** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.6044**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $428.32 |
|---|---|---|
| **Shane Hudecek**<br>**1101 SE 114th Pl**<br>**Portland, OR 97216** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.6045**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $428.32 |
|---|---|---|
| **Shane Hudecek**<br>**1101 SE 114th Pl**<br>**Portland, OR 97216** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.6046**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $659.52 |
|---|---|---|
| **Shane Simms**<br>**6586 Dysinger Rd**<br>**Apt 2**<br>**Lockport, NY 14094-9030** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.6047**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $737.80 |
|---|---|---|
| **Shane Stalder**<br>**23 Sandpiper Drive**<br>**Whispering Pines, NC 28327** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.6048**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $911.13 |
|---|---|---|
| **Shankar Rajupet**<br>**1 Miller Ln**<br>**Cheswick, PA 15024** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.6049**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $699.09 |
|---|---|---|
| **Shanker Yerragunta**<br>**2131 King Arthurs Court**<br>**1A**<br>**Harrisburg, PA 17110** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.6050**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,685.25 |
|---|---|---|
| **Shannon Burch**<br>**108 Henderson Avenue**<br>**Norwood, PA 19074** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.6051**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $717.35 |
|---|---|---|
| **Shannon Reed**<br>**21409 Dewdney Trunk Road, #9**<br>**Maple Ridge BC V2X 3G5**<br>**CANADA** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor    **Launch Pad LLC**                                           Case number (if known) _____
_____
Name

| 3.605 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $634.52 |
|---|---|---|---|

**Shanon Stephens**
**10 Woodridge Rd**
**Moultrie, GA 31768**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.605 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $754.14 |
|---|---|---|---|

**Shant Artinian**
**328 West Milford Street**
**Unit 4**
**Glendale, CA 91203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.605 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $704.11 |
|---|---|---|---|

**Shantha Ranepura**
**110 Driftwood Crescent**
**Dartmouth NS B2V 1S7**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.605 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $472.23 |
|---|---|---|---|

**Shardul Wagh**
**520 Terry Ave**
**Unit 504**
**Seattle, WA 98104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.605 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,019.35 |
|---|---|---|---|

**Shari Mosquera-Vela**
**7937 Ivywood Rd**
**Seminole, FL 33777-3104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.605 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $684.52 |
|---|---|---|---|

**Sharlenne Zamora**
**240 Northeast 51st Street Apt 2**
**Apt 2**
**Miami, FL 33137**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.605 8**

**Nonpriority creditor's name and mailing address**

**Sharon Chau**
**9699 Jane Street**
**19A**
**Maple ON L6A 0A4**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,314.22

---

**3.605 9**

**Nonpriority creditor's name and mailing address**

**Sharon Hatcher**
**1830 Ithaca Street**
**Chula Vista, CA 91913**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$748.38

---

**3.606 0**

**Nonpriority creditor's name and mailing address**

**Sharon Noble**
**815 Bryan Avenue South**
**Salt Lake City, UT 84105**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$429.12

---

**3.606 1**

**Nonpriority creditor's name and mailing address**

**Shashank Gupta**
**98 North 1st St**
**Unit 409**
**San Jose, CA 95113**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$718.26

---

**3.606 2**

**Nonpriority creditor's name and mailing address**

**Shashank Pawar**
**503/220 Mona Vale Road**
**St Ives NSW 2075**
**AUSTRAILA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,485.98

---

**3.606 3**

**Nonpriority creditor's name and mailing address**

**Shaun Cunningham**
**179 Lake Rd**
**Sparta, TN 38583**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$659.52

---

Debtor    **Launch Pad LLC**                                      Case number *(if known)* _____
_____
Name

| 3.606 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $708.50 |
|---|---|---|---|

**Shaun Kelleher**
**1157 Poli St**
**Ventura, CA 93001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$708.50**

---

| 3.606 5 |

**Shawn Dinsmore**
**907 Oso Negro**
**San Antonio, TX 78260**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$659.14**

---

| 3.606 6 |

**Shawn Ludeman**
**250 Dickinson Street**
**Mount Clemens, MI 48043**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,161.22**

---

| 3.606 7 |

**Shawn Richer**
**2708 Chesapeake Ct**
**Grapevine, TX 76051**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$826.80**

---

| 3.606 8 |

**Shawn Riddle**
**1514 West Berridge Lane**
**Phoenix, AZ 85015**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$688.87**

---

| 3.606 9 |

**Shawn Roberts**
**708 Cross Street**
**Brooklyn Park, MD 21225**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$466.70**

---

| 3.607 0 |

**Shawn Warden**
**3055 Harrelson Ste 13E**
**Nm**
**Las Cruces, NM 88005**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$429.87**

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.607**
**1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $709.00 |
|---|---|---|
| **Shawn Weyandt**<br>**684 Picadilly Court**<br>**Columbus, OH 43230** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.607**
**2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $871.28 |
|---|---|---|
| **Shay Morley**<br>**261 Walter Ave N**<br>**Hamilton ON L8H5R5**<br>**CANADA** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.607**
**3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $718.26 |
|---|---|---|
| **Shayan Mirzadeh**<br>**212 Omira Dr**<br>**San Jose, CA 95123** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.607**
**4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $709.25 |
|---|---|---|
| **Shealyn Brake**<br>**2020 Talon Way**<br>**San Diego, CA 92123** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.607**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $724.76 |
|---|---|---|
| **Shear Haincadto**<br>**1532 Rock Glen Ave**<br>**Glendale, CA 91205** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.607**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,472.88 |
|---|---|---|
| **Sheena Ho**<br>**2254 22nd Ave**<br>**San Francisco, CA 94116** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.607**
**7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $589.25 |
|---|---|---|
| **Sheila Poleon**<br>**37 Hatherley Gardens**<br>**East Ham**<br>**London ENG E6 3EN**<br>**UNITED KINGDOM** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor **Launch Pad LLC**
　　　　Name
Case number *(if known)* _____

---

**3.6078** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,127.61

**Shelby Benoit**
**2107 North Laventure Rd. Apt #27**
**Mount Vernon, WA 98273**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6079** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $659.52

**Sheldon Gordon**
**10260 Wild Apple Circle**
**Montgomery Village, MD 20886**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6080** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $659.52

**Sheldon Gordon**
**10260 Wild Apple Circle**
**Montgomery Village, MD 20886**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6081** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,402.77

**Shell Station**
**Fruchtallee 95**
**Mnb Tankstellen GmbH**
**Hamburg  20259**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6082** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,389.84

**Shellsan Phromkharanourak**
**46609 Balsam Avenue**
**Chilliwack BC V2P 6P6**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6083** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,399.84

**Shellsan Phromkharanourak**
**46609 Balsam Avenue**
**Chilliwack BC V2P 6P6**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.608 4**

**Nonpriority creditor's name and mailing address**

**Shelton Stewart**
**1338 North Saint Paul**
**Mesa, AZ 85205**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,218.19**

---

**3.608 5**

**Nonpriority creditor's name and mailing address**

**Shen Ou**
**886 Randall Ave**
**Daphne, AL 36526**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$684.52**

---

**3.608 6**

**Nonpriority creditor's name and mailing address**

**Shenika Ludford**
**176 Mill Street South #505**
**Brampton ON L6Y 1T8**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$689.21**

---

**3.608 7**

**Nonpriority creditor's name and mailing address**

**Sherry Milowicki**
**3960 Equestrian Court**
**Middleburg, FL 32068**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$659.52**

---

**3.608 8**

**Nonpriority creditor's name and mailing address**

**Shervin Rahimpour**
**114 Constitution Dr.**
**Durham, NC 27705**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$712.91**

---

**3.608 9**

**Nonpriority creditor's name and mailing address**

**Shezan Andani**
**5 N Wells St**
**Chicago, IL 60606**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,491.67**

---

**3.609 0**

**Nonpriority creditor's name and mailing address**

**Shimon Deutsch**
**1 Miele Rd**
**Monsey, NY 10952**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$430.52**

---

Debtor **Launch Pad LLC**
_____
Name

Case number *(if known)* _____

| 3.609 | | | |
|---|---|---|---|
| 1 | | | |

**Nonpriority creditor's name and mailing address**

**Shirley Fong**
**415 Grand Street**
**E1506**
**New York, NY 10002**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$703.37**

---

| 3.609 | |
|---|---|
| 2 | |

**Nonpriority creditor's name and mailing address**

**Shirley Hart**
**5601 Canyonside Road**
**La Crescenta-Montrose, CA 91214**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$745.40**

---

| 3.609 | |
|---|---|
| 3 | |

**Nonpriority creditor's name and mailing address**

**Shivani Mall**
**3600 Morning Star Drive, #62**
**Mississauga ON L4T 1Y5**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$656.72**

---

| 3.609 | |
|---|---|
| 4 | |

**Nonpriority creditor's name and mailing address**

**Shivase Singh**
**3080 North Course Drive**
**Apt. 509**
**Pompano Beach, FL 33069**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$652.89**

---

| 3.609 | |
|---|---|
| 5 | |

**Nonpriority creditor's name and mailing address**

**Shoaib Khan**
**10107, 127B St**
**Surrey BC V3V 5M4**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$688.67**

---

| 3.609 | |
|---|---|
| 6 | |

**Nonpriority creditor's name and mailing address**

**Shounak Gupte**
**2903/151 City Road**
**Southbank VIC 3006**
**AUSTRAILA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$805.98**

---

| 3.609 | |
|---|---|
| 7 | |

**Nonpriority creditor's name and mailing address**

**Shrey Shandilya**
**433 South Mary Avenue #33**
**Sunnyvale, CA 94086**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$718.26**

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.6098**

**Nonpriority creditor's name and mailing address**
**Siavash Ariashah**
**63 Briens Road**
**Northmead NSW 2152**
**AUSTRAILA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$762.73**

---

**3.6099**

**Nonpriority creditor's name and mailing address**
**Sibel Deshong**
**8318 Kingsgate Rd**
**Apt A**
**Springfield, VA 22152**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$430.52**

---

**3.6100**

**Nonpriority creditor's name and mailing address**
**Siddharth Raval**
**24 Danton Lane North**
**Locust Valley, NY 11560**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$712.99**

---

**3.6101**

**Nonpriority creditor's name and mailing address**
**Siddharth Verma**
**10518 113th Street, #112**
**Edmonton AB T5H 0C6**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$675.93**

---

**3.6102**

**Nonpriority creditor's name and mailing address**
**Ameer Siddiqui**
**2001 SW 82nd Avenue**
**Davie, FL 33324**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$93.30**

---

**3.6103**

**Nonpriority creditor's name and mailing address**
**Sidhaartha Chauhaan**
**14 Scott Close**
**Epsom ENG KT19 9NY**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$806.88**

---

Debtor    **Launch Pad LLC**                                                Case number (if known) _____
_____
              Name

| 3.610 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$664.21** |

**Sidharta Noleto**
**34 Gleason Crescent**
**Kitchener ON N2M 0B7**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.610 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$430.52** |

**Sierra Craddock-Polk**
**2660 Augusta Dr.**
**Apt. L311**
**Houston, TX 77057**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.610 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,309.52** |

**Luis Sigcha**
**4866 South Semoran Blvd, #1808**
**Orlando, FL 32822**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.610 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,139.28** |

**Sigert Erzeel**
**Victor Witterzeelstraat 5**
**Iddergem  9472**
**BELGIUM**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.610 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$720.23** |

**Silverio Rodriguez**
**2104 Cowling Road**
**Scottdale, PA 15683**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.610 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$886.67** |

**Silvia Gruschka**
**Karyatidon 18**
**Flat 401**
**Larnaca  6042**
**CYPRUS**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.611 0**

**Nonpriority creditor's name and mailing address**

**Silvina Paraiba**
**Rua 31 De Janeiro De 1891 Numero 5 Charn**
**Almada PT-15 2820-483 CHARNECA DA**
**CAPARI**
**PORTUGAL**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No  ☐ Yes

**$939.40**

---

**3.611 1**

**Nonpriority creditor's name and mailing address**

**Simeon Nicdao**
**9000 128 Street**
**Surrey BC V3V 5M7**
**CANADA**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,329.33**

---

**3.611 2**

**Nonpriority creditor's name and mailing address**

**Simon Attfield**
**25 Coleridge Way**
**Borehamwood ENG WD62AE**
**UNITED KINGDOM**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No  ☐ Yes

**$757.73**

---

**3.611 3**

**Nonpriority creditor's name and mailing address**

**Simon Boe**
**Bergmannstr. 102**
**Onehundred.Digital Gmbh**
**Berlin  10961**
**GERMANY**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No  ☐ Yes

**$941.76**

---

**3.611 4**

**Nonpriority creditor's name and mailing address**

**Simon Chan**
**9029 Broadway**
**Temple City, CA 91780**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No  ☐ Yes

**$719.88**

---

**3.611 5**

**Nonpriority creditor's name and mailing address**

**Simon Chokoisky**
**6310 N. 15th St**
**Phoenix, AZ 85014**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No  ☐ Yes

**$626.37**

---

Debtor    **Launch Pad LLC**                                         Case number *(if known)* _____
             Name

| 3.611<br>6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,358.87 |
|---|---|---|---|

**Simon Chokoisky**
**6310 N. 15th St**
**Phoenix, AZ 85014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.611<br>7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $108.87 |
|---|---|---|---|

**Simon Chokoisky**
**6310 N. 15th St**
**Phoenix, AZ 85014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.611<br>8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,243.87 |
|---|---|---|---|

**Simon Chokoisky**
**6310 N. 15th St**
**Phoenix, AZ 85014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.611<br>9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $653.02 |
|---|---|---|---|

**Simon Dorfman**
**608 Chippewa Court**
**Fort Atkinson, WI 53538**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.612<br>0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $833.41 |
|---|---|---|---|

**Simon Fisher**
**9 Invergarry Drive**
**Glasgow  SCT G46 8UA**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.612<br>1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $510.54 |
|---|---|---|---|

**Simon Garden**
**The Old Angel**
**The Square**
**Axbridge ENG BS26 2AP**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.612 2**

**Nonpriority creditor's name and mailing address**

**Simon Gisler**
**Rossauerstrasse 16**
**Mettmenstetten  8932**
**SWITZERLAND**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$720.73

---

**3.612 3**

**Nonpriority creditor's name and mailing address**

**Simon Hauser**
**Muhlenweg2**
**Mils Bei Hall  6068**
**AUSTRIA**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$833.15

---

**3.612 4**

**Nonpriority creditor's name and mailing address**

**Simon Lundgren**
**Skvadronsgatan 29, #1301**
**Malmo  217 49**
**SWEDEN**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$588.73

---

**3.612 5**

**Nonpriority creditor's name and mailing address**

**Simon Sayavanh**
**4824 Charles Lewis Way**
**San Diego, CA 92102**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$701.64

---

**3.612 6**

**Nonpriority creditor's name and mailing address**

**Simon Sosnitza**
**Egon-Reinert-Strasse 2**
**Saarbrucken  66111**
**GERMANY**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$714.15

---

**3.612 7**

**Nonpriority creditor's name and mailing address**

**Simon Stahn**
**Baumweg 15**
**Frankfurt  60316**
**GERMANY**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$3,958.41

---

**3.612 8**

**Nonpriority creditor's name and mailing address**

**Simone Serratore**
**Feldstrasse 17**
**Dottikon  5605**
**SWITZERLAND**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$721.08

---

Debtor **Launch Pad LLC**                                    Case number *(if known)* _____
_____
Name

| 3.612 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $659.52 |
|---|---|---|---|

**Anthony Simonetti**
**32 Sandpiper Lane**
**East Islip, NY 11730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.613 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $680.03 |
|---|---|---|---|

**Amber Simpson**
**322 I Street Southeast**
**Washington, DC 20003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.613 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,406.23 |
|---|---|---|---|

**Simranjeet Pal**
**Heidestrasse 6**
**Wolfratshausen   82515**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.613 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $663.75 |
|---|---|---|---|

**Sina Abed**
**7 Ken Betz Court**
**Whitchurch-Stouffville ON L4A 4P5**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.613 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $659.52 |
|---|---|---|---|

**Sina Ehsani**
**7514 Hearthside Way**
**Elkridge, MD 21075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.613 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $564.08 |
|---|---|---|---|

**Sinan Turkoglu**
**Mannheimerstrasse 53**
**Waghausel  68753**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.613 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $773.27 |
|---|---|---|---|

**Anthony Sinatra**
**P.O. Box 3591**
**Phoenix, AZ 85030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Launch Pad LLC**                                                Case number (if known)  _____
_____
Name

| | |
|---|---|
| **3.6136** | |

**Nonpriority creditor's name and mailing address**           As of the petition filing date, the claim is: Check all that apply.                    **$1,461.23**

**Anthony Sinatra**
**P.O. Box 3591**                     ☐ Contingent
**Phoenix, AZ 85030**                 ☐ Unliquidated
                                      ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _     **Basis for the claim:** _

                                      Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.6137** | |

**Nonpriority creditor's name and mailing address**           As of the petition filing date, the claim is: Check all that apply.                    **$64.33**

**Sithamparappillai Raveendran**
**95 Winston Castle Drive**           ☐ Contingent
**Markham ON L6C 2G4**                ☐ Unliquidated
**CANADA**                            ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _     **Basis for the claim:** _

                                      Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.6138** | |

**Nonpriority creditor's name and mailing address**           As of the petition filing date, the claim is: Check all that apply.                    **$750.56**

**Sivananda Katir**
**22424 149th Ave SE**                ☐ Contingent
**Snohomish, WA 98296**               ☐ Unliquidated
                                      ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _     **Basis for the claim:** _

                                      Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.6139** | |

**Nonpriority creditor's name and mailing address**           As of the petition filing date, the claim is: Check all that apply.                    **$576.81**

**Sjarief Bodha**
**Zandweerdsweg 127**                 ☐ Contingent
**Deventer  7412 XW**                 ☐ Unliquidated
**NETHERLANDS**                       ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _     **Basis for the claim:** _

                                      Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.6140** | |

**Nonpriority creditor's name and mailing address**           As of the petition filing date, the claim is: Check all that apply.                    **$785.07**

**Skjalg Strand**
**Laksegata 2**                       ☐ Contingent
**Skien  3732**                       ☐ Unliquidated
**NORWAY**                            ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _     **Basis for the claim:** _

                                      Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.6141** | |

**Nonpriority creditor's name and mailing address**           As of the petition filing date, the claim is: Check all that apply.                    **$461.75**

**Sky Kovac**
**25100 Vista Murrieta**              ☐ Contingent
**Apt 2113**                          ☐ Unliquidated
**Murrieta, CA 92562**                ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _     **Basis for the claim:** _

                                      Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.6142** | |

**Nonpriority creditor's name and mailing address**           As of the petition filing date, the claim is: Check all that apply.                    **$2,263.96**

**Slavoljub Radosavljevic**
**Pana Djukica 5, #3**                ☐ Contingent
**Belgrade  11060**                   ☐ Unliquidated
**SERBIA**                            ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _     **Basis for the claim:** _

                                      Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Launch Pad LLC**                                      Case number (if known) _____
_____
Name

| 3.614 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,397.75** |
|---|---|---|---|

**Slavoljub Radosavljevic**
**Pana Djukica 5, #3**
**Beograd  11060**
**SERBIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.614 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$936.66** |
|---|---|---|---|

**Slavomir Fabisik**
**Bereiteranger 14**
**Munich  81541**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.614 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$430.52** |
|---|---|---|---|

**Slawomir Horodyski**
**2500 Peachtree Road Northwest**
**Atlanta, GA 30305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.614 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$657.81** |
|---|---|---|---|

**Allen Smith**
**3912 Kingston Avenue**
**Caldwell, ID 83605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.614 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$659.52** |
|---|---|---|---|

**Alysandra Smith**
**3410 State Park Rd**
**Greenville, SC 29609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.614 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$659.14** |
|---|---|---|---|

**Thomas Smith**
**2721 Beutel Road**
**Lorena, TX 76655**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.614 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,701.12** |
|---|---|---|---|

**SoLoKo GmbH**
**Fiedlerstrasse 54**
**Dresden  1307**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.615 0**

**Nonpriority creditor's name and mailing address**

**Solomon Hindel**
**589 Steven Court, #3**
**Newmarket ON L3Y 6Z3**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$685.92**

---

**3.615 1**

**Nonpriority creditor's name and mailing address**

**Solomon Shelton**
**2667 Pamoa Rd**
**Honolulu, HI 96822**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,309.52**

---

**3.615 2**

**Nonpriority creditor's name and mailing address**

**Solomon Smith**
**136 Fain St**
**Nashville, TN 37210**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$430.52**

---

**3.615 3**

**Nonpriority creditor's name and mailing address**

**Sonny Davis**
**119 Prince Regent Drive**
**Half Moon Bay**
**Auckland AUK 2012**
**NEW ZEALAND**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$712.99**

---

**3.615 4**

**Nonpriority creditor's name and mailing address**

**Sonny Mansson**
**Unnebacksas 206**
**Unnaryd  31452**
**SWEDEN**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$965.98**

---

**3.615 5**

**Nonpriority creditor's name and mailing address**

**Sonny Santiago**
**1832 Laniloa Place**
**Wahiawa, HI 96786**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,872.89**

---

Debtor  **Launch Pad LLC**
_____
Name

Case number *(if known)* _____

| | | |
|---|---|---|
| **3.615**<br>**6** | **Nonpriority creditor's name and mailing address**<br>**Sookdeo Sunder**<br>**123-33 146th Street**<br>**Queens, NY 11436**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$690.84** |
| **3.615**<br>**7** | **Nonpriority creditor's name and mailing address**<br>**Sophea Kim**<br>**7 Tollcross Rd**<br>**Chelmsford, MA 01824**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$904.15** |
| **3.615**<br>**8** | **Nonpriority creditor's name and mailing address**<br>**Sophia Smit**<br>**Van Hogendorpstraat 803**<br>**Amsterdam  1051 CC**<br>**NETHERLANDS**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$976.14** |
| **3.615**<br>**9** | **Nonpriority creditor's name and mailing address**<br>**Sophia Tarquinio**<br>**53 Cuttysark Road**<br>**East Falmouth, MA 02536**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$472.27** |
| **3.616**<br>**0** | **Nonpriority creditor's name and mailing address**<br>**Sophie Leach**<br>**Arabian Ranches, Palmera 1, Street 1, Vi**<br>**Dubai  DU**<br>**UNITED ARAB EMIRATES**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$741.07** |
| **3.616**<br>**1** | **Nonpriority creditor's name and mailing address**<br>**Sora Choi**<br>**P.O. Box 1102**<br>**Rosebery NSW 1445**<br>**AUSTRAILA**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$341.70** |
| **3.616**<br>**2** | **Nonpriority creditor's name and mailing address**<br>**Sora Choi**<br>**Unit 1639 / 8 Ascot Ave**<br>**Zetland NSW 2170**<br>**AUSTRAILA**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$3,347.61** |

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.616<br>3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,493.27 |
|---|---|---|---|

**Sorinel Gavrila**
**333 Prestwick Road**
**Watford ENG WD19 6UT**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.616<br>4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $764.11 |
|---|---|---|---|

**Souharda Poudyal**
**12020 Grevillea Avenue**
**Apt 24**
**Hawthorne, CA 90250**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.616<br>5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $430.14 |
|---|---|---|---|

**Soulinthone Phonthongsy**
**1257 South 31st Street**
**Manitowoc, WI 54220**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.616<br>6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $659.52 |
|---|---|---|---|

**Sourabh Pandey**
**2880 Glenbar Cir**
**Rochester Hills, MI 48307**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.616<br>7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $717.35 |
|---|---|---|---|

**Souren Khetcho**
**14831 104 Avenue**
**#315**
**Surrey BC V3R 1M5**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.616<br>8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $61.75 |
|---|---|---|---|

**Christopher J. Sparks**
**1404 Sapphire Dragon Street**
**Thousand Oaks, CA 91320**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.6169**

Nonpriority creditor's name and mailing address

**Spartakos Karslidis**
**Konstantinou Kalogera 8**
**Apartment 21**
**Larnaca  6021**
**CYPRUS**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,418.25**

---

**3.6170**

Nonpriority creditor's name and mailing address

**Spassimir Tchobanov**
**25 North Bishop Street**
**Chicago, IL 60607**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$65.21**

---

**3.6171**

Nonpriority creditor's name and mailing address

**Spassimir Tchobanov**
**25 North Bishop Street**
**Chicago, IL 60607**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$699.13**

---

**3.6172**

Nonpriority creditor's name and mailing address

**Spencer Andrews**
**3456 37th Ave Sw**
**Seattle, WA 98126**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$936.38**

---

**3.6173**

Nonpriority creditor's name and mailing address

**Spencer Green**
**1500 Park Avenue**
**Apt 335**
**Emeryville, CA 94608**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$842.57**

---

**3.6174**

Nonpriority creditor's name and mailing address

**Spencer Lome**
**2627 N Ridge Ave**
**Arlington Heights, IL 60004**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$820.69**

---

**3.6175**

Nonpriority creditor's name and mailing address

**Srikanth Vadlakonda**
**3375 Cedar Creek Trail**
**Frisco, TX 75034**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,334.14**

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|--------|---------------------|------------------------|--|
| | Name | | |

---

**3.617
6**

**Nonpriority creditor's name and mailing address**

**Thomas St Pierre**
**204 Saint Jacques St**
**Worthington, OH 43085**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$462.82**

---

**3.617
7**

**Nonpriority creditor's name and mailing address**

**Thomas St Pierre**
**204 Saint Jacques St**
**Worthington, OH 43085**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$462.82**

---

**3.617
8**

**Nonpriority creditor's name and mailing address**

**John St ~Pierre**
**280 Frontenac Place**
**Worthington, OH 43085**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$462.82**

---

**3.617
9**

**Nonpriority creditor's name and mailing address**

**Stacey Bronner**
**495 Carondelett Cv Sw**
**Atlanta, GA 30331-8353**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$659.52**

---

**3.618
0**

**Nonpriority creditor's name and mailing address**

**Adam Stainback**
**2118 Highland View Ln.**
**Charlotte, NC 28214**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$430.52**

---

**3.618
1**

**Nonpriority creditor's name and mailing address**

**Stan Graham**
**4530 Garfield Street**
**La Mesa, CA 91941**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,829.87**

---

**3.618
2**

**Nonpriority creditor's name and mailing address**

**Stanimir Nikolov**
**Bul. Slavqnski 26, #6**
**Shumen  9700**
**BULGARIA**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$3,201.93**

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.618 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $732.85 |
|---|---|---|
| **Stanislav Domashenko**<br>**4200 Northern Cross Blvd #4307**<br>**Haltom Coty, TX 76137** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.618 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $884.04 |
|---|---|---|
| **Stanislav Porodinski**<br>**Malinova Dolina, Ul. Georgi Rusev 23**<br>**Complex Slav Stroi, Casa Solare, Mobile**<br>**Sofia  1797**<br>**BULGARIA** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.618 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $837.65 |
|---|---|---|
| **Stanislav Schlosser**<br>**Sonnenbergsweg 17**<br>**Langwedel  27299**<br>**GERMANY** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.618 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $469.11 |
|---|---|---|
| **Stanley Lin**<br>**19902 Avenida Amadis**<br>**Walnut, CA 91789** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.618 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,665.00 |
|---|---|---|
| **Stefan Ciobanu**<br>**Preot Petru Leuca Nr 9**<br>**Sacele BV 505600**<br>**ROMANIA** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.618 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $778.50 |
|---|---|---|
| **Stefan Daniel Stanciu**<br>**Str Garii No 33 Bl B4**<br>**Ap 1**<br>**Titu DB 135500**<br>**ROMANIA** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor   **Launch Pad LLC**
_____ Case number (if known) _____
Name

| 3.618 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $505.99 |
|---|---|---|---|

**Stefan Daniel Stanciu**
**Str Garii Nr 33 Bloc B4 Scara B, #1**
**Titu DB 135500**
**ROMANIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.619 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $871.28 |
|---|---|---|---|

**Stefan Guay**
**29 Mayfair Dr**
**Welland ON L3C7A1**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.619 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $739.19 |
|---|---|---|---|

**Stefan Heymanns**
**2983 Rustic Drive**
**San Jose, CA 95124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.619 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,109.83 |
|---|---|---|---|

**Stefan Jagemann**
**Spreestrasse13**
**Berlin  12555**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.619 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,685.86 |
|---|---|---|---|

**Stefan Kastenmueller**
**Richildenstrasse 23**
**Munich  80639**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.619 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,309.17 |
|---|---|---|---|

**Stefan Kudlicki**
**Schwindgasse 19/16**
**Wien  1040**
**AUSTRIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Launch Pad LLC**
_____   Case number (*if known*) _____

Name

---

| 3.619 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is: *Check all that apply.*   **$760.00**

**Stefan Lajszczuk**
**36 Station Road**
**Oakworth**
**Keighley ENG BD22 7RE**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _   Is the claim subject to offset? ■ No ☐ Yes

---

| 3.619 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is: *Check all that apply.*   **$564.90**

**Stefan Rosenberger**
**Zollstockgurtel 114**
**Koln  50969**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _   Is the claim subject to offset? ■ No ☐ Yes

---

| 3.619 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is: *Check all that apply.*   **$1,636.24**

**Stefan Schubert**
**Abdeck 4B**
**Furth  84095**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _   Is the claim subject to offset? ■ No ☐ Yes

---

| 3.619 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is: *Check all that apply.*   **$873.33**

**Stefan Van Immerseel**
**Zeggelaan 11**
**Vosselaar  2350**
**BELGIUM**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _   Is the claim subject to offset? ■ No ☐ Yes

---

| 3.619 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is: *Check all that apply.*   **$1,635.76**

**Steffen Gentner**
**Beiswanger Str. 18**
**Heubach  73540**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _   Is the claim subject to offset? ■ No ☐ Yes

---

| 3.620 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is: *Check all that apply.*   **$898.15**

**Steffen Kirsten**
**Hermann-Burte-Strasse 74**
**Steinen  79585**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _   Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.620
1**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,385.26** |
|---|---|---|

**Steffen Wieschalla**
**Mittnachtstr. 17/3**
**Reutlingen  72760**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.620
2**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$778.50** |
|---|---|---|

**Stelian Papaconstantin**
**Str.Balciului Nr.7**
**Bucharest B 21482**
**ROMANIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.620
3**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,153.22** |
|---|---|---|

**Stella Brookes**
**1 Grosvenor Rd**
**Barnwood**
**Gloucester ENG GL2 0SA**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.620
4**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$689.02** |
|---|---|---|

**Stella Olumide**
**164 Oakdale Road**
**Toronto ON M3N 2S5**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.620
5**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$589.48** |
|---|---|---|

**Sten Bredenberg**
**Pipersgatan 20 #1304**
**Stockholm  11224**
**SWEDEN**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.620
6**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$748.30** |
|---|---|---|

**Stephan Klaus**
**Landoltstrasse 63**
**Apps With Love AG**
**Bern  3007**
**SWITZERLAND**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.6207**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $720.92 |
|---|---|---|
| **Stephan Ulrich**<br>**Wiihalde 5**<br>**Dietlikon  8305**<br>**SWITZERLAND** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.6208**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $564.38 |
|---|---|---|
| **Stephan Zeranski**<br>**Giselherweg 19**<br>**Hannover  30455**<br>**GERMANY** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.6209**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $871.33 |
|---|---|---|
| **Stephane Domon**<br>**1425 Rue Leonard**<br>**Apt 2**<br>**Sherbrooke QC J1K 2L9**<br>**CANADA** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.6210**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $806.51 |
|---|---|---|
| **Stephane Turquay**<br>**Saumstrasse 25**<br>**Zurich  8003**<br>**SWITZERLAND** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.6211**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $709.25 |
|---|---|---|
| **Stephanie Abbott**<br>**4068 Bernice Dr.**<br>**San Diego, CA 92107** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.6212**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $659.52 |
|---|---|---|
| **Stephanie Hogan**<br>**7935 Carriage Park Drive**<br>**Hollins, VA 24019** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
| | Name | | |

---

**3.621 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $735.78 |
|---|---|---|
| **Stephany Decrooy** | ☐ Contingent | |
| **1580 South Trenton Court** | ☐ Unliquidated | |
| **Denver, CO 80231** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.621 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,660.55 |
|---|---|---|
| **Stephen Boyles** | ☐ Contingent | |
| **22 Brittany Lane** | ☐ Unliquidated | |
| **Odessa, TX 79761** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.621 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,859.52 |
|---|---|---|
| **Stephen Dimare** | ☐ Contingent | |
| **3545 Us 1 South** | ☐ Unliquidated | |
| **Suite 1** | ☐ Disputed | |
| **Saint Augustine, FL 32086-6345** | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.621 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $659.52 |
|---|---|---|
| **Stephen Dimare** | ☐ Contingent | |
| **3545 U.S. 1** | ☐ Unliquidated | |
| **Suite 1** | ☐ Disputed | |
| **St. Augustine, FL 32086** | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.621 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $659.52 |
|---|---|---|
| **Stephen Garrett** | ☐ Contingent | |
| **4934 Empire Ave** | ☐ Unliquidated | |
| **Jacksonville, FL 32207** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.621 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $633.87 |
|---|---|---|
| **Stephen Gomez** | ☐ Contingent | |
| **8616 North 48th Lane** | ☐ Unliquidated | |
| **Glendale, AZ 85302** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.621 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,231.57 |
|---|---|---|
| **Stephen Ho** | ☐ Contingent | |
| **82 Wolverleigh Blvd** | ☐ Unliquidated | |
| **Toronto ON M4J 1R9** | ☐ Disputed | |
| **CANADA** | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor    **Launch Pad LLC**                                              Case number *(if known)* _____
_____
                Name

| 3.622<br>0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$659.52** |
|---|---|---|---|

**Stephen Jean-Jacques**
**197 Catania Way**
**Royal Palm Beach, FL 33411**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.622<br>1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$659.52** |
|---|---|---|---|

**Stephen Jean-Jacques**
**197 Catania Way**
**Royal Palm Beach, FL 33411**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.622<br>2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$659.14** |
|---|---|---|---|

**Stephen Kosman**
**31 E 25th Street**
**Tulsa, OK 74114**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.622<br>3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$659.52** |
|---|---|---|---|

**Stephen Mansfield**
**15207 Knotty Chestnut St.**
**Cypress, TX 77429**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.622<br>4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$461.75** |
|---|---|---|---|

**Stephen Mashney**
**335 North Brookhurst Street**
**Anaheim, CA 92801**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.622<br>5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,114.14** |
|---|---|---|---|

**Stephen Moss**
**7220 Lombard Ln**
**Austin, TX 78744**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.622<br>6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,396.85** |
|---|---|---|---|

**Stephen Rogalla**
**129 Philip Avenue**
**Elmwood Park, NJ 07407**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.6227**

**Nonpriority creditor's name and mailing address**

**Stephen Shen**
**214A 10th St**
**Palisades Park, NJ 07650-4050**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$676.56

---

**3.6228**

**Nonpriority creditor's name and mailing address**

**Stephen Shen**
**214A 10th St**
**Palisades Park, NJ 07650-4050**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$63.46

---

**3.6229**

**Nonpriority creditor's name and mailing address**

**Stephen Traiforos**
**157 E Main St**
**Fl 2**
**Marlborough, MA 01752**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$456.83

---

**3.6230**

**Nonpriority creditor's name and mailing address**

**Stephen Ward**
**4400 N Scottsdale Rd**
**Suite 9-285**
**Scottsdale, AZ 85251**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,692.87

---

**3.6231**

**Nonpriority creditor's name and mailing address**

**Stephen Weare**
**396 Pearl Street**
**Manchester, NH 03104**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$659.52

---

**3.6232**

**Nonpriority creditor's name and mailing address**

**Stephen Young**
**804 East 39th Street**
**Brooklyn, NY 11210**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$455.52

---

**3.6233**

**Nonpriority creditor's name and mailing address**

**Stephen Young Young**
**804 East 39th Street**
**Brooklyn, NY 11210**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$455.52

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.623 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $871.33 |
|---|---|---|
| **Stephie-Lea Tabujara**<br>**33 Apple Blossom Cres**<br>**Georgetown ON L7G6L5**<br>**CANADA** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.623 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,309.52 |
|---|---|---|
| **Sterling Cliff**<br>**26319 Iowa Gardens Rd**<br>**San Benito, TX 78586** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.623 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,555.66 |
|---|---|---|
| **Sterling Hintze**<br>**Anastasius-Grun-Gasse**<br>**37A/4**<br>**Wien  1180**<br>**AUSTRIA** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.623 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,367.81 |
|---|---|---|
| **Sterling Mortensen**<br>**595 E Edgar St**<br>**Meridian, ID 83646** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.623 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $678.78 |
|---|---|---|
| **Sterling Scott**<br>**12408 15 Ave SW #220**<br>**Edmonton AB T6W 1X2**<br>**CANADA** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.623 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $727.97 |
|---|---|---|
| **Steve Anevski**<br>**4990 Race Road**<br>**Cincinnati, OH 45211** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.624 0**

**Nonpriority creditor's name and mailing address**

**Steve Bosson**
**11588 South Radience Ln**
**South Jorden, UT 84009**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$733.12

---

**3.624 1**

**Nonpriority creditor's name and mailing address**

**Steve Erickson**
**531 Center Street**
**Iowa City, IA 52245**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$659.14

---

**3.624 2**

**Nonpriority creditor's name and mailing address**

**Steve Hammond**
**9812 - 100 St**
**Morinville AB T8R 1R3**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$678.09

---

**3.624 3**

**Nonpriority creditor's name and mailing address**

**Steve Hodgson**
**10 Turnberry Way**
**Brookwater QLD 4300**
**AUSTRAILA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$1,498.06

---

**3.624 4**

**Nonpriority creditor's name and mailing address**

**Steve Leblanc**
**45 Church Street**
**Hamilton ON L8E 2X7**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$871.28

---

**3.624 5**

**Nonpriority creditor's name and mailing address**

**Steve Nagy**
**207 East Robertson Street**
**Suite B**
**Brandon, FL 33511**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$684.52

---

**3.624 6**

**Nonpriority creditor's name and mailing address**

**Steve Nagy**
**17605 Old Oak Way**
**Lithia, FL 33547**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$658.44

---

| Debtor | **Launch Pad LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.624 7**

**Nonpriority creditor's name and mailing address**

**Steve Okrepky**
**15880 Summerlin Road**
**Ste 300-211**
**Fort Myers, FL 33908**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$684.52**

---

**3.624 8**

**Nonpriority creditor's name and mailing address**

**Steve Pelton**
**2530 232nd Ave SE**
**Sammamish, WA 98075**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$741.09**

---

**3.624 9**

**Nonpriority creditor's name and mailing address**

**Steve Romero**
**304 Brenda Drive**
**Hewitt, TX 76643**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,049.14**

---

**3.625 0**

**Nonpriority creditor's name and mailing address**

**Steve Skillern**
**1795 North Fry Road, #211**
**Katy, TX 77449**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$825.66**

---

**3.625 1**

**Nonpriority creditor's name and mailing address**

**Steve Szymczak**
**44699 Parkmeadow Dr**
**Fremont, CA 94539**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$717.54**

---

**3.625 2**

**Nonpriority creditor's name and mailing address**

**Steve Xie**
**14 Orchard Street**
**2l**
**New York, NY 10002**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$659.52**

---

**3.625 3**

**Nonpriority creditor's name and mailing address**

**Steven Basart**
**3450 Southwest 185th Avenue**
**Miramar, FL 33029**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$469.11**

---

Debtor __Launch Pad LLC__                                   Case number (if known) _____
        Name

| | | |
|---|---|---|
| **3.625 4** | **Nonpriority creditor's name and mailing address** | **$627.02** |

**Steven Behrend**
**9623 Northwest 28th Court**
**Coral Springs, FL 33065**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.625 5** | **Nonpriority creditor's name and mailing address** | **$3,468.51** |

**Steven Bergmann**
**Platanenstrasse 10**
**Jena  7747**
**GERMANY**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.625 6** | **Nonpriority creditor's name and mailing address** | **$576.80** |

**Steven Botticelli**
**Via Milano 112**
**Porto Santelpidio FM 63821**
**ITALY**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.625 7** | **Nonpriority creditor's name and mailing address** | **$689.52** |

**Steven Cook**
**1510 Meadowbrook Ave**
**Lakeland, FL 33803**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.625 8** | **Nonpriority creditor's name and mailing address** | **$689.52** |

**Steven Cook**
**1510 Meadowbrook Ave**
**Lakeland, FL 33803**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.625 9** | **Nonpriority creditor's name and mailing address** | **$675.93** |

**Steven Cullen**
**1855 Maple Ridge Drive, #42**
**Mississauga ON L4W 2N7**
**CANADA**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.626 0** | **Nonpriority creditor's name and mailing address** | **$446.88** |

**Steven Duong**
**117 Benjamin Hood Cres**
**Concord ON L4K 5M7**
**CANADA**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.626 1**

**Nonpriority creditor's name and mailing address**

**Steven Hyatt**
**4605 Otter Road**
**Dodgeville, WI 53533**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,272.14**

---

**3.626 2**

**Nonpriority creditor's name and mailing address**

**Steven Kim**
**28312 Hawks Ridge Drive**
**Santa Clarita, CA 91351**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,164.42**

---

**3.626 3**

**Nonpriority creditor's name and mailing address**

**Steven Luna**
**607 High Street**
**Bethlehem, PA 18018**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$699.09**

---

**3.626 4**

**Nonpriority creditor's name and mailing address**

**Steven Mahoney**
**2 Pukeko Grove, St Kilda**
**Cambridge  WKO 3434**
**NEW ZEALAND**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$712.99**

---

**3.626 5**

**Nonpriority creditor's name and mailing address**

**Steven Nguyen**
**130 Stevenson Road**
**Toronto ON M9V2B5**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$675.93**

---

**3.626 6**

**Nonpriority creditor's name and mailing address**

**Steven Potter**
**914 Welton St**
**Pratt, KS 67124**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$634.14**

---

**3.626 7**

**Nonpriority creditor's name and mailing address**

**Steven Sodders**
**202 5th Ave SE**
**Box 723**
**State Center, IA 50247**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$430.14**

---

Debtor __**Launch Pad LLC**_____     Case number *(if known)* _____
       Name

---

**3.626 8**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$747.25** |
|---|---|---|

**Steven Tsiang**
**5730 South Glennie Lane**
**Unit A**
**Los Angeles, CA 90016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.626 9**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$741.20** |
|---|---|---|

**Steven Wang**
**5181 163rd Pl SE**
**Bellevue, WA 98006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.627 0**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,006.30** |
|---|---|---|

**Steven Waterson**
**16 Gray Road**
**Bray Park QLD 4500**
**AUSTRAILA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.627 1**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$737.88** |
|---|---|---|

**Steven Willis**
**16262 San Clemente**
**Huntington Beach, CA 92649**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.627 2**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$827.38** |
|---|---|---|

**Steven Wright**
**9069 Brushy Creek Trail**
**Fort Worth, TX 76118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.627 3**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$717.35** |
|---|---|---|

**Stewart Jackson**
**43 Queensway Drive**
**Brantford ON N3R 4W6**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.627 4**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,309.14** |
|---|---|---|

**Stewart Purcell**
**11609 S Penrose**
**Olathe, KS 66061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F               **Schedule E/F: Creditors Who Have Unsecured Claims**            

Debtor    **Launch Pad LLC**                                          Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| **3.627 5** | Nonpriority creditor's name and mailing address<br>**Aaron Stills**<br>**1900 Arcturus Avenue**<br>**Racine, WI 53404** | $430.14 |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.627 6** | Nonpriority creditor's name and mailing address<br>**Aaron Stills**<br>**1900 Arcturus Avenue**<br>**Racine, WI 53404** | $430.14 |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.627 7** | Nonpriority creditor's name and mailing address<br>**Stratos Fourlakis**<br>**Andrea Papandreou 93**<br>**Thessaloniki  56728**<br>**GREECE** | $890.18 |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.627 8** | Nonpriority creditor's name and mailing address<br>**Stu Reider**<br>**5590 Avenue Castlewood**<br>**C  Te Saint-Luc QC H4W 1T9**<br>**CANADA** | $1,317.91 |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.627 9** | Nonpriority creditor's name and mailing address<br>**Stuart Baird**<br>**9 Vista Ln**<br>**Lake Placid, NY 12946** | $1,309.52 |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.628 0** | Nonpriority creditor's name and mailing address<br>**Stuart Clayton**<br>**47 Queen St**<br>**Ulverstone TAS 7315**<br>**AUSTRAILA** | $1,565.09 |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.628 1** | Nonpriority creditor's name and mailing address<br>**Stuart Farr**<br>**203 E Smoke Tree Rd**<br>**Gilbert, AZ 85296-2247** | $58.87 |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Launch Pad LLC**
_____
Name

Case number *(if known)* _____

---

| 3.628 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Stuart Farr**
**203 E Smoke Tree Rd**
**Gilbert, AZ 85296-2247**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$658.87**

---

| 3.628 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Stuart Hollinger**
**19 Hume Drive**
**Cambridge ON N1T1N2**
**CANADA**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,338.96**

---

| 3.628 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Stuart Waters**
**111 Colwell Ln**
**Conshohocken, PA 19428**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$730.89**

---

| 3.628 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sudesh Weerasekara**
**Sensor House, Langley Road**
**Swindon ENG SN5 5WB**
**UNITED KINGDOM**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,467.30**

---

| 3.628 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Suekrue Tayfun Kilic**
**Weinhartstrasse 1**
**Innsbruck  6020**
**AUSTRIA**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$901.00**

---

| 3.628 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sufian Abdalla**
**10228 S Grant Ave**
**Manassas, VA 20110**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$646.14**

---

| 3.628 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Suhail Khalid**
**280 Wilson Drive**
**Milton ON L9T 3K2**
**CANADA**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$758.21**

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.6289**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $650.29 |
|---|---|---|

**Suhail Sahabdeen**
**13550 Litza Way**
**Woodbridge, VA 22192**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6290**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $659.52 |
|---|---|---|

**Suhib Muzuk**
**7430 Boysenberry Lane**
**Houston, TX 77095**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6291**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $626.64 |
|---|---|---|

**Sujay Diwakar**
**2909 N Oliver St**
**Wichita, KS 67220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6292**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,638.57 |
|---|---|---|

**Sukhjeet Singh**
**148 Hollybush Drive**
**Vaughan ON L6A 2H3**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6293**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,399.84 |
|---|---|---|

**Sukhjinder Sidhu**
**17 Pellegrino Road**
**Brampton ON L7A4V5**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6294**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $878.96 |
|---|---|---|

**Sukhjinder Singh**
**2565 Alexis Rd Windsor On**
**Windsor ON N8W3Z6**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6295**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $659.52 |
|---|---|---|

**Suleman Akhter**
**24307 Hampton Terrace Lane**
**Spring, TX 77389**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.6296**

**Nonpriority creditor's name and mailing address**

**Sultan Alshathri**
**Alathraa Street 2170**
**Riyadh  51975**
**SAUDI ARABIA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,811.76**

---

**3.6297**

**Nonpriority creditor's name and mailing address**

**Sultan Shaik**
**539 Brook Meadow Dr**
**Ballwin, MO 63021**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$634.14**

---

**3.6298**

**Nonpriority creditor's name and mailing address**

**Sumama Altaf**
**23 Linton Walk**
**Manchester ENG M7 3QR**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,230.40**

---

**3.6299**

**Nonpriority creditor's name and mailing address**

**Suman Karanjit**
**154 Centenary Road**
**South Wentworthville NSW 2145**
**AUSTRAILA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$805.98**

---

**3.6300**

**Nonpriority creditor's name and mailing address**

**Sumitabh Aggarwal**
**12123 Arbor Blue Ln.**
**Cypress, TX 77433-4012**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$430.52**

---

**3.6301**

**Nonpriority creditor's name and mailing address**

**Sunit Mohindroo**
**3438 North Hackett Avenue**
**Milwaukee, WI 53211**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$626.64**

---

**3.6302**

**Nonpriority creditor's name and mailing address**

**Surender Singh**
**18 Seaton Street**
**South Toowoomba QLD 4350**
**AUSTRAILA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$758.77**

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.630 3**

**Nonpriority creditor's name and mailing address**

**Susan Erturan**
**297 East Paces Ferry Road**
**Unit N1807**
**Atl, GA 30305**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$634.52**

---

**3.630 4**

**Nonpriority creditor's name and mailing address**

**Susan Jackson**
**6 Trillium Crescent**
**Barrie ON L4N 5P5**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,981.72**

---

**3.630 5**

**Nonpriority creditor's name and mailing address**

**Susan Jackson**
**6 Trillium Crescent**
**Barrie ON L4N 5P5**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,051.08**

---

**3.630 6**

**Nonpriority creditor's name and mailing address**

**Susan Lee**
**355 Westview Ave**
**Fort Lee, NJ 07024**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$459.04**

---

**3.630 7**

**Nonpriority creditor's name and mailing address**

**Susan Rathe**
**Albisstrasse 20**
**Baar  6340**
**SWITZERLAND**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,459.84**

---

**3.630 8**

**Nonpriority creditor's name and mailing address**

**Susan Rathe**
**Albisstrasse 20**
**Baar  6340**
**SWITZERLAND**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,183.30**

---

**3.630 9**

**Nonpriority creditor's name and mailing address**

**Susan Struse**
**6659 S Calle De La Mango**
**Hereford, Az 85615**
**Hereford, AZ 85615-9275**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,113.87**

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.6310**

**Nonpriority creditor's name and mailing address**

**Susana Rosales**
**135 South Abram Circle**
**Spring, TX 77382**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$627.02**

---

**3.6311**

**Nonpriority creditor's name and mailing address**

**Susann Richter**
**Osterholzer Landstrasse 34E**
**Bremen  28327**
**GERMANY**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$857.98**

---

**3.6312**

**Nonpriority creditor's name and mailing address**

**Susanna Kellogg**
**14765 Valerio Street**
**Van Nuys, CA 91405**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$469.11**

---

**3.6313**

**Nonpriority creditor's name and mailing address**

**Suthin John**
**10 Evergreen Lane**
**New Hyde Park, NY 11040**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,377.52**

---

**3.6314**

**Nonpriority creditor's name and mailing address**

**Suzanne Ennis**
**61 Saint Clair Avenue, #1503**
**Toronto  ON M4V 2Y8**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$691.10**

---

**3.6315**

**Nonpriority creditor's name and mailing address**

**Sven Breckler Alteox Sarl**
**17 Rue Batty Weber**
**L-4346**
**Esch Alzette  4346**
**LUXEMBOURG**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,628.78**

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.631 6**

**Nonpriority creditor's name and mailing address**

**Sven Krueger**
**Schleusentwiete 1**
**Hamburg  22399**
**GERMANY**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$859.57**

---

**3.631 7**

**Nonpriority creditor's name and mailing address**

**Sven Meyer**
**861 East 27th Street**
**Apt 5A**
**Brooklyn, NY 11210**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$634.52**

---

**3.631 8**

**Nonpriority creditor's name and mailing address**

**Sven Niemann**
**Rosestr. 21**
**Erd**
**Essen  45276**
**GERMANY**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$837.70**

---

**3.631 9**

**Nonpriority creditor's name and mailing address**

**Sven Simmen**
**Von-Coels-Strasse 310**
**Aachen  52080**
**GERMANY**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$4,107.28**

---

**3.632 0**

**Nonpriority creditor's name and mailing address**

**Sven Soltermann**
**Weberstrasse 5**
**Aarburg  4663**
**SWITZERLAND**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$750.09**

---

**3.632 1**

**Nonpriority creditor's name and mailing address**

**Svetoslav Sokolov**
**815 Gravesend Neck Road**
**Apt 5L**
**Brooklyn, NY 11223**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$684.52**

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.632 2**

**Nonpriority creditor's name and mailing address**

**Svetoslav Todorov**
**Mariubakki 4, #202**
**Reykjavik  109**
**ICELAND**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$780.27**

---

**3.632 3**

**Nonpriority creditor's name and mailing address**

**Swaijit Sandhu**
**11809 84A Avenue**
**North Delta BC V4C 2T2**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,387.35**

---

**3.632 4**

**Nonpriority creditor's name and mailing address**

**Syed Naqvi**
**4 Ravenscroft Court**
**Stitsville ON K2S1R3**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$689.68**

---

**3.632 5**

**Nonpriority creditor's name and mailing address**

**Syed Rizvi**
**147 Wentworth St N**
**Hamilton ON L8L 5V6**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$643.43**

---

**3.632 6**

**Nonpriority creditor's name and mailing address**

**Syed Waqar Abbas**
**Ruckertstrasse 12**
**Berlin  10627**
**GERMANY**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$884.24**

---

**3.632 7**

**Nonpriority creditor's name and mailing address**

**Sylvain Blanchard**
**60 Rue Du 11 Novembre**
**Pavillon 42**
**Neuilly-Sur-Marne  93330**
**FRANCE**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$572.60**

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.632
8**

**Nonpriority creditor's name and mailing address**
**Szu-Kai Hsu**
**788 Harrison St**
**Apt 716**
**San Francisco, CA 94107**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$713.38**

---

**3.632
9**

**Nonpriority creditor's name and mailing address**
**Szu-Kai Hsu**
**788 Harrison St**
**Apt 716**
**San Francisco, CA 94107**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$713.38**

---

**3.633
0**

**Nonpriority creditor's name and mailing address**
**Tad Lucas**
**67310 Country Side Drive**
**Saint Clairsville, OH 43950**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,419.60**

---

**3.633
1**

**Nonpriority creditor's name and mailing address**
**Tadas Sauseris**
**Biciuliu 14 Raziai**
**Domeikava**
**Kaunas  54340**
**LITHUANIA**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,408.09**

---

**3.633
2**

**Nonpriority creditor's name and mailing address**
**Taher Ali**
**100 Ramapo Trl**
**Apt F12**
**Allentown, PA 18104**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,172.49**

---

**3.633
3**

**Nonpriority creditor's name and mailing address**
**Tahir Salkic**
**225 Willowwood Dr.**
**Belle River ON N0R 1A0**
**CANADA**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$656.72**

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.633 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,852.79** |
|---|---|---|---|

**Taidas Akavickas**
**21 Bremore Pastures Park**
**Balbriggan D K32N353**
**IRELAND**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.633 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,369.62** |
|---|---|---|---|

**Takeru Okuyama**
**890 Crescent Dr**
**Rahway, NJ 07065**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.633 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$789.96** |
|---|---|---|---|

**Talal Slivy**
**IMI Int'l Mgmt Institute Ltd.**
**Z Hd. Frau Isabella Burki Seeacherweg 1**
**Kastanienbaum  6047**
**SWITZERLAND**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.633 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$713.40** |
|---|---|---|---|

**Talia Volken**
**1196 Deep Cove Road**
**North Vancuver BC V7G1S3**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.633 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,712.60** |
|---|---|---|---|

**Dannel Tan**
**2259 52nd Ave E**
**Vancouver BC V5P 1X2**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.633 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$732.49** |
|---|---|---|---|

**Tanveer Uddin**
**32 Maude House, Ropley Street**
**London ENG E27RY**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Launch Pad LLC**
          _____        Case number (*if known*)  _____
          Name

| 3.634 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $659.52 |
|---|---|---|---|

**Tanya Wurster**
**113 W Lancaster Rd**
**Orlando, FL 32809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.634 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $851.52 |
|---|---|---|---|

**Anthony Tarantino**
**100 Glen Street**
**Apt 2206**
**Glen Cove, NY 11542**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.634 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $474.22 |
|---|---|---|---|

**Tarek Zaki**
**74 Deerfield Rd**
**Sharon, MA 02067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.634 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,600.79 |
|---|---|---|---|

**Tarik Aksoz**
**Feneryolu Mahallesi Fahrettin Kerim Goka**
**Kadikoy - Istanbul**
**Istanbul  34724**
**TURKEY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.634 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $786.66 |
|---|---|---|---|

**Tarik Aksoz**
**Fetih Mah. Acenaydin Sokak No:13 Atasehi**
**Boss**
**Istanbul  34704**
**TURKEY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.634 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,329.33 |
|---|---|---|---|

**Tariq Saeed**
**5980 Whitehorn Avenue #159**
**Mississauga ON L5V 2Y3**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Launch Pad LLC**
Name

Case number *(if known)* _____

| 3.634 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $732.60 |
|---|---|---|---|

**Tarun Keram**
**6289 125A Street**
**Surrey BC V3X 3M9**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.634 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $715.18 |
|---|---|---|---|

**Taylor Bison**
**536 Wing Park Blvd**
**Elgin, IL 60123**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.634 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $851.52 |
|---|---|---|---|

**Taylor Duffy**
**86 Bryant Lane**
**Kennebunkport, ME 04046**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.634 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $732.14 |
|---|---|---|---|

**Taylor Lampman**
**456 Gorge Road East**
**#8**
**Victoria BC V8T 2W4**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.635 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $658.87 |
|---|---|---|---|

**Taylor Rice**
**15623 West Gelding Drive**
**Surprise, AZ 85379**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.635 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $757.85 |
|---|---|---|---|

**Taylor Smith**
**5745 E 2nd St Frnt**
**Long Beach, CA 90803**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.635 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $659.52 |
|---|---|---|---|

**Tayo Olabumuyi**
**66 Wintergreen Trail**
**Spring, TX 77382**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Launch Pad LLC**                                                Case number *(if known)* _____
_____Name_____

---

| 3.635 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,480.42** |

**Tayseer Samara**
**7706 159th Place**
**Tinley Park, IL 60477**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.635 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$871.28** |

**Taysser Akkad**
**330 Burnhamthorpe Rd W**
**Mississauga ON L5B 0E1**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.635 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$430.52** |

**Alan M. Tebby**
**510 Lansdowne Road**
**Charlotte, NC 28270**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.635 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$430.52** |

**Ted Kim**
**13902 Joel Beach Ln**
**Centreville, VA 20120**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.635 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$672.59** |

**Ted Mejia**
**817 Columbus Ave**
**Stroudsburg, PA 18360**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.635 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,243.87** |

**Ted Rader**
**7679 Brookstone Drive**
**Findlay, OH 45840**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.635 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$626.37** |

**Ted Rader**
**5901 W Behrend Dr**
**Apt 1153**
**Glendale, AZ 85308**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.636 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Ted Simpson**
**7074 Via Serena**
**San Jose, CA 95139**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,428.37**

---

| 3.636 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Teddy R Donselaar**
**29 Park Road**
**Titirangi**
**Auckland AUK 604**
**NEW ZEALAND**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$881.60**

---

| 3.636 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tejas Patel**
**352 North Thompson Lane**
**Murfreesboro, TN 37129**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,309.52**

---

| 3.636 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tejaswini Gharfalkar**
**Flat 104, Signal Building**
**Station Approach**
**Hayes ENG UB3 4FG**
**UNITED KINGDOM**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$804.97**

---

| 3.636 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Teo Marks**
**2449 Olive Ave**
**La Crescenta, CA 91214**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,507.52**

---

| 3.636 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Teodor Bogdan**
**3601 Estate Dr**
**Oxford, MI 48371**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$689.52**

---

Debtor   **Launch Pad LLC**
_____   Case number *(if known)* _____

Name

---

| 3.636 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $674.22 |
|---|---|---|---|

**Teofilo Fangmann**
**729 Heritage Way**
**Weston, FL 33326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.636 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,687.65 |
|---|---|---|---|

**Terence Farrell**
**9 Shady Grove**
**Wheaton Hall**
**Drogheda LH A92 D83H**
**IRELAND**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.636 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,423.29 |
|---|---|---|---|

**Terence Fernandes**
**70 Grover Drive**
**Toronto ON M1C 4V7**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.636 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,187.21 |
|---|---|---|---|

**Terence Martin**
**1801 McNab Ave**
**Long Beach, CA 90815**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.637 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $718.25 |
|---|---|---|---|

**Teresa Hilleary**
**3054 Fredrick Circle**
**Marina, CA 93933**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.637 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $627.02 |
|---|---|---|---|

**Terin Izil**
**242 West 104th Street**
**3Wf**
**New York, NY 10025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.637 2**

**Nonpriority creditor's name and mailing address**
**Terraces Dunwoody**
**4333 Dunwoody Park #2410**
**Dunwoody, GA 30338**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,309.52

---

**3.637 3**

**Nonpriority creditor's name and mailing address**
**Terrell Gaston**
**6623 Bela Avenue**
**Kalamazoo, MI 49009**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$718.56

---

**3.637 4**

**Nonpriority creditor's name and mailing address**
**Terrell Gaston-Burnett**
**6623 Bela Ave**
**Kalamazoo, MI 49009**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$718.39

---

**3.637 5**

**Nonpriority creditor's name and mailing address**
**Terrence Peacock**
**1713 Hixson Pike**
**Apt B**
**Chattanooga, TN 37405**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$430.52

---

**3.637 6**

**Nonpriority creditor's name and mailing address**
**Terry Buffington**
**6557 South University Avenue**
**Unit 204**
**Chicago, IL 60637**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$938.39

---

**3.637 7**

**Nonpriority creditor's name and mailing address**
**Terry Lee**
**6300 U.S. Hwy 93 South**
**Whitefish, MT 59937**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$3,377.81

---

**3.637 8**

**Nonpriority creditor's name and mailing address**
**Terry Rozmahel**
**10533 164 Street Northwest**
**Edmonton AB T5P 3R5**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$85.00

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.6379**

**Nonpriority creditor's name and mailing address**

**Terry Slack**
**615 Swann Ave**
**#340**
**Alexandria, VA 22301**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$35.00**

---

**3.6380**

**Nonpriority creditor's name and mailing address**

**Terry Stevens**
**102 Rickel Road**
**Sun Prairie, WI 53590**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,049.14**

---

**3.6381**

**Nonpriority creditor's name and mailing address**

**Thabet Salib**
**Elbevagen 34**
**Villa Number 34**
**Huddinge  14132**
**SWEDEN**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$904.28**

---

**3.6382**

**Nonpriority creditor's name and mailing address**

**Thadeus Olszewski**
**102 Bank St**
**Batavia, NY 14020**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,114.52**

---

**3.6383**

**Nonpriority creditor's name and mailing address**

**Thai Nguyen**
**1520 Verbana Way**
**Roseville, CA 95747**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$681.56**

---

**3.6384**

**Nonpriority creditor's name and mailing address**

**Thai Trinh**
**10606 Trevor Drive**
**Stockton, CA 95209**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,307.83**

---

**3.6385**

**Nonpriority creditor's name and mailing address**

**Thai Trinh**
**10606 Trevor Drive**
**Stockton, CA 95209**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$928.01**

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.638 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $751.03 |
|---|---|---|
| **Thang Tran**<br>**1933 E 26th St**<br>**Oakland, CA 94606** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.638 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $850.49 |
|---|---|---|
| **Thanh Dinh Hai**<br>**Velke Kunraticke 29/1362**<br>**Prague  14800**<br>**CZECH REPUBLIC** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.638 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $564.51 |
|---|---|---|
| **Thanh Long Vu**<br>**Am Hammer 12**<br>**Linz  53545**<br>**GERMANY** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.638 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $697.18 |
|---|---|---|
| **Thavatchai Patummas**<br>**10449 Greenhurst Street**<br>**Bellflower, CA 90706** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.639 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $724.76 |
|---|---|---|
| **Thavatchai Patummas**<br>**10449 Greenhurst Street**<br>**Bellflower, CA 90706** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.639 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $740.83 |
|---|---|---|
| **Theo Quach**<br>**1764 S Caroleen Ln**<br>**Anaheim, CA 92804** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.639 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $712.50 |
|---|---|---|
| **Theodore Bricke**<br>**637 South Santa Fe Ave**<br>**Suite C**<br>**Vista, CA 92083** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.639 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$706.07** |
|---|---|---|---|

**Theodore Freeman**
**8430 Parry Path**
**Converse, TX 78109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.639 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$689.52** |
|---|---|---|---|

**Theodore Hicks**
**49685 Jackson Lane**
**Canton, MI 48188**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.639 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$783.18** |
|---|---|---|---|

**Theodore Kennedy**
**1041 Valmont Street**
**New Orleans, LA 70115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.639 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$765.83** |
|---|---|---|---|

**Theodore McGrath**
**1567 Hudson Ridge Road**
**Hillsboro, MO 63050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.639 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$719.88** |
|---|---|---|---|

**Theodore Nelson**
**300 South Santa Fe Ave #523**
**Los Angeles, CA 90013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.639 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$100.69** |
|---|---|---|---|

**Theodoros Christodoulou**
**Avlidos 4,**
**Flat 201, Livadia**
**Larnaca  7060**
**CYPRUS**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.639 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$466.71** |
|---|---|---|---|

**Theresa Crafton**
**419 Everette Avenue**
**Romeoville, IL 60446**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Launch Pad LLC**                                              Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.640 0 | **Nonpriority creditor's name and mailing address** | **$1,412.13** |

**Theresa Mendoza**
**73 Bonfire Ct**
**Westminster, MD 21157**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.640 1 | **Nonpriority creditor's name and mailing address** | **$1,487.91** |

**Thibault Leroux**
**Chemin De La Lisiere 19**
**Lausanne  1018**
**SWITZERLAND**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.640 2 | **Nonpriority creditor's name and mailing address** | **$871.33** |

**Thiry Gratton**
**49, 26E Avenue Sud**
**Bois-Des-Filion QC J6Z1Z1**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.640 3 | **Nonpriority creditor's name and mailing address** | **$712.35** |

**Tho Tran**
**33 Erskine Avenue**
**Apt 308**
**Toronto ON M4P 1Y6**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.640 4 | **Nonpriority creditor's name and mailing address** | **$1,638.20** |

**Thomas Blascyk**
**Victor-Achard-Str. 26**
**Bad Homburg Vor Der Hohe  61350**
**GERMANY**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.640 5 | **Nonpriority creditor's name and mailing address** | **$851.52** |

**Thomas Bourque**
**1118 Orange Grove Dr**
**New Iberia, LA 70560**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.640
6**

**Nonpriority creditor's name and mailing address**

**Thomas Brennan**
**4601 Lowell Blvd**
**Denver, CO 80211**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$925.83

---

**3.640
7**

**Nonpriority creditor's name and mailing address**

**Thomas Burbridge**
**43 Millwheel Court**
**Nottingham, MD 21236**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$2,609.52

---

**3.640
8**

**Nonpriority creditor's name and mailing address**

**Thomas Burbridge**
**43 Millwheel Court**
**Nottingham, MD 21236**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$659.52

---

**3.640
9**

**Nonpriority creditor's name and mailing address**

**Thomas Burch**
**2500 Royal Highlands Ln**
**Conroe, TX 77304**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$20.57

---

**3.641
0**

**Nonpriority creditor's name and mailing address**

**Thomas Burch**
**2500 Royal Highlands Ln**
**Conroe, TX 77304**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$20.57

---

**3.641
1**

**Nonpriority creditor's name and mailing address**

**Thomas Dean**
**12 Dauntsey House**
**Bentham Close**
**Swindon ENG SN5 7FR**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$764.75

---

**3.641
2**

**Nonpriority creditor's name and mailing address**

**Thomas Do**
**4520 Walnut Grove Avenue**
**Rosemead, CA 91770**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$469.11

---

Debtor    **Launch Pad LLC**                                            Case number (if known) _____
_____
Name

| 3.641 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,294.66** |
|---|---|---|---|

**Thomas Duncan**
**151 Linwell Road**
**Unit 42**
**St. Catharines ON L2N 6P3**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.641 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$659.52** |
|---|---|---|---|

**Thomas Forrester**
**140 Powhatan Parkway**
**Hampton, VA 23661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.641 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$692.49** |
|---|---|---|---|

**Thomas Gibson**
**21025 Lemarsh St**
**Unit F33**
**Chatsworth, CA 91311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.641 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,486.38** |
|---|---|---|---|

**Thomas Gibson**
**21025 Lemarsh St**
**Unit F33**
**Chatsworth, CA 91311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.641 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,958.12** |
|---|---|---|---|

**Thomas Giesel**
**930 Carnegie Street**
**Apt 1213**
**Henderson, NV 89052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.641 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$944.77** |
|---|---|---|---|

**Thomas Gossler**
**Alte Meierstrasse 11**
**Weyhe  28844**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Launch Pad LLC**                                   Case number *(if known)* _____
_____
Name

---

| 3.641 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$430.52** |
| **Thomas Griffin** | ☐ Contingent | |
| **16B Sunset Avenue** | ☐ Unliquidated | |
| **East Quogue, NY 11942** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.642 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$754.50** |
| **Thomas Gruenewald** | ☐ Contingent | |
| **4424 Winding Creek Rd** | ☐ Unliquidated | |
| **Manlius, NY 13104** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.642 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$718.35** |
| **Thomas Helenski** | ☐ Contingent | |
| **191 Hughes Road** | ☐ Unliquidated | |
| **King Of Prussia, PA 19406-3709** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.642 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$490.70** |
| **Thomas Hemmi** | ☐ Contingent | |
| **Holzwiesstrasse 37** | ☐ Unliquidated | |
| **Jona Sg  8645** | ☐ Disputed | |
| **SWITZERLAND** | | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.642 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$659.52** |
| **Thomas House** | ☐ Contingent | |
| **3541 Oakdale Dr** | ☐ Unliquidated | |
| **Mountain Brk, AL 35223** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.642 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$564.90** |
| **Thomas Huelsmann** | ☐ Contingent | |
| **Rosenstrasse 13A** | ☐ Unliquidated | |
| **Schaeftlarn  82069** | ☐ Disputed | |
| **GERMANY** | | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.642 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$899.89** |
| **Thomas Kollath** | ☐ Contingent | |
| **Schulstrasse 1** | ☐ Unliquidated | |
| **Kloster Lehnin  14797** | ☐ Disputed | |
| **GERMANY** | | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor    **Launch Pad LLC**                                      Case number *(if known)* _____
          Name

| 3.642 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$430.52** |

**Thomas Lim**
**434 1/2 N Sierra Bonita Ave**
**Los Angeles, CA 90036**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.642 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$717.35** |

**Thomas Madden**
**309-110 Switchmen St.**
**Vancouver BC V6A0C6**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.642 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$804.29** |

**Thomas McAulay**
**3 Tilman Drive**
**Peterborough ENG PE70LU**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.642 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$430.52** |

**Thomas Mccormick**
**200 104th Avenue**
**Suite 330**
**Treasure Island, FL 33706**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.643 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$659.52** |

**Thomas McGinty**
**243 Flanders Drive**
**Indialantic, FL 32903**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.643 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,458.65** |

**Thomas Newbold**
**1105 Park Avenue**
**1C**
**New York, NY 10128**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.643 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$928.01** |

**Thomas Nguyen**
**1628 Acton St**
**Berkeley, CA 94702**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Launch Pad LLC**                                    Case number *(if known)* _____
_____
Name

| | |
|---|---|
| 3.643<br>3 | **Nonpriority creditor's name and mailing address** |

**Thomas Niewiara**
220 E Illinois St
Apt 3606
Chicago, IL 60611

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$474.22**

---

| | |
|---|---|
| 3.643<br>4 | **Nonpriority creditor's name and mailing address** |

**Thomas Niuman**
188 Yacht Club Drive
Greentown, PA 18426

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$902.61**

---

| | |
|---|---|
| 3.643<br>5 | **Nonpriority creditor's name and mailing address** |

**Thomas Pena**
34249 Faircrest Street
Murrieta, CA 92563

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$742.19**

---

| | |
|---|---|
| 3.643<br>6 | **Nonpriority creditor's name and mailing address** |

**Thomas Phommasith**
2151 Lumberjack Drive
Hebron, KY 41048

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$699.09**

---

| | |
|---|---|
| 3.643<br>7 | **Nonpriority creditor's name and mailing address** |

**Thomas Sauermann**
Kortestr. 36
Berlin Kreuzberg  10967
GERMANY

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$898.54**

---

| | |
|---|---|
| 3.643<br>8 | **Nonpriority creditor's name and mailing address** |

**Thomas Schauer**
Hofer Strasse 19
Lochau  6911
AUSTRIA

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$885.28**

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.6439**

| | | |
|---|---|---|
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,057.70 |
| **Thomas Schupfer**<br>**Marktgasse 27**<br>**3W-Publishing Ag**<br>**Langenthal  4900**<br>**SWITZERLAND** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.6440**

| | | |
|---|---|---|
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $684.14 |
| **Thomas Smith**<br>**14532 S23 Highway**<br>**Milo, IA 50166** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.6441**

| | | |
|---|---|---|
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $689.52 |
| **Thomas Uzelmeier**<br>**217 N Lynx Trl**<br>**Montgomery, TX 77316** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.6442**

| | | |
|---|---|---|
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,396.00 |
| **Thomas Wolfe**<br>**995 Wagon Wheel Lane,**<br>**Lincoln, CA 95648** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.6443**

| | | |
|---|---|---|
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,329.33 |
| **Thorn Leung**<br>**28 Duke Of Cornwall Dr**<br>**Markham ON L6C 0L3**<br>**CANADA** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.6444**

| | | |
|---|---|---|
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $690.86 |
| **James Thornton**<br>**1262 West Ardmore Avenue**<br>**Chicago, IL 60660** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.644 5**

**Nonpriority creditor's name and mailing address**

**Thrasyvoulos Eikosipentaris**
**40 Union Grove**
**1Fr**
**Aberdeen SCT AB10 6SY**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,581.03**

---

**3.644 6**

**Nonpriority creditor's name and mailing address**

**Brian A Thuen**
**9497 Pickwick Circle East**
**Taylor, MI 48180**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$689.52**

---

**3.644 7**

**Nonpriority creditor's name and mailing address**

**Thusekaran Shanmugatatnam**
**29 Tangmere Gardens**
**Northolt ENG UB5 6LS**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$743.17**

---

**3.644 8**

**Nonpriority creditor's name and mailing address**

**Tia Goodwater**
**3455 Andrew Court #102**
**Maryland City, MD 20724**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,693.52**

---

**3.644 9**

**Nonpriority creditor's name and mailing address**

**Tiago Pereira**
**19 Heywood House, 2 Myers Lane**
**London ENG SE14 5RU**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$760.02**

---

**3.645 0**

**Nonpriority creditor's name and mailing address**

**Tiago Rodrigues**
**Rua Batalha Reis No12**
**Guarda PT-09 6300-668**
**PORTUGAL**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$867.27**

---

Debtor    **Launch Pad LLC**                                                    Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.645 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$80.50** |

**Tiago Rodrigues**
**Rua Batalha Reis N12**
**Guarda PT-09 6300-668**
**PORTUGAL**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.645 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$646.14** |

**Tiandra Delancy**
**2727 NW 47th Terrace**
**Lauderdale Lakes, FL 33313**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.645 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,425.79** |

**Tiffany Allred**
**1214 Foothill Drive**
**Santaquin, UT 84655**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.645 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,632.02** |

**Till Brauner**
**Schweidnitzer Str. 2**
**Berlin  10709**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.645 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$430.52** |

**Tim Barnett**
**2458 Crescent Park Court**
**Atlanta, GA 30339**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.645 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$676.07** |

**Tim Crasborn**
**30 Mount Erin Road**
**Pukahu HKB 4172**
**NEW ZEALAND**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.645 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$651.07** |

**Tim Crasborn**
**30 Mount Erin Road**
**Pukahu HKB 4172**
**NEW ZEALAND**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.645 8**

**Nonpriority creditor's name and mailing address**

**Tim Crasborn**
**30 Mount Erin Road**
**Pukahu HKB 4172**
**NEW ZEALAND**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$641.07**

---

**3.645 9**

**Nonpriority creditor's name and mailing address**

**Tim Crasborn**
**30 Mount Erin Road**
**Pukahu HKB 4172**
**NEW ZEALAND**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$641.07**

---

**3.646 0**

**Nonpriority creditor's name and mailing address**

**Tim Downs**
**5314 West 103rd Place**
**Overland Park, KS 66207**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$634.14**

---

**3.646 1**

**Nonpriority creditor's name and mailing address**

**Tim Gardner**
**101 5101 50 Ave**
**Suite 922**
**Leduc AB T9E 0B9**
**CANADA**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,336.17**

---

**3.646 2**

**Nonpriority creditor's name and mailing address**

**Tim Giese**
**Karoline-Herschel-Strasse 10**
**Lubeck  23562**
**GERMANY**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$837.28**

---

**3.646 3**

**Nonpriority creditor's name and mailing address**

**Tim Hoey**
**43 Randolph Ave**
**Milton, MA 02186**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$904.15**

---

Debtor    **Launch Pad LLC**                                          Case number *(if known)* _____
            Name

---

| 3.646 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$456.83** |

**Tim Hoey**
**43 Randolph Ave**
**Milton, MA 02186**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.646 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$430.14** |

**Tim Kribbs**
**213 S Reed St**
**Centralia, MO 65240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.646 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$658.87** |

**Tim Larin**
**3224 Estero Drive**
**San Ramon, CA 94583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.646 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,409.99** |

**Tim Le**
**37 Milford Street**
**Latham ACT 2615**
**AUSTRAILA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.646 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$947.35** |

**Tim Lindberg**
**Catella Arena- Rinkebyvagen 20**
**Danderyd  18236**
**SWEDEN**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.646 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$798.29** |

**Tim Schultheis**
**Rather Strasse 25**
**Diginexus Gmbh**
**Dusseldorf  40476**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Launch Pad LLC**
_____  Case number *(if known)* _____
Name

| | | | |
|---|---|---|---|
| 3.647 0 | **Nonpriority creditor's name and mailing address** **Tim Settles** **103 Laurel St** **Loveland, OH 45140** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$703.81** |

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.647 1 | **Nonpriority creditor's name and mailing address** **Tim Stocker** **7 Stone Run Drive** **Mechanicsburg, PA 17050** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$810.93** |

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.647 2 | **Nonpriority creditor's name and mailing address** **Tim Stocker** **7 Stone Run Drive** **Mechanicsburg, PA 17050** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$810.33** |

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.647 3 | **Nonpriority creditor's name and mailing address** **Timo Parkkinen** **Porkkatie 7 C15** **Porkkatie 7 C15** **Joensuu  80230** **FINLAND** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$989.16** |

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.647 4 | **Nonpriority creditor's name and mailing address** **Timothy Catanzaro** **519 W Us Hwy 50** **O Fallon, IL 62269** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$1,411.90** |

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.647 5 | **Nonpriority creditor's name and mailing address** **Timothy Eakins** **4954 N Hemingay Cir** **Margate, FL 33063** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$677.28** |

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Launch Pad LLC**
_____    Case number *(if known)* _____
Name

---

| 3.647 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$849.32** |

**Timothy Free Pham**
**319 Thaiphantha Road, Pho sub-district**
**Sisaket Rajabhat University**
**Sisaket TH-33 33000**
**THAILAND**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.647 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,692.87** |

**Timothy Funderburg**
**700 Central Avenue Northeast**
**Apt 704**
**Minneapolis, MN 55414**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.647 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$752.74** |

**Timothy Groff**
**11828 La Grange Ave.**
**Los Angeles, CA 90025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.647 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$712.50** |

**Timothy Hipps**
**2130 Sunset Dr Space 9**
**Vista, CA 92081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.648 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$690.93** |

**Timothy Hohne**
**182 Mission Ave**
**San Rafael, CA 94901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.648 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$684.52** |

**Timothy Jacobs**
**5618 Oakland Dr.**
**Tampa, FL 33617**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.648 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$430.52** |
|---|---|---|---|

**Timothy Leaphart**
**5039 North Henry Blvd**
**Suite E**
**Stockbridge, GA 30281**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.648 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$683.87** |
|---|---|---|---|

**Timothy Lindsay**
**474 Glenbrook Avenue North**
**Saint Paul, MN 55128**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.648 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$658.87** |
|---|---|---|---|

**Timothy Padgett**
**1929 Tacoma Road**
**Puyallup, WA 98371**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.648 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$708.50** |
|---|---|---|---|

**Timothy Park**
**113 Heather Mist**
**Irvine, CA 92618**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.648 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$634.52** |
|---|---|---|---|

**Timothy Pulley**
**4 Rolla Mill Rd**
**Verona, VA 24482**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.648 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$89.30** |
|---|---|---|---|

**Timothy Root**
**3557 W Warren Ln**
**Anthem, AZ 85086**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.648 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$677.89** |
|---|---|---|---|

**Timothy Shih**
**4836 Mansfield St**
**San Diego, CA 92116**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Launch Pad LLC**                                                Case number *(if known)* _____
_____
Name

| 3.648 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$747.25** |
|---|---|---|---|

**Timothy Walsh**
**3799 Harrison Street**
**Oakland, CA 94611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.649 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$634.52** |
|---|---|---|---|

**Tina Croteau**
**44 Cross Street**
**Salem, NH 03079**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.649 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$735.44** |
|---|---|---|---|

**Tino Be**
**231 East Alessandro Blvd #264**
**Riverside, CA 92508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.649 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$778.50** |
|---|---|---|---|

**Tirca Ionut**
**Str Matei Basarab Nr.33**
**Bl P24 Sc C Ap3**
**Romania, Jude  Ul Arges, Pitesti AG 1102**
**ROMANIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.649 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$659.14** |
|---|---|---|---|

**Tisha Clark**
**217 South Home Street**
**Independence, MO 64053**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.649 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$659.14** |
|---|---|---|---|

**Tisha Clark**
**217 South Home Street**
**Independence, MO 64053**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

Debtor    **Launch Pad LLC**                                              Case number *(if known)* _____
　　　　　Name

---

**3.649
5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $675.93 |

**Tj Caddo**
**510 12th Avenue Sw**
**Suite 908**
**Calgary AB T2R 0X5**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.649
6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $429.87 |

**Tj Donahue**
**P.O. Box 300278**
**Denver, CO 80203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.649
7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,959.52 |

**Tj Langer**
**10104 Iron Gate Road**
**Potomac, MD 20854**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.649
8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,309.52 |

**Tj Langer**
**10104 Iron Gate Rd**
**Potomac, MD 20854**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.649
9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $739.48 |

**Toan Nguyen**
**3015 Senter Rd**
**San Jose, CA 95111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.650
0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $756.14 |

**Toan Sam**
**1741S Sunset Ave**
**West Covina, CA 91790**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.650
1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,260.59 |

**Yaakov Aryeh Tober**
**53 Hillside Blvd**
**Lakewood Twp, NJ 08701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.650 2**

**Nonpriority creditor's name and mailing address**

**Tobias Breitmann**
**Bleichstrasse 19**
**Nieder-Olm  55268**
**GERMANY**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$867.35**

---

**3.650 3**

**Nonpriority creditor's name and mailing address**

**Tobias Leeb**
**Von-Niethammer-Strasse 1**
**Mengkofen  84152**
**GERMANY**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,086.79**

---

**3.650 4**

**Nonpriority creditor's name and mailing address**

**Toby Kennedy**
**917 Irishtown Rd.**
**New Oxford, PA 17350**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$699.09**

---

**3.650 5**

**Nonpriority creditor's name and mailing address**

**Todd Angerman**
**208 Timber Springs Rd.**
**Lowell, IN 46356**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,114.14**

---

**3.650 6**

**Nonpriority creditor's name and mailing address**

**Todd Bassett**
**2404 W Delmar St**
**Broken Arrow, OK 74012**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$678.82**

---

**3.650 7**

**Nonpriority creditor's name and mailing address**

**Todd Bennett**
**809 Sutter Ct**
**Frazier Park, CA 93225**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$61.75**

---

**3.650 8**

**Nonpriority creditor's name and mailing address**

**Todd Bennett**
**809 Sutter Ct**
**Frazier Park, CA 93225**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$459.64**

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.650 9**

**Nonpriority creditor's name and mailing address**

**Todd Brekhus**
**16520 Inguadona Beach Circle Southwest**
**Prior Lake, MN 55372**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$2,930.12

---

**3.651 0**

**Nonpriority creditor's name and mailing address**

**Todd Calhoun**
**2815 28th Ave W**
**Seattle, WA 98199**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,400.53

---

**3.651 1**

**Nonpriority creditor's name and mailing address**

**Todd Eide**
**1850 Commons Hill Ln**
**Houston, TX 77080**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,284.52

---

**3.651 2**

**Nonpriority creditor's name and mailing address**

**Todd Matthews**
**7639 Peach Ave.**
**Hesperia, CA 92345**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$461.75

---

**3.651 3**

**Nonpriority creditor's name and mailing address**

**Todd Moore**
**9166 Saddlebrook Way**
**Douglasville, GA 30135**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$797.32

---

**3.651 4**

**Nonpriority creditor's name and mailing address**

**Todd Osborn**
**2418 South Main Avenue**
**Sioux Falls, SD 57105**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$658.87

---

**3.651 5**

**Nonpriority creditor's name and mailing address**

**Todd Scoggins**
**3200 John Ct S**
**Hurst, TX 76054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$684.14

---

Debtor    **Launch Pad LLC**                                                    Case number (if known) _____
_____
Name

| 3.651 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $469.11 |
|---|---|---|---|

**Todd Voght**
5400 Radford Ave #25
Valley Village, CA 91607

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.651 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $757.85 |
|---|---|---|---|

**Todd Weaver**
1048 Delaware Rd
Burbank, CA 91504

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.651 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $977.76 |
|---|---|---|---|

**Todor Kovalevic**
Zidarska 2, Beograd
Belgrade  11000
SERBIA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.651 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $742.84 |
|---|---|---|---|

**Tohn Sy**
1631 Freeman Avenue
Long Beach, CA 90804

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.652 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $129.25 |
|---|---|---|---|

**Tohn Sy**
1631 Freeman Avenue
Long Beach, CA 90804

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.652 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,615.55 |
|---|---|---|---|

**Token Ventures S.R.O.**
Skolska 689/20
Praha 1  110 00
CZECH REPUBLIC

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.652 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $673.58 |
|---|---|---|---|

**Tom Berkley**
166 Melrose Avenue
Needham, MA 02492

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.652
3**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$658.87** |
|---|---|---|
| **Tom Blenderman**<br>**1803 4th St**<br>**Sioux City, IA 51101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.652
4**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,423.78** |
|---|---|---|
| **Tom Dewine**<br>**20227 Standish Road**<br>**San Antonio, TX 78258** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.652
5**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$930.12** |
|---|---|---|
| **Tom Elias**<br>**9574 Topanga Canyon Blvd**<br>**Los Angeles, CA 91311** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.652
6**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,330.20** |
|---|---|---|
| **Tom Flanary**<br>**8375 SW 185th Terrace**<br>**Cutler Bay, FL 33157** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.652
7**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$659.14** |
|---|---|---|
| **Tom Greineder**<br>**501 West Main**<br>**Honey Grove, TX 75446-1506** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.652
8**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,454.52** |
|---|---|---|
| **Tom Jones**<br>**1630 Concord St**<br>**Framingham, MA 01701** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.652
9**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$19.00** |
|---|---|---|
| **Tom Kelly**<br>**556 Wasaga Crescent**<br>**Waterloo ON N2V 2Y7**<br>**CANADA** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.653 0**

**Nonpriority creditor's name and mailing address**

**Tom Kryger**
**32 Anthony Rd**
**Glen Gardner, NJ 08826**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$798.99

---

**3.653 1**

**Nonpriority creditor's name and mailing address**

**Tom Loffman**
**1565 Vista Ridge Way**
**Roseville, CA 95661**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$2,190.07

---

**3.653 2**

**Nonpriority creditor's name and mailing address**

**Tom Mannings**
**205 Town Center Blvd**
**Davenport, FL 33896**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$6,674.19

---

**3.653 3**

**Nonpriority creditor's name and mailing address**

**Tom Porter**
**76 Indian Clover Drive**
**Spring, TX 77381**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$735.52

---

**3.653 4**

**Nonpriority creditor's name and mailing address**

**Tom Wheatley**
**36 Grove Street**
**The Wood**
**Nelson NSN 7010**
**NEW ZEALAND**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,362.99

---

**3.653 5**

**Nonpriority creditor's name and mailing address**

**Tom Woodward**
**156 Applewood Cres**
**Guelph ON N1H6B7**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$688.75

---

Debtor __Launch Pad LLC_____     Case number (if known) _____
       Name

| 3.653 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $740.41 |

**Tomas Hnilica**
**Olomoucka 81**
**Brno-Cernovice  627 00**
**CZECH REPUBLIC**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.653 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,309.52 |

**Tomas Lascano**
**5459 Northwest 72nd Avenue**
**Arg1141317**
**Miami, FL 33166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.653 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29.50 |

**Tomas Zalagenas**
**2 Francis Road**
**Hildenborough ENG TN11 9JY**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.653 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,688.29 |

**Tomasz Grudniewski**
**Dokerska 6/17**
**Wroclaw  54-142**
**POLAND**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.654 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $735.20 |

**Tomasz Szacon**
**14 Killington Rd**
**Toms River, NJ 08757**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.654 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $732.46 |

**Tomi Dietz**
**1201 Francine St**
**Pahrump, NV 89060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.654 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $835.90 |

**Tomislav Turalija**
**Koledinecka 3**
**Zagreb  10040**
**CROATIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor      **Launch Pad LLC**                                            Case number *(if known)* _____
              Name

| | | |
|---|---|---|
| 3.654 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,468.77** |

**Tommie Goldhammer**
**Barometergatan 56**
**Autopower Sverige Ab**
**Malma  21117**
**SWEDEN**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.654 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$659.52** |

**Tommy Giegerich**
**5904 Timber Oaks Ridge**
**Humble, TX 77346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.654 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$689.52** |

**Tommy Phan**
**1004 Springwood Ct.**
**Virginia Beach, VA 23455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.654 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$717.54** |

**Tommy Taylor**
**364 Miller Drive**
**Dawsonville, GA 30534**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.654 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,409.62** |

**Tommy Tong**
**14041 Monfort Ct**
**San Diego, CA 92128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.654 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$709.25** |

**Tommy Tong**
**14041 Montfort Court**
**San Diego, CA 92128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.654 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$659.14** |

**Tommy Walker**
**1704 South 43rd Street**
**Temple, TX 76504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.6550**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,620.72 |
|---|---|---|
| **Tommy Wilhelmsen** | ☐ Contingent | |
| **Ryttersvingene 120A** | ☐ Unliquidated | |
| **Hafrsfjord  4046** | ☐ Disputed | |
| **NORWAY** | | |
| | **Basis for the claim:** _ | |
| **Date(s) debt was incurred** _ | | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.6551**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $888.82 |
|---|---|---|
| **Toni Barrera Veny** | ☐ Contingent | |
| **Eslora, 4** | ☐ Unliquidated | |
| **Porto Cristo PM 7680** | ☐ Disputed | |
| **SPAIN** | | |
| | **Basis for the claim:** _ | |
| **Date(s) debt was incurred** _ | | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.6552**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $603.36 |
|---|---|---|
| **Toni Nikolovski** | ☐ Contingent | |
| **Nazarennu Street** | ☐ Unliquidated | |
| **Christ Church Fl:6** | ☐ Disputed | |
| **Sliema  SLM3011** | | |
| **MALTA** | **Basis for the claim:** _ | |
| **Date(s) debt was incurred** _ | | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.6553**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $684.14 |
|---|---|---|
| **Tonia Emrich** | ☐ Contingent | |
| **730 S 93rd St** | ☐ Unliquidated | |
| **Milwaukee, WI 53214** | ☐ Disputed | |
| | **Basis for the claim:** _ | |
| **Date(s) debt was incurred** _ | | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.6554**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,309.52 |
|---|---|---|
| **Tony Ardolino** | ☐ Contingent | |
| **39 Daisy St** | ☐ Unliquidated | |
| **Homosassa, FL 34446** | ☐ Disputed | |
| | **Basis for the claim:** _ | |
| **Date(s) debt was incurred** _ | | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.6555**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $851.52 |
|---|---|---|
| **Tony Bao** | ☐ Contingent | |
| **2685 East 22nd St** | ☐ Unliquidated | |
| **1B** | ☐ Disputed | |
| **Brooklyn, NY 11235** | | |
| | **Basis for the claim:** _ | |
| **Date(s) debt was incurred** _ | | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | Launch Pad LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.655 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$430.52** |
|---|---|---|---|

**Tony Bao**
**2685 East 22nd St**
**1B**
**Brooklyn, NY 11235**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.655 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$851.52** |
|---|---|---|---|

**Tony Bao**
**2685 East 22nd St**
**1B**
**Brooklyn, NY 11235**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.655 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,842.14** |
|---|---|---|---|

**Tony Beggs**
**11009 E 5th Court**
**Spokane Valley, WA 99206**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.655 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,465.39** |
|---|---|---|---|

**Tony Bueno**
**878 Holborn Rd**
**Streetsboro, OH 44241**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.656 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$735.24** |
|---|---|---|---|

**Tony Dang**
**8632 Jennrich Avenue**
**Westminster, CA 92683**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.656 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$743.50** |
|---|---|---|---|

**Tony Hardie**
**2659 34th Ave W**
**Seattle, WA 98199**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.656 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$659.52** |
|---|---|---|---|

**Tony Kim**
**106 Grand Ave**
**Suwanee, GA 30024**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.656
3**

**Nonpriority creditor's name and mailing address**

**Tony Lu**
**55 Regent Park Blvd #1813**
**Toronto ON M5A0C2**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$650.93**

---

**3.656
4**

**Nonpriority creditor's name and mailing address**

**Tony Lu**
**55 Regent Park Blvd #1813**
**Toronto ON M5A0C2**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$650.93**

---

**3.656
5**

**Nonpriority creditor's name and mailing address**

**Tony Nguyen**
**3100 Chino Hills Parkway #1024**
**Chino Hills, CA 91709**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$461.75**

---

**3.656
6**

**Nonpriority creditor's name and mailing address**

**Tony Pennix**
**201 London Downs Drive**
**Forest, VA 24551**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$689.52**

---

**3.656
7**

**Nonpriority creditor's name and mailing address**

**Tony Romero**
**158 Temple Ave**
**Apt B**
**Old Orchard Beach, ME 04064**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$659.52**

---

**3.656
8**

**Nonpriority creditor's name and mailing address**

**Arturo Torres Robles**
**14052 Buena St**
**Apt #3**
**Garden Grove, CA 92843**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$923.80**

---

**3.656
9**

**Nonpriority creditor's name and mailing address**

**Torri Holliday**
**4344 Barren Brook Drive**
**Memphis, TN 38125**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,885.55**

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.657 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $837.70 |
|---|---|---|
| **Torsten Braeunig**<br>**Gunter-Vogt-Ring 36**<br>**Frankfurt Am Main  60437**<br>**GERMANY** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.657 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $664.68 |
|---|---|---|
| **Torsten Tiedtke**<br>**4003 Governors Road**<br>**Hamilton ON L0R 1T0**<br>**CANADA** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.657 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,815.46 |
|---|---|---|
| **Toth Robert**<br>**Zay Utca 3.**<br>**3 Emelet**<br>**Budapest  1037**<br>**HUNGARY** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.657 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,284.32 |
|---|---|---|
| **Toth Robert**<br>**Zay Utca 3.**<br>**3 Emelet**<br>**Budapest  1037**<br>**HUNGARY** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.657 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $466.70 |
|---|---|---|
| **Adams Toum Benchekroun**<br>**777 Southwest 9th Ave, #406**<br>**Miami, FL 33130** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.657 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $634.52 |
|---|---|---|
| **Trace McGuire**<br>**2486 SW Creekside Dr**<br>**Palm City, FL 34990** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor   **Launch Pad LLC**
_____
Name                                                                Case number (if known) _____

| 3.657 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,535.52 |

**Tracy Gibbs**
**15934 Seahorse Dr**
**Houston, TX 77062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.657 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $890.68 |

**Panagiota Tragogeni**
**Kritis 8**
**4 Floor**
**Vrilissia  15235**
**GREECE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.657 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $778.50 |

**Trandafir Marian**
**Eufrosina Popescu, Nr 61, Bl L1, Sc B, A**
**Bucuresti**
**ROMANIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.657 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $715.75 |

**Travis Ballard**
**543 Los Altos Drive**
**Chula Vista, CA 91914**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.658 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $851.52 |

**Travis Boswell**
**26207 Serenity View Court**
**Mechanicsville, MD 20659**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.658 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,329.33 |

**Travis McLeod**
**2643 Lacombe Crescent**
**Regina SK S4V 1T3**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Launch Pad LLC**
_____                    Case number (if known) _____
           Name

| 3.658 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $689.52 |
|---|---|---|---|

**Travis Nemec**
**10011 Clubhouse Cir**
**Magnolia, TX 77354**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.658 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $808.32 |
|---|---|---|---|

**Travis Paakki**
**1995 Eagle Crest**
**West Linn, OR 97068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.658 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $37.98 |
|---|---|---|---|

**Travis Sari**
**394 Bill Kennedy Way Southeast**
**Atlanta, GA 30316**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.658 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $851.52 |
|---|---|---|---|

**Travis Todd**
**6228 Cape Cod Dr**
**Columbus, GA 31904**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.658 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $466.71 |
|---|---|---|---|

**Travis Yatsko**
**519 Stratford Ct**
**Unit F**
**Del Mar, CA 92014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.658 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,401.19 |
|---|---|---|---|

**Travon Fuller**
**2512 Grandview Avenue**
**Mckeesport, PA 15132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.658 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $723.65 |
|---|---|---|---|

**Trent Miller**
**2021 Magna Lane**
**Indian Trail, NC 28079**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.658 9**

**Nonpriority creditor's name and mailing address**

**Trent Rose**
**5194 Tildy Lane**
**Idaho Falls, ID 83401**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$658.12**

---

**3.659 0**

**Nonpriority creditor's name and mailing address**

**Trevor Bunyan**
**509 Anthonys Drive**
**Exton, PA 19341**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,408.28**

---

**3.659 1**

**Nonpriority creditor's name and mailing address**

**Trevor Hartman**
**5298 Cheyenne Trail**
**Billings, MT 59106**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$429.12**

---

**3.659 2**

**Nonpriority creditor's name and mailing address**

**Trevor Hopper**
**914 Vawter Cir**
**South Bend, IN 46614**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$659.14**

---

**3.659 3**

**Nonpriority creditor's name and mailing address**

**Trevor Kimoto**
**94-810 Leomana Way**
**Waipahu, HI 96797**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$627.02**

---

**3.659 4**

**Nonpriority creditor's name and mailing address**

**Trevor Simpson**
**36014 Hunter Avenue**
**Westland, MI 48185**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$430.52**

---

**3.659 5**

**Nonpriority creditor's name and mailing address**

**Trevor Stewart**
**20617 Welch Road**
**Snohomish, WA 98296**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$717.80**

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.6596**

**Nonpriority creditor's name and mailing address**

**Trevor Subero**
**15809 Seurat Drive**
**Gaithersburg, MD 20878**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$698.52**

---

**3.6597**

**Nonpriority creditor's name and mailing address**

**Tri Nguyen**
**5111 92nd Cres**
**Brooklyn Park, MN 55443**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,692.87**

---

**3.6598**

**Nonpriority creditor's name and mailing address**

**Tri Nguyen**
**5111 92nd Cres**
**Brooklyn Park, MN 55443**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$4,331.37**

---

**3.6599**

**Nonpriority creditor's name and mailing address**

**Triangle Endodontics**
**121 Edinburgh South Drive**
**Suite 101**
**Cary, NC 27511**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$659.52**

---

**3.6600**

**Nonpriority creditor's name and mailing address**

**Trisha Fukumoto**
**7060 Noble Flair Court**
**Las Vegas, NV 89131**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$745.08**

---

**3.6601**

**Nonpriority creditor's name and mailing address**

**Tristan Garcia**
**900 Southwest 8th Street #1206**
**Miami, FL 33130**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$430.52**

---

**3.6602**

**Nonpriority creditor's name and mailing address**

**Tristan Leung**
**1636 South 8th Street**
**Philadelphia, PA 19148**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$744.68**

---

Debtor    **Launch Pad LLC**                                    Case number (if known) _____
_____
Name

| 3.660 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,219.52** |
|---|---|---|---|

**Tristan Pan**
**115 Fare Stone Dr**
**Garner, NC 27529**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.660 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,559.52** |
|---|---|---|---|

**Tristan Pan**
**115 Fare Stone Dr**
**Garner, NC 27529**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.660 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,559.52** |
|---|---|---|---|

**Tristan Pan**
**115 Fare Stone Dr**
**Garner, NC 27529**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.660 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$430.52** |
|---|---|---|---|

**Troy Messick**
**8419 Summerfield Ln.**
**Huntersville, NC 28078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.660 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$712.99** |
|---|---|---|---|

**Troy Mirabito**
**63 McLeod Street, #33**
**Cairns City QLD 4870**
**AUSTRAILA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.660 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$111.35** |
|---|---|---|---|

**Troy Pantin**
**127 Bloomington Dr**
**Cambridge  ON N1P1J6**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.660 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$851.52** |
|---|---|---|---|

**Troy Pantin**
**127 Bloomington Dr**
**Cambridge  ON N1P1J6**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.6610**

**Nonpriority creditor's name and mailing address**
**Troy Plewa**
**6815 Tyree Street**
**Dallas, TX 75209**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$658.87**

---

**3.6611**

**Nonpriority creditor's name and mailing address**
**Troy Rial**
**13234 Clifton Hill Lane**
**Houston, TX 77044**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,439.94**

---

**3.6612**

**Nonpriority creditor's name and mailing address**
**Troy Walker**
**17142 Port O Call St.**
**Crosby, TX 77532**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,309.52**

---

**3.6613**

**Nonpriority creditor's name and mailing address**
**Troy Ziniuk**
**#22 64009 Twp Rd 704**
**Grande Prairie AB T8W5C3**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$871.28**

---

**3.6614**

**Nonpriority creditor's name and mailing address**
**Truc Ngo**
**1449 Suzay Court**
**San Jose, CA 95122**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$62.76**

---

**3.6615**

**Nonpriority creditor's name and mailing address**
**Truc Ngo**
**1449 Suzay Court**
**San Jose, CA 95122**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$718.26**

---

**3.6616**

**Nonpriority creditor's name and mailing address**
**Tsun Kit Matthew Woo**
**3403 S Main St**
**Santa Ana, CA 92707**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$461.75**

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|--------|---------------------|--------------------------|--|
| | Name | | |

| 3.661 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $634.14 |
|---------|--------------------------------------------------|-----------------------------------------------------------------------|---------|

**Tu Truong**
**2903 Warriston Dr**
**Mansfield, TX 76063**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.661 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $659.52 |

**Rafael Tucen**
**511 SW 16th Ave**
**Miami, FL 33135**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.661 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $688.56 |

**Tucker Baird**
**642 Palomar Street**
**Ste 406 #364**
**Chula Vista, CA 91911**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.662 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $430.14 |

**Tucker Brooks**
**6707 Valor Ln**
**Midland, TX 79706-2229**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.662 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $725.69 |

**Tudor Georgescu**
**14006 61st Pl W**
**Apt B**
**Edmonds, WA 98026**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.662 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $511.11 |

**Tudoran Alin**
**Axwood 28**
**Epsom ENG KT187DR**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.662 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $430.52 |

**Tuerxun Yierpan**
**9506 Basilwood Dr**
**Manassas, VA 20110**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Launch Pad LLC**
_____      Case number _(if known)_ _____
          Name

| | | |
|---|---|---|
| 3.662 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$689.37** |

**Tyler D**
**1406 Ormsby Dr**
**Sunnyvale, CA 94087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.662 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$684.14** |

**Tyler Danaver**
**8708 Devine Lane**
**Austin, TX 78748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.662 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$684.14** |

**Tyler Danaver**
**8708 Devine Lane**
**Austin, TX 78748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.662 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$1,311.17** |

**Tyler Deheer**
**98 Assiniboia Way West**
**Lethbridge AB T1K 6X3**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.662 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$472.23** |

**Tyler Garland**
**3811 14th Avenue West**
**Apt D103**
**Seattle, WA 98119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.662 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$472.23** |

**Tyler Garland**
**3811 14th Avenue West**
**Apt D103**
**Seattle, WA 98119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.663 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$672.55** |

**Tyler Gray**
**900566 South 3390 Road**
**Chandler, OK 74834**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.663 1**

**Nonpriority creditor's name and mailing address**

**Tyler Heard**
**183 Long St**
**Harrogate, TN 37752**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$730.89

---

**3.663 2**

**Nonpriority creditor's name and mailing address**

**Tyler Johnson**
**5746 Logan Street Southeast**
**Rochester, MN 55904**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$702.67

---

**3.663 3**

**Nonpriority creditor's name and mailing address**

**Tyler Kilde**
**7704 15th St S**
**Fargo, ND 58104**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,335.43

---

**3.663 4**

**Nonpriority creditor's name and mailing address**

**Tyler Koch**
**726 Long Prairie Dr**
**Katy, TX 77450-3164**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,482.51

---

**3.663 5**

**Nonpriority creditor's name and mailing address**

**Tyler Little**
**1200 South Jbs Parkway**
**Odessa, TX 79766**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,309.14

---

**3.663 6**

**Nonpriority creditor's name and mailing address**

**Tyler Metzger**
**24330 226th Avenue Southeast**
**Maple Valley, WA 98038**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$747.12

---

**3.663 7**

**Nonpriority creditor's name and mailing address**

**Tyler Newman-Stump**
**907 Washington Street**
**Columbus, IN 47201**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$689.52

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.663 8**

**Nonpriority creditor's name and mailing address**

**Tyler Perkins**
**7029 Via Serena**
**San Jose, CA 95139**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$715.69

---

**3.663 9**

**Nonpriority creditor's name and mailing address**

**Tyler Rowe**
**1836 SW Napa Valley Dr**
**Lees Summit, MO 64082**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$659.14

---

**3.664 0**

**Nonpriority creditor's name and mailing address**

**Tyler Talley**
**990 Northwyck Drive**
**Liberty, MO 64068**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$851.14

---

**3.664 1**

**Nonpriority creditor's name and mailing address**

**Tyrone Paz**
**24949 Katy Ranch Rd Apt 1012**
**Katy, TX 77494**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$430.52

---

**3.664 2**

**Nonpriority creditor's name and mailing address**

**Tyson Barth**
**8758 Williamson Drive**
**Elk Grove, CA 95624**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$1,462.75

---

**3.664 3**

**Nonpriority creditor's name and mailing address**

**Tyson Bickelmann**
**20 Jarlan Terrace**
**Ottawa ON K2L 3L6**
**CANADA**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$1,231.51

---

**3.664 4**

**Nonpriority creditor's name and mailing address**

**Tyson Bruce**
**7780 Joshua Villa Lane**
**Corona, CA 92881**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$681.56

---

Debtor   **Launch Pad LLC**                                        Case number (if known) _____
_____
Name

| | |
|---|---|
| **3.664 5** | |

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.                **$430.52**

**Tyson Messick**
**2806 Taylorcrest**
**Missouri City, TX 77459**
    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

Date(s) debt was incurred _                          **Basis for the claim:** _

Last 4 digits of account number _                   Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.664 6** | |

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.                **$675.29**

**Tyson Schallipp**
**7616 West Courtney Campbell Causeway**
**Unit 640**
**Tampa, FL 33607**
    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

Date(s) debt was incurred _                          **Basis for the claim:** _

Last 4 digits of account number _                   Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.664 7** | |

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.                **$461.75**

**Tzekin lp**
**28241 Crown Valley Parkway**
**F443**
**Laguna Niguel, CA 92677**
    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

Date(s) debt was incurred _                          **Basis for the claim:** _

Last 4 digits of account number _                   Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.664 8** | |

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.                **$1,575.75**

**Ufuk Kortan**
**Mustafa Mazhar Bey Caddesi Burc Apt 39/1**
**Burc Apt 39/18**
**Istanbul  34724**
**TURKEY**
    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

Date(s) debt was incurred _                          **Basis for the claim:** _

Last 4 digits of account number _                   Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.664 9** | |

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.                **$627.02**

**Ukesh Silwal**
**5660 Chapel Run Ct**
**Centreville, VA 20120**
    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

Date(s) debt was incurred _                          **Basis for the claim:** _

Last 4 digits of account number _                   Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.665 0** | |

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.                **$876.59**

**Ulrike Meyer-Borchert**
**Lofftzstrasse 4**
**Munich  80637**
**GERMANY**
    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

Date(s) debt was incurred _                          **Basis for the claim:** _

Last 4 digits of account number _                   Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**3.665 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $688.95 |
|---|---|---|
| **Umar Khan** <br> **1588 Major Oaks Rd** <br> **Pickering ON L1X 2G9** <br> **CANADA** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred  _ | Basis for the claim: _ | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.665 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,016.40 |
|---|---|---|
| **Umar Qureshi** <br> **8024 E 99 St** <br> **Kansas City, MO 64134** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred  _ | Basis for the claim: _ | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.665 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $690.28 |
|---|---|---|
| **Umit Uzun** <br> **253 Rue Dumont** <br> **Beloeil QC J3G 4C2** <br> **CANADA** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred  _ | Basis for the claim: _ | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.665 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,145.45 |
|---|---|---|
| **Unki Kim** <br> **12028 SE 37th Pl** <br> **Bellevue, WA 98006** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred  _ | Basis for the claim: _ | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.665 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $675.93 |
|---|---|---|
| **Unni Krishnan** <br> **2087 Fairview Street** <br> **Unit 703** <br> **Burlington ON L7R 0E5** <br> **CANADA** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred  _ | Basis for the claim: _ | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.665 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $730.89 |
|---|---|---|
| **Unshackled Solutions LLC** <br> **P.O. Box 60** <br> **Kelton, PA 19346** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred  _ | Basis for the claim: _ | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.665 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$15,475.00** |
|---|---|---|---|

**Sorana Urdareanu**
**20, Soseaua Nordului**
**Sector 1**
**Bucharest B 104130**
**ROMANIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.665 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$474.22** |
|---|---|---|---|

**Uresh Desilva**
**400 North Mcclurg Court #3514**
**Chicago, IL 60611**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.665 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$746.00** |
|---|---|---|---|

**Ahsan Usmani**
**312 Touchdown Dr**
**Irving, TX 75063**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.666 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$854.45** |
|---|---|---|---|

**Uvis Slakteris**
**Kareivju Street 3-32**
**Bauska, Bauskas Novads  LV-3901**
**LATVIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.666 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$897.95** |
|---|---|---|---|

**Uwe Dietzel**
**Steinlein 38**
**Wurzburg  97078**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.666 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$747.63** |
|---|---|---|---|

**Uwe Kleinschmidt**
**2671 Painted Cave Road**
**Santa Barbara, CA 93105**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.666
3**

**Nonpriority creditor's name and mailing address**

**Uyi-Oghosa Okunbor
83 Grange Park Road
Thornton Heath ENG CR7 8QF
UNITED KINGDOM**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$510.64**

---

**3.666
4**

**Nonpriority creditor's name and mailing address**

**Vaclav Dvorak
Pod Visnovkou 5
Praha 4  140 00
CZECH REPUBLIC**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$872.94**

---

**3.666
5**

**Nonpriority creditor's name and mailing address**

**Vahan Melikyan
12846 Woodley Ave
Granda Hills, CA 91344**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$719.88**

---

**3.666
6**

**Nonpriority creditor's name and mailing address**

**Vahe Mardigian
13462 Lochrin Ln
Sylmar, CA 91342-1848**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$719.88**

---

**3.666
7**

**Nonpriority creditor's name and mailing address**

**Vahid Majoni
Kransbindarvagen 10
Hagersten  126 36
SWEDEN**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$8,284.23**

---

**3.666
8**

**Nonpriority creditor's name and mailing address**

**Vaida Maksims
31 Kemsley Crescent, Milton Keynes, Milt
Milton Keynes
Milton Keynes ENG MK10 9LZ
UNITED KINGDOM**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$853.33**

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.6669**

**Nonpriority creditor's name and mailing address**

**Vaidotas Bertasius**
**Taurages G. 13, Erzvilkas**
**Jurbarko Raj. Lithuania  74280**
**LITHUANIA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,660.87**

---

**3.6670**

**Nonpriority creditor's name and mailing address**

**Val-Michael Kowalewich**
**10713 125 Street Nw**
**Edmonton AB T5M 0L3**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$664.06**

---

**3.6671**

**Nonpriority creditor's name and mailing address**

**Zenaida Valencia**
**1105 58th Avenue**
**Oakland, CA 94621**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$932.22**

---

**3.6672**

**Nonpriority creditor's name and mailing address**

**Valentin Bogdanovic**
**Justiniskiu 67-1**
**67-1**
**Vilnius  LT-05100**
**LITHUANIA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,745.87**

---

**3.6673**

**Nonpriority creditor's name and mailing address**

**Valentina Vallo**
**Via Villabella 12**
**Caorsa VR 37010**
**ITALY**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$572.65**

---

**3.6674**

**Nonpriority creditor's name and mailing address**

**Valentine Zavgorodnev**
**1351 SW 4th Ave**
**Boca Raton, FL 33432**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$689.52**

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.667 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9,747.19** |
|---|---|---|---|

**Lizzett Vallejo**
**5016 Stanton Avenue**
**Pittsburgh, PA 15201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.667 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9,051.69** |
|---|---|---|---|

**Lizzett Vallejo**
**5016 Stanton Avenue**
**Pittsburgh, PA 15201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.667 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,356.19** |
|---|---|---|---|

**Lizzett Vallejo**
**5016 Stanton Ave.**
**Pittsburgh, PA 15201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.667 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,878.69** |
|---|---|---|---|

**Lizzett Vallejo**
**5016 Stanton Ave.**
**Pittsburgh, PA 15201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.667 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,357.36** |
|---|---|---|---|

**Valliappan Ramanathan**
**7265 Sheffield Ln**
**Dublin, CA 94568**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.668 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$734.67** |
|---|---|---|---|

**Valone Brown**
**9 Marcia Lane**
**Pomona, NY 10970**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.668 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$428.81** |
|---|---|---|---|

**Sjuli Senn van Basel Wag**
**4271 Desert Highlands Dr**
**Sparks, NV 89436**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.668 2**

**Nonpriority creditor's name and mailing address**

**Bruce Van Buren**
**5270 Manhasset Cv**
**Atlanta, GA 30338**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,309.52**

---

**3.668 3**

**Nonpriority creditor's name and mailing address**

**Tim Van Cleave**
**5400 E Hinsdale Pl**
**Centennial, CO 80122**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$458.89**

---

**3.668 4**

**Nonpriority creditor's name and mailing address**

**Gunnar Van der Steur**
**1236 Town Point Rd**
**Chesapeake City, MD 21915**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,709.52**

---

**3.668 5**

**Nonpriority creditor's name and mailing address**

**Jeremiah Van Orden**
**1415 Grackle Ct**
**Hanahan, SC 29410**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$430.52**

---

**3.668 6**

**Nonpriority creditor's name and mailing address**

**Van Pek**
**401 Stone Hollow Lane**
**Bowling Green, KY 42101**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$664.64**

---

**3.668 7**

**Nonpriority creditor's name and mailing address**

**Van Vuong**
**2462 Agostino Drive**
**Rowland Heights, CA 91748**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,497.32**

---

**3.668 8**

**Nonpriority creditor's name and mailing address**

**Vance Wilson**
**152 Renola Dr**
**Archdale, NC 27263**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,369.52**

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.6689**

**Nonpriority creditor's name and mailing address**

**Vance Wilson**
**152 Renola Dr**
**Archdale, NC 27263**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$689.52**

---

**3.6690**

**Nonpriority creditor's name and mailing address**

**Vanderson Pereira**
**7523 Brous Av**
**Philadelphia, PA 19152**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$716.12**

---

**3.6691**

**Nonpriority creditor's name and mailing address**

**Vanderson Pereira**
**7523 Brous Av**
**Philadelphia, PA 19152**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$74.52**

---

**3.6692**

**Nonpriority creditor's name and mailing address**

**Vanessa Garrett**
**2757 W. Oldfield St**
**Lancaster, CA 93536**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$752.32**

---

**3.6693**

**Nonpriority creditor's name and mailing address**

**Vanessa Lee**
**207 South 1st Street**
**Apt 2A**
**Brooklyn, NY 11211**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$735.22**

---

**3.6694**

**Nonpriority creditor's name and mailing address**

**Vanessa Wojcik**
**464 Cherry Lane Rd**
**E Stroudsburg, PA 18301**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$698.01**

---

**3.6695**

**Nonpriority creditor's name and mailing address**

**Varnel Noel**
**139 North 9th Street**
**Philadelphia, PA 19107**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$685.28**

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.6696**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$805.98** |
|---|---|---|
| **Varun Agarwal**<br>**1 Sterling Circuit #1201**<br>**Camperdown NSW 2050**<br>**AUSTRAILA** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.6697**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$753.50** |
|---|---|---|
| **Vasile Dascaleanu**<br>**Bld. Alexandru Vlahuta Nr. 61 Bl. 140, #**<br>**Brasov BV 500398**<br>**ROMANIA** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.6698**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$124.00** |
|---|---|---|
| **Vasile Dascaleanu**<br>**Bld. Alexandru Vlahuta Nr. 61 Bl. 140, #**<br>**Brasov BV 500398**<br>**ROMANIA** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.6699**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,993.15** |
|---|---|---|
| **Vasile Gurau**<br>**Calle Paseo Cornisa, 32E, Edificio Mi Su**<br>**Piso 2I**<br>**Costa Del Silencio TF 38630**<br>**SPAIN** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.6700**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,040.79** |
|---|---|---|
| **Vasileios Alexis**<br>**Baumackerstrasse 49**<br>**Zurich  8050**<br>**SWITZERLAND** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.6701**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,087.64** |
|---|---|---|
| **Vasileios Cheropoulos**<br>**Quergasse 13**<br>**Cottbus  3055**<br>**GERMANY** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
| | Name | | |

---

**3.670
2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $505.99 |
|---|---|---|
| **Vasilescu Florin**<br>**Calea Torontalului Nr.6 Ap.3**<br>**Timi  Oara TM 300628**<br>**ROMANIA** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.670
3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,309.14 |
|---|---|---|
| **Vasista Raju Kurapati**<br>**120 West Cityline Drive, #3015**<br>**Richardson, TX 75082** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.670
4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $689.52 |
|---|---|---|
| **Vasyl Lysohor**<br>**208 Flax Hill Road #9**<br>**Norwalk, CT 06854** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.670
5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,309.52 |
|---|---|---|
| **Vasyl Sidelnikov**<br>**3618 Jefferson Commons Dr**<br>**302C**<br>**Tampa, FL 33613** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.670
6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $63.79 |
|---|---|---|
| **Cheri Vaughn Reno**<br>**1050 Nathalie Fay**<br>**Ofallon, IL 62269** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.670
7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $683.91 |
|---|---|---|
| **Cheri Vaughn Reno**<br>**1050 Nathalie Fay**<br>**Ofallon, IL 62269** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.670
8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,410.07 |
|---|---|---|
| **Vay Lien Chang**<br>**Fassbindstrasse 10**<br>**Rheinfelden  4310**<br>**SWITZERLAND** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.6709**

**Nonpriority creditor's name and mailing address**
**Vedat Ozan Azkan**
**1461 Longitude Dr**
**Richmond, CA 94804**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$721.50**

---

**3.6710**

**Nonpriority creditor's name and mailing address**
**Veenit Malik**
**230 Rue Ernest**
**Ddo QC H9A 3G7**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$871.28**

---

**3.6711**

**Nonpriority creditor's name and mailing address**
**VELS INC**
**1647 S Cicero Ave**
**License Plates Service Store**
**Cicero, IL 60804**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$744.56**

---

**3.6712**

**Nonpriority creditor's name and mailing address**
**Venerando Yap**
**3530 Bainbridge Avenue**
**Apt 7F**
**Bronx, NY 10467**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$689.52**

---

**3.6713**

**Nonpriority creditor's name and mailing address**
**Venkat Vedam**
**14 George Rd**
**Winchester, MA 01890**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$717.91**

---

**3.6714**

**Nonpriority creditor's name and mailing address**
**Venkata Kishore Vemuri**
**36305 Grand River Ave**
**Apt 104**
**Farmington, MI 48335**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$652.28**

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.671 5**

**Nonpriority creditor's name and mailing address**

**Venkata Patchamatla**
**Flat 4**
**36 Diamond Drive**
**Didcot ENG OX11 6HD**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$766.90**

---

**3.671 6**

**Nonpriority creditor's name and mailing address**

**Alexei Verdi**
**86 Main St. Unit 1**
**Raymond, NH 03077-2349**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$430.52**

---

**3.671 7**

**Nonpriority creditor's name and mailing address**

**Vernalene Balmania**
**9590 Gurney Court**
**Elk Grove, CA 95758**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$673.48**

---

**3.671 8**

**Nonpriority creditor's name and mailing address**

**Vic Danh**
**4 W 14th Street**
**Unit 302**
**Cincinnati, OH 45202**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$917.95**

---

**3.671 9**

**Nonpriority creditor's name and mailing address**

**Vicente Robinson**
**14207 Rolling Stream Pl**
**Eastvale, CA 92880**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$728.21**

---

**3.672 0**

**Nonpriority creditor's name and mailing address**

**Victor Ansell**
**Grabenackerstrasse 44**
**Steinhausen  6312**
**SWITZERLAND**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,040.27**

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.672 1**

**Nonpriority creditor's name and mailing address**

**Victor Barbulescu**
**Karl-Marx-Allee 16**
**Berlin  10178**
**GERMANY**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$3,030.56**

---

**3.672 2**

**Nonpriority creditor's name and mailing address**

**Victor Calderon**
**Av. Independencia #1614**
**Centro**
**Oaxaca De Juarez OAX 68000**
**MEXICO**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$698.45**

---

**3.672 3**

**Nonpriority creditor's name and mailing address**

**Victor Capetillo**
**852 N. Palm Ave.**
**Unit A**
**Upland, CA 91786**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$461.75**

---

**3.672 4**

**Nonpriority creditor's name and mailing address**

**Victor Cubillos**
**Calle 11 # 3-25**
**Apartamento**
**Fusagasuga CUN 252211**
**COLOMBIA**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$893.55**

---

**3.672 5**

**Nonpriority creditor's name and mailing address**

**Victor deCagny**
**18, Rue Boissiere**
**Paris  75116**
**FRANCE**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$870.77**

---

**3.672 6**

**Nonpriority creditor's name and mailing address**

**Victor Huynh**
**932 Faris Dr**
**San Jose, CA 95111-1517**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$718.26**

---

| Debtor | **Launch Pad LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.672 7**

**Nonpriority creditor's name and mailing address**

**Victor Manuel Mendoza Alvarez**
**El Colomo, Colima Francisco I Madero # 1**
**Manzanillo COL 28800**
**MEXICO**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$783.79**

---

**3.672 8**

**Nonpriority creditor's name and mailing address**

**Victor Navarro**
**3124 Tulip St**
**Philadelphia, PA 19134**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$685.28**

---

**3.672 9**

**Nonpriority creditor's name and mailing address**

**Victor Quezada**
**6624 Bonsallo Avenue**
**Los Angeles, CA 90044**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$469.11**

---

**3.673 0**

**Nonpriority creditor's name and mailing address**

**Victor Reyes**
**Tegvagen 1**
**Jarfalla  17553**
**SWEDEN**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,712.41**

---

**3.673 1**

**Nonpriority creditor's name and mailing address**

**Victor Tagle**
**6768 Cavacade Drive**
**Apt C**
**Tampa, FL 33614**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$409.47**

---

**3.673 2**

**Nonpriority creditor's name and mailing address**

**Victoria Wan**
**505-621 Regan Avenue**
**Coquitlam BC V3J 0K1**
**CANADA**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,386.17**

---

**3.673 3**

**Nonpriority creditor's name and mailing address**

**Vida Sargelyte**
**104 Paragon Place**
**Norwich ENG NR2 4BP**
**UNITED KINGDOM**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$507.48**

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.673
4**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$917.12** |
|---|---|---|

**Vidmantas Rapsys**
**5S439 Columbia Street**
**Naperville, IL 60563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.673
5**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$511.66** |
|---|---|---|

**Viesturs Silins Silins**
**3 Mount Milner**
**Mansfield ENG NG18 2JQ**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.673
6**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$430.14** |
|---|---|---|

**Vijay Talla**
**105 Latitude Lane**
**Austin, TX 78717**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.673
7**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$675.93** |
|---|---|---|

**Vijitharan Velautham**
**6921 Cardinal Wynd Sw**
**Edmonton AB T6W2Y3**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.673
8**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$708.50** |
|---|---|---|

**Vikkie Patel**
**823 West Fletcher Avenue**
**Orange, CA 92865**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.673
9**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$800.40** |
|---|---|---|

**Viktor Burdyey**
**802 Modena Dr**
**Cary, NC 27513**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.674 0**

**Nonpriority creditor's name and mailing address**

**Viktor Szathmary**
**Tolgyfa Utca 24**
**Decent Labs Kft.**
**Budapest  1027**
**HUNGARY**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$1,558.27

---

**3.674 1**

**Nonpriority creditor's name and mailing address**

**Viktoras Kovaliovas**
**14 Plantsman Close**
**Norwich  ENG NR2 2NH**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$740.98

---

**3.674 2**

**Nonpriority creditor's name and mailing address**

**Viktoria Martin**
**11450 129th Avenue North**
**Largo, FL 33778**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$634.52

---

**3.674 3**

**Nonpriority creditor's name and mailing address**

**Vicente Teran Villalobos**
**21742 N 37th St**
**Phoenix, AZ 85050**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$1,692.87

---

**3.674 4**

**Nonpriority creditor's name and mailing address**

**Jaqueline Villalpa Arroyo**
**1349 Eldridge Road**
**Forrest City, AR 72335**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$430.52

---

**3.674 5**

**Nonpriority creditor's name and mailing address**

**Vinay Bachireddy**
**215 Avondale St**
**Houston, TX 77006**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$430.52

---

Debtor   **Launch Pad LLC**

Name

Case number (if known) _____

---

| 3.674 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Vince Mikhail**
**71 Camlaren Crescent**
**Unit 4**
**Vaughan ON L0J 1C0**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$685.11**

---

| 3.674 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Vince Pasztor**
**Koztelek U. 9, 1/1**
**Gyar  9025**
**HUNGARY**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$939.03**

---

| 3.674 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Vincent Arellano**
**364 N Whisman Rd**
**Unit B**
**Mountain View, CA 94043**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$716.63**

---

| 3.674 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Vincent De Vos**
**Vinkenhofje 5**
**Eindhoven  5613 CN**
**NETHERLANDS**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,139.23**

---

| 3.675 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Vincent Dip**
**145 N Orange Ave**
**Azusa, CA 91702**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$472.27**

---

| 3.675 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Vincent Eyzendooren**
**2283 Wendy Way**
**Upland, CA 91784**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$708.50**

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.675<br>2 | **Nonpriority creditor's name and mailing address**<br>**Vincent Marble**<br>**3701 Dorothy Lane**<br>**Waterford, MI 48329**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$4,219.52** |

---

| 3.675<br>3 | **Nonpriority creditor's name and mailing address**<br>**Vincent Ng**<br>**1-4088 East Hastings Street**<br>**Burnaby BC V5C2H9**<br>**CANADA**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$712.35** |

---

| 3.675<br>4 | **Nonpriority creditor's name and mailing address**<br>**Vincent Nguyen**<br>**10971 S. Oceano Dune Ct.**<br>**South Jordan, UT 84009**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$4,058.12** |

---

| 3.675<br>5 | **Nonpriority creditor's name and mailing address**<br>**Vincent Quadrelli**<br>**137 Avenue De Saint Ouen**<br>**4E Gauche 0391 Et 9103**<br>**Paris  75017**<br>**FRANCE**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,479.95** |

---

| 3.675<br>6 | **Nonpriority creditor's name and mailing address**<br>**Vincent Rampelbergs**<br>**Rue D'Anderlues #143**<br>**Lobbes  6540**<br>**BELGIUM**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$119.00** |

---

| 3.675<br>7 | **Nonpriority creditor's name and mailing address**<br>**Vincent Rampelbergs**<br>**Rue Danderlues 143**<br>**Lobbes  6540**<br>**BELGIUM**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,387.26** |

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.675 8**

**Nonpriority creditor's name and mailing address**

**Vincent Sauceda**
**787 Ashley Street**
**Hemet, CA 92545**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$429.12

---

**3.675 9**

**Nonpriority creditor's name and mailing address**

**Vincent Tjie**
**1635 Huntington Dr**
**Duarte, CA 91010**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$688.91

---

**3.676 0**

**Nonpriority creditor's name and mailing address**

**Vincent Tran**
**6549 Sequoia Drive**
**Buena Park, CA 90620**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$732.45

---

**3.676 1**

**Nonpriority creditor's name and mailing address**

**Vinny Dinnocenzo**
**312 Lancaster Street**
**Apt 1**
**Leominster, MA 01453**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$700.15

---

**3.676 2**

**Nonpriority creditor's name and mailing address**

**Vinzenz Steinbrenner**
**7613 Starshell Point Ct**
**Las Vegas, NV 89139**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$429.12

---

**3.676 3**

**Nonpriority creditor's name and mailing address**

**Viran Patel**
**1625 Wingfield Drive**
**Birmingham, AL 35242**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,323.51

---

**3.676 4**

**Nonpriority creditor's name and mailing address**

**Viresh Asokan**
**406 Sultan St**
**Orleans ON K4A 0K1**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$871.28

---

| Debtor | **Launch Pad LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.676 5**

**Nonpriority creditor's name and mailing address**

**Virgilio Nunez Vega**
**Golfo De Finlandia 42, Colonia: Lomas Li**
**Atizapan De Zaragoza**
**Mexico MEX 52947**
**MEXICO**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$698.79**

---

**3.676 6**

**Nonpriority creditor's name and mailing address**

**Vitaliy Pindyura**
**307-2425 West 4th Avenue**
**Vancouver BC V6K 1P4**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$178.57**

---

**3.676 7**

**Nonpriority creditor's name and mailing address**

**Vitaliy Pindyura**
**307-2425 West 4th Avenue**
**Vancouver BC V6K 1P4**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$871.33**

---

**3.676 8**

**Nonpriority creditor's name and mailing address**

**Vito Caloia**
**3189 Olive Drive**
**Baldwinsville, NY 13027**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$706.96**

---

**3.676 9**

**Nonpriority creditor's name and mailing address**

**Vito Catalani**
**Herengracht 449A**
**Conspiracy Ideas**
**Amsterdam  1017 BR**
**NETHERLANDS**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$768.88**

---

**3.677 0**

**Nonpriority creditor's name and mailing address**

**Vivek Kari Raju**
**3705 Wyewood Rd**
**Mississauga ON L4T2A3**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$695.20**

---

| Debtor | **Launch Pad LLC** | | Case number (if known) | |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

**3.677**
**1**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,476.75** |
| --- | --- | --- |

**Vivienne Vu**
**Flat B, 312 Camberwell New Road**
**London ENG SE5 0RW**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.677**
**2**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$848.00** |
| --- | --- | --- |

**Vlad Farkas**
**Str. Dacilor, Nr.1**
**Bl. G, Et.2, Ap. 11**
**Giroc TM 307220**
**ROMANIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.677**
**3**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,369.52** |
| --- | --- | --- |

**Vladimir Feldman**
**1005 Montpelier Dr**
**Greensboro, NC 27410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.677**
**4**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,864.13** |
| --- | --- | --- |

**Vladimir Koev**
**5th Borovets Str. Ap.15**
**Strelbishte**
**Sofia  1408**
**BULGARIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.677**
**5**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$673.58** |
| --- | --- | --- |

**Vladimir Kostek**
**250 Commonwealth Avenue**
**Apt 16**
**Boston, MA 02116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.677**
**6**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$752.74** |
| --- | --- | --- |

**Vladimir Lenchitsky**
**17761 North 77th Way**
**Scottsdale, AZ 85255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.6777**

**Nonpriority creditor's name and mailing address**

**Vladimir Malkin**
**776 Linda Avenue**
**Thornwood, NY 10594**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$634.52

---

**3.6778**

**Nonpriority creditor's name and mailing address**

**Vladimir Stamboliev**
**Antim Pyrvi 11**
**Etazh 2, Staya 204**
**Sofia  1303**
**BULGARIA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$959.92

---

**3.6779**

**Nonpriority creditor's name and mailing address**

**Vladimir Stamboliev**
**Antim Pyrvi 11**
**Etazh 2, Staya 204**
**Sofia  1303**
**BULGARIA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$800.94

---

**3.6780**

**Nonpriority creditor's name and mailing address**

**Vladimir Tarasenko**
**Am Filmlager 4**
**Berlin  12555**
**GERMANY**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$916.45

---

**3.6781**

**Nonpriority creditor's name and mailing address**

**Vladimir Tassy**
**10345 Western Avenue Apt 42**
**Downey, CA 90241**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$723.13

---

**3.6782**

**Nonpriority creditor's name and mailing address**

**Vladyslav Rea**
**Rosenweg 20**
**Wolfsburg  38446**
**GERMANY**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,050.61

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.678 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,460.26** |
|---|---|---|---|

**Voltaire Bermudo**
**442 Andre Avenue**
**Northvale, NJ 07647**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.678 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$703.64** |
|---|---|---|---|

**Vu Nguyen**
**8228 Homefield Way**
**Sacramento, CA 95828**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.678 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,339.52** |
|---|---|---|---|

**Vu Nguyen**
**1843 Spivey Village Cir**
**Jonesboro, GA 30236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.678 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$754.00** |
|---|---|---|---|

**Wahab Awaiz**
**654 A Kingsbury Road**
**London  ENG NW9 9HN**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.678 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$231.00** |
|---|---|---|---|

**Mhmoud Abdul Wahed**
**4426 Alan Dr**
**Apt D**
**Baltimore, MD 21229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.678 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$760.74** |
|---|---|---|---|

**Wail Aldipsi**
**626 Flatbush Avenue**
**9K**
**Brooklyn, NY 11225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.678 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,079.82** |
|---|---|---|---|

**Walaa Yassin**
**104 Pitfield Way**
**London ENG NW10 0UA**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.6790 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,499.16 |

**Walaa Yassin**
**787 High Road**
**London ENG N12 8JT**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6791 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $868.07 |

**Waldemar Langolf**
**Infanterieweg 68C**
**Paderborn  33104**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6792 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $950.48 |

**Waleed Ibrahim Arr**
**13 Dekker House**
**London ENG SE57QR**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6793 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $709.25 |

**Wallen Blackman**
**3447 Alexandra Avenue**
**Spring Valley, CA 91977**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6794 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $686.08 |

**Wally Kramer**
**7113 Kentucky Dr**
**Vancouver, WA 98664**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6795 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $724.47 |

**Walter Burke**
**100 Shoal Rd**
**Unit 302**
**Toms River, NJ 08755**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6796 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $684.52 |

**Walter Church**
**4548 Crystal Brook Way**
**Jacksonville, FL 32224**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.6797 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $674.23 |
|---|---|---|---|

**Walter Delorrell**
11320 Village Ridge Road
San Diego, CA 92131

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6798 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $717.35 |
|---|---|---|---|

**Wan Hoi Cheung**
1007 Boul Saint-Laurent
#A
Montreal QC H2Z1J4
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6799 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $681.72 |
|---|---|---|---|

**Warren Chen**
1178 Haffley Crescent #903
Coquitlam BC V3B0A7
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6800 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,408.87 |
|---|---|---|---|

**Warren Scheibe**
P.O. Box 826
Twin Peaks, CA 92391

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6801 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $871.33 |
|---|---|---|---|

**Waseedullah Obaid**
4 Barlow Road
Scarborough ON M1G 2B4
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6802 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $717.35 |
|---|---|---|---|

**Wassim Zidi**
190 Rue Murray, Apt 707
Montreal
Montreal QC H3C 2C7
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.680 3**

**Nonpriority creditor's name and mailing address**

**Wayne Burke**
**26 Hampton Pl**
**Paradise NL A1L 0Y4**
**CANADA**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$707.48

---

**3.680 4**

**Nonpriority creditor's name and mailing address**

**Wayne Marques**
**233 Leonard St**
**Acushnet, MA 02743**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$732.03

---

**3.680 5**

**Nonpriority creditor's name and mailing address**

**Wayne Muse**
**34 Lessay**
**Newport Coast, CA 92657**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,473.52

---

**3.680 6**

**Nonpriority creditor's name and mailing address**

**Wayne Rong**
**251 Alfred Paterson Dr.**
**Markham ON L6E 2G1**
**CANADA**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$656.72

---

**3.680 7**

**Nonpriority creditor's name and mailing address**

**Wayne Slater**
**1837 Adonis Avenue**
**Henderson, NV 89074**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,410.04

---

**3.680 8**

**Nonpriority creditor's name and mailing address**

**Wayne Tolmie**
**77 Birchdale Lurgan**
**Craigavon NIR BT66 7TP**
**UNITED KINGDOM**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$832.46

---

**3.680 9**

**Nonpriority creditor's name and mailing address**

**Wei Qiang Peng**
**1489 Dayton Street**
**Coquitlam BC V3E 0E6**
**CANADA**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$689.06

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.6810**

**Nonpriority creditor's name and mailing address**

**Weisien Yu**
**5 Cressida Drive**
**Old Bridge, NJ 08857**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**$1,396.28**

---

**3.6811**

**Nonpriority creditor's name and mailing address**

**Weitao Wang**
**40 Woodgreen Dr**
**Pittsford, NY 14534**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,437.75**

---

**3.6812**

**Nonpriority creditor's name and mailing address**

**Weldon Bollinger**
**P.O. Box 117**
**Cedar Park, TX 78630-0117**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,369.14**

---

**3.6813**

**Nonpriority creditor's name and mailing address**

**Weldon Bollinger**
**P.O. Box 117**
**Cedar Park, TX 78630-0117**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$689.14**

---

**3.6814**

**Nonpriority creditor's name and mailing address**

**Jacob Welther Burchett**
**421 Stonefield Circle**
**Moncks Corner, SC 29461**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,359.52**

---

**3.6815**

**Nonpriority creditor's name and mailing address**

**Wendell Baptiste**
**220 Marshall Road Apt. C14**
**Monaca, PA 15061**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$730.89**

---

**3.6816**

**Nonpriority creditor's name and mailing address**

**Wendell Baptiste**
**220 Marshall Road Apt. C14**
**Monaca, PA 15061**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$730.89**

---

Debtor      **Launch Pad LLC**
                Name                                                                    Case number *(if known)* _____

---

| 3.681 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $430.52 |
|---|---|---|---|

**Wendell McKee**
**915 N Fox Meadow Terrace**
**Crystal River, FL 34429**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Basis for the claim:** __

**Last 4 digits of account number** __
Is the claim subject to offset? ■ No ☐ Yes

---

| 3.681 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $430.52 |
|---|---|---|---|

**Wendell McKee**
**915 N Fox Meadow Terrace**
**Crystal River, FL 34429**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Basis for the claim:** __

**Last 4 digits of account number** __
Is the claim subject to offset? ■ No ☐ Yes

---

| 3.681 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $823.14 |
|---|---|---|---|

**Wendpanga Compaore**
**234 Tennal Road**
**Birmingham ENG B322HJ**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Basis for the claim:** __

**Last 4 digits of account number** __
Is the claim subject to offset? ■ No ☐ Yes

---

| 3.682 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $627.02 |
|---|---|---|---|

**Wendy Behrend**
**8856 West McNab Road**
**Building 11 Apt 305**
**Tamarac, FL 33321**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Basis for the claim:** __

**Last 4 digits of account number** __
Is the claim subject to offset? ■ No ☐ Yes

---

| 3.682 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $851.52 |
|---|---|---|---|

**Wendy Lewis**
**299 Pecan Street**
**Pierson, FL 32180**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Basis for the claim:** __

**Last 4 digits of account number** __
Is the claim subject to offset? ■ No ☐ Yes

---

| 3.682 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $833.25 |
|---|---|---|---|

**Anthony Wentzel**
**11036 Moorpark Street, Ph 26**
**Los Angeles, CA 91602**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Basis for the claim:** __

**Last 4 digits of account number** __
Is the claim subject to offset? ■ No ☐ Yes

---

| 3.682 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $659.52 |
|---|---|---|---|

**Wes Davis**
**101 Edgewood Blvd**
**Birmingham, AL 35242**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Basis for the claim:** __

**Last 4 digits of account number** __
Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.682 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$658.87** |
|---|---|---|---|

**Wes Shaffer**
**8401 E Indian School Rd**
**Scottsdale, AZ 85251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.682 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$684.52** |
|---|---|---|---|

**Wesley Fouts**
**1094 Hunt Road**
**Lexington, NC 27292**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.682 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,359.52** |
|---|---|---|---|

**Wesley Fouts**
**1094 Hunt Road**
**Lexington, NC 27292**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.682 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,369.52** |
|---|---|---|---|

**Wesley Fouts**
**1094 Hunt Road**
**Lexington, NC 27292**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.682 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$684.52** |
|---|---|---|---|

**Wesley Fouts**
**1094 Hunt Road**
**Lexington, NC 27292**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.682 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,309.52** |
|---|---|---|---|

**Wesley Fouts**
**1094 Hunt Road**
**Lexington, NC 27292**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.683 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,309.52** |
|---|---|---|---|

**Wesley Park**
**708 Curtis Ct**
**Nashville, TN 37207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**3.683**
**1**

**Nonpriority creditor's name and mailing address**
**Wesley Shinault**
**113 Snowdrift Trl**
**Round Rock, TX 78664**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$716.82

---

**3.683**
**2**

**Nonpriority creditor's name and mailing address**
**Wesley Sledge**
**7317 Cedar Court**
**Colleyville, TX 76034**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$430.14

---

**3.683**
**3**

**Nonpriority creditor's name and mailing address**
**Wesley Takes**
**429 Darlington Avenue**
**Apt 307**
**Wilmington, NC 28403**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$725.48

---

**3.683**
**4**

**Nonpriority creditor's name and mailing address**
**Whatfontis Com Srl**
**Strada Podarului 11B**
**Ro38747080**
**Bucharest B 41653**
**ROMANIA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$2,725.00

---

**3.683**
**5**

**Nonpriority creditor's name and mailing address**
**Whine Del Rosario**
**14858 3/4 Dickens Street**
**Sherman Oaks, CA 91403**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$833.40

---

**3.683**
**6**

**Nonpriority creditor's name and mailing address**
**Whine Del Rosario**
**14858 3/4 Dickens Street**
**Sherman Oaks, CA 91403**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,573.12

---

**3.683**
**7**

**Nonpriority creditor's name and mailing address**
**Whine Del Rosario**
**14858 3/4 Dickens Street**
**Sherman Oaks, CA 91403**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$806.01

---

Debtor   **Launch Pad LLC**
_____   Case number _(if known)_ _____
Name

| | | |
|---|---|---|
| **3.6838** | **Nonpriority creditor's name and mailing address** | **$14,186.83** |

**Jerry White**
**450 Regency Ctr**
**Collinsville, IL 62234**

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.6839** | **Nonpriority creditor's name and mailing address** | **$1,680.45** |

**Wierd De Boer**
**Bregeleane 22**
**Stiens  9051 PM**
**NETHERLANDS**

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.6840** | **Nonpriority creditor's name and mailing address** | **$568.96** |

**Wilfinger Mario**
**Pfrundeweg 4**
**Weiler  6837**
**AUSTRIA**

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.6841** | **Nonpriority creditor's name and mailing address** | **$692.56** |

**Aaron Wilkinson**
**4212 E Los Angeles, #3831**
**Simi Valley, CA 93063**

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.6842** | **Nonpriority creditor's name and mailing address** | **$1,190.54** |

**Wilko Kraft**
**Mozartstrasse 16**
**Mauer  69256**
**GERMANY**

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.6843** | **Nonpriority creditor's name and mailing address** | **$3,323.18** |

**Wilko Kraft**
**Mozartstrasse 16**
**Mauer  69256**
**GERMANY**

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.684 4**

**Nonpriority creditor's name and mailing address**

**Wilko Van Beusekom**
**Boveneind Zuidzijde 35**
**Benschop  3405AN**
**NETHERLANDS**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,104.84**

---

**3.684 5**

**Nonpriority creditor's name and mailing address**

**Will Brooks**
**420 S River Rd.**
**Apt 4**
**West Bend, WI 53095**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$430.14**

---

**3.684 6**

**Nonpriority creditor's name and mailing address**

**William Ayers**
**403 Pebble Beach Drive**
**Harrison, AR 72601**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,348.90**

---

**3.684 7**

**Nonpriority creditor's name and mailing address**

**William Barnes**
**Flat 1**
**8-9 Hanover Crescent**
**Brighton ENG BN2 9SB**
**UNITED KINGDOM**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$741.06**

---

**3.684 8**

**Nonpriority creditor's name and mailing address**

**William Beck**
**656 SW Little Tree Cir**
**Port Orchard, WA 98367**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,490.38**

---

**3.684 9**

**Nonpriority creditor's name and mailing address**

**William Blanchard**
**3517 Katherine Way**
**Frederick, MD 21704**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$430.52**

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.6850**

**Nonpriority creditor's name and mailing address**

**William Breedon**
**4750 North Central Avenue**
**6C**
**Phoenix, AZ 85012**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$702.81

---

**3.6851**

**Nonpriority creditor's name and mailing address**

**William Carpenter**
**5580 La Jolla Blvd.**
**#413**
**La Jolla, CA 92037**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$2,004.94

---

**3.6852**

**Nonpriority creditor's name and mailing address**

**William Chadwick**
**Flat 1,**
**100 Clapham Common Southside**
**London ENG SW4 9DN**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$804.42

---

**3.6853**

**Nonpriority creditor's name and mailing address**

**William Chadwick**
**Flat 1,**
**100 Clapham Common Southside**
**London ENG SW4 9DN**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$785.38

---

**3.6854**

**Nonpriority creditor's name and mailing address**

**William Chalko**
**4021 W University Dr**
**Suite 200**
**Mckinney, TX 75071**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,459.96

---

**3.6855**

**Nonpriority creditor's name and mailing address**

**William Classen**
**9516 NW 80th Court**
**Tamarac, FL 33321**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$684.52

---

Debtor **Launch Pad LLC**
        Name                                                          Case number *(if known)*

---

**3.685
6**

**Nonpriority creditor's name and mailing address**

**William Cole**
**848 Southwest Spring Street**
**Mill City, OR 97360**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,329.58

---

**3.685
7**

**Nonpriority creditor's name and mailing address**

**William Cole**
**1929 Riverside Dr**
**Cincinnati, OH 45202**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$710.98

---

**3.685
8**

**Nonpriority creditor's name and mailing address**

**William Corcuera**
**15044 Wilmington Drive**
**Strongsville, OH 44136**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$3,655.29

---

**3.685
9**

**Nonpriority creditor's name and mailing address**

**William Dubose**
**3626 Eagle Cove Lane**
**Northport, AL 35473**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$430.52

---

**3.686
0**

**Nonpriority creditor's name and mailing address**

**William Ellis**
**2580 Via Tejon**
**Palso Verdes Estates, CA 90274**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,452.52

---

**3.686
1**

**Nonpriority creditor's name and mailing address**

**William Erickson**
**914 16 1/2 St SE**
**Rochester, MN 55904**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$850.87

---

**3.686
2**

**Nonpriority creditor's name and mailing address**

**William Garrett**
**11717 Kimbolton Place**
**Glen Allen, VA 23059**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$659.52

---

| Debtor | Launch Pad LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.686 3**

**Nonpriority creditor's name and mailing address**

**William Gill**
**6 Laurnic Dr**
**Reisterstown, MD 21136**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$851.52**

---

**3.686 4**

**Nonpriority creditor's name and mailing address**

**William Green**
**77 Guilfords**
**Harlow ENG CM17 0HX**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$764.77**

---

**3.686 5**

**Nonpriority creditor's name and mailing address**

**William Guan**
**193 Westlake Ave**
**Toronto ON M4C4S6**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$871.33**

---

**3.686 6**

**Nonpriority creditor's name and mailing address**

**William Hampton**
**5097 S Arrowhead Circle**
**Murray, UT 84107**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,820.78**

---

**3.686 7**

**Nonpriority creditor's name and mailing address**

**William Harris**
**8160 Veterans Parkway**
**Apt 1333**
**Columbus, GA 31909**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$659.52**

---

**3.686 8**

**Nonpriority creditor's name and mailing address**

**William Haynes**
**5575 Ave Isla Verde**
**Apt. 303**
**Carolina, PR 00979-5621**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$692.90**

---

**3.686 9**

**Nonpriority creditor's name and mailing address**

**William Horne**
**12 The Square**
**Newtongrange SCT EH22 4QD**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,423.88**

---

Debtor   **Launch Pad LLC**
_____          Case number (if known) _____
Name

| 3.6870 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $687.50 |

**William Hyde**
**1721 East Tumwater Ln**
**Eagle Mountain, UT 84005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6871 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,551.44 |

**William Iovenko**
**12605 Towne Creek Road**
**Louisville, KY 40243**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6872 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $719.88 |

**William Jemison**
**4262 West 59th Street**
**Los Angeles, CA 90043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6873 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $930.12 |

**William Jemison**
**4262 West 59th Street**
**Los Angeles, CA 90043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6874 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $459.04 |

**William Kievit**
**422 Northern Parkway**
**Ridgewood, NJ 07450**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6875 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $459.04 |

**William Kievit**
**422 Northern Parkway**
**Ridgewood, NJ 07450**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6876 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $738.82 |

**William Kilzer**
**6576 South Poplar Court**
**Centennial, CO 80111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | | Case number *(if known)* | |
| | Name | | | |

---

**3.6877**

**Nonpriority creditor's name and mailing address**

**William Kilzer**
**6576 South Poplar Court**
**Centennial, CO 80111**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$733.46

---

**3.6878**

**Nonpriority creditor's name and mailing address**

**William Lee**
**2236 Gallina Circle**
**Collierville, TN 38017**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$627.02

---

**3.6879**

**Nonpriority creditor's name and mailing address**

**William Leet**
**245 Hyssop Court**
**Henderson, NV 89015**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$712.56

---

**3.6880**

**Nonpriority creditor's name and mailing address**

**William Matthews**
**850 Vanderbilt Ter SE**
**Leesburg, VA 20175**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$61.30

---

**3.6881**

**Nonpriority creditor's name and mailing address**

**William McLachlan**
**4331 Kingswell Ave.**
**Los Angeles, CA 90027**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$737.78

---

**3.6882**

**Nonpriority creditor's name and mailing address**

**William Mendel**
**5000 W 131 Ter**
**Leawood, KS 66209**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,419.27

---

**3.6883**

**Nonpriority creditor's name and mailing address**

**William Molyneaux**
**15391 Flight Path Drive**
**Brooksville, FL 34604**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$259.52

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.688 4**

**Nonpriority creditor's name and mailing address**

**William Molyneaux**
**15391 Flight Path Drive**
**Brooksville, FL 34604**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$3,234.52

---

**3.688 5**

**Nonpriority creditor's name and mailing address**

**William Morales**
**4250 Lindblade Drive**
**Apt 3**
**Los Angeles, CA 90066**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$469.11

---

**3.688 6**

**Nonpriority creditor's name and mailing address**

**William Nehrenz**
**13615 Madison Avenue**
**Lakewood, OH 44107**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$744.70

---

**3.688 7**

**Nonpriority creditor's name and mailing address**

**William Norchi**
**2 Stowe Street**
**Fl 1**
**Pittsburgh, PA 15205**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$670.92

---

**3.688 8**

**Nonpriority creditor's name and mailing address**

**William Oliveira**
**6511 NW 87th Ave #Cli246746**
**Miami, FL 33178**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,970.83

---

**3.688 9**

**Nonpriority creditor's name and mailing address**

**William Pletcher**
**500 Spring Ave.**
**Reading, PA 19606**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,531.77

---

**3.689 0**

**Nonpriority creditor's name and mailing address**

**William Polick**
**15936 Avenida Villaha**
**Apt 60**
**San Diego, CA 92128**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$695.70

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.689 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $684.50 |
|---|---|---|---|

**William Price**
**6411 S River Dr**
**Unit 55**
**Tempe, AZ 85283**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.689 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $633.87 |
|---|---|---|---|

**William Price**
**6411 S River Dr**
**Unit 55**
**Tempe, AZ 85283**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.689 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,959.52 |
|---|---|---|---|

**William Reeves**
**7715 Krefeld Glen Dr #516**
**Charlotte, NC 28227**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.689 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $659.52 |
|---|---|---|---|

**William Roberts**
**18328 Begonia Dr**
**Rockwood, MI 48173**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.689 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $915.40 |
|---|---|---|---|

**William Rudy**
**120 W Schantz Ave**
**Oakwood, OH 45409**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.689 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,303.18 |
|---|---|---|---|

**William Schneider**
**2237 Doster Drive**
**New Smyrna Beach, FL 32168**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.689 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $678.43 |
|---|---|---|---|

**William Shaffer**
**947 Golden Crest Ave.**
**Newbury Park, CA 91320**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.6898**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$739.46** |
| **William Smith** | ☐ Contingent | |
| **1442 Baylor Lane** | ☐ Unliquidated | |
| **Jacksonville, FL 32217** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.6899**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$657.81** |
| **William Studley** | ☐ Contingent | |
| **1308 S Secretariat Way** | ☐ Unliquidated | |
| **Nampa, ID 83686** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.6900**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$748.66** |
| **William Sylvester** | ☐ Contingent | |
| **20311 Kiawah Island Drive** | ☐ Unliquidated | |
| **Ashburn, VA 20147** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.6901**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,309.52** |
| **William Thurmond** | ☐ Contingent | |
| **6090 Melbourne Ave** | ☐ Unliquidated | |
| **Deale, MD 20751** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.6902**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$730.89** |
| **William Uzelmeier** | ☐ Contingent | |
| **6079 Creekside Dr** | ☐ Unliquidated | |
| **Flourtown, PA 19031** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.6903**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,309.52** |
| **William Wheeler** | ☐ Contingent | |
| **805 Corner Square** | ☐ Unliquidated | |
| **Seabrook, TX 77586** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.6904**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,309.52** |
| **William White** | ☐ Contingent | |
| **2610 Drs Drive** | ☐ Unliquidated | |
| **Richmond, TX 77406-1929** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Launch Pad LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.690 5**

**Nonpriority creditor's name and mailing address**

**Lawrence Williams II**
**3608 Brandy Creek Ct.**
**North Las Vegas, NV 89032**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$705.34

---

**3.690 6**

**Nonpriority creditor's name and mailing address**

**Keith Williams Jr**
**474 Martin Street**
**Philadelphia, PA 19128**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$64.28

---

**3.690 7**

**Nonpriority creditor's name and mailing address**

**Anthony L Williams**
**25 Mountain Avenue**
**West Orange, NJ 07052**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$116.78

---

**3.690 8**

**Nonpriority creditor's name and mailing address**

**Anthony L Williams**
**25 Mountain Avenue**
**West Orange, NJ 07052**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,369.62

---

**3.690 9**

**Nonpriority creditor's name and mailing address**

**Willie Senn**
**888 W E St #2004**
**San Diego, CA 92101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,409.62

---

**3.691 0**

**Nonpriority creditor's name and mailing address**

**Willie Winstead**
**3905 Brokeshire St**
**Cary, NC 27519**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$634.52

---

**3.691 1**

**Nonpriority creditor's name and mailing address**

**Willy Ogenia**
**Leeuwenborchweide 57**
**Helmond  5709 SB**
**NETHERLANDS**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$854.39

---

| Debtor | **Launch Pad LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.691 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$700.15** |
|---|---|---|---|

**Wilmar Mejia**
**12 Wendell Street #15**
**Cambridge, MA 02138**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.691 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$430.52** |
|---|---|---|---|

**Wilmer Sanabria**
**910 Saint Andrews Drive**
**Augusta, GA 30909**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.691 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,158.77** |
|---|---|---|---|

**Wilson Lee**
**10708/19 Wilson Street**
**West End QLD 4101**
**AUSTRAILA**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.691 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,100.60** |
|---|---|---|---|

**Wim Ter Laak**
**Kam. Onneslaan 4**
**Enschede  7535CS**
**NETHERLANDS**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.691 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$767.29** |
|---|---|---|---|

**Wing Ng**
**129 Swingate Lane**
**London ENG SE182BZ**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.691 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$744.09** |
|---|---|---|---|

**Adam Winkler**
**4733 Potter Park Loop**
**Missoula, MT 59808**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.691 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$684.52** |
|---|---|---|---|

**Winston Walker**
**6002 Black Willow Drive**
**Greensboro, NC 27405**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number (*if known*) | _____ |
|---|---|---|---|
| | Name | | |

---

| 3.691 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$689.52** |
|---|---|---|---|

**Winton Forde**
**268 NE 200th Ter**
**Miami, FL 33179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.692 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$488.40** |
|---|---|---|---|

**Wisam Ali Nour**
**Svarvaregatan 7**
**Halmstad 30250**
**SWEDEN**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.692 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$871.28** |
|---|---|---|---|

**Wisdom Salami**
**390 Dixon Road**
**Apt 1509**
**Etobicoke ON M9R 1T4**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.692 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,769.97** |
|---|---|---|---|

**Wolfram Hofgen**
**Am Lindenberg 51**
**Dresden  1328**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.692 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$659.52** |
|---|---|---|---|

**King Wong Deng**
**6807 Perry Penney Drive**
**Annandale, VA 22003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.692 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,114.52** |
|---|---|---|---|

**Jennifer K Woodside**
**4660 NW 133rd St**
**Tripp G**
**Opa Locka, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.692 5**

**Nonpriority creditor's name and mailing address**

**Woody Somvichai**
**510 Upas Street**
**#2**
**San Diego, CA 92103**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,409.62**

---

**3.692 6**

**Nonpriority creditor's name and mailing address**

**Work Loughnane**
**2 South Greenwood Avenue 014**
**Park Ridge, IL 60068**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$697.55**

---

**3.692 7**

**Nonpriority creditor's name and mailing address**

**Wouter Kloosters**
**Fijnjekade 304**
**Den Haag  2521 DV**
**NETHERLANDS**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,457.61**

---

**3.692 8**

**Nonpriority creditor's name and mailing address**

**Wouter Siewers**
**Rietkamp 81**
**Vianen Ut  4133CS**
**NETHERLANDS**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,673.42**

---

**3.692 9**

**Nonpriority creditor's name and mailing address**

**Wouter Smaardijk**
**Groene Hil 38**
**Breda  4822 RS**
**NETHERLANDS**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$873.70**

---

**3.693 0**

**Nonpriority creditor's name and mailing address**

**Wyett Sampson**
**75 North Hill Drive West Carriere Ms**
**Carriere, MS 39426**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$634.52**

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.693
1**

**Nonpriority creditor's name and mailing address**

**Xanthos Vlasidis**
**Perikleous 64**
**Apartment**
**Orestiada  68200**
**GREECE**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$2,212.31

---

**3.693
2**

**Nonpriority creditor's name and mailing address**

**Xavier Orante**
**7488 E. Ramona Way**
**Fresno, CA 93737**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$2,280.99

---

**3.693
3**

**Nonpriority creditor's name and mailing address**

**Xavion Walls**
**3724 Berry Drive**
**Los Angeles, CA 91604**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$719.88

---

**3.693
4**

**Nonpriority creditor's name and mailing address**

**Xiao Zhao**
**101 Rue Du Tournoi**
**Gatineau QC J9J 3V5**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$689.68

---

**3.693
5**

**Nonpriority creditor's name and mailing address**

**Xiaoshu Tang**
**7538 Tyndale Crescent**
**Burnaby BC V5A 4K1**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$689.06

---

**3.693
6**

**Nonpriority creditor's name and mailing address**

**Xinyu Chen**
**7 Geddes Terrace**
**Avondale**
**Auckland AUK 1026**
**NEW ZEALAND**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$1,369.03

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.6937**

Nonpriority creditor's name and mailing address

**Xinyu Chen**
**7 Geddes Terrace**
**Avondale**
**Auckland AUK 1026**
**NEW ZEALAND**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$169.45**

---

**3.6938**

Nonpriority creditor's name and mailing address

**Yaarub Aloudat**
**Hauptstrasse 66**
**Ihlienworth  21775**
**GERMANY**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$837.64**

---

**3.6939**

Nonpriority creditor's name and mailing address

**Alpaslan Yagcioglu**
**487 East Boylston Street,**
**Newton Center, MA 02459**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$3,483.29**

---

**3.6940**

Nonpriority creditor's name and mailing address

**Yamik Aleman**
**1360 West 41st Street #203**
**Hialeah, FL 33012**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$409.47**

---

**3.6941**

Nonpriority creditor's name and mailing address

**David Yang**
**5085 Elkhart St**
**Denver, CO 80239**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$172.87**

---

**3.6942**

Nonpriority creditor's name and mailing address

**David Yang**
**5085 Elkhart St**
**Denver, CO 80239**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$716.92**

---

Debtor **Launch Pad LLC**
_____
Name

Case number (if known) _____

| | |
|---|---|
| 3.694<br>3 | |

**Nonpriority creditor's name and mailing address**

**Yann Ebel**
**Elisabethenstrasse 46**
**Stuttgart  70197**
**GERMANY**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,620.07**

---

| | |
|---|---|
| 3.694<br>4 | |

**Nonpriority creditor's name and mailing address**

**Yanni Chabot-Valin**
**5865**
**Villeneuve**
**Sainte-Catherine QC J5C 1J6**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,389.84**

---

| | |
|---|---|
| 3.694<br>5 | |

**Nonpriority creditor's name and mailing address**

**Yannick Amberg**
**Felsenrainstrasse 83**
**Zurich  8052**
**SWITZERLAND**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,064.04**

---

| | |
|---|---|
| 3.694<br>6 | |

**Nonpriority creditor's name and mailing address**

**Yannick Kwan**
**1841 N California Ave**
**3D**
**Chicago, IL 60647**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$474.22**

---

| | |
|---|---|
| 3.694<br>7 | |

**Nonpriority creditor's name and mailing address**

**Yansong Gao**
**550 Uptown Court**
**Apt 507**
**Kirkland, WA 98033**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$724.37**

---

| | |
|---|---|
| 3.694<br>8 | |

**Nonpriority creditor's name and mailing address**

**Yaroslav Shchubelka**
**Pavlivska, 18 #17**
**Kyiv  1054**
**UKRAINE**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$827.89**

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | _____ |
| | Name | | |

---

**3.6949**

**Nonpriority creditor's name and mailing address**

**Yascha Savoie**
**246 Blvd Louis-XIV**
**Quebec QC G2K 1W7**
**CANADA**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$675.93

---

**3.6950**

**Nonpriority creditor's name and mailing address**

**Yasen Maksimov**
**Lozenec, Tsvetna Gradina Str., No.47-51**
**5th Floor, Apertment 15**
**Sofia  1421**
**BULGARIA**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$896.18

---

**3.6951**

**Nonpriority creditor's name and mailing address**

**Yasin Argac**
**Am Kortlander 3**
**Bochum  44787**
**GERMANY**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$900.26

---

**3.6952**

**Nonpriority creditor's name and mailing address**

**Yasmin Boukhari**
**3 Cygnet Avenue**
**London ENG TW14 0DZ**
**UNITED KINGDOM**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$951.22

---

**3.6953**

**Nonpriority creditor's name and mailing address**

**Yasmina Sanz**
**Passatge De Llu  S Pellicer 19**
**Local 1**
**Barcelona B 8036**
**SPAIN**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$22.99

---

**3.6954**

**Nonpriority creditor's name and mailing address**

**Yasmina Sanz**
**Passatge De Llu  S Pellicer 19**
**Local 1**
**Barcelona B 8036**
**SPAIN**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$22.99

---

Debtor    **Launch Pad LLC**
_____
Name

Case number *(if known)* _____

| | | |
|---|---|---|
| **3.695 5** | **Nonpriority creditor's name and mailing address** | **$851.14** |

**Yasser Syed**
**17337 Borromeo Ave**
**Pflugerville, TX 78660**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.695 6** | **Nonpriority creditor's name and mailing address** | **$430.14** |

**Yasser Syed**
**17337 Borromeo Ave**
**Pflugerville, TX 78660**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.695 7** | **Nonpriority creditor's name and mailing address** | **$953.12** |

**Yassin Ouider**
**14 Avenue De Leurope**
**Montevrain  77144**
**FRANCE**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.695 8** | **Nonpriority creditor's name and mailing address** | **$814.39** |

**Yassin Ouider**
**14 Avenue De Leurope**
**Mixauto**
**Montevrain  77144**
**FRANCE**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.695 9** | **Nonpriority creditor's name and mailing address** | **$951.89** |

**Yau Ken Huynh**
**12 Hove Close**
**Grays ENG RM17 6PD**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.696 0** | **Nonpriority creditor's name and mailing address** | **$469.11** |

**Yazan Kawar**
**44 Hobart Avenue**
**Unit D**
**San Mateo, CA 94402**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.696
1**

**Nonpriority creditor's name and mailing address**

**Yen Huang**
**734 Canary Wharf Drive**
**Las Vegas, NV 89178**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$429.12**

---

**3.696
2**

**Nonpriority creditor's name and mailing address**

**Yennedit Garcia**
**Circuito Bilbao #3**
**Fracc. Lomas Del Sol**
**Municipio De Alvarado VER 95264**
**MEXICO**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,326.74**

---

**3.696
3**

**Nonpriority creditor's name and mailing address**

**Yevgeniy Azimov**
**584 Walpole Crescent**
**Newmarket ON L3X 2B4**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$706.72**

---

**3.696
4**

**Nonpriority creditor's name and mailing address**

**Yi Tian**
**6125 Canada Way**
**Burnaby BC V5E 3P1**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$656.72**

---

**3.696
5**

**Nonpriority creditor's name and mailing address**

**Yichen Zhang**
**1691 156A Street**
**Surrey BC V4A 4V9**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$757.60**

---

**3.696
6**

**Nonpriority creditor's name and mailing address**

**Yijun Yu**
**8 Venetian Court, Wavendon Gate**
**Milton Keynes ENG MK77ST**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$510.64**

---

Debtor **Launch Pad LLC**
_____
Name

Case number *(if known)* _____

| 3.696 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $689.21 |
|---|---|---|---|

**Yohan Fournel**
**9977 Rue Saint-Maurice #14**
**Quebec QC G2B 3J9**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.696 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $756.52 |
|---|---|---|---|

**Yolfer Carvajkal**
**721 6th Street #10**
**Union City, NJ 07087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.696 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,559.52 |
|---|---|---|---|

**Yolisel Reyes**
**La Colmena Ph Pacific Coast**
**20B**
**Panama PA-8**
**PANAMA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.697 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,138.32 |
|---|---|---|---|

**Yordan Dinev**
**Business Park Varna Building B1**
**Building B1 3rd Floor It Yordan Dinev**
**Varna  9009**
**BULGARIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.697 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $804.98 |
|---|---|---|---|

**Yosbel Sanjudo**
**8923 La Manga Ave**
**Las Vegas, NV 89147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.697 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $459.04 |
|---|---|---|---|

**Youngkeun Cha**
**100 Old Palisade Rd**
**Apt 1115**
**Fort Lee, NJ 07024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.697<br>3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$931.72** |
|---|---|---|---|

**Yousif Khair**
**Stiglenstrasse 40**
**Zurich  8052**
**SWITZERLAND**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.697<br>4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$659.52** |
|---|---|---|---|

**Ameer Youssef**
**72 Barrow Street**
**2E**
**New York, NY 10014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.697<br>5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,410.59** |
|---|---|---|---|

**Yousuf Alshaibani**
**Al Khawaneej 1**
**House 77 Street 2**
**Dubai DU**
**UNITED ARAB EMIRATES**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.697<br>6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$699.09** |
|---|---|---|---|

**Yovarni Yearwood**
**1130 Fullerton Avenue**
**Allentown, PA 18102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.697<br>7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$690.39** |
|---|---|---|---|

**Yue Liu**
**144 Elmira Lane**
**Gaithersburg, MD 20878**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.697<br>8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$120.84** |
|---|---|---|---|

**Yue Sun**
**Mittelweg 50**
**Frankfurt Am Main  60318**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | _____ |
|---|---|---|---|
| | Name | | |

---

**3.6979**

**Nonpriority creditor's name and mailing address**

**Yue Ting Ferris Wong**
**49 Lakeview Avenue**
**Rowville VIC 3178**
**AUSTRAILA**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$805.98**

---

**3.6980**

**Nonpriority creditor's name and mailing address**

**Yufeng Wei**
**19 Prebble Drive**
**Markham ON L6E 0M9**
**CANADA**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$689.68**

---

**3.6981**

**Nonpriority creditor's name and mailing address**

**Yuji Nakajima**
**1893 Harley Dr.**
**Ann Arbor, MI 48103**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$677.61**

---

**3.6982**

**Nonpriority creditor's name and mailing address**

**Yuli Hua**
**Gibraltargatan 106**
**Apt 1202**
**Goteborg  412 79**
**SWEDEN**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$19.00**

---

**3.6983**

**Nonpriority creditor's name and mailing address**

**Yunus Emre Taay**
**Antalya Havalimani A Kapisi Tgs Sirketi**
**Muratpasa  7050**
**TURKEY**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$795.15**

---

**3.6984**

**Nonpriority creditor's name and mailing address**

**Yuqi Kong**
**218 West Main Street**
**Newark, DE 19711**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$634.52**

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.698 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $657.32 |
|---|---|---|
| **Yura Bogdan**<br>**150 Northeast Danbury Avenue**<br>**Hillsboro, OR 97124** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.698 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $689.68 |
|---|---|---|
| **Yuri Nicholas Manahan**<br>**352 Cooper Street**<br>**Cambridge ON N3C 3X8**<br>**CANADA** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.698 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $738.88 |
|---|---|---|
| **Yuriy Tymchuk**<br>**1506 Topp Ln**<br>**Apt 4**<br>**Glenview, IL 60025** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.698 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,272.52 |
|---|---|---|
| **Yusef Lewis**<br>**43-57 Union St.**<br>**1F**<br>**Flushing, NY 11355** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.698 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,499.70 |
|---|---|---|
| **Yusuf Albayrak**<br>**43 Samford House Barnsbury Estate**<br>**London ENG N1 0JF**<br>**UNITED KINGDOM** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.699 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,089.78 |
|---|---|---|
| **Yves Baes**<br>**Nukkerstraat 142, #101**<br>**Bredene  8450**<br>**BELGIUM** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.699 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,455.30 |
|---|---|---|
| **Yves Baes**<br>**Nukkerstraat 142, #101**<br>**Bredene  8450**<br>**BELGIUM** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.699 2**

**Nonpriority creditor's name and mailing address**
**Yves Fontaine**
**121 Rue De La Marqueze**
**Angresse  40150**
**FRANCE**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,532.69**

---

**3.699 3**

**Nonpriority creditor's name and mailing address**
**Zac Joslin**
**1560 West Beebe Capps Expressway**
**Ste 159**
**Searcy, AR 72143**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$430.14**

---

**3.699 4**

**Nonpriority creditor's name and mailing address**
**Zach Hunter**
**19011 Mathew Circle**
**Huntington Beach, CA 92646**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$708.50**

---

**3.699 5**

**Nonpriority creditor's name and mailing address**
**Zach Janisse**
**517 Estate Pk**
**Windsor ON N8N 3C5**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,294.66**

---

**3.699 6**

**Nonpriority creditor's name and mailing address**
**Zachariah Baker**
**3807 W. Leila Ave.**
**Tampa, FL 33616**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$430.52**

---

**3.699 7**

**Nonpriority creditor's name and mailing address**
**Zachary Ambrose**
**295 St Marks Ave Apt 4A**
**Brooklyn, NY 11238**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$718.06**

---

**3.699 8**

**Nonpriority creditor's name and mailing address**
**Zachary Berg**
**8025 Bonhomme Ave #1607**
**Clayton, MO 63105**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$684.14**

---

| Debtor | **Launch Pad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.6999**

Nonpriority creditor's name and mailing address

**Zachary Conces**
**2208 Blucher Valley Rd**
**Sebastopol, CA 95472**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$745.56

---

**3.7000**

Nonpriority creditor's name and mailing address

**Zachary Desutter**
**2026 18th St. Sw**
**Cedar Rapids, IA 52404**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$763.82

---

**3.7001**

Nonpriority creditor's name and mailing address

**Zachary Garcia**
**22050 Runnymede Street**
**Canoga Park, CA 91303**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$964.50

---

**3.7002**

Nonpriority creditor's name and mailing address

**Zachary Kojoyian**
**1409 Aldenham Lane**
**Reston, VA 20190**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$851.52

---

**3.7003**

Nonpriority creditor's name and mailing address

**Zachary Neal**
**Dunster Cottage Telegraph Road**
**London ENG SW15 3SY**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$755.82

---

**3.7004**

Nonpriority creditor's name and mailing address

**Zachary Olsen**
**6228 Colbert Street**
**New Orleans, LA 70124**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$689.52

---

**3.7005**

Nonpriority creditor's name and mailing address

**Zachary Orender**
**3909 Duval Dr.**
**Jacksonville Beach, FL 32250**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$851.52

---

Debtor **Launch Pad LLC**
_____
Name

Case number *(if known)* _____

| 3.700 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$726.78** |
|---|---|---|---|

**Zachary Smith**
**6409 Lakeland Drive**
**Raleigh, NC 27612**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.700 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,389.84** |
|---|---|---|---|

**Zachary Sutherland**
**154 Goodwin Dr**
**Guelph ON N1L 0B2**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.700 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$430.52** |
|---|---|---|---|

**Zachary Testa**
**746 SW 158 Terrace**
**Sunrise, FL 33326**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.700 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,720.10** |
|---|---|---|---|

**Zack Niochet**
**476 Boler Road**
**London ON N6K 2K7**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.701 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,067.50** |
|---|---|---|---|

**Zaharias Fountas**
**90 Prospect Avenue**
**Hackensack, NJ 07601**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.701 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,684.14** |
|---|---|---|---|

**Zahra Aljefri**
**49 Stamford Road E6 1Lp - Eastham London**
**London ENG E6 1LP**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.701 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$429.87** |
|---|---|---|---|

**Zainab Abdulrahman**
**4809 Boone Circle North**
**Minneapolis, MN 55428**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Launch Pad LLC**

Case number *(if known)* _____

Name

| 3.701 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $871.28 |
|---|---|---|---|

**Zak Haruna**
**4282 Blvd Dorchester #204**
**Westmount QC H3Z 1V7**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.701 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,329.90 |
|---|---|---|---|

**Zakir Butte**
**16827 Bothell Way Northeast**
**Lake Forest Park, WA 98155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.701 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $716.11 |
|---|---|---|---|

**Zakory Slingerland**
**823 E Sitka Ave Apt 98**
**Spokane, WA 99208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.701 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $867.59 |
|---|---|---|---|

**Zbigniew Conrady**
**Sandsteinweg 8**
**Berlin  12349**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.701 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,275.31 |
|---|---|---|---|

**Zbigniew Trzupek**
**32 Birklands Avenue**
**New Ollerton**
**Newark ENG NG22 9SA**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.701 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $180,236.84 |
|---|---|---|---|

**Zephyrus Network LLC**
**Attn: Laura Gilbert**
**234 Morrell Rd PMB 194**
**Knoxville, TN 37919-5876**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Judgment__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☒ Yes

---

Official Form 206 E/F                Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.7019**

**Nonpriority creditor's name and mailing address**
**Zeth Herron**
**3514 Surrey Dr NE**
**Olympia, WA 98506**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$719.11

---

**3.7020**

**Nonpriority creditor's name and mailing address**
**Zhanna Biletska**
**6511 North Newgard Avenue**
**Apt Bsmt**
**Chicago, IL 60626**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$474.22

---

**3.7021**

**Nonpriority creditor's name and mailing address**
**Zhao Wang**
**8843 Barrette Ave**
**Rosemead, CA 91770**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$719.88

---

**3.7022**

**Nonpriority creditor's name and mailing address**
**Zhennan Wang**
**311 Saint Nicholas Avenue**
**Apt 3B**
**Queens, NY 11385**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$659.52

---

**3.7023**

**Nonpriority creditor's name and mailing address**
**Zheyi Liao**
**198 Twin Oak Drive**
**Lynchburg, VA 24502**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$689.52

---

**3.7024**

**Nonpriority creditor's name and mailing address**
**Zhi Xiong Huo**
**7428 19th Avenue, #104**
**Burnaby BC V3N 1E1**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$656.72

---

**3.7025**

**Nonpriority creditor's name and mailing address**
**Zhiming Hong**
**2225 Northwest 62nd Street**
**Seattle, WA 98107**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$697.14

---

| Debtor | **Launch Pad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.702**
**6**

**Nonpriority creditor's name and mailing address**

**Zibran Islam**
**236 Brighton Gate**
**Saskatoon SK S7V 0R1**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$758.03

---

**3.702**
**7**

**Nonpriority creditor's name and mailing address**

**Zichen Liu**
**565 Proudfoot Lane**
**Apt.1005**
**London ON N6H 0A1**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$681.72

---

**3.702**
**8**

**Nonpriority creditor's name and mailing address**

**Zlatan Muratovic**
**1280 Ashford Creek Way Northeast**
**Atlanta, GA 30319**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$729.31

---

**3.702**
**9**

**Nonpriority creditor's name and mailing address**

**Zoe Nalebuff**
**91 Bainbridge Street**
**Brooklyn, NY 11233**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$659.52

---

**3.703**
**0**

**Nonpriority creditor's name and mailing address**

**Zoe Togba**
**3337 West 84th Place**
**Chicago, IL 60652**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$726.71

---

**3.703**
**1**

**Nonpriority creditor's name and mailing address**

**Zoheb Imtiaz**
**1521 Boyd Pointe Way Apt 1812**
**Tysons, VA 22182**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$851.52

---

**3.703**
**2**

**Nonpriority creditor's name and mailing address**

**Zoheb Imtiaz**
**1521 Boyd Pointe Way Apt 1812**
**Tysons, VA 22182**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$109.52

---

| Debtor | **Launch Pad LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

| **3.703 3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$665.61** |
|---|---|---|---|

**Zoila Gonzalez**
**616 Columbus Avenue**
**Boston, MA 02118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.703 4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$681.72** |
|---|---|---|---|

**Zonglun Li**
**1382 Grand Blvd**
**Oakville ON L6H 3E5**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.703 5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$805.98** |
|---|---|---|---|

**Zouhair Diab**
**56 Sandakan Rd**
**Revesby Heights NSW 2212**
**AUSTRAILA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.703 6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,502.61** |
|---|---|---|---|

**Zubair Ali Awan**
**22 Lyme Park**
**Nottingham  ENG NG2 7TR**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.703 7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$506.24** |
|---|---|---|---|

**Zwe Maung Maung**
**102218 Nolu Sk, No.11, Guneykent Mah, Ef**
**Gaziantep  27470**
**TURKEY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

### Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **C. Gavin Shepherd**<br>**Woolf McClane Bright Allen & Carpenter**<br>**PO Box 900**<br>**Knoxville, TN 37901-0900** | Line  **3.7018**<br><br>☐ Not listed. Explain ____ | _ |

---

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

Debtor    **Launch Pad LLC**
Name

Case number (*if known*)

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ **0.00** |
| **5b. Total claims from Part 2** | 5b. + $ | **7,573,025.37** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | **7,573,025.37** |

**Fill in this information to identify the case:**

Debtor name    **Launch Pad LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF KENTUCKY

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**

☑ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1    State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.2    State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.3    State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.4    State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name **Launch Pad LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF KENTUCKY

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                            12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor** | | *Column 2:* **Creditor**

| | Name | Mailing Address | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|
| 2.1 | _____ | _____ Street | | _____ | ☐ D ☐ E/F ☐ G |
| | | _____ City        State        Zip Code | | | |
| 2.2 | _____ | _____ Street | | _____ | ☐ D ☐ E/F ☐ G |
| | | _____ City        State        Zip Code | | | |
| 2.3 | _____ | _____ Street | | _____ | ☐ D ☐ E/F ☐ G |
| | | _____ City        State        Zip Code | | | |
| 2.4 | _____ | _____ Street | | _____ | ☐ D ☐ E/F ☐ G |
| | | _____ City        State        Zip Code | | | |

**Fill in this information to identify the case:**

Debtor name **Launch Pad LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF KENTUCKY

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$3,831,135.00** |
   | **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$22,453,778.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|
   | | | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|
   | | | | |

| Debtor | Launch Pad LLC | | Case number *(if known)* | |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
| --- | --- | --- | --- |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
| --- | --- | --- | --- |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
| --- | --- | --- | --- |

| **Part 3:** | **Legal Actions or Assignments** |

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
| --- | --- | --- | --- | --- |
| 7.1. | **Todd Lamb v Launch Pad LLC d/b/a Syncrob.it**<br>22-S-00043 | **Recovery of money** | **Bullitt County District Small Claims**<br>**250 Frank E. Simon Ave.**<br>**PO Box 746**<br>**Shepherdsville, KY 40165** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. | **Zephyrus Network, LLC v. Launch Pad, LLC**<br>205598-1 | **Breach of Contract** | **Chancery Court for Knox County TN**<br>**Knoxville City County Building**<br>**400 Main St SW #125**<br>**Knoxville, TN 37902** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.3. | **Dulany Hill v. Launch Pad, LLC**<br>23IWSC00161 | **Small Claims** | **Inglewood Small Claims Court**<br>**Inglewood Courthouse**<br>**1 E Regent St., 6th Floor**<br>**Inglewood, CA 90301** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

| Debtor | Launch Pad LLC | Case number *(if known)* | |
|---|---|---|---|

■ None

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
|---|---|

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| **Part 5:** | **Certain Losses** |
|---|---|

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Kaplan Johnson Abate & Bird LLP**<br>**710 West Main Street**<br>**Fourth Floor**<br>**Louisville, KY 40202** | | **06/27/2023** | **$50,000.00** |
| | Email or website address<br>**kaplanjohnsonlaw.com** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Dinsmore & Shohl LLP**<br>**100 W. Main St.**<br>**Suite 900**<br>**Lexington, KY 40507** | | **12/07/2022** | **$2,385.00** |
| | Email or website address<br>**dinsmore.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case

| Debtor | Launch Pad LLC | Case number *(if known)* | |
|---|---|---|---|

to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Strategic Partnership North America 4261-A14 HWY 7 East 887, Unionville, Ontario, L3R 9W6 CANADA | Two (2) wire transfers of $1,375,017.50; one reversed for $1,374,992.50 | 02/11/2022 - 02/16/2022 | $1,375,042.50 |
| | Relationship to debtor | | | |
| 13.2. | Access Management LLC 358 Westside Drive Shepherdsville, KY 40165 | Net transfers between accounts | 10/20/2021 - 05/13/2022 | $1,068,300.00 |
| | Relationship to debtor Insider | | | |
| 13.3. | Nebra Ltd Bells Yew Green Business Ct Frant Withyham Ward England, TN3 9BJ UNITED KINGDOM | Computing and networking equipment, IP, firmware | March 2023 | $300,000.00 |
| | Relationship to debtor | | | |

## Part 7:   Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:   Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

| Debtor | Launch Pad LLC | Case number *(if known)* | |

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☑ Yes. State the nature of the information collected and retained.

**Name, address, email address, and phone number**

Does the debtor have a privacy policy about that information?
☐ No
☑ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Warehouse<br>Strada Apollo 61<br>Braila 810066<br>ROMANIA | George Partrene<br>7120 Route 954 Hwy N.<br>Creekside, PA 15732 | Miscellaneous equipment, 9,000 antennas, and satellites | ☐ No<br>☑ Yes |

Debtor   **Launch Pad LLC**                                        Case number *(if known)* _____

---

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

---

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

    | Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
    | --- | --- | --- | --- |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

    | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
    | --- | --- | --- | --- |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

    | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
    | --- | --- | --- | --- |

---

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

    | Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
    | --- | --- | --- |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

Debtor    **Launch Pad LLC**                                                    Case number *(if known)*  _____

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Kim Hardesty PSC** **1369 KY-44** **Shepherdsville, KY 40165** | **01/01/2021 - Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Brandon May** | **3433 Hardwood Forest Drive Louisville, KY 40214** | **Member** | **99.99** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **George Partrene** | **7120 Route 954 Hwy N. Creekside, PA 15732** | **Chief Information Officer** | |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Candi May** | **358 Westside Drive Shepherdsville, KY 40165** | **CEO and member** | **01/01/2021 - 12/07/2021** |

Debtor    **Launch Pad LLC** _____    Case number *(if known)* _____

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Amin Ramji** | **132 Anderson Club** | **Sales officer** | **Ended in 2022** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ☐ No
   ■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Brandon May**<br>**358 Westside Drive**<br>**Shepherdsville, KY 40165** | **$3,000** | **05/03/2023** | **Loan repayment** |
| | Relationship to debtor<br>**Member** | | | |
| 30.2. | **George Partrene**<br>**7120 Route 954 Hwy N.**<br>**Creekside, PA 15732** | **$9,000** | **08/24/2022 - 10/24/2022** | **Salary** |
| | Relationship to debtor<br>**Chief Information Officer** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ■ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ■ No
   ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

Debtor    **Launch Pad LLC**  _____     Case number *(if known)*  _____

---

**Part 14:**    Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August  3, 2023**  _____

**/s/ Brandon May**  _____          **Brandon May**  _____
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Member**  _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of Kentucky

In re    **Launch Pad LLC**

_____

Debtor(s)

Case No. _____

Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ **FLAT FEE**

| | |
|---|---|
| For legal services, I have agreed to accept | $ _____ |
| Prior to the filing of this statement I have received | $ _____ |
| Balance Due | $ _____ |

☑ **RETAINER**

| | |
|---|---|
| For legal services, I have agreed to accept and received a retainer of | $       **50,000.00** |
| The undersigned shall bill against the retainer at an hourly rate of | $       **400.00** |

    [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved
    fees and expenses exceeding the amount of the retainer.

2.  The source of the compensation paid to me was:

    ☑ Debtor       ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ☑ Debtor       ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with creditors; preparation and filing of motions and applications as needed.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **Representation of the debtor in any associated cases or proceedings pending or initiated before state courts other than for purposes of monitoring and enforcing automatic stay, federal courts not related to the bankruptcy case, or administrative tribunals.**

In re    **Launch Pad LLC**                                               Case No. _____
                                    Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
(Continuation Sheet)

| |
|---|
| **CERTIFICATION**<br><br>    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.<br><br>  **August  3, 2023**                                     **/s/ Charity S. Bird**<br>  *Date*                                                      **Charity S. Bird**<br>                                                                  *Signature of Attorney*<br>                                                                  **Kaplan Johnson Abate & Bird LLP**<br>                                                                  **710 West Main Street**<br>                                                                  **Fourth Floor**<br>                                                                  **Louisville, KY 40202**<br>                                                                  **(502) 540-8285   Fax: (502) 540-8282**<br>                                                                  **cbird@kaplanjohnsonlaw.com**<br>                                                                  *Name of law firm* |

## United States Bankruptcy Court
### Western District of Kentucky

In re  **Launch Pad LLC**

Debtor(s)

Case No. _____

Chapter  **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Amy May**<br>**3433 Hardwood Forest Dr**<br>**Louisville, KY 40214** | | **0.01%** | **LLC Membership** |
| **Brandon May**<br>**3433 Hardwood Forest Drive**<br>**Louisville, KY 40214** | | **99.99%** | **LLC Membership** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **August  3, 2023**

Signature  **/s/ Brandon May**

**Brandon May**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**Western District of Kentucky**

In re    **Launch Pad LLC** _____    Case No. _____

_____ Debtor(s)    Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:    **August  3, 2023** _____        **/s/ Brandon May** _____

        **Brandon May/Member**
        Signer/Title

Eric Aaltonen
125 Stonecliffe Aisle
Irvine, CA 92603

Eric Aaltonen
125 Stonecliffe Aisle
Irvine, CA 92603

Aaron Geib
93 Exton Avenue
North Arlington, NJ 07031

Aaron Hope
202 N Becket St
Cary, NC 27513

Aaron Hubert
2248 71st Ave
Mercer Island, WA 98040

Aaron Lee
P.O. Box 1116
Woodacre, CA 94973

Aaron Loo
14 Castlehill Avenue
Greenvale VIC 3059
AUSTRAILA

Aaron Nguyen
16 Elderwood
Aliso Viejo, CA 92656

Aaron Oswald
815 Garfield Avenue
Bay City, MI 48708

Aaron Penland
4861 Kiowa Rd
Redding, CA 96001

Aaron Rogers
32459 Whispering Glen Trl
Wildomar, CA 92595

Aaron Shaw
Nebra Ltd
Unit 4 Bells Yew Green Business Court
East Sussex ENG TN3 9BJ
UNITED KINGDOM

Aaron Steinke
Felix-Dahn-Strasse 1
Dachau 85221
GERMANY

Aaron Van Sambeek
1575 Eagles Nest Lane
Gilroy, CA 95020

Abagail Dempsey
33 Ridley Road
London ENG E7 0LU
UNITED KINGDOM

Jonas Abaya
13011 River Springs Way
Jacksonville, FL 32224

Abdallah Mouallem
18007 77 St Nw
Edmonton AB T5Z 0L1
CANADA

Abdellah El Badaoui
Via Donatori Del Sangue 13
Apartament 6
Pieve Di Soligo TV 31053
ITALY

Abdellatif Fathellah
Aspholmsvagen 37, #1302
Skarholmen  127 45
SWEDEN

Mustafa Abderrahman
18 Anderson Ridge Road
Catonsville, MD 21228

Abdi Barre
11 Blake Place
Birmingham ENG B9 5QX
UNITED KINGDOM

Abdul Cheema
3469 Belfry Ln
Woodbridge, VA 22192

Abdul Masri
838 Damien Way
Mississauga ON L5C 3H3
CANADA

Abdul Rashid
44 Berners Close
Coventry ENG CV4 9LY
UNITED KINGDOM

Abdula Omarov Omarov
Egeou 13
Athens  17234
GREECE

Abdullah El Shazly
Dxb 16426, Aramex Uk, Galleymead Rd Coln
Dxb 16426, Berkshire
Slough ENG SL3 0EN
UNITED KINGDOM

Abdullah Kamal
Salwa, Block # 12, Street # 1, House # 1
Salwa  25612
KUWAIT

Abdur Rehman Raja
7133 Triumph Lane
-
Mississauga ON L5N 0C5
CANADA

Joe F Abel
1775 Calle Tierra Vista
Camarillo, CA 93010

Abhishek Sahai
9 Cape Club Dr
Sharon, MA 02067

Abian Mahn
Loffelstrasse 1
Stade  21682
GERMANY

Abigail And Gajes
9316 173 St Nw
Edmonton AB T5T3C5
CANADA

Abitsaid Garcia
3426 Country View
Schertz, TX 78108

Aboubacar Konde
8480 Rue Jean-Brillon
A-201
Lasalle QC H8N2P6
CANADA

Abraham Perez
1802 Ennis Joslin Road #138
Corpus Christi, TX 78412

Andrew Abranches
273 Firestone Drive
Walnut Creek, CA 94598

Andrew Abranches
273 Firestone Dr
Walnut Creek, CA 94598-3647

Access Management, LLC
358 Westside Drive
Shepherdsville, KY 40165

Ace Tilson
34 Woodhead Dr
Lake Villa, IL 60046

Katrina Acosta
7554 Stirling Rd
Apt 207
Hollywood, FL 33024

Adalbert Jahnz
Kluisstraat 48
Elsene  1050
BELGIUM

Adam Baran
4059 Mesa Rd
Niebla Hall 301C
Irvine, CA 92617

Adam Brinn
5906 Castle Rock Road
Cave Spring, VA 24018

Adam Chubbuck
3015 Aransas Road
Charlotte, NC 28214

Adam Czajkowski
63 Redwood Drive
Burntwood ENG WS72AS
UNITED KINGDOM

Adam Dall
25 Clara Street
Mayfield East NSW 2304
AUSTRAILA

Adam Doench
14414 Allegan Street
Whittier, CA 90604

```
Adam Envoldsen
1487 Berkley Dr Nw
Calgary AB T3K1T7
CANADA

Adam Freilich
2160 Skyline Dr
Fullerton, CA 92831

Adam Jonker
1742 Sessions Walk
Hoffman Estates, IL 60169

Adam Jordan
82 Bonar Street, #46
Wolli Creek NSW 2205
AUSTRAILA

Adam Kaplan
100 Islington Street
Apt. 2
Portsmouth, NH 03801

Adam Kaston
127 Eberts St
Victoria BC V8S3H8
CANADA

Adam Kivi
5716 Kendrick Lane
Cumming, GA 30041

Adam Lawrence
1111 Myrtle St
Austin, TX 78702

Adam Lichterman
3201 Cove Road
Jupiter, FL 33469

Adam Lichterman
6211 Michael Street
Jupiter, FL 33458

Adam Maal
29 South Fairknoll Place
Pueblo West, CO 81007

Adam Merretz
4283 Express Lane
Suite 3713-710
Sarasota, FL 34249
```

Adam Mickles
6703 Ditman Street
Philadelphia, PA 19135-2221

Adam Mickles
6703 Ditman Street
Philadelphia, PA 19135

Adam Moskovitz
105 Norway Rd
Bangor, ME 04401-5818

Adam Park
6117 Kings Canyon Drive
Bakersfield, CA 93306

Adam Radomski
60 Cambridge Avenue
Streamwood, IL 60107

Adam Rappolt
52 South Creek Road
Dee Why NSW 2099
AUSTRAILA

Adam Rosen
131 Northeast 56th Street
Newport, OR 97365

Adam Saleh
5747 Lawndale St
Apt. A
Detroit, MI 48210

Adam Schlain
2110 Marina Shores Drive, #414
Virginia Beach, VA 23451

Adam Schulz
Zahnbrecherweg 16
Munich  81929
GERMANY

Adam Sipthorpe
51 Sycamore Close
Taunton ENG TA1 2QJ
UNITED KINGDOM

Adam Sonny Levene
14 Greenways
Eaton ENG NR4 6PE
UNITED KINGDOM

Adam Walczyk
403 Maitland St
Bel Air, MD 21014-3924

Adam Wrobel
44360 Manitou Dr
Clinton Twp, MI 48038

Adan Villamarin
Route De Cossonay 63
Prilly 1008
SWITZERLAND

Ade Adeyokunnu
405 Hurst St
Bridgeport, PA 19405

Adem Kocaturk
Adickesstrasse 25
Berlin 13599
GERMANY

Adham Fares
10 Hybrid House, Bromyard Avenue
10 Hybrid House
London ENG W3 7JU
UNITED KINGDOM

Thag Adhikari
5401 Chimney Rock Road
Apt 788
Houston, TX 77081

Adil Ashraf
13626 Nearpoint Ln
Tomball, TX 77377

Adil Serbouti
4 Avenue De Benouville
Waterloo 1410
BELGIUM

Adnan Abid
401 Mahogany Crt SE
Calgary AB T3M 0T6
CANADA

Adnan Alsamari
3792 Atlantic Avenue
Fairport, NY 14450

Adnan Renjbal
De Bruynlaan 128, #301
Antwerpen 2610
BELGIUM

Muhammad Adnan
5340 Holmes Run Pkwy
Unit 1019
Alexandria, VA 22304

Adrian Abeyta
8650 Southwestern Blvd
Apt 2626
Dallas, TX 75206

Adrian Agnic
Put Mavaraice 27
Okrug Gornji 21223
CROATIA

Adrian Carrasco
11504 Misty Ridge Drive
Roanoke, TX 76262

Adrian Codirenzi
10620 Oakfield Drive Southwest
Calgary AB T2W 2A9
CANADA

Adrian Gladysz
Trelder Weg 5
Adris Garten Und Landschaftsbau
Hamburg 21079
GERMANY

Adrian Gordon
18640 E. 46th Ave
Denver, CO 80249

Adrian Kadue
7120 Mark Terrace Drive
Minneapolis, MN 55439

Adrian Laird
12919 Woodleigh Avenue
Tampa, FL 33612

Adrian Lica
Calea Galati Nr 366
Bloc I-3 Scara 1 Etaj 1 Apartament 7
Braila BR 810362
ROMANIA

Adrian Spinu
Str Nicolae Oncescu 9A
Bloc 110,Sc 1,Et 4,Ap 24,Interfon 24C
Bucharest B 60463
ROMANIA

Adryana Giraldo
Via Altovizza 6
San Pietro Al Natisone UD 33049
ITALY

Afam Oyibo
835 Washington Street
Apt 306
Buffalo, NY 14203

Abraham Aguilar
15413 Longworth Avenue
Norwalk, CA 90650

Ahmad Al Sahli
Herzogstrasse 15
Heiligenhaus  42579
GERMANY

Ahmad Alaatr
Alboran 6
Ceuta CE 51002
SPAIN

Ahmad Alhuraiz
Aramex Uk, Galleymead Rd Colnbrook
Dxb 1349221
Slough, Berkshire ENG SL3 0EN
UNITED KINGDOM

Ahmad Assi
H  Gewiesen 116
Hannover  30657
GERMANY

Ahmad Omar
Strada Pacurari Nr108
Iasi IS
ROMANIA

Amir Ahmari
386 Fontanelle Drive
San Jose, CA 95111

Ahmed Abobakr
Avenue Du Lignon 9
Geneve  1219
SWITZERLAND

Ahmed Alkhaja
Ahmed Alkhaja, Aramex Uk, Galleymead Rd
Dxb 1031756
Slough, Berkshire ENG SL3 0EN
UNITED KINGDOM

Ahmed Alquthami
1301 N Troy St, #401
Arlington, VA 22201

Ahmed Desouky
Alteburgstrasse
115/3
Reutlingen  72762
GERMANY

Ahmed Halayqa
61 Playfire Tree
Milton ON L9T0S5
CANADA

Ahmed Hussain
1580 Major Oaks Road
Pickering ON L1X 2J7
CANADA

Ahmed Khannaji
Eimerssingel-West 46
Arnhem  6832 EV
NETHERLANDS

Ahmed Koka
2100 Camilla Rd, #405
Mississauga ON L5A 2J8
CANADA

Ahmed Nadhim Lutfi
Tomvagen 7
Sigtuna  193 91
SWEDEN

Ahmed Sheikh
6812 Revere Drive
Mckinney, TX 75071

Ahmet Topal Hasan
Vinzenzstrasse 34
Burstadt  68642
GERMANY

Aidan Babcock
440 Clark Street Extended
Groton, NY 13073

Aiga Mali
Slomskova Ulica 3
Rogatec  3252
SLOVENIA

```
Daud Akhtar
8131 Nunavut Lane
Suite 601
Vancouver BC V5X 0E2
CANADA

Al Daraan
935 West Sunnyside Avenue
3N
Chicago, IL 60640

Al Al-Aride
3 Oakwood Park Road
London ENG N146QB
UNITED KINGDOM

Alan Jaffrey
25 Lone Pine Squarelone
Bacchus Marsh VIC 3340
AUSTRAILA

Alan Kuramoto
3401 Grant Park Drive
Carmichael, CA 95608

Alan Lok
808 S Cailfornia St
San Gabriel, CA 91776

Alan Munda
Via Morella 6
Davesco-Soragno  6964
SWITZERLAND

Alan Sardinha
80 Mackay Avenue
Toronto ON M6H 2N8
CANADA

Alastair Hatfield
44 Swift Street
Dunfermline SCT KY11 8SN
UNITED KINGDOM

Alastair McGhee
22 Union Hall Road
Newcastle Upon Tyne ENG NE15 8AB
UNITED KINGDOM

Abdullah Albalawi
4295 Express Lane
Sarasota, FL 34249
```

Alban Shehi
149A Cornwall Road
Ruislip ENG HA46AG
UNITED KINGDOM

Albert Doran
5606 Winter Star Ct
Las Vergas, NV 89141

Albert Haro
6323 Lookout Pass Way
Rocklin, CA 95765

Albert Jones
435 Pine Valley Drive
Bridgeville, PA 15017

Albert Koe
Tweemolentjeskade 11
Delft  2612 XW
NETHERLANDS

Albert Nguyen
340 Lantana Drive
Stanton, CA 90680

Albert Quiroga
11576 Pearland Pkwy
Apt 1208
Houston, TX 77089

Alberta Sotomayor
5050 Biscayne Blvd, #101
Miami, FL 33137

Alberto Bassotti
1488 NW 158th Lane
Pembroke Pines, FL 33028

Alberto Mendez
2842 Ohio Street
West Palm Beach, FL 33406

Albir Alyas
772 Glenpine Court
Tracy, CA 95377

Aldea Ionut
Bd. Unirii, Bl. 19 H, Ap. 7
Buzau BZ 120013
ROMANIA

Aldo Ocampo
Calle 81A #163 Entre 14 Por 16 Col.Morel
Merida YUC 97174
MEXICO

Alec Johnson
13110 West 137th Court
Overland Park, KS 66221

Alejandro Cortes Guzman
Francisco Pimentel 87
C511 Colonia San Rafael
Mexico City DF 6470
MEXICO

Alejandro Gonzalez
4721 Avenida Del Diablo
Las Vegas, NV 89121

Alejandro Mendoza
1407 70th Street
North Bergen, NJ 07047

Alejandro Suarez
10510 Southwest 145th Avenue
Miami, FL 33186

Alejandro Trejo Garcia
Calle Emiliano Zapata 3
San Francisco Zacalco MEX 55680
MEXICO

Alejandro Velasquez
4977 N Louis River Way
Tucson, AZ 85718

Aleks Stefanova
3720 South Bond Ave, #1918
Portland, OR 97239

Aleksandar Arsenijevic
93 Vitosa Blvd.
Mag. Oikos Bg Ood
Sofia 1408
BULGARIA

Aleksandar Gavrilov
Ulica 4, Bardovci, Karposh, #283
Skopje 1000
NORTH MACEDONIA

Aleksandar Gjakovski
3 Makedonska Brigada Br33-1/12
Skopje 1000
NORTH MACEDONIA

Aleksandar Jovcic
Kralja Milana Obrenovica, 1/47
Pancevo  26000
SERBIA

Aleksandar Radovanovic
418 East 81st Street
1B
New York, NY 10028

Aleksandar Tasev
Trapezitsa 4, #3
Sofia  1000
BULGARIA

Aleksander Ryvkin
3672 Palm Crest Drive
Highland, CA 92346

Ales Palchevskiy
61 Cavan Crescent
Sherwood Park AB T8H 2K6
CANADA

Alessandro Cinque
Reichsstrasse 9
Piccolo Mondo Restaurant
Berlin  14052
GERMANY

Alessandro De Loos
Groenhovenstraat 17
Leiden  2311 BT
NETHERLANDS

Alessandro Mendez
95-273 Waikalani Drive
Apt. D1204
Mililani, HI 96789

Alessio Maddalena
Via Colligiana 67
Ponte Buggianese PT 51019
ITALY

Alex Beyer
P.O. Box 1418
Lincoln, CA 95648

Alex Brumaru
55 Matlock Road
London ENG E106BU
UNITED KINGDOM

Alex Costanzo
233 East Walton Place #9
Chicago, IL 60611

Alex Desnoyers
1981 Blvd De P Rigny
Chambly QC J3L 4C3
CANADA

Alex Dietz
6 Melchior Drive
Toronto ON M1E3W4
CANADA

Alex Drako
18232 Northwest 27th Avenue
Box 143
Miami Gardens, FL 33056

Alex Gonzales
1478 E. Palisade Dr.
Fresno, CA 93720

Alex Gonzalez
24145 Horton Court
Moreno Valley, CA 92553

Alex Guisasola
5433 Jackpot Winner Ln #103
Las Vegas, NV 89122

Alex Juchniewicz
5410 Nobel Earl Court
Katy, TX 77493

Alex Liu
1764 Summerwood Dr.
Fullerton, CA 92833

Alex Makepeace
250 West 19th Street
Apt 1B
New York, NY 10011

Alex Martnez
14439 Oakshire Blvd
Orlando, FL 32824-5263

Alex McIlveen
112 Long Lane
Nottingham ENG NG9 6BW
UNITED KINGDOM

Alex McLaren
Nordic House
Baltic Quay
Grangemouth SCT FK3 8TX
UNITED KINGDOM

Alex Nitz
37908 21st Pl S
Federal Way, WA 98003

Alex Nunnally
12616 Apache Pl NE
Albuquerque, NM 87112-3610

Alex Palacios
305 E Goodlander Rd
Selah, WA 98942

Alex Pinedo
26051 Enterprise Way
Suite 400
Lake Forest, CA 92630

Alex Posada
8169 Mt Vernon Street
Lemon Grove, CA 91945

Alex Smith
170 6E Blvd, Unit A
Terrasse-Vaudreuil QC J7V 8W8
CANADA

Alex Vakouftsis
Thoukididi 3
Maniaki Kastoria  52100
GREECE

Alex Van Der Horst
Schuilenburg 43
Dordrecht  3328 CJ
NETHERLANDS

Alex Williamson
2912 Tucson Drive
Cedar Falls, IA 50613

Alex Workman
15 Drodges Close
Bramley ENG GU50AA
UNITED KINGDOM

Alexander Azimov
43 Barli Cres
Maple ON L6A 4S2
CANADA

Alexander Bastron
John-F.-Kennedy-Strasse
Zweibrucken  66482
GERMANY

Alexander Brix
Worthstrasse 38
Munich  81667
GERMANY

Alexander Burov
17618 Collins Street
Encino, CA 91316

Alexander Den Olden
Adelheidstraat 80
The Hague  2595 EE
NETHERLANDS

Alexander Grillwitzer
Dr. Josef-Weigl-Strasse 18
Simbach Am Inn  84359
GERMANY

Alexander Heidt
Robert-Koch-Str. 27
Hac Ventures Ug (Haftungsbeschraenkt)
Grunwald  82031
GERMANY

Alexander Heigl
Grunauer Allee 39
Unterhaching  82008
GERMANY

Alexander Leung
1411 West 62nd Avenue
Vancouver BC V6P6G3
CANADA

Alexander Litster
8409 Talbot Street Apartment
B52
Kew Gardens, NY 11415

Alexander Massold
Bergstrasse 18
Enw Energie Westerwald Ug
Kaden  56459
GERMANY

Alexander Mazzone
1205 Reserve Way
Unit 106
Naples, FL 34105

Alexander Mill
8 Moonya Ave, Seacombe Gardens Sa, Austr
Seacombe Gardens SA 5047
AUSTRAILA

Alexander Oliynyk
1940 Mills Circle
Las Vegas, NV 89106

Alexander Ranjhan
278 Highland Ave
Winchester, MA 01890

Alexander Rosswog
Holderstrasse 18
Ludwigsburg 71640
GERMANY

Alexander Seyfert
4183 24th St
San Francisco, CA 94114

Alexander Stulic
4634 Mill Water Xing
Douglasville, GA 30135-4184

Alexander Wergin
430 Meeker Street
South Orange, NJ 07079

Amy Alexander
2517 33rd Avenue South
Seattle, WA 98144

Harry Alexander
129 Firethorn Road
Baden, PA 15005

Alexandre Derouin
230 12E Avenue, Saint-Jean-Sur-Richelieu
Saint-Jean-Sur-Richelieu QC J2X 1E1
CANADA

Alexandre Guittard
7085 Charmant Drive
Apt 35
San Diego, CA 92122

Alexandre Rodeira
Autodromo, Sitio Do Escampadinho
Mexilhoeira Grande
Portimao PT-08 8500-148
PORTUGAL

Alexandre Voisard-Lepine
6090 Rue B  Lair
Brossard QC J4Z 1Z7
CANADA

Alexandria Lynch
34 Rugby Rd
Binghamton, NY 13905

Alexandro Armour
800 Corporate Drive #301
Stafford, VA 22554

Alexandro Scalese
Hasengartenstrasse 30A
Wiesbaden  65189
GERMANY

Alexandros Charalambous
Andrea Kariou 11
Nicosia  2024
CYPRUS

Alexannie Kairupan
74-44 43rd Avenue
Elmhurst, NY 11373

Alexey Neyman
Schellingstr. 109
Munich  80798
GERMANY

Alexis Audoin
37 16 Rue
Montreal QC H8Y 1N8
CANADA

Alexis Metz
8880 Horton Road Sw, #1420
Calgary AB T2V 2W3
CANADA

Alexis Portmann
Kistlerstrasse 48
Bolligen  3065
SWITZERLAND

Alexsander Miller
1730 North Frances Blvd
Tucson, AZ 85712

Alexsander Tsamkiranis
9303 Salish Court
Unit 110 Buzzer 3010
Burnaby BC V3J 7B7
CANADA

Alfio Licciardello
Via Fondannone 90 C
Aquilo S.R.L
Linera CT 95010
ITALY

Alfred Cobbs
1200 Hawkins Wood Circle
Midlothian, VA 23114

Alfredo Montalvo
151 W Passaic Ave
Bloomfield, NJ 07003

Abdel Alfroukh
1702 Hessian Drive
Monroe, NJ 08094

Algirdas Semenas
Gar V S G. 9
Kaunas  LT-45479
LITHUANIA

Ali Akarsu
38 Academia Way
London ENG N17 8HE
UNITED KINGDOM

Ali Alumari
16 Camarel Cres
Toronto ON M1K 5B7
CANADA

Ali Askari
2857 Paradise Road, #204
Las Vegas, NV 89109

Ali Bagheri
23 Cary Street
Baulkham Hills NSW 2153
AUSTRAILA

Ali Daryal
8537 W Catalpa Ave
Chicago, IL 60656

Ali Malik
600 Smith Avenue
112 C
Coquitlam BC V3J 2W4
CANADA

Ali Maz
Fischerstrasse 52
Duisburg  47055
GERMANY

Ali Raza
Groenewalstraat 31
Gent  9000
BELGIUM

Aliah Amjad
11 Cromwell Road
Hayes  ENG UB3 2PT
UNITED KINGDOM

Alice Clanet
Rua Julio Dinis 947 4o esq
Porto PT-13 4050-327
PORTUGAL

Alicia Allen
1216 Chicago Drive South West
Wyoming, MI 49509

Alija Mendar
Rue Du Lac 136
Clarens  1815
SWITZERLAND

Alik Tsiupa
6919 Teesdale Avenue
Los Angeles, CA 91605

Alina Mackowiak
Rue Docteur Dryepondt 25
Etterbeek  1040
BELGIUM

Alina Parvu
Bld. Marea Unire Nr. 17
Bl. U5, Ap. 20
Galati GL 800329
ROMANIA

Amir Alipourskandani
2205 W 11th St, #413
Houston, TX 77008

```
Alison Volken
1711 140 Street, #18
Surrey BC V4A 4H1
CANADA

Allan Garcia
5772 Garden Grove Blvd, #292
Westminster, CA 92683

Allan Jensen
C/O All-Travel
Nr. Trandersvej 27
Aalborg  9000
DENMARK

Aaron Allar
1811 1/2 E Ocean Blvd
Unit B
Long Beach, CA 90802

Allen Flower
486 Windemere Dr.
Aberdeen, MD 21001

Allen McDonald
1603-233 Robson Street
Vancouver BC V6B 0E8
CANADA

Allwyn Mathew
141 Silverthorn Rd Nw
Unit 4107
Calgary AB T3B 5H5
CANADA

Abdulhameed Almohammedsaleh
1717 N Bayshore Dr
Apt. 1655
Miami, FL 33132

Ahmad Alomari
8422 W Berwyn Ave
Fl 1
Chicago, IL 60656

Jawad Alomari
Filipijnen 297
Utrecht  3524 JM
NETHERLANDS

Andrew Altman
7502 Countryside Drive
Amarillo, TX 79119
```

Hakop Altunyan
10861 Oro Vista Avenue
Los Angeles, CA 91040

Bernard Alvarado
1390 Market Street
Apt 1613
San Francisco, CA 94102

Matias Damian Alvarez
5459 Northwest 72nd Avenue
Miami, FL 33166

Alyson Char
2325 Armstrong St
Honolulu, HI 96822-1982

Alyssa Mohar
P.O. Box 5253
Pasco, WA 99302

Amaan Zia
8031 Kildare Ave
Skokie, IL 60076

Amade Ouedraogo
CMR 415 Box 7608
Apo, AE 09114

Amal Gupta
1690 Faraday Ct
San Jose, CA 95124

Aman Singh
168 Coral Reef Close Northeast
Calgary AB T3J 3Y6
CANADA

Amanda Will
904 West Mary Street
Unit A
Austin, TX 78704

Amandeep Singh
7040 Torbram Road Unit17
Mississauga ON L4T3Z4
CANADA

Amarco Dimayacyac
139 Remington
Irvine, CA 92620

Abeselom Amare
7321 Boreal Pl
Philadelphia, PA 19153

Ameen Yahya
9965 Frederick Street
Dearborn, MI 48120

Ameer Asghar
2315 Dobbinton Street
Oshawa ON L1L0L3
CANADA

Muhammad Ameer
9221 Ashland Woods Lane
Apt C-G
Lorton, VA 22079

Amelia Woods
721 Granger St
Manchester, MI 48158

American Pioneer Electronics Inc.
666 Plainsboro Road
Suite.405
Plainsboro, NJ 08536

Adnan Amjad
4611 Sandyford Ct
Dublin, CA 94568

Asnardo Amores
644 Banyan Canal Drive
West Palm Beach, FL 33415

Amos Dicob
40 Carolyn Rd W
Carmel, NY 10512

Amos Kanigher
Level 28, 60 Margaret Street
Sydney NSW 2000
AUSTRAILA

Arthur Amponvanit
2504 North Shelley Street
Alexandria, VA 22311

Amritpal Singh
1353 Tori Ln
Yuba City, CA 95993

Amy McNamara
830 Bartlett Street
Apt 1
Los Angeles, CA 90012

Ana Larisa Ursu
Soseaua Pipera 42 , Globalworth Plaza
Et 7 , Sector 2 , Bucharest
Bucharest  B 20112
ROMANIA

Anand D'Souza
273 Donessle Dr
Oakville ON L6J3Y8
CANADA

Anas Diab
Media City
Amwaj
Dubai DU
UNITED ARAB EMIRATES

Anastasios Nistas
Themistokli Sofouli 4
Ioannina  45445
GREECE

Anastasios Pandelidis
18 Stonewall Ln
West Chester, PA 19382

Anastasiya Osher
1850 Hanover Dr. #152
Davis, CA 95616

Anastasiya Osher
1850 Hanover Dr.
Apt 152
Davis, CA 95616

Anatoli Iliev
7454 Ggbg Unit 8 Optima Park Thames Road
Dartford ENG DA1 4QX
UNITED KINGDOM

Jon Paul Anatra
215 Middle Neck Road
Apt 15-2A
Great Neck, NY 11021

Andi Meyer
Unterdorfwag 4
Fallanden  8117
SWITZERLAND

Aaron Andrade
3653 W Avenida Fria
Tucson, AZ 85745

Paola Andrae
1405 N Negley Ave
Pittsburgh, PA 15206

Andras Kondakor
Vorosmarty Utca 62.
Fsz. 6. (Ground Floor 6.)
Budapest  1064
HUNGARY

Andre Desilets
1719 Lanier Lane
Memphis, TN 38117

Andre Esty
1 Montague Road
London, Greater London, United Kingdom E
UNITED KINGDOM

Andre Ferreira
2 Fosdick Terrace
Unit 304
Lynn, MA 01902

Andre Lacerte
9274 Rue Verville
Montreal QC H2N 1Y4
CANADA

Andre Wilson
CMR 467 Box 442
APO AE 09096
New York, AE 09096

Andrea Ascenzi
1A Houghton Square
London ENG SW9 9AN
UNITED KINGDOM

Andrea Green
11481 SW 204 Street
Miami, FL 33189

Andrea Guldenpfennig
Otto-Von-Wollank-Str. 42A
Handelsvertretungen Guldenpfennig Ohg
Berlin 14089
GERMANY

Andrea Raciti
Via San Vincenzo 20
Milano MI 20123
ITALY

Andreas Braun
Spichernstr. 65
Cologne  50672
GERMANY

Andreas Bruns
Henckellweg 13
Hannover  30459
GERMANY

Andreas Bruns
Adelbylund 4
Flensburg  24943
GERMANY

Andreas Burger
Via Pater Haspinger 34
Valle Di Casies BZ 39030
ITALY

Andreas Dietz
Brucknerstrasse 21
Munich  81677
GERMANY

Andreas Georgiades
Szabadssag 61
Bogote  9675
HUNGARY

Andreas Haberli
Kirchenland 2
Rothenthurm  6418
SWITZERLAND

Andreas Ittner
Erich-Muhsam-Strasse 30
Chemnitz  9112
GERMANY

Andreas John
Frankfurter Strasse 99
Net-Lab Gmbh
Offenbach Am Main  63067
GERMANY

Andreas Lien
Skogvegen 5A
Jessheim  2053
NORWAY

Andreas Mild
Richtergasse 9
Wien  1070
AUSTRIA

Andreas Wasita
6 Clive Street
Roseville NSW 2069
AUSTRAILA

Andreas Weis
Kadiner Str. 22
Berlin 10243
GERMANY

Andreea Cariman
9 Aldwyck Court Riverside Close
Bedford ENG MK429DQ
UNITED KINGDOM

Andrei Kononov
108 Secret Garden Court
Kleinburg ON L4H 4N7
CANADA

Andrei Muresan
Privighetorii 9
Baia Mare MM 430324
ROMANIA

Andrei Pastrama
Str. I. C. Braftianu,Nr 48,Bl.B5,Sc.A
Apartament 16
Constanta CT
ROMANIA

Andrei Teofiliu Voicu
Street Parcul Mic ,11
Apartment 20
Brasov BV 500386
ROMANIA

Andrej Fidanovski
Kuzman Josifovski Pitu
15/2-45
Skopje 1000
NORTH MACEDONIA

Andrej Meschede
Fuchsstr. 5
Koln 50823
GERMANY

Andres Auerbach
6775 College Court
Davie, FL 33317

Andres Lopez
26261 Las Flores
Apt A
Mission Viejo, CA 92691

Andres Lujan
2807 West Timberlake Loop
Coeur Dalene, ID 83815

Andreu Neri
1342 Brampton Road
Los Angeles, CA 90041

Andrew Bax
29 Longleigh Lane
Bexleyheath .  ENG DA7 5SR
UNITED KINGDOM

Andrew Berlinski
1108 Lakeview Street
Waterford Twp, MI 48328

Andrew Betteridge
11391 Seventh Avenue #26
Richmond BC V7E 4J4
CANADA

Andrew Bisaccia
970 North Kellogg Ave
Santa Barbara, CA 93111

Andrew Bond
101 Warren St
Apt 2640
New York, NY 10007

Andrew Caro
12030 Algardi Street
Norwalk, CA 90650

Andrew Carrol
49 Camp Road
Conrod Settlement NS B0J1N0
CANADA

Andrew Cervenka
N7731 Vicksburg Way
Apartment 4
Oconomowoc, WI 53066

Andrew Day
19892 Farm To Market Road 1818
Huntington, TX 75949

Andrew Duncan
1176 Valencia Dr.
Escondido, CA 92025

Andrew Gray
629 Baystone Ct
Annapolis, MD 21409

Andrew Guan
638 Hickey Blvd
Pacifica, CA 94044

Andrew Harris
3600 Founders Pointe Dr
Ammon, ID 83406

Andrew Jamerson
103 Louis Avenue
Lehigh Acres, FL 33936

Andrew Joseph
1341 Grass Valley Drive
Rockwall, TX 75087

Andrew Kammerer
141 W Luminous Way
Hampstead, NC 28443

Andrew Keiser
689 Jackie Lane
Baldwin, NY 11510

Andrew La
18840 Southwest Boones Ferry Road
Ste. 202
Tualatin, OR 97062

Andrew Laich
47 Spruce Gardens Crescent
Spruce Grove AB T7X 0J9
CANADA

Andrew Malinowski
24 Stephen Street
Kingston ON K7K 2C3
CANADA

Andrew McDonagh
200 Longfield Lane
Hertfordshire ENG EN76AQ
UNITED KINGDOM

Andrew McDonald
794 County Road 523
Whitehouse Station, NJ 08889

Andrew McLean
133 C Malden Road
London ENG NW5 4HS
UNITED KINGDOM

Andrew McRorie
58 School Street
Rockland, MA 02370

Andrew Menning
30 East End Ave. Apt. 7E
New York, NY 10028

Andrew Nolen
155 S. Hibbert
Apt 210
Mesa, AZ 85210

Andrew Omara
5 Abbotsbury Close
Saltdean
Saltdean, Brighton ENG BN2 8SR
UNITED KINGDOM

Andrew Phillips
22410 Georgia Ln Santa Clarita Ca 91350
Los Angeles, CA 91350

Andrew Porter
4721 Old Ravine Ct
Upper Arlington, OH 43220

Andrew Rerecich
3720 S 138th St
Tukwila, WA 98168

Andrew Simmons
500 E Little Ponderosa Dr
New Braunfels, TX 78132-3915

Andrew Speer
5 Ginger Lea
Glen Carbon, IL 62034

Andrew Thomas
111 Foster Avenue
Elmira, NY 14905

Andrew Tucker
417 East Matthews Street
Matthews, NC 28105

Andrew Ung
4845 Hersholt Avenue
Long Beach, CA 90808

Andrew Wilson
33 Acorn Close
Waltham
Christchurch CAN 8023
NEW ZEALAND

Dmitry Andreyanov
24 St Ives Way Apt 22
Marlborough, MA 01752

Andrias Suwito
Unit 202 9 Oconnell St
Luxe Apartment
North Melbourne VIC 3051
AUSTRAILA

Andriy Ned
1623 Military Road
Niagara Falls, NY 14304

Andrzej Feszak
Avinguda De Jaume Iii 27
Local 14
Palma De Mallorca PM 7012
SPAIN

Andy Dutton
20 Carlisle Ave
Rhyl WLS LL183UD
UNITED KINGDOM

Andy Lam
63 Silverstar Blvd., Unit #E6
Scarborough ON M1V 5E5
CANADA

Andy Tobias
31 Ardsley Ave W
New York, NY 10533

Andzella Mackevica
Via Alba 53
Cuneo CN 12100
ITALY

Anej Serec
Poljska Ulica 12
Murska Sobota  9000
SLOVENIA

Angel Alcazar Casas
Avenida San Esteban 86
4o 2a
Granollers B 8402
SPAIN

Angel Davila
12863 S. Brocklebank Lane
Unit K 201
Herriman, UT 84096

Angel Fonseca
2931 Tatla Pl
Coquitlam BC V3C 4W8
CANADA

Angel Roa
617 North Dillon Street, #202
Los Angeles, CA 90026

Angela Arcaro
571 N Madison Ave
Pasadena, CA 91101

Angelo Avegno
966 West 102nd Avenue
Northglenn, CO 80260

Angelo De Silva
Paul-Klee-Strasse 4
Munich  81477
GERMANY

Angelo Franke
Gewerbestrasse 68
Expo24Seven Gmbh
Herrsching A. Ammersee  82211
GERMANY

Angelo Gustilo
1007 East Lomita Avenue, #210
Glendale, CA 91205

Angelo Mendez
829 Amherst Road
Linden, NJ 07036

Anh Tuan Pham
Avenue Des Sorbiers 23
Waterloo  1410
BELGIUM

Ani Zhibaj
Efploias 59-61
Peiraias  18537
GREECE

Aniko Kunne Szabo
9 Roanoke Road, #312
Toronto ON M3A 1E4
CANADA

Anil Kurup
1004 Bluebell Brook Street
Henderson, NV 89052

Anis Saoud
Blvd Saint-Martin, 24
Rz
Vevey 1800
SWITZERLAND

Anish Lathker
1 Plum Tree Ln
San Ramon, CA 94583-9111

Ankit Passi
152 Taralea Green NE
Calgary AB T3J4Y4
CANADA

Anna Horvath
3234 East Avenue
Livermore, CA 94550

Anna Kasko
88 Kamloops Street
Vancouver BC V5K 0E7
CANADA

Anna Miranda
145 Glanville Road
London ENG SW2 5DF
UNITED KINGDOM

Anneloes Dijkstra
Amstelboulevard 82
Amsterdam 1096 HJ
NETHERLANDS

Annemieke Tjaden-Vlieger
Leonard Springerlaan 219
Deventer 7424AA
NETHERLANDS

Annette Cole
118 North Kings Road
Unit 206
Los Angeles, CA 90048

Annette Dokes
2381 Coco Palm Dr
Tustin, CA 92780

Anousha Bhugun
56 Brambles Farm Drive
Uxbridge ENG UB10 0DZ
UNITED KINGDOM

Ante Vukasovic
Sulzbergstrasse 20
Wettingen  5430
SWITZERLAND

Anthony Bailey
10324 Fairway Heights Blvd
Miami, FL 33157

Anthony Bento
19 Platt Ave
West Babylon, NY 11704

Anthony Buckley
4860 Park Commons Drive #106
Minneapolis, MN 55416

Anthony Ceparano
437 SW Natura Ave
Apt. A
Deerfield Beach, FL 33441

Anthony Cho
159 Hass Lane
La Habra, CA 90631

Anthony Cognetta
898 Burr Street North
Saint Paul, MN 55130

Anthony Costello
2160 Fiddlers Ct
Apt C
Winston Salem, NC 27107

Anthony Cruz
6665 Lucky Strike Way
Las Vegas, NV 89108

Anthony Davis
130 48th Street South
St. Petersburg, FL 33711

Anthony Deangelo
98 Standish Street
Weymouth, MA 02191

Anthony Egendoerfer
620 Hattaway Drive
Altamonte Springs, FL 32701

Anthony Falcon
4808 Crystal Field St.
North Las Vegas, NV 89031

Anthony Francis
2264 Mackey Pike
Nicholasville, KY 40356

Anthony Galante
2360 La Fey Avenue
Manteca, CA 95337

Anthony Hernandez
1343 Tulane Rd
Claremont, CA 91711-3421

Anthony Joyner
101 Meadows Circle
Boynton Beach, FL 33436

Anthony Kha
615 104 Ave Sw
Calgary AB T2W0A4
CANADA

Anthony Larocco
5500 Laurent Drive Apt 302
Parma, OH 44129

Anthony Levandowski
1186 Folsom Street
San Francisco, CA 94103

Anthony Lukach
4001 Hubbard Ave N
Robbinsdale, MN 55422

Anthony Manning
24 Florence Street
Rockingham WA 6168
AUSTRAILA

Anthony McDonald
864 Upper Ottawa Street
Hamilton ON L8T 3V5
CANADA

Anthony Melendez
16 Bank St
Derby, CT 06418

Anthony Mercado
2357 Belvedere Ave
San Leandro, CA 94577

Anthony Nader
20154 S Riverhill Dr
Clinton Twp, MI 48036

Anthony Nguyen
11724 Scripps Creek Drive
San Diego, CA 92131

Anthony Roberts
336 Adams Circle
Suite 101
Corona, CA 92882

Anthony Rose
342 Brunker Road,
Adamstown NSW 2289
AUSTRAILA

Anthony Scelza
1 Dry Kiln Lane
Hartland, VT 05052

Anthony Van Dorsten
913 Fitzroy Avenue
Mahora
Hastings HKB 4120
NEW ZEALAND

Anthony Young
6100 West Post Road
Chandler, AZ 85226

Antoine Duquette
2135 Rue Saint-Donat
Montreal QC H1L 5J9
CANADA

Antoine Pelletrau
7 Allee Des Pervenches
Vaux-Le-Penil  77000
FRANCE

Anton De Roeck
Kammenstraat 72
Antwerpen  2000
BELGIUM

Daniel Anton
108 Playa India
Aguadilla, PR 00603

Antonin Hendrych
Grift 65
Uithoorn 1423DJ
NETHERLANDS

Antonio Bencini
7 Strada 16
Segrate MI 20054
ITALY

Antonio Castaneda
55 Oceanview Dr
Bay Point, CA 94565

Antonio Contreras
7601 Churchill Way, #624
Dallas, TX 75251

Antonio Del Paso
Calle Bahia Xcacel 7 Mza 23 Lote 1
Aventuras Club Marina , Departamento 305
Puerto Aventuras Q ROO 77733
MEXICO

Antonio Del Paso Escobedo
Calle Bahia Xcacel 7 Mza 23 Lote 1
Departamento 305
Puerto Aventuras Q ROO 77733
MEXICO

Antonio Del Paso Escobedo
Calle Bahia Xcacel 7 Mza 23 Lote 1
Oficina, Aventuras Club Marina
Puerto Aventuras Q ROO 77733
MEXICO

Antonio Kelleher
5714 N Gibralter Way
Apt 304
Aurora, CO 80019

Antonio Lim
167 Robinson Drive
Tustin, CA 92782

Antonio Odette
16714 Quarry Rd
5C3
Southgate, MI 48195

Antonio Pandovski
Petar Acev
24/7
Skopje 1000
NORTH MACEDONIA

Antonio Papania-Davis
371 30th Street
Apt 401
Oakland, CA 94609

Antonio Reuer
169 1/2 West First St
Mansfield, OH 44902

Antonio Rodrigues
Rua Do Outeiro De Sao Pedro, #19
Chamusca PT-14 2140
PORTUGAL

Antonio Ruta
539 South Way
Newfield, NY 14867

Antonio Villanueva
Urb Paseo Las Olas
P-3, 302 Orca Street
Dorado, PR 00646

Antonios Taskonidis
19 Monastiriou Str
Thessaloniki  54627
GREECE

Antoon Vereycken
Kopstraat 276
Schoten  2900
BELGIUM

Antthony Van Dorsten
913 Fitzroy Avenue
Mahora
Hastings HKB 4120
NEW ZEALAND

Anuj Singh
1301 Greenbrier Dr
Mesquite, TX 75149

Anuradha Jayasekara
567 South Rancho Alegre Drive
Covina, CA 91724

Anurag Anurag
518 Sheree Lane
Placentia, CA 92870

Anurak To-Ngam
Little Elephant
55 Grove Road
Eastbourne ENG BN21 4TX
UNITED KINGDOM

Apiwatch Duangjan
17766 County Highway 11
Pleasant Hill, IL 62366

Apostolos Boumpoulis
Agias Eirinis 19A
Melissia  15127
GREECE

Apurva Chiranewala
100 Harris St
Sendle @ Wework
Pyrmont NSW 2009
AUSTRAILA

Aqsa Saleem
25 Strood Avenue
Essex London ENG RM7 0UX
UNITED KINGDOM

Gonzalo Juan Pablo Aragones
5459 Northwest 72nd Avenue
Miami, FL 33166

Araz Taroyan
Carin Baats Gata 71B
71B
Stockholm  15259
SWEDEN

Arben Kovaci
35 Ives Street
London ENG SW3 2ND
UNITED KINGDOM

Arbnor Temaj
Sachsische Strasse 74
Berlin  10707
GERMANY

Arcadie Tabacaru
Str Radovanu Nr 9 Bloc 43
Apartament 6
Bucuresti B 22883
ROMANIA

Archan Mankad
99 Vista Montana #3101
San Jose, CA 95134

Archibald Rodriguez
2536 Village Drive
Union City, CA 94587

Arden Tirpanciyan
5 Columbus Pl
Cliffside Park, NJ 07010

Arelowo Alao
3263 Beech Street Northwest
Washington, DC 20015

Ari Frankel
94 County Road
Demarest, NJ 07627

Arick Escamilla Gomez
Genaro Garza Garcia 200-1
Col La Cima Privada La Finca
San Pedro Garza Garcia NL 66240
MEXICO

Ariel Escamilla
17625 Virginia Avenue
Bellflower, CA 90706

Ariel Stanley
75 Hanover Street
Lebanon, NH 03766

Ariel Yamil Alis
Alberti 1119
Ituzaingo B 1714
ARGENTINA

Arif Amjad
3979 Whips Run Drive
Woodbridge, VA 22193

Arif Tekiner Akkoyunlu
Zindelstrasse 13
Essen  45128
GERMANY

Arjang Abedini
2937 Delahaye Drive
Coquitlam BC V3B 7E8
CANADA

Arjon Elmasllari
10850 Blue Pacific Ct
Jacksonville, FL 32257

Arkadij Avanesov
Maximilianstrasse 24
Simbach Am Inn  84359
GERMANY

Arman Razaali
1309 Newbury Lane
Plano, TX 75025

```
Arman Sukunyan
400 S Glenwood Place
Burbank, CA 91506

Arman Sukunyan
400 South Glenwood Place
Burbank, CA 91506

Armando Garcia
423 NE 23rd St., #808
Miami, FL 33137

Armando Trujillo
8857 Oso Ave
Winnetka, CA 91306

Armen Sarkisian
16917 Calahan Street
Los Angeles, CA 91343

Armen Sarkisian
16917 Calahan Street
Northridge, CA 91343-3504

Armin Rahimic
Im Stoffel 11
Mels  8887
SWITZERLAND

Armin Sameri
18909 Lloyd Circle, #226
Dallas, TX 75252

Arnaud Fontaine
31 Route Du Guillaume
Cd 3 Le Ruisseau
Bois De Nefles Saint Paul  97411
REUNION

Arnel Adviento
90 Saddleridge Close Northeast
Calgary AB T3J 4X2
CANADA

Arno Lemus
1024 NW 102 Place
Miami, FL 33172

Arno Pasternacj
Kluterstrasse 1
Burgdorf 38272
GERMANY
```

Arnold Kirlew
1435 E 59th St
Brooklyn, NY 11234-4125

Arnold Salcedo
4615 NE 155th Ave
Vancouver, WA 98682

Arsene Saheurs
Alfred-Escher-Strasse 88, #20
Zurich 8002
SWITZERLAND

Arshad Mehter
#3 Yorkshire Road
Christ Church  NA
BARBADOS

Arshad Yousef
125 Shady Ln
Rossville, TN 38066

Arshia Kiani
23540 39th Place West
Brier, WA 98036

Arshid Manocha
Bisschoppenhoflaan 284
11C
Antwerp  2100
BELGIUM

Artem Kuznetsov
5401 Chimney Rock Rd, #967
Houston, TX 77081

Artem Zhigarev
13 Gray Crescent
Torbay
Auckland AUK 630
NEW ZEALAND

Arthur Lowmack
2104 Hemlock Bay Road
Dumfries, VA 22026

Arthur Muir
116 North Rochester Street
San Mateo, CA 94401

Arthur Nemirovskiy
7724 Big Bend Blvd
2W
Webster Groves, MO 63119

Arthur Wang
6C Wolsley Avenue
Milford
Auckland AUK 620
NEW ZEALAND

Artur Cybulski
Ormisstrasse 75
Meilen  8706
SWITZERLAND

Arturo Aranda Aguilera
Plaza Constitucion, No 5, 2o-5a
Viladecans B 8840
SPAIN

Arturo Hinojosa
4821 Blaney Ave
North Richland Hills, TX 76180

Arturo Manuel Rivera Cardona
252 Ley Federal Del Trabajo Col. Azaleas
Soledad De Graciano Sanchez SLP 78436
MEXICO

Arturo Martinez
3603 Dogwood Blossom Ct
Pearland, TX 77581

Alvarez Arturo
10976 Ivy Hill Dr, #6
San Diego, CA 92131

Aryaman Chanana
24708 Cordillera Drive
Calabasas, CA 91302

Aryeh Primus
1770 Chestnut Pl Apt 1308
Denver, CO 80202

Alex Asahan
9231 El Cortez Ave
Fountain Valley, CA 92708

Aldo Ascencio
12323 Juniper Blossom Pl
Clarkburg, MD 20871

Asha Swan
916 E. Palm Ave.
Burbank, CA 91501

Asher Wright
1205 Comox Street
Apt 102
Vancouver BC V6E 1K6
CANADA

Mian Ashfaq
7282 Olde Lantern Way
Springfield, VA 22152

Ashish Chhabra
316 Evanston View Nw
Calgary AB T3P 1G2
CANADA

Ashish Gupta
1017 High Hawk Trail
Euless, TX 76039

Ashish Nair
20 Stewart Street
Apt 703
Toronto ON M5V1H6
CANADA

Ashish Vattakassery
1306 Queen Street West
Brampton ON L6X 0B2
CANADA

Ashish Vempati
6118 Quartz Ln., Grand Blanc, Mi, 48439
Grand Blanc Twp, MI 48439

Ashley Odono
8416 Zeiler Avenue
Panorama City, CA 91402

Ashley Sparkes
2A Dolphin Way, Stapleford
Cambridge ENG CB22 5DW
UNITED KINGDOM

Ashley Sparkes
2A Dolphin Way, Stapleford
Cambridge ENG CB225DW
UNITED KINGDOM

Ashley Zatouneh-Murray
457 Marlee Avenue
Apt.308
Toronto ON M6B 3J2
CANADA

Ashraf Hasan
25319 W Wilson Ct
Plainfield, IL 60586

Ashraf Ismail
596 Pennycross Lane
Ottawa ON K0A 1L0
CANADA

Ashton Tracey
5901 West Behrend Drive, #2006
Glendale, AZ 85308

Asif Usman
999 41st Ave NE
Apt 101
Columbia Hts, MN 55421

Askar Ayupov
Route Du Bout-Du-Monde 15
Geneve 1206
SWITZERLAND

Athanasios Goudosis
Dilou 12 Galatsi
Athens 11147
GREECE

Athir Elali
16 Rue Hickory
Dollard-Des-Ormeaux QC H9G 3B7
CANADA

Atir Petkar
319 Alewife Brook Parkway
Somerville, MA 02144

Attila Hortobagyi
Hauptsrasse 12
Au In Der Hallertau 84072
GERMANY

Au Nguyen
5114 Verdome Ln
Houston, TX 77092

August August
135 West 41st Street
New York, NY 10036

Augustinos Krassas
Perikleous 75
Chalandri 15231
GREECE

Aurel Croitoru
93, Strabuna
Bucharest B 12464
ROMANIA

Aurelia Pollet
3748 Williams Avenue
Claremont, CA 91711

Aurimas Skorupskas
7 Broadpiece
Pennyland
Milton Keynes ENG MK158AT
UNITED KINGDOM

Austin Arnold
138 Camelin Dr
Washington, IL 61571

Austin Federa
184 Kent Ave, C612
Brooklyn, NY 11249

Austin Geisler
2370 Wharton Court
Florissant, MO 63031

Austin Hajjar
703 Pier Ave Suite B258
Hermosa Beach, CA 90254

Austin Labry
2315 Zlaten Dr.
Apt. H 305
Longmont, CO 80504

Austin Martinez
645 Northwest 1st Street, #301
Miami, FL 33128

Austin Moon
1861 N Crest Rd N11
Saratoga Springs, UT 84045

Austin Murders
5405 Wheeler Rd
Fayetteville, AR 72704-5941

Austin Nowakowski
7006 Unit A
Newcastle, WA 98059

Austin Olivieri
3607 Beech Run Ln
Mechanicsburg, PA 17050

Austin Watson
31 Leon Place
St. Albert AB T8N 1X6
CANADA

Avalon Parton
735 Guinda St
Palo Alto, CA 94301

Avelino Acbang
1081 Cavern Drive
Mesquite, TX 75181

Avery Ford
P.O Box 64694
Lubbock, TX 79464

Avi Schwartz
5 Hilltop Lane
Monsey, NY 10952

Avinash Sujeeth
2930 Grand Oaks Loop
Apt. 2101
Cedar Park, TX 78613

Avraam Achkhanian
Archiepiskopou Makariou III 59
Xylotimpou  7510
CYPRUS

Ayan Khayrallah
3700 Shuswap Avenue
Richmond BC V7E 3T3
CANADA

Ayaz Kapadia
89-22 Gettysburg St
First Floor
Bellerose, NY 11426

Ayaz Sabir
17 West View
Bradford ENG BD47ER
UNITED KINGDOM

Ayman Abdelaziz
394 Avenue C
Bayonne, NJ 07002

Ayman Ghanem
Ortliebgasse 38/3/12
Vienna  1170
AUSTRIA

Ayodeji Adenuga
2610 Harrison Mill Drive
Douglasville, GA 30135

Aytunc Aslan
Fontaneweg 2
Neunkirchen   57290
GERMANY

Azam Qureshi
29 Buena Vista Pl
Oakland, CA 94618

Aziz Fussek
Siegfriedgasse 23/Tor 1
Wien  1210
AUSTRIA

Babajide Moibi
Richard-Wagner-Strasse 26
Koln  50674
GERMANY

Badar Essiouri
10 Allee Des Cedres
Apartment A304
Villepinte  93420
FRANCE

Badr-Eddine El Haimer
47 Blvd Vincent Auriol
Apart 21
Paris  75013
FRANCE

Bahalddin Alshamakhi
Haharina Ave #84
Dnipro (Dnepropetrovsk)  49038
UKRAINE

Bakdounes Bachar
Lauterbachstrasse
137C
Utzigen  3068
SWITZERLAND

Bakr Jasim
4123 109 Street Northwest
Edmonton AB T6J 2S2
CANADA

Balaji Balasubramanian
Dyrmyrgata 38B
Kongsberg  3611
NORWAY

Anthony Baldino
251 Bonview St
San Francisco, CA 94110

Banu Mertono
18/60 Lakefield Place
Runcorn QLD 4113
AUSTRAILA

Baraa Allahham
57
Amstelveen 1186AP
NETHERLANDS

Barak Landau
1408 Strathmore Mews North
Vancouver BC V6Z 3A9
CANADA

Barend Kloet
Singel 484  E
Amsterdam 1017AW
NETHERLANDS

Baris Taze
50 Mounds Rd
Apt 206
San Mateo, CA 94402

Barjo Khalil
Radlkoferstrasse 2
Pluslingua Gmbh
Munich 81373
GERMANY

Barron Shipley
1446 Stoystown Road
Friedens, PA 15541

Barry Austin
130 Pacchetti Way
Mountain View, CA 94040

Barry Ballard
4724 George Washington Memorial Highway
Yorktown, VA 23692

Barry Castle
5259 Apo Dr
Honolulu, HI 96821-1827

Barry Chow
91 Banstock Drive
Toronto ON M2K 2H7
CANADA

Barry Merritt
2611 Bens Branch Drive
Apt 3102
Kingwood, TX 77339-4907

Barry Poplaw
1950 Northeast 119th Road
North Miami, FL 33181

Barry Welch
704 Van Buren St.
Harper, KS 67058

Bart Achiel L Lanckriet
Hazegrasstraat 85
Knokke-Heist  8300
BELGIUM

Bart Leenen
Sint-Katarinaplein 3
Bus 32
Hasselt  3500
BELGIUM

Basalat Raja
1835 Molino Avenue, #15
Signal Hill, CA 90755

Basel Alashqar
3670 S John Hix Rd
Wayne, MI 48184

Basem Khan
777 North Air Depot Blvd, #4109
Midwest City, OK 73110

Basem Metwally
13230 Corbel Circle
Apt 1221
Fort Myers, FL 33907

Basil Bhatiya
103 Cody
Irvine, CA 92602

Alisha Bassim
3987 8th Ave
Sacramento, CA 95817

Bastian Fritsche
C/ Teixos, No 3
El Dorado, Bloque 3, Atico A
Sa Coma PM 7560
SPAIN

Bayside Cigars Emre Pars
401 Biscayne Blvd
S130
Miami, FL 33132

Daniel Beamer
6425 Wise Lane
King George, VA 22485

George T Beatty
2616 Norwood Dr
Rockford, IL 61107

Beau Pearson
5704 Bluebell Drive
North Little Rock, AR 72118

Bekim Kamberi
21320 Lemarsh Street
Los Angeles, CA 91311

Bekir Davutovski
Uhlandstrasse 20
Kempten (Allgau)  87437
GERMANY

Oleg Belotsky
9805 Peach Avenue
North Hills, CA 91343

Ben Abdull
23 Church Road
Acton ENG W3 8PU
UNITED KINGDOM

Ben Barlass
19811 River Rock Dr
Katy, TX 77449

Ben Bohmann
1029 East 8th Avenue
Apt 506
Denver, CO 80218

Ben Eldridge
46 London Road
Cirencester ENG GL7 1AG
UNITED KINGDOM

Ben Frayne
2120 Denk Court
Union, NJ 07083

Ben Jamison
19701 Ahern Rd
Moseley, VA 23120

Ben Longstroth
11588 Breckenridge Ln Nw
Silverdale, WA 98383

Ben Mullins
226 Queens Road, Bishopsworth
Bristol ENG BS138QF
UNITED KINGDOM

Ben Rhoades
1566 Anderson Ave
Apt G
Fort Lee, NJ 07024

Ben Sharpe
3256 72nd Place SE
Mercer Island, WA 98040

Ben Showalter
27 South View Road
Rising Sun, MD 21911

Ben Silion
Arthur Rubinstein Nr.5B
5B
Timisoara TM 300064
ROMANIA

Ben Starkie
Chemin De Pierrafuz 1
Vaux-Sur-Morges  1126
SWITZERLAND

Ben Swanson
Rako Controls ;Td
Rochester ENG ME2 2AH
UNITED KINGDOM

Ben Thayer
121 Roberts Road
Rollinsford,  NH 03869

Ben Van Ruyssevelt
Zuidelijke Wandelweg 123
Amsterdam  1079RK
NETHERLANDS

Ben Zapirain
8 Derwent Place
Kearns NSW 2558
AUSTRAILA

Bengt Andersson
Kulinggatan 5
Karlstad  65221
SWEDEN

Beniamin Mogovan
8427 188th Street Southeast
Snohomish, WA 98296

Benito Lieuw A Soe
J.S. Ruppertstraat 47
Amsterdam  1069KJ
NETHERLANDS

Benjamen Gould
1083 Vine St, #176
Healdsburg, CA 95448

Benjamin Arnold
Niels-Bohr-Weg 10
Erfurt  99097
GERMANY

Benjamin Bauer
P.O. Box 5672
Atlanta, GA 31107

Benjamin Cheung
545 Washington Avenue
Apt 209
Brooklyn, NY 11238

Benjamin Deck
2227 Taggert Street
Philadelphia, PA 19125

Benjamin E Endress
133 Wentworth Avenue
Cincinnati, OH 45220

Benjamin Endress
133 Wentworth Avenue
Cincinnati, OH 45220

Benjamin Gallagher
3174 Warwick Terrace
Hamburg, NY 14075

Benjamin Greene
6445 Northeast 7th Avenue
Apartment 509N
Miami, FL 33138

Benjamin Jenkins
25 Newmarket Road
Durham, NH 03824

Benjamin Lee
108 Beverly St
Mountain View, CA 94043-5257

Benjamin Liquet
110 West 86th St.
Apt. 12C
New York, NY 10024

Benjamin Martinez Jr
904 Windy Wood Ln.
Sweeny, TX 77480

Benjamin Neamtu
17602 N 62 Dr
Glendale, AZ 85308

Benjamin Pelayo
151 N Westwood Ave
Apt 161
Lindsay, CA 93247

Benjamin Povman
56 Fremont Road
Sleepy Hollow, NY 10591

Benjamin Rednour
1910 Madison Avenue, #634
Memphis, TN 38104

Benjamin Schwartz
6621 Wakefield Drive
#410
Alexandria, VA 22037

Benjamin Tran
1198 S 12th St Apt 6
San Jose, CA 95112

Benjamin Van Dam
Bunder 1
Boom  2850
BELGIUM

Benjamin Vigil
1411 N Highland Ave
Apt 316
Los Angeles, CA 90028

Benjamin Weihs
Dumontstraat 11
Haarlem  2033 ZB
NETHERLANDS

Benjamin Wenger
2402 7th Street North
Fargo, ND 58102

Benjamin Zimmermann
Uferstrasse 35
Mainz  55116
GERMANY

Bennet Emrich
3454 S Delaware Ave
Milwaukee, WI 53207

Bennie Wall
1207 Santa Anna Rd
Henrico, VA 23229

Benny Kirksey
2400 Houston Oaks Court
Grapevine, TX 76051

Benoit Ouellette
266 16E Av
Saint-Jean-Sur-Richelieu QC J2X5C3
CANADA

Benyamin Holley
2380 Ivanhoe Way South
St. Petersburg, FL 33705

Berger Cattle Company
318 West Main Street
Mandan, ND 58554

Rob Bergeron
3115 Redbud Ln
Louisville, KY 40220

David Bernal
2234 Louetta Brook Lane
Spring, TX 77388

Bernard Maiden
8433 Lucerne Rd
Randallstown, MD 21133

Bernard Prat
49 Louvain Street
Fairfield, CT 06825

Bernardo Barbucci
Pestalozzistrasse 30
Zurich  8032
SWITZERLAND

Berne Launay
1521 North Argonne Road
C142
Spokane Valley, WA 99212

Berry Blom
Koepoortsweg 100
Hoorn  1624AH
NETHERLANDS

Berry Smit
Lage Naarderweg 68
Hilversum  1211AD
NETHERLANDS

Beysim Yildirim
Turkmen Mahallesi 126/1 F Blok Kat 2 Dai
Yat Sitesi
Aydin  9400
TURKEY

Bharat Goud Maddela
605 Tasman Drive, #1319
Sunnyvale, CA 94089

Bhavina Vadgama
65 Gladstone Avenue
Feltham ENG TW14 9LJ
UNITED KINGDOM

Bianca Albano
35 Dewhurst Road
Waltham Cross ENG EN8 9PG
UNITED KINGDOM

Biboc Oy Eranen
Vanhalantie 26
Kotka  48310
FINLAND

Benjamin Bidinger
14100 Madison Ave NE
Bainbridge Island, WA 98110

Bilal Ayub
942 Barton Oaks Pl
Herndon, VA 20170

Bilal Bawany
2300 Vantage Drive, #3066
Woodbridge, VA 22191

Bilal Raza
9242 Gross Point Rd, #412
Skokie, IL 60077

Bilal Said
2141 Citrine Way
Sacramento, CA 95834

Bill Barringham
20 Ames Street, #1
Somerville, MA 02145

Bill Connelly
203 Aberfoyle Avenue
Hamilton ON L8K 4S4
CANADA

Billy Bishop
11607 Oak Shadows Ln
Houston, TX 77024

Billy Campbell
2504 Palmer Drive
Gulfport, MS 39507

Bin Chen
73 Townwood Dr
Richmond Hill ON L4E 4T2
CANADA

Bin Di-Rupp
6633 Quitman Court
Arvada, CO 80003

Birinderpal Purba
4488 Windermere Street
Vancouver BC V5R 0J4
CANADA

Birju Solanki
221 W 48th Street Apt 805
Kansas City, MO 64112

Bisheswar Leishangthem
1 Crocus Ct
Piscataway, NJ 08854

Biswa Samanta
307 Santa Barbara
Irvine, CA 92606

Bj Marcelin
2064 East McGalliard Avenue
Trenton, NJ 08610

Bjork Ostrom
4015 Evergreen Pl
Shoreview, MN 55126

Bjorn Manthei
Alte Allee 14
Berlin 14055
GERMANY

Bjorn Obornik
Treptowweg 46
Hannover 30179
GERMANY

Bjorn Schwarze
Kaistrasse 101
Kiel 24114
GERMANY

Blair Scheib
840 Turquoise St, #204
San Diego, CA 92109

Blake Bertram
12333 NE Stanton St
Portland, OR 97230

Blou Fleurissaint
2030 Childress Drive Sw
Atlanata, GA 30311

Bobbi Razzino
49-51 Ashwin Parade
Torrensville SA 5031
AUSTRAILA

Bobby Wawak
1914 Edgeware Drive
Austin, TX 78704

Bogdan Dornescu
42 Rose Glen
Rm7 0Sp ENG RM7 0SP
UNITED KINGDOM

Bogdan Florian
17 Cobham Road
Birmingham ENG B94UP
UNITED KINGDOM

Bohumir Kovar
Hradistko 96
Sadska  28912
CZECH REPUBLIC

Bojan Jaksic
8069 Misty Canyon Ave
Las Vegas, NV 89113

Bojan Jovanovski
Ul. Mitre Vlaot 10B
Skopje  1000
NORTH MACEDONIA

Boldizsar Tatar
Daroczi Ut 1-3.
Thyssenkrupp Components Technology Hunga
Budapest  1113
HUNGARY

Ali Azimi Bolourian
301 Lethbridge Court
Ashton, MD 20861-3604

Bonnie McDonald
139 Hideaway Cove Trail
Turtletown, TN 37391

Renato Silva Borges da Rocha
1537 Victoria Isle Way
Weston, FL 33327

Chelsey Borgos
6305 S Millbrook Way
Aurora, CO 80016

Borislav Angelov
26 Gordon Road
London ENG W5 2AD
UNITED KINGDOM

Alexander Borremans
228 Edge Hill Dr.
Canyon Lake, TX 78133

Ma Antonietta Borruel
5500 Telegraph Rd Ste 145
Ventura, CA 93003

Boryana Kolf
60 Hope Ave Apt 313
Waltham, MA 02453

Boy Schook
Herengracht 184B
Amsterdam  1016 BS
NETHERLANDS

Brad Battles
29155 Edward Avenue
Madison Heights, MI 48071

Brad Boston
54 W 5th Ave
Collegeville, PA 19426

Brad Downer
350 Village Drive
King Of Prussia, PA 19406

Brad Gray
3021 Clairmont Avenue, #12
Birmingham, AL 35205

Brad Hall
506 Siltstone Place
Cary, NC 27519

Brad Lefave
25
Van Daele St
Sault Ste. Marie ON P6B4V3
CANADA

Brad Marshall
2412 Juno Ave.
Orlando, FL 32817

Brad Rich
14116 S Winfield Scott Way
Draper, UT 84020

Brad Slavin
6038 Blue Dawn Trail
San Diego, CA 92130

Brad Tolar
2575 East Sahara Avenue
D
Las Vegas, NV 89104

Brad Wilkinson
910 Moss Drive
Savannah, GA 31410

Braden Nora
2057 Parkside Drive East
Seattle, WA 98112

Bradley Burk
216 Shanley Ct
Roseville, CA 95747

Bradley Chamberlin
700 San Juan Oaks Rd
Brentwood, CA 94513

Bradley Coupland
3721 Evergreen St
Port Coquitlam BC V3B 4X3
CANADA

Bradley Dougherty
45 West Park Heights
Keswick
Georgina ON L4P3T9
CANADA

Bradley Ellis
2203 Sage Canyon Dr
Cedar Park, TX 78613

Bradley Jordan
200 Jordan Lane
Helena, AL 35080

Bradley Lauk
314 North Division Street
Powell, WY 82435

Bradley Lauster
72 Townsend St
Unit 706
San Francisco, CA 94107

Bradley Morris
13128 S Horizon Point Dr
Draper, UT 84020-8879

Bradley Nering
1275 Fruitdale Ave
San Jose, CA 95126

Bradley Neumann
358 West 4th Avenue
Columbus, OH 43201

Bradley Nolet
10201 Washingtonian Blvd #326
Gaithersburg, MD 20878

Bradley Perry
5512 Bastian Blvd
South Beloit, IL 61080

Bradley Yencer
22501 Chase
Apt 3114
Aliso Viejo, CA 92656

Braeden Tiemann
1514 West Mission Blvd
Apt 19
Pomona, CA 91766

Bram Roggen
Bovenveld 24
Holsbeek  3220
BELGIUM

Bram Ruts
Gerheide 127
Balen  2490
BELGIUM

Branden Kunkler
4579 SE Mair St
Hillsboro, OR 97123

Brandon Austin
3903 S Congress Ave, #41089
Austin, TX 78704

Brandon Barry
429 S Seaward Ave
Ventura, CA 93003

Brandon Bonanno
34 Mazza Court
Staten Island, NY 10312

Brandon Boren
9227 Reseda Blvd #122
Northridge, CA 91324

Brandon Brown
675 Brown Street
Peterborough ON K9J 4K6
CANADA

Brandon Chin
317 Portlock Rd
Honolulu, HI 96825

Brandon Chowsen
7844 160A Street
Surrey BC V4N 0T7
CANADA

Brandon Cuff
1697 Allen Avenue
Pasadena, CA 91104

Brandon Detmers
1040 Back Road
Springhill NS B0M 1X0
CANADA

Brandon Diehl
2026 East Hazzard Street
Philadelphia, PA 19125

Brandon Dillon
6431 Menlo Street
Simi Valley, CA 93063

Brandon Fine
260 Raven Spur
Powell, OH 43065

Brandon Gerber
2052 Brendla Road
Clearwater, FL 33755

Brandon Hiltz
720 Roberts Rd, #100
Sartell, MN 56377

Brandon Jung
7700 Irvine Center Drive
Suite 800
Irvine, CA 92618

Brandon Light
P.O. Box 680556
Fort Payne, AL 35968

Brandon May
3433 Hardwood Forest Drive
Louisville, KY 40214

Brandon Neff
44 Castle View Drive
Mckees Rocks, PA 15136

Brandon Nesbit
8354 Urry Circle
Sandy, UT 84093

Brandon Northington
3400 S Clark St
Apt 915
Arlington, VA 22202

Brandon Rinehart
510 Front St
Georgetown, SC 29440

Brandon Ristow
223 Discher Street, #14
Schofield, WI 54476

Brandon Rutledge
20510 Ottawa Road
Apple Valley, CA 92308

Brandon Tesar
215 Rachel Circle
Forest Hill, MD 21050

Brandon Valdez
86-324 Kauaopuu
Waianae, HI 96792

Brandy Griffith
3250 Conservation Pl Apt 201
Melbourne, FL 32934

Branko Djuric
Rietgrabenstrasse 84
Opfikon  8152
SWITZERLAND

Branko Vulin
Ingenjorsgatan 1
Malmo  21568
SWEDEN

Brayden Klein
827 Fairfield Rd
Suite 208
Victoria BC V8V 5B2
CANADA

Brayner Daal
Koekoekzoom 11
Pijnacker  2643 KP
NETHERLANDS

Brendan Maye
3321 Peridot Ave
Apt 114
Ames, IA 50010

Brendan Patterson
43 Bluebird Avenue
Cockatoo VIC 3781
AUSTRAILA

Brendan Raftery
5656 La Jolla Hermosa Ave
La Jolla, CA 92037

Brenden Lisoff
28 Smart Street, #801
Fairfield NSW 2165
AUSTRAILA

Brennan Roy
3458 Goodridge Link Nw
Edmonton AB T5T 4G2
CANADA

Brent Benson
1018 North Durham Street
Baltimore, MD 21205

Brent Mills
62 Stetson Ave
Swampscott, MA 01907

Brent Sorenson
3045 Standridge Place
Saint Paul, MN 55109

Brent Thomas
251 Lauderdale Road
Nashville, TN 37205

Brent Tidwell
4023 Mossy Rock Lane
Franklin, TN 37064

Brent Wasson
724 Park Hills
Bowling Green, KY 42101

Brenton Long
4546 El Camino Real B10 #648
Los Altos, CA 94022

Bret Whaley
P.O. Box 165
Florence, WI 54121

Brett Carlson
4520 141st Avenue Southeast
Bellevue, WA 98006

Brett McDonald
172 Hideaway Cove Trail
Turtletown, TN 37391

Brett Robinson
8 Cross Street
Red Hill QLD 4059
AUSTRAILA

Brett Teger
189 Thunder Road
Holbrook, NY 11741-4435

Brewer Ward
2142 Saddleback Dr
Corona, CA 92879

Brian Athearn
455 State Road
Unit 2
Vineyard Haven, MA 02568

Brian Bell
1065 Queen Annes Lane
Beaumont, CA 92223

Brian Benton
1004 Brookstone Blvd
Mt. Juliet, TN 37122

Brian Burgos
2871 Willard Avenue
Oceanside, NY 11572

Brian Cain
401 Tralee Lane
Yukon, OK 73099

Brian Callaghan
P.O. Box 308
New Gretna, NJ 08224

Brian Carr
11800 Carters Valley Place
Chesterfield, VA 23838

Brian Chapin
1570 East River Road
Grand Island, NY 14072

Brian Delmonte
4 Ruth Pl
Middlesex, NJ 08846

Brian Feldman
6316 Rolden Court
Mount Dora, FL 32757

Brian Geddes
214 SE 150th Ct
Vancouver, WA 98684

Brian Gray
4721 Clopton Dr
Hayes, VA 23072

Brian Griffith
11700 Wisteria Pond Way, #417
Manassas, VA 20109

Brian Guay
10501 Kateri Drive
Grande Prairie AB T8W 2N1
CANADA

Brian Heath
514 Cardinal Dr
Conway, SC 29526

Brian Hitch
36 Barry Road
Pontypridd WLS CF37 1HY
UNITED KINGDOM

Brian Jacobs
409 Maple St
Lakehurst, NJ 08733

Brian Kaffee
32 Partridge Run
Montvale, NJ 07645

Brian Le
107B Stonyhill Road
Eatontown, NJ 07724

Brian Lee
5721 Buchanan Street
Burnaby BC V5B 2R9
CANADA

Brian Lee
205 Hillside Drive
Pacifica, CA 94044

Brian Lund
12432 Double Eagle Drive
Mukilteo, WA 98275

Brian Macpherson
15154 Creek Hills Road
El Cajon, CA 92021

Brian McArthur
5714 Colonial Garden Dr
Huntersville, NC 28078

Brian Menzel
25 Runnymede Road
Toronto ON M6S 2Y1
CANADA

Brian Mertz
413 East Stockbridge Street
Eagle Lake, TX 77434

Brian Mora-Morel
2307 Colfax Lane
Indianapolis, IN 46260

Brian Moran
11205 Lebanon Rd #79
Mt Juliet, TN 37122

Brian Newhard
42697 Latrobe Street
Chantilly, VA 20152

Brian Nguyen
445 Oak Court
Menlo Park, CA 94025

Brian Peasley
P.O. Box 1797
Nevada City, CA 95959

Brian Pon
25 Autumnwood Cres.
Spruce Grove AB T7X 0J3
CANADA

Brian Ratkiewicz
43 Pine Valley Drive
Pittsburgh, PA 15235

Brian Rego
101 Margaret Street
Pawtucket, RI 02860

Brian Singletron
701 S Polk St
Amarillo, TX 79101

Brian Slane
202 Dens Ridge Road
Cassville, MO 65625

Brian Smith
2209 Briarwood Drive
Mckeesport, PA 15135

Brian Vandenberg
6 Chaumont St
Mission Viejo, CA 92692

Brian Wasielewski
233 East 235th St
The Bronx, NY 10470

Brian Zapchenk
8504 W Stuenkel Rd.
Frankfort, IL 60423

Brian Zweig
5907 Willow Ln
Dallas, TX 75230

Brianne McInerney
11424 E. Forge Ave
Mesa, AZ 85208

Brittany Reed-Allen
2108 Gidding St.
Clovis, NM 88101

Brock Bales
1046 Lost Pines Lane
Cedar Park, TX 78613

Brock Ginter
1099 Oregon Blvd
Waterford, MI 48327

Brooke Little
458 Carriage Lane
Hudson, WI 54016

Brooke Rutherford
2400 Clarendon Blvd
Apt 1003
Arlington, VA 22201

Brooks Prumo
1419 Schley Avenue
San Antonio, TX 78210

Aaron Brown
13647 E Burnside Street
Portland, OR 97233

Taylor S. Brown
3176 Clairwood Ter
Chamblee, GA 30341

Bruce Cass
3074 14th Rd
Escanaba, MI 49829

Bruce Cunningham
477 Janice Drive
Sparta, TN 38583

Bruce Hollingdrake
2324 Avenue Maple
Saint-Lambert QC J4P 2S2
CANADA

Bruce Mai
7835 Milan Ave
University City, MO 63130

Bruno Cunha
Rua Norte Junior 17
6O Dir
Lisboa PT-11 1950-205
PORTUGAL

Bruno Geremia
Suite1000, 600-3 Ave Sw
Calgary AB T2P 0G5
CANADA

Bruno Giffard
1108 Rue Mailhot
Sherbrooke QC J1G 2S4
CANADA

Bruno Giffard
1108 Mailhot
Sherbrooke QC J1G2S4
CANADA

Bruno Mastrocolla
5650 Vantage Point Rd
Columbia, MD 21044

Bruno Pinto Goncalves
Bachstrasse 2
Dubendorf  8600
SWITZERLAND

Bruno Racineux
6715 Hollywood Blvd # 208
Los Angeles, CA 90028

Bruno Soumis-Beauchemin
158 Rue Auger
Ch  Teauguay QC J6K 5J6
CANADA

Bryan Albuquerque
108 Swift Cres
Cambridge ON N1P 1J8
CANADA

Bryan Beane
419 Dowdy Trail
Murray, KY 42071

Bryan Bower
371 South 13th Street
San Jose, CA 95112

Bryan Brooks
29981 Los Nogales Road
Temecula, CA 92591

Bryan Davaris
25339 Via Dona Christa
Valencia, CA 91355

Bryan Kaufman
6371 Hillside Drive
Yorba Linda, CA 92886

Bryan Keubeng
1546 Woodland Ln
Bolingbrook, IL 60490

Bryan Kim
871 Crenshaw Blvd
Unit 303
Los Angeles, CA 90005

Bryan Mulder
6800 East 99th Ave
Anchorage, AK 99507-6722

Bryan O'Donnell
Soho Palm
Dubai DU
UNITED ARAB EMIRATES

Bryan Parker
14584 Bon Dickey Dr.
Baton Rouge, LA 70818-3711

Bryant Lin
424 Sonora Drive
San Mateo, CA 94402

Bryce Elkins
580 East 600 North
Columbia City, IN 46725

Bryce Lahiff
23527 Mountainside Court
Murrieta, CA 92562

Bryon Johnson
9007 14th Avenue South
Bloomington, MN 55425

Bubblehub Gmbh Sandra Sabin
Am Schopfwerk 33 Parzelle 83
Kleingarten
Wien 1120
AUSTRIA

Buck Parker
4465 S Mathews Way
Salt Lake City, UT 84124

Budes Florian Ciprian
Raul Doamnei, Nr.6A, Sector 6
Bl Ts4, Ap 64
Bucharest B 61764
ROMANIA

Andrew Buffum
1445 West Gramercy Place
San Antonio, TX 78201

Bukhari Hassan
1188 E 12Ave Columbus Oh
Columbus, OH 43211

Bulent Kocabas
Robert-Koch-Strasse 33
Neuss 42464
GERMANY

Bun Di-Rupp
Di-Rupp
Arvada, CO 80003

Anthony Butler
7556 Durham Hall Ave, #101
Las Vegas, NV 89130

Buvaneswari Ramanan
2001 Prospect Avenue
Scotch Plains, NJ 07076

Byron Callaghan
60 Shakespeare Avenue
London ENG N11 1AY
UNITED KINGDOM

Byron Callaghan
60 Shakespeare Avenue
Lodon ENG N111AY
UNITED KINGDOM

C. Gavin Shepherd
Woolf McClane Bright Allen & Carpenter
PO Box 900
Knoxville, TN 37901-0900

Federico D Cabral
777 Brickell Avenue
500-9910
Miami, FL 33131

Cade Foust
2107 Wild Peregrine Circle
Katy, TX 77494

Adam Cain
1237 Lake Parke Drive
St Johns, FL 32259

Caitlin Turner
14126 Marquesas Way #3419
Marina Del Rey, CA 90292

Caius Ivanita
1701 Fisher Ave
Ottawa ON K2C1X9
CANADA

Caleb Buttram
600 Confederate Circle
Taylors, SC 29687

Calebe Nobre
2945 Sycamore Rd
Huntingdon Valley, PA 19006

Callan Jotta
3A Dion Place
Coolbellup WA 6163
AUSTRAILA

Callum Watson
70 Redcroft Road
Danderhall SCT EH22 1FQ
UNITED KINGDOM

Calvin Ball
4850 Natomas Blvd, #818
Sacramento, CA 95835

Calvin Castillo
15052 Fairacres Dr.
La Mirada, CA 90638

Calvin Chu
5 Clay
Irvine, CA 92620

Calvin Jaojoco
4162 El Molino Blvd
Chino Hills, CA 91709

Cam Mundle
5 Campbell Crescent Southeast
Medicine Hat AB T1B 1J7
CANADA

David Camacho
Calle De La Amargura 60 Int. Sotano 1
Lomas De La Herradura
Huixquilucan MEX 52785
MEXICO

Cameron Church
1252 Campbell Cir.
Jacksonville, FL 32207

Cameron Conte
36 Willowbank Avenue
Richmond Hill ON L4E 3B2
CANADA

Cameron Essex
1570 Heather Trace Lane
Winston Salem, NC 27127

Cameron Hurley
7449 La Jolla Blvd
San Diego, CA 92037

Cameron Kavich
9804 102 Street
Morinville AB T8R 1E7
CANADA

Cameron Siebels
2216 Wheaton Trail
Cedar Park, TX 78613

Cameron Talley
4115 Sunny Crossing Dr
Louisville, KY 40299

Camilla Gavgani
Bergsvagen 23 A
Savedalen  43361
SWEDEN

Candice Jiang
21 Reynolds Street
Apt. G
Rochester, NY 14608

Canh Nguyen
Holywood Nails, Regent Arcade, Cheltenha
Cheltenham ENG GL50 1JZ
UNITED KINGDOM

Carl Maybin
3318 Hayden Street
Honolulu, HI 96815

Carl Russo
97 E Shore Rd
Manhasset, NY 11030

Carl Smith
727 Furnace St.
Elyria, OH 44035

Carlin Vicera
8495 Cambie Street, #40
Vancouver BC V6P 3J9
CANADA

Carlos Alberto Pereyra Pacheco
Castillo 1035
1Ro A
Ciudad Autonoma De Buenos Aires C 1414
ARGENTINA

Carlos Davila Perez
P.O. Box 398
Vega Baja, PR 00694-0398

Carlos Garcia
6640 Southwest 26th Court
Miramar, FL 33023

Carlos Naibryf
16741 Harbor Ct
Weston, FL 33326

Carlos Pohls
Montreal #40, Raquet 2
Hermosillo SON 83200
MEXICO

Carlos Preciado
281 E. South
Rialto, CA 92376

Carlos Rios-Bedoya
10362 Edgewood Ct
Grand Blanc, MI 48439

Carlos Sevilla
2282 Montview Dr.
Clearwater, FL 33763

Carlos Trevino
1700 East 4th Street, #1113
Austin, TX 78702

Carlos Villegas
11844 South Camino San Matias
Tucson, AZ 85756

Carlos Zelaya
16000 Bunche Park School Dr
Miami Gardens, FL 33054

Abdel Carmona
41 Erial Road
Blackwood, NJ 08012

Carnel Britton
20 Parkdale Ave N
Hamilton ON L8H5W8
CANADA

Caroline Gong
77 Vine Street
Newton, MA 02467

Carrie Coholich
1527 Derby Drive
Rockwall, TX 75032

Carrie Menkari
83 Stearns Rd
Marlborough, MA 01752

Carrie Ryan
5528 Traceside Drive
Nashville, TN 37221

Melissa Carriles Biggham
13308 Digges Terrace
Fort Washington, MD 20744

Brelin Carroll
5650 Graduate Circle
Apt. 2206B
Tampa, FL 33617

Carsten Bluhm
Hekeler Strasse 63
Berne  27804
GERMANY

Carter Ritt
5448 E Lupine Ave
Scottsdale, AZ 85254

Cary Wan
3123 South Beverly Drive
Los Angeles, CA 90034

Casey Garland
5341 Cobra Rock Ln
J-305
Herriman, UT 84096

Casey Hansen
163 Bell St North
Suite 57083
Ottawa ON K1R 7E1
CANADA

Casey Miller
959 Stewart Drive, #128
Sunnyvale, CA 94085

Casey Parsons
6555 Masefield Street
Worthington, OH 43085

Cassidy Ellis
19141 Skyview Knoll
Yorba Linda, CA 92886

Cassie Adcock
2777 Washington Street
Adamstown, MD 21710

Alejandro Castillo
3313 Westbrook Drive
Taylorsville, UT 84129

Lucrecia Castillo
25386 Grandfir Court
Corona, CA 92883

Catalin Necsoiu
Str. Gradinilor, Nr 2
Moreni DB 135300
ROMANIA

Catherine Mullaly
P.O. Box 381309
Cambridge, MA 02238

Catrina Scroggins
P.O. Box 864682
Plano, TX 75086

Cavin Preghter
Leif Erikssonstraat 45
Almere  1363 LG
NETHERLANDS

Cayden Burkart
14 Patriot Place
Rouse Hill NSW 2155
AUSTRAILA

Caylan Siddell
15 Avon Street
Leichhardt QLD 4305
AUSTRAILA

Cedomir Gladovic
20 Jeffrey Street
Dandenong North VIC 3175
AUSTRAILA

Cedric Leboul
251 1st St
7F
Brooklyn, NY 11215

Cedric Mayence
Rue Dela Ferme Bal 7
Marcinelle  6001
BELGIUM

Ceferino Miranda
2051 Bancroft Ave
San Francisco, CA 94124

Cemal Atmaca
Winkeler Strasse 11
Wiesbaden  65197
GERMANY

Gaston Cenicola
7924 NW 66th St
Miami, FL 33166

Cesar Bolivar
172 Wembley Drive
Daly City, CA 94015

Cesar Ibanez
Trebol 140
Col. Privadas Del Sauce
Escobedo NL 66053
MEXICO

Cesar Montoya
5450 Telegraph Road
Suite 101
Winnetka, CA 93003

Cezary Prus
6914 Estoril Road
Mississauga ON L5N 1N1
CANADA

Chace Harrison
2612 23rd Ave
Rock Island, IL 61201

Chad Crapo
1064 Ridgetop Cove
South Jordan, UT 84095

Chad Holland
16 Cottontail Rd
Melville, NY 11747-2319

Chad Hudspeth
1448 Mayflower Ln
Lewisville, TX 75077

Chad Nicholson
95 Central Ave.
Montclair, NJ 07042

Chad Qualmann
W197N16925 Stonewall Dr
#304
Jackson, WI 53037

Chad Schmutzer
2570 S 10th Ave
Arcadia, CA 91006

Chad Truong
1600 Norman Ave.
San Jose, CA 95125

Chad Werts
160 Lawrence Bell Drive
Suite 120
Amherst, NY 14221

Chad Xiong
117 Peregrine Pl
Denver, PA 17517

Chadi Letayf
51 Engert Av
Apt 3
Brooklyn, NY 11222

Chadrick Fnu
2250 Northwest 114th Avenue
Doral, FL 33192

Chadwick Rastatter
6719 Houlton Cir
Lake Worth, FL 33467

Chadwick Snyder
21831 Northwest 2nd Court
Pembroke Pines, FL 33029

Chanborin Chum
6506 84th Court North
Minneapolis, MN 55445

Chance Kramer
9457 Riviera Drive
Union, KY 41091

Chance McGrath
4614 Jeff Davis St
Marshall, TX 75672

Chandan Uprety
523 Gristmill Street
Waterloo ON N2K0C9
CANADA

Chandara Hong
2777 Dearwood Drive Southwest
Atlanta, GA 30315

Chandler Grendus
10227 115 Street Nw, #405
Edmonton AB T5K 1T7
CANADA

Chandler Richards
158 Broad Street
Charleston, SC 29401

Chandrasekhar Gogu
16711 South Azure Mist Court
Cypress, TX 77433

Channing Harral
P.O. Box 91722
East Point, GA 30364

Char Davis
4901 Bisset Ln
Inver Grove Heights, MN 55076

Charles  Lie Cano-Caron
150 C  Te Du Colonel Dambourg  S, #6
Quebec QC G1K 3W2
CANADA

Charles Barfield
8616 Cara Park Way
Tampa, FL 33635

Charles Blades
180 2nd Street Ste. 6
Oakland, CA 94607

Charles Byford
P.O. Box 4323
Salem, OR 97302

Charles Campbell
12466 Nesting Eagles Way
Jacksonville, FL 32225

Charles Carter
505 Elsmere Street
Columbus, OH 43206

Charles Donnor
378 Hwy 7
Tonasket Wa, WA 98855

Charles Dwight
226 Western Avenue
Kennebunk, ME 04043

Charles Groves
511 W Knox St
Durham, NC 27701

Charles H Sabatine
133 Beach 116th St Apt 2L
Rockaway Park, NY 11694

Charles Heenan
7 Summitt Drive
Dune Acres, IN 46304

Charles Huffhines
3420 Odell Avenue
Stockton, CA 95206

Charles Kannair
421 Blue Ridge Drive
Moon Twp, PA 15108

Charles Kulbacki
117 Young Rd
Sewickley, PA 15143

Charles Kulbacki
231 Kansas Street
Verona, PA 15147

Charles Lathrem
4032 W Moore Rd
Tucson, AZ 85742

Charles Moreau
545 Rue De Normandie
Longueuil QC J4H 3P6
CANADA

Charles Needham
4 Wordsworth Road
Harpenden ENG AL5 4AF
UNITED KINGDOM

Charles Olsen
841 Green St
Dickinson, ND 58601

Charles Pinkney
4095 Bonita Road
Unit 214
Bonita, CA 91902

Charles Price
2527 33rd St
Bsmt
New York, NY 11102

Charles Redmond
4840 Berrywick Terrace
St. Louis, MO 63128

Charles Rzadkowolski
4821 Birchman Avenue
Fort Worth, TX 76107-5331

Charles Shank
1300 Bentley Way
Carmel, IN 46032

Charles Spencer
12 Hollydale Drive
Bromley ENG BR28QL
UNITED KINGDOM

Charles St. Onge
407 Willingham Road
Morrisville, NC 27560

Charles Steadman
72 Meadowbrook Rd
Marlborough, MA 01752

Charles Tran
2674 Kimball Dr
San Jose
San Jose, CA 95121

Charley Bedford
4009 Cotton Wood Drive
Columbia, MO 65202

Chase Labeau
425 E 13th St
Apt D
New York, NY 10009

Chase Lenzley
2228 McKinley Ave #2
Berkeley, CA 94703

Chase Taylor
909 I St
Washougal, WA 98671-1134

Andrew Chater
3410 Eaglepoint Dr.
Glendale, CA 91208

Jose Chavez Salazar
3248 Brown Trout Court
Jacksonville, FL 32226

Chee Ooi
99 Cedar Street
Braintree, MA 02184

Aamir Cheema
1 Bryan Dr.
Barboursville, WV 25504

Chenzhi Geng
73 Wexford Cres Sw
Calgary AB T3H 0H1
CANADA

Cheri Chappell
1702 S Gary Place
Tulsa, OK 74104

Chester Prosser
3923 Southern Bluff
San Antonio, TX 78222

Chi Chan
1824 W 9th St
Brooklyn, NY 11223

Chibuike Bruno Asuzu
10971 Oak Lane
Apt 4108
Van Buren Charter Twp, MI 48111

Choongfatt Mun
8500 Lansdowne Road #222
Richmond BC V6X 3G4
CANADA

Chris Bahlo
6537 Kemper Lakes Ct
Alexandria, VA 22312

Chris Bailey
5424 Beckner St
Norfolk, VA 23509-2123

Chris Berger
1510 Partridge Run
Bentonville, AR 72713

Chris Bickerton
6177 Carmanah Way
Nanaimo BC V9V 0A5
CANADA

Chris Bowers
3165 Dickinson Avenue
Cincinnati, OH 45211

Chris Bruzzi
1401 West Highway 50
Unit 19
Clermont, FL 34711

Chris Buryk
6415 Sparrows Glen Lane
Spring, TX 77379

Chris Cullen
14 Haweswater Drive
Middleton
Manchester ENG M245GX
UNITED KINGDOM

Chris Espinal
614 Warren St
Harrison, NJ 07029-1818

Chris Ford
213 W Limestone St
Somerset, KY 42501

Chris Forest
8 Stirling Street
Hull ENG HU36SL
UNITED KINGDOM

Chris Gribble
10 Margot Court
Harlaxton QLD 4350
AUSTRAILA

Chris Hall
14947 Southeast Mill Street
Portland, OR 97233

Chris Hall
106 Lynn Street
Spanish Fort, AL 36527

Chris Hillier
12 Boniface Ave
Etobicoke ON M9W 1T6
CANADA

Chris Jones
2950 West Central Avenue
Santa Ana, CA 92704

Chris Keefe
117 Rockwater Way
Zebulon, NC 27597

Chris Kuci
10 Egmount Avenue
London  ENG KT67AU
UNITED KINGDOM

Chris Lee
4405 Sugarmaple Court
Moorpark, CA 93021

Chris Mableson
16 Russell Street
York ENG YO23 1NW
UNITED KINGDOM

Chris Maguire
56 Woodlawn Avenue
Clifton, NJ 07013

Chris Michael
4 St Mary'S Place
London ENG W5 5HA
UNITED KINGDOM

Chris Miranda
3845 Mountain View Way
Bonita, CA 91902

Chris Mulvey
618 W 26th St.
Houston, TX 77008

Chris Napoli
6100 SW 55th Court
Davie, FL 33314

Chris Noiles
263 Whitepine Road
Riverview NB E1B 2X2
CANADA

Chris Orfanopoulos
6052 Lake Lindero Drive
Agoura Hills, CA 91301

Chris Raisch
380 Oak Knoll Dr.
P.O. Box 138
Marine On St Croix, MN 55047

Chris Schierholz
9276 Queensland Ln N
Maple Grove, MN 55311

Chris Schiller
Carl-Meier-Str. 39
Neustrelitz 17235
GERMANY

Chris Schulz
196 Medland Street
Toronto ON M6P 2N7
CANADA

Chris Stewart
14718 S. 217th W. Avenue
Kellyville, OK 74039

Chris Uzelmeier
111 Blue Gilia Ct
Montgomery, TX 77316

Chris Vara
17735 North 168th Lane
Surprise, AZ 85374

Chris Watkins
16 Manor Close Notton
West Yorkshire
Wakefield ENG WF4 2NH
UNITED KINGDOM

Christa Haeussler
151 Frogtown Road
New Canaan, CT 06840

Christian Belia
3 Stanley Grove
Blackburn VIC 3130
AUSTRAILA

Christian Blomquist
Norra Sandasgatan 43
Farjestaden 38632
SWEDEN

Christian Faistenauer
Freiung 16
Impuls Innovationsgesellschaft Mbh
Wels 4600
AUSTRIA

Christian Gutierrez
4146 50th St
1H
Woodside, NY 11377

Christian Hanshans
Kitzinger Strasse 1A
Sulzfeld Am Main  97320
GERMANY

Christian Hartl
Dinselstrasse 32A
Lennestadt  57368
GERMANY

Christian Huaux
3076 Rte 222
St Denis De Brompton QC J0B2P0
CANADA

Christian Le
824 Eagle Point Drive
Saint Augustine, FL 32092

Christian Leonard
12808 14th Street #79
Grandview, MO 64030

Christian Littlejohn
780 Poplar Acres Road
Piperton, TN 38017-5142

Christian Lugaro
520 SW 113 Ave
Pembroke Pines, FL 33025

Christian Malynowsky
248 Harvie Ave
Toronto ON M6E4K6
CANADA

Christian Montana
2832 Wiley St
Hollywood, FL 33020

Christian Rodriguez
1144 Evergreen Avenue
4A
Bronx, NY 10472

Christian Rubio
Paseo De La Estrella 1177
Casa 84
Zapopan JAL 45019
MEXICO

Christian Rumpler
Birkenweg 27
Duttendorf  5122
AUSTRIA

Christian Schindler
Christburger Str. 23
Wattmoves Ug
Berlin 10405
GERMANY

Christian Smith
260 Seminole Drive
Boulder, CO 80303

Christian Taweesup
4026 Collis Avenue
Los Angeles, CA 90032

Christian Ulmark
Birkeveien 17
Bergen 5093
NORWAY

Christian Young
172 Johnston St
Annandale NSW 2038
AUSTRAILA

Christine Ouch
P.O Box 581352
Modesto, CA 95358

Christine Wareing
414 High Street
Orillia ON L3V 4X5
CANADA

Christoph Krekeler
3813 Battleview Ct
North Charleston, SC 29420

Christoph Leeser
Toblerstrasse 15
Zurich 8044
SWITZERLAND

Christoph Ruckau
Bienertstr. 6
Dresden 1187
GERMANY

Christoph Walpert
Armbruststrasse 21
Hamburg 20257
GERMANY

Christoph Weber
Kornerstr.32
Leipzig  4107
GERMANY

Christophe Garibal
Lowenstrasse 45
Hamburg  20251
GERMANY

Christopher Avis
8315-73 Ave Nw
Edmonton AB T6C0E1
CANADA

Christopher Aznavour
711 East Acacia Avenue
Unit B
Glendale, CA 91205

Christopher Bailey
5424 Beckner Street
Norfolk, VA 23509

Christopher Bell
8 Mallard Close
Herne Bay ENG CT6 5RJ
UNITED KINGDOM

Christopher Beshears
102 Ascot Ln
Madison, AL 35756

Christopher Blake
26 Lakecrest Trail
Brampton ON L6Z1S5
CANADA

Christopher Braun
245 Claremont Rd
Ridgewood, NJ 07450

Christopher Bush
1369 Airport Parkway
Belleville ON K8N4Z6
CANADA

Christopher Cappa
3629 Kathy's Way
Chesapeake, VA 23323

Christopher Cartmell
239 Stretford Road
Manchester ENG M41 9WE
UNITED KINGDOM

Christopher Casanova
636 N. Stanley Avenue
Los Angeles, CA 90036

Christopher Castanza
2 Carlton Place
Hicksville, NY 11801

Christopher Choun
14641 West 85th Terrace
Lenexa, KS 66215

Christopher Cook
4949 Fm 2351 Rd Apt 823
Friendswood, TX 77546

Christopher Cummins
3016 Black Briar Drive
Oxford, MS 38655

Christopher Cunningham
4437 Hallmark Drive
Dallas, TX 75229

Christopher De Guzman
3632 Hallee Crescent
Windsor ON N8W 0B2
CANADA

Christopher Diaz
2906 Tulip Avenue
Mission, TX 78574

Christopher Dinelli
4906 Vizcaya Drive
Pensacola, FL 32507

Christopher Eddinger
103 Florence St
Saint Marys, GA 31558

Christopher Flores
44217 36th Street East
Lancaster, CA 93535

Christopher Gallant
1209 Center Ave
North Versailles, PA 15137

Christopher Gilmore
6627 North Constance Avenue
Fresno, CA 93722

Christopher Gilson
1407 Bernard Street
Denton, TX 76201

Christopher Gonzalez
623 Nickel Street
Los Banos, CA 93635

Christopher Haug
27299 Cresta Del Norte
Murrieta, CA 92563

Christopher Heath
5226 SE 31st Ct
Des Moines, IA 50320

Christopher Hendricks
10107 Castleberry Blvd
Pensacola, FL 32526

Christopher Hogg
45991 Rhodes Dr.
Macomb, MI 48044

Christopher Holland
3415 Menchaca Road
Apt. #106
Austin, TX 78704

Christopher Holthof
7056 Glade Trl
Kalamazoo, MI 49009

Christopher Krailo
16120 SW Wren Lane
Beaverton, OR 97007-8995

Christopher Kwelty
226 Spring St
Bordentown, NJ 08505-1702

Christopher Loos
Domitianstrasse 14
Frankfurt Am Main  60439
GERMANY

Christopher Magpusao
2870 Pharr Court South Nw
Apt 204
Atlanta, GA 30305

Christopher McDaniels
3919 Catlyn Woods Ave
Las Vegas, NV 89141

Christopher Miller
12351 55th Rd N
Royal Palm Beach, FL 33411

Christopher Moise
419 Sussex Drive
Ottawa ON K1N 9M6
CANADA

Christopher Navarrete
2605 Dinwiddie Way
Elk Grove, CA 95758

Christopher Parrish
5072 Whalen Street
Elkton, MI 48731

Christopher Payne
2409 Underwood St
Lafayette, IN 47904

Christopher Reilly
115 38th St
Lindenhurst, NY 11757

Christopher Richard
2233 Baywood Way
Willits, CA 95490-9702

Christopher Rowlett
205 Everwoods Close Sw
Calgary AB T2Y 5A5
CANADA

Christopher Ruiz
1285 Wallflower Way
Beaumont, CA 92223

Christopher Scantlin
13411 Redfish Ln
Stafford, TX 77477-4420

Christopher Scantlin
13411 Redfish Ln
Stafford, TX 77477

Christopher Sevi
1572 Southwest Spence Avenue
Troutdale, OR 97060

Christopher Sparks
1404 Sapphire Dragon Street
Thousand Oaks, CA 91320

Christopher Yannakis
28 Bencubbin Cres Dianella Wa 6059
Dianella WA 6059
AUSTRAILA

Christos Iakovidis
Im Kranzliacker 9
K41665
Weil Am Rhein  79576
GERMANY

Christos Ragias
60 River Gardens Walk
Flat 7 Wyndham Apartments
London ENG SE10 0TY
UNITED KINGDOM

Christy Guiley
20 La Campana Drive
Odessa, TX 79765

Chun Ming Lau
1463 72nd St
Apt 1D
Brooklyn, NY 11228

Bridget Chynoweth
3104B Mohawk Road
Austin, TX 78757

Cian Belisle
1409 Premier Way Sw
Calgary AB T2T 1M1
CANADA

Cigdem Felser
Salierring 43
Koln  50677
GERMANY

Cindy Abreu
77 Charles Best Place
Kitchener ON N2M 5A4
CANADA

Cindy Formella
S83W32785 N Oak Tree Crt
Mukwonago, WI 53149

Ciprian Muntean
Alexandru Ciurcu 129 C
Brasov BV 500170
ROMANIA

Citlali Trujillo Ortiz
475 Rue Laplante
Apt. 1
Montreal QC H8R 3B7
CANADA

Cj Baker
3323 Northwood Dr.
Highland Village, TX 75077

Cj Girgus
13008 Elm Tree Drive
Apt 402
Herndon, VA 20171

Cj Sasa
116 Partridge Circle
Winter Springs, FL 32708

Clarence Bolton
2707 Southview Dr
Birmingham, AL 35216

Clarence Saltibus
5 Fremantle Road
London ENG IG6 2BD
UNITED KINGDOM

Rudy Clarion Jr
9896 Avenida Colino
Spring Valley, CA 91977

Clarissa Mathieu
2129 Fm 2920 Suite 190 #254
Spring, TX 77388

Clark Thompson
4900 Arbol Court
Benbrook, TX 76126

Annalyn Clark
8123 Amy Springs St
Las Vegas, NV 89113

Inauen Claude
c/o Josef
Alte Landstrasse 2
Berneck  9442
SWITZERLAND

Claudia Ortiz
311 Southwest 55th Avenue Road
Coral Gables, FL 33134

Claudio Machado
Rua General Humberto Delgado 229 2.8
Pedroucos - Maia PT-13 4425-653
PORTUGAL

Claudiu Gabriel Marin
Strada Sapte Drumuri 10
Ap.13 Etaj 2
Bucharest B 31647
ROMANIA

Clayton Wilkes
153 Birmingham Road
Lichfield ENG WS14 9BJ
UNITED KINGDOM

Clemens Saur
Schlotthauer Str. 5
Munich 81541
GERMANY

Clementine Cera
86 Vanbrugh Hill
London ENG SE10 9FT
UNITED KINGDOM

Cleve Tuck
3414 County Road 14.75
Erie, CO 80516

Cliff Kennedy
106 Lagoon View Crossing
Savannah, GA 31410

Clifton Ivery
2212 Jasmine Path
Round Rock, TX 78664

Clint Stjean
254 Lilac Terrace
Sherwood Park AB T8H1Z2
CANADA

Clinton Pearson
479 E Market St
Germantown, OH 45327

Clinton Work
215 Woodside Cres Nw
Airdrie AB T4B 2G8
CANADA

Co Loi
27 White Street
Osborne Park WA 6017
AUSTRAILA

R Tyler Coates
1810 W. Fortune Rd.
Ste H
Salt Lake City, UT 84104

Coby Norrid
3608 Winchester Ct
Corinth, TX 76210

Coddens Electric
Fernand Tavernestraat 66
Ninove 9400
BELGIUM

Cody Edmonds
66 Gailmont Drive
Hamilton ON L8K 4B5
CANADA

Cody Green
17 Goldcrest Rd
Brampton ON L6S1G4
CANADA

Cody Johnson
307 Pakachoag Street
Auburn, MA 01501

Cody Murdock
865 Gina Lane
San Marcos, CA 92069

Cody Rosenbum
4200 Lippincott Blvd
Burton, MI 48519-1162

Cody Sweetman
15 Tea Tree Avenue
Aberglasslyn NSW 2320
AUSTRAILA

Cody Williams
4971 East Golden Meadow
Eagle Mountain, UT 84005

Cody Youngblood
1535 7th Avenue South #327
Sartell, MN 56377

Colby Orr
701 Woodview Ridge Trail
Lewisville, NC 27023

Cole Cunningham
1531 Jacobs Drive
Fort Wayne, IN 46814

Cole Ghilarducci
530 Lawrence Expressway
#928
Sunnyvale, CA 94085

Cole Spencer
4549 S Arcadia Ln
Salt Lake City, UT 84117

Coleman Meola
1703 Prairie Hen Cove
Austin, TX 78758

Colette Rappo Burki
Chemin De Bellerive 6
Lausanne  1007
SWITZERLAND

Coley Fudge
2521 Aviation Dr
E Wenatchee, WA 98802

Colin Goodsell
260 Sterling Street Apt 2
Clinton, MA 01510-1864

Colin McGirr
2410-205 Sherway Gardens Road
Etobicoke ON M9C 0A5
CANADA

Colin Skoglund
Lovdalen 326
Arebro  70595
SWEDEN

Colin Thom
73 Camp Ave.
Darien, CT 06820

Colin Wager
93 Kingswood Court, Kempton Walk
London ENG CR07XH
UNITED KINGDOM

Colin Wager
93 Kingswood Court, Kempton Walk
London ENG CR0 7XH
UNITED KINGDOM

Colin Warren
9375 Southern Belle Dr
Weeki Wachee, FL 34613

Colten Rouska
3548 West Barley Bend
Lehi, UT 84043

Colton Pace
400 Crystal Springs Road
Graniteville, SC 29829

Conan Sloan
4209 Illinois St
San Diego, CA 92104

Confluentes Consulting UG
Schenkendorfstrasse
Koblenz  56068
GERMANY

Conner Brentzel
4756 Kamehameha Loop
Honolulu, HI 96818

Connor Bragdon
15 Greylock Road
Wellesley, MA 02481

Connor Laymon
3020 Thunder Road
Middleburg, FL 32068

Connor Loudon
5477 College Ave
# 1
Oakland, CA 94618

Connor Mills
W171S7390 Lannon Drive, #203
Muskego, WI 53150

Connor Taiariol
1815 Larkin Rd
Windsor ON N8W 4G7
CANADA

Connor Vidasolo
4 Huron Road
Bellerose Village, NY 11001

Conrad Evangelista
104 E. Bennett St
Nipomo, CA 93444

Conrad Macleod
10851 Shellbridge Way #300
Richmond BC V6X2W8
CANADA

Constantin Gozman
Nr. 257
Vultureni CJ 407595
ROMANIA

Consultronics Single Member Private Comp
Dorieon 28, Ano Petralona
Athens  11852
GREECE

Cooper Beown
1616 East Main Street
Mesa, AZ 85203

Adam Copenhaver
3330 Pacific Avenue
Suite 500
Virginia Beach, VA 23451

Cordeiro Luis
Avenue De Severy 16
Lausanne 1004
SWITZERLAND

Coreit Lda
Rua Tomas Del Negro, 14, 2B
Lisboa PT-11 1750-105
PORTUGAL

Corey Brown
198 Bridlewood Drive
Jacksonville, NC 28540

Corey Grazette
177-01 145th Dr
Jamaica
Queens, NY 11434

Corey Schell
Bld 2020 Pendleton Avenue
Jblm, WA 98433

Cory Aymar
3040 N Victoria Dr
Alpine, CA 91901

Cory Boxberger
737 N Maize Rd #600
Wichita, KS 67212

Cory Fabbro
7-7374 194A St.
Surrey BC V4N6P8
CANADA

Cory Fung
1699 E Washington Street
Apt #1023
Colton, CA 92324

Cory Mayo
201 Byfield Rd
Westminster, MD 21157

Cory Neuleib
291 Sunset Dr
Cortland, OH 44410

Cory Zaparyniuk
100 Ridge View Close
Cochrane AB T4C 0P8
CANADA

Cosmin Haias
Bartok Bela 37
Dumbravita TM 307160
ROMANIA

Andrew Cotterell
2188 Telogia Court
West Palm Beach, FL 33411

Courtland Low
199 Hillcrest Ave.
Unit 14
Mississauga ON L5B4L5
CANADA

Coyle Boyd
1645 11th Street
Baywood-Los Osos, CA 93402

Craig Barthol
6600 College Blvd
Suite 138
Overland Park, KS 66211

Craig Boozer
1036 Orchard Cir
Monroe, GA 30656

Craig Grant
7920 San Felipe Blvd #1014
Austin, TX 78729

Craig Jones
4845 Saddlehorn Trail
Middleburg, FL 32068

Craig Karduck
1806 Margaret Ln
Kingsville, TX 78363

Craig Marquis
848 Main Street Ste 28
Billings, MT 59105

Craig Marquis
848 Main St Ste 28
Billings, MT 59105

Creighton Edington
10 Jolly Court
Peralta, NM 87042

Cretu Adrian
Str. Ficusului Nr. 27
Ap.1
Giroc TM 307220
ROMANIA

Cristal Shea
5166 Halifax Street, #109
Burnaby BC V5B 2N6
CANADA

Cristian Cantamessa
Via Verdi 7
Castelnuovo Del Garda VR 37014
ITALY

Cristian Perez
2851 West 120th Street Suite E565
Hawthorne, CA 90250

Cristian Sarca
Am Bahnhof 9
Gangkofen  84140
GERMANY

Cristina Gonzalez
232 East Market Street, #411
York, PA 17403

Cristopher Bergeson
13570 Wayzata Blvd
Minnetonka, MN 55305

Etalides Cruz
59 O'Connell Street
Albany, NY 12209

Allen Cryer
1829 Stewart Drive
Carrollton, TX 75010

Crystal Gilbert
2073 Dominion Dr
Christiansburg, VA 24073

Crystal Rosenbrook
670 Pelham Blvd
Apt 208
Saint Paul, MN 55114

Csenge Polgar
59 Hesperus Broadway
Flat 12
Edinburgh SCT EH5 1FW
UNITED KINGDOM

Cung Pham
303 Tealby Cres
Waterloo ON N2J 4Y5
CANADA

Cuong Nguyen
640 Royalwood Ct
Grand Prairie, TX 75052

Cuong Tham
2428 North Ditman Avenue
Los Angeles, CA 90032

Curro Munoz Roldan
El Pasaje Amaranto 45
Montequinto SE 41089
SPAIN

Curt Hesse
5607 Briarbend Dr
Houston, TX 77096-4912

Curtis Binkley
13031 Ray Trog Court
Saint Louis, MO 63146

Curtis James
300 Gentle Creek Dr
Mckinney, TX 75072

Curtis Mulatz
249 Morningside Gardens Southwest
Airdrie AB T4B 0K3
CANADA

Cutberto Apodaca
1186 Myrna Way
Rodeo, CA 94572

Cveta Hristova
Ul. "William Gladstone" 1
Floor 3, Appt. 12
Varna  9000
BULGARIA

Cypress Demanincor
4500 Tierra Verde Street
Bakersfield, CA 93301

Cyrus Khaleghi
17928 16th Avenue Ct E
Spanaway, WA 98387

D'Marcus Elder
15828 Goddard Road
Apt 304
Southgate, MI 48195

D.G. Verhagen
Javaplein 35
II
Amsterdam  1095 CJ
NETHERLANDS

DAGEPi Consult GmbH und Co.KG
Theaterstrasse 5
Halberstadt  38820
GERMANY

Dagmar Feldhaus
Jasminweg 33
Marl  45770
GERMANY

Dahron Shand
63 Handy St
New Brunswick, NJ 08901

Dairon Hernandez
190 SW 104 Ct
Miami, FL 33174

Dajana Djuric
Pavla Papa 33
Novi Sad  21000
SERBIA

Dakota Francis
11227 137 Avenue Northwest
Edmonton AB T5E 1Z3
CANADA

Dale Lee
17 Bryant Street
Cranbrook QLD 4814
AUSTRAILA

Dale Mcconnery
839 Amelia Street
North Bay ON P1A 1W4
CANADA

Dale Radcliff
1420 NW Gilman Blvd, #2757
Issaquah, WA 98027

Dale Snyder
6126 N Rainbow Blvd
Las Vegas, NV 89130

Dalton Ness
3135 Dupont Avenue South
Apt 1
Minneapolis, MN 55408

Dam Ha
410 NE Dekum St, #205
Portland, OR 97211

Damani Majors
7446 Tyndale Court
Norfolk, VA 23505

Damassino Massimo
Via Monte Ortigara 46
Torino TO 10141
ITALY

Damian Leonel Sandoval
Tigre 443
Hurlingham B 1688
ARGENTINA

Damien Aguado
13038 Nursery Dr
Victoria, TX 77904

Damien Barre
56B Rue Des Maraichers
Paris  75020
FRANCE

Damien Van Raemdonck
37 Newport Road
Stafford
Stafford ENG ST16 1BH
UNITED KINGDOM

Damon Barriteau
530 N. Fulton Ave
Lindenhurst, NY 11757

Damon Belveal
12815 Woodmere St
Austin, TX 78729

Damon Zsiga
4056 Bruce County Road 3
Paisley ON N0G 2N0
CANADA

Dan Bennett
4 Balchier Road
London ENG SE220QN
UNITED KINGDOM

Dan Berry
2795 Speer Blvd
A-353
Denver, CO 80211

Dan Black
3620 G Street
Antioch, CA 94509

Dan Chirileanu
Baia Mare, Str. Stefan Luchian, Nr.11A,
Baia Mare MM 430133
ROMANIA

Dan Difabio
47 Woodcliff Ave
Westwood, NJ 07675-3423

Dan Feisst
2/22 Penning, Castor Bay
Auckland AUK 620
NEW ZEALAND

Dan Hacker
95 Horatio St. Apt 2P
New York, NY 10014

Dan Huynh
7614 Woodhaven Street
San Antonio, TX 78209

Dan Iulian Moraru
Str Alexandru Cel Bun
Bl187,Sc C,Ap4
Vaslui VS 730065
ROMANIA

Dan Iulian Moraru
Strada Alexandru Cel Bun
Bloc 187,Sc C ,Ap. 4 Parter
Vaslui VS
ROMANIA

Dan Kim
5791 Yonge Street #810
Toronto ON M2M 0A8
CANADA

Dan Marra
220 Bordentown Ave
South Amboy, NJ 08879

Dan McAllister
2912 NE 278th Ave
Camas, WA 98607

Dan Padilla
7 Gates Lane
Apt 2
Worcester, MA 01603

Dan Pirchner
133 Juniper Lane
Swedesboro, NJ 08085

Dan Price
23770 East Tansy Drive
Aurora, CO 80016

Dan Randles
3963 West Belmont Avenue
Chicago, IL 60618

Dan Scott
38 Yarmouth Drive
Cramlington ENG NE23 1TS
UNITED KINGDOM

Dan Seciu
Bd. Ferdinand Nr.131, Sect.2
Bl E2 Sc.6 Ap.5
Bucharest B 21388
ROMANIA

Dan Sterwald
4622 S Abilene Cir
Aurora, CO 80015

Dan Waln
6803 NE Aldercreek Pl
Hillsboro, OR 97124

Dan Williams
4163 N. Wolf Ridge Circle
Eden, UT 84310

Dana Harvey
724 N Poinsettia St
Santa Ana, CA 92701-3941

Dana Yuen
665 Esquimalt Ave
West Vancouver BC V7T1J6
CANADA

Danail Ivanov
Ul. D-R L.Zamenhof- 1
Et.2, Office 2
Varna  9000
BULGARIA

Dane Correira
2 Clark Street
Somerset, MA 02726

Dane Doerfert
Berta-Von-Suttner-Stieg 1
Norderstedt 22846
GERMANY

Dane Vaughan
612 North I Street
Tacoma, WA 98403-2010

Dane Vaughan
612 North I Street
Tacoma, WA 98403

Dani Paschkes Gonzalez
Passeig Pau Gesa
53, Baixos
Cardedeu B 8440
SPAIN

Danicico Florin Marian
Str.Cimitirului Nr 8 .Com, Jud Satu Mare
Paulesti SM 447230
ROMANIA

Daniel Allen
4643 Gardens Park Blvd.
Unit 4307
Orlando, FL 32839

Daniel Alves
Feldbergstr. 21A
Munich 81825
GERMANY

Daniel Amer
Av. Francisco Lazo Marti Resd. Mayoral P
Piso 6, Apto. 61
Caracas 1041
VENEZUELA

Daniel Backhaus
Sonninstrasse 18
Hamburg 20097
GERMANY

Daniel Barry
14 Glendale Avenue East
Belfast NIR BT8 6LF
UNITED KINGDOM

Daniel Bergschneider
1743 Paddington Ave
Naperville, IL 60563-2027

Daniel Bettech
Calle De La Amargura 60 Int. Sotano 1
Lomas De La Herradura
Huixquilucan MEX 52785
MEXICO

Daniel Brinkhus
Carumer Damm 9
Bakum 49456
GERMANY

Daniel Ceko
10 Mimosa Avenue
Emerald VIC 3782
AUSTRAILA

Daniel Chan
83 Terryhill Cres
Toronto ON M1S3Z3
CANADA

Daniel Cruver
461 Brookwood Drive
Hamburg, NY 14075

Daniel Dalili
7 Ormonde Terrace
London ENG NW8 7LP
UNITED KINGDOM

Daniel De Nijs
Het Lint 1
Tholen  4691 DK
NETHERLANDS

Daniel Deleon
4783 Joppa Circle
Dallas, TX 75216

Daniel Delmonte
465 N Vista St
Los Angeles, CA 90036

Daniel Denson
3940 Becraft Ln
Billings, MT 59101

Daniel Duncan
5560 Kirkwood Highway
Wilmington, DE 19808

Daniel Echeverria
21220 Multnomah Road
Apple Valley, CA 92308

Daniel Elkinton
5301 Gladstone Dr
Austin, TX 78723-5419

Daniel Espaillat
16 Matthew Patten Drive
Bedford, NH 03110

Daniel Forth
Bauernreihe 10 B
Allstedt  6542
GERMANY

Daniel Geng
Am Reutele 18
Bad Schussenried  88427
GERMANY

Daniel Gruner
Hemmerdenerweg 62
Grevenbroich  41516
GERMANY

Daniel Hardee
2 Starfish Drive
Vero Beach, FL 32960

Daniel Heintze
37257 Remington Park Avenue
Geismar, LA 70734

Daniel Helsten
5300 K St
Sacramento, CA 95819

Daniel Hernandez
4251 Tulane Avenue
Long Beach, CA 90808

Daniel Hickox
8001 Two Coves Dr
Austin, TX 78730

Daniel Hipsher
1000 Riverwalk Blvd
Shreveport, LA 71110

Daniel Hogoboom
3220 SW Pine Island Rd
Ste C
Cape Coral, FL 33991

Daniel Hosler
2141 N Dayton St
Chicago, IL 60614

Daniel Kim
351 King Street
Unit 427
San Francisco, CA 94158

Daniel Kutryk
16292 10 Street Southwest
Calgary AB T2Y 2W2
CANADA

Daniel Lee
10 Arbour Crest Close Nw
Calgary AB T3G 4A3
CANADA

Daniel Leo
4624 Russell Avenue
Los Angeles, CA 90027

Daniel Lichtenberg
3763 Ruby Street
Oakland, CA 94609

Daniel Lynch
1207 Via Arroyo
Ventura, CA 93003

Daniel Macdonald
2505 N Kenilworth St
Arlington, VA 22207

Daniel Mar
587 Evanston Drive
Calgary AB T3P 0H7
CANADA

Daniel Mladjen
436 Flinders Parade
Brighton QLD 4017
AUSTRAILA

Daniel Molina
4307 Roseneath Dr
Houston, TX 77021

Daniel Nasser
22 Bray Street, Reservoir Vic 3073
22 Bray St
Reservoir VIC 3073
AUSTRAILA

Daniel Navarrete
11813 Wright Rd
Apt. C
Lynwood, CA 90262

Daniel Nawrocki
2412-70 Temperance Street
Toronto ON M5H 0B1
CANADA

Daniel Olewski
22595 NE 96th St
Redmond, WA 98053

Daniel Panovski
Sindarovska 18
Skopje 1000
NORTH MACEDONIA

Daniel Perez
23 N 9th St
Surf City, NJ 08008

Daniel Pfeifer
Eichendorffstrasse 1A
Bad Schwalbach  65307
GERMANY

Daniel Piedra Quintero
Albert Van Meerveldstraat 29
Zwartebroek  3785 LP
NETHERLANDS

Daniel Purcell
8 Edison Green
Apt 2
Boston, MA 02125

Daniel Ramlagan
97-36 110St
Richmond Hill, NY 11419

Daniel Raney
812 Apricot Ave
Mount Vernon, IL 62864

Daniel Reyes
2838 Charleston Place
Chula Vista, CA 91914

Daniel Rietberg
326 Cherry St.
Apt C
Grand Rapids, MI 49503

Daniel Riposan
3395 Cliff Road North, #130
Mississauga ON L5A 3M7
CANADA

Daniel Rodriguez
16780 County Road 1714
Odem, TX 78370

Daniel Rodriguez-Magana
736 State St.
Apt 3
San Jose, CA 95110

Daniel Roller
Leistenstrasse 18
Wurzburg  97082
GERMANY

Daniel Sayegh
365 Ardsley Road
Scarsdale, NY 10583

Daniel Schmidt
Papendamm 26
Hamburg  20146
GERMANY

Daniel Stewart
10935 SE Spruce View Ln.
Happy Valley, OR 97086

Daniel Tardy
1240 S. 15th St.
Marion, IA 52302

Daniel Tharp
39939 Stevenson Common #1113
Fremont, CA 94538

Daniel Thein
9 Rue Louis Braille
Strassen  8033
LUXEMBOURG

Daniel Timms
41 Mears Ashby Road
Earls Barton ENG NN6 0HQ
UNITED KINGDOM

Daniel Toomer
9863 Yale Drive
Rancho Cucamonga, CA 91701

Daniel Tustin
32 Kaitawa Crescent
Paraparaumu WGN 5032
NEW ZEALAND

Daniel Velez
486 N Pine Meadow Dr
Debary, FL 32713

Daniel Wei
22 Kenfin Ave
Scarborough ON M1S 4G1
CANADA

Daniel Wheaton
7737 Nakita Ct
Northfield, OH 44067-3310

Daniel Zargham
1085 Tasman Drive #283
Sunnyvale, CA 94089

Daniela Gentilucci
Panoramastrasse 9
Gerlingen 70839
GERMANY

Daniela Stana
Al Domnisoara Pogany Nr.1
Ap. 20, Sector 6
Bucuresti B 62132
ROMANIA

Daniele Berardi
Rutiwiesenstrasse 8
Gattikon 8136
SWITZERLAND

Danielius Vebras
Krummaholar 8
Reykjavik 109
ICELAND

Danielle Kim
24241 Park St
Torrance, CA 90505

Danilo Diaz Barrios
173 Hazelglen Dr
Kitchener ON N2M2E6
CANADA

Danish Qamar
6 Sierra Rd
Olds AB T4H 1X4
CANADA

Danny Burrell
17480 La Sierra Avenue
Riverside, CA 92503

Danny Dutil
800 Palmetto Ave
Orange City, FL 32763

Danny Genao
251 E 16th St.
Paterson, NJ 07524

Danny Hsiao
526 Woodston Rd
Rockville, MD 20850

Danny Kennison
91-0697 Nanaulu St
Ewa Beach, HI 96706

Danny Kennison
91-0697 Nanaulu St
Ewa Beach, HI 96706-4853

Danny Lopez
11400 Northwest 7th Street
Plantation, FL 33325

Danny Merritt
9508 Tower Ridge Rd
Pensacola, FL 32526

Danny Nathie
7287 Arcadia Drive
Huntington Beach, CA 92648

Danny Romo
129 Avenida San Fernando
Unit A
San Clemente, CA 92672

Danny Soria
14201 Foothill Blvd.
Unit 52
Sylmar, CA 91342

Danny Ziya
567 Shawn Vines Ave
Oakdale, CA 95361

Dante Capecce
Ruta 81 Km 50
San Bautista  91200
URUGUAY

Dante Colaiacovo
16 Cherry Tree Lane
Kinnelon, NJ 07405

Dante Elizalde
Santa Rosa 75A
Zapopan JAL 45140
MEXICO

Danzie Hazell Can Do Builders
168 Mill Road
Cambridge ENG CB1 3LP
UNITED KINGDOM

Darcy Lamke
716 N Water St
Watertown, WI 53098

Darian Nabaz
18D School Road
London ENG TW12 1QL
UNITED KINGDOM

Darin Carter
327 West Lantana Road
Lantana, FL 33462

Darius Bryan
34 Rosedale House Manor Road
London ENG N16 5NR
UNITED KINGDOM

Darius Vaicenavicius
Ozo G. 24-15
Vilnius 7151
LITHUANIA

Dariusz Paszko
Chemin Des Postes 249
Waterloo 1410
BELGIUM

Dariusz Wida
450 Village Center Dr
Unit 210
Burr Ridge, IL 60527

Daron Baptiste
270 Clarkson Avenue, #322
Brooklyn, NY 11226

Darrell Griffin
1011 Beyer Way
Sp. 104
San Diego, CA 92154

Darren Aldous
25 Ngahere Street
Inglewood TKI 4330
NEW ZEALAND

Darren Jones
66 Headley Drive, New Addington
Croydon, London ENG CR00QF
UNITED KINGDOM

Darren Langley
4177 Brown Bridge Road Southeast Lot N
Dalton, GA 30721

Darren Lazarus
23 Bogert Road
Demarest, NJ 07627

Darren Wutzke
1004 Abby Lane
Lucas, TX 75002-3712

Darryl Gonzales
8085 Atlas Pear Drive, #327
Bryan, TX 77807

Daryl Gonzalez-Orellana
211 Taaffe Pl.
3R
Brooklyn, NY 11205

Daryl Maksymec
158 Crystalridge Drive
Okotoks AB T1S 1W3
CANADA

Daryl Sowers
1904 Kinross Ct
Bakersfield, CA 93309

Daryl Upole
3916 Edgewater Drive
Ashtabula, OH 44004

Dasiel Hidalgo
8065 W 15 Th Ave
Hialeah, FL 33014

Derek Dasilva
22 Sawyer St
Malden, MA 02148

Dave Grueneich
6706 South Jacqueline Way
Gilbert, AZ 85298

Dave Hardjo
Nystadstraat 64
Rotterdam 3067 DT
NETHERLANDS

Dave Hendrie
9911 Norwalk Blvd
Santa Fe Springs, CA 90670

Dave Hendrie
9911 Norwalk Boulevard
Santa Fe Springs, CA 90670

Dave Koziol
2884 E Eisenhower Pkwy
Ann Arbor, MI 48108

Dave Letarte
5260 Quebec 395
Amos QC J9T 3A1
CANADA

Dave Pickering
305 Pine Valley Drive
Kitchener ON N2P 2V5
CANADA

Dave Schleigh
11830 Ramsburg Road
Marriottsville, MD 21104

Dave Supinger
240 East 600 South
Centerville, UT 84014

David Abrahamson
9021 Octavia Court
Springfield, VA 22153

David Alley
807 Catalina Lane
Austin, TX 78737

David Amaro
5420 Nessee Street
Fayetteville, NC 28314

David Antunes
Rua Do Rosmaninho Lote 5 - Alto Da Guerr
Setubal PT-15 2910-282
PORTUGAL

David Arechederra
Izalde Kalea 4
B95873964 Quattro Motiv Sl
Getxo BI 48992
SPAIN

David Arriaga
18366 Whitewater Way
Riverside, CA 92508

David August
78 Willow Ave.
Toronto ON M4E 3K2
CANADA

David B. Canady
404 Kingsford Court
Fayetteville, NC 28314

David Beach
13944 E Riviera Dr
Burleson, TX 76028-3362

David Beltz
691 Baluster Drive
Marysville, OH 43040

David Bergtold
9933 Dellcastle Rd
Montgomery Village, MD 20886

David Black
9316 Pawnee Lane
Leawood, KS 66206

David Bollinger
Sankt Johanns-Vorstadt 41
Basel  4056
SWITZERLAND

David Bourque
97 Des Becs Scies
Sept-Iles QC G4S 1K1
CANADA

David Brandt
1916 Benedict Avenue
Riverside, CA 92506

David Burke
13615 E Ocotillo Bloom Dr
Vail, AZ 85641

David Carlson
39306 Fieldcrest Circle
Palmdale, CA 93551

David Chatfield
914 Northeast 151st Avenue
Portland, OR 97230

David Chee
239 W. Palm Dr.
Arcadia, CA 91007

David Chen
75 Cannon Blvd
1F
Staten Island, NY 10306

David Cho
1756 Dixon Street
Redondo Beach, CA 90278

David Chou
424 15th Street #3204
San Diego, CA 92101

David Cooper
479 Alway Road
Grassie ON L0R 1M0
CANADA

David Crunk
3331 Fort St
Wyandotte, MI 48192

David Delgiglio
5491 Keith Rd
West Vancouver BC V7W 3E1
CANADA

David Demaree
191 Market St
Aurora, IN 47001

David Desroche
1611 Lake Avenue
Metairie, LA 70005

David Dickson
34 Springbluff Blvd Southwest
Calgary AB T3H 4V6
CANADA

David Donald
Box 766
Kimberton, PA 19442

David Dunn
4200 Country Hill Rd
Fort Worth, TX 76140

David Effron
3749 Maplecrest Road
Woodmere, OH 44122

David Foster
4422 McDermed Dr
Houston, TX 77035-3816

David Fuscus
1120 G St Nw
Ste 450
Washington, DC 20005

David Gagua
Chavchavadze St 78, 6/6/10
Tbilisi  179
GEORGIA

David Ganio
3163 700 East Street
North Ogden, UT 84414

David Gourley
672 1575 West
Layton, UT 84041

David Gray
822 S Norton Ave
Los Angeles, CA 90005

David Grubb
2205 Chasefield Dr
Plano, TX 75023

David Harris
4408 NE Hideaway Drive
Lees Summit, MO 64064-7808

David Harris
781 Laurel Oak Court
Columbus, GA 31907

David Head
2580 W 61st Ave
Merrillville, IN 46410

David Huber
12716 106th St
Largo, FL 33773

David Johnson
340 Appleblossom Lane
Bay Village, OH 44140-1109

David Kaita
98-1155 Malualua Street
Aiea, HI 96701

David Kennedy
P.O. Box 291
Jackson, MS 39205

David Kielmeyer
1454 Muirfield Dr
Bowling Green, OH 43402

David Lethe
3133 Freedom Lane
Plano, TX 75025

David Lin
21 Lorillard Rd
Tuxedo Park, NY 10987

David Lindgren
3140 Durham Road,
Guilford, CT 06437

David Love
1067 Airport Parkway
Belleville ON K8N 4Z6
CANADA

David Maguire
6002 Cameron Ct.
Crystal Lake, IL 60014

David Matevski
49 Condarcuri Cres
Markham ON L6B 0G9
CANADA

David May
3 Newgate
Wilmslow
Manchester ENG SK9 5LL
UNITED KINGDOM

David Mazereeuw
Dorpsstraat 1052
Assendelft  1566 JL
NETHERLANDS

David Mazzotta
1827 Brookside Drive
Germantown, TN 38138

David Merritt
1143 Muscogee Road
Cantonment, FL 32533

David Miller
1056 South State Street
5F
Dover, DE 19901

David Molenberg
2233 Central Ave.
Apt. A
Alameda, CA 94501-4405

David Mustapick
286 Palmetto Ct
Jupiter
Jupiter, FL 33458

David Nather
Wallstrasse 29
Cologne  51063
GERMANY

David Nguyen
30 Ruth Goldbloom Drive, #302
Halifax NS B3M 0M9
CANADA

David Nguyen
5836 Willow Ridge Dr
Ypsilanti, MI 48197

David Nonachi
13510 Carruth Lane
Houston, TX 77083

David Otterbein
1641 Aldersbrook Road
London ON N6G 2Z2
CANADA

David Payne
6357 South 80th East Avenue
Unit H
Tulsa, OK 74133

David Pezzola
448 N Carpenter
Unit J
Chicago, IL 60642

David Pimentel
781 Akahi Place
B630470
Lanai City, HI 96763

David Posin
7301 Connecticut Ave
Chevy Chase, MD 20815

David Prendergast
15 Taylor Hill Way
Balbriggan D K32 AE29
IRELAND

David Richards
P.O. Box 10534
State College, PA 16805

David Richardson
P.O. Box 241
Granby, CO 80446

David Rios
4917 North Kimball Avenue
Chicago, IL 60625

David Rivas
8273 NW 56th St
Ps-45156
Miami, FL 33195-4007

David Rosenberg
3019 North Thomas Road
Freeland, MI 48623

David Sampson
12 Brittany Lane
Dunstable, MA 01827

David Schlosser
904 Salem Avenue
Elyria, OH 44035

David Schneider
7700 Southwest 134th Terrace
Miami, FL 33156

David Schwenning
2353 Leighton Rd
Nanaimo BC V9R7C1
CANADA

David Sekiguchi
19924 Bear Valley Lane
Northridge, CA 91326

David Shuman
11082 Sedalia Street
Commerce City, CO 80022

David Sinopoli
594 Avenue A
Bayonne, NJ 07002

David Skrzypek
210 Vickery Way
Roswell, GA 30075

David Sosine
315 Sherwood Drive
Brentwood, CA 94513

David Sterr
Raifberg 48
Funtastic Solutions Gmbh
Waidhofen/Ybbs 3340
AUSTRIA

David Stewart
5869 N Pinery Canyon Ave
Meridian, ID 83646

David Stone
3445 Wallace Dr
Bonita, CA 91902

David Supinger
1093 South 55 West
Farmington, UT 84025

David Surowiak
7871 Concession Road 3
Lisle ON L0M 1M0
CANADA

David Surowiak
7871 Concession Rd 3
Lisle ON L0M1M0
CANADA

David T
4723 156 Avenue Northwest
Edmonton AB T5Y 0B6
CANADA

David Templin
8105 NW 77th St
Oklahoma City, OK 73132

David Timberlake
142 Oxford Street,
Sheffield ENG S6 3GB
UNITED KINGDOM

David Tran
122 Bronte St S
428A
Milton ON L9T1Y9
CANADA

David Truong
96 W. White Willow Cir.
Spring, TX 77381-2728

David Turner
1 Hermann Park Court
Apt 734
Houston, TX 77021

David Vahidi
353 Riverpark Blvd, #206
Oxnard, CA 93036

David Vanwye
3704 Kinnett Lane
Indianapolis, IN 46228

David Volbracht
Montargisstrasse 99
Greven  48268
GERMANY

David Wang
99 Vista Montana
Apt 4446
San Jose, CA 95134

David Webb
10 Japonica Dr
Pass Christian, MS 39571-4729

David Werren
Stationsstrasse 95
Wiesendangen  8542
SWITZERLAND

David Williams
1129 NW 19th Pl
Cape Coral, FL 33993-5934

David Wittich
Romain-Rolland-Strasse 62
Berlin  13089
GERMANY

David Wood
The Old Barracks
Armoury Drive
Gravesend ENG DA12 1LZ
UNITED KINGDOM

David Wray
4730 Walnut Avenue
Simi Valley, CA 93063

David Yamaguchi
3507 Bergamo Dr
El Dorado Hills, CA 95762

David Yamaguchi
3507 Bergamo Drive
El Dorado Hills, CA 95762

David Yanez
711 S Bayshore Blvd
Apt 18
San Mateo, CA 94401

David Yousif
4806 N 96th Ave
Phoenix, AZ 85037

David Zak
12104 Track Road East
Cat Spring, TX 78933

Davor Lesnjakovic
S Andora Petefija 21
Osijek  31000
CROATIA

Davy Verbelen
Waarbeek 13
Asse  1730
BELGIUM

Dawa Sherpa
41992 Ural Drive
Aldie, VA 20105

Dayle Renfro
10074 Emerald Edgewater Ct
Las Vegas, NV 89178

Daylen Storaci
3617 North Road 88
Pasco, WA 99301

Daylin Gonzalez
2746 NW 5th St
Miami, FL 33125

Daylin Murchison
1975 Nocturne Dr Unit 2301
Alpharetta, GA 30009

Dayne Ladson
51 Parish Way
Pooler, GA 31322

Maria Rowena de Dios
195 Sienna Way
American Canyon, CA 94503

Jessica de la Cruz
8024 Fallbrooke Dr
North Chesterfield, VA 23235

Jonathan de la Rosa
7851 Davie Road Extension #1102
Hollywood, FL 33024

Roberto de las Salas
16385 Biscayne Blvd Apt 2804
North Miami Beach, FL 33160

Pablo de Leon
9857 Northwest 52nd Lane
Doral, FL 33178

Hanly de los Santos
1300 E Lafayette St Apt 1204
Detroit, MI 48207

Laura de los Santos
12813 Sophiamarie Loop
Orlando, FL 32828

Miguel De Pablo
12045 Dragon Crest Drive
El Paso, TX 79936

Renato de Rada Wagner
1562 Eagle Wind Terrace
Winter Springs, FL 32708

Mario de Sousa
468 Firenza Ct
Livermore, CA 94551

Dean Rittenhouse
805 S Gulph Rd
King Of Prussa, PA 19406

Dean Sanvido
35 Darling Cres
Alliston ON L9R1P7
CANADA

Dean Truong
2930 Fairmount Avenue
Apt D
La Crescenta-Montrose, CA 91214

Allan Dean
1908 E Carmen St
Tempe, AZ 85283

```
Deandre Gilberry
3554 Mentone Ave
Apt 5
Los Angeles, CA 90034

Deborah Duan
463 W Camino Real Ave
Arcadia, CA 91007

Alex Decamp
1458 Seyburn St
Detroit, MI 48214

Declan Child
8 Delaforce Street
Regents Park QLD 4118
AUSTRAILA

Deep Patel
630 South Knott Avenue Unit#56
Anaheim, CA 92804

Deepak Kamath
50 Harrogate Square
Buffalo, NY 14221

Deepdave KFT
Tuttossy Ferenc Utca
4.1.2.A
Zalaegerszeg 8900
HUNGARY

Deian Carmazan
28968 Rock Canyon Dr
Santa Clarita, CA 91390

Deian Lazici
Gottinger Strasse 26
Hinterhaus
Bad Aibling 83043
GERMANY

Dejan Cvetkovik
Boris Bojadziski 16
Skopje 1000
NORTH MACEDONIA

Dejan Minovic
Weststrasse 38
Wuppertal 42119
GERMANY

Luis Martin Del Campo
653 E Casad St
Covina, CA 91723
```

Marco Del Corto
Via Marco Polo, 139
Viareggio LU 5509
ITALY

Whine Del Rosario
14858 3/4 Dickens Street
Sherman Oaks, CA 91403

Richard Del Vecchio
5149 Partridge Circle
Roanoke, VA 24018

Delaine Fowler
142 Churchill Drive
Salisbury, NC 28144

Delfin Suarez
8133 Cozumel Ln
Sebring, FL 33876

Angelarose Deluca
7915 Ruxway Rd
Towson, MD 21204

Anastasija Deluna
1509 Pershing Dr
Apt C
San Francisco, CA 94129

Demarion Farmer
1304 Cozart Street
Unit 505
Durham, NC 27704

Demond Henson
1643 Kenwell St
San Diego, CA 92139

Den Bah
Dzelzavas 15/1 Dz.55
Riga  LV-1084
LATVIA

Dene Sonnessa
26 Stoneham Road
Hove ENG BN3 5HJ
UNITED KINGDOM

Denis Steinlechner
6511 NW 87th Ave #Cli248067
Miami, FL 33178

Denise Lewis
1964 Northshire Drive
Tupelo, MS 38804

Denise McHayle
330 K Street
Apt 26
Chula Vista, CA 91911

Denni Punongbayan
25386 Grandfir Court
Corona, CA 92883

Dennis Fabia
3535 Lebon Drive Apt 4108
Apt 4108
San Diego, CA 92122

Dennis Galloway
162 Central Avenue
Rochelle Park, NJ 07662

Dennis Garcia
1117 E Anaheim St
Wilmington, CA 90744

Dennis Grote
Silbekerweg 35
Buren  33142
GERMANY

Dennis Jones
980 Branch Dr
Herndon, VA 20170

Dennis Knapp
Im Rad 11
Wiesbaden  65197
GERMANY

Dennis Kourbatsky
27653 Weston Dr
Valencia, CA 91354

Dennis Markmann
Hammer Weg 26
Hamburg  20537
GERMANY

Dennis Nelson
3617 Laurel Lee Blvd, Pace, Fl 32571
Pace, FL 32571-6861

Denny Sadlo
Evers Kamp
6B
Bissendorf  49143
GERMANY

Deo Avila
1155 Lansdowne Ave
Winnipeg MB R2X 1S5
CANADA

Deo Punongbayan
325 Genoa Street
C
Monrovia, CA 91016

Tran Dep
2 San Carmelo Way
Toronto ON M3N 2V1
CANADA

Derek Hansen
10 Wiebe Crescent
Weyburn SK S4H 3L4
CANADA

Derek Marineau
10 Nowell St. Apt. C
North Berwick, ME 03906

Derek Miller
18515 Deason Dr
Spring Hill, FL 34610

Derek Schindler
1717 Century Circle
#203
Woodbury, MN 55125

Derek Spencer
2633 29 Street Southwest
Calgary AB T3E2K6
CANADA

Derek Winer
50 Ivy Lea Place
Hamilton ON L8T 3R6
CANADA

Derik Day
316 Timbercreek Drive
Holly Springs, GA 30115

Derren Perry
Calle Brisas De Las Vinas, 6
Torre Del Mar MA 29740
SPAIN

Derrick Baldree
1739 Ridgedale Deive
Snellville, GA 30078

Derrick Bane
84817 Searles Street
Searles Valley, CA 93562

Derrick Johnson
100 Stonewall Avenue
Carencro, LA 70520

Derrick Lehrke
11640 Lockridge Avenue South
Hastings, MN 55033

Desiree Moro
1115 Huntington Drive
Fayetteville, AR 72701

Desmond Lee
118 Westbrooke Road
Welling ENG DA16 1QE
UNITED KINGDOM

Desmond Mathison
102 Westview Lane
Jackson, CA 95642

Desmond Stanford
48 St Johns Place
Brooklyn, NY 11217

Devin Carthorn
3824 Briarcliff Way
Chattanooga, TN 37406

Devin Gavgani
Bergsvagen 23 A
Savedalen  433 61
SWEDEN

Devin McBride
1005 Lily Pad Lane
Leander, TX 78641

Devin McLaughlin
1500 Winwood Street
Las Vegas, NV 89108

Devin Scott
16305 100 Avenue Northwest
Edmonton AB T5P 1L6
CANADA

Devin Slockbower
139 English Court
Bushkill, PA 18324

Devin Tyler
1402 Caywood Circle South
Lehigh Acres, FL 33936

Devyn Boettcher
3631 Stoneleigh Drive
Lansing, MI 48910

Dex Carr
6272 Equine Dr
Crestview, FL 32536

Dexter Barbosa
9590 Gurney Court
Elk Grove, CA 95758

Dexter Lin
42 Heron Pointe Court
Marlton, NJ 08053-1778

Dhan Bahadur Rai
6608 42 Street
207A
Lloydminster AB T9V 3L1
CANADA

Dharma Miryala
18 Canoe Birch Place
The Woodlands, TX 77382

Dharminder Chandale
234 Horton Road
Datchet
Berkshire ENG SL39HN
UNITED KINGDOM

Dharshan Dasrath
1638 Prairie Avenue, #208
Port Coquitlam BC V3B 1T7
CANADA

Dharshan Dasrath
1638 Prairie Ave
Suite 208
Port Coquitlam BC V3B1T7
CANADA

Dhaval Panchal
18482 Buttonwood Lane
Rowland Heights, CA 91748

Dheeraj Gundapaneni
1093 Mariners Point Dr
St. Louis, MO 63141

Diaa Alzein
38 Rosemary Drive
Lalor VIC 3075
AUSTRAILA

Diaa Alzein
1 Spring Street
Melbourne VIC 3074
AUSTRAILA

Diamante Borrega
4650 Rue Jean Talon Est
Apt. 1002
Montreal QC H1P2V5
CANADA

Diana Hermosillo
Puerto Marquez 1305
Valle Primavera
Monterrey NL 64840
MEXICO

Diana Sharber
509 West 155th Street
5F
New York, NY 10032

Diane Dykas
135 Glenforest Road
Toronto ON M4N 2A1
CANADA

Diane Hartman
1239 Heath Street
Redlands, CA 92374

Diane Mevorach
83 Navesink Avenue
Fair Haven, NJ 07704

Dianni Scarborough
28 Nye Bevan Estate
London ENG E5 0AG
UNITED KINGDOM

Dick Amen
7361 Rockmont Ave
Westminster, CA 92683

Daniel Dickson
11 Greenwich Road
East Longmeadow, MA 01028-1416

Didier Mondestin
2273 Rue Denonville
Montreal QC H4E 1M7
CANADA

Diego Bermudez
9633 Holly Patch
San Antonio, TX 78254

Diego Laurent
295 Rue Fontaine
Saint-Jean-Sur-Richelieu QC J2Y 1G7
CANADA

Diego Ponce
3005 Princess Lane
Plano, TX 75074

Diego Saal
19340 NE 18 Ct
Miami, FL 33179

Fernando Diez Barroso
907 5th Avenue
6Ad
New York, NY 10021

Dike Ezenekwe
2611 East Broadway, #202
Long Beach, CA 90803

Dilesh Patel
2650 Evans Way
Olive Branch, MS 38654-4925

Dillon Frost
210 N Oak St
Villa Grove, IL 61956

Dillon Miller
688 Old Quarry Road
Apt 11
Pleasant Hill, CA 94523

Dillon Moreland
1716 Longhill Road
Millington, NJ 07946

Dillon Terman
2117 Madison Cir
Northbrook, IL 60062

Dimitar Ilchev
Knyaz Boris 1 Str, Nuber 33,
Nuber 33
Bansko  2770
BULGARIA

Dimitrios Athanasios Drougas
Tanaidos 29
Athens  11142
GREECE

Dimitrios Saleh El Ayed
Ax. Samothrakis 23
Thessaloniki  54248
GREECE

Dimple Sethi
27127 Liberty Heights Ln
Fulshear, TX 77441

Dinca Dumitru
Strada Targului, Nr. 75
Dragasani VL 245700
ROMANIA

Dinesanandan Anandavel
1067 Manotick Station Rd
Ottawa ON K4M1B2
CANADA

Dion K
40 West 89th Street
4A
Ny, NY 10024

Dionisio Newaza
79 Tristan
Sacramento, CA 95823

Diontei French
1308 South Cactus Avenue
Bloomington, CA 92316

Diony Sepulveda
2300 North Berrys Chapel Road
Franklin, TN 37069

Mary Diorelle Rodriguez
6343 Broadway
San Diego, CA 92114

Dipak Bhattarai
3 Laguna Street
Kellyville Ridge NSW 2155
AUSTRAILA

Divya Rijal
815 W. 59th St.
La Grange Highlands, IL 60525

Dmitry Khazhinov
5953 Armaga Spring Road
Unit B
Rancho Palos Verdes, CA 90275

Dmytro Gapon
4200 Westbay Rd
Lake Oswego, OR 97035

Dmytro Nikitchenko
Klingerstr. 14
Munich  81369
GERMANY

Doan Tran
2382 Ridgeglen Way
San Jose, CA 95133

Andrew Dodge
483 28th St SE
Apt 203
Rochester, MN 55904

Dogaru Adela Mihalea
Str. Mikszath Kalman, Nr 32, Ap.4
Dumbravita  TM 307116
ROMANIA

Domenic Tassoni
115 Terrace Drive Northeast
Atlanta, GA 30305

Dominic Hermida
Margaritas 92 Entre Azucenas Y Bugambili
Veracruz VER 91948
MEXICO

Dominic Jeanbaptiste
7958 S. Paxton Ave
Chicago, IL 60617

Dominic Silvani
6501 S Lynncrest Terrace
Chattanooga, TN 37416-1212

Dominick Rushton
76 Marland Way
Flat 3
Manchester ENG M32 0NQ
UNITED KINGDOM

Dominika Skiba
14 Vulcan Close
Nottingham  NG60GW
UNITED KINGDOM

Dominique Keyes
2888 El Sobrante St
Santa Clara, CA 95051-3714

Don Balkema
2702 Ravine Road
Kalamazoo, MI 49004

Don Bell
712 NE 72 St
Miami, FL 33138

Don Law
7121 E. 81st Pl
Tulsa, OK 74133

Don McBride
2735 Beach River Dr.
Reno, NV 89521

Don Morse
500 West South Street
Freeport, IL 61032

Don Vu
3925 3rd Ave. S.
Minneapolis, MN 55409

Donald Choi
660 Wyndrise Dr
Blue Bell, PA 19422-2903

Donald Clausen
10510 57th Pl N
Plymouth, MN 55442

Donald Haight
616 Shelby Rd Ste A
Fort Worth, TX 76140

Donald Hughes
30 Haefele St
Hanover Twp, PA 18706-1002

Donald Johnson
2625 Brompton Court
Orlando, FL 32833

Donald Keating
275 Northwest Cherry Pl
Issaquah, WA 98027

Donald Ladanyi
5115 E Lake Road
Apt 1101
Sheffield Lake, OH 44054

Donald Lavigne
12 Perry Road
Annandale, NJ 08801

Donald Maher
104 Nobility Dr
104 Nobility Dr, SC 29210

Donald Medon
443 Auburn Rd
Landenberg, PA 19350

Donald Michael
3 Woodcock Rd
Unit 3113
Savannah, GA 31404-1091

Donald Simonton
6002 Native Woods Dr
Tampa, FL 33625

Donald Tran
2508 Country Club Drive West
Irving, TX 75038

Donald Williams
2401 John Marshall Drive
Arlington, VA 22207

Dong Kim
333A Highland Avenue
Palisades Park, NJ 07650

Donggun Lee
43 Constitution Avenue, #41
Reid ACT 2612
AUSTRAILA

Dongping Cai
49 Cliffwood Road
Toronto ON M2H 3K3
CANADA

Donnetta Gregory
15504 Hall Road
Bowie, MD 20721

Vanina Margarita Donoso
5459 Northwest 72nd Avenue
Miami, FL 33166

Donovan Ryckis
333 S Garland Ave
Fl 13
Orlando, FL 32801

Dontae Armour
5600 Dana Way
Sacramento, CA 95822

Bryan Doo
20516 Sartell Drive
Walnut, CA 91789

Dorian Valdez
11036 Shaw Street
Rancho Cucamonga, CA 91701

Doug Allen
2819 Fox Ridge Road
Ooltewah, TN 37363

Doug Boyer
1323 Brayshore Dr.
Collierville, TN 38017

Doug Kulak
6109 Alvin Dr
Redding, CA 96001

Doug Mccluer
547 Goliad Dr.
Allen, TX 75002

Doug Vonberg
2311 Mid Ln.
#1210
Houston, TX 77027

Douglas Geiling
1983 Eaton Street
Lakewood, CO 80214

Douglas Grisham
8 The Green, Suite A
Dover, DE 19901

```
Douglas Hillman
6820 Wyndham Drive
Apt 4
Sacramento, CA 95823

Douglas M Lucas
5 Kellie Court
Califon, NJ 07830

Douglas Polk
18 Henry Street
Glens Falls, NY 12801

Alan Doyle
45 Barronsgrange Park
Carryduff NIR BT8 8LF
UNITED KINGDOM

Dragostin Cristian
No. 103B, Matei Voievod Street, 2nd Coun
Apartment 10, 4th Floor
Bucharest B 21453
ROMANIA

Drew Mackey
4154 Piedmont Avenue
Apartment 7
Oakland, CA 94611

Drew Sisneros
19144 West 85th Bluff
Arvada, CO 80007

Drew Soltis
104 E Manor Dr
Mill Valley, CA 94941-1370

Dudley Lucien
1360 Rue De La Foret
Longueuil QC J4N 1S5
CANADA

Dumaine Landa
Apt 8, 1A Range Road
Whalley Range
Manchester  ENG M16 8FS
UNITED KINGDOM

Patrick Duncan
P.O. Box 1186
Arnold, MO 63010

Scott Dupriest
201 Warren Court
Nashville, TN 37138
```

Aaron Duran
211 W Wacker Dr. Suite 1850
Chicago, IL 60606

Durgesh Dewangan
15014 Montezuma Quail Dr.
Cypress, TX 77433

Dusan Vukotic
Kraljevica Marka 12 1
Belgrade  11000
SERBIA

Dustin Bibb
5933 Oswald St
Columbus, OH 43081

Dustin Brewer
4524 T Moore Road
Oakwood, GA 30566

Dustin Brewer
4524 T Mor Cove
Oakwood, GA 30566

Dustin Malamis
6519 Alan Linton Blvd East
Frederick, MD 21703

Dustin Mendez
Hda Barbabosa 34
San Mateo Atenco MEX 52105
MEXICO

Dustin Van Der Linde
246 Stewart Green Sw
Calgary AB T3H 3C8
CANADA

Dusty Brillhart
239 Elkhart Ave
Box 165
Elkhart, KS 67950

Dusty Durr
333 Evelyn Dr
Luling, LA 70070-6013

Dusty Rautiainen
3291 Douglas Hwy
Juneau, AK 99801-1917

Dwayne Samuel
10326 68th Road Apt A16
Forest Hills, NY 11375

Dylan Buijk
540 Essa Road
Unit 29
Barrie ON L9J 0H2
CANADA

Dylan Crane
1214 Lake Ave
Apt B (Yellow House, Lower Unit)
West Palm Beach, FL 33401

Dylan Dew
7023 North Oceanshore Blvd
Palm Coast, FL 32137

Dylan Lowery
49715 Garfield Lane
Canton, MI 48188

Dylan Sandry
4213 Barbara Lane
Missoula, MT 59803

Dylan Xavier
Cmri, 214 Hawkesbury Road
Westmead  NSW 2145
AUSTRAILA

Dyllan Wostbrock
10570 Dixon Dr S, #403
Seminole, FL 33772

E Holley
5331 Breakers Lane
Patrick Air Force Base, FL 32925

E Van Der Linden
Klapwijkse Zoom 4
Berkel En Rodenrijs  2652EE
NETHERLANDS

Easton Riley
456 Pequonnock Street
Bridgeport, CT 06604

Ebrahim Moosa
1516 Hennessey Drive
Allen, TX 75013

Ebubekir Kilic
Meydan Mahallesi Kucuk Bolcek Caddesi No
Bim Ustu Kesik Minare Camisi Kar    S
Aksaray  68200
TURKEY

Ed Sarkisov
1319 North Detroit Street
Apt 102
Los Angeles, CA 90046

Eddie Cavill
85 William Smith Close
Cambridge ENG CB1 3QE
UNITED KINGDOM

Eddie Chu
2729 Wilbur Ave
San Jose, CA 95127

Eddie Lee
120 Patricia Avenue
Toronto ON M2M 1J4
CANADA

Eddie Roedig
2949 Split Hickory Ct.
Johns Island, SC 29455

Eddie Valencia
8835 Woodman Ave
Arleta, CA 91331

Eddy Pan
330 Berry St
Unit 423
San Francisco, CA 94158

Eder Martinez Molina
Yagul 5889
Colonia Pinar De La Calma
Zapopan JAL 45080
MEXICO

Eder Teixeira
208 Sky Acres Drive
Westworth Village, TX 76114

Edgar Green
2454 Key Largo Lane
Fort Lauderdale, FL 33312

Edgar Martinez
19711 Windmoor Ct
Katy, TX 77449

Edgar Moya
4817 Fairgrave Ave
Santa Rosa, CA 95407

Edgar Paredes
Mar Azof 55
Miguel Hidalgo DF 11410
MEXICO

Edgar Rosas
841 W 42nd Pl Apt 8
Los Angeles, CA 90037

Edgar Wright
4122 West Michigan Avenue, #2
Kalamazoo, MI 49006

Edilberto Diaz
13510 North 49th Avenue
Glendale, AZ 85304

Edin Selimovic
9648 Red Sunset Ct
West Des Moines, IA 50266

Edmund Chao
4818 Eldorado Mews
Suite 707, Buzzer 2791
Vancouver BC V5R 0B3
CANADA

Edoardo Damasco
Via Podio 19/2
Pino Torinese TO 10025
ITALY

Edsel Abuyen
7450 Shoshone Ave
Van Nuys, CA 91406

Edson Manners
3708 Carrington Pl
Tallahassee, FL 32303

Eduard Baier
Ranhazweg 117
Ottobrunn  85521
GERMANY

Eduard Boan
Carrer Pau Casals 129
Ripollet B 8291
SPAIN

Eduard Renschler
Am Grunlingsbaum 60
Wertheim  97877
GERMANY

Eduardo Acosta
1770 NW 96th Ave
Doral, FL 33172-2317

Eduardo Alcaine
998 Ibis Avenue
Miami Springs, FL 33166

Eduardo Calderon
Punta Vizcaya Edif 24
Departamento 601
Oaxaca, Oaxaca OAX 71324
MEXICO

Eduardo Cartagena
2270 NW 74th Avenue
Sunrise, FL 33313

Eduardo Colombo
Vasallo 4027
Rosario S 2000
ARGENTINA

Eduardo Jonas Ortiz Contreras
Mariano Matamoros 521-C Interior 107
San Luis Potosi SLP 78049
MEXICO

Eduardo Llausas Villareal
Coscomate 195
Ciudad De Mexico DF 4730
MEXICO

Eduardo Quiroz
9018 Pemberton St
Spring Hill, FL 34608

Eduardo Salej
5414 North 10th Street
Mcallen, TX 78504

Eduardo Tinoco
223 Vauxhall Street
New London, CT 06320

Eduardo Vargas
1211 San Dario Ave., #1188
Laredo, TX 78040

Edvard Pohl
A Martinska Cesta 24
Ljubljana 1000
SLOVENIA

Edvardas Karmazinas
Vido Maciulevuciaus 49, #27
Vilnius  4310
LITHUANIA

Edvinas Jacevicius
20 N Tower Rd
Unit 4L
Oak Brook, IL 60523

Edward Acevedo
40 Felton Ave
Valley Stream, NY 11580

Edward Avetisian
1044 E Palm Ave
Burbank, CA 91501

Edward Bogart
14402 South Oakfield Way
Riverton, UT 84096

Edward Cabral
26 Sunset Avenue
East Providence, RI 02915

Edward Derderian
22121 North 79th Place
Scottsdale, AZ 85255

Edward McLean
68 Easy Street
Howell Twp, NJ 07731

Edward Morrison
205 20th Street Northeast
Apt 2
Washington, DC 20002

Edward Parker
38 Stevenson Rd.
Laurel, MS 39443

Edward Perper
20175 Avenida De Arboles
Murrieta, CA 92562

Edward Polanco
3300 S Garrison St, #1113
Corinth, TX 76210

Edward Richter
935 Buckhead Trail
Mt. Juliet, TN 37122

Edward Savage
12 Morris Street
Sewaren, NJ 07077

Edward Sterling
14422 S 11th Pl
Phoenix, AZ 85048

Edward Stevens
8 Brussels Road
London ENG SW11 2AF
UNITED KINGDOM

Barrington Edwards
688 N 7th Street
Colton, CA 92324

Edwin Choi
3663 W 6th St Ste 303
Los Angeles, CA 90020

Edyson Sanchez
5 Ossington Close
Nottingham ENG NG1 4EU
UNITED KINGDOM

Effie Mourginos
9 Avesnes Street
Holland Park QLD 4121
AUSTRAILA

Efthymios Stamatopoulos
Kallikratias 13
3 Floor
Athens  14233
GREECE

Ege Delimollaoglu
130 Overlook Avenue
Hackensack, NJ 07601

Eggert Stoefen
Hoheluftchaussee 69
Hamburg  20253
GERMANY

Elad Kimber Arye
Place De-Grenus #8
Geneva  1201
SWITZERLAND

Elaine Martens
101 Secrest Place
Penticton BC V2A 3R2
CANADA

Elan Kels
7129 Park Drive East
Apt A
Flushing, NY 11367

Elangovan Thevar
3541 Jefferson St
Kansas City, MO 64111-2802

Eli Cuaresma
1932 Avenida Echeveria
Unit 2
Chula Vista, CA 91913

Eli Cytrynbaum
6111 Avenue Du Bois
M12
Montreal QC H3S2V8
CANADA

Eli Obus
25 McWilliams Place
Ph 503
Jersey City, NJ 07302

Elian Bazer Bashi
Venngarn 420B
Lgh1001stenladan
Sigtuna  19391
SWEDEN

Eliana Panario
5430 SW 40th St
Casa
Davie, FL 33314-3710

Elias Duncan
12 Meadowbrook Lane
West Memphis, AR 72301

Elias Feliciano
3201 Eden St,
Apt 73
Pascagoula, MS 39581-3615

Elias Yarrito
118 Axlewood Court
Montgomery, TX 77316

Eliezer Moskowitz
13 Prag Blvd #402
Monroe, NY 10950

Elijah Cedario
1019 Emory Street
Imperial Beach, CA 91932

Elio Santos
Rua Republica Da Bolivia
57 5D
Lisboa PT-11 1500-544
PORTUGAL

Eliot Aretskin-Hariton
3377 Wooster Road
Rocky River, OH 44116

Eliyahu Scholl
145 North Highland Avenue
Los Angeles, CA 90036

Shneor Eliyahu
17320 NE 12th Ct
Miami, FL 33162

Elizabeth Peters
4510 Falcon Pl
Midland, TX 79707

Elizabeth Schneider
152 Liberty Ave
Manahawkin, NJ 08050

Elizabeth Silva
3500 8th Avenue
Unit A
Fort Worth, TX 76110

Elizabeth Stenger
6622 59th Court
Vero Beach, FL 32967

Elizabeth Stenger
6622 59th Ct
Vero Beach, FL 32967

Ellie Thomas
7 Longstone Park
Edinburgh SCT EH142BL
UNITED KINGDOM

Elliot Antokas
3446 Connecticut Ave Nw, #304
Washington, DC 20008

Elmer Gonzalez
5792 Chiquita Lane
San Bernardino, CA 92404

Elmohamadi Jad
1587 East 19th Street
8H
Brooklyn, NY 11230

Elnasri Elnasri
1740-7451 Falconridge Blvd NE
Calgary AB T3J0Z8
CANADA

Elpico Bv
Vinkelsestraat 64
Vinkel  5383 KM
NETHERLANDS

Elvis Pudic
702 Buckley Rd
Saint-Louis, MO 63125

Elvis Pudic
702 Buckley Rd.
St. Louis, MO 63125

Elyona Binjaku
Via Messedaglia 16A
Sona VR 37060
ITALY

Emad Meikhaeil
132 Northern Blvd
Staten Island, NY 10301

Emanoel Mendes
2170 Dufferin Street
Toronto ON M6E 3R8
CANADA

Emanuel Huard
11075 Boul Henri Bourassa
P.O. Box 65054
Quebec QC G1G 3X0
CANADA

Emanuel Nica
Str. Elicei Nr. 26
Sannicoara Jud.Cluj CJ 407042
ROMANIA

Emanuel Safiyev
3594 Stanton Lane
Peachtree Corners, GA 30092

Emanuele Spirito
Via Giuseppe Antonio Sassi 2
Milano MI 20123
ITALY

Emerald Mojica
5151 N 95th Ave
Apt 2068
Glendale, AZ 85305

Emerald Ritter
5715 Cardinal Fls
San Antonio, TX 78239

Emil Ganea
Baratiei 31
Romania B 30195
ROMANIA

Emile Rossouw
79 South Street
Epsom
London ENG KT18 7PY
UNITED KINGDOM

Emilia Ranaudo
8 The Circus Belton Park Road
Skegness ENG PE251GU
UNITED KINGDOM

Emiliano Quintal
49 Rowntree Mill Rd
North York ON M9L 1C4
CANADA

Emilio Moscosa
5811 West Corcoran Place
Chicago, IL 60644

Emilio Velez
817 Decatur Street Nw
Washington, DC 20011

Emily Clark
805 E Harney St
Laramie, WY 82072

Emily Foster
9144 Hanover Street
Omaha, NE 68122

Emily Kind
25752 Cervantes Lane
Mission Viejo, CA 92691

Emily Wiess
5263 Franklin Street
Apt 105
Hilliard, OH 43026

Emmanouil Tousis
Grigoriou Lampraki 60
Aspropyrgos  19300
GREECE

Emmanuel Balligui
1474 Island Ave #2303
San Diego, CA 92101

Emmanuel Reantoquio
2365 Kennedy Road
Ph 11
Toronto ON M1T 3S6
CANADA

Emmett Grube
3420 Bennett Drive
Bellingham, WA 98225

Emre Sarihan
665 SE 20th Ave
Office
Deerfield Beach, FL 33441

Enes Yaman
Bakirkoy Atakoy 3-4-11 Kisim Mahallesi K
(Mesa Villasi Villa 19)
Istanbul  34158
TURKEY

Engin Sivrioglu
Shop 3103 Westpoint Shopping Centre
17 Patrick St
Blacktown NSW 2148
AUSTRAILA

Enrico Agnolazza
Kiraly Utca 34
Budapest  1061
HUNGARY

Enrico Brega
Steigerwaldweg 12
Eschborn  65760
GERMANY

Enrique Gomez
Lope De Vega 121
Pb2
Mexico City DF 11560
MEXICO

Enrique Jose Ortin
C/ Matr  N 1. Urb El Port  N. La   Ora
Murcia MU 30830
SPAIN

Enrique Lascurain Del Paso
Monte LaBano 605
Int 1
Ciudad De Mexico MEX 11000
MEXICO

Enrique Pages
80 N Centre Ave
Apt 238
Rockville Centre, NY 11570

Enrique Rodriguez
1506 Parnell Avenue
San Antonio, TX 78224

Ephraim Santos
2570 West Lincoln Avenue
Apt 17
Anaheim, CA 92801

Erberto Guida
Via Francesco Genala 19
Diano Marina IM 18013
ITALY

Erhan Tuysuzo  lu
Kirkkonaklar Mahallesi 382.Cadde No 8 Da
Ankara  6610
TURKEY

Eric Benn
292 Locust Street
Unit C
Dover, NH 03820

Eric Betts
33446 Whimbrel Road
Fremont, CA 94555

Eric Billingsley
6506 Baycrest Cir
Sachse, TX 75048

Eric Cantwell
136 Doe Trail
Jupiter, FL 33458

Eric Duff
4201 Aldie Road
Catharpin, VA 20143

Eric Favela
5790 Cinnabar Ave
Las Vegas, NV 89110

Eric Fitterer
155 Erin Grove
Calgary AB T2B3L2
CANADA

Eric Forero
354 Southeast 1st Drive
Deerfield Beach, FL 33441

Eric Frahm
5333 Spilman Ave
Sacramento, CA 95819

Eric Frey
Bachaustrasse 15
Bach  8806
SWITZERLAND

Eric Fried
3 Water Row
Wayland, MA 01778

Eric Frost
2108 Oliver Ave S
Minneapolis, MN 55405

Eric Hedman
31 Brackett St
Needham, MA 02492

Eric Heino
806 Santa Barabara Ave. #1390
Sugarloaf, CA 92386

Eric Helms
1951 Waterford Point Rd
Lexington, NC 27292

Eric Hu
110-42 15th Avenue
Queens, NY 11356

Eric Ingram
5904 Mount Eagle Drive
Apt 102
Alexandria, VA 22303

Eric Jung
11025 Grayledge Circle
Littleton, CO 80130

Eric Llanos
301 Pine Shadow Lane
Lake Mary, FL 32746

Eric Lowe
5703 Stamm Lane
Nampa, ID 83687

Eric Mancini
7262 Yellowtail Dr
Unit 203
Huntington Beach, CA 92648

Eric Martel
36269 Sandringham Drive
Abbotsford BC V3G 2M4
CANADA

Eric Martinez
5653 Garfield St
Hollywood, FL 33021

Eric Mertens
Pastoor Rayenstraat 15
Sittard  6137VT
NETHERLANDS

Eric Pan
71-58A 160th St
Flushing, NY 11365

Eric Peterson
15205 NE 16th Pl
733B
Bellevue, WA 98007

Eric Pritchard
516 W Arlington
Weatherford, OK 73096

Eric Richards
1004 Mayes Drive
Greenbrier, TN 37073

Eric Rubio
14002 N. 49th Ave
Unit 1026
Glendale, AZ 85306

Eric Sadovnick
600 N Mott Street
Los Angeles, CA 90033

Eric Scherzinger
20037 Yonge Street
East Gwillimbury ON L9N 1N2
CANADA

Eric Scheunemann
Falkenstrasse 19C
Munich  81541
GERMANY

Eric Serpa
117 Gerrard Street East, #509
Toronto ON M5B 2L4
CANADA

Eric Sowers
641 Butterfly Lane
Christiansburg, VA 24073

Eric Steffensen
2150 South 1300 East
Suite 500
Salt Lake City, UT 84106

Eric Tam
680 Claridge Dr
Pacifica, CA 94044

Eric Tanaka
9723 62nd Avenue South
Seattle, WA 98118

Eric Taylor
1464 Alencastre Street
Honolulu, HI 96816

Eric Tran
16371 Saratoga Lane
Huntington Beach, CA 92649

Eric Wolterman
301 Klotter Ave
Cincinnati, OH 45219

Eric Wong
21239 East Fort Bowie Dr
Walnut, CA 91789

Erich Shrewsbury
3936 Araby Ct
Highland, MI 48356

Erick Machado
16 Wisteria Ct
Tinton Falls, NJ 07712

Erick Sarrion
1281 Ninth Avenue
Unit 427
San Diego, CA 92101

Ericson Baguio
805 Linden Loop
Cedar Park, Tx, TX 78613

Erik Ciceraro
124 Druid Circle
Savannah, GA 31410

Erik Dwyer
2414 Garfield St NE
Minneapolis, MN 55418

Erik Gravgaard
Gersonsvej 25
Hellerup 2900
DENMARK

Erik Hernandez
206 Dana Point Avenue
Ventura, CA 93004

Erik Johnson
670 Laguna Dr
Simi Valley, CA 93065

Erik Perdomo
5505 Russell Dr
The Colony, TX 75056-1354

Erik Pinter
66 Sidney Belsey Crescent, #301
Toronto ON M6M 5J4
CANADA

Erik Radtke
Rufino Tamayo 2017 Colonia Las Aguilas
Gudalupe NL 67174
MEXICO

Erkan Olcay
Siteler Mah. 1327 Sok. Ilhan Ozturk Apt.
Kat:2/7
Antalya 7070
TURKEY

Ernest Le
562 Fell St
San Francisco, CA 94102

Ernesto Valguarnera
Mulihalde 16
Schongau 6288
SWITZERLAND

Ernie Jeffries
29140 Trans Canada Highway #1E
Portage La Prairie MB R1N 3C2
CANADA

Ernst Heller
Bernhard-Plettner-Ring 38
Erlangen 91052
GERMANY

Errison Ahwan
27B Coleraine Road
Blackheath ENG SE37PF
UNITED KINGDOM

Esat Qerimi
3416 West 7th Street
Fort Worth, TX 76107

Esau Padilla
1440 Columbia Street
Apt. 610
San Diego, CA 92101

Esben Hjelholt Halle Pedersen
Monrads Alle 15, St.
Valby 2500
DENMARK

Abraham Esfandiary
20 Stuyvesant Oval
Mb
New York, NY 10009

Eshaan Mann
8358 Rinauro Court
Tracy, CA 95304

Esmond Law
186 Silverado Plains Close Southwest
Calgary AB T2X0G4
CANADA

Espen Haland
Dalveien 12
Randaberg  4073
NORWAY

Geovanni Espinal II
45 Riley Rd
New Windsor, NY 12553-7233

Estatio Gutierrez
107 Kaufman Drive
Westwood, NJ 07675

Esteban Angulo
1410 Meadow Drive
National City, CA 91950

Estilito Diaz
3588 Plymouth Rd
#164
Ann Arbor, MI 48105

Ethan Evans
P.O Box 402
Pagosa Springs, CO 81147

Ethan Fern
2876 South Ellen Street
Milwaukee, WI 53207

Ethan Nguyen
15415 Hillside Terrace Lane
Cypress, TX 77429

Etienne Liburd
15 Skyridge Road
Toronto ON M1E 4N7
CANADA

Etienne Perot
3355 Octavius Dr
Apt 405
Santa Clara, CA 95054

Eugen Bogos
34092 Corktree Rd,Lake
Lake Elsinore, CA 92532

Eugene Armstead
8195 Gladwater Road
Peyton, CO 80831

Eugene Dane
11275 Hwy 98 W
6-185
Miramar Beach, FL 32550

Eugene Nelson
22115 Placeritos Blvd.
Newhall, CA 91321

Eugene Wright
10888 Shady Trail
Dallas, TX 75220

Eugeniu Stegari
9926 Haldeman Avenue
A31
Philadelphia, PA 19115

Evald Rovbut
Alyvu 9A-13
Gineitiskes
Vilnius 14159
LITHUANIA

Evan Delage
2005 Deerview Common
Oakville ON L6M 0Y2
CANADA

Evan Goransrud
45 Hilldowns Drive
Spruce Grove AB T7X 0J2
CANADA

Evan Hecht
55 Lumber Road
Suite 4
Roslyn, NY 11576

Evan Klisouris
26 Sato Street
Whitby ON L1R 2E1
CANADA

Evan Ostafichuk
67 Hawkdale Close Northwest
Calgary AB T3G 3A6
CANADA

Evan Tilley
260 Vaughan Hill Road
Rochester, MA 02770

Evelina Floreva
Bul. General M Skobelev 7, Et.3, Ap.9
Tel. 0886803373
Sofia 1463
BULGARIA

Evelpidou Antigoni
Georgiou Papandreou 63
New Filadelpheia
Athens 14341
GREECE

Evelyn Suarez
350 S Miami Ave, #1208
Miami, FL 33130

Everett Pavo
94-1190 Kahuahale St
Waipahu, HI 96797

Ewan Lawson
28 Lowden Road
London ENG SE24 0BH
UNITED KINGDOM

Explico Zrt
Perc Utca 6
1. Emelet Opl
Budapest 1036
HUNGARY

Eyad Hammad
22631 Cutter Mill Drive
Spring, TX 77389

Fabian Baier
Ferdinand-Nickles-Str. 38
Wurzburg 97076
GERMANY

Fabian David
4028.Debrecen,Laktanya Utca 7/1
Debrecen 4028
HUNGARY

Fabian Horth
Bebelstrasse 58
Stuttgart 70193
GERMANY

Fabian Rodriguez
5125 Melrose Avenue
Los Angeles, CA 90038

Fabio Bendinelli
Long Island New York
New York Long Island
Long Island, NY 11101

Fabio Colin
1427 10th Street #6
Santa Monica, CA 90401

Fabio Mello
103 S 294th Pl
Federal Way, WA 98003

Fabio Pais
160 Avenida Do Brasil, Buarcos
Figueira Da Foz PT-06 3080-323
PORTUGAL

Fabricio Gonzalez
10310 Av Hamel, #10
Montreal QC H2C 2X3
CANADA

Fadi Almaaloly
Moselgasse 18/2/25
Wien 1100
AUSTRIA

Tobias Teoflio Allen Fagmann
729 Heritage Way
Weston, FL 33326

Fahad Sami
118-10125 156 St
Surrey BC V3R 0E7
CANADA

Faizan Khan
12831 West Hemingway Drive
San Fernando, CA 91340

Falkner Werkhaven
660 Ralph McGill Blvd NE #3422
Atlanta, GA 30312

Faraj Faraj
29832 Center Ridge Road
Westlake, OH 44145

Farid Elagamy
107 Bevan Way
Delaware, OH 43015

Faris Hitti
18242 Seebree Lane
Monte Sereno, CA 95030

Farzad Pourkalbasi Esfahani
Breite Strasse 24A
Lubben (Spreewald) 15907
GERMANY

Fase Prospera
Rua Da Beneficencia 183, Andar 2
Lisboa PT-11 1600-019
PORTUGAL

Fatih Yalmaztark
Eski Londra Asfalti Cad. No:5
C1-26
Istanbul 34180
TURKEY

Favio Gramajo
616 Capistrano Dr
Oceanside, CA 92058

Faycal Bouabdallah
452 Duncan Street
San Francisco, CA 94131

Faysal Hoque
141 Byng Ave
Scarborough ON M1L2V2
CANADA

Faysal Hoque
255 Sackville Street #1209
Toronto ON M5A 3G1
CANADA

Aaron Fears
2036 West Avenue H 7
Lancaster, CA 93536

Federico Barzazi
Via S.Quasimodo N.19
Marcon VE 30020
ITALY

Federico Testarella
Via San Petronio Vecchio, 42/3
Bologna BO 40125
ITALY

Fei Ye
48 Summer Hill Ct
Danville, CA 94526

Adolfo Feliciano
611 East 47th Street
Hialeah, FL 33013

Felicity Nguyen
1900 Naval Ave, Apt 105
Bremerton, WA 98312

Felicity Nguyen
8119 Yarrow Drive
Cypress, TX 77433

Felipe Garcia
22542 Maurice Ct
Lake Forest, CA 92630

Felipe Valderrama
15521 Johnson Road
Bakersfield, CA 93314

Felix Glaser
Hechtstrasse 16
Dresden  1097
GERMANY

Felix Spickermann
Hermannstrasse 28
Wiesbaden  65183
GERMANY

Felten Feldt
Wabestrasse 34
Braunschweig 38106
GERMANY

Ferdinand Wichelhaus
Adelheidweg 20
Stuttgart  70186
GERMANY

Ferenc Vehmann
Kodaly Z. 17.
Veszprem  8200
HUNGARY

Reinier Fernandez de la Vara
1695 Pecan Ct
Orange Park, FL 32073

Fernando Castanos
Londres 339, #4
Me DF 4100
MEXICO

Fernando Famania
174 Avenida Altamira
Chula Vista, CA 91914

Fernando Farina Da Silva Leal
Ave. Gen. Guedes Da Fontoura 905, #302
Rio De Janeiro RJ 22621-242
BRAZIL

Fernando Guzman
12791 Woodcliff Circle
Riverside, CA 92503

Fernando Sanchez
821 La Cima
Irving, TX 75039

Fernando Taken
12791 Woodcliff Circle
Riverside, CA 92503

Fernando Tavares
3351 Lehigh St
Bethlehem, PA 18020

Fernando Verano
9934 Dragonfly Meadow Court
Humble, TX 77396

Fernely Macdiel Leon Hernandez
Segunda Privada De Guadalupe V  Ctoria #
Oaxaca OAX 68039
MEXICO

Andrew Ferrier
234 Franklin St
Belchertown, MA 01007

Ferzan Unlu
Caferaga Mah. Gurbuzturk Sokak.
No:6 Daire:3 34710 Istanbul
Istanbul  34710
TURKEY

Fifi Hartono
15715 Malaga Drive
Fontana, CA 92336

Alessandro Figuccio
238 Rhode Hall Road
Monroe Twp, NJ 08831

Filip Gajdosik
Slneana 3
338/3
Sokolovce  92231
SLOVAKIA

Filip Hennig
Langvagen 9A
Uppsala  75652
SWEDEN

Filip Prokopiev
21 Babson College Drive
Wellesley, MA 02481

Filippo Ferro
Holderlinstrasse 48
Rottenburg Am Neckar  72108
GERMANY

Finigan Ford
1309 11th Street
Arcata, CA 95521

Adam Finke
538 90th Ave
Luverne, MN 56156

Fiona Primrose
46A Princess Road
Bellevue
Tauranga BOP 3110
NEW ZEALAND

Flavio Picone
Via Galliano Giuseppe Maggiore 18
Palermo PA 90143
ITALY

Adan Flores
7284 Luz De Ciudad Ct
El Paso, TX 79912

Florian Bunschuch
Mozartstr. 2A
Vaterstetten 85591
GERMANY

Florian Frere
7 Rue Baudin
Courbevoie  92400
FRANCE

Florian Mouchet
9 Rue Corot
Interphone Guittard
Clermont-Ferrand  63000
FRANCE

Florian Salman
Moslweg 3A
Munich  80939
GERMANY

Florian Schicker
Fernkorngasse 10/3/501
Nessus Gmbh
Vienna  1100
AUSTRIA

Florian Schwarzer
Auguste-Piccard-Str. 39
Berlin  14089
GERMANY

Florian Tiganescu
54 Winterfold Close
London ENG SW19 6LE
UNITED KINGDOM

Florian Zizlavsky
Franz Pittner-Gasse 12
Sankt Polten  3100
AUSTRIA

Florim Pllana
2986 Marion Avenue
Bronx, NY 10458

Florin Andrita
216 St Andrews Avenue
Hornchurch ENG RM125EB
UNITED KINGDOM

Florin Badiu
Bulevardul George Coebuc Nr 3A
Cladirea Clc, Etaj 1
Galati GL 800378
ROMANIA

Florin Cristian Burtica
Weg Zum Stadtwald 15
Hattingen  45529
GERMANY

Florin Manole
57 Markwick Avenue
Waltham Cross ENG EN8 9FP
UNITED KINGDOM

Florin Petrescu
Bvd. N. Titulescu Nr.104 Bl.26 Sc.1 Ap.7
Dolj
Craiova DJ 200554
ROMANIA

Florin Vrabie
356, Worth Avenue
Palm Beach, FL 33480

Andre Flowers
209 Shasta Drive
Pittsburgh, PA 15239

Fmp Media
6929 N. Hayden Rd. #C4
Scottsdale, AZ 85250

Folarin Adesalu
2620 Bowen Rd #202
Washington, DC 20020

Fong Bui
1197 Acadia Avenue
Milpitas, CA 95035

Ford Frederick
26709 Basswood Avenue
Rancho Palos Verdes, CA 90275

Forinne Vertentes
556 Osborn St
Fall River, MA 02724

Forrest Andrews
71 Reveille Lane
Sandpoint, ID 83864

Fouad Ahmad
Cankaya, Aziziye Mah., Willy Brand Sk.,
4/5, Cep Tel: 5387845270
Ankara  6690
TURKEY

John M Fox
38 Moraine Rd
Morris Plains, NJ 07950

Francesco Cordella
Via Vial Di Romans 78
Cordenons PN 33084
ITALY

Francesco Fiastri
Via Clemente Maraini 17A
Lugano  6900
SWITZERLAND

Francesco Manzi
Via Garibaldi 28
c/o Catholic University Of America
Roma RM 153
ITALY

Francesco Mazzara
11483 Avenue Ovide-Clermont
Montreal QC H1G 3Y9
CANADA

Francesco Simbolotti
Viale Tito Livio 16
Roma RM 136
ITALY

Francesco Tamburello
Via Tre Torri 11
Sant'Agata Li Battiati CT 95030
ITALY

Francesco Vallera
808 Chestnut Avenue
Los Angeles, CA 90042

Franchesca Marcolongo
5432 Ny-28
Newport, NY 13416

Francis Almeda
5116 N Bernard St
Chicago, IL 60625

Francis Koh
13304 Chestnut Oak Drive
Darnestown, MD 20878

Francis Lake
2473 Northern Oak Dr
Braselton, GA 30517-6056

Francis Mbakop
8860 Piney Branch Rd, #1008
Silver Spring, MD 20903

Francis Santoso
831 Camaritas Circle
Glen Iris VIC 3146
AUSTRAILA

Francisc-Ladislau Horvat
Strada Nirajului 20, Bl.N6., #3
Cluj-Napoca CJ 400599
ROMANIA

Francisco Bido
2350 Valentine Ave 4A
Bronx, NY 10468-7222

Francisco Cordoba
382 Northeast 191st Street
Pmb 74256
Miami, FL 33179

Francisco Font
47 Wild Indigo Crescent
Brampton ON L6R 2J9
CANADA

Francisco J Guzman
Quintas Las Muesas Calle Rafael Coca Nav
M7
Cayey, PR 00736

Francisco Marte
165 Suydam St
Apt 2L
Brooklyn, NY 11221

Francisco Ramos
600 Cherry Lane, #21
Tehachapi, CA 93561

Francisco Rodriguez Alberro
Calle Loteria 1, 2B
Motril GR 18600
SPAIN

Francois Botha
803 Lords Wood Lane
Chatham ENG ME5 8JP
UNITED KINGDOM

Francois Bramucci
24 Gordon
Verdun QC H4G2R3
CANADA

Francois D'Arundel
14 Rue Rene Laennec
Bois-D'Arcy 78390
FRANCE

Francois Paillier
48 Salmen Road
London ENG E13 0DT
UNITED KINGDOM

Francois Paradis
85 Rue De Pergame
Gatineau QC J9J 1K3
CANADA

Frangiskos Frangeskides
6 Aristeidou Street
Nicosia 2415
CYPRUS

Franja Horvat
Boetonstraat 91
Amsterdam 1095 ZA
NETHERLANDS

Frank Adams
1020 Neilson Street
6C
Far Rockaway, NY 11691

Frank Albers
629 Brighton Drive
Pingree Grove, IL 60140

Frank Cabrera Hernandez
Badenerstrasse 503
Zurich 8048
SWITZERLAND

Frank Carrico
1027 East 45th Street
Austin, TX 78751

Frank Cerveny
Leopold-Imgram-Strasse 5
Hanau 63456
GERMANY

Frank Delarosa
133 Kirton Ct
West Columbia, TX 77486

Frank Dipalma
175 Dieppe Road
St. Catharines ON L2M 7S2
CANADA

Frank Fehr
8 Babylon Drive
Sound Beach, NY 11789

Frank Kostlevy
W12737 County Hwy M
P.O. Box 147
Caroline, WI 54928

Frank Miesen
531 North 11th Street
Allentown, PA 18102

Frank Pryor
6/135 Brunswick Road
Brunswick VIC 3056
AUSTRAILA

Frank Puissegur
P.O. Box 6196
Lakeland, FL 33807

Frank Rahn
Hermann-Liebmann-Str. 7
Leipzig  4315
GERMANY

Robert Franke
218 Rethke Ave
Madison, WI 53714

Frankie Hernandez
1233 Crossbow Drive
Baton Rouge, LA 70816

Frankie Mak
240 26th Avenue, #2
San Francisco, CA 94121

Frankie Otero
1218 Santa Fe Circle
Fruita, CO 81521

Franklin Donbosco
75 Lortel Avenue
Staten Island, NY 10314

Franky Hernandez
795 E 42nd Pl
Los Angeles, CA 90011

Franz Kitting-Muhr
Reichendorf 199
Pischelsdorf 8212
AUSTRIA

Franziska Kopp
Davidstrasse 6
Leipzig 4109
GERMANY

Fraser Matte
39 Fancamp Drive
Maple ON L6A4Z1
CANADA

Fraser Matte
39 Fancamp Dr
Maple ON L6A 4Z1
CANADA

Fre Van Tendeloo
Bernard Van Hoolstraat 14
Lier 2500
BELGIUM

Fred Crosdale
5 Cedar St
Burlington, MA 01803

Fred Franzel
11076 West Rowland Ave
Littleton, CO 80127

Fred Seilkop
313 Swanson Drive
Lawrenceville, GA 30043

Freddie Aguilar
2055 Valentino Street
San Diego, CA 92154

Frederick Fournier
48 Birch Hill Cr
Moncton NB E1G 4R1
CANADA

Frederick Grant
1995 Altavista Circle
Lakeland, FL 33810

Frederick Klie
25 Graham Ave
Wayne, NJ 07470

Frederick Klie
25 Graham Ave
Wayen, NJ 07470

Frederico Anastacio
Rua Dos Combatentes Da Grande Guerra
9 Rc
Sacavem PT-11 2685-042
PORTUGAL

Frederik Bay
Kronprinsessegade 44 Kl
Nerd 911
Copenhagen K  1306
DENMARK

Frederik Van Breugel
De Ruijterlaan 11
Voorthuizen  3781 TJ
NETHERLANDS

Frederique Van Ginneken
64 Rue De Bezons
Courbevoie  92400
FRANCE

Fredrik Wahlqvist
39 Heath Lane
Bladon
Oxon ENG OX20 1RZ
UNITED KINGDOM

Freek Muller
Edisonweg 17
Gorinchem  4207 HE
NETHERLANDS

Fresh Fx
Siezenheimerstr. 29A
Salzburg  5020
AUSTRIA

Fuad Algamish
303 Fulton Road
Muscle Shoals, AL 35661

Fujing Xia
96 Marygrove Crescent
Winnipeg MB R3Y 1M2
CANADA

Fujio Nakamura
Ul. Mariana Lalewicza 3
Warszawa  02-829
POLAND

Furat Alazzawi
4054 NW 85th Ave
Pembroke Pines, FL 33024

Furkan Karabina
Van-Kinsbergen-Ring 5
Neunkirchen  57290
GERMANY

Fuzlullah Syed
340 Maury Lane
Florence, AL 35634

Gabe Kirstein
609 Raub Street
Joliet, IL 60435

Gabe Pringle
5810 Sunflower Circle North
Lyon Charter Twp, MI 48165

Gable Rynning
501 Northeast 5th Terrace, #728
Fort Lauderdale, FL 33301

Gabriel Bustamante
1241 Oriole Avenue
Miami Springs, FL 33166

Gabriel Curra
Stallgatan 13
Sundbyberg  174 64
SWEDEN

Gabriel Hartnett
525 Devon Rd
Norwood, PA 19074

Gabriel Ostrovsky
P.O. Box 1771
Scottsdale, AZ 85252

Gabriel Paaga
5211 99th Terrace
Pinellas Park, FL 33782

Gabriel Pringle
58180 Sunflower Circle North
Lyon Charter Twp, MI 48165

```
Gabriela Nassau
1011 M Street Nw
Apt. 404
Washington, DC 20001

Gabriella Gonzalez
10612 S. Avenue E
Chicago, IL 60617

Gabrielle Bedard
334 66E Rue Ouest
Quebec QC G1H 7G1
CANADA

Gaetan Heintz
1 Rue Felix Dournay
Soultz-Sous-Forets  67250
FRANCE

Gagan Modi
6B Tawny Court
Truganina VIC 3029
AUSTRAILA

Gaizka Ruiz
Asparrena Kalea 16
3D
Gasteiz VI 1006
SPAIN

Gal Fridman
Calle Fotografo Vicente Perez Melian 26
Urbanizacion Los Collazos
Valle Guerra, La Laguna TF 38270
SPAIN

Ganesh Dhuri
1435 North Wildwood Lane
Anaheim, CA 92801

Ganesh Raju
18902 East Josey Overlook Drive
Cypress, TX 77433

Ganna Prystupova
5 Hunters Way
Hunters Wood
Ballycullen  D 24
IRELAND

Alejandro Garcia Mainou
920 Limberlost Ln
Lewisville, NC 27023
```

Abitsaid Garcia
3426 Country View
Schertz, TX 78108

Gareth Brown
40 Clos Cae Nant
Cwmbraqn WLS NP443PD
UNITED KINGDOM

Garman Tsoi
10-8500 Bennett Road
Richmond BC V6Y 1N7
CANADA

Leon-Anthony Garner Sr.
1530 Faris Ave
Pagedale, MO 63133

Garret Bolding
804 SE Hendrix St
Bentonville, AR 72712

Garrett Jamieson
6436 Darwood Ave
Fort Worth, TX 76116

Garrett Smith
5731 Hornbuckle Blvd
North Port, FL 34291

Gary Beller
17165 Southwest Merlo Road
Unit 1
Beaverton, OR 97003

Gary Fox
2529 Sable Ridge Street
Henderson, NV 89044

Gary Knight
6411 Baltimore Ave
Riverdale, MD 20737

Gary Nowers
3647 Dwiggins Street
Los Angeles, CA 90063

John Gatchel
1904 Stevens Avenue
Louisville, KY 40205-1049

Gavin Berryman
2915 Southwest 13th Street
Apt 71
Gainesville, FL 32608

Gavin Coburn
463 Bulldog Drive
Mesquite, NV 89027

Geddes Cureton
6 Carters Hurst
Birmingham ENG B33 0UW
UNITED KINGDOM

Geetha Pilli
3819 Nannyberry Court
Naperville, IL 60564

Gene Hew-Len
P.O. Box 294
Silverdale, WA 98383-0294

Genesi Srl Maro Del Corto
Via Marco Polo, 139
Viareggio LU 55049
ITALY

Lyudmil Genov
25 South Grove Avenue
202A
Elgin, IL 60120

Geoffrey Fichtl
2541 N Spaulding Ave
Chicago, IL 60647

Geoffrey Lambert
13 The Cresent
Flat 5
Scarborough ENG YO11 2PW
UNITED KINGDOM

Geoffrey Pillersdorf
500 Crestwood Court North
Unit 507
Royal Palm Beach, FL 33411

George Chondros
1 Bradley Avenue
Thornbury VIC 3071
AUSTRAILA

George Cooley
10 Ramsgate Road
Reddish ENG SK56TN
UNITED KINGDOM

George Davis
900 Josh Dr
Palmer, AK 99645

George Hutchison
304 Mayville Ave
Pittsburgh, PA 15226

George Kakouris
13 Langada
Strovolos  2023
CYPRUS

George Mardas
Asklipiou 26-28
Parking Asklipiou
Athens  106 80
GREECE

George Mathew
618 East Washington Street
Sequim, WA 98382

George Perham
P.O. Box 249
East Haddam, CT 06423

George Quickel
805 N Maple St
Ephrata, PA 17522

George Ruesca
20755 Southwest 85th Court
Cutler Bay, FL 33189

George Sarrion
1140 West 30th Street
Los Angeles, CA 90007

George Tannous
15 Sandpiper Drive
Taylors Lakes VIC 3038
AUSTRAILA

George Tindley
1937 South Corning Street
Los Angeles, CA 90034

Georgetta Cook
626 1st Avenue
E.41B
New York, NY 10016

Georgi Spiridonov
30, Atanas Uzunov Str
Ap. 19
Sofia  1505
BULGARIA

Geovanni Briseno
3354 Chamoune Avenue
San Diego, CA 92105

Gerald Blaufelder
Im Grundlein 2
Wilhelmsdorf  91489
GERMANY

Gerald Klaver
16 High Road
2 Clarendon View
Salisbury ENG SP5 4DS
UNITED KINGDOM

Gerald Llaguno
115 Lindrum Road
Unit 2
Frankston VIC 3199
AUSTRAILA

Gerald Mastro
26 Colonial Drive
New City, NY 10956

Gerald Rigdon
693 Mulberry Lane
Mendota Heights, MN 55118

Gerald Smith
1100 Bacchus Drive
Unit E
Lafayette, CO 80026

Gerard Higgins
226 Bellmore Street
Floral Park, NY 11001

Gerardo Gallardo
847 Woodaprings Ct
Covington, LA 70433

Gerardo Garcia
13656 Bora Drive
Santa Fe Springs, CA 90670

Gerardo Proietto
7951 Riviera Blvd, #210
Miramar, FL 33023

Gerardo Roman Tanus
Avenida San Cristobal 6, #1
Puebla PUE 72520
MEXICO

Gero Wienke
Waldstrasse 1
Grossenkneten  26197
GERMANY

Gerrick Teague
3000 Sunnyside Drive
Manhattan, KS 66502

Gevonn Trenfield
70 Tideland Drive
Brampton ON L7A 2W1
CANADA

Gevork Banjarjian
817 North Alexandria Avenue
Los Angeles, CA 90029

Ghassan Barazi
6492 Emerald Dunes Dr, Apt 201
West Palm Beach, FL 33411

Ghufran Shah
101 Elvaston Road
Wollaton
Nottingham ENG NG8 1JS
UNITED KINGDOM

Gian Carlos Carrion Farfan
Via Umberto Saba 9
Nonantola MO 41015
ITALY

Gian Salgatar
5238 West Palm Pinnacle Avenue
Las Vegas, NV 89139

Gianmarco Pietrobattista
Via Monte Zebio 25
Roma RM 195
ITALY

Gianni Orlando
Um Waisseraech 20
Bergem  3317
LUXEMBOURG

Giannis Ioannou
Themistokleous 11 Strovolos
Nicosia  2060
CYPRUS

Gianno Kardjo
Laan Van Avant-Garde 384
Layer-It
Rotterdam  3059 RA
NETHERLANDS

Gifferson Romero
14800 Memorial Drive, #2310
Houston, TX 77079

Pierce Giffin
258 Walk Circle
Santa Cruz, CA 95060

Gilbert Drewicz
Distelfinkweg 83
Berlin  12357
GERMANY

Gilbert Dumoulin
589 Rue Des Violettes
Salaberry-De-Valleyfield QC J6S 6W3
CANADA

Gilles Claro
5126 Bellvale Ave
San Diego, CA 92117-4001

Gineen Whiunui
12 The Trongate
Granville NSW 2142
AUSTRAILA

Gino Colombi
Solis 518
Rojas B 2705
ARGENTINA

Giosue' Mitra
Corso Marion Crawford 46
Scala B
Sant'Agnello NA 80065
ITALY

Giovanni Del Duca
De Reulver 73
Enschede  7544 RT
NETHERLANDS

Giovanni Monti
Thorwaldsenstr 16
Berlin  12157
GERMANY

Giovanni Pujol
7700 Vista Mejor Drive
Austin, TX 78744

Gisela Penaloza
4000 Towerside Terrace, #1710
Miami, FL 33138

Giuseppe Benjumea
270 17th St Nw
Unit 2208
Atlanta, GA 30363

Giuseppe Giuffrida
Via Bernardo Zanghi 17
Catania CT 95124
ITALY

Giuseppe Mazzone
2280 163 Street
Unit 92
Surrey BC V3Z 0S4
CANADA

Glaud Kuykendall
19592 Carlton Ave
Castro Valley, CA 94546

Glen Chesnut
4237 Jasper Ave,
Las Vegas, NV 89108

Glenn Darensbourg
20210 Desert Foal Dr
Tomball, TX 77377

Glenn Harper
24417 SE 46th St
Sammamish, WA 98029

Glenn Riddle
2630 Woodmont Ln
Wexford, PA 15090

Glenn Ryan
61 Old Warrenpoint Road
Newry NIR BT342PN
UNITED KINGDOM

Globe Media Advertising srl
Str.Drumul Dealu Bradului 141
Bucuresti B 42158
ROMANIA

Godwin Eferiana
5706 Black Canyon Ct
Sugarland, TX 77479

Goetz Klingelhoefer
Nieuwe Leliestraat 154
Amsterdam  1015HE
NETHERLANDS

Gokce Yalcin
308-1216 Homer Street
1405 (Buzz 2516)
Vancouver BC V6B 6K5
CANADA

Gokhan Guner
50 Wansbeck Court
Waverley Road
Enfield ENG EN2 7BS
UNITED KINGDOM

Carlos Javier Gonzalez
1222 Commerce Street
Manor House Apartments 1401
Dallas, TX 75202

Gonzalo Castanos
586 N Campus Ave
Upland, CA 91786-4827

Gonzalo Vega
7825 NW 29th Street #121
Miami, FL 33122

Gordon Weekes
15226 Southwest 52nd Street
Miramar, FL 33027

Nasir Gould Jr
2475 W Pecos Road
#3049
Chandler, AZ 85224

Andrew Goulet
957 Macclesfield Rd
Furlong, PA 18925

Govind Tamang
11 Timothy Close
Cherrybrook NSW 2126
AUSTRAILA

Govind Tamang
Shop 32A, 41-47 Shepherds Drive
Bakers Delight
Cherrybrook NSW 2126
AUSTRAILA

Gowtham Sarveswaran
10063 Park Meadows Drive
Apt 63312
Lone Tree, CO 80124

Grace Johnston
16731 Stoneridge Road
Anchorage, AK 99516

Grace Stamper
6 Emery Cliff Pl
The Woodlands, TX 77381-4055

Claudia Gracia-Hofer
843 Cannondale Ct.
San Marcos, CA 92078

Graeme Garside
16 Cromer Place
Barmouth Court
Preston ENG PR2 3XR
UNITED KINGDOM

Graeme Harpham
22 Saint Lucia Park
Bordon ENG GU350LB
UNITED KINGDOM

Graham Dickinson
1441 Little Raven St, #5006
Denver, CO 80202

Grant Aikin
3113 Royston Ave
Baltimore, MD 21214

Grant Austing
9609 Crystal Lake Drive
Woodinville, WA 98077

Grant Lilly
1872 Dolphin Drive
Seabrook, TX 77586

Grant Paranjape
1300 17th Street North
Suite 820
Arlington, VA 22209

Adam Green
161 Winslow Avenue
Norwood, MA 02062

Greg Alkema
5810 N 381st Dr
Tonopah, AZ 85354

Greg Ator
9283 Parkside Dr
Prairie Village, KS 66207

Greg Bergen
6 Castlerock Cove
Steinbach MB R5G 2B1
CANADA

Greg Davis
2307 Riverstone Dr.
Murfreesboro, TN 37128

Greg Hannon
1762 Exton Ave
Hamilton, NJ 08610

Greg Lassik
315 Ashford Rd
Toms River, NJ 08755

Greg Magnan
1221 Main Ave
Moorhead, MN 56560

Greg Robinson
49 Leveson Street
North Melbourne VIC 3051
AUSTRAILA

Greg Sawatsky
15 Woodbank St
Stoney Creek ON L8J 3Y5
CANADA

Greg Unsicker
4436 West 25 South
West Point, UT 84015

Gregg Fiddes
2565 Manchester Avenue
Cardiff, CA 92007

Gregg Henry
3982 Powell Rd.
PMB 412
Powell, OH 43065

Gregor Kahles
Philipp-Reisstrasse 13
Krefeld  47807
GERMANY

Gregorio Ventura
2875 Sedgwick Avenue
Apt-D3
Bronx, NY 10468

Gregory Anderson
61664 Woodriver Drive
Bend, OR 97702

Gregory Aring
9741 Clocktower Lane, #202
Columbia, MD 21046

Gregory Aune
20023 Terra Canyon
San Antonio, TX 78255

Gregory Booth
359 Annalyn Cir
Sandy, UT 84070

Gregory Boss
4344 Maple Woods Dr W
Saginaw, MI 48603

Gregory Candage
96 South Riverview Street
Bradford, MA 01835-6968

Gregory H
6832 Paseo Delicias #7217
Rancho Santa Fe, CA 92067

Gregory Hake
8031 Valdosta Ave.
San Diego, CA 92126

Gregory Holowka
6832 Paseo Delicias #7217
Rancho Santa Fe, CA 92067

Gregory Mouras
862 Topaz Street
New Orleans, LA 70124

Gregory Pratt
387 Marsh Cove Drive
Ponte Vedra Beach, FL 32082

Gregory Stroud
8439 Lake Crystal Dr
Houston, TX 77095

Gregory Worrell
P.O. Box 25134
Christiansted, VI 00824-1134

Griffin Lepak
1466 Oriole Dr
Hartford, WI 53027

Grigorios-Sotirios Gkizas
Pindou 34
Dog Grooming Saloon (Ground Floor)
Athens  15121
GREECE

Alexandra Grumet
178 East 70th St.
Apt.5F
New York, NY 10021

Guenter Reinhold
Harthauser Str. 79
Munich  81545
GERMANY

Guibor Camargo Salamanca
7630 NW 25 Street, Ste2B
C057996
Miami, FL 33122

Guido Kliefoth
Dudenstrasse 28
Berlin  10965
GERMANY

Guilherme Brandao
441 North 2nd Street
Carlton, OR 97111

Guillaume Chatain
13 Coleherne Road
Flat 3
London ENG SW10 9BS
UNITED KINGDOM

Guillermo Cavazos
Plaza Espana 6
Tlalnepantla MEX 54020
MEXICO

Guillermo Garcia
32-01 82nd Street
Queens, NY 11370

Gulbahar Bakirci
Gasverksgatan 47
Eslov 24138
SWEDEN

Gunnar Schuster
Beermannstrasse 5
Berlin 12435
GERMANY

Gurkan Kirgezmis
1279 E 17th St.
Apt. Ee
Brooklyn, NY 11230

Gurminder Bhogal
4 Silverstone Mews
Maidenhead ENG SL6 4JR
UNITED KINGDOM

Gurudutt Raval
151 Floral Avenue
Bethpage, NY 11714

Gurur Demir
Brinkstrasse 33
Offenbach Am Main  63069
GERMANY

Gustavo Diaz
17026 Carlton Way Road
Huntersville, NC 28078

Gustavo Fortes
Rua Itapirucu 177
S O Paulo SP 03672-020
BRAZIL

Gustavo Garibay
4578 Northern Moon Way
San Diego, CA 92154

Gustavo Santos
Rua Alfredo Ceschiatti, 155
Bloco 1 Apt 503
Rio De Janeiro RJ 22775045
BRAZIL

Gustavo Vargas
1319 Whitney Isles Dr
Windermere, FL 34786

Guy Delauniere
1471 Regent Street
Niskayuna, NY 12309

Guy Stuller
12765 W Brentwood Dr
New Berlin, WI 53151

H Carr
3400 Garrison Street Northwest
Washington, DC 20008

H M
321 Kent Ave
Colonial Heights, VA 23834

Habib Moudoub
153 Vanderbilt Ave
Brooklyn, NY 11205

Hai Lam
901 S Joshua Ave
Broken Arrow, OK 74012

Hai Le
14323 Cashel Wood Dr
Houston, TX 77069

Hai Nguyen
8029 Torino
Stanton, CA 90680

Anthony Haile
2324 Sherwood Drive
Priceless Power Corp
Lemon Grove, CA 91945

Hakan Guralay
An Der Windmuhle 22
Hagenburg  31558
GERMANY

Hal Coopersmith
233 E 70 St
Unit 11S
New York, NY 10021

Haley Akes
121 North 15th Street, #3006
Las Vegas, NV 89101

Hamed Farhadi
Nina Eignhorns Gata 4
Stockholm  11366
SWEDEN

Hamilton Cline
153 Bepler St
Daly City, CA 94014

Anna Hamilton
2204 Langford Cv
Austin, TX 78723

Hampton Fowler
236 Chancellors Park Court
Simpsonville, SC 29681

Hamza Arshad
14 Farnham Loop
Little Rock, AR 72223

Hamza Bitar
Weststrasse 2
Chemnitz  9112
GERMANY

Han Che
Unit 1 45 Union Grove
Springvale VIC 3171
AUSTRAILA

Hanan Auzam
697 Amaretto Avenue
Pickering ON L1X1L7
CANADA

Hanh Tran
805 Aaron Park Drive
Milpitas, CA 95035

Hanh-Uyen Nguyen
14 Faenza
Newport Beach, CA 92657

Hani Almandeel
Via Del Gaggiolo, 38
Bah 783
Arcene BG 24040
ITALY

Hannah Craig
6426 Ohio 287
West Liberty, OH 43357

Hannah Gavette
2217 Hensch Street
Fort Wayne, IN 46808

Hannah Todd
1 Swinnie Cottages
Jedburgh SCT TD8 6PD
UNITED KINGDOM

Hannelore Krolik-Vorhaus
Hermesweg 1
Berlin 12167
GERMANY

Hannes Kroll
Mommsenstr. 11
Berlin 12203
GERMANY

Hanno Bibo
Rutersbarg 9A
Hamburg 22529
GERMANY

Hans Fetterhoff
1214 Bristol Avenue
Colorado Springs, CO 80905

Hans Flueckiger
Hoelzlistrasse 40
Binningen 4102
SWITZERLAND

Hans Heller
58 Robinson Pond Dr.
Hudson, NH 03063

Hans J. Huber
Mercystrasse 19
Freiburg Im Breisgau 79100
GERMANY

Hanumantha Rao Chopparapu
11424 Aclare Street
Artesia, CA 90701

Hany Iskandar
2549 E. Valley Parkway # 112
Escondido, CA 92027

Aaqib Haq
1950 Old Arcata Road
Unit A
Bayside, CA 95524

Haraindra Witharana
11608 12 Avenue Northwest
Edmonton AB T6J6X6
CANADA

Harald Friedl
Hasselaersplein 1
Haarlem  2013 GB
NETHERLANDS

A Harden
1034 South Pine Road
Albany Creek QLD 4035
AUSTRAILA

Hardial Singh
2812 15 Street Northwest
Edmonton AB T6T 0V5
CANADA

Haresh Khemani
102 Alex Campbell Crescent
King City ON L7B0C1
CANADA

Amos Hargrove
2322 Loretta Lane
Rowlett, TX 75088

Harinder Johal
1 3rd Avenue4
Mineola, NY 11501

Harinder Virk
1496 E 54 St
Vancouver BC V5P1Y2
CANADA

Harish Umashankar
4261 Norwalk Drive
Y310
San Jose, CA 95129

Harmandeep Narang
3683 Azalea Street
Aurora, OH 44202

Harold Brothwell
756 W Ornament Lane
Santa Claus, IN 47579

Harold Kleppe
397 East Hiawatha Trails
Wood Dale, IL 60191

Harper Dimmerman
2037 Chestnut Street, Floor 1
P.O. Box 2134
Philadelphia, PA 19103

Harpreet Bhogal
225-35 88th Avenue
Apt #1
Queens, NY 11427

Harpreet Dhillon
2879 Catalina Blvd Northeast
Calgary AB T1Y 6R1
CANADA

Harpreet Goraya
74087 Rd 11 E
P.O. Box 928
Stony Mountain MB R0C3A0
CANADA

Harrison Wu
726 Arabian Lane
Walnut, CA 91789

Harry Mediavilla
450 Janice Kay Place
Kissimmee, FL 34744

Harry Saddock
47 Lefoll Blvd
South Windsor, CT 06074

Harsharaj Agadi
3048 Wilkins Lane
Tracy, CA 95377

Harshit Goyal
96 Highland Ave
Apt 201
Jersey City, NJ 07306

Adam Hartwick
1147 Washington Street
Indiana, PA 15701

Artavazd Harutyunyan
500 West Colorado Street C-211
Glendale, CA 91204

Artavazd Harutyunyan
500 W Colorado Str. C-211
Glendale, CA 91204

Harvey James
179 North Root St
Aurora, IL 60505

Hasan Kilinc
Schanzenstr.6
Waghausel  68753
GERMANY

Haseeb Abbas
6 Plover Court
Unit 2
Endeavour Hills VIC 3802
AUSTRAILA

Hatsuki Koshihara
9061 Arbor Ashbury Ave
Las Vegas, NV 89149

Haydar Isa
Seelbergstrasse 29
Stuttgart  70372
GERMANY

Hayden Harris
14618 13th Ave SE
Mill Creek, WA 98012

Hayder Alhadi
16999 Cristina Court
Clinton Twp, MI 48038

Zack Haynes
9940 Savannah Marie Ave
Las Vegas, NV 89149

Heather Carter
1050 Stainton Drive, #325
Mississauga ON L5C 2T7
CANADA

Hector Ariceaga
495 W Ash St
Lebanon, OR 97355

Hector Villasenor
Belgica 8850 Col Cacho
Tijuana BC 22040
MEXICO

Heegun Yang
3210 Esperanza Crossing
Apt 5403
Austin, TX 78758

Heidi Medina
65 SW 8th Ave
Oak Harbor, WA 98277

Heinz Wieduwilt
8688 Hazelbridge Way #909
Richmond BC V6X 0R6
CANADA

Helder Jose Faria Da Silva
Route De Rolle 28
Saint-Prex  1162
SWITZERLAND

Helme Alsaade
Granangsringen 44
Trappor 7
Tyreso  13544
SWEDEN

Hemanta Guragain
547 Early Fall Court
Herndon, VA 20170

Hendrik Wiese
Fehrbellinstrasse 9
Koln  50737
GERMANY

Henri Gharchloo
17618 Rushing Drive
Granada Hills, CA 91344

Henri Pusar
7926 Friars Court Ln
Spring, TX 77379

Henrik Holla
Szerelem Alfred Ut 8.
Heves  3360
HUNGARY

Henrik Podewils
Schmidt-Ott-Strasse 16
Berlin  12165
GERMANY

Henrique Defreitas
60 Preservation Dr
Taunton, MA 02780

Henry Evans
2343 Morningside St
San Diego, CA 92139

Henry Flores
12039 SW 273 Street
Homestead, FL 33032

Henry Haskin
6206 Lacoste Love Court
Spring, TX 77379

Henry Jensen
17154 Linda Way
Noblesville, IN 46062

Henry Lam
8702 Bermuda Ave
Westminster, CA 92683

Henry Ma
628 N 13th St
San Jose, CA 95112-3012

Henry Maglente
177 Freshwater Lane
Mooresville, NC 28117

Henry Maya
1900 N Bayshore Dr,
Apt 4207
Miami, FL 33132

Henry Patner
351 East 4th Street
New York, NY 10009

Henry Quiring
13 Fielding Court
Ajax ON L1T4W5
CANADA

Herlin Burch
1948 Varick Way
Casselberry, FL 32707

Herman Le Roux
10-1818 Harbour Street
Port Coquitlam BC V3C 0E8
CANADA

Herman Le Roux
1818 Harbour Street
Unit 10
Port Coquitlam BC V3C 0E8
CANADA

Hermann Nelke
Im Muhlbachtal 44
Haltern Am See  45721
GERMANY

Herminio Carrasquillo
18875 Riversouth Terrace
#3
Fairview Park, OH 44126

Hermon Hermon
5055 Seminary Rd Apt 901
Alexandria, VA 22311

Hernan Campos
450 S La Fayette Park Pl #206
Los Angeles, CA 90057

Herschel Meadow
6103 Aqua Avenue
Ph 2
Miami Beach, FL 33141

Joseph Hickeyhall
4119 Shark Ct, Apt B
Apt B
Great Lakes, IL 60088

Hillary Swieca
71 Rue Du Manoir
Pointe-Des-Cascades QC J0P 1M0
CANADA

Hilmer Castillo
9419 Bayou Lake Ln
Houston, TX 77040

Ahmed Himdi
3812 Albemarle Ave
Drexel Hill, PA 19026

Himesh Quessou
14 Crabtree Avenue
London ENG HA0 1LP
UNITED KINGDOM

Hiren Patel
8950 Tucker Drive
Caseyville, IL 62232

Hisham Abidallah
3051 East 97th Place
Apt2
Highland, IN 46322

Hoang Tran
6132 Shelly Dr
Huntington Beach, CA 92647

Vu Hoang
34935 7th Ave Sw
Federal Way, WA 98023

Holger Ahlers
Weihermatten 37
Bad Sackingen  70713
GERMANY

Holynabu Interiano
3435 South Orange Avenue
T107
Orlando, FL 32806

Homer Gardner
953 South Park Avenue
Somerset, PA 15501

Horace Mackey
1316 Boyd Ave Nw
Atlanta, GA 30318

Horatiu Bogdan
Str. Arenei, Nr.6, Bl.B1, Sc. A, Ap.8
Hunedoara HD 331095
ROMANIA

John Horton
2908 Willow Circle
Northport, AL 35473-8066

Hountcheme Gbeyetin
10505 34th Avenue North
Medecine Lake, MN 55441

Hovhannes Martirossyan
Lindenlaan 16
Leimuiden  2451 CC
NETHERLANDS

Howard Andrus
47-670 Wailehua Pl
Kaneohe, HI 96744-4931

Howard Fleming
673 Legends Crest Drive
Franklin, TN 37069

Howard Kellogg
8 Charnwood Rd
#1
Somerville, MA 02144

Howard Roos
905 3rd Street
Colona, IL 61241-9773

Hristian Menna
6010 Northwest 99th Avenue
Suite 109
Doral, FL 33178

Hsiao-Hong Lin
972 King Street West
Kitchener ON N2G1G4
CANADA

Huang Zhaohui
Plaza Grup Parpallo,9 P06 16
Valencia V 46015
SPAIN

Julia Huelsmeyer
Keferloher Strasse 2A Haar
Munich  85540
GERMANY

Hugh Davis
215 N. New River Dr E, #3190
Fort Lauderdale, FL 33301

Hugo Nunes
Praca Bartolomeu Dias, 271 - 2 Esq
Alcochete PT-15 2890-138
PORTUGAL

Hugo Ortiz
21196 Vineland Square
Ashburn, VA 20147

Hugues Corbel
140 Blvd De Grenelle
Hotel Bleu De Grenelle
Paris  75015
FRANCE

Humberto Corral
2626 Reagan St
Apt 211
Dallas, TX 75219

Humberto Salazar
638 Orme Avenue
Los Angeles, CA 90023

Humera Ali
22 Arlington Street
Glasgow SCT G3 6DU
UNITED KINGDOM

Humphrey Yeung
60 Nolanhurst Green Nw
Calgary AB T3R 0Z2
CANADA

Hunter Dundas
1364 Islington.Ave
Toronto ON M9A3K6
CANADA

Hunter Lapeyre
4803 Carondelet St
New Orleans, LA 70115

Huok Ung
5260 Pomona Blvd
Suite 102
Los Angeles, CA 90022

Hurben Akcagoz
Erzene Mh 124 Sok. Yersu Apt No 4/A Kat:
Izmir  35000
TURKEY

William Huseby
606 Stokeswood Ave
Atlanta, GA 30316

Huseyin Tarkan Gokalp
40. Street No:5 Pyla
Larnaca  7080
CYPRUS

Hussam Fayad
319 Olmstead Street
Ottawa ON K1L 7K2
CANADA

Hussan Jawa
360 Etheridge Ave
Milton ON L9E 0A8
CANADA

Hussein Hamdoun
Marktstr9
Siegen  57078
GERMANY

Hussein Younes
18322 63 Avenue
Surrey BC V3S 8B1
CANADA

Hutch Johnson
P.O. Box 1936
Sun Valley, ID 83353

Huu Nguyen
13645 E Dakota Ave
Aurora, CO 80012

Iain O'Neill
33 Willowfield Road
Eastbourne ENG BN22 8AP
UNITED KINGDOM

Ian Achurra
1251 Halifax Way
San Ramon, CA 94582-5047

Ian Barton
11604 Jefferson Street
Kansas City, MO 64114

Ian Botnick
5197 Durie Road
Mississauga ON L5M 2C6
CANADA

Ian Brennan
10 Milano Avenue
Stirling WA 6021
AUSTRAILA

Ian Foster
24928 121st Pl SE
Kent, WA 98030

Ian Franklin
12 Albatross Way
Chelmsford ENG CM3 3FX
UNITED KINGDOM

Ian Freemire
2260 West 74th Avenue
Denver, CO 80221

Ian Glover
18 Greenside Lane
Cullingworth ENG BD13 5AN
UNITED KINGDOM

Ian Johnson
34341 Whittaker Street
Clinton Twp, MI 48035

Ian Klepac
35 Fawnwood Drive West
Aiken, SC 29803

Ian Lamanero
7255 Lee Highway Street
Apartment 804
Chattanooga, TN 37421

Ian Mccue
310 NW 116th Ave #105
Portland, OR 97229

Ian McKillop
270 Southgate Drive
Bedford NS B4A 4L8
CANADA

Ian Waters
2 Hillside Road
Bexhill ENG TN402AN
UNITED KINGDOM

Ian Weiss
930 Tahoe Blvd 802 # 558
Incline Village, NV 89451-9488

Abel Ibars
1071 Lexi Court
Ladson, SC 29456

Ibrael Espinosa Moscoso
19 Rue Saint Maurice
Rdc 02
Nanterre  92000
FRANCE

Ibrahim Islam
Flat 504 Penn Court, 4 Williamsburg Plaz
London ENG E14 9XT
UNITED KINGDOM

iCare Technology Geeks
4355 Cobb Parkway Southeast
Suite J610
Atlanta, GA 30339

Ichiro Ashihara
9 Cedar Cliff Terr
Meeford, MA 02155

Ielcean Razvan Doru
Ciobanului 6 #40
Cluj-Napoca CJ 400531
ROMANIA

Ignace Laplaese
Ezelstraat 135
Brugge 8000
BELGIUM

Ignacio Kessler Usabox
25 SE 2nd Ave
Ste 406
Miami, FL 33131

Ignacio Martinez Murias
Capitan General Ramon Freire 1062
Caba C C1426
ARGENTINA

Ignacio Scorpus
1736 Parkway Court
Greenacres, FL 33413

Igor Banfi
Plese 7B
Murska Sobota 9000
SLOVENIA

Igor Dyuzhev
151 Fargo Avenue #2
Buffalo, NY 14201

Igor Hridjikj
Bul.Asnom 4/3-4
Skopje 1000
NORTH MACEDONIA

Igor Martirosian
Wielandstrasse 8
Wiesbaden 65187
GERMANY

Igor Orlanov
4167 Westerleigh Court Northwest
Norcross, GA 30092

Ilias Gatzias
Manoli Triantafyllidi 15
2D Floor
Ioannina 45221
GREECE

```
Ilias Gatzias
Manoli Triantafillidi 15
2D Floor
Ioannina  45221
GREECE

Ilias Gatzias
Manoli Triantafillidi 15
2D Floor
Ioannina 45221
GREECE

Ilie Robert Alexandru
Prelungirea Colentina Nr 28 B
28B
Mogosoaia IF 77135
ROMANIA

Ilie Robert Alexandru
Prelungirea Colentina ,Nr 28B
Mogosoaia IF 77135
ROMANIA

Ilir Telushi
Rooigemlaan 493
Gent  9000
BELGIUM

Iliyan Cholakov
Slaveikov, St. Dame Gruev 1
Ent. 1, Fl 1, Ap. 1
Burgas  8000
BULGARIA

Imad Ayaz
14090 Big Crest Lane #208
Woodbridge, VA 22191

Imam Adhitya
435A Bathurst St
Toroto ON M5T 2S9
CANADA

Iman Dori
5333 Balboa Blvd
Apt 229
Encino, CA 91316

Imehobong Archibong
4092 Brookwood Valley Cir NE
Atlanta, GA 30309
```

Imran Janjua
12 Factory Road
Enniskillen NIR BT746DP
UNITED KINGDOM

Imran Siddique
4312 Enchanted Oaks Drive
Arlington, TX 76016

Imran Uddin
11 Quayside House
119 Tarling Road
London ENG E16 1GX
UNITED KINGDOM

Senol Imrol
Severinusstrasse 34
Wenden  57482
GERMANY

Inderpaul Rattan
12830 96 Avenue, #607
Surrey BC V3V 6A8
CANADA

Indigo Vanderborgh
519 East San Jose Avenue
Burbank, CA 91501

Ingmar Ehrmann
Naupliaallee 12
Im Kiosk/Post
Ottobrunn  85521
GERMANY

Ingo Wachter
Bismarckstrasse 84
Project X Ug (Haftungsbeschr  Nkt)
Nurnberg  90491
GERMANY

Ionescu George-Nicolae
Str. Dumitru Lazarescu, Nr.26-28, Sector
Bucuresti B 52017
ROMANIA

Ionut Clopotaru
85 Windstar Drive
London ENG RM155GW
UNITED KINGDOM

Ionut Clopotaru
85 Windstar Drive
London ENG RM15 5GW
UNITED KINGDOM

Ionut Grosu
Sosea Stefan Cel Mare Si Sfant, Nr 4, Et
Etaj 3, Ap 23, Int 1723
Iasi IS 700497
ROMANIA

Ionut Ivancea
Imparatul Traian, Nr.9, Bl 9, Scale 2, A
Bucharest B 41413
ROMANIA

Ionut Jora
Crivatului 6
Piatra Neamt NT 610096
ROMANIA

Ionut Sgarbura
Strada Siemens 1
Timisoara TM 300704
ROMANIA

Ip4 Gmbh
Meiereistrasse 8A
Wallsbull  24980
GERMANY

Ira Kunyansky
722 North Orlando Avenue
#106
Los Angeles, CA 90069

Ira Lee
P.O. Box 1972
Whiteriver, AZ 85941

Iraj Maleki
Murtener Strasse 20
Berlin  12205
GERMANY

Irakli Magradze
Melikishvili 45
Tbilisi  179
GEORGIA

Irfan Aslam
20 Park St
Apt 1-7
Albany, NY 12207

Irfan Iqbal
30 Hawkshead Street
Blackburn ENG BB2 2SJ
UNITED KINGDOM

Irina Diana Iordache
Strada Cauzasi, Nr. 27-25
Hotel International, 0757997478
Bucharest B 30801
ROMANIA

Irina Tsvetkova
P.O. Box 251
Malden, MA 02148

Irma Sargelyte
14 Plantsman Close
Norwich ENG NR2 2NH
UNITED KINGDOM

Iryna Biyovska
129 Willow Avenue
Garwood, NJ 07027

Isaac Baatz
191 Olive Street
Victoria BC V8S 3H4
CANADA

Isaac Crowder
835 Bellevue Street
Apt B
Green Bay, WI 54302

Isaac Lowe
1700 South 2nd Street
Alhambra, CA 91801

Isaac Obispo
312 De Paul Drive
A
Santa Barbara, CA 93110

Isaac Valdez
289 Barnhill Road
Perkasie, PA 18944

Isaac Yuen
909 Kapiolani Blvd #902
Honolulu, HI 96814

Isabel Reiss
Bremgartnerstrasse 18
Zurich  8003
SWITZERLAND

Isai Garcia
501 Southwest 64th Parkway
Pembroke Pines, FL 33023

Isaiah Redfern
1665 Russel Rd
Unit 1
Ottawa ON K1G 0M8
CANADA

Isaiah Sisk
112 Cliff Dr
Buckner, MO 64016

Isaiah Thomas
6720 28th Street, #428
Lubbock, TX 79407

Isaias Salgado
18937 Felbridge Street
Santa Clarita, CA 91351

Islam Elmenshawy
378 Embaracadero West, #702
Oakland, CA 94607

Jason Island
11107 Cremona Court
Richmond, TX 77406

Ismail Jasim
12925 Darby Chase Dr
Charlotte, NC 28277

Istvan Fejes
Apt. 6 , Condor House ,
156A Main Rd
Biggin Hill ENG TN16 3BA
UNITED KINGDOM

IT Evolution Srl Balzarin
Viale Ambrogio Fusinieri, 12
Vicenza VI 36100
ITALY

Italo Silva
1780 Lawrence Avenue East, #202
Scarborough ON M1R 2Y2
CANADA

Itana Teferra
2571 Taos Dr
Grand Prairie, TX 75051

Ivan Bukta
4907 Garden Grove Rd
Grand Prairie, TX 75052

Ivan Goetz
Herbert-Schober-Str. 29
Munich  80997
GERMANY

Ivan Heyward
318 S 13th Street
Easton, PA 18042

Ivan Stopic
Karlovaka 71
Zagreb  100020
CROATIA

Ivan Ting Hong Leung
3975 Grand Park Drive
Unit 1105
Mississauga ON L5B 0K4
CANADA

Ivan Yordanov
32 Heighams
Harlow ENG CM19 5NU
UNITED KINGDOM

Ivanka Galesic
Seydlitzstrasse 7
Berlin  12307
GERMANY

Ivonne Lippmann
Haubenschlossstrasse
Kempten (Allgau)  87435
GERMANY

J Dizzle
15467 Madrona Drive
Surrey BC V4A 5N2
CANADA

J Smerdon
1 Berechurch Hall Road
Colchester ENG CO2 8RD
UNITED KINGDOM

J. Bryant Boyd
902 Forest Street
Georgetown, TX 78626

Jabari Le
5022 West Highwood Drive
Kearns, UT 84118

Jace Hermanson
120 N 44th St
Suite 420
Phoenix, AZ 85034

Jacek Mering
Sybirakow, 12/68
Bydgoszcz 85-796
POLAND

Jack Alepyan
13441 Vose Street
Los Angeles, CA 91405

Jack Baker
21 Second Street
Elmira ON N3B 1H3
CANADA

Jack Bennett
12 Walsh Crescent
New Addington
London ENG CR00BX
UNITED KINGDOM

Jack Chang
240 N Bayshore Blvd, 221
San Mateo, CA 94401

Jack Reynolds
5016 Pitt Street
New Orleans, LA 70115

Jack Schaefer
8722 Burkshire Pl
Lakeside, CA 92040

Jack Stone
140 Hazelwood Close
Cambridge ENG CB4 3SP
UNITED KINGDOM

Jack Urbano
3109 Raleigh Street
Denver, CO 80212

Jack Wisner
11170 Orville Street
Culver City, CA 90230

Jackson Kestian
1016 Broadway
Normal, IL 61761

Jacob Cartwright
38 Wayside Walk
Harrogate ENG HG2 8NW
UNITED KINGDOM

Jacob Creamer
1311 Main St
Follansbee, WV 26037

Jacob Edwards
10 Middle St
P.O. Box 715
South Freeport, ME 04078

Jacob Elder
455 Westwood Drive
Cobourg ON K9A 4M5
CANADA

Jacob Emanuel
17888 Buchholz Rd.
Farmington, MO 63640

Jacob Funke
8600 18th Avenue West
E104
Everett, WA 98204

Jacob Grant
11476 W Cumberland River Dr
Nampa, ID 83686

Jacob Holmgren
Tranebergsv Gen 27
Bromma  16745
SWEDEN

Jacob Koshy
1715 Kenicott Lane
Plainfield, IL 60586

Jacob Perrin
821 North 31st Street
Billings, MT 59101

Jacob Peters
9305 Bud Wood Street
Gotha, FL 34734

Jacob Sakolsky
3339 Virginia St
Apt, Ph-2
Miami, FL 33133

Jacob Sinclair
15704 Burrowing Owl Court
Morrison, CO 80465

Jacob Spencer
4810 Fox Creek East, #189
Independence Charter Twp, MI 48346

Jacob Sturdevant
13 Kingfisher Dr
Birdsboro, PA 19508

Jacob Warren
9510 Silver Mist Way
San Antonio, TX 78254

Jacob Yilma
11936 Pericles Drive
Rancho Cordova, CA 95742

Jacqueline Murray
14 Babson St
Gloucester, MA 01930

Jacqueline Roberts
7425 Royalton Rd
North Royalton, OH 44133-4743

Jaden Emrich
511 W River Dr
West Bend, WI 53090

Jaehwan Choi
35 Gully Drive
Toronto ON M1K 4W3
CANADA

Jaime Curbelo
3325 SW 59 Ter.
West Park
West Park, FL 33023

Jaime Gonzalez
1610 Harding St
Seaside, CA 93955

Jaime Hervey Arizpe Chapa
Lib Emilio Mendoza Cisneros 105, Colonia
Colonia Independencia,
Acuna COAH 26200
MEXICO

Vijay Ashish Jaiswal
19519 Bella Arbor Ln
Cypress, TX 77433

Jakaleen Archilles
32 Middleton Loop, Meadow Springs
Mandurah WA 6210
AUSTRAILA

Jake Demonaco
45 East 21st Street
Bayonne, NJ 07002

Jake Edwards
164 Coyle St
Apt A
Portland, ME 04103

Jake Kopf
756 South Broadway
Los Angeles, CA 90019

Jake Pinson
1825 Saulter Road
Birmingham, AL 35209

Jake Sheridan
10838 City Parkway
Unit 233
Surrey BC V3T 5X9
CANADA

Jake Smallwood
1452 West Horizon Ridge Parkway
#321
Henderson, NV 89012

Jake Vick
21617 Graves Drive
Lewes, DE 19958

Jake Zuhoski
22 Mystic Ct
Riverhead, NY 11901

Jakob Ebert
Meistersingerstr. 6
Potsdam 14471
GERMANY

Jakob Flohr
140 Patria
Rancho Mission Viejo, CA 92694

Jakob Krohn Deleuran
Henrik Rungs Gade 18
2. Tv
Copenhagen N 2200
DENMARK

Jakub Farag
Hefnersteig 2
Berlin 13629
GERMANY

Jalal Bahhur
3225 Turtle Creek Blvd
#2202
Dallas, TX 75219

Jalil Reed
3144 Fern Valley Drive Southwest
Marietta, GA 30008

Jalil Trejo
1008 E Pecan Blvd D-45
Mcallen, TX 78501-5750

Jalpan Jani
111 Covert Avenue
New Hyde Park, NY 11040

Jamal Simpson
115 Barbara Drive
Ladson, SC 29456

Jameelah Rose Lineses
3906 62nd St.
Apt. 3E
Woodside, NY 11377

James Albiez
180 Niagara Street, #204
Toronto ON M5V 3E1
CANADA

James Alexander
504 Willow Way
Upland, PA 19015

James Arnette
2599 Williams Hwy
Grants Pass, OR 97527

James Arnold
608 McKenzie St
North Augusta, SC 29841

James Aston
2824 Kilborne Drive
Apt 2
Charlotte, NC 28205

James Baldock
67 Newtown Road
Worcester ENG WR5 1HH
UNITED KINGDOM

James Barlow
26 Lathkill Drive
Derby ENG DE5 8HW
UNITED KINGDOM

James Brady
614 Barrington Rd.
Grosse Pointe Park, MI 48230

James Brunet
3225 Colby Chase Drive
Apex, NC 27539

James Carr
2001 Park Dr
Lithia Springs, GA 30122

James Chavis
3515 Frazier Street
Pittsburgh, PA 15213

James Debaro
3201 Richmond Road
Ste. A
Texarkana, TX 75503

James Deleo
279 Elm St
Glen Ellyn, IL 60137

James Duerr
302 Summit Ave.
Fort Washington, PA 19034

James Dunn
3025 Ashley Phosphate Rd
Suite A3
North Charleston, SC 29418

James Durand
155 Washington Street
Apt 2211
Jersey City, NJ 07302

James Dyer
632 Stetson Street
632 Stetson Street, Orlando, Fl, 32804
Orlando, FL 32804

James Embree
16993 Kinross Avenue
Beverly Hills, MI 48025

James Erickson
1710 West Cindy St
Chandler, AZ 85224

James Eskew
1400 Valley Ridge Blvd
Apt 3203
Lewisville, TX 75077

James Fisher
14555 West Park Avenue
New Berlin, WI 53151

James Grosso
1080 Northwest 11th Street
Miami, FL 33136

James Hatch
1907 Washburn Court
Frederick, MD 21702

James Hilley
5555 East Garnet Avenue
Mesa, AZ 85206

James Holmes
606 Hinton Ave
Charlottesville, VA 22902

James House
114 Merryhill St
Marietta, OH 45750

James Hurley
58 Hansol Road
Bexleyheath ENG DA6 8JG
UNITED KINGDOM

James Johnson
2151 Palo Alto Drive #121
Chula Vista, CA 91914

James Jordan
1113 Kenwood Ave
Florence, SC 29501

James Kinthiseng
3637 Via El Monte Avenue
Las Vegas, NV 89115

James Klein
4470 6th Pl Sw
Vero Beach, FL 32968

James Kuk
148 S Formosa Ave
Los Angeles, CA 90036

James Lewis
3403 Glenrose Dr
Atlanta, GA 30341

James Mackay-Jones
40 Jane Avenue
Courtice ON L1E 0A6
CANADA

James Malone
528 West B Ave
North Little Rock, AR 72116

James Matulac
325 West Washington Street
San Diego, CA 92103

James McNeil
14 Clough Crescent
Guelph ON N1L0H9
CANADA

James Montgomery
912 Lois Circle
Virginia Beach, VA 23452

James Morales
5921 Grass Creek Dr
Bakersfield, CA 93311

James Morris
12 Country Club Pl
Bloomington, IL 61701

James Munn
3851 Lilac Ln
Woodbury, MN 55129

James Noh
753 Ridgecrest St
Monterey Park, CA 91754

James Padolina
2109 Wild Flower Ln
Chino Hills, CA 91709

James Previte
2835 Vintage View Loop
Lakeland, FL 33812

James Salame
238 East 61st Street
New York, NY 10065

James Scheller
1412 Stewart Road
Sacramento, CA 95864

James Smith
212 Smith Myers Road
Hopkins, SC 29061

James Soldi
2208-B Clark Ln.
Redondo Beach, CA 90278

James Stratton
29250 Us Hwy 19 N., Lot 66, Lot 66
Lot 66
Clearwater, FL 33765

James Wassel
1595 N Tower Rd
Fombell, PA 16123-2911

James Williams
370 Daisy Avenue
Imperial Beach, CA 91932

James Yancey
904 Bank St
Annapolis, MD 21403

Jamey Jeffords
31 Northampton Street
Easthampton, MA 01027

Jamie Bullard
6 Duncan Lane
Pinehurst, NC 28374

Jamie Kubess
278 Luiseno Avenue
Oceanside, CA 92057

Jamie Lipschitz
2228 80th St
Apt 2
Brooklyn, NY 11214

Jamie Wright
2421 Prince Howard Trl
Marietta, GA 30062

Jamil Jarrett
1948 S. 21 Street
Philadelphia, PA 19145

Jamil Jarrett
32 Delaware Avenue
Ridley Park, PA 19078

Jan Barbrock
Wilsweg 2
Wilsweg 2
Bissendorf  49143
GERMANY

Jan Groeschke
Zum Exerzierhaus 23
Potsdam  14469
GERMANY

Jan Henderson
6 Steelox Road
East Brunswick, NJ 08816

Jan Hockesfeld
Erphostrasse 47
Munster  48145
GERMANY

Jan Kulich
Nabrezi 604
Luhacovice  763 26
CZECH REPUBLIC

Jan Kulich
72 Greenbough
Irvine, CA 92614

Jan Novotny
Carrer Cer  1
Picassent V 46229
SPAIN

Jan Spodniak
Mladeznicka 21
Banska Bystrica   97404
SLOVAKIA

Jan-Tore Ugelstad
Oevre Lyngboe 27
Laksevaag  5164
NORWAY

Janae Fueston
3816 110th Avenue East
Edgewood, WA 98372

Janet Dunlap
8530 Us Highway 1, Ste 9
Micco, FL 32976

Jani Jalil
1114 Veirs Mill Road
Rockville, MD 20851

Janier Guzman
7750 NW 175 St
Hialeah, FL 33015

Janina Ghenciu
5A Veseliei Street, Sector 5
Moa Design
Bucuresti B 52164
ROMANIA

Janine Almandos
14703 Elmcroft Avenue
Norwalk, CA 90650

Janine Galindo
115 Alamo Rd
Fredericksburg, TX 78624

Alex Jankuv
1117 Bellreng Dr
Wake Forest, NC 27587

Janon Janon
2698 3rd Avenue
Marion, IA 52302

Janos Varga
Szent Istvan Ut, 105
Bicske 2060
HUNGARY

Janosch Sadowski
Schoneberger Ufer 5A
Berlin 10785
GERMANY

Jaquan Barnett
13745 Heatherwood Drive
Eastvale, CA 92880

Jarad Brinkerhoff
190 E. Center St.
Glendale, UT 84729

Jared Barney
9619 163rd Ave NE
Granite Falls, WA 98252

Jared Bellamy
7102 Hunterville Road Northwest
A
Calgary AB T2K 4J8
CANADA

Jared Martin
3414 Flickering Candle Dr
Spring, TX 77388

Jared Murray
4116 Nebo Road
Hiram, GA 30141

Jared Read
850 N Highway 89
Apt 3L
North Salt Lake, UT 84054

Jared Tulio
1230 East Cityline Drive
Apt 1416
Richardson, TX 75082

Jared Wiggins
215 Pine Crossing
Woodbine, GA 31569

Jarid Marinos
15580 Quorum Drive
Apt 2637
Addison, TX 75001

Jarred Graber
44 Briar Hills Circle
Springfield, NJ 07081

Jarrid Echard
P.O. Box 76
New Freeport, PA 15352

Jarrod Schwarze
5 Norman Court
Lakes Entrance VIC 3909
AUSTRAILA

Jarryd Beckwith
11 Hansford Court
Narre Warren VIC 3805
AUSTRAILA

Jaryd Culler
8109 Garrett Pines Drive
Midland, GA 31820

Jashobeam Harris
3450 Fleetwood Drive
Richmond, CA 94803

Jaskarn Bains
16 Borneo Crescent
Brampton ON L6R 3C7
CANADA

Jasmine Guerrero
2513 Riverview Avenue
Kansas City, KS 66102

Jason Acker
19457 Ellington Trail
Farmington, MN 55024

Jason Arganbright
6829 Revere Drive
Mckinney, TX 75071

Jason Bloink
9887 Meadow View Court
Northville, MI 48167

Jason Cicchetti
1936 East McFadden Avenue
Santa Ana, CA 92705

Jason Cisneros
9527 Mines Ave
Pico Rivera, CA 90660

Jason Degg
1102 Cole Ave
Raymond, WA 98577

Jason Degraaf
805 Cambridge Dr.
Round Rock, TX 78664

Jason Dudney
6316 East 113th Avenue
Tampa, FL 33617

Jason Galli
510 Hart St
Dighton, MA 02715

Jason Gambone
1904 Pembroke Rd
Birmingham, MI 48009

Jason Green
3148 Daleview Way Southwest
Atlanta, GA 30331

Jason Gurdak
642 Escalona Drive
Santa Cruz, CA 95060

Jason Heath
269 South 1000 Road
Alta Vista, KS 66834

Jason Hunter
6713 85th Ave SE
Snohomish, WA 98290

Jason Jardine
15784 Pearl Road
Strongsville, OH 44136

Jason Jones
90 Endor Drive
Chapel Hill, NC 27516

Jason Karrels
55 N Merchant St
American Fork, UT 84003

Jason Kuegah
505 Dunagan Dr
Lawrenceville, GA 30045-5238

Jason Lambert
4235 4th Ave Nw
Seattle, WA 98107

Jason McFatridge
1608 W Canal Ct
Littleton, CO 80120

Jason McNatt
326 Laverne Avenue
Alexandria, VA 22305

Jason Mondanaro
875 University Ave Apt 307
Jupiter, FL 33458

Jason Neal
2329 Benita Dr
Rancho Cordova, CA 95670-5243

Jason Nguyen
31 Reserve Street
Smithfield NSW 2164
AUSTRAILA

Jason O'Toole
764 East 250 North
Bountiful, UT 84010

Jason Opdyke
2251 NW 41st Street
Ste 50
Gainesville, FL 32606

Jason Owen
4029 South 2725 West
Roy, UT 84067

Jason Paez
6927 Sandlily Ln
Chino, CA 91710

Jason Pliso
3035 Artesian Drive, #153
Mississauga ON L5M7S6
CANADA

Jason Rexilius
3005 South Lamar Blvd
Sted109-272
Austin, TX 78704

Jason Ripple
1809 Don Alejandro
Houston, TX 77091

Jason Roe
3413 Doe Run
Austin, TX 78748

Jason Ruiz
10255 Central Avenue
Montclair, CA 91763

Jason Russell
508 Doverwood Drive
Oakville ON L6H 6N4
CANADA

Jason Schultz-Lloyd
8 Acacia Avenue
Warrington ENG WA14EN
UNITED KINGDOM

Jason Schwechter
1454 Laurel Avenue
Deerfield, IL 60015

Jason Shaw
P.O. Box 50926
Ft. Myers, FL 33994

Jason Smith
200 Rocky View Ln
Georgetown, TX 78628

Jason Sweitzer
679 Morningstar Road
Auburn, IN 46706

Jason Tam
38 Doncrest Road
Richmond Hill ON L4B1A2
CANADA

Jason Torres
2011 Kodiak Dr
Colorado Springs, CO 80910

Jason Truong
2070 South Jamaica Court
Aurora, CO 80014

Jason Vanwye
1510 16th Street
Sumner, WA 98390

Jason Waldron
3200 North Dirksen Parkway
Lot 300
Springfield, IL 62702

Jason Weisman
5200 Park Ln
Dallas, TX 75220

Jason Williams
3623 Southwest Stonybrook Drive
Topeka, KS 66614

Jason Wong
417 21A Street North
Lethbridge AB T1H 6L6
CANADA

Jasper Luc
6208 McKnight Drive
Lakewood, CA 90713

Jasper Van Gool
Asterstraat 27
Beerse  2340
BELGIUM

Javier Avila
819 Lake Biscayne Way
Orlando, FL 32824

Javier Ignacio La Torre
Italia 1566 7A
Rosario S 2000
ARGENTINA

Javier Martinez
729 Andalucia Dr
Laredo, TX 78045

Boris Javorski
177 Wolf Willow Cres Nw
Edmonton AB T5Z 3P5
CANADA

Jax Hindmarch
245 East 40th Street
18D
New York, NY 10016

Jay Bonds
4019 Juniata St
Saint Louis, MO 63116

Jay Chapman
3117 East 21st Street
Sioux Falls, SD 57103

Jay Govender
7 Bradford Ct
Princeton Jct, NJ 08550-3032

Jay Patel
11 Woodbury Crescent
Ilford ENG IG5 0FF
UNITED KINGDOM

Jay Pober
506 Country Club Dr
Cherry Hill, NJ 08003

Jay Prasad
10904 Panther Court
Houston, TX 77099

Jay Roux
21 Barry Rd
Plymouth, CT 06782

Jay Spix
3219 Boise St
San Rafael, CA 94702

Jaygiri Goswami
32471 Lake Ree Street
Fremont, CA 94555

Jaylyn Zakikhani
5154 Hemingway Circle
Apt 2906
Naples, FL 34116

Jayme Schneider
39 Windingwood Road North
Rye Brook, NY 10573

Jayson Huggins
12714 Summit Street
Tampa, FL 33612

Jayson Kennett
1128 Mystic Breeze
Spring Branch, TX 78070

Jayson Markham
621 E. 200 S.
Pleasant Grove, UT 84062

Jc Buford
6242 Delancey St
Phildelphia, PA 19143

Jean Reverdy
134 Bis Rue Vaugirard
4 Eme  Tages
Paris  75015
FRANCE

Jean Rutayisire
Flat 17 Barton Court, Godstone Road
Whyteleafe ENG CR3 0GQ
UNITED KINGDOM

Jean Tremblay
Route Du Bas Du Village 12
Lugnorre  1789
SWITZERLAND

Jean Yves Girard
570 Rue Des Galets
Sept-Iles QC G4R 0C1
CANADA

Jean-Baptiste Audrerie
2610 Avenue Bennett, #425
Montreal QC H1V3S4
CANADA

Jean-Maurice Weibel
3815 Rue Masson
Montreal QC H1X 1S9
CANADA

Jean-Pierre Sanchez
3600 Windhaven Pkwy #3215
Lewisville, TX 75056

Jean-Sebastien Fortier
351 Blvd Du Coteau
Ste-Therese QC J7E2J7
CANADA

Jeanne Tiscareno
1552 16th Ave E
Seattle, WA 98112

Jecu Florin
Bd. Ferdinand, Nr. 73, Bl A6, Sc B, Et 4
Constanta CT 900058
ROMANIA

Jed Bergman
3000 Arlington Avenue
Bronx, NY 10463

Jed Ryan
1501 Green St
#3
Philadelphia, PA 19130

Jeff Barber
81 Westridge Drive
Tauriko
Tauranga BOP 3110
NEW ZEALAND

Jeff Bassford
8961 Weddel Street
Taylor, MI 48180

Jeff Biskowitz
5435 N Diversey Blvd
Whitefish Bay, WI 53217

Jeff Boudreau
57 Clearview Drive
Bedford NS B4A 3C9
CANADA

Jeff Catalano
1047 85th Street
Brooklyn, NY 11228

Jeff Craig
6426 State Route 287
West Liberty, OH 43357

Jeff Doiron
30 Prospect St
Bridgewater, MA 02324

Jeff Graybill
6934 La Marre Drive
Roanoke, VA 24019

Jeff Greenwalt
143 Parkland Drive
Cedar Creek, TX 78612

Jeff Harris
101 Dugas Court
Ottawa ON K4A 4N2
CANADA

Jeff M Christensen
808 E Street, #3
Sacramento, CA 95814

Jeff Mackewicz
4112 Wilson Ln
Concord, CA 94521

Jeff Magnus
14105 21st Dr SE
Mill Creek, WA 98012

Jeff Mercado
6444 S Vanishing Pointe Way
Tucson, AZ 85746

Jeff Moeller
1516 Vigilant Street
Upland, CA 91784

Jeff Schelling
201 North Leland St
Fortville, IN 46040

Jeff Schmidt
351 E Civic Center Dr
# 3050
Gilbert, AZ 85296

Jeff Secrist
10902 NE 197th Street
Bothell, WA 98011

Jeff Stucker
1331 Detroit St
Denver, CO 80206

Jeff Webb
2033 Poplar Avenue
Redwood City, CA 94061

Jeff White
1625 International Drive, #409
Mclean, VA 22102

Jeff Wray
1214 Scarlet Sage Drive Sw
Cedar Rapids, IA 52404

Jeffery Mina
8368 47th Street Circle East
Palmetto, FL 34221

Jeffrey Batista
614 Lattice Bend
Bonaire, GA 31005

Jeffrey Cooke
58 Woodstown Rd
Apt. 202
Mullica Hill, NJ 08062

Jeffrey Cowell
3382 Constellation Road
Lompoc, CA 93436

Jeffrey Galope
3128 Paliuli St
Honolulu, HI 96816

Jeffrey Graves
1532 East 20th Street
Marshfield, WI 54449

Jeffrey Katz
600 7th Ave, #205
Seattle, WA 98104

Jeffrey Lacroix
21731 Flanders St
Farmington Hills, MI 48335

Jeffrey Poston
163 Venus Lane
Orange Park, FL 32073

Jeffrey Puleo
12230 Franklin Brook Lane
Jacksonville, FL 32225

Jeffrey Reed
17701 108th Ave SE #223
Renton, WA 98055

Jeffrey Riddle
1127 Pluma Drive SE
Atlanta, GA 30316

Jeffrey Strang
1701 Valley Ridge Trl S
Chanhassen, MN 55317

Jehad Darwish
Prendener Strasse 28
Berlin  13059
GERMANY

Jelan Maxwell
2648 Regina Street
Ottawa ON K2B 6X8
CANADA

Jenelle Valdez
4665 Canada Way
#4
Burnaby BC V5G 1K9
CANADA

Jenn Desetto
26 Rock Lane
Levittown, NY 11756

Jennifer Overbye
2598 Three Willows Ct.
Henrico, VA 23294

Jennifer Shojai
In Der Romerstadt 164
Frankfurt  60439
GERMANY

Jennifer Smith
4 Kimberley Grove
Troon SCT KA10 7FQ
UNITED KINGDOM

Jennifer Wan
1193 Kingston Lane
Ventura, CA 93001

Jennifer Wilcox
15979 Trey Hughes Drive Northwest
Harvest, AL 35749

Jenny Encarnacion
536 W. 143rd St. #52
New York, NY 10031

Jens Distelberg
Hangarsteinstrasse 39
Kassel  34130
GERMANY

Jens Holger Hansen
Wilhelmshoher Weg 44
Kasssel  34128
GERMANY

Jens Wienhold
Ruwerstr. 4
Bensheim  64625
GERMANY

Jerald Wolotka
9443 Forrest Dr
Highland, IN 46322

Jeremiah Michelson
2546 Midway Road
Decatur, GA 30030

Jeremiah Onciu
16880 North Stoneridge Court
Fountain Hills, AZ 85268

Jeremiah Ryan
31 Wentworth Avenue
Slough  ENG SL2 2DP
UNITED KINGDOM

Jeremiah Yondah
100 John Street
Apartment 2708
New York, NY 10038

Jeremie Dubeaux
3523 Olympia Road
Lexington, KY 40517

Jeremy Allison
4535 S. Delaware St
Englewood, CO 80110

Jeremy Block
8900 Cruden Bay Court
Dublin, OH 43017

Jeremy Brooks
1453 Royal Ridge Drive
Davenport, FL 33896

Jeremy Burgess
929 Euclid Ave.
Apt. 2
Atlanta, GA 30307

Jeremy Chambers
1251 11th St
Imperial Beach, CA 91932

Jeremy Farrugia
17-19 Buckley Street
Marrickville NSW 2204
AUSTRAILA

Jeremy Gaughan
5913 Crosswind Court
Johnsburg, IL 60051

Jeremy Gola
7813 Meadowglen Drive
Orlando, FL 32810

Jeremy Jauregui
821 Coiner Ct.
P.O. Box 505
Los Alamos, CA 93440

Jeremy Knapp
3612 Memorial Dr
Two Rivers, WI 54241

Jeremy Mahrle
2322 Starr Rd
Royal Oak, MI 48073

Jeremy March
2742 Fell Road
Madison, WI 53713

Jeremy Mcclelland
1423 Milldam Pass
Johns Island, SC 29455

Jeremy Mcconnell
336 Devonshire Street
Dearborn, MI 48124

Jeremy Passinault
1049 Hamlin Center Road
Hamlin, NY 14464

Jeremy Schwarz
26 Beverly Rd
Hawthorne, NJ 07506

Jeremy Simpson
947 Heron Circle
Seal Beach, CA 90740

Jeremy Skinner
801 S King St Unit 3803
Honolulu, HI 96813

Jeremy Snarski
820 Holly Lane Farms Dr.
Westfield, IN 46074

Jeremy Vandervort
120 South Olive Avenue
Ste 311
West Palm Beach, FL 33401

Jeremy Wallin
7205 Gilpin Way
#150
Denver, CO 80229

Jeremy Windham
32 N Grant St
Denver, CO 80203

Jeremy Young
155 Woodlane Court
Oshawa ON L1G 6Y5
CANADA

Jerhome Pena
344 Linden Ave
Long Beach, CA 90802

Jeri Bavousett
1314 North 160th Street
Shoreline, WA 98133

Adam Jernow
20 West 20th Street Suite 1102
Ste 1102
New York, NY 10011

Jeroen Decorte
Veumedreef 5
Oostkamp  8020
BELGIUM

Jerome Clement
2999 North Texas Street
Apt 57
Fairfield, CA 94533

Jerome Mansbendel
6 Rue Du Cimetiere
Sasu Dealeo
Villebon Sur Yvette  91140
FRANCE

Jerome Vivino
5221 Meadow Creek Drive
Austin, TX 78745

Jeronimo Herrera
471 Meridian Street
Boston, MA 02128

Jeronimo Pineda
13800 Highland Drive
Ph10
North Miami Beach, FL 33181

Jeronimo Pinto
Rua Da Casa Branca, 21 Apto 104
Nif 515673544
Funchal PT-30 9000-113
PORTUGAL

Jerrad Coffin
24 Crockett Rd
Naples, ME 04055

Jerrad Pulham
725 King Street West
Unit 813
Toronto ON M5V 2W9
CANADA

Jerrel Cuevas
944 Ramona Avenue
Spring Valley, CA 91977

Jerri Weddle
2724 Bald Eagle Ave NW
Salem, OR 97304

Jerry Backe
1593 50th St NE
Medford, MN 55049-8209

Jerry Byerly
5325 Wharfside Dr
Imperial, MO 63052-4323

Jerry Chado
10 Houndswood Court
Baltimore, MD 21209

Jerry Pennell
16927 Shinedale Drive
Santa Clarita, CA 91387

Jerry Wallace
1032-61 Street Nw
Edmonton AB T6L 2G5
CANADA

Jersy Sandhu
16 Mount Road, Essex
South Benfleet ENG SS7 1HA
UNITED KINGDOM

Jess Abraham
20823 Medallion Pointe Dr.
Katy, TX 77450

Jesse Dupont
P.O. Box 547
Spearfish, SD 57783

Jesse Gunsch
200 East Broadway
Steele, ND 58482

Jesse Hayden
616 S Wilson Ave
Royal Oak, MI 48067

Jesse Leger
10 Duncan St Unit 202
Haverhill, MA 01830

Jesse Olsen
1022 5th Avenue East
Kalispell, MT 59901

Jesse Watson
516 Hazel Cir
Fruita, CO 81521-2376

Jesse Wright
29039 Aztec Rd.
Hayward, CA 94544

Jessica Mercer
11504 Tyre St
Upper Marlboro, MD 20772-5419

Jessica Mikhaylov
15706 Whisper Woods Drive
Cypress, TX 77429

Jessica Molina
532 S 323rd Pl 10B
Federal Way, WA 98003

Jessica Molina
532 S 323rd Pl
10B
Federal Way, WA 98003

Jessica Spalding
1800 Doubletree Trl
Flower Mound, TX 75028

Jessica Thompson
8638 Henrietta Ave
Brentwood, MO 63144

Jessicaq Langrock
6228 Riverside Station Blvd.
Secaucus, NJ 07094

Jessie Brewer
455 High St
Boscawen, NH 03303

Jesus A Rubio Gutierrez
Basilio A Jacome 4324
Rincones De San Francisco
Chihuahua CHIH 31115
MEXICO

Jesus Herrera De La Cruz
Ca   N De A  Isclo - 7, 2 Izq
Zaragoza Z 50015
SPAIN

Jesus Javier Luque Baez
Calle Espa  A 6
Fuengirola MA 29640
SPAIN

Jesus Nieves
13A Banstead Road
Purley ENG CR8 3EB
UNITED KINGDOM

Jesus Perez
10810 SW 134th Ter
Miami, FL 33176

Jesus Rivas
2040 Palm Blvd
Brownsville, TX 78520

Jesus Urquijo
1105 Tangerine Drive
Redlands, CA 92374

Jiarong Tan
277 Panton Way Nw
Calgary AB T3K 0X4
CANADA

Jiawei Huang
83 Elizabeth Street
Apt 7
New York, NY 10013

Jiazhou Yang
2635 Edgewood Road
Beachwood, OH 44122

Jibri Hodge
20445 Jay Carroll Drive
Santa Clarita, CA 91350

Jigar Patel
Flat 8, 1 Snowdrop Mews, Pinner
London  HA5 3WW
UNITED KINGDOM

Jill Mason
6163 North Bethel Avenue
Clovis, CA 93619

Jim Krysiak
5002 Hickoryway
Johnsburg, IL 60051

Jim Riley
7275 Burns Way
San Antonio, TX 78250

Jim Thomas
2832 Woodrose Court
Holiday, FL 34691

Jim Tolomeo
171 Rivervale Rd
River Vale, NJ 07675

Jim Walters
2226 Bearskin Dr
Sherwood, AR 72120

Jim Washburn
102 E Lake Creek St
Meridian, ID 83642

Jim Widmann
3000 Gateway Dr
Carlisle, IA 50047

Jimit Shah
1849 Girard Drive
Milpitas, CA 95035

Jimmy Christo
3800 County Road 94
Manvel, TX 77578

Jimmy Dean
7832 Kavanagh Court
Sarasota, FL 34240

Jimmy Easton
506 Suffolk Drive
Owensboro, KY 42303

Jimmy Hill
791 Lieber Way
Henderson, NV 89052

Jimmy Jimenez
698 Eastern Court
Ridgewood, NJ 07450

Jimmy Phan
2049 Country Club Way
Langford BC V9B 0H8
CANADA

```
Jimmy St-Laurent
426 Rue De L' Glise
Sept-Iles QC G0G 1H0
CANADA

Jin Oh
7202 Barrberry Lane
Beltsville, MD 20705

Jin Woo Ok
216 Pepperwood Way
Durham, NC 27703

Joakim Slattegard
Pionvagen 28
Tullinge 14650
SWEDEN

Joakim Stende
Fricksgatan
4 C
Angelholm 26251
SWEDEN

Joan Sullivan
159 Sycamore St.
East Aurora, NY 14052

Joanna Garcia
P.O. Box 947
Christiansted, VI 00821

Joao Costa
Rua Da Fonte Nova Nr 82
Figueira Da Foz PT-06 3080-213
PORTUGAL

Joao Pereira
2076 Osbond Road
Innisfil ON L9S 0B6
CANADA

Joao Rodrigues
17 The Conservatory, Chesil Street
Winchester ENG SO238BL
UNITED KINGDOM

Joaquin Pastor
1042 Laguna Ave
Los Angeles, CA 90026

Joe Abel
1775 Calle Tierra Vista
Camarillo, CA 93010
```

Joe Brown
1700 W Blanck St
Linden, NJ 07036

Joe Dubsky
27430 472nd Avenue
Harrisburg, SD 57032

Joe Dusek
4 Lake Eloise Ln
Winter Haven, FL 33884-2822

Joe Edgar
6059 Westminster Place
St. Louis, MO 63112

Joe Ferguson
1591 S Gravel Cir
Grapevine, TX 76092

Joe Ferreira
5 Marshall Street
Toronto ON M6K 1S3
CANADA

Joe Huu
1839 Bloom Cres
London ON N5X4N2
CANADA

Joe Levi
6440 North 6900 West
#381
Newton, UT 84327

Joe Ra(Main)
1900 Yorkshires Dr
Blue Bell, PA 19422

Joe Rosshirt
126 North St Apt 2F
Portland, ME 04101

Joe Ryan
239 Timberlane Drive
Staten Island, PA 18301

Joe Schuerger
609 Shallow Creek Circle
Northfield, OH 44067

Joe Triolo
60B Thames Industrial Park
East Tilbury ENG RM188RH
UNITED KINGDOM

Joe Wambsgan
5434 E Palo Brea Ln
Cave Creek, AZ 85331

Joel Laguna
El Dorado D21 Calle C
San Juan, PR 00926

Joel Lamoreaux
3225 Benton Rd
Whitehall, MI 49461

Joel Leon
10885 Windy Court
Bloomington, CA 92316

Joel Nelson
318 E 2275 N
Unit 25
North Ogden, UT 84414

Joel Ortega
1013 Griffith St
San Fernando, CA 91340-4030

Joel Paulino
1562 Curran Street
Los Angeles, CA 90026

Joel Peterson
1888 Main St, Unit A2
Vancouver BC V5T3B7
CANADA

Joel Sarubbi
Eimattstrasse 31
Oberdorf Bl  4436
SWITZERLAND

Joel Sauer
8460 North Lindbergh Blvd
Suite 2
Florissant, MO 63031

Joel Swanson
2552 East Windrose Street
Eagle, ID 83616

Joey Benford
12489 South Oak Grove Road
Canby, OR 97013

Joffre Castilla Breininger
Fanny Blankers-Koenplein 35
Haarlem  2021 VW
NETHERLANDS

Joginder Singh
44 Lancaster Avenue
Slough ENG SL2 1AX
UNITED KINGDOM

Johan Forshallen
Gustav III:s Blvd 139
Solna  16974
SWEDEN

Johan Rylander
Hallerstrasse 47
Nuremberg  90419
GERMANY

Johan Swedell
20 Belmont Drive
Sandyford D CTX3 D18
IRELAND

Johanes Sunarto
320 Spruce St
Alameda, CA 94501

Johann Wollein
Dr. Karl Dorrstr. 3
Brunn/Geb  2345
AUSTRIA

Johannes Diepeveen
Venuslaan 57
Dordrecht  3318 JZ
NETHERLANDS

Johannes Goeckel
Im Klipfel 44
Malsch  69254
GERMANY

Johannes Platz
Passeio Levante
4-3 E
Lisboa/ Portugal PT-11 1990-503
PORTUGAL

Johannes Wagner
Waldstrasse 48
Furth  90763
GERMANY

Johannes Yarar
Rafaelsgrand 32
Stockholm/Sodertalje  152 50
SWEDEN

John Andrade
Schifflande 1
Basel  4051
SWITZERLAND

John Barkeley
2336 Village Dr
Louisville, KY 40205

John Barnhardt
6800 Marlboro Pike
Bishop McNamara High School
Forestville, MD 20747

John Bartleman
704 N Ocean Blvd
Apt 904
Pompano Beach, FL 33062

John Baskett
5517 Travis Green Lane
Austin, TX 78735

John Batdorff
2208 N. Sedgwick
Apt 3
Chicago, IL 60614

John Blincoe
10 Indiana
Irvine, CA 92606

John Bosworth
12 Murfitt Close
Ely ENG CB6 3FN
UNITED KINGDOM

John Bradford
3141 East 8th Street
Long Beach, CA 90804

John Buck
212 Caribbean Road
Palm Beach, FL 33480

John Burke
475 Oakdale Ave,
Glencoe, IL 60022

John Callanan
323 Fairfield Avenue
#515
Bridgeport, CT 06604

John Carretta
10910 E Roselle Ave
Mesa, AZ 85212

John Christian
11136 State Highway 64, #428
Tyler, TX 75707

John Coats
1821 NE 25th St
Suite 101
Lighthouse Point, FL 33064

John Cottenham
801 Maple Street
Grayling, MI 49738

John Dakan
1709 Fontenay Way
Roseville, CA 95747

John Daunton
Flat 3 Quay Gate House
1A Grand Parade
Portsmouth ENG PO1 2NF
UNITED KINGDOM

John Davies
1259 Western Ave
Westfield, MA 01085

John Davy
400 Pryor Street Southwest
#4476
Atlanta, GA 30302

John Day
4617 Highland Rhodes Drive
Clayton, NC 27520

John Dixon
2407 W Sunset Dr
Rogers, AR 72756

John Dwan
5122 Morningside Drive
Houston, TX 77005

John Dye
22302 Wenbury Drive
Tomball, TX 77375

John Espinosa
207 East 202nd Street
2A
Bronx, NY 10458

John Evans
5526 13400 South
#231
Herriman, UT 84096

John Franklin
124 Bushney Loop
Mooresville, NC 28115

John Franks
6944 Heaton Moor Drive
San Jose, CA 95119

John Garcia
7784 NW 167th Terrace
Miami Lakes, FL 33016

John Gausche
5500 16th Lane Northeast
St. Petersburg, FL 33703

John Gehringer
73 Wheeler Ave
Westwood, NJ 07675

John Goodwin
4734 S Wallace Dr
Saint George, UT 84790

John Groth
6144 Karas Walk
Elkridge, MD 21075

John Hennessy
133 Noble Street #3
Brooklyn, NY 11222

John Hildevert
865 Amsterdam Ave
14G
New York, NY 10025

John Hronakis
1922 Queen Street East
Toronto ON M4L 1H5
CANADA

John Jalufka
3230 Golden Eye
Katy, TX 77493

John John
Svl Box 9019
18250 Harbor Drive
Victorville, CA 92395

John Kemp
206 E. Meda Ave.
Glendora, CA 91741

John Kinney
1621 North Willow Highway
Lansing, MI 48917

John Knight
950 Steeple Run
Lawrenceville, GA 30043

John Lannes
7599 Devonshire Lane
Reno, NV 89511

John Li
11557 SE Cascade View Dr
Happy Valley, OR 97086

John Lopez
4316 Palmdale Street
Union City, CA 94587

John Lucas
16423 Golden Sun Way
Monument, CO 80132

John Mathews
2918 Maple Ct
Carrollton, TX 75007

John McAleer
300 Broadmeadow Cove
Roswell, GA 30075

John Mccleary
4531 Avenue F
Austin, TX 78751

John McDonald
204 Catalini St
Las Vegas, NV 89107

John McGinty
243 Flanders Drive
Indialantic, FL 32903

John Millar
100 13 Avenue South
Cranbrook BC V1C 2V5
CANADA

John Nishidate
6610 London Gate
Delta BC V4K4W8
CANADA

John Norman
620 Division St
Port Huron, MI 48060

John Oconnor
2076 35th Ave
Vero Beach, FL 32960

John Pappas
739 East Morningside Drive NE
Atlanta, GA 30324

John Parish
715 Woodsedge Drive
Hickory Withe, TN 38028

John Parker
The Old School House, Chapels
Darwen ENG BB3 0EE
UNITED KINGDOM

John Paul Maltes
2235 West Coronet Avenue
Anaheim, CA 92801

John Quesnel
1 Testa Road, #27
Uxbridge ON L9P 1Y9
CANADA

John Richards
5425 Closeburn Road
Charlotte, NC 28210

John Richardson
1210 Falls Creek Court
Conyers, GA 30094

John Robinson
2110 Mistletoe Ave
Fort Worth, TX 76110

John Robinson
150 Tavern Rock Rd
Stratford, CT 06614

John Serrano
9413 40th Dr
Elmhurst, NY 11373-1738

John Stephens
4320 Vine Street
Unit 80-137
Hays, KS 67601

John Storey
49 Yeoville Crt
Hamilton ON L9C5W4
CANADA

John Swope
4413 Trapp Lane
Orlando, FL 32814

John Thomas
3934 Montego Bay Court
Missouri City, TX 77459

John Ticer
1199 Wakefield St.
Birmingham, MI 48009

John Wagner
198 Apple Blossom Lane
Oakland, MD 21550

John Walcsak
985 Beatrice Parkway
Edison, NJ 08820

John Winn
6020 Chester St
Wilmington, NC 28405

John Wood
405 W 7th Street
Unit 205
Charlotte, NC 28202

John Yohanna
27205 Icy Willow Ln
Canyon Country, CA 91387

Johnathan Harrison
3918 East 21st Avenue
Spokane, WA 99223

Johnaton Olding
2170 Dufferin Street
Toronto ON M6E 3R8
CANADA

Johnny Lei
7382 Fleeting Joys Ave.
Las Vegas, NV 89113

Johnny Moncier
4285 Autumn Sun Road
Millington, TN 38053

Johnny Walker
912 West Village Court
Chicago, IL 60608

Johnny Wright
4320 Kachina Canyon Rd
Las Cruces, NM 88011

Johnpaul Quick
3808 Highway 19
Owensville, MO 65066

Aaron Johnson
10611 20th Ave S
Seattle, WA 98168

Aidan Johnson
2381 W. Us Highway 34
Drake, CO 80515

Johny Chavez
10274 Stanwin Ave
Arleta, CA 91331

Jomar Lovallo
827 Downing
Winnipeg MB R3G 2P6
CANADA

Jon Capps
1081 Thornridge Rd
Bentonville, AR 72713

Jon Foster
64 Highbury School Road
Canaan NS B4N 4K1
CANADA

Jon Gustafson
14 Cold Springs Rd
Dillsburg, PA 17019

Jon Hathaway
44 Hambleton Place
Thirsk ENG YO71DP
UNITED KINGDOM

Jon Hazan
2218 Yale Ave
St Louis, MO 63143

Jon Kostic
1258 Slater Road
Wheatland, WY 82201

Jon Miles
1218 E Campbell St
Arlington Heights, IL 60004

Jon Osmanson
100 Safety Way
Decatur, AL 35601

Jon Oswalt
4450 Copper Ct
Gig Harbor, WA 98332

Jon Ta
818 N Broadway
Suite 111A
Los Angeles, CA 90012

Jon Tolo
1207 98th Avenue West
Duluth, MN 55808

Jonas Claes
Kleine Amer 69
Puurs  2870
BELGIUM

Jonas Fischer
Mulhauserstrasse 146
Basel  4056
SWITZERLAND

Jonas Haentjes
Hochallee 108
Hamburg  20149
GERMANY

Jonas Sargelis
39 Pettus Road
Norwich ENG NR4 7BU
UNITED KINGDOM

Jonas Wohler
Wuehrenbachstrasse 6
Horgenberg  8815
SWITZERLAND

Jonatan Arild Hansen
Sementvegen 4
Brevik  3950
NORWAY

Jonathan Adams
610 Kelso Road
Pittsburgh Pa, PA 15243

Jonathan Albert
235 44th Ave N
St Petersburg, FL 33703

Jonathan Arndt
1319 Glenbrook Drive
Irving, TX 75061

Jonathan Banas
41 Kieren Drive
Blacktown NSW 2148
AUSTRAILA

Jonathan Betancourt
16117 Northglenn Dr
Tampa, FL 33618

Jonathan Brake
11311 Courtside St
Victorville, CA 92392

Jonathan Brown
10908 McMullen Loop
Riverview, FL 33569

Jonathan Burgess
7009 Osborn Avenue
Hammond, IN 46323

Jonathan Canivel
2 Hedge End Rd #108
Toronto ON M1B5Z8
CANADA

Jonathan Choi
22 Library Place
Edison, NJ 08820

Jonathan Cole
10 Dakara Drive
Frenchs Forest NSW 2086
AUSTRAILA

Jonathan Cox
432 Mission St
Unit A
South Pasadena, CA 91030

Jonathan Crenshaw
618 North Boylan Avenue, #402
Raleigh, NC 27603

Jonathan Demerecz
1021 Prospect Rd
Evans City, PA 16033

Jonathan Durst
5014 Thoms Run Rd
Oakdale, PA 15071

Jonathan Escamilla
30897 Via Bonica
Lake Elsinore, CA 92530

Jonathan Fodera
3810 Round Table Court
Land O' Lakes, FL 34638

Jonathan Gamel
1264 County Road 39
Deatsville, AL 36022

Jonathan Guerrero
5726 Roanoke Street
San Diego, CA 92139

Jonathan Hinostroza
13457 Daffodil Way
Chino, CA 91710

Jonathan Hipolito
208 3rd Avenue
New Westminster BC V3L 1M1
CANADA

Jonathan Johnston
381 Valmore Avenue
Ventura, CA 93003

Jonathan Laird
61 George Street
#2
Manchester, NH 03102

Jonathan Lam
1228 West Blaine Street
Apt 5
Riverside, CA 92507

Jonathan Lee
139 Arbour Butte Road Nw
Calgary AB T3G 4N6
CANADA

Jonathan Lenaway
201 Loyola Rd
Costa Mesa, CA 92626

Jonathan Littenstrom
Dimvagen 38
Jarfalla  17770
SWEDEN

Jonathan Lucente
4204 Aberdeen Lane
Blackwood, NJ 08012

Jonathan Molfetta
181 E 90th St
Apt 3B
New York, NY 10128

Jonathan Muino
70 Bignell Drive
West Busselton WA 6280
AUSTRAILA

Jonathan Nixon
12 Ivy Green Crescent
Scarborough ON M1G2Z3
CANADA

Jonathan Perlstein
925 East 41st Street
Apt C
Austin, TX 78751

Jonathan Phelps
1353 Berkshire Rd
Stow, OH 44224

Jonathan Pilarski
1392 Pinery Cres.
Oakville ON L6H7J5
CANADA

Jonathan Rettinger
107 Calderon
Irvine, CA 92618

Jonathan Reyes
1305 Paseo Dorado
San Dimas, CA 91773

Jonathan Russell
903 Glennshire Drive
Knoxville, TN 37923

Jonathan Salman
28014 Caraway Ln
Saugus, CA 91350

Jonathan Smith
Apartment 7, Westfield
15 Kidderpore Avenue
Hampstead ENG NW3 7SF
UNITED KINGDOM

Jonathan So
15303 SW Mississippi Ct
Tigard, OR 97224

Jonathan Solis
851 7th Street
Richmond, CA 94801

Jonathan Stacey
1000 Hockley Lane
Forney, TX 75126

Jonathan Stodolski
5 Chickadee Ct
Bedford, NH 03110

Jonathan Styles
25172 Nueva Vista Drive
Laguna Niguel, CA 92677

Jonathan Ustaev
147-60 76th Avenue
Upstairs
Queens, NY 11367

Jonathan Wilkes
103A Freyberg Street
Lyall Bay WGN 6022
NEW ZEALAND

Jonathan Woods
4302 Hollywood Blvd #102
Hollywood, FL 33021

Jonathan Woods
120 Neilson Street
Apt 603
New Brunswick, NJ 08901

Jonathon Mcclellan
3523 Acacia Drive
Sugar Land, TX 77479

Jonell Dagasdas
74433 16th Street, #23
Burnaby BC V3N 4Z5
CANADA

Rochelle Jones
173-11 113th Avenue
Queens, NY 11433

Joost Muis
Welgelegenstraat 17
Den Haag  2548SE
NETHERLANDS

Jordan Barnes
2908 Bonanza
San Clemente, CA 92673-3422

Jordan Brown
106-33400 Bourquin Place
Abbotsford BC V2S 5G3
CANADA

Jordan Brown
365 East 100 North
Hyde Park, UT 84318

Jordan Fields
1195 County Route 9/11
Martinsburg, WV 25403

Jordan Guerra
186 Mechanic St
Reinholds, PA 17569

Jordan Harris
6223 Everall Avenue
Baltimore, MD 21206

Jordan Hurless
1644 Camden Avenue
Apt 2
Los Angeles, CA 90025

Jordan King
692 Murray Drive
Honolulu, HI 96818

Jordan Listi
23103 Norway Maple Lane
Tomball, TX 77375

Jordan Marty
10104 West 96th Street
Unit A
Overland Park, KS 66212

Jordan Pinelli
7
Powell
Brampton ON L6R0K9
CANADA

Jordan Redner
3644 Jefferson Avenue
Redwood City, CA 94062

Jordan Rivas Bauer
3660 103rd Avenue
Clearwater, FL 33762

Jordan Robbins
5207 Scott Trail
Minneapolis, MN 55422

Jordan Simpson
7811 Forest Oaks Lane
Waxhaw, NC 28173

Jordan Stechschulte
109 First Street
Miller City, OH 45864

Jordan Wirth
207 Anthony Way
Richmond, KY 40475

Jorge Banuelos
3473 West Browning Avenue
Fresno, CA 93711

Jorge Canales
Zugerstrasse 90
Horgen  8810
SWITZERLAND

Jorge Dominguez
14625 Tierra Coruna Ave
El Paso, TX 79938

Jorge Espinoza
3611 Sonoma Blvd
Vallejo, CA 94590-5046

Jorge Godoy
89 Macarthur Avenue
Garfield, NJ 07026

Jorge Laurel
102 Sanderling Ct
Glen Burnie, MD 21060

Jorge Lucio
1815 S. Ejido Ave.
Laredo, TX 78046

Jorge Miranda
437 Lakeview Rd
Kissimmee, FL 34759

Jorge Neri
617 N Harvey Ave
Oak Park, IL 60302

Jorge Perez
9 Needham Street
Johnston, RI 02919

Jorge Pineda Cruz del Sur LLC LLC /RIUS
4421 NW 97th Ave
Doral, FL 33178

Jorge Rivera
9202 Linden Grove Court
Silver Spring, MD 20910

Jorge T Marin
Colima 209
Int 502
Ciudad De Mexico DF 6700
MEXICO

Jorge Uribe
8809 Sierra Oak Dr.
Bakersfield, CA 93311

Joscha Winzer
Siegertweg 24
Berlin 12101
GERMANY

Jose Armenta
16415 Hayland Street
La Puente, CA 91744

Jose Becho
11503 Merlin Drive
Mission, TX 78572

Jose Bravo
Av De Anza 1003
A
Hermosillo SON 83150
MEXICO

Jose Bravoi
Av De Anza 1003
A
Hermosillo SON 83150
MEXICO

Jose Cadeiras Lda Vat Pt514402849
Praceta Marques De Pombal, 10
Aroeira PT-15 2820-116
PORTUGAL

Jose Correa
1100 Windward Drive
Pembroke Pines, FL 33026

Jose Cruz
1024 East 215 St, #3
Bronx, NY 10469

Jose Feneque
4280 Caveat Court
Fairburn, GA 30213

Jose Fermaintt
286 Exeter Ln
Sugar Grove, IL 60554

Jose Fernando Velasquez
445 Eglinton Ave East, #206
Toronto ON M4P 1N1
CANADA

Jose Flores
1497 Main Street #343
Dunedin, FL 34698

Jose Fontanez
3700 NE 15 St
Homestead, FL 33033

Jose Garces
10850 NW 89th Ter
Unit 209
Doral, FL 33178

Jose Garcia
811 Afterglow Street
San Antonio, TX 78216

Jose Gutierrez
126 Brookbank Hill Place
Cary, NC 27519

Jose Jauregui
Victoria 1655, Providencia
Providencia
Guadalajara JAL 44630
MEXICO

Jose Lira
7742 Snug Harbor Cir
Frisco, TX 75036

Jose Lorenzo
3533 Cabrillo Avenue
Santa Clara, CA 95051

Jose Loya
2574 Oak Springs Dr
Chula Vista, CA 91915

Jose Manzano
10133 Walnut St
Bellflower, CA 90706-6007

Jose Mazariegos
28624 Moon Shadow Dr
Menifee, CA 92584

Jose Medina
1145 4th Avenue
Apt 103
Chula Vista, CA 91911

Jose Molina
310 N 2nd St
B
Albemarle, NC 28001

Jose Montalvo
1850 Lexington Avenue Apartment 3B
Manhattan, NY 10029

Jose Petricher
7 Feldspar Road
Eglinton WA 6034
AUSTRAILA

Jose Razo
1343 East 5060 South
Ogden, UT 84403

Jose Reyes
225 48th Street
Lindenhurst, NY 11757

Jose Ribeiro
Rua Futuro, No 90
Sanguedo PT-01 4505-619
PORTUGAL

Jose Vaquero
1231 Liberty Lane
Burlington, WA 98233

Jose Verdin
2403 North Arkansas
Wichita, KS 67204

Jose Vilchez
8605 Denstone Dr
Mckinney, TX 75070

Jose Villafane
243 Calle Paris
PMB 1198
San Juan, PR 00917

Josef Suess
Raphaelweg 5
Baiern  85625
GERMANY

Joseph Ambrose
10730 Pelican Dr
Wellington, FL 33414-4140

Joseph Bigica
93 Morrell Place
Garfield, NJ 07026

Joseph Cichowski
982 County Road 523
Flemington, NJ 08822

Joseph Crowe
1601 Rhododendron Dr. Spc 665
Florence, OR 97439

Joseph Daoud
521 Gary Glen Drive
Martinez, GA 30907

Joseph Driskell
2210 Industrial Rd
Sapulpa, OK 74066

Joseph Ducat
8882 Sanibel Shore Ave
Las Vegas, NV 89147

Joseph Estabrook
14004 SE Summerfield Loop
Happy Valley, OR 97086

Joseph Falanga
287 York Street
West Haven, CT 06516

Joseph Fraga
861 Branstetter Avenue
Dayton, NV 89403

Joseph Garcia
520 Harling Court
Rio Linda, CA 95673

Joseph Geltman
11 Benjamin Green Lane
Mahopac, NY 10541

Joseph Ginther
1502 Campbell Avenue
Orlando, FL 32806

Joseph Grover
150 Hermon St
Apt. 3
Winthrop, MA 02152

Joseph Kashy
Av. Jesus Del Monte 41
602B
Huixquilucan DF 52764
MEXICO

Joseph Keys
694 Urton Woods Way
Louisville, KY 40243

Joseph Kim
3012 Rolston Rd
Greenville, NC 27858

Joseph Lee
3138 Paty Drive
Honolulu, HI 96822

```
Joseph Lineses
6019 39th Avenue
Floor 2
Queens, NY 11377

Joseph Mark
1C Chatsworth Road
Melbourne VIC 3181
AUSTRAILA

Joseph Martin
90 Pearl St
Boca Raton, FL 33432

Joseph Mearman
Apartment 1, The Old Mill
Cadnant Road
Menai Bridge WLS LL59 5NG
UNITED KINGDOM

Joseph Ngoma
Albert-Schweitzer-Strasse 17
Leverkusen  51377
GERMANY

Joseph Palomarez
547 Cedar St
Apt.20
San Carlos, CA 94070

Joseph Pham
98 Thorney Road
Fairfield West NSW 2165
AUSTRAILA

Joseph Polizzi
1432 West Oraibi Drive
Phoenix, AZ 85027

Joseph Preston
622 Deer Watch Road
Bridgeville, PA 15017

Joseph Ramer
109 Alberta St
Harrison, AR 72601

Joseph Rayos
17200 Septo Street
Los Angeles, CA 91325

Joseph Rice
589 10th Street
Apt 3
Brooklyn, NY 11215
```

Joseph Richter
1201 West 63rd Street
Hialeah, FL 33012

Joseph Russo
2050 Pacific Beach Dr
Apt 104
San Diego, CA 92109

Joseph Sangiovanni
460 Birch Bark Drive
Brick Twp, NJ 08723

Joseph Terminiello
1233 Lowland St
Apex, NC 27523

Joseph Toma
Heinrich-Kropp-Strasse 9
Gutersloh  33330
GERMANY

Joseph Valenzuela
948 Ventura Drive
Pittsburg, CA 94565

Joseph Walsh
22 Overlook Circle
Garnet Valley, PA 19060

Joseph Warren
9203 Chaddsford
San Antonio, TX 78250

Joseph Williams
533 Wonder St
Reno, NV 89502-2514

Joseph Wilson
1190 Upper Ottawa Street, #25
Hamilton ON L8W 1T8
CANADA

Josh Armenta
7724 Aptos Circle
Citrus Heights, CA 95610

Josh Fox
105 Munroe St
Boston, MA 02119

Josh Klaas
208 E Mineral St.
Montfort, WI 53569

Josh Moulton
9100 Midland Blvd
St. Louis, MO 63114

Josh Paulin
1518 Aubin Road
Windsor ON N8Y 4G2
CANADA

Josh Regenold
4506 Oldwyck Drive
Janesville, WI 53546

Josh Sullivan
3140 Filbert Street
Antioch, CA 94509

Josh Waldo-Speth
752 Crider Road
Maylene, AL 35114

Josh White
8 Hoare Street
Norman Gardens QLD 4701
AUSTRAILA

Joshua Baer
815-A Brazos St. #149
Austin, TX 78701

Joshua Baker
111 Ames Road
Brockton, MA 02302

Joshua Bechard
3835 SW Nottingham Road
Topeka, KS 66610

Joshua Bourke
6939 Florey Street
San Diego, CA 92122

Joshua Brown
26507 28A Ave
Aldergrove BC V4W 3A8
CANADA

Joshua Burnett
717 Lundy Lane
Columbus, IN 47203

Joshua Dickerson
1219 110th Street South
Tacoma, WA 98444

Joshua Elkington
9326 South 300 West
Sandy, UT 84070

Joshua Fox
247 Cambridge Street
Cambridge, MA 02141

Joshua Furlong
3707 Ryeland Cove
Mckinney, TX 75071

Joshua Garcia
11436 Charlesworth Road
Santa Fe Springs, CA 90670

Joshua Gliniak
615 E Weber Dr
Unit 2022
Tempe, AZ 85281

Joshua Hess
3734 Bluff Drive, Lewis Center, Oh, Usa
Lewis Center, OH 43035

Joshua Jahnke
1111 S Grand Ave #1014
Los Angeles, CA 90015

Joshua Lipton
303 Fifth Avenue
Suite 1102
New York, NY 10016

Joshua Mccarthy
52 Daisy Farm Road
Birmingham ENG B14 4QA
UNITED KINGDOM

Joshua Miller
1860 N Washington St
Apt 202
Denver, CO 80203

Joshua Salinas
1161 Cypress Street
Hollister, CA 95023

Joshua Schroijen
Kapucijnenvoer 12
Bus 0201
Leuven  3000
BELGIUM

```
Joshua Smith
1825 S 5Ht St
Apt 52
Waco, TX 76706

Joshua Sparling
961 Notre Dame Dr
Apt 14
London ON N6J 3C3
CANADA

Joshua Steffen
1301 S Scott St
Apt 731
Arlington, VA 22204

Joshua Tillery
4600 Navidad Road
Atascadero, CA 93422

Joshua Tree
14633 Palmyra Court
Adelanto, CA 92301

Joshua Twiname
10 Ventnor Street
Preston VIC 3072
AUSTRAILA

Joshua Weingarten
37 Rhode Island
Irvine, CA 92606

Joshua Williams
111 Garfield Place
Apt# 906
Cincinnati, OH 45202-1939

Joshua Yan
29238 NE Tolt Hill Road
Carnation, WA 98014

Josiah Holtz
434 Walnut Dr
Saint Johns, FL 32259

Josiah Russell
2417 Winterberry Lane
York, PA 17406

Josiah Schulz
5312 Willow St
Weston, WI 54476
```

Joud Shehade
Bernard Ijzerdraathof 14
Haarlem 2032RR
NETHERLANDS

Jounaidi Ben Hassen
14 Rue Williamson
Gatineau QC J9A2C8
CANADA

Jovana Ivanovic
310-890 Sheppard Avenue West
Toronto ON M3H 2T5
CANADA

Joven Haye
60 Annie Craig Drive #912
Toronto ON M8V 0A8
CANADA

Joyce Fruithof
Esdoornlaan 11, #1.3
Wetteren 9230
BELGIUM

Joyce Wicker
313 Columbus Drive
Savannah, GA 31405

Joyti Kumar
P.O. Box 56173
Hayward, CA 94544

Jozef Russell
45 Park Terrace West
New York, NY 10034

Jozsef Vandorffy
Thaly Kalman U. 34. 4/22.
Folinfo Kft.
Budapest 1096
HUNGARY

Jozsef Vandorffy
Thaly Kalman U. 34. 4/22
Folinfo Kft.
Budapest 1096
HUNGARY

Jr Scott
60143 South 24th Street
Lacombe, LA 70445

Juan Abadie
Carrer De Sogorb 4
Piso 4, Puerta 10
Valencia V 46004
SPAIN

Juan Aguiar
1850 Rodman Street #3
Hollywood, FL 33020

Juan Buitrago
729 Northwest 170th Terrace
Pembroke Pines, FL 33028

Juan Carlos Medina Villa
Toltecas 166 E916
Col. Carola
Ciudad De Mexico DF 1180
MEXICO

Juan Dominguez
53750 South River Road
Clarksburg, CA 95612

Juan Gamboa
1375 East 23rd Street
Los Angeles, CA 90011

Juan Gaviria
660 19th St Nw
Naples, FL 34120

Juan Gonzalez
7638 Peters St
Riverside, CA 92504

Juan Guillermo Becker
Primera Cerrada San Jose 30
Cdmx DF 1780
MEXICO

Juan Irizarry
389 Clifton Ave
Newark, NJ 07104

Juan Jose Cabrera Perez
Calle Arquitecto Vega March 4
Arucas GC 35400
SPAIN

Juan Lara
1177 Morgan Hill Drive
Pennsburg, PA 18073

```
Juan Manuel Calderon
Xola 535 Piso 14, Col Del Valle; Deleg B
Torre Axa
Mexico DF 3100
MEXICO

Juan Manuel Imeroni
2945 Alpine Terrace
Cincinnati, OH 45208

Juan Pablo Jimenez Bruno
753 NW 42nd Way
Deerfield Beach, FL 33442

Juan Pablo Zapata
Carrera 1 No. 3-30 Hacienda Casablanca
Torre 5 Apartamento 601
Madrid CUN 250037
COLOMBIA

Juan Pedro Carrasco Alvarez
183 Manwood Road
London ENG SE4 1SF
UNITED KINGDOM

Juan Perez
Calle Tauro #54 Los Angeles
Carolina, PR 00979

Juan Suarez
1805 Tahoe Circle
Tracy, CA 95376

Juan Vicenty
3 Cooper Road
Danbury, CT 06811

Juan Videla
Borgemarka 31A
Skien  3711
NORWAY

Juana Mason
500 Central Ave
Union City, NJ 07087

Juana Mason
500 Central Avenue #713
Union City, NJ 07087

Jubin Molai
Saumstrasse 81
Monchengladbach  41063
GERMANY
```

Jud Beasley
106 Scarlet Cove
Sherwood Park AB T8H0X9
CANADA

Judd Lorson
18 North 3rd Street
Waterville, PA 17776

Judd Maw
3 Landley Link
Meadow Springs WA 6210
AUSTRAILA

Judith Rebre
Fontanestrasse 9
Holzminden  37603
GERMANY

Juha-Matti Herpio
Granfeltintie 5
Helsinki  570
FINLAND

Julia Corey
359 Sconticut Neck Road
Fairhaven, MA 02719

Julia Hickman
124 Lake Valley Rd.
Morristown, NJ 07960

Julian Alfaro
20422 Bryant St
Wildomar, CA 92595

Julian Douglas
2195 Smith Ln
Concord, CA 94518

Julian Ford
14 Hardwick Rd
Cape Town WC 7700
SOUTH AFRICA

Julian Martinez
111 Willard St
Pompton Lakes, NJ 07442

Julian Pretto
34 Hurricane
Marina Del Rey, CA 90292

Julian Rebel
1398 Pearson Street
Ferndale, MI 48220

Julian Roder
Strasse Der Pariser Kommune 21
Berlin 10243
GERMANY

Julian Rodriguez
2132 Sherborne St
Camarillo, CA 93010

Julien Braschi
4 Route De Flins
Bazemont 78580
FRANCE

Julien Gedeon
Brusseler Strasse 92
Koln 50672
GERMANY

Juliette Stevens
Eerste Jan Van Der Heijdenstraat 113A
Amsterdam 1072TN
NETHERLANDS

Julio Castro-Perdomo
4626 Redspruce Dr Sw
Lilburn, GA 30047

Julio David
325 S Biscayne Blvd
Apt 3220
Miami, FL 33131

Julio Garcia
5707 Alagon St
Bakersfield, CA 93311

Julio Jornet Monteverde
Capricornio, 7 Bw-106
Urb. Jardines De Mutxamel
Mutxamel A 3110
SPAIN

Juma Rajab
17 Chelwood Road
Bristol ENG BS11 9RA
UNITED KINGDOM

Yi Jun Cai
10304 Hunter Run
Frisco, TX 75035

Jupiter Legaspi
4141 Los Feliz Blvd, #26
Los Angeles, CA 90027

Juraj S Pindor
Klenova 13
Bratislava  83101
SLOVAKIA

Jurgen Van Beek
Bekestere 2
Putten  3882 WB
NETHERLANDS

Jurgen Van Erp
Loosbroekseweg 74
Nistelrode  5388VP
NETHERLANDS

Justan Bawn
308 Seymour River Place
North Vancouver BC V7H 1S7
CANADA

Justin Barley
60 Elmcrest Rise
West Henrietta, NY 14586

Justin Barnow
11245 Zelzah Ave
Granada Hills, CA 91344

Justin Becker
205 E Pinehurst Dr
Sioux Falls, SD 57108

Justin Bragado
13 Conference Drive
Felton, CA 95018

Justin Carangi
24881 Alicia Pkwy
E323
Laguna Hills, CA 92653

Justin Clouser
700 Infantry Drive
Galloway, OH 43119

Justin Corley
616 Northeast 14th Street
Moore, OK 73160

Justin Estremadura
7677 Yukon Street
Vancouver BC V5X 2Y4
CANADA

Justin Fuertes
Unit 101/ 19-23 Short Street West
Homebush NSW 2140
AUSTRAILA

Justin Goodman
4511 Orchard Road
Bowie, TX 76230

Justin Goodnow
160 Main Road South
Hampden, ME 04444

Justin Grimes
101 Obarr Road
Leeds, AL 35094

Justin Hernandez
95 Spring Lake Hills Dr
Altamonte Springs, FL 32714

Justin Renken
268 W Saginaw St
#203
East Lansing, MI 48823

Justin Rizzo
701 Southwest 3rd Street
Boynton Beach, FL 33435

Justin Romain
218 W Mason St
Santa Barbara, CA 93101

Justin Soto
31 Searing Avenue
Apt. 1
East Newark, NJ 07029

Justin Thurman
1900 Yorktown Street, #628
Houston, TX 77056

Justin Tsang
16 Hans Drive
Markham ON L6C 1T3
CANADA

Justin Tsuchida
5765F Burke Centre Parkway #155
Burke, VA 22015

Justin Vredevoogd
2645 E. Colonial Ct.
Chandler, AZ 85249

Justin Wegener
9949 N American Way
Syracuse In, IN 46567

Justin Youngblood
2505 Westover Road
Austin, TX 78703

Justina Millan
4532 Abbey Place
Los Angeles, CA 90019

Jweb Holes
8296 Lee Court
Mason, OH 45040

K McIntyre
108 Watersound Court
Montgomery, TX 77316

Kacey Vencill
8416 Tapies Way
Elk Grove, CA 95624

Kacy Lumpkin
1801 Harwood Drive
Oxford, MI 48371

Kai Ziekursch
Sandweg 25
Dusseldorf  40468
GERMANY

Kailiang Li
4616 McHardy Street
Vancouver BC V5R 4C3
CANADA

Kaitlyn Sam
2490 Reservoir Street
Unit H
Harrisonburg, VA 22801

Amir Kajtezovic
2117 E. Lawrence Rd.
Phoenix, AZ 85016

Kaleb Corbin
19242 Olde Waterford Road
Hagerstown, MD 21742

Kaleb Johnson
3233 North 750 West
Pleasant View, UT 84414

Kalene Beeman
241 Cook Road
Prospect, CT 06712

Kaloyan Marinov
2 Tetovo St
Apartment 7
Ruse  7020
BULGARIA

Kaloyan Stoyanov
High Street 26A
Enniskillen NIR BT747EH
UNITED KINGDOM

Aurash Kamalipour
2903 Northeast Dr
Unit A
Austin, TX 78723

Kamar Sakrak
Kantstrasse 52
Duisburg  47166
GERMANY

Kamil Krasowski
1314 South Arlington Heights Road
Arlington Heights, IL 60005

Kamil Mazur
Suszyckich 17/14
Boguchwala  36-040
POLAND

Kamran Hasanov
7 Huntley Street
44 Bloomsbury Terrace
London ENG WC1E 6AJ
UNITED KINGDOM

Kamran Mohammed
1 Germain Street
Suite 300
Saint John NB E2L4V1
CANADA

```
Kamran Rahimian
93 Ridgepark Lane
Halifax NS B3N 3L1
CANADA

Kantaraja Chindera
Flat 6 Calla Court
Tranquil Lane
London ENG HA2 0GX
UNITED KINGDOM

Karel Vanstraelen
Gaarveldstraat, 108, 01
Hasselt  3500
BELGIUM

Karen Babasyan
Copernicusstraat 51
Den Haag  2561VR
NETHERLANDS

Karen Barnes
1706 10th Avenue
Oakland, CA 94606

Karen Cecilio
10801 Hess Dr
La Mesa, CA 91941

Karen Dalzell
134 Sullivan St
Apt 2
New York, NY 10012

Karim Alami
65 Woodwind Crescent
Stittsville ON K2S 1T8
CANADA

Karim Elmasri
1751 North Rosevere Street
Dearborn, MI 48128

Karin Buerkler
Buchholzstrasse 151
Zurich  8053
SWITZERLAND

Karl Bajenting
140 Maplewood Ave
Clifton, NJ 07013-1106
```

Karl Eduard Von Arb
Wuhrstrasse 1
Luchingen  9450
SWITZERLAND

Karl Meiringer
Treustrasse 92
Stiege 6 / Tur 14
Wien  1200
AUSTRIA

Karl Mok
21133 Mccowan Rd.
Mount Albert ON L0G1M0
CANADA

Karl Nembach
945 South Downing Street
Denver, CO 80209

Karl Villagracia
8110 Mill Falls Court
Glen Burnie, MD 21060

Karlheinz Pirker
Wilhelmstrasse 50
Apartment 29
Wien  1120
AUSTRIA

Amitabha Karmakar
405 Basin Street
Princeton, NJ 08540

Karolis Kaminskas
Kazliskiu 17-4
Vilnius  9204
LITHUANIA

Karsten Eichhorn
Hampstraat 4
Egestorf  21272
GERMANY

Karsten Ramm
Albert-Schweitzer-Strasse 9
Via Sadak
Cottbus  3050
GERMANY

Katelyn Piszczor
420 Cherry Ave
Houston, PA 15342

Katerina Valle
21 Balmuto Street
Toronto ON M4Y1W4
CANADA

Katharine Rocha
P.O. Box 1
Avondale, AZ 85323

Katharyn Delucia
2319 Neill Way
Hanford, CA 93230

Katherine Felzani
162 NE 25th Street, #511
Miami, FL 33137

Kathleen Armstrong
86 San Juan Dr
Ponte Vedra Beach, FL 32082

Kathy Tsai
5 Hawthorne Avenue
Holmdel, NJ 07733

Katia Cavazos
Durazno 26
Los Olivos Solidaridad
Playa Del Carmen Q ROO 77714
MEXICO

Kaush K
6305 Serenade Court
Lawrence, KS 66049

Kaveh Varjavand
4237 Empress Avenue
Encino, CA 91436

Kaviarasu Venkatachalam
550 Ortega Ave
Apt 421
Mountain View, CA 94040

Kaycee Mcclymont
84 Palmerston Crescent
London ENG SE18 2TS
UNITED KINGDOM

Kazi Rahman
5770 Spring Garden Road #2009
Halifax NS B3H4J8
CANADA

Kazimir Lesko
Balokoviceva 65
Zagreb 10020
CROATIA

Kazmi Syed Ali
Eschersheimer Landstr 219
Frankfurt Am Main  60320
GERMANY

Kb Chowdhury
29 Towhee Ln
Glastonbury, CT 06033

Kealon Rodriguez
37 Cedar Road
Westbury, NY 11590

Keaton Klemencic
7545 Katella Avenue, #25
Stanton, CA 90680

Kee Choi
4025 Evening Breeze Ct
Las Vegas, NV 89107

Keenan Miranda
35 Sugarcane Avenue
Brampton ON L6R 3C8
CANADA

Keenan Tran
12330 SW North Dakota
Tigard, OR 97223

Keerthi Rangan
Makepeace Road, Wanstead,
No1, Langham House
London ENG E11 1UX
UNITED KINGDOM

Andrew Kehl
1257 Delaware Avenue Southwest
Washington, DC 20024

Keith Blalock
4151 Meadow Court Drive
Bartlett, TN 38135

Keith Forney
2119 Newport Pl NW
Washington, DC 20037

Keith Hernandez
157 E 118th St, #4
New York, NY 10035

Keith Milligan
3745C Us Highway 80 W
Phenix City, AL 36870

Keith Prince
208 Woodcrest Circle
New Iberia, LA 70560

Keith Rothschild
2366 Leisure Court
Dunwoody, GA 30338

Keith Switzer
20626 Chatfield Bend Way
Katy, TX 77449

Keith Woolley
2 Moccasin Way
Stafford ENG ST163GS
UNITED KINGDOM

Kelley Shinn
6718 Hyacinth Lane
Dallas, TX 75252

Kelli Greene
2506 Privet Way
Basking Ridge, NJ 07920

Kellie Taylor
100 Van Ness Ave
Unit 1304
San Francisco, CA 94102

Kelly Armitage
120 Riverwood Close Southeast
Calgary AB T2C 3Z5
CANADA

Kelly Fineman
283 S Autumn Ridge Dr
Mt Washington, KY 40047

Kelly Melrose
12314 Pissaro Drive
North Potomac, MD 20878

Kelly White
170 N Imperial Dr
Denison, TX 75020

Kelvin Baez
402 E 162 St
2A
Bronx, NY 10451

Kelvin Chan
180 Trothen Circle
Markham ON L3P 4H7
CANADA

Kemal Cakmak
27 Masi Court
Vaughan ON L4H 1V5
CANADA

Ken Cornell
22508 NE 69th Ave
Melrose, FL 32666

Ken Hernandez
12120 Norwalk Blvd
Norwalk, CA 90650

Ken Jones
5701 Poplar St
Port Alberni BC V9Y8V3
CANADA

Ken Nguyen
4201 McKenna Close
Chesapeake, VA 23321

Ken Schroeder
5505 Erinvale Ct
Holly Springs, NC 27540

Ken Scott
867 SE 14th Terrace
Deerfield Beach, FL 33441

Ken Wang
77 Duttonwood Ln
Milpitas, CA 95035

Kenji Fujii
9307 Northeast 140th Street
Kirkland, WA 98034

Andrew Kennedy
305 High St
Hampton, NH 03842-4000

Kenneth Caba
729 Sunny Meadows Dr NE
Rio Rancho, NM 87144

Kenneth Chong
124 Wheat Boom Drive
Oakville ON L6H 0M9
CANADA

Kenneth Dillon
5122 Morningside Dr
Apt 824
Houston, TX 77005

Kenneth Fobian
5601 Collins Avenue
Apt. 806
Miami Beach, FL 33140

Kenneth Harlow
636 Nautilus Dr.
Murrells Inlet, SC 29576

Kenneth Johnson
5613 W Cape Vista Way
West Valley City, UT 84128

Kenneth Leung
25 Montgomery St Apt 4A
New York, NY 10002

Kenneth Marshall
P.O. Box 766
Huntington, TX 75949

Kenneth Michel
19 Morning Mist Court
Woodstock, MD 21163

Kenneth Schmidt
14946 Shoemaker Avenue
Unit E
Santa Fe Springs, CA 90670

Kenneth Thorpe
11027 Fall Creek Road
Indianapolis, IN 46256

Kenny Cheung
130 Water Street
Apt 10C
Ny, NY 10005

Kenny Nguyen
19024 Kimberlite Drive
Pflugerville, TX 78660

Kenny Nguyen
1095 Alexis Lane
Redlands, CA 92374

Kenny Pastor
29 Templemont Drive NE
Calgary AB T1Y 4Z5
CANADA

Kenny Reid
46 Greenfields Drive
Moriac VIC 3240
AUSTRAILA

Keoni Tamashiro
1511 Nuuanu Avenue #81
Honolulu, HI 96817

Keonne Joseph
6701 JFK Blvd East
Apt C4
West New York, NJ 07093

Kerem Yilmaz
Paul-Zweigart-Strasse 3
Sindelfingen 71063
GERMANY

Kerry Emerson
64 Parkdale Drive
Whanganui MWT 4500
NEW ZEALAND

Kerry Masters
19 Danefield Road
Northampton ENG NN3 2LT
UNITED KINGDOM

Keston Abe
623 1st Place
Hermosa Beach, CA 90254

Keval Shah
2301 Southwest Pepperwood Road
Topeka, KS 66614

Kevin Acevedo
3363 SW 26th St
Miami, FL 33133

Kevin Barboza
921 League Ave
La Puente, CA 91744

Kevin Borsay
1333 Harvard Road
Grosse Pointe Park, MI 48230

Kevin Brown
9 Mountain Avenue
Mahwah, NJ 07430

Kevin Brown
616 W. Ave F.
Midlothian, TX 76065

Kevin Buchanan
13347 Austin Road
Mt. Vernon, WA 98273

Kevin Cai
4221 Irving Street
San Francisco, CA 94122

Kevin Corkish
5292 North Northwest Highway
Chicago, IL 60630

Kevin Davis
Rr1 Box 6130
Kingshill, VI 00850

Kevin Dempsey
811 Helmcken Street
Apt 701, Buzzer 202
Vancouver BC V6Z 1B1
CANADA

Kevin Ebeling
S Ngerweg
Bretzfeld 74626
GERMANY

Kevin Griffiths
90 Glenbeigh Road
Old Cabra
Dublin D D07 X4V2
IRELAND

Kevin Gurr
185 W 200 S
Pleasant Grove, UT 84062

Kevin He
341 Rolkin Road
Charlottesville, VA 22911

Kevin Hobbs
1072 High Point Drive NE
Atlanta, GA 30306

Kevin Huang
3265 Tully Rd
San Jose, CA 95148

Kevin Jones
235 S Grant St
Denver, CO 80209

Kevin Julien
12415 Asbury Drive
Fort Washington, MD 20744

Kevin Kawasaki
755 Holbrook Place
Sunnyvale, CA 94087

Kevin Konings
Hausburgstrasse 30
C/O Beermann
Berlin  10249
GERMANY

Kevin Krajewski
1366 Milton Way
San Jose, CA 95125

Kevin Le
39 E 21st St
#2A
Brooklyn, NY 11226

Kevin Linden
Rue De Beggen 309
Luxembourg  1221
LUXEMBOURG

Kevin Liu
6303 Sevilla Circle
San Antonio, TX 78257

Kevin Luc
2112 Thomas Ave
San Francisco, CA 94124

Kevin Lunion
4289 SW Winslow St
Port Saint Lucie, FL 34953

Kevin Mac Nally
3A Church Gardens, Rathmines
Dublin D D06E062
IRELAND

Kevin Marsh
1546 Dorrance Street
Philadelphia, PA 19146

Kevin Matthews
104 Alread Court
Fort Worth, TX 76102

Kevin Norris
1944 Loring Pl South
Apt 1A
Bronx, NY 10453

Kevin Proctor
24 Whitney Ave. Apt 3
Portland, ME 04102

Kevin Robinson
3775 NW Columbia Ave
Portland, OR 97229

Kevin Smith
760 Johnson Street, #1403
Victoria BC V8W 0A4
CANADA

Kevin Theiler
10541 Monticello Ln N
Maple Grove, MN 55369

Kevin Tiamsim
2805 Cedarwood Drive, #115
Ottawa ON K1V 0G7
CANADA

Kevin Tinajero
13716 Destino Pl
Cerritos, CA 90703

Kevin Turcotte
12312 5E Avenue Rdp
Montr  Al QC H1E 1R2
CANADA

Kevin Vu
3418 Valley Forge Way
San Jose, CA 95117

Kevin Wong
36 Lewis Street
Bonnyrigg Heights NSW 2177
AUSTRAILA

Kevin Wyatt
855 Columbia Court
Avon, IN 46123

Kevin Yeager
4115 Broadmoor Dr
Mont Belvieu, TX 77523

Kevin Zanotta
Feldpark 1
Zug  6300
SWITZERLAND

Kevin Zhang
619 57 St.
Brooklyn, NY 11220

Keystone Marcy
29604 Terra Vis
Fair Oaks Ranch, TX 78015

Khadija Rhaya
Romerstrasse 26
Meerbusch  40667
GERMANY

Khaild Ahmed
697 Amaretto Avenue
Pickering ON L1X 1L7
CANADA

Khaja Khan
123 Woodville Road
Chester Hill NSW 2162
AUSTRAILA

Khaled Alktefan
25748 Graceland Cir
Dearborn, MI 48125

Khaled Alktefan
25748 Graceland Cir
Dearborn Heights, MI 48125

Khaleel Hammoudeh
85 North Park Road, #1007
Vaughan ON L4J 0H9
CANADA

Khalid Hamoudi
719 Cope Rd
Red Springs, NC 28377-7464

Khalid Khalil
3015 Rubino Circle
San Jose, CA 95125

Khalid Motte
2629 N Gentry
Wichita, KS 67220

Khalid Yaqoob
1110-53 Thorncliffe Park Dr
Toronto ON M4H1L1
CANADA

Khalifa Alahmed
Vpost Uk, Unit 9, Britannia Industrial E
Suite Qc-2008-3794, Poyle Road, State Be
Colnbrook ENG SL3 0BH
UNITED KINGDOM

Khanum Arshad
157 Burgess Road
Southampton ENG SO16 7AA
UNITED KINGDOM

Khawaja Qais Siddiqi
3105 Cottage Clay Road
Mississauga ON L5B 4J4
CANADA

Khian Bartlett
2820 Sultana Ave.
Ontario, CA 91761

Khoa Chau
12219 West Morgan Drive
Houston, TX 77065

Khoa Truong
8439 Southeast 88th Avenue
Portland, OR 97266

Ki Chang
1106 South Ardmore Avenue
Apt 6
Los Angeles, CA 90006

Kibria Ahmed
15 Booker Close
London ENG E14 7DP
UNITED KINGDOM

Kieng Ngoy
2410 New York Dr
Altadena, CA 91001-3616

Kieran Breen
7 Belvedere Lawn
Douglas
Cork CO T12 V6RX
IRELAND

Kieran Hearne
12 Goscomb Drive
Penarth WLS CF642LF
UNITED KINGDOM

Abdul Kikhia
254 Chalet Ave
San Jose, CA 95127

Kim Le
1252 Brighton Street
Philadelphia, PA 19111

Kim Perks
15 Leake Street
Eaton WA 6232
AUSTRAILA

Kim Roser
2038 Baypointe Drive
Newport Beach, CA 92660

Kim Van Nie
Bommelsedijk 7
Den Bommel  3258LA
NETHERLANDS

John Kim
5277 North Elston Ave
Chicago, IL 60630

Kimberly Peters
12233 NW 68th Court
Parkland, FL 33076

Kimberly Schoene
1750 SW 88th
Portland, OR 97205

Kimi Henley
12748 Wood Duck Ln
Springdale, AR 72762

Kimora Richards
154 Saint Lucie Drive
Toronto ON M9M 1T5
CANADA

Kingsley Amukamara
4844 West Rose Lane
Glendale, AZ 85301

Kiran Chepyala
2 Dreamcrest Court
Whitby ON L1R 3P7
CANADA

Kiran Dhakal
3121 W 65th Ave
Denver, CO 80221

Kiran Shah
6727 Southwest Wentley Lane
Topeka, KS 66614

Kirby George
982 Normandy Court
Sherwood Park AB T8A 5X3
CANADA

Kiril Marinov
1 Gloucester Mews West
London ENG W26DY
UNITED KINGDOM

Kirk Amundsen
14121 Willow Tank Drive
Austin, TX 78717

Kirk Russell
917 S Westnedge Ave
Kalamazoo, MI 49008

Kirk Toma
1750 Wili Pa Loop
Wailuku, HI 96793

Kirk Warner
203 South See-Gwun Avenue
Mount Prospect, IL 60056

Kishen Patel
8019 Wood Hollow Drive
Baytown, TX 77521

Kishore Karunakaran
7 Winthrop St
Winchester, MA 01890

Kjetil Hovland
Hamrehaugen 14
Laksevaag  5161
NORWAY

Klade Rodriguez
131 County Road 4047
Satin, TX 76685

Klaus Korsch
Kuhstrasse 15
Weeze  47652
GERMANY

Kmel I Mikhaiel
31 Heaton Moor Rd
Stockport ENG SK4 4PB
UNITED KINGDOM

Anna Koch
744S 231st Street
Des Moines, WA 98198

Kodi Matthews
15 Savage St
Edmonton QLD 4869
AUSTRAILA

Kole Foss
1266 Cleveland Ave S
Saint Paul, MN 55116

Konstantin Karadafov
Venjamin Macukovski 21, 1/2
Skopje  1000
NORTH MACEDONIA

Konstantinos Kyriazopoulos
Konstantinou Palaiologou
Athens - Glyfada  16561
GREECE

Koray Ozaydemir
Dr Remzi Kazancigil Cd Atakoy 3-4-11. Ki
O-148 Blok
Istanbul  34158
TURKEY

Korekontrol Germany Gmbh
Linienstr. 127
Berlin  10115
GERMANY

Dmytro Kosenko
2792 Fyler Pl
Los Angeles, CA 90065-5106

Dmytro Kosenko
2792 Fyler Pl
Los Angeles, CA 90065

Kostadin Kostadinov
105 Pilton Avenue
Edinburgh SCT EH5 2HR
UNITED KINGDOM

Krenar Komoni
56 Roland Street
Boston, MA 02129

Krikor Derbabian
1138 N. Brand Blvd
Suite A
Glendale, CA 91202

Kris Hayward
43 Cranbrook Green Southeast
Calgary AB T3M 2X1
CANADA

Kris Knox
7330 Woburn Cir Apt D
Anchorage, AK 99502

Kris Pauly
3350 W Rd 2 S
Prescott, AZ 86305

Krisli Dimo
4432 N Ottawa Ave
Norridge, IL 60706

Kristan Megeath
3867 W Tuscaloosa Way
West Jordan, UT 84084

Kristen Scollon
207 Willowoak Ct
Warwick, PA 18974

Kristian Arreguin
4828 Calle Brisa
Camarillo, CA 93012

Kristian Martinovic
6331 W Valley View Road
Rogers, AR 72758

Kristian Thornblad
Gullringsvagen 20
Savedalen  43362
SWEDEN

Kristin Babakitis
304 E Clearhaven Dr
Azusa, CA 91702

Kristin Theyers
6 Halse Road
Brackley ENG NN13 6EH
UNITED KINGDOM

Kristine Mccutcheon
10741
Cabot Trail Hwy
Belle Cote NS B0E1C0
CANADA

Kristofer Soderlund
866 E 6th Street
Unit 3
Boston, MA 02127

Kristopher Nyquist
1410 N Humboldt St
Apt 2
Denver, CO 80218-2326

Kristopher Stuart
1056 Shadywood Lane
Raleigh, NC 27603

Kristyna Orthova
1 Apriliou 54
Sunny House, Flat 102
Larnaka  6035
CYPRUS

Kumphawa Boonsirichai
20243 Blythe St.
Winnetka, CA 91306

Kunal Pabla
3877 Polton Place Way
San Jose, CA 95121

Kurt Brandly
400 SW 1st Ave, #802
Fort Lauderdale, FL 33301

Kurt Fowler
15138 Carter Loop SE
Yelm, WA 98597-8574

Kurt Kiesow
1115 Fairview Avenue
San Jose, CA 95125

Kurt Turley
1525 Wilder Avenue
Apt 407
Honolulu, HI 96822

Kwok Fai Kwan
509 Pinawa Circle
Ottawa ON K2J 5Y2
CANADA

Ky Luong
4697 Berrywood Road
Virginia Beach, VA 23464

Kyle Acheson
7871 Alexandra Dr
Hudson, OH 44236

Kyle Bobash
11 Harwin Drive
East Brunswick, NJ 08816

Kyle Edwards
944 Aurora Ave
Girard, PA 16417

Kyle Griffin
2756 Liberty Rd
Norton Shores, MI 49441

Kyle Higgenbotham
3738 South State Route 157
Apt B
Glen Carbon, IL 62034

Kyle Hogge
1749 Midway Rd
Stony Point, NC 28678

Kyle Hulbert
308 Lake Harris Drive
Lakeland, FL 33813

Kyle Humphrey
5865 East Garrett Avenue
Fresno, CA 93727

Kyle Kletz
11732 Marigold Circle
Fishers, IN 46038

Kyle Lindstrom
100 Cedarwood Drive
Galena, MD 21635

Kyle McBean
173 Canfield Ave
Bridgeport, CT 06605

Kyle Mientkiewicz
220 Arlington Street
Pittsburgh, PA 15209

Kyle Miller
2524 Doc Reeves Street
Austin, TX 78723

Kyle Nagamine
45-206 Halemuku Place
Kaneohe, HI 96744

Kyle Powell
Flat 26, Fitzgerald Court, 2B Rodney Str
London ENG N1 9FS
UNITED KINGDOM

Kyle Pratt
15649 NW 14th Lane
Newberry, FL 32669

Kyle Strohecker
5920 Hughes Rd.
Galena, OH 43021

Kyongjae Kim
34112 11th Ave Sw
Federal Way, WA 98023

Kyriakos Giannoulakis
Mirmidonon 9
Heraklion  713 04
GREECE

L Tadlock
30911 Roanoak Woods Drive
Tomball, TX 77375

Daniel La Salle
113 West G Street, #103
San Diego, CA 92101

Lacretia Compton
1960 W Keating Ave, #528
Mesa, AZ 85202

Ladarius Ray
4710 Lotus Street
Houston, TX 77045

Ladna Farah
14915 SE 177th P, #22D
Renton, WA 98058

Lahoussaine Habbadi
Carrer Nou D' Abril Numero 23 Puerta 2-1
Barcelona B 8170
SPAIN

Lai Chun Caleb Wong
10 Portland Heights, Dean Street
Bristol ENG BS2 8RD
UNITED KINGDOM

Laila Morneault Gomes
204 Avenue Seigniory, #115
Pointe-Claire QC H9R 1K2
CANADA

Laine Houberg
Advanced Interiors Inc
507 S 1200 E
Salt Lake City, UT 84102

Lakhvir Dosanjh
4375 North Golden State Blvd
Fresno, CA 93722

Lakshana Subbiyan
6014 Walnut Loop Road
Apt 5108
Charlotte, NC 28277

Lakshmi Kamala
3125 Fifth Line West
Unit 43
Mississauga ON L5L3S8
CANADA

Lakshmi Kanth Sunkara
12499 Folsom Blvd
Apt 200
Rancho Cordova, CA 95742

Lamar White
5528 North 137th Avenue
Litchfield Park, AZ 85340

Lana Willow
4742 Bosun Way
Pender Island BC V0N 2M2
CANADA

Lance Brooks
4242 S Dover
Wichita, KS 67216

Lance Jones
400 S Cowal Dr
Spicewood, TX 78669

Lance Miles
22926 Banff Brook Way
Tomball, TX 77375

Lance Munday
1 Technology Court
Pullenvale QLD 4069
AUSTRAILA

Lance Tsukimura
3837 NW 24th Ave
Camas, WA 98607

Lance Wayne
1820 SW 3rd Ave
Miami, FL 33129

Landen Booth
5872 Old Jacksonville Hwy #424
Tyler, TX 75703

Landon Gervais
6770 McIver Place
Kamloops BC V2C 5Z1
CANADA

Landon Poague
505 West 100 South, #309
Salt Lake City, UT 84101

Landon Spicer
7521 Edinger Ave, #1406
Huntington Beach, CA 92647

Lane Hashida
3161 Ala Ilima St
Apt 206
Honolulu, HI 96818-3009

Larincz Aron
Frakno Utca 12/A
Budapest 1115
HUNGARY

Larry Armstrong
1002 South Christine Avenue
Wichita, KS 67218

Larry Graiber
16925 South Callie Drive
Plainfield, IL 60586

Larry Maxey
P.O. Box 174
Hurley, NM 88043

Larry Sherry
3417 Blue Ridge Blvd
Independence, MO 64052

Larry Tolbert
2446 Buffalo Gap Rd Apt 285
Abilene, TX 79603

Lars Eiben Ug
Dorfstr. 1
Tos Marketing & Event Ug
Kirchbarkau 24245
GERMANY

Lars Plantzen
3 Southern Road
Basingstoke ENG RG21 3DX
UNITED KINGDOM

Laszlo Horvath
Hamzsabegi Ut 8
Budapest 1117
HUNGARY

Latchezar Guishin
9243 Susy Lane
Schiller Park, IL 60176

Latesha Watson
438 West Clapier Street
Philadelphia, PA 19144

Latifa Arrais
Ketzberger Strasse 80
Solingen 42653
GERMANY

Latrinia Elliott
3101 N Hampton Dr 1214
Alexandria, VA 22302

Laura Colban
747 Armada Terrace
San Diego, CA 92106

Laura Foster
104 Sycamore Avenue
Egg Harbor Twp, NJ 08234

Laura Gajewski
2826 Sand Run Parkway
Fairlawn, OH 44333

Laura Irene Diaz Abundis
Loma Huentitlan 9154 Poniente
Tonala JAL 45402
MEXICO

Laura Jacobs
Vaartsestraat 180
Utrecht 3511 TG
NETHERLANDS

Laura Jehlik
9424 Sprague Street
Omaha, NE 68134

Lauren Alexandru Valnoiu
Ion Campineanu 33
Bl 3 Sc B Et 6 Ap 58 Sect 1 +40727191407
Bucuresti B 10035
ROMANIA

Lauren Baugh
4115 Southeast 92nd Avenue
Portland, OR 97266

Lauren Jones
372 Saint Claire Dr
Edmond, OK 73025

Lawrence Aqui
10 Lisa Street #903
Brampton ON L6T 4N4
CANADA

Lawrence Boan
1366 40th Avenue
Vero Beach, FL 32960

Lawrence Brady
21062 Crestview Dr.
Barrington, IL 60010

Lawrence Kennedy
4 Birdsnest Court
Mill Valley, CA 94941

Angel Lazo
3090 24th Street
San Francisco, CA 94110

Le Tran
140 Chestnut Street
Vacaville, CA 95688

Leander Burgers
De Moesmate 183
Zutphen  7206 AN
NETHERLANDS

Leandro Emanuel Lopez
5459 Northwest 72nd Avenue
Arg1158458
Miami, FL 33166

Leandro Garcia
11010 Taft St
Pembroke Pines, FL 33026

Leann McGovern
2514 Truman Ave
Oakland, CA 94605

Lee Horgan
3-912 Dugas Street
Winnipeg MB R2J 0Z8
CANADA

Lee Kleiner
5700 Yonge Street
Toronto ON M2M 4K2
CANADA

Lee Pauling
219 San Jacinto Ct.
Keller, TX 76248-2517

Anderson Lee
1403 Mason Street
San Francisco, CA 94133

Jin S Lee
370 Northwood Way
1B
Palisades Park, NJ 07650

Sam Lee
5540 Sylmar Avenue
Unit 6
Los Angeles, CA 91401

Leeor Shapira
209 East Grant Ave
Roselle Park, NJ 07204

Lefteris Sigalas
L. Vouliagmenis 506
Alimos 17456
GREECE

Lehong Hu
2516 Somerset Drive
Belmont, CA 94002

Lei Gu
3275 Coral Lane
Chicago, IL 60026

Leif Graves
70518 F Street
Covington, LA 70433

Lekey Mullen
2201 Muriel Dr
Apt 48
Barstow, CA 92311

Leliet Duschkin-Martin
Bahia Chemuyil
Villas Villamar#8
Puerto Aventuras Q ROO 77733
MEXICO

Lenin Morillo
124 Gale Dr
Wilmington, DE 19808

Leon Mirochnik
1541 Ocean Avenue, #200
Santa Monica, CA 90401

Leonard Korch
28 Joyce St
Basement
Webster, MA 01570

Leonard Owen
19120 59th St E
Lake Tapps, WA 98391

Leonardo Astete
7831 NW 104th Ave
Apt 22
Doral, FL 33178

Leonardo Dalessandro
Via Cesare Battisti 26
San Donato Milanese MI 20097
ITALY

Leonardo Oliveira
7 Defort Ct
Parlin, NJ 08859

Leonid Shtivelman
1325 Utica Avenue
Brooklyn, NY 11203

Anthony Lerette
2101 North Ursula Street
Aurora, CO 80045

Leroy Marshall
16 Castleglen Place Northeast
Calgary AB T3J 1Y5
CANADA

Leslie Kaholoaa
85 Pilipaa Street
Hilo, HI 96720

Lestryet Samuels
6625 Horsemans Circle
Mobile, AL 36695

Leta Phetbounthavong
40049 North High Noon Way
Anthem, AZ 85086

Lewis Farrell
4835 S. Memory Lane
Apartment 6
Holladay, UT 84117

Lewis Sayre
P.O. Box 3110
Salem, OR 97302

Liam Mohr
103 Paulin Bay
Fort McMurray AB T9K 0A9
CANADA

Lian Pangelinan
34428 Yucaipa Blvd Ste E251
Yucaipa, CA 92399

Ligaya Vosberg
6701 Del Rey Avenue
Apt 224 (Bldg 4)
Las Vegas, NV 89146

Liju John
9 Regent Street,
Apt 301
Jersey City, NJ 07302

Lillian Shepherd
997 S 900 E
Salem, UT 84653

Lin Nay
1390 Southgate Avenue
Daly City, CA 94015

Linas Venckus
1575 East Mountain Street
Pasadena, CA 91104

Linda Leblanc
45 Church Street
Hamilton ON L8E 2X7
CANADA

Lino Munoz
2037 W Bullard Ave #203
Fresno, CA 93722

Lion Rojo
18 Waterview Place
Keansburg, NJ 07734

Lisa Maiella
620 Hammond Street
Brookline, MA 02467

Lisa McDermed
723 W 12th Street
Alliance, NE 69301

Lisa Nowlan
175 Redpath Drive
Ottawa ON K2G 6K5
CANADA

Lisa Schwab
725 S 14th Ave
Brighton, CO 80601-3374

Lisa Schwab
725 S. 14th Ave
Brighton, CO 80601

Lissette Rosell
55 West Street
Chicopee, MA 01013

Liviu Bogdan Mihai
Strada Lectorului Nr.3
Bloc A, Etaj 3, Ap.7
Bucuresti B 12688
ROMANIA

Ljiljana Stepic
639 McPhillips Road
Lockport MB R1A3H4
CANADA

Loc Le
445 Veterans Memorial Blvd
Suite 3
Kenner, LA 70062

Logan Rittenhouse
3486 Laurel Lane
Center Valley, PA 18034

Lon Teague
5757 Campanella Pl
Rancho Cucamonga, CA 91739

Long La
10 Ibis Grove
Cairnlea VIC 3023
AUSTRAILA

Long Truong
6909 Westside Place
Sachse, TX 75048

Lonna Bartley
8501 North Macarthur Blvd, #631444
Irving, TX 75063

Lonnie Gorby
4727 Landing Water Path
Buford, GA 30519

Lonnie Woodard
4216 Hamilton Mill Rd
Buford, GA 30519

Roberto Lopes Jr.
15 Boulden Circle
Ff519-199 Fishisfast
New Castle, DE 19720-3400

Alex Lopez
16857 Park Rock Dr
La Puente, CA 91744

Avery Lopez
259 West 18th Street
Holland, MI 49423

Lorance Shabo
6124 Thorndike Court
Las Vegas, NV 89130

Lorenz Engels
Luxemburger Strasse 376
Cologne 50937
GERMANY

Lorenzo Contis
7550 Johnson Street
Hollywood, FL 33024

Lorenzo Frisoni
Via Cesare Corte 25C/6
Genova GE 16122
ITALY

Lorenzo Penati
73 Elm Park Mansions
London ENG SW100AP
UNITED KINGDOM

Lorenzo Tuccari
67 St. Paul'S Close
London ENG W5 3JX
UNITED KINGDOM

Clifton Lott Jr
2525 3rd Avenue South
Apt #110
Minneapolis, MN 55404

Louai Youssef
1895 Monrovia Avenue
Costa Mesa, CA 92627

Louie Hill
28 Hare Street
Ilam
Christchurch CAN 8041
NEW ZEALAND

Louis Baltimore
1475 S Fillmore St
Denver, CO 80210

Louis Castet Bellocq
74 Avenue Du Marechal Douglas Haig
Versailles  78000
FRANCE

Louis Desjardins
2978 Charella Drive
Prince George BC V2N 5K9
CANADA

Louis Huntley
318 Ponte Vedra Blvd
Ponte Vedra, FL 32082-2057

Louis Jasperson
488 South 500 West
Provo, UT 84601

Louis Schlain
2110 Marina Shores Drive, #414
Virginia Beach, VA 23451

Louis Silverstein
23858 Harbor Vista Dr
Malibu, CA 90265-4819

Louis Spencer
2434 Warring St
Berkeley, CA 94704

Louis Thomas
6008 Hasbrook Ave
Philadelphia, PA 19111

Louis Wilks-Reeves
4 Glebelands Close
Shoreham-By-Sea ENG BN436GW
UNITED KINGDOM

Lovel Miguel
6102 Hubbell Dr
Pearland, TX 77584

Bruce Lu
55 Bayard St., #7
New York, NY 10013

Luan Nguyen
1132 Garber Place
San Jose, CA 95127

Luba Garet Selezneva-Konova
Pereulok Dostoevskogo 1
Odessa  65016
UKRAINE

Luba Ltd
1108 Marco Island
Huntingdon Street
Nottingham ENG NG1 1AW
UNITED KINGDOM

Luc Van Zeebroeck
Kasteelstraat 78
Buggenhout  9255
BELGIUM

Luca Pagani
Kehlhofstrasse 11
Wiesendangen  8542
SWITZERLAND

Lucas Cimiano
740 Sherman St.
Apt 101
Denver, CO 80203

Lucas Polski
180 Neptune Ave, Apt 2
Apt 2
Jersey City, NJ 07305

Lucas Worthy
620 Skyline Drive South
Lewisburg, TN 37091

Andrew Lucas
2143 Bethel Blvd
Boca Raton, FL 33486

Lucia Ibanez
817 SE 14th Court
Fort Lauderdale, FL 33316

Luciano Tolfo
Vallejos 4105
4 B
Buenos Aires C 1419
ARGENTINA

Ludwin Escamilla
405 West Foothill Blvd #201
Claremont, CA 91711

Jose Lugo Garcia
20583 SW 119th Place
Miami, FL 33177

Luice Yau
Pretoriastraat 44
Level 2
Berchem 2600
BELGIUM

Luis Alonso
11885 SW 18th Ter., #60
Miami, FL 33175

Luis Angel Yepez Isleo
Tulipanes #92 Fraccionamiento Flores Del
Veracruz VER 91948
MEXICO

Luis Colorado
129 West Avenue
Stamford, CT 06902

Luis Cordeiro
Avenue De Severy 16
Lausanne 1004
SWITZERLAND

Luis Du Solier
Cda De Veracruz 111 Dept 308
Jesus Del Monte, Huixquilucan, Edo De Me
Mexico MEX 52764
MEXICO

Luis Fernando Da Cunha
24 Thompson Court - Ste 7123
Ste 7123
Enfield, CT 06082

Luis Flores-Caban
B5 Calle Tabonuco Suite 216
PMB 251
Guaynabo, PR 00968

Luis Gonzales
1702 8th St
San Fernando, CA 91340

Luis Julian Sigcha
4866 South Semoran Blvd
#1808
Orlando, FL 32822

Luis Mercado
3124 Arnow Place
Apt Bsm
Bronx, NY 10461

Luis Ortiz-Herrera
106 Lyon St
Mercedes, TX 78570

Luis Reyes
3611 King Street
La Mesa, CA 91941

Luis Smith
11201 Grander Dr
Windermere, FL 34786

Luis Tappi
2250 Northwest 114th Avenue
Ccs 86290 Unit 1C
Miami, FL 33192

Luis Toledo
1900 Chapman Avenue
Apt 416
Rockville, MD 20852

Luis Vieira
Campo Grande
10 - 6C
Lisboa PT-11 1700-092
PORTUGAL

Lukaa Klein
Vysehradska 11
Petrzalka  851 06
SLOVAKIA

Lukas Hafner
Engerthstrasse 228/29
Wien  1020
AUSTRIA

Lukas Hermansen
Aldrupvej 87
Fjerritslev 9690
DENMARK

Lukas Kruczkowski
P.O. Box 861325
Wahiawa, HI 96786

Lukas Sparer
Josefstrasse, 33C
St. Polten 3100
AUSTRIA

Lukas Zahurancik
Domkarsky Rad 8
Piestany 921 01
SLOVAKIA

Luke Boustead
3 Dunleary Court
Westcote Road
Reading ENG RG30 2DJ
UNITED KINGDOM

Luke Frazier
1139 E 50 S
Orem, UT 84097

Luke Monterola
15306 Chahtah Ct
Orlando, FL 32828

Luke Stribling
925 8th St. Nw
Albuquerque, NM 87102

Luke Summerville
3855 Nobel Drive, #2126
San Diego, CA 92122

Luke Van Der Meij
Gretha Hofstralaan 89
Vlaardingen 3136LS
NETHERLANDS

Luther Freeman
2001 Empire Court
Unit 8
Grand Forks, ND 58201

Luuk Kicken
10 Bloemfonteinstraat
Eindhoven 5642 EG
NETHERLANDS

Luz Londono
732 North Harrisburg Avenue
2nd Floor
Atlantic City, NJ 08401

Lylburn Ollie
9516 Wandering Way
Columbia, MD 21045

Lynda Micic
15 Ragamuffin Point
Safety Beach VIC 3936
AUSTRAILA

Lyndon Liu
1932 Irving Street
#30
San Francisco, CA 94122

Lynette Pohio
152 St Andrews Rd
Havelock North HKB 4130
NEW ZEALAND

Lynn Gee
400 Spear St
#210
San Francisco, CA 94105

Lynn Risley
4046 North Askew Avenue
Kansas City, MO 64117

Lyric Williams
8422 East Hawthorne Street
Tucson, AZ 85710

Lyss Murphey
17242 Santiago Canyon Rd
Silverado, CA 92676

M Riyaz Ismail
3515 Whitman Court
Thousand Oaks, CA 91360

Maath Alchemali
Kaiserstrasse 1A
Schwelm  58332
GERMANY

Mael Perret
Chemin De La Tour-De-Champel 4
E_Nno
Geneve 1206
SWITZERLAND

Maged Ishak
7 Killadoon Court
Lutherville-Timonium, MD 21093

Maghadevane Segarane
152 Route Doberhausbergen
Residence Saint Antoine
Strasbourg  67200
FRANCE

Magnus Gabrielli
Amsbergsvagen 16
Borl  Nge  78468
SWEDEN

Magnus Olsson
6 Heath Mead
London ENG SW19 5JP
UNITED KINGDOM

Magnuss Erins
Barona 106K2, #18
Riga  LV-1001
LATVIA

Maha Alzarooni
Lumis Student Living, Capital Quarter, T
North Block, Room N515
Cardiff WLS CF10 4BZ
UNITED KINGDOM

Maha Mansour
3303 Don Mills Road #2801
North York ON M2J4T6
CANADA

Mahdi Kozbari
Kapellenackerstrasse 16
Munich  80992
GERMANY

Maida
10668 Zelzah Avenue
Los Angeles, CA 91344

Maiwand Nawid
2718 S. Uhle Street
Arlington, VA 22206

Majed Awad
4071 Northern Spruce Dr.
Spring, TX 77386

Majed Yohanna
Sigden 8
More Og Romsdal
Kristiansund  6518
NORWAY

Majed Zaid
6714 Miller Shadow Lane
Missouri City, TX 77479

Majid Malang
426 Bluebird Ln
Woodbury, MN 55125

Maksym Zymin
91-1001 Keaunui Drive Unit 377
Ewa Beach, HI 96706

Malachi Mickelonis
2760 Associated Road
Apt D14
Fullerton, CA 92835

Malav Shah
5200 Iron Horse Pkwy
Apt 323
Dublin, CA 94568

Malcolm Harnden
99 Great Brays
Harlow ENG CM18 6DP
UNITED KINGDOM

Malkuth Frahm
4340 Kingswell Avenue
Los Angeles, CA 90027

Malvia Scott
6947 Long Pine Circle
Coconut Creek, FL 33073

Mandy Sauler-Milbourne
121 John Robert Thomas Drive
Exton, PA 19341

Mangoldt Thomas
Karl Marx Allee 106
Berlin 10243
GERMANY

Manh Vu
3737 Peach Blossom Road
Fort Worth, TX 76244

Manil Men
14806 NE 80th Cir
Vancouver, WA 98682-3465

Manjeet Singh
3634 Green Marsh Cres
Regina SK S4V3H4
CANADA

Manjot Singh
20814 Chester Street
Castro Valley, CA 94546

Manjunath Kapu
16801 North 49th Street
Scottsdale, AZ 85254

Mankin Lam
302 Azalea Ct
Greenville, SC 29615

Naga Manohar Madduri
11446 Antler Dr
Columbia Station, OH 44028

Manoj Kumar Chauhan
1425 Afton Way
Fort Mill, SC 29708

Manoj Patel
61 Charbay Drive
Collegeviile, PA 19426

Mantas Kudrinas
3370 NE 190 St
Apt 714
Aventura, FL 33180

Manthan Raval
3 Candlewood Drive, #411
Guelph ON N1K 0E1
CANADA

Manu Arora
213-215 William Street
Unit 4
Granville NSW 2142
AUSTRAILA

Manuel Garza
1437 N Bibb Ave
Eagle Pass, TX 78852

Manuel Graf
Hinterdorfstrasse 4B
Pfungen  8422
SWITZERLAND

Manuel Latorre
198 Kensington Road
Marryatville SA 5068
AUSTRAILA

Manuel Martin Cinta
Rocio 199
Pedregal
Mexico City DF 1900
MEXICO

Manuel Martins
14 E Chrystal St
Dover, NJ 07801

Manuel Rappard
6465 Blewett Avenue
Los Angeles, CA 91406

Manvir Dhillon
15081 90A Ave
Surrey BC V3R 6Y6
CANADA

Alex Manzano
6201 Alverton Dr
Carlsbad, CA 92009

Maor Kirsner
28/34 Bay St
Town House
Botany, Sydney NSW 2030
AUSTRAILA

Marat Dreicer
16456 Royal Hills Dr
Encino, CA 91436

Marc Adam
1111 East Sunrise Blvd
Fort Lauderdale, FL 33304

Marc Andre Raymond
345 Avenue Leo-Lacombe
Laval QC H7N 3Y5
CANADA

Marc Benkendorf
Maerckerstrasse 5
Brandenburg An Der Havel  14776
GERMANY

Marc Conran
1237 N 31st Street
Philadelphia, PA 19121

Marc Cottini
P.O. Box 210863
Anchorage, AK 99521

Marc E Andrews
236 SE 46th Drive
Gresham, OR 97080

Marc Guillem Ballester
Carrer De Clementina Arderiu 5 1 3
Sant Quirze Del Vall  S B 8192
SPAIN

Marc Gwisdek
3092 Palmer Drive
Burlington ON L7M 1S9
CANADA

Marc Husslein
Bachmannweg 33
Zurich  8046
SWITZERLAND

Marc Krause
Goldammerweg 1
Koln  50858
GERMANY

Marc Martucci
1117 NE 13th Ave
Fort Lauderdale, FL 33304

Marc Matt
Ohkampring 19
Hamburg  22339
GERMANY

Marc Meerkamper
Dorfstrasse 34
Vilters  7324
SWITZERLAND

Marc Romkey
5630 Ogilvie Street
Halifax NS B3H1C1
CANADA

Marc Singh
4 Ladywood Court
Brampton ON L6Z 4T9
CANADA

Marc Smollin
8901 White Oak Avenue
Northridge, CA 91325

Marcco Ware
300 E Hillcrest Blvd. #1353
Inglewood, CA 90308

Marcel Allen
620 Elgin Avenue
Forest Park, IL 60130

Marcel Scheuber
Baarerstrasse 115
Systray Gmbh
Zug  6300
SWITZERLAND

Marcel Schneider
Alte Strasse, 4
Bad Schussenried  88427
GERMANY

Marcelin Kamdoum
8515 South Interstate 35 Frontage Road
Apt 1208
Austin, TX 78744

Marcin Muszynski
8 Bushey Grove Road
Bushey ENG WD23 2JQ
UNITED KINGDOM

Marckus Elestin
3350 Jackson Blvd
Fort Lauderdale, FL 33312

Marco Barnett
Sedelvagen 2 A
Hagersten  12932
SWEDEN

Marco Berardi
Waidlistrasse 6
Horgen  8810
SWITZERLAND

Marco Draijer
Haarlemmerstraatweg 95
Halfweg 1165 MK
NETHERLANDS

Marco Houde
1818 Chemin Filteau
Saint-Nicolas QC G7A2C2
CANADA

Marco Minwegen
Meterstrasse 8
Hannover 30169
GERMANY

Marco Pilloud
Via Da Scola 20
Disentis/Muster 7180
SWITZERLAND

Marco Robutti
Via San Rocco 36
Villamagna CH 66010
ITALY

Marcolino Nafafe
801 Baltic Quay
Sweden Gate
London ENG E17 7AU
UNITED KINGDOM

Gianmaria Marconi
5704 Larry Drive
Texarkana, TX 75503

Marcos Ligero
Wagner 5
Sabadell B 8206
SPAIN

Marcus Hicks
8005 Chennault Avenue Unit 1775
Anchorage, AK 99506

Marcus Kemper
Am Quellenbusch 122
Bottrop 46242
GERMANY

Marcus Lee
316 N. El Camino Real
#211
San Mateo, CA 94401

Marcus Lumbert
3829 Yorkland Dr Nw
Apt 10
Comstock Park, MI 49321

Marcus Mahn
Margaretenstrasse 12
Berlin 10317
GERMANY

Marcus Rosser
2700 Whitney Ave
Apt 378
Harvey, La, LA 70058

Marcus Sailor
31114 Applewood Lane
Farmington Hills, MI 48331

Marcus Smith
662 Willow Heights Drive Northeast
Sandy Springs, GA 30328

Marcus Warkentin
1581 Monticello Drive
Hollister, CA 95023

Marcus Yeoh
4029 Walnut Grove Ave
Apt 2
Rosemead, CA 91770-5104

Marcus Zeigler
2214 Aspen Dr
Portland, TX 78374

Marek Jansen
Eisenacher Str. 64
Berlin 10823
GERMANY

Marek Lezoch
Barytowa 1
Tarnowskie Gory 42-605
POLAND

Marek Trofimiuk
Opaczewska 15, #46
Warszawa 02-368
POLAND

Maria Castellon
8261 Lone Boulder Street
Enterprise, NV 89113

Maria Wells
88 Harbour Street, #6907
Toronto ON M5J 0C3
CANADA

Marian Hodas
Na Lipovec 983
Rosina 1322
SLOVAKIA

Marian Petrov
Bd. Mamaia Nr.27
Cladirea Barwil, Etaj 4 Mob: 0788306428
Constanta CT 900189
ROMANIA

Marianne Kremiec
Aleja Zygmunta Krasiaskiego 9/20
Krakow 31-111
POLAND

Marija Temelkoska
Ivan Hadzinikolov 2/4
Skopje 1000
NORTH MACEDONIA

Marilou Gauthier
1526 Lapierre
Trois-Rivi  Res QC G8W2H9
CANADA

Marin Perez
697 Feather Drive
San Marcos, CA 92069

Marina Baker
P.O. Box 243
West Fork, AR 72774

Marina Brooks
2025 Primrose Drive
Irving, TX 75063

Marina Cottini
P.O. Box 210863
Anchorage, AK 99521

AJ Marino
3521 Shandwick Place
Birmingham, AL 35242

Mario Albero
728 8th Street
Secaucus, NJ 07094

Mario Emmanuel Vega Cota
San Gabriel 10 Paseo San Angel
Hermosillo SON 83287
MEXICO

Mario Kashou
545 Sally Garden Court
San Jose, CA 95136

Mario Martucci
9803 Spring Beauty
San Antonio, TX 78254

Mario Mayerthaler
Stammgasse 5
Klingel 21
Vienna  1030
AUSTRIA

Mario Morgan
6201 Haney Drive
Austin, TX 78723

Mario Muniz
3093 Sandersville Rd
Lexington, KY 40511-8877

Mario Tsikis
30-74 43rd St
Astoria, NY 11103

Marius Andrei
169 Kingsbridge Road, #169
London ENG SM4 4PU
UNITED KINGDOM

Marius Balciunas
Kybartu 35
Kaunas  LT-46207
LITHUANIA

Marius Catalin Hriscu
Calea Calarasilor Nr51
Ap9 Et3
Braila BR 810019
ROMANIA

Marius Mueller
Rudolf-Leonhard-Strasse 23
Dresden  1097
GERMANY

Marius Poinescu
Str Petru Rares, Bloc 263, Scara A, Apar
Vaslui VS UB7 8AA
ROMANIA

Marius Voda
Lucretiu Patrascanu Nr.4 Bloc T1, Scara
Bucuresti  30507
ROMANIA

Marjorie Ocampo
21308 59 Avenue Northwest
Edmonton AB T6M 0H5
CANADA

Mark Amuso
2885 Bridle Lane
Jupiter, FL 33458

Mark Bailey
2 Hield House Barns
Hield Lane, Aston-By-Budworth
Northwich ENG CW9 6FZ
UNITED KINGDOM

Mark Bailey
2 Hield House Barns
Hield Lane
Northwich ENG CW9 6FZ
UNITED KINGDOM

Mark Bennett
4716 North Gold Drive
Apache Junction, AZ 85120

Mark Bernardo
626 Lincoln Avenue
Apt F
Alameda, CA 94501

Mark Blum
95-956 Wikao St
Apt F302
Mililani, HI 96789-5069

Mark Booth
32 Main Road
Naphill
Naphill, High Wycombe ENG HP14 4QB
UNITED KINGDOM

Mark Borden
82534 Alda Drive
Indio, CA 92201

Mark Brown
4021 Fran Avenue
Lincoln, NE 68516

Mark Budd
551 Canterbury Circle
Canton, MI 48187

Mark Buskens
2 Cremona Rd
Sydney NSW 2226
AUSTRAILA

Mark Culver
199 Easton Point Way
Greenwood, IN 46142

Mark Dave Rivera
24464 Reserve Court
Menifee, CA 92584-0364

Mark De Groot
Gratamastraat 22A
Groningen  9714 HS
NETHERLANDS

Mark Eleshya
11 Harmony Way
Thorold ON L2V 0H1
CANADA

Mark Golton
1154 Pacific
San Francisco, CA 94103

Mark Hanna
25254 Denny Road
Torrance, CA 90505

Mark Hinton
2445 Saffire Way
Lewisville, TX 75056-6561

Mark Houghton
197 Tanglewood Drive
Hamilton ON L0R 1C0
CANADA

Mark Johnson
1380 Lake Drive
Woodworth, LA 71485

Mark Johnson
5702 Mustang Ridge Ln
Fulsher, TX 77441

Mark Juarez
2748 Del Rio Drive
Stockton, CA 95204

Mark Koellmann
1061 Prospect Avenue
Mountainside, NJ 07092

Mark Lawson
2955 Marchabnks Pl
Saint Louis, MO 63129

Mark Lloyd
305 Bald Eagle Way
Middletown, DE 19709

Mark M
101 Interocean Ave
Chicago Heights, IL 60411

Mark Malone
307 Citadel Heights Northwest
Calgary AB T3G 4A1
CANADA

Mark McDougald
108 East 30th Street
Kansas City, MO 64108

Mark Meister
709 E Cleveland St
Lafayette, CO 80026

Mark Michael
5135 Timber Mill Court
Mississauga ON L5V 2B8
CANADA

Mark Michaelis
1925 Stratsman Lane
Cave Springs, AR 72718

Mark Miller
18 Strowans Road
Dumbarton SCT G82 2PB
UNITED KINGDOM

Mark Mounce
36 Pinewood Court
London, KY 40744

Mark Newton
4092 Cherry Grove Road
Ball Ground, GA 30107

Mark Pace
7745 58th Avenue NE
Seattle, WA 98115

Mark Palsson
6935 North Aliante Parkway
Ste 104 - 350
North Las Vegas, NV 89084

Mark Paton
1451 Brickell Ave
Apt 2303
Miami, FL 33131

Mark Pellechi
14 Gingerbread Rd
Kings Park, NY 11754

Mark Reith
1690 Lago Mar Dr
Dayton, OH 45458

Mark Reynaert
21 Church Street
Huntsville ON P1H 1G8
CANADA

Mark Rojek
5110 Red Field Ct
Plainfield, IL 60586-5812

Mark Ryan
12 Colony Drive
Kitchener ON N2E 2W2
CANADA

Mark Schneider
2237 Doster Drive
New Smyrna Beach, FL 32168

Mark Schutte
5632 Roan Mountain Pl
Raleigh, NC 27613

Mark Skertich
22 Seasons Ridge Court
Maryville, IL 62062

Mark Sutton
7440 Star Pine Circle
Highland, CA 92346

Mark Tornabene
165 Maximus Drive
Lone Tree, CO 80124

Mark Twight
972 South 300 West
Salt Lake City, UT 84101

Mark Waldrop
9614 Camden Town Dr
Concord, NC 28027

Mark Williams
1733 North County Drive
Castle Hayne, NC 28429

Mark Williams
1733 County Dr N
Castle Hayne, NC 28429

Mark Williams
4030 Foxridge Way
Napa, CA 94558

Mark Wilson
2255 West 136th Street
Carmel, IN 46032

Mark Yocke
4 Red Oak Ct
Novato, CA 94949-8414

Mark Zarobsky
1704 Timberglen Drive
Imperial, PA 15126

Marko Bozic
45 Procure Drive
Box 3106
Stonewall MB R0C 2Z0
CANADA

Marko Kukec
Labinska 13
Varazdin  42000
CROATIA

Marko Pusnik
Bolfenska 4
Maribor  2000
SLOVENIA

Marko Rieken
Auerstr. 38
Berlin  10249
GERMANY

Marko Sovulj
Porton Biondi 1
Rovinj  52210
CROATIA

Alket Marku
808 North Franklin Street, #3013
Tampa, FL 33602

Markus Deffner
Sonnenstrasse 19
Crossflow Gmbh
Munich  80331
GERMANY

Markus Freund
Steinbahn 85
Meinpart Online Marketing
Siegburg  53721
GERMANY

Markus Greiner
Lehrer-Wirth-Strasse 17
Munich  81829
GERMANY

Markus Hemberg
Piongrand 6B
Saltsjo-Boo  13242
SWEDEN

Markus Rapatz
An Der Frauenkirche 5
Hilton Hotel
Dresden  1067
GERMANY

Marlon Manuel
6168 Burroughs Ave.
Sterling Heights, MI 48314

Marlon Wilks
2747 Hwy 28 East
Apt 702
Pineville, LA 71360

Marquis Wong
2316 W Armitage Ave
Chicago, IL 60647

Marsha Evans
115 Tait Road
Stockbridge, GA 30281

Martijn Van Rij
Soerenseweg 97
Apeldoorn  7313 EJ
NETHERLANDS

Martijn Vos
Leyweg 35
Den Haag  2545 CB
NETHERLANDS

Martin Allika
Lille 9, #1
Tallinn  10614
ESTONIA

Martin Barbe
1501 Federal Road
P.O. Box 11120
Iqaluit NU X0A 0H0
CANADA

Martin Beil
August Birkmaier Weg
3A
Ebersberg  85560
GERMANY

Martin Belusko
24 Liscombe Street
Newport WLS NP190HQ
UNITED KINGDOM

Martin Blakey
504 Farr Rd
Muskegon, MI 49444

Martin Bures
370 Shelburne Road
#4339
Burlington, VT 05401

Martin Chaput
1668 Elsmere Avenue
Windsor ON N8X 4H4
CANADA

Martin Heuseler
An Der Eiche 46
Pinneberg  25421
GERMANY

Martin Jelanek
Prvnaho Pluku 18
Praha 8  18600
CZECH REPUBLIC

Martin Kessler
Lindenallee 27
Berlin  14050
GERMANY

Martin Kimani
1150 Panoche Avenue
San Jose, CA 95122

Martin Neilly
7 Ferrymans Quay
Southampton ENG SO315RA
UNITED KINGDOM

Martin Odisho
80 Flynn Avenue
Middleton Grange NSW 2171
AUSTRAILA

Martin Oehlmann
227 Route Du Col De Leschaux
Saint-Eustache  74410
FRANCE

Martin Peacock
26A Ewell Road
Cheam ENG SM3 8BU
UNITED KINGDOM

Martin Salter
744 Mercury Avenue
Lompoc, CA 93436

Martin Sirois
2355 Rue De Celles #200
Quebec QC G2C 2B8
CANADA

Martin Stamatis
Iskur 27
Yardzhilovtsi  2355
BULGARIA

Martin Suffield
14 Moorside Rise
Cleckheaton ENG BD196AA
UNITED KINGDOM

Anthony Martin
P.O. Box 7026
Fremont, CA 94537

```
Martina Steinhoff
Blauwiesenweg 13
Frankfurt Am Main
GERMANY

Victor Martinez Ulloa
313 S Western Ave
Santa Ana, CA 92703

Martins Nwokeji
37 Abington Rd, Winnipeg
Winnipeg MB R2J 3S7
CANADA

Martish Kuchinsky
6725 Yolanda Avenue
Los Angeles, CA 91335

Martyn Briggs
12 Little Mill Meadow
Telford ENG TF1 6NZ
UNITED KINGDOM

Martynas Laurinavicius
Bajoru Sodu 6-Oji G. 35
Vilnius 8426
LITHUANIA

Marvin Petersen
16622 Leitner Road Southwest
Rochester, WA 98579

Marvin Torres
950 East 3rd Street
#2611
Los Angeles, CA 90013

Marvin Waite
P.O. Box 795
Logandale, NV 89021

Mary Evans
1107 Rand Way
Superior, CO 80027

Mary Grace Sultan
21 Walcrest Gate Southeast
Calgary AB T2X 4G3
CANADA

Mary Trupiano
1410 Hawthorne Road
Grosse Pointe Woods, MI 48236
```

Mashab Anwar
440 Wardlaw Ave
Lower Floor.
Kelowna BC V1Y 5B4
CANADA

Masis Artin
Astra Vintergatan 78
Arebro  70343
SWEDEN

Mason Anderson
418 Kensington Blvd
Saskatoon SK S7L 6N7
CANADA

Mason Oxley
1425 90th Street
Mount Pleasant, WI 53406

Mason Shohet
4737 Vista Cove Place
Loomis, CA 95650

Mason Smith
13333 West Road
Apartment 935
Houston, TX 77041

Masoud Alshoum
Sicksackvagen 4 Lgh 1302
Gavle  80632
SWEDEN

Mass Geremia
735 2 Ave Sw, Suite 1102
Calgary AB T2P 0E4
CANADA

Massimo Lazzeri
Via Giuseppe Richa, 68
Firenze FI 50134
ITALY

Massoumeh Fekri
4170 Rue Mackenzie
Laval QC H7W 1M8
CANADA

Matei Coseru
Str. Cetatea De Balta, Nr. 14-20, Bl. 28
Ap. 56, Sector 6
Bucuresti B 60968
ROMANIA

Mateo Nevarez
5425 41st Street
Lubbock, TX 79414

Mathieu Allard
1129 Des Hirondelles
Boucherville QC J4B5Y8
CANADA

Mathieu Correge
23 Hameau Du Mardaing
Azereix  65380
FRANCE

Mathieu Ricard
144 Rue Des Francais
Mont-Saint-Hilaire QC J3H 6J2
CANADA

Matias Campins
4004 Wavertree Rd.
Frisco, TX 75036

Matil Brouillard
1392 Rue Du Moulin
Ste-Julie QC J3E2B3
CANADA

Matin Kheyrani
3934 Valley Ridge Dr
Fairfax, VA 22033

Mats Kallenberger
Rellinghauserstr. 187
Essen  45136
GERMANY

Mats Van Krieken
Zuiderlingedijk 127
Spijk Gem Lingewaal  4211 BC
NETHERLANDS

Matson Pearce
3614 South Versailles Avenue
Dallas, TX 75209

Clay Matson Pearce
3614 South Versailles Avenue
Dallas, TX 75209

Matt Baum
1869 Montclair Drive
Unit A
Mount Pleasant, SC 29464

Matt Crippen
2041 W Palmyra Ave
Apt A
Orange, CA 92868

Matt Digman
2763 Rockefeller Road
Willoughby Hills, OH 44092

Matt Ghiglieri
830 Munley Drive
Reno, NV 89503

Matt Guest
221 Reddington Lane, #306
Tooele, UT 84074

Matt Harrity
322 Mill Pond Lane #919
Salisbury, MD 21804

Matt Johnson
651 East Gulf Drive
Unit 114
Sanibel, FL 33957

Matt Kennedy
16 Eacham Ave
Coombabah
Gold Coast QLD 4216
AUSTRAILA

Matt Kimura
25652 Rimgate Dr
14F
Lake Forest, CA 92630

Matt Kimura
25652 Rimgate Dr
Unit 14 F
Lake Forest, CA 92630-6065

Matt King
18 Woodlands Green
Harrogate  ENG HG2 8QD
UNITED KINGDOM

Matt Mical
950 W Leland Ave #610
Chicago, IL 60640-7100

Matt Roberts
6472 Capri Isle
Saint Augustine, FL 32095

Matt Short
241 Cantamar Court
Roseville, CA 95747

Matt Smith
7970 Rawlings Road
Lambton Shores ON N0N 1J2
CANADA

Matteo Cacialli
15 Lister Road
London ENG E113DS
UNITED KINGDOM

Matteo Signorelli
13065 Katonien Street
Maple Ridge BC V2W0J2
CANADA

Matthew Abbott
10 Havenwoods Way
Fredericksburg, VA 22406

Matthew Amacker
1045 Reed St
Santa Clara, CA 95050

Matthew Ash
26 Roker Park Avenue
Ickenham
Uxbridge ENG UB10 8ED
UNITED KINGDOM

Matthew Barron
446 Glenway Street
Madison, WI 53711

Matthew Beckerman
0S140 North Mathewson Lane
Geneva, IL 60134

Matthew Bird
35 Dart Avenue
Exeter ENG EX2 7FX
UNITED KINGDOM

Matthew Bohn
109 Bridal Ln
Oakdale, PA 15071

Matthew Box
306 Jacaranda Pl
Fullerton, CA 92832

Matthew Breen
70 Vestry St
Apt. 5F
New York, NY 10013

Matthew Brown
12 Amherst Road
New City, NY 10956

Matthew Buldo
206 SW 37th St
Cape Coral, FL 33914

Matthew Burkard
3491 Grandview Avenue
Sharonville, OH 45241

Matthew Clair
427 E Brubaker Valley Rd
Lititz, PA 17543

Matthew Cody
3806 W Carolina Drive
West Jordan, UT 84084

Matthew Day
Apt 1, The Old Mill
Cadnant Road
Menai Bridge WLS LL59 5NG
UNITED KINGDOM

Matthew Dodson
2333 E Greensboro Ch-Hill Rd
Graham, NC 27253

Matthew Eguchi
361 Arbol Drive
Watsonville, CA 95076

Matthew Farringer
5051 Nittany Valley Drive
Lamar, PA 16848

Matthew Ferguson
4792 Cox Mill Road
Sanford, NC 27332

Matthew Fiebig
3049 Kentucky Ave S
Minneapolis, MN 55426-3444

Matthew Garren
1263 SW Belle Ave.
Topeka, KS 66604

Matthew Hall
21A Opahi Bay Road, Mahurangi West
Auckland AUK 983
NEW ZEALAND

Matthew Harbin
113 Will Blvd
Searcy, AR 72143

Matthew Hardin
4300 E Caitlin Lane
Cottonwood, AZ 86326

Matthew Hargis
2669 Garfield Street
Detroit, MI 48207

Matthew Harris
1334 Clarence Drive
Idaho Falls, ID 83402

Matthew Hermsen
240 Crocker Drive
Apt C
Bel Air, MD 21014

Matthew Horvath
4655 W Mineral Dr
Unit 735
Littleton, CO 80128

Matthew Jacobs
17 Kandlewick Close
St. Albert AB T8N 6Z7
CANADA

Matthew Jordan
556 Village Park Dr
Kennesaw, GA 30144-5551

Matthew Kadish
9559 Summer Cypress St.
Las Vegas, NV 89123

Matthew Kaynak
25 Poplar St
Butler, NJ 07405

Matthew Kerl
1245 River Ridge Drive
Brownsburg, IN 46112

Matthew Kilgore
1041 Lake Colony Lane
Vestavia, AL 35242

Matthew Landsborough
280 Jackman Road
West St Paul MB R4A 3A3
CANADA

Matthew Liu
367 Santana Row Unit 6007
San Jose, CA 95128

Matthew Marin
31 Mises Street
Mount Pleasant, SC 29464

Matthew Markell
1401 Mt Airy Rd
Rosedale, MD 21237

Matthew Martin
6235 Whitehead St #1609
Granger, IN 46530

Matthew Meyer
2609 Bowie Trail
Temple, TX 76502

Matthew Meyers
880 Alabama St
Apt 411
Houston, TX 77002

Matthew Mixon
4530 Simsbury Road
Apartment E
Charlotte, NC 28226

Matthew Moniz
57 Petman Ave
Toronto ON M4S2S9
CANADA

Matthew Moroney
76 Elibank Road
London ENG SE9 1QL
UNITED KINGDOM

Matthew Nymoen
57 Cherry Court
Appleton, WI 54915

Matthew Opitz
3021 Holmes Ave S
Apt 504
Minneapolis, MN 55408

Matthew Page
268 Windrose Ct
Newbury Park, CA 91367

Matthew Passmore
10205 Chase Commons Dr
Apt 201
Burke, VA 22015

Matthew Patti
1506 Nightshade
San Antonio, TX 78260

Matthew Pender
701 Baffin St
Foster City, CA 94404

Matthew Phan
457 Mallorytown Avenue
Mississauga ON L4Z2M7
CANADA

Matthew Ridgers
136 East Country Club Drive
Brentwood, CA 94513

Matthew Rinaldi
522 Saint Pauls Ave
Cliffside Park, NJ 07010-1620

Matthew Robbins
4122 Bedford Ave
Winter Haven, FL 33884

Matthew Sentas
416 Mass Ave #2
Boston, MA 02118

Matthew Spicer
2119 5th St
Greeley, CO 80631

Matthew Thoman
2203 Bowmont Dr
Beverly Hills, CA 90210

Matthew Tully
1432 S Calle De Maria
Palm Springs, CA 92264

Matthew Velez
9800 SW 167th St
Miami, FL 33157

Matthew Waggoner
2726 Stearman St
Poplar Grove, IL 61065

Matthew White
17 - 19 Leicester Square
New Way Lane
London ENG WC2H 7LE
UNITED KINGDOM

Matthew Wolfe
11752 Cottonwood Ave
Palm Beach Gardens, FL 33410

Matthew Woolman
13403 Clayton St
Thornton, CO 80241-1339

Matthias Birk
Albert-Einstein-Strasse 5
Germaringen  87656
GERMANY

Matthias Pfeiffer
Am Rehkampf 1
Ingelheim Am Rhein  55262
GERMANY

Mattia Muratore
Viale Prospero Colonna 60
Roma RM 149
ITALY

Maude Ek
130 Abogado Avenue
Walnut, CA 91789

Mauricio Garcia
11 North Ann Street
Baltimore, MD 21231

Mauricio Vargas
4120 Camero Ave
Los Angeles, CA 90027

Mauro Matteucci
Via Pace 21
Orzivecchi BS 25030
ITALY

Mauro Susin
10/99 Ashby Street
Fairfield QLD 4103
AUSTRAILA

Maury Noun
21 N Church Rd
Saddle River, NJ 07458

Max Benedict
182 Brady Street
Charleston, SC 29492

Max Breward
5 Flora Street
Leicester  ENG LE3 5RN
UNITED KINGDOM

Max Diaz
39334 Dijon Lane
Palmdale, CA 93551

Max Gutierez
1160 East Oleander Street
Fort Worth, TX 76104

Max Hehr Hehr
Helsinkistr. 3
Herzogenauchrach  91074
GERMANY

Max Zupicic
439 6E Rue
Laval QC H7N 1Y6
CANADA

Maxalex Fequiere
403 Quaker Ridge Court
23435, VA 23435

Maxamaid Ontoro
Hertistrasse 30
Wallisellen  8304
SWITZERLAND

Maxim Ershov
Praha 10 Strasnice Kruhova 14/534
Praha 10 Strasnice Kruhova 14/534
Praha  10000
CZECH REPUBLIC

Maxime Delavenne
30 Chemin Bates
App 405
Montreal QC H2V4T4
CANADA

Maxime Labrie
4926 Blvd Kimber
Saint-Hubert QC J3Y 7Z8
CANADA

Maximilian Heiler
Bokelstrasse 1
Bielefeld  33649
GERMANY

Maximilian Kies
Landskronstrasse 28
Darmstadt  64285
GERMANY

Maximilian Leonard
58 High Meadow Ln
Mystic, CT 06355

Maximiliano Manzella
20900 Northeast 30th Avenue
Aventura, FL 33180

Maxine Rose Mayor
132 Carlisle Way
Benicia, CA 94510

Maxton Lown
699 W 29th Ave Apt#3353
Denver, CO 80202

Maxwell Puttman
8 Blamey Place
Oconnor WA 6163
AUSTRAILA

Maxwell Traubert
1110 North Kensington Street
Apt 1
Arlington, VA 22205

Maya Layani
12 Rue Henri Matisse
Blagnac  31700
FRANCE

J Scott McCraney
P.O. Box 37
Elberta, AL 36530

Vincent McNeely
4359 Benning Rd NE
Washington, DC 20019

Graedon McRorie
38 Swastika Trail
Cambridge ON N3C2V4
CANADA

Meaghan Rettig
1510 Demonbreun St, #507
Nashville, TN 37203-3193

Anthony Medrano
10447 Amigo Ave
Porter Ranch, CA 91326

Megan Hutchison
304 Mayville Ave
Pittsburgh, PA 15226

Mehdi Astani
13 Crystal Drive
Richmond Hill ON L4C 7Z4
CANADA

Mehmet Kilic
Wedekindweg 9
Darmstadt  64293
GERMANY

Mehmet Ozel
Asan Pharmacy, Selcuk Avkiran Sok., Task
1 Stasinou Street, Engomi, To Be Collect
Nicosia  2404
CYPRUS

Meika Barclay
3127 Bay Road
Ferndale, WA 98248

Meili Cashy Sa
Wallstr. 13
Basel  4051
SWITZERLAND

Michael Lee Meinert
251 Warren Avenue
Hawthorne, NY 10532

Melisa Alina Manea
122 Rue Des Bourguignons
2nd Floor, Door On The Right
Asnieres-Sur-Seine  92600
FRANCE

Melissa Clouthier
2 Cedar Chase Place
Spring, TX 77381

Melissa Mazzeo
2560 Northwest 2nd Drive
Pompano Beach, FL 33064

Melissa Switzer
3449 Heatherwood Drive
Hamburg, NY 14075

Enrique Mendez
286 Lombardy Lane
Banning, CA 92220

Metzgerei Widmayer GmbH & Co.KG
Lichtackerstrasse 6
Denkendorf  73770
GERMANY

Mevrouw Jacobs
Herstraat 7
Den Hout  4911BD
NETHERLANDS

Mia Lorentzson
Wiboms Vag 7
Solna  17160
SWEDEN

Micah Linderman
525 N Wilton Pl Ph515
Los Angeles, CA 90004

Micah Pearce
13123 Regency Frst
San Antonio, TX 78249

Micah Rivoire
1024 Santee Street #500
Los Angeles, CA 90015

Micah Sze
665 Pine St., #1100
San Francisco, CA 94108

Michael Adam
Balders Vei 21
M  Re Og Romsdal
Kristiansund N   6511
NORWAY

Michael Ahlgrim
29989 Happy Hunter Drive
Canyon Lake, CA 92587

Michael Alfieri
4 Westview Circle
Hingham, MA 02043

Michael Arlinghaus
261 Stage Coach Rd
Oceanside, CA 92057

Michael Atwood
11108 Violet Ct
Riverside, CA 92503

Michael Avermann
Bokenkamp 9
Munster  48161
GERMANY

Michael Baker
2404 Waterbend Dr
Flower Mound, TX 75028

Michael Baker
1340 New Hampshire Dr
Concord, CA 94521

Michael Beard
8541 88 Street
Edmonton AB T6J 3C4
CANADA

Michael Behrend
5722 Sandbirch Way
Lake Worth, FL 33463

Michael Bennett
2255 Village Centre Drive
Loganville, GA 30052

Michael Berio
1206 SE 6 St, #203
Cape Coral, FL 33990

Michael Bonfiglio
4012 7th Ave Apt 10
Brooklyn, NY 11232

Michael Breus
1905 Oak Ave
Manhattan Beach, CA 90266

Michael Brickey
4484 Myron Road
North Lakeport, MI 48059

Michael Brickey
4484 Myron Road
Burtchville, MI 48059

Michael Brown
3118 Kershaw St
Columbia, SC 29205

Michael Burgess
P.O. Box 22025 Rpo Plaza Ii
Fort McMurray AB T9H 5B6
CANADA

Michael Burns
3523 Kudrow Ln
Morrisville, NC 27560

Michael Burton
4009 Seashell Circle
Orlando, FL 32804

Michael Byrne
522 Stonebridge Court
Pleasant Hill, CA 94523

Michael Calabrese
741 E. Lime Avenue
Monrovia, CA 91016

Michael Caldwell
6585 Mohican Dr
Colorado Springs, CO 80915

Michael Camfield
3211 W. Division St.
Trlr. 223
Arlington, TX 76012-3408

Michael Carreiro
407R Mystic Ave Ste 20
Medford, MA 02155

Michael Cates
201 Front Street Suite 322
Key West, FL 33040

Michael Chagan
920 West Lakeside Place
Chicago, IL 60640

Michael Childs
P.O. Box1167
Stanton, TX 79782

Michael Clifton
7261 Vrain Street
Westminster, CO 80030

Michael Cortez
1726 Judith Resnik Drive
El Paso, TX 79936

Michael Deboer
16328 North Loper Street
Nampa, ID 83651

Michael Dominguez
2456 Cash Court
Las Vegas, NV 89156

Michael Dorgan
139 Park Road
Teddington ENG TW11 0BS
UNITED KINGDOM

Michael Dubiel
42 Broad Street East
Mount Vernon, NY 10552

Michael Emerson
209 Aegean Way #189
Vacaville, CA 95687

Michael Fleury
2890 West 21st Street
4G
Brooklyn, NY 11224

Michael Fluharty
1560 Hwy 9 East, Unit C
Longs, SC 29568

Michael Foley
725 Highland Street
Stoughton, MA 02072

Michael Franco
108-22 51st Ave
New York, NY 11368

Michael Fritz
Heinestrasse 3
Wuerzburg  97070
GERMANY

Michael Fry
10514 West Lockwood Street
Boise, ID 83709

Michael Garcia
3624 Northwest 12th Street
Miami, FL 33125

Michael Ginter
25 Christian Street
Wallingford, CT 06492

Michael Green
5 Theresa Court
Edison, NJ 08837

Michael Grimes
5776 Ormes Rd
Vassar, MI 48768

Michael Gutman
1160 Richmond Road
3I
Staten Island, NY 10304

Michael Habschmidt
215 Stanley Ave
Park Ridge, IL 60068

Michael Hansen
1318 Kater Street
Philadelphia, PA 19147

Michael Harris
5360 Adobe Falls Rd
Unit 16
San Diego, CA 92120

Michael Hasz
1503 North Village Road
Reston, VA 20194

Michael Hischier
Im Gassacher 10
Binz  8122
SWITZERLAND

Michael Holcomb
17931 Fir Road
Alvin, TX 77511

Michael Howe
114 Malverne Dr
Syracuse, NY 13208

Michael Jablonski
Christian-Volter-Strasse 30
Metzingen  72555
GERMANY

Michael Jachelski
106B White Street
Fort Huachuca, AZ 85613

Michael Jarembek
6630 Camino Santo
Scottsdale, AZ 85254

Michael Kallmeyer
1734 Broadlee Trail
Annapolis, MD 21401

Michael Karimizadeh
45 Driftwood Ave
Apt #1310
North York ON M3N 2M4
CANADA

Michael Kimura
1131 Buehler Drive
Las Vegas, NV 89102

Michael Kinsey
1625 Watkins Rd
Battle Creek, MI 49015

Michael Kirkman
148 North 6th Street
San Jose, CA 95112

Michael Klewinski
510 S 170 W
Springville, UT 84663

Michael Leeman
156 Yeardley Dr Apt 3
Newport News, VA 23601

Michael Liu
647 57th St
Street
Brooklyn, NY 11220

Michael Lyng
530 Grand Canyon Blvd
#3
Reno, NV 89502

Michael Mallon
165 Cattail Lane
Valparaiso, IN 46385

Michael Maltzman
704 Foothill Road
Beverly Hills, CA 90210

Michael McLaughlin
18165 Hilda Dr.
Ft Myers, FL 33967

Michael Melhorn
555 Clark St
Green River, WY 82935

Michael Messina
609 Baintree Run
Downingtown, PA 19335

Michael Minichiello
159 Park Avenue
Leonia, NJ 07605

Michael Mirabile
17 Dillon Lane
Smithfield, RI 02917

Michael Morales
9359Konocti St.
Rancho Cucamonga, CA 91730

Michael Morris
3615 Ash Street
Unit 13
San Diego, CA 92105

Michael Munger
1242 Doric Dr
Lafayette, CO 80026

Michael Najdi
356 Village St Medway
Boston, MA 02053

Michael Niebla
13461 Edwards Street
Westminster, CA 92683

Michael Omranian
4515 Canoga Drive
Los Angeles, CA 91364

Michael Osullivan
8 Oakley Park
Clontarf
Dublin D D03 PE03
IRELAND

Michael Pagliarini
54 Nooseneckhill Rd
#1 Brick Cabin
West Greenwich, RI 02817

Michael Plastina
39 Pagebrook Drive
Etobicoke ON M9P 1P4
CANADA

Michael Polen
26723 North 52nd Drive
Phoenix, AZ 85083

Michael Powers
81 Ambleside Avenue
Toronto ON M8Z 2H9
CANADA

Michael Pulec
90 Trinity Street, #511
Toronto ON M5A 0E4
CANADA

Michael Racic Novak
Stora Sallskapets Vag 50, 3Tr
Lgh 1302
Stockholm  12731
SWEDEN

Michael Rios
130 19th St
Palm Harbor, FL 34683

Michael Robbins
9158 Yates Bay Court
Brooklyn Park, MN 55443

Michael Rounds
119 Hoot Owl Lane North
Leander, TX 78641

Michael Salazar
3448 Cowboy Way
San Angelo, TX 76905

Michael Schliwa
263 Jersey Tea Circle.
Ottawa ON K1V 2L5
CANADA

Michael Schweisinger
23332 Adolph Avenue
Torrance, CA 90505

Michael Seeley
1204 Regency Park North
Queensbury, NY 12804

Michael Smith
829 South Park Avenue
Unit B
Independence, MO 64052

Michael Smith
16707 E Yucca Ash Farm Rd
Sonoita, AZ 85637

Michael Stokes
2273 Red Knot Lane
Apex, NC 27502

Michael Suhrbier
4709 Block Island Ln
Clermont, FL 34714

Michael Swain
4000 E 5th St
Long Beach, CA 90814

Michael Tang
327 N Todd St
Visalia, CA 93291

Michael Tayag
8109 28th Avenue Southwest
Seattle, WA 98126

Michael Thomas
6720 Laurel Avenue
Portage, IN 46368

Michael Tiano
975 Downing Drive
Woodstock ON N4T 0K4
CANADA

Michael Tsun
2817 Dayton Ave NE
Renton, WA 98056

Michael Turner
4315 E. Mission Blvd
Fayetteville, AR 72703

Michael Twells
391 Northeast 43rd Court
Oakland Park, FL 33334

Michael Vaticano
173 Edison A
Edison, NJ 08820

Michael Vick
4429 Maize Dr.
Plano, TX 75093

Michael Wallace
5190 Northwest 167th Street #102
Hialeah, FL 33014

Michael Walters
2 Adelaide Mews
Stowmarket
Suffolk ENG IP14 2GA
UNITED KINGDOM

Michael Waskow
Selliner Strasse 44
Dresden  1109
GERMANY

Michael Wherley
18987 Rossback Ter
Leesburg, VA 20176

Michael Wieser
Am Lowentor 10
Berlin  14109
GERMANY

Michael Williams
1305 W. Marvin St.
Longwood, FL 32750-6129

Michael Williams
323 Trappers Pond Ct
Tooele, UT 84074

Michael Wilson
606 Nara Building
London ENG SE137FH
UNITED KINGDOM

Michael Wilson
2175 Carlmont Drive #9
Belmont, CA 94002

Michael Winkler
Meierei 1E
2Consult E.K.
Stein  90547
GERMANY

Michael Withers
15 Borthwick Place
Balmullo
St. Andrews SCT KY16 0EB
UNITED KINGDOM

Michael Wurster
6 Grass Rd
Cherry Hill, NJ 08034

Michael Zelbel
Forstwaldstrasse 365
Zelbel Ltd & Co.Kg
Krefeld  47804
GERMANY

Michaela Dubois
3928 1st Avenue North
Saint Petersburg, FL 33713

Michal Dolinay
Luana 1111
Rajec  1501
SLOVAKIA

Michal Morawski
314 W Beech Dr
Schaumburg, IL 60193

Micheal Mohansingh
12 Carlton Rd
Frederiksted, VI 00840

Michel Portmann
1320 Main Street
Apt 4
Cincinnati, OH 45202

Michele Twitchell
25451 Hardy Place
Stevenson Ranch, CA 91381

Michele-Lee Barasso
3221 Farmington Dr
Chevy Chase, MD 20815

Michelle Broussard
120 Great Oak Way
Warner Robins, GA 31088

Michelle Dunner-Meli
Stockenstrasse 1
Burglen  8575
SWITZERLAND

Michelle Maccio
9310 Cherokee Lane
Beverly Hills, CA 90210

Mick McGee
2162 31st Avenue
San Francisco, CA 94116

Miguel A Ambrosi Avila
Alborada 389, Parques Del Pedregal
Parques Del Pedregal
Tlalpan DF 14010
MEXICO

Miguel Alkmim
Kiss Jozsef Utca 7
4 Emelet, 405 Ajto (Buzzer45)
Budapest  1081
HUNGARY

Miguel Alonso Alvarez Olivas
Street Orleans, #217 Cerradas De Concord
House 217
Apodaca NL 66609
MEXICO

Miguel Angel Sanchez
1020 Rue Chateauneuf
Saint-Jerome QC J5L 1H7
CANADA

Miguel Bonilla
1527 North Cypress Avenue
Ontario, CA 91762

Miguel Delaguardia
2160 SW 123 Ct
Miami, FL 33175

Miguel Grau
Urb. Valparaiso Calle 1 K-16
Toa Baja, PR 00949

Miguel Kafati
Colonia Miramontes 5Ta Calle #2212
Tegucigalpa  0
HONDURAS

Miguel Otano
4406 NW 74th Ave.
005-002026
Miami, FL 33195-6407

Miguel Padilla
43 E Mcclellan Ave.
Livingston, NJ 07039

Miguel Sanchez
5415 Central Avenue
Bonita, CA 91902

Miguel Sanchez
298 S Peppertree Dr.
Vero Beach, FL 32963

Miguel Segui
Gran Via De Les Corts Catalanes 1040, Ba
Barcelona B 8020
SPAIN

Mihai Olteanu
1900 Van Buren St.
Apt 508B
Hollywood, FL 33020

Mihail Cristian Croitoru
6 Abbey Road
London ENG SW192LZ
UNITED KINGDOM

Mihail Golovin
Flat 4
7 Annandale Avenue
Bognor Regis ENG PO21 2ES
UNITED KINGDOM

Mihail Muntean
40 Glenavon Road
London ENG E15 4DD
UNITED KINGDOM

Mika Astono
9 Windmill Avenue
Ladera Ranch, CA 92694

Alireza Mikaeili
755 International Blvd
Apt#139
Houston, TX 77024

Mike Barger
131 S. 11th St
Pittsburgh, PA 15203-1241

Mike Benish
17 Woodycrest Ave
Toronto ON M4J 3A5
CANADA

Mike Benoit
188 Rue Lasalle
Saint-Constant QC J5A 0J1
CANADA

Mike Blakey
5245 SW 103 Drive
Gainesville, FL 32608

Mike Bolis
226 West Washington Street
Itasca, IL 60143

Mike Concannon
1024 Kirby Court
Folsom, CA 95630

Mike De Oliveira
185 Lambton Ave
Toronto ON M6N 2T1
CANADA

Mike Economopoulos
95 Chester Avenue
Toronto ON M4K 2Z8
CANADA

Mike Economopoulos
205 Wynford Drive, #2106
Toronto ON M3C3P4
CANADA

Mike Eielts
Wilgenhof 139
Papendrecht  3355PG
NETHERLANDS

Mike Gustavson
2554 Vine St.
Vancouver BC V6K 3L1
CANADA

Mike Hall
40 Hither Green Lane
Redditch ENG B98 9BW
UNITED KINGDOM

Mike Hintz
16672 Southwest Jordan Way
Tigard, OR 97224

Mike Holman
Flat 48 The Ironworks
58 Dace Road
Bow ENG E32NX
UNITED KINGDOM

Mike Howey
6171 Standing Stone Dr
Holland, MI 49423

Mike Kennedy
1319 Howard St
Mount Morris, MI 48458

Mike Miles
4608 Gates Road
Warrenton, VA 20187

Mike Miller
6366 NE Marina Ct
Hillsboro, OR 97124

Mike Oconnell
14489 Wilder Lane
Grass Valley, CA 95945

Mike Panayiotides
6S114 Lakewood Dr
Naperville, IL 60540

Mike Rose
261 Wallington Ave
Wallington, NJ 07057

Mike Sha
10 Tieman Circle
Delanco, NJ 08075

Mike Truxillo
925 State Street
New Orleans, LA 70118

Mike Ward
3190 Roswell Road Northwest
Atlanta, GA 30305

Mikhail Abdurakhmanov
16 Troy Drive
Apartment A
Springfield, NJ 07081

Mikhail Maximov
Seren Park Gardens 97
London ENG SE3 7RR
UNITED KINGDOM

Mikhail Pakhomov
23 Mahogany Drive SE
Calgary AB T3M 2K3
CANADA

Mikkel Galsgaard
Arkildsdal
128 St
Norresundby  9400
DENMARK

Alex Mikul
10055 Southwest Sire Terrace
Beaverton, OR 97008

Milan Hodas
Mlynska 454
Rosina  1322
SLOVAKIA

Milan Jajic
8 Equestrian Way
Lemont, IL 60439

Milan Reichbach
444 South Blount Street, #117
Raleigh, NC 27601

Miles Orourke
237 Roesch Avenue
Unit A
Oreland, PA 19075

Mili Ombasic
220 Woodridge Crescent, #205
Ottawa ON K2B 8G1
CANADA

Matthew Miller
172 Rt 28
Inlet, NY 13360

Milly Petkovic
5 Hausman St, #2
Brooklyn, NY 11222

Milos Fiala
Oradourska 145
Lidice  27354
CZECH REPUBLIC

Milutin Markovic
Greifenstrasse 15
St. Gallen  9000
SWITZERLAND

Minhaz Mishu
1004 Beverley Rd
Apt 2
Brooklyn, NY 11218

Miodrag Zarev
3 Beverley Close
Epsom ENG KT173HB
UNITED KINGDOM

Mira Ghattas
1277 West Cordova Street
Th31
Vancouver BC V6C 3P9
CANADA

Mircea Predut
Vintila Mihailescu Nr 19 Bl 62 Sc A Ap 5
Bucuresti B 60395
ROMANIA

Mirko Tomioli
Via Carotte 17 Verona
Cerea VR 37053
ITALY

Miroslav Stanojevic
Samarska 1
Unicom-Telecom D.O.O. Beograd
Belgrade  11077
SERBIA

Mirza Gubeladze
9035 Colby Dr, Apt 2319
Apt 2319
Fort Myers, FL 33919

Mirza Otovic
60 Monitor Street
Suite 2
Jersey City, NJ 07304

Mirza Otovic
60 Monitor St
Jersey City, NJ 07304

Misty Hutton
15 Rolling Hills Drive
Barrington, IL 60010-9333

Mitch Petracca
340 West 3rd Street, #3
Boston, MA 02127

Mitchell Ethier
2951 Riverside Drive
Unit 212
Ottawa ON K1V 8W6
CANADA

Mitchell Manning
18213 19th Drive Southeast
Bothell, WA 98012

Andy Mitchell
2900 Laurel Ridge Way
Apt 9006
East Point, GA 30344

Mithilan Thanabalasingam
14 Arnold Estate Lane
Ajax ON L1S 7L6
CANADA

Mitja Jankovi
Via Fabio Severo 33
Trieste TS 34133
ITALY

Mj Miller
18 Strowans Road
Dumbarton SCT G82 2PB
UNITED KINGDOM

Mohamad Alsalti
Plonzeile 38
Berlin  12459
GERMANY

Mohamad El Hout
14, Rue Veillette
Rue Veillette
Saint-Constant QC J5A 1N7
CANADA

Mohamad El-Zaru
17 Fox Meadow Drive
Westwood, MA 02090

Mohamad Fneich
Theodor Heuss Strasse 25
Albstadt  72459
GERMANY

Mohamad Geron
Auguste-Viktoria-Allee 51B
Berlin  13403
GERMANY

Mohamad Soufi
Mount Avenue
1 Mount View
London ENG W5 1PR
UNITED KINGDOM

Mohamed Abdelsamad
108 Ladomus Circle
Ridley Park, PA 19078

Mohamed Hadida
7930 Payne Ave
Dearborn, MI 48126

Mohamed Hedi Jarboua
Via Fratelli Zuccari, 3A
Fano PU 61032
ITALY

Mohamed Jarboua
Via Fratelli Zuccari, 3A
Fano PU 61032
ITALY

Mohamed Tabti
Chemin De La For  t 14
Ecublens  1024
SWITZERLAND

Mohammad Ali
3902 Cook St
Alexandria, VA 22311

Mohammad Arshad
448 Bristol Road West
Mississauga ON L5R 2J6
CANADA

Mohammad Awad
St 1 , Block 3 , Bulding 93
Salwa  25600
KUWAIT

Mohammad Hirzallah
2311 Milam Street Apt 8102
Ganymede LLC
Houston, TX 77006

Mohammad Hussein
1962 Lobelia Way
Ottawa ON K4A 4R6
CANADA

Mohammadamin Nikmanesh
1955 Alpha Way, #4904
Burnaby BC V5C 0K6
CANADA

Mohammed Alakhras
339 Rathburn Road West, #1806
Mississauga ON L5B0K6
CANADA

Mohammed Ali
519 Warden Ave
Toronto ON M1L3Z2
CANADA

Mohammed Almani
3525 Sage Road
Unit 912
Houston, TX 77056

Mohammed Dahir
7201 York Avenue South #308
Edina, MN 55435

Mohammed Ennabety
1628 Diamond Springs Road
Apt 202
Virginia Beach, VA 23455

Mohammed Ennabety
1628 Diamond Springs Road
Apt# 202
Virginia Beach, VA 23455

Mohammed Ennaoui
4035 Levesque Ouest #5
Laval QC H7W 2P3
CANADA

Mohammed Mahli
Testilkent Mahallesi, Demokrasi Blv. No:
Gaziantep 27000
TURKEY

Mohammed Miab
133 Copsterhill Road
Oldham ENG OL8 1QQ
UNITED KINGDOM

Mohammed Moosa
508 Centennial Blvd Ste 102
Richardson, TX 75081

Mohammed Munier Hamoud Shikh
Avrillastrasse 1
Schwalbach Am Taunus  65824
GERMANY

Mohammed Qasim
322 Heaton Road
Bradford ENG BD9 4RY
UNITED KINGDOM

Mohammed Safeek Korakkottil
10 Lime Tree Road
Birmingham ENG B82XG
UNITED KINGDOM

Mohammed Shaik
843 North Markoe Street
Philadelphia, PA 19139

Abdulrahaman Mohammed
5137 Lincoln Avenue
Alexandria, VA 22312

Mohan Singh
51 Adams Terrace #12
Kelburn WGN 6021
NEW ZEALAND

Mohd Rashad Al Bati
Flat A, 10 Dalrymple Court, Kirkintilloc
Glasgow  SCT G66 3AA
UNITED KINGDOM

Moises Govea
9155 Telegraph Road
2nd Floor
Pico Rivera, CA 90660

Andrew Mondi
3903 Vaughan Street
Austin, TX 78723

Mondiru Cristian
Splaiul Independentei 313 Bl C9 Ap 93
Bucuresti B 60042
ROMANIA

Monet Harkin
7017 Wakefield St
Dallas, TX 75231

```
Monica Torres
111 Pacific Avenue
Suite 1803
Toronto ON M6P2P2
CANADA

Andrew Montanez
746 South Los Angeles St., #304
Los Angeles, CA 90014

Monty Johnson
9808 Skyline Circle
Johnston, IA 50131

Monty Slimp
5803 244th St Sw
Mountlake Terrace, WA 98043

Morgan Arnold
51 Ashwin Parade
Torrensville SA 5031
AUSTRAILA

Morgan Hatcher
4713 E Van Buren St
Unit 2031
Phoenix, AZ 85008

Moritz Sumera
Johannkamp 1
Hamburg  22459
GERMANY

Mostafa Ibrahim
110 William Smith Close
Cambridge ENG CB1 3QF
UNITED KINGDOM

Motin Uddin
172 Kenelm Rd
Birmingham ENG B10 9AG
UNITED KINGDOM

Mouaid Al Anbawi
Wolfnitzer Ring 36
Dresden  1169
GERMANY

Mouhssin Souici
435 Bourke Avenue
1E
Dorval QC H9S3W8
CANADA
```

Mounir Benamara
21 Avenue Pablo Picasso
Nanterre  92000
FRANCE

Verley Moyton Jr.
17381 35th Place N
Loxahatchee, FL 33470

Mozelle Smith
Yamacraw Hill Road
Nassau
THE BAHAMAS

Alan Mrvica
7436 NW 113 Ave
Parkland, FL 33076

Muaz Kawrdi
Jeekelstraat 32
Leerdam  4142 AC
NETHERLANDS

Muhamad Rich
Malfattigasse 16/30
Wien  1120
AUSTRIA

Muhamad Rich
Malfattigasse 16, #30
Wien  1120
AUSTRIA

Muhammad Affan
4991 Rue Ath  Na
Montreal QC H8Z 3K9
CANADA

Muhammad Afzal
5602 Tenth Line West
Unit # 123
Mississauga ON L5M 7L9
CANADA

Muhammad Jamil
4706 Kirkdale Drive
Woodbridge, VA 22193

Muhammad Saleem
1869 Emerald Drive
Orefield, PA 18069

Muhammad Satti
504/16 Railway Parade
Level 5 Commercial Entry (Qpay)
Burwood NSW 2134
AUSTRAILA

Muhammed Bozkurt
3 San Marino Dr
Prestons NSW 2170
AUSTRAILA

Muhammed Dawood
135 Claremont Road
London ENG E7 0PY
UNITED KINGDOM

Muhammed Gunsay
12A Buchan Street
Melbourne VIC 3048
AUSTRAILA

Muhammed Kaya
Balikyolu Mah Ozanlar Cad No 85A Esenyur
T.C 27815582132
Istanbul  34517
TURKEY

Muhammet Orcun Kir
Strada Republicii 320, Barlad 731130 (Ur
Et.1
Barlad VS 731130
ROMANIA

Mukesh Graham
2340 Strathmore Cres
Pickering ON L1X2H2
CANADA

Aditya Mukherjee
88 Prestwick Way
Edison, NJ 08820

Mark James Mullins
P.O. Box 1313
Douglas, WY 82633

Mun Leo
3561 Homestead Road 195
Santa Clara, CA 95051

Munhall Inc
25 Downey Road
Order #2
Okotoks AB T1S 1H5
CANADA

Murat Gokyildiz
Eisenstr 29
Cologne  50825
GERMANY

Murat Gunes
Finkenwerder Norderdeich 49
Hamburg  21129
GERMANY

Adam Muriby
1354 Hamilton Grn
Allen, TX 75013

Mustafa Akar
Stettiner Strasse #32
Erlangen  91058
GERMANY

Mustafa Almusli
390 Wyandotte Street East
Windsor ON N9A 3H6
CANADA

Mustafa Hamandi
36-8 Fort Evans Rd NE
Apt 7
Leesburg, VA 20176

Mutwa Glascoe
10416 Bowies Knoll
Schertz, TX 78154

Myles Holmes
6003 Deleon Avenue
Fort Pierce, FL 34951

Myo Thein
731 87th Street
Daly City, CA 94015

Nabeel Alam
1709 - 25 Thunder Grove
Scarborough ON M1V 3M2
CANADA

Nadine Smith
4659 26th Ave S
St Petersburg, FL 33711

Nadir Mir
2015 South Finley Road
Apt 812
Lombard, IL 60148

Abdullah Naeem
46042 Earle Wallace Circle
Sterling, VA 20176

Nagarajendra Palapati
775 E Long Lake Rd
Troy, MI 48085

Najma Ali
5054 Warwickshire Way
Mississauga ON L5V 1R3
CANADA

Namo Pato
2381 Hidden Springs Court
Turlock, CA 95382

Namratha Vedire
319 Monterey Circle
Jonesboro, GA 30236

Nanci Lopez
5817 Rae Drive
Las Vegas, NV 89108

Nanda Sugito
2755 Waterway Dr
Grand Prairie, TX 75054

Naramsin Gorial
Prilyckegatan 101,
Goteborg  42532
SWEDEN

Narik Tachadjian
7809 Peachtree Avenue
Panorama City, CA 91402

Narik Tachadjian
7809 Peachtree Avenue
Panorama, CA 91402

Narik Tachadjian
7809 Peachtree Ave
Panorama, CA 91402

Narzan Yousef
Ospelgasse 1-9/1/55, 1/55
Wien  1200
AUSTRIA

Nasrin Mostadamiyan
315/23-25 North Rocks Rd #315
North Rocks NSW 2151
AUSTRAILA

Natalia Duque
536 Northeast 69th Street
Miami, FL 33138

Natalie Higgins
100 Callio St.
Pittsburgh, PA 15210

Natalie Pogue
213 East 3rd
Covington, KY 41011

Nate Adams
41191 North Arbor Avenue
San Tan Valley, AZ 85140

Nate Buchanan
243 W 76th St
Apt 4B
New York, NY 10023

Nate Triebner
1088 St Anthony Rd
London ON N6H 2P6
CANADA

Nathan Bennett
227 Medicine Butte Dr #B
Evanston, WY 82930-3004

Nathan Bennett
227 Medicine Butte Drive
#B
Evanston, WY 82930

Nathan Bohn
50 Bush Avenue
Greenwich, CT 06830

Nathan Carver
7880 E Viewmount Ct
Anaheim, CA 92808

Nathan Everett
606 Country Meadow Tr
Ortonville, MI 48462

Nathan Furr
212 Rugby Lane
Mckinney, TX 75072

Nathan Gallegos
245 Benton Avenue
San Francisco, CA 94112

Nathan Harrington
1443 Grand Falls Drive
Missouri City, TX 77459

Nathan Liu
28 Tavistock Road
South Hurstville NSW 2221
AUSTRAILA

Nathan McFate
5350 E Motsinger Rd
Salem, IN 47167

Nathan McLaughlin
421 Lamar Avenue
Pittsburgh, PA 15221

Nathan Nakao
319 Ironside Cove
Stafford, VA 22554

Nathan Novak
1841 Wetherburn Dr
Columbus, OH 43235

Nathan Peltier
Avenue Albert Jonnart, 27
Woluwe-Saint-Lambert 1200
BELGIUM

Nathan Rich
4109 W 1850 N
Lehi, UT 84043

Nathan Ruston
170-180 Carlton Road
Unit 5 (Now Education)
Nottingham  ENG NG3 2BB
UNITED KINGDOM

Nathan Schrenk
407 E Argonne Dr
Kirkwood, MO 63122

Nathan Strobel
709 S. 6th St.
Brainerd, MN 56401

Nathan Valverde
460 Harrison Ave #210
Boston, MA 02118

Nathanael Durant
1300 Pennsylvania Street, #201
Denver, CO 80203

Nathaniel Danos
1389 Jefferson St, Unit C305
Oakland, CA 94612

Nathaniel Hopkins
21 Starboard Avenue
Jamestown, RI 02835

Nathaniel Moore
4108 Medary Ave
Brookings, SD 57006

Nathaniel Parizi
117 Shallowford Way
Seneca, SC 29672

Nathaniel Rodway
2339 Harrison Avenue
Baldwin, NY 11510

Natt Taylor
563 Fernwood Ln
563 Fernwood Ln
Fairless Hills, PA 19067

Navdeep Devgan
76 Ravenswood Dr
Brampton ON L6Y 4A1
CANADA

Naveed Ahmad
180 Capp St. #004
San Francisco, CA 94110

Naveed Bawany
14443 Simmons Ln
Woodbridge, VA 22193

Naveed Dezfoli
8454 Langdon Avenue
Unit 5
North Hills, CA 91343

Naveen Kumar Indurti
1803 Canyon Oaks Lane
Lake Forest, CA 92679

Nazrry Carlos
14520 Dayton Avenue North
Apt B
Shoreline, WA 98133

Neal Cynkus
25849 E Calhoun Pl
Aurora, CO 80016

Neal Heinecke
3921 N Steele Blvd, #107
Fayetteville, AR 72703

Nebojsa Sjekloca
Trg Nikole Kovalevica 7, Blok V Sprat 15
Blok V Sprat 15
Podgorica  81000
MONTENEGRO

Ned Alicando
6-9405 121 Street
Surrey BC V3V 0A9
CANADA

Neeraj Mittra
119 Bella Luna
Spring, TX 77381

Neil Gaila
18017 Chatsworth Street
# 369
Northridge, CA 91344

Neil Gaila
17726 Kinzie Street
# 76
Los Angeles, CA 91325

Neil Haque
375 Lindenwood Drive East
Winnipeg MB R3P2H1
CANADA

Neil Nylander
7345 164th Ave NE
Suite I145-316
Redmond, WA 98052

Neil Parry
4 Copperbeech Drive
Tredegar WLS NP224FD
UNITED KINGDOM

Neil Skoglund
46 North Side
The Cardinals
Farnham ENG GU10 1ED
UNITED KINGDOM

Neill Macguire
7 Heather Avenue
Glasgow SCT G61 3AN
UNITED KINGDOM

Nelson Lee
13845 Proctor Avenue
La Puente, CA 91746

Nemanja Milojevic
Momacka 4
Beograd 11050
SERBIA

Nenad Zec
Buchrainweg 65
Offenbach 63069
GERMANY

Nery Carranza-Vences
1046 Caldwell Ave
Vallejo, CA 94591

Neslihan Uslu
Neslihan Eczanesi Istasyon Mah. Leylak C
Ankara 6790
TURKEY

Nestor Gonzalez
9580 Blackbear Dr
Reno, NV 89506

Nestor Pimentel
3030 McKinney Ave Apt 505
Dallas, TX 75204-7482

Nevin Mcclintock
38 Kellett St
Northcote VIC 3070
AUSTRAILA

Laila and Eric New Home
11533 Brighton Knoll Loop
Riverview, FL 33579

Nexhmedin Hajrizi
Im Bans 4
Pinneberg 25421
GERMANY

Neysi Anderson
8532 Via Mallorca
Unit B
La Jolla, CA 92037

Anh Nguyen
1620 W Center St, #255
Rochester, MN 55902

Vu Nguyen
9625 Pine Lake Dr
Houston, TX 77055

Nhat Nguyen
3109 Brandywine Drive
San Jose, CA 95121

Nicholas Axcell
3522 Cornwall Court
Missouri City, TX 77459

Nicholas Bardoutsos
133 N Bread Street
Unit 1I1
Philadelphia, PA 19106

Nicholas Barlow
3628 Omalley Ln
Montgomery, AL 36116

Nicholas Bolda
2787 West Fox Hunters Loop
Lehi, UT 84043

Nicholas Brandenstein
6560 Calgary Court
Columbus, OH 43229

Nicholas Bui
80 Maffey Cresent
Richmond Hill ON L4S 0A8
CANADA

Nicholas Canada
2801 Walnut Hill St
3D
Philadelphia, PA 19152

Nicholas Christianson
2308 North 167th Avenue
Omaha, NE 68116

Nicholas Diederich
6 West Benson Street
Reading, OH 45215

Nicholas Diguido
11710 S Hamlin Ave
Alsip, IL 60803

Nicholas Dussault
156 Avenue Des Jonquilles
Gatineau QC J9A 2J7
CANADA

Nicholas Fyda
316 Perth Ct
Roseville, CA 95747

Nicholas Gohr
904 Glenmont Road
Keller, TX 76248-0379

Nicholas Hahn
Sophienstrasse 51
Frankfurt  60487
GERMANY

Nicholas Karim
4024 Campus Willows Loop Northeast
Lacey, WA 98516

Nicholas Librandi
46 Wavey Willow Lane
Montgomery, NY 12549

Nicholas Lindsay
11 Verburg Court
Stuart Park NT 820
AUSTRAILA

Nicholas Longo
837 SW 29th St
Cape Coral, FL 33914

Nicholas Manson
885 Craigflower Road, #402
Victoria BC V9A 2X4
CANADA

Nicholas Opie
L3, 200 Lygon St
Carlton VIC 3053
AUSTRAILA

Nicholas Platt
78 South 1st Street, #15
Brooklyn, NY 11249

Nicholas Pownall
46 Burgh Heath Road
Epsom ENG KT17 4LX
UNITED KINGDOM

Nicholas Pucci
2000 South Ocean Blvd
17F
Boca Raton, FL 33432

Nicholas Robbins
5800 Martin Luther Ave
Birmingham, AL 35228

Nicholas Roua
37 Brumstead Drive
Richmond Hill ON L4E 4Y6
CANADA

Nicholas Rudolph
314 Richmond St
Philadelphia, PA 19125

Nicholas Ruggles
1065 Sullivan Rd
Ogden, UT 84403

Nicholas Soldani
2037 Friendship Dr
Spring Hill, TN 37174

Nicholas Stanek
3601 Grant Line Road
Rancho Cordova, CA 95742

Nicholas Ternes
#203 10624 78 Ave Nw, 203
Edmonton AB T6E1P5
CANADA

Nicholas Welker
6737 Friars Road
Unit 191
San Diego, CA 92108

Nick Blackburn
31 Danesfort Avenue
Acomb
York ENG YO243AN
UNITED KINGDOM

Nick Brookes
1 Grosvenor Road
Barnwood
Gloucester ENG GL2 0SA
UNITED KINGDOM

Nick Cardinale
48 St Pauls Ave
Sydney NSW 2154
AUSTRAILA

Nick Caruso
6326 Glenview Place
Pittsburgh, PA 15206

Nick Crowther
62 Regent Road
Chorley ENG PR7 2TL
UNITED KINGDOM

Nick Ellering
5652 Twin Lake Ter N
Crystal, MN 55429

Nick Gauthier
47 Warren Street
Arlington, MA 02474

Nick Gower
1907 Encino Belle
San Antonio, TX 78259

Nick Greife
1011 Caroline Drive
Washington, MO 63090

Nick Greufe
37378 Parsons Creek Road
Springfield, OR 97478

Nick Holman
5 Frys Meadow
Stanford In The Vale
Faringdon ENG SN78FN
UNITED KINGDOM

Nick Howard
13201 S Wakial Loop
Apt 2092
Phoenix, AZ 85044

Nick Kuzmik
657 Pine Point Drive
Akron, OH 44333

Nick Mooneyham
2365 Monarchos Ln
Montgomery, IL 60538

Nick Nicolaides
18 Kenmare Gardens
London ENG N13 5DN
UNITED KINGDOM

Nick Simec
545 Young Avenue
Apartment 1
Halifax NS B3H 2V4
CANADA

Nick Speranzella
324 E 2nd Ave #425
Columbus, OH 43201

Nick Tann
17 Harper Grove
Spennymoor ENG DL16 6FN
UNITED KINGDOM

Nick Wilkens
123 West 1st Street
Ste D
Monroe, MI 48161

Nick Yang
6 Whitehaven Lane
Kitchener ON N2H 0B3
CANADA

Broderick Nickelberry Jr.
333 Alabama Street
Vallejo, CA 94590

Nicklas Astling
Kohagsberget 1
Torslanda  42351
SWEDEN

Nico Pitney
18 Elgin Park
San Francisco, CA 94103

Nicolae Nistor
Str. Vaii , Nr. 95
Sura Mare SB 557265
ROMANIA

Nicolas Garces
8818 Southwest 127th Terrace
Miami, FL 33176

Nicolas Kruk
908 Adeline Court
Durham, NC 27713

Nicolas Londono
7128 Diamond Head Rd
Jacksonville, FL 32216

Nicolas Martelli
532 569
La Plata B 1900
ARGENTINA

Nicolas Massri
1990 Northeast 186th Drive
North Miami Beach, FL 33179

Nicolas Massri
1990 NE 186th Dr
North Miami Beach, FL 33179

Nicolas Sanchez
Siria 580
Hurlingham B 1686
ARGENTINA

Nicolas Swallow
Flat 2, 98 Brixton Hill
London ENG SW2 1QN
UNITED KINGDOM

Nicole Cesa
1555 Mesa Verde Dr E
Apt 32C
Costa Mesa, CA 92626-5201

Nicole Maturin
208 Woodcrest Circle
New Iberia, LA 70560

Nicole Williams
60 West 14th Street
4A
New York, NY 10011

Nicoleta Florenta Heica
Str. Sibiu 17, Bl Z5, Sc A, Et 3, Ap 20,
Bucharest B 61535
ROMANIA

Nicoleta Florenta Heica
Strada Sibiu Nr.17 Bl.Z5 Sc.A Et.3 Apart
Sector 6 B 61535
ROMANIA

Nicon Bordeianu
Alexanderstrasse 15
Berlin 10179
GERMANY

Niels Nielsen
4 Washington Avenue
Unit D
Saugerties, NY 12477

Niels Paulus
Zeilstraat 60, #3
Amsterdam  1075 SK
NETHERLANDS

Nigel Webb
125 Ladyfield Road
Chippenham ENG SN14 0AP
UNITED KINGDOM

Nii Amartey
2925 Silverthorn Dr
Charlotte, NC 28273

Nikhil Jagadeeshwar
5241 Stream Bank Ln
Greenbelt, MD 20770

Niklas Laninge
Planterarvagen 75
Enskede Gard  12048
SWEDEN

Nikola Bravo
1303 Palm Ridge Lane
San Jose, CA 95123

Nikolai Iakoubenia
Kantaras 9
Latsia, Nicosia  2221
CYPRUS

Nikolai Zapero
137 Beaver Street
San Francisco, CA 94114

Nikolaos Mantelos
Marmara #7
Stamata Athens  14575
GREECE

Nikolay Ivanov
770 Pearson St., #302
Des Plaines, IL 60016

Nikoo Parker
18531 Wells Drive
Los Angeles, CA 91356

Nil Patel
1003 North Church Street, #203
Elkhorn, WI 53121

Nile Roberts
603 Shale Gray Court
Cary, NC 27519

Nils Borke
Weserstrasse 54
Vintego Gmbh
Wilhelmshaven  26382
GERMANY

Nima Gurung
47-05 47th Ave
2F
Woodside, NY 11377

Nimalan Rajesparan
2 Cranbrook Drive
Romford ENG RM2 6AP
UNITED KINGDOM

Nina Boceva
Han Asparuh 18
Bansko  2770
BULGARIA

Ninel Bejan
11333 North 92nd Street
Unit 1042
Scottsdale, AZ 85260

Nipun Walia
193 Royal Street
Yokine WA 6060
AUSTRAILA

Nirmal Gill
13 Saddlelake Grove Northeast
Calgary AB T3J 0P1
CANADA

Nirmal Patel
305 Jennifer Lane
Roselle, IL 60172

Nirmit Parekh
2 Berkshire Ct
Streamwood, IL 60107

Niseforo Rivera
1345 E Loftus Lane
Fresno, CA 93710

Nithin Kantareddy
85 Seaport Blvd, #307
Boston, MA 02210

Nithya Racharla
12 Best Street, Reservoir
Unit 2
Melbourne VIC 3073
AUSTRAILA

Nizam Uddin
91 Fifth Avenue
London ENG W104DW
UNITED KINGDOM

Nizar Rafie
13917 River Willow Pl Tampa, Florida 336
Tampa, FL 33637

Noah Terrazas
12404 Snowdrop Drive
Austin, TX 78739

Noah Wrubel
17 Depeyster Ave
Tenafly, NJ 07670

Noe Cebreros
40125 Los Alamos Road
D131
Murrieta, CA 92562

Noel Cabadas
3302 North 64th Drive
Phoenix, AZ 85033

Noel Fox
770 Lakeview Avenue
San Francisco, CA 94112

Noemi Aguirre
4165 Woodlawn Avenue
Los Angeles, CA 90011

Nojem Libson
2962 Texcoc Drive
Eagle Pass, TX 78852

NordicCom Scandinavia AB
Jarnvagsgatan 8
Hovmantorp  36542
SWEDEN

Noreen Thur
4703 So Yucca Dr
Taylorsville, UT 84123

Norman Morales Vega
Cerrada Alberto Zamora 26
Villa Coyoacan
Mexico City DF 4000
MEXICO

Norman Roa
Cataluia 32-A Col. Los Portales
32-A
Hermosillo SON 83247
MEXICO

Normand Hall
530 South 51st Street
Tacoma, WA 98408

Andrew Norris
200 W. 64th Street
Inglewood, CA 90302-1126

Nour Abuhassan
Vpost Uk, Unit 9, Britannia Industrial E
Suite Qc-2040-3470, Poyle Road
Colnbrook ENG SL3 0BH
UNITED KINGDOM

Noureddine Mriouah
10 Collins Lake Place
Mableton, GA 30126

Nouri Brahmia
1160 Rue Belanger, Montreal, Qc
Ville De Montreal QC H2S1H4
CANADA

Nsilu Ferreira
84256 York House, Green Lane West
Preston ENG PR3 1NJ
UNITED KINGDOM

Nuno Correia
Rua De Pedroucos No 4 1o Drt
Lisboa PT-11 1400-289
PORTUGAL

Nuno Lopes
120 University Place Room B215
University Of Glasgow Sir Graeme Davis
Glasgow SCT G12 8TA
UNITED KINGDOM

Oba Vincent
2707 N 1700 E
84040, UT 84040

Octavio Perez
581 N Forest Cove Loop
Coldspring, TX 77331

Odair Civelli Junior
Rua Rio Mambu 27
Vinhedo SP 13287-594
BRAZIL

Odair Civelli Junior
Rua Rio Mambu 27
Sao Joaquim SP 13287-594
BRAZIL

Odair Civelli Junior
Rua Rio Mambu, 27
Sao Joquim SP 13287-594
BRAZIL

Oday Bisharat
5 Patty Ellen Dr
St. Peters, MO 63376

Odysseas Bormpoudakis
Urbanstrasse 94
Berlin 10967
GERMANY

Oele Geirnaert
Palmenlaan 16
Bus 12
Liedekerke 1770
BELGIUM

Oguz Aksehir
430 St Davids Square
London ENG E14 3WQ
UNITED KINGDOM

Oladapo Dosunmu
3306 Broken Branch Court
Apt 132
Sacramento, CA 95834

Aldo Olano
10866 Washington Blvd
Apt 27
Culver City, CA 90232

Olatunde Adebanjo
19 Eden Park Avenue
Beckenham
Kent ENG BR3 3HJ
UNITED KINGDOM

Olatunde Ajanaku
Flat 2, Mahoney House
Heald Street
London ENG SE14 6TX
UNITED KINGDOM

Oleg Dimov
1607 Abram Court
San Leandro, CA 94577

Oleg Dmitiev
Alte Schonhauser Str 32C
Berlin 10119
GERMANY

Oleg Onischuk
Khmelnitskoe Highway 89
Flat 71
Vinnitsa 21021
UKRAINE

Oleksii Graban
Bolgarskaya 87 (22 Kadorr), #127
Odessa 65000
UKRAINE

Olgi Zenullari
400 5th Ave
49Fgh
New York, NY 10018

Oliver Chapman
48 Central Park Drive
Birmingham ENG B18 5RR
UNITED KINGDOM

Oliver Juang
2703 Mathews St
Berkeley, CA 94702

Oliver Wolter
Daniel-Greiner-Weg 8
Seeheim-Jugenheim 64342
GERMANY

John Oliver
904 Stephenstown Rd
Linden, TN 37096

Olivia Alvarez
1752 Sherry Lane, #21
Santa Ana, CA 92705

Olivier Boukli
23 Washington St
Port Chester, NY 10573

Olivier Sorin
321 Soudan Avenue
Toronto ON M4S1W6
CANADA

Agustin Olmos
2101 Janette Drive Napa
Napa, CA 94558

Olusegun Hundogan
6 Tweedsmuir Road
Cardiff WLS CF242RD
UNITED KINGDOM

Omaid Yaqubi
8 Franmar Road
Brampton ON L6X 0W2
CANADA

Omar Alquaseer
11218 Puckett River Dr
Cypress, TX 77433

Omar Marino
2685 Sunbranch Drive
Orlando, FL 32822

Omar Valdez Jara
Vinuel 5
Hermosillo SON 83220
MEXICO

Omer Carikcioglu
Buyukhanli Suadiye Konutlari A3 Blok Dai
Buyukhanli Suadiye Konutlari
Istanbul  34740
TURKEY

Omer Mert Sezgin
17 Baronbali Street
Dundas NSW 2117
AUSTRAILA

Omer Shahid
349 Frederick Street
Oldham ENG OL84HG
UNITED KINGDOM

Onkar Singh
11 Chartwell Street
Aspley QLD 4034
AUSTRAILA

Onur Eginlioglu
4215 43rd Ave
C19
Sunnyside, NY 11104

Onur Ozturk
Onur Prestige Motors
Unit 3 Period Work
1 Lammas Road ENG E10 7QT
UNITED KINGDOM

Onur Yildirim
1800 22nd Ave Apt 203
San Francisco, CA 94122

Onyinye Gabriel
1244 Stone Castle Circle
Smyrna, GA 30080

Oprea Ovidiu
Str Pelbartus Nr 2 Bloc Europa 1 Ap 50
Timisoara TM 300649
ROMANIA

Orazio De Grazia
6440 NW 114th Ave Unit 432 Doral Fl 3317
Doral, FL 33178

Orestes Jimenez
7162 W 33 Ln
Hialeah Gardens, FL 33018

Oreva Oboghor
710 Childers Cres, #210
Saskatoon SK S7L 6W4
CANADA

Orhan Bayhan
Schwalbacher Strasse 26
Frankfurt Am Main  60326
GERMANY

Orhan Bozkurt
Grazer Strasse 1A
Top1
Judendorf-Strassengel  8111
AUSTRIA

Orin Henderson
935 Quincy St Nw
Washington Dc, DC 20011

Oriol Montes
Naciones Unidas 7
Terrassa B 8225
SPAIN

Orion Sorrell
2011 University Avenue Northeast
Minneapolis, MN 55418

Orlando Pena
8372 NW 68th St
Ep-12710
Santo Domingo, FL 33166

Orlando Pliego
805 N Olive Ave
Apt 704
West Palm Beach, FL 33401-3751

Orlando Pliego
805 N Olive Ave
Unit 704
West Palm Beach, FL 33401

Oro Whitley
10926 Old Manchaca Road
Austin, TX 78748

Albino Orozco Jr
21731 Fourth Ave
Stevinson, CA 95374-9608

Orr Koren
516 West 47th Street
S6F
New York, NY 10036

Orvel Paulin
2433
Meldrum
Windsor ON N8W4E7
CANADA

Osama Jamil
7406 Sylvia Plath Drive
Laredo, TX 78041

Oscar Couch
12230 Ledbury Commons Drive
Gibsonton, FL 33534

Oscar Leon
10012 NW 7th St
Unit 107
Miami, FL 33172

Oscar Montesinos Alarcon
Calle Azucena, 6 - 2O - 2a
Valencia V 46025
SPAIN

Oscar Tovar
8609 Cedar Brook Point Dr
Houston, TX 77080

Osilama Alemoh
2546 Ambling Circle
Crofton, MD 21114

Oskar Mansbacka
Tegnergatan 57B
Stockholm  11161
SWEDEN

Osmark Villasenor
2180 Hemlock Avenue
San Diego, CA 92154

Osvaldo Gama
3149 Blake St
Apt 211
Denver, CO 80205

Osvaldo Garcia
4731 Amal Saleh Dr
Irving, TX 75061

Oswald Binford
295 Secr 2230
Corsicana, TX 75109

Othman R'Ghioui
172 Leo-Lacombe
Laval QC H7N 3Y2
CANADA

Oudom Ky
5051 Colina Drive
La Mesa, CA 91942

Oudom Phommalychan
1931 Autumn Oak Place
Stockton, CA 95209

Oumaima El Haidi
12 Blvd Du General Leclerc
Appartement 48
Clichy  92110
FRANCE

Owais Jaleel
155 Yorkville Avenue
Unit 1514
Toronto ON M5R 0B4
CANADA

Owen Atalifo
79 Woodcourt Street
Ambarvale NSW 2560
AUSTRAILA

Owen Kroeger
11009 Walker Street
Grand Blanc, MI 48439

Owen Lowe
38178 Waterford Dr
Willoughby, OH 44094

Owen Thomas
Flat 4, 19- 21 Brockley Rise, London, En
London ENG SE231JG
UNITED KINGDOM

Ozgur Bozdogan
12649 Avenue Fortin
Montreal QC H1G 4A3
CANADA

Ozgur Cinarli
Tacin Mahallesi 1872 Sokak No:1 D:27
Caliskan Apt.
Aksaray  68200
TURKEY

P Coman
8948 E Decatur Rd
Mesa, AZ 85207

Pablo Castaneda
3161 Wildwood Drive
Concord, CA 94518

Pablo Martelli
Calle Porta 264, #701
Lima PE-LMA 15074
PERU

Pablo Rancier
36 Oak St
Rochelle Park, NJ 07662

Pablo Sanoko
Dreve De La Brise 6
Bruxelles  1170
BELGIUM

Augusto Pacis
1917 N Valley Street
Burbank, CA 91505

Paige Clayburn
1319 W 1440 N
Pleasant Grove, UT 84062

Paige Pemberton
224 Bermuda Street
New Orleans, LA 70114

Paiusi Razvan
Strada Doaman Stanca 91B Intrare Pe Livi
Ap.04
Selimbar SB 557260
ROMANIA

Pal Lande
Plogveien 77B
Oslo  681
NORWAY

Meaghan Pan
115 Fare Stone Dr
Garner, NC 27529

Panagiota Tragogeni
Kritis 8
4 Floor
Vrilissia  15235
GREECE

Pano Georgakopoulos
6304 Brackett Road
Knoxville, TN 37938

Parag Patel
6 Country Woods Drive
Kendall Park, NJ 08824

Pardeep Dosanjh
760 East 52nd Ave
Vancouver BC V5X 1H2
CANADA

Parham Sadrizadeh
2801 Kelvin Avenue #592
Irvine, CA 92614

Parisa Kermani
790 Camino De La Reina
Apt#173
San Diego, CA 92108

Park Pokaisawan
13700 Hunter Dr.
Platte City, MO 64079

Parsuram Shiv
68 Evergreen Ave
2F
Lynbrook, NY 11563

Parth Patel
572 Triangle Street
Ottawa ON K2E 0M1
CANADA

Pascal Boctor
337 Stanford Court
Irvine, CA 92612

Pascal Paratte
Avenue De Bel-Air 59
Chene-Bourg 1225
SWITZERLAND

Pascal Specht
15 Rue Paul Doumer
Montreuil 93100
FRANCE

Pascal Ulrich
Sagiweg 7C
Kussnacht Am Rigi 6403
SWITZERLAND

Adam Paschke
500 West 43rd Street
Apt 35A
New York, NY 10036

Pat Hanavan
28018 Evergreen Run
Imperial, PA 15126

Patricia Nelson
16 Silverbirch Road
Bangor, Northern Ireland NIR BT19 6EU
UNITED KINGDOM

Patrick Alfred
124 Regimbald
Sainte-Therese QC J7E 4S6
CANADA

Patrick Bruno
128 Mill Street, #117
Deseronto ON K0K 1X0
CANADA

Patrick Burkholder
130 Nautilus Drive
Madison, WI 53705

Patrick Cain
14858 3/4 Dickens Street
Sherman Oaks, CA 91403

Patrick Demerecz
1021 Prospect Rd
Evans City, PA 16033

Patrick Doran
299 Cobblestone Lane
Bethlehem, PA 18020

Patrick Dubois
1502 Patrick Way
Greenacres, FL 33413

Patrick Geng
Muhlenweg 12
Baar  56729
GERMANY

Patrick Hachicho
524 Berry Chase Way
Cary, NC 27519

Patrick Henderson
2123 Azalea Drive S
Wiggins, MS 39577

Patrick Kenny
45 Maplewood Ave
Maplewood, NJ 07040

Patrick Kiely
2931 Fraser Street
Vancouver BC V5T 3W2
CANADA

Patrick Koman
6520 Roe Street
Cincinnati, OH 45227

```
Patrick Krause
1525 Josephine St.
Berkeley, CA 94703

Patrick Lawson
3211 West Wapato Drive
Unit 64
Moses Lake, WA 98837

Patrick Maader
Oldachstrasse 16
Hamburg  22307
GERMANY

Patrick Malone
83 Kingsdown Parade
Bristol ENG BS65UJ
UNITED KINGDOM

Patrick Nadon
1003 Cree Avenue
Woodstock ON N4T 1E7
CANADA

Patrick Osoro
Promenade Des Champs-Frechets 18
Geneva  1217
SWITZERLAND

Patrick Rice
50 E 13th St.
Unit 710
Kansas City, MO 64106

Patrick Salyer
645 Riviera Dr
Los Altos, CA 94024

Patrick Sidoti
3037 Knox Ave S, #5
Minneapolis, MN 55408

Patrick Wieth
Hugelstrasse 85A
Darmstadt  64283
GERMANY

Patrick Wilms
Nicodemstr. 25
Monchengladbach  41068
GERMANY

Thomas Patton
8227 Kensington Sq
Jacksonville, FL 32217
```

Paul Becker
4242 Lynnfield Cres
Victoria BC V8N 5C7
CANADA

Paul Biagio
590 26th Ave Apt 3
San Francisco, CA 94121-2940

Paul Blodgett
1221 Warren Ave
Belvidere, IL 61008

Paul Bradford
62 Woodend
Birmingham ENG B20 1EN
UNITED KINGDOM

Paul Capistrant
1814 Mariposa Drive
Petaluma, CA 94954

Paul Carroll
18 Primrose Lane
Hackettstown, NJ 07840

Paul Chauvet
198 Rue Ann, #611
Montreal QC H3C 0T2
CANADA

Paul Coogan
3 Broomfield
Park Street
St. Albans ENG AL2 2HY
UNITED KINGDOM

Paul Cooper
92 Percival Road
Nottingham ENG NG5 2EX
UNITED KINGDOM

Paul Cowley
5765
Westport Road
West Vancouver BC V7W 2X7
CANADA

Paul Cutting
11 Dunedin Road
Rainham ENG RM13 8LA
UNITED KINGDOM

Paul Eisenberg
2 Sharon Drive
E Patchogue, NY 11772

Paul Foster
66 Beechwood Dr
Oakland, CA 94618

Paul Gadebusch
23028 Lake Forest Dr
Suite A
Laguna Hills, CA 92653

Paul Imhoff
139 Mardella Way
Holly Ridge, NC 28445

Paul Jhung
107 Pauline Avenue
Toronto ON M6H 3M7
CANADA

Paul Lindsey
3598 Aster St
Salem, OR 97304

Paul Mata
4643 Rim Cir, #204
Carlsbad, CA 92010

Paul Schembri
1616 Council Street
Los Angeles, CA 90026

Paul Shore
33553 1 Avenue
Mission BC V2V 1H4
CANADA

Paul Soroudi
P.O. Box 24654
Los Angeles, CA 90024

Paul Strasser
8728 Espacio Verde Road
Albuquerque, NM 87120

Paul Thierbach
Kosliner Strasse 8
Berlin  13357
GERMANY

Paul Tsamkiranis
9303 Salish Court
Unit 110 Buzzer 3010
Burnaby BC V3J 7C5
CANADA

Paul Umansky
2742 East 64th Street
Brooklyn, NY 11234

Paul Weber
Oppenheimer Strasse 25C
Stuttgart  70499
GERMANY

Paul Whyte
51 Fleece Street
Bradford
Bradford ENG BD6 2EH
UNITED KINGDOM

Paul Wrablica
3015 West 82nd Street
Leawood, KS 66206

Paul Ydel
75 Parkwood
Plumpton NSW 2761
AUSTRAILA

Paul Zehm
Wolburgstrasse 30
Timmendorfer Strand  23669
GERMANY

Paulo Carvalho
257 Hodgson Drive
Newmarket ON L3Y 1E3
CANADA

Pavol Azuroika
Rudina 552
Rudina  2331
SLOVAKIA

Pawel Lenik
13 Fernlea Close
Crofton ENG WF4 1HY
UNITED KINGDOM

Payam Ahmadvand
9502 Erickson Drive, #809
Burnaby BC V3J 7B5
CANADA

Pedro Aboy
Adri  N Luna 1824
Hurlingham B 1686
ARGENTINA

Pedro Almeida
Rua Ruben A., Lote 22.7, Apt. 724
Coimbra PT-06 3030-506
PORTUGAL

Pedro Herrera
697 Ridge St
1st Floor
Newark, NJ 07104

Pedro Quintana
5400 Planz Rd
Apt 49
Bakersfield, CA 93309

Pedro Villeda Leal
Cda Deporte 30 A1
30 A1
Mexico DF
MEXICO

Joseph Peeler
1629 Diamond Street NE
Canton, OH 44721

Joseph Peeler
1629 Diamond St NE
Canton, OH 44721

Peer Tritz
Driesener Strasse 30
c/o Seelinger
Berlin  10439
GERMANY

Peerapon Wechsuwanmanee
Wirichsbongardstrasse 19
Aachen  52062
GERMANY

Pele Dagher
4001 Don Mills Road
Apt 123
Toronto ON M2H 3J8
CANADA

Pemika Jittiyakoon
209A
Woronora Rd
Engadine NSW 2233
AUSTRAILA

Per Olsson Gisleskog
28 Ashfield Road
London ENG W3 7JJ
UNITED KINGDOM

Pernell Cassey
2000 Valleyview Drive #5
Osoyoos BC V0H 1V6
CANADA

Petar Renic
Dubasnicka 13
Zagreb  10000
CROATIA

Pete Krekos
3998 Yolo Drive
San Jose, CA 95136

Pete Oheeron
17006 Evergreen Elm Way
Houston, TX 77059

Peter Birch
Montrose, Grove Road, Harwell
Didcot ENG OX11 0EG
UNITED KINGDOM

Peter Bonn
72 Lynbrook Blvd, #4
Lynbrook VIC 3975
AUSTRAILA

Peter Boos
150 Van Ness Ave, #918
San Francisco, CA 94102

Peter Chuong
8109 Brown Court
Alexandria, VA 22306

Peter Deyoung
20542 Pindale Cliff
San Antonio, TX 78259

Peter Eckert
434 Goward Rd
434 Goward Rd
Victoria BC V9E 2J5
CANADA

Peter Glossner
Turkenlouisstrasse 28
Freiburg  D-79102
GERMANY

Peter Gmeiner
Sierenmoosstrasse 42
Konstanz  78464
GERMANY

Peter Gregory
104 McKellar St
Strathroy ON N7G 2Y2
CANADA

Peter Grisham
37304 North Stanton Point Road
Ingleside, IL 60041

Peter Hofmann
3211 E 51st St
Minneapolis, MN 55417

Peter Hogan
21020 Pacific City Circle, #2318
Huntington Beach, CA 92648

Peter Hong
3600 Shadow Grove Rd
Pasadena, CA 91107

Peter Jaggard
1 Colonial Drive
Newtown, PA 18940

Peter Kolodziejski
42 Studland St
London ENG W60JS
UNITED KINGDOM

Peter Korecko
Pribinova 43
Bratislava 83101
SLOVAKIA

Peter Kotesovsky
Tovarnicka 8
Topolcany  95501
SLOVAKIA

Peter Lai
702 Chemeketa Drive
San Jose, CA 95123

Peter Leipnitz
Charlottenburger Strasse 106
Berlin 13086
GERMANY

Peter Patpatian
10028 Meritage Ct
Sun Valley, CA 91352

Peter Pestel
Am Forsthaus 18
Pestel Ingenieurburo E.K.
Haldenwang  87490
GERMANY

Peter Rabasa
4300 Waialae Ave Apt B805
Honolulu, HI 96816

Peter Reider
2 McArthurs Road
Altona North VIC 3025
AUSTRAILA

Peter Sahin
2107 Branden Street
Los Angeles, CA 90026

Peter Schillaci
4707 N Brady St.
Davenport, IA 52806

Peter Segner
Beethovenstrasse 14
Isybox Gmbh
Leipzig  4107
GERMANY

Peter Shepherd
80 The Beeches
Upton-Upon-Severn
Worcester ENG WR8 0QQ
UNITED KINGDOM

Peter Skovron
23911 104th Ave W
Edmonds, WA 98020

Peter Van Le
U9/22-24 Wrentmore Street
Fairfield NSW 2165
AUSTRAILA

Peter Velikanov
4454 N Morris Blvd
Shorewood, WI 53211

Peter Wilcheck
2681 North Flamingo Road
404S
Sunrise, FL 33323

Peter Winkler
Friedrich-Engels-Bogen 13
Knowledge Pool GmbH
Munich  81735
GERMANY

Peter Wojciechowski
950 Lake Marion Dr
Altamonte Springs, FL 32701

Peter Wrenshall
Tiot Limited
Ocean Business Centre, Ocean Street,
Broadheath, Altrincham ENG WA14 5QL
UNITED KINGDOM

Peter Yeh
2640 Prospect Avenue
La Crescenta-Montrose, CA 91214

Petr Karniayenka
5788 South 1145 East
Murray, UT 84121

Petre Dumitriu
144 Stag Lane
London ENG NW9 0QP
UNITED KINGDOM

Petros Nastos
Kydathinaiwn 16
Athens  105 58
GREECE

Adam Petrzilka
2200 Zhale Smith Road
La Grange, KY 40031

Petter Selvehed
Skalsatravagen 29D
Tyreso  13554
SWEDEN

Philip Barnes
70 Faraday Road
Wimbledon
London ENG SW198PB
UNITED KINGDOM

Philip Baugh
7591 North Woodall Road
Ellettsville, IN 47429

Philip Conroy
6018 Southeast 122nd Avenue
Portland, OR 97236

Philip Elie
3433 NE 210th Ter
Aventura, FL 33180

Philip Jahrehorn
192 Rue De Javel
6th Floor
Paris  75015
FRANCE

Philip Kagalovsky
34 Seymour Walk
London ENG SW10 9NF
UNITED KINGDOM

Philip Khazzam
4175 Rue Sainte-Catherine
#1503
Westmount QC H3Z 3Z9
CANADA

Philip Morgan
993 South Central Pkwy
Mountain House, CA 95391

Philip Mwaniki
5409 Mohawk Court
The Colony, TX 75056

Philip Oldring
18032 129th Place Northeast
Bothell, WA 98011

Philip Patterson
1379 Golden Forest Drive
Bessemer, AL 35022

Philipp Maciej
Rugestrasse 4A
Dresden  1069
GERMANY

Philippe Rochaix
1Bis Rue Robert Bajac
Toulouse  31400
FRANCE

Philippe Schommers
Pfarrer-Henreco Strasse 8
Apyos, Be0658820832
Eupen  4700
BELGIUM

Phillip Choe
1944 Clyde Jean Place
Fairfield, CA 94533

Phillip Jackson
4528 Acacia Avenue
Ferris Square
La Mesa, CA 91941

Phillip Martucci
2405 Constellation Drive
Colorado Springs, CO 80906

Phillip Moult
643 Maryvale Way Northeast
Calgary AB T2A 2V6
CANADA

Phillip Smith
4805 Neptune Ct Flower Mound 75022
Flower Mound (Denton), TX 75022

Phirom Prang
38 Tofoni Place
Richlands QLD 4077
AUSTRAILA

Phuoc Tran
176 Darebin Drive
Lalor VIC 3075
AUSTRAILA

Phuong Nguyen
8193 Del Rey Drive
Stanton, CA 90680

Phyllis Walk
4 Meadowlake Dr
Heath, TX 75032

```
Pier-Luc Rioux
1000 Rue Des Faucons
App. 102
Sainte-Catherine QC J5C1R9
CANADA

Pierce Coggins
1502 Alice St
Apt 25
Oakland, CA 94612

Pierre Bradshaw
1540 NE 151st St
Unit 103
North Miami Beach, FL 33162

Pinchas Genger
439 Elmwood Terrace
Linden, NJ 07036

Pinnacle Home SRL, LLC
2025Nw 102Av - Unit 111 Doral
Attn: Jose
Miami, FL 33172

Francisco E Pinto
437 Eucalyptus Dr
Redlands, CA 92373

Piotr Kuznicki
575 Olive Street
Hoffman Estates, IL 60169

Piragathees Ravilosanan
5052 Rue Laurin
Montreal QC H8Y 3R3
CANADA

Pisau Alexandru
Strada Prevederii Nr 4 Bloc D8
Scara 1 Apartament 54
Bucuresti B 32301
ROMANIA

Pisau Alexandru
Strada Prevederii Nr 4 Bloc D8 Scara 1,
Bucuresti B 32301
ROMANIA

Plamen Tsvetkv
82 Loverock Road
Reading RG301DZ
UNITED KINGDOM
```

Plamen Zafirov
83 Lynton Avenue
Romford  RM7 8NH
UNITED KINGDOM

PNSCO LLC
8300 Greensboro Drive
Tysons, VA 22102

Podaru Andrada Mihaela
Strada Bradetului 84
Baciu CJ 407055
ROMANIA

Andrew Pogue
3055 East Rose Garden Lane
Ste 130
Phoenix, AZ 85050

Pontus Sarosdi
Ekensbergsvagen 93
Solna  16931
SWEDEN

Seyed Ali Poostanchi
3048 West 12th Street
Apt 4
Los Angeles, CA 90006

Porav Dumitru
58 Avenue Jean Jaures
Chez Mme Mumtaz Ibolya
Le Bourget  93350
FRANCE

A Powell
2830 Lexington Park Drive
Spring, TX 77373

Prabhjit Powar
59 Point Owoods Drive
Vaughan ON L4K 2E1
CANADA

Pradeep Singh
562 Woodfield Trail
Roselle, IL 60172

Pradeep Subramaniam
54 Balboa Loop
Aubin Grove WA 6164
AUSTRAILA

Prash Amar
29 Winchester Road
Winchester Road
Northampton ENG NN4 8AZ
UNITED KINGDOM

Prashant Savanagouder
1390 Market Street
Apt 2704
San Francisco, CA 94102

Pratap Dong
1331 Latrace Rd
Saskatoon SK S7L 6E4
CANADA

Pratompong Namjaidee Namjaidee
209A Woronora Rd
Engadine NSW 2233
AUSTRAILA

Precious Masalunga
1110 11th Street Sw, #1305
Calgary AB T2R 1P1
CANADA

Predrag Tasic
Bjorcksgatan 32B
Gothenburg  41652
SWEDEN

Preet Khabra
4 Paul Cullen Drive
Bardia NSW 2565
AUSTRAILA

Santosh Kumar Premji Patel
116 Briarcliff Court
Glen Mills, PA 19342

Premkumar Meesala
1735 Southcrest Trl
Hoover, AL 35244

Prentice Denton
2349 Wright Rd
Steens, MS 39766

Presner Nelson
51 Florida Street, #1
Dorchester Center, MA 02124

Preyal Patel
641 N 25 Street
Camden, NJ 08105

Priscila Correa
3907 N Federal Hwy, #190
Pompano Beach, FL 33064

Priscylla Robles
1633 SE Airoso Blvd
Port Saint Luice, FL 34984

Pritesh Patel
2510 Windblown Drive
Corpus Christi, TX 78414

Prodromos Michailidis
Muhlenstrasse 4
Berlin 13467
GERMANY

ProWhale s.r.o
Detva 584
Detva 96212
SLOVAKIA

Francisco Pulgar Romero
9990 Northwest 14th Street
Ste 110 Cch109601
Doral, FL 33192

Puneet Udasi
143 Davenport Street
Somerville, NJ 08876

Purvang Lakhawala
25 Eleanor Dr
Kendall Park, NJ 08824

Qandeel Karim
621 Stockton Street, #204
San Francisco, CA 94108

Qiang Gao
14 Aerial St
Lexington, MA 02421

Qingshou Pei
48 William Saville St
Markham ON L3R9S3
CANADA

Quang Cao
16830 East Nubia Street
Covina, CA 91722

Quentin Brackers De Hugo
42 Rue Marguerite De Rochechouart
Hostnfly
Paris 75009
FRANCE

Quincy Marie-Anne
9145 Croissant Du Louvre
Appartement 5
Brossard QC J4Y 0E1
CANADA

Anthony Quinn
460 E Encinas Ave.
Gilbert, AZ 85234

Qusay Al-Shaikhli
13201 Janet Dr
Frisco, TX 75033

R. De Roos
Pirandellostraat 65
Rotterdam 3076KW
NETHERLANDS

Ra-Son Theus
5150 S Gramercy Pl.
Los Angeles, CA 90062

Raashi Khanduri
634 Presley Way
Sugar Land, TX 77479

Rachel Gross
1209 Savannah Ave
Pittsburgh, PA 15218

Radomir Perzina
U Farmy 1581
Karvina 73401
CZECH REPUBLIC

Radoslav Chuchev
36 Melrose Close
London ENG SE12 0AL
UNITED KINGDOM

Radouan Sadiki
418 Charles Street
Malden, MA 02148

Radu Cosman
3465 Cedarcrest Avenue
Baton Rouge, LA 70816

Radu Muncioiu
Aleea Pinului Nr 2
Malu Mare DJ 207365
ROMANIA

Rafael Alejandro Alfaro
Residencial Lagos Del Sol, Faisanes 58
Cancun Q ROO 77567
MEXICO

Rafael Cardoso
14 Valerie Lane
Danbury, CT 06811

Rafael Fernandes
6695 NW 38th Terrace
Virginia Gardens, FL 33166

Rafael Iniguez
822 San Jacinto Street
San Bernardino, CA 92408

Rafael Jaime Kalach
Paseo De Las Primaveras 12
House 46
Mexico City DF 5100
MEXICO

Rafael Paula
Rua Patagonia
953, Ap 1301 A
Belo Horizonte MG 30320-080
BRAZIL

Rafael Sanchez
2826 Peery Ave
Kansas City, MO 64127

Rafael Scholz De Carvalho
7613 Chaddsley Dr
Huntersville, NC 28078

Raffaele Barioli
2505 Par Circle
Delray Beach, FL 33445

Raffi Hartoonian
8811 Canoga Avenue
Spc 353
Canoga Park, CA 91304

Ragim Uddin
12116 Charest Street
Hamtramck, MI 48212

Raheem Cozier
400 Willow St
Bridgeport, CT 06610

Rahul Galhotra
1986 Oak Tree Road
Edison, NJ 08820

Rainer Ille
Hauptstrasse 29
Gerasdorf  2201
AUSTRIA

Raj Tummala
1309 Formal Garden Way
Raleigh, NC 27603

Raja Ahc C/O Basalat Raja
1835 Molino Ave
Apt 15
Signal Hill, CA 90755

Raja Ahc C/O Basalat Raja
1835 Molino Avenue, #15
Signal Hill, CA 90755

Rajan Patel
12001 Murphy Road
Houston, TX 77031

Rajat Sharma
Freyweg 32
Bergheim  5101
AUSTRIA

Rajesh Narayanan
3505 Camino Del Rio South #332
San Diego, CA 92108

Rajevekumar Rajeswaran
67 Fimco Cresent
Ontario ON L6E 0R5
CANADA

Rajinder Singh
1110 East Tanbark Lane
Jackson, MI 49203

Rajkumar Neelakantan
17 Vreeland Ct
E Brunswick, NJ 08816-3886

Raleri srl
Via Francesco De Sanctis 9A
Bologna BO 40132
ITALY

Ralf Reckenfelderbaeumer
Neufelder Strasse 13
Koeln  51067
GERMANY

Ralph Dagher
41 Okalpi Ln
Orlando, FL 32825

Ralph Goldschmidt
Weinsbergstrasse 118A
Koln  50823
GERMANY

Ralph Rixner
Seestrasse 14
Kirchheim Bei Munich  85551
GERMANY

Ram Chinnachamy
300 Emerald Ridge Drive
Austin, TX 78732

Ramazan Gozel
2725 Barrett Avenue
Richmond, CA 94804

Rambo Anderson-You
4009 Natchez Ave S
Edina, MN 55416

Ramesh Ahire
81 Lexington Street
Watertown, MA 02472

Ramin Samadzai
Paalstraat 16, #1
Schoten  2900
BELGIUM

Ramiro Ching
14931 Eastwood Avenue
Lawndale, CA 90260

Ramjee Pahadee
6760 Joseph Edgar Ct
Alexandria, VA 22310-2667

Ramon Rodriguez
1222 1st Avenue, #323
Seattle, WA 98101

Ramzi Shalby
4907 Loyola Ave
New Orleans, LA 70115

Randall Bogani
740 Spring Haven Dr
Saint Johns, FL 32259

Randall Fujinaka
1125 Young Street
Unit 408
Honolulu, HI 96814

Randall Schiff
617 North Main Avenue
Fallbrook, CA 92028

Randall Stine
302 W Spreading Oaks Ave
Friendswood, TX 77546

Randy Agudelo
38 Tucker Street
Central Falls, RI 02863

Randy Blomstedt
5397 South Elk Way
Aurora, CO 80016

Randy Brown
175 2nd Street
Bordentown, NJ 08505

Randy Dinh
11045 NE Flanders St
Portland, OR 97220-3230

Randy Foster
1837 Palm Place Dr
Palm Bay, FL 32905

Randy Graves
3507 Southwest 25th Terrace
Miami, FL 33133

Randy Price
913 West Kalamazoo
Lansing, MI 48915

Rania Sief
P.O Box 5006
Bloomington, IN 47407

Ranjit Singh
4 Omapere Lane, Pyes Pa
Tauranga BOP 3112
NEW ZEALAND

Raoul Kuiper
Rubenslaan 15
Naarden  1412 HM
NETHERLANDS

Rares-Florin Ionescu
Str. Dimitrie Cantemir Nr. 2
Bl D90 Sc E Ap 79
Campulung Moldovenesc SV 725100
ROMANIA

Rashaan Smith
2615 S Bialy Street
Philadelphia, PA 19153

Rashaen Smith
2615 S Bialy St
Philadelphia, PA 19153

Rashia Bell
5319 Irving Street
Philadelphia, PA 19139

Rashid Ibrahim
12141 Coral Sea Street Northeast
Blaine, MN 55449

Rasmus Meier Hansen
Kagsabrinken 9
Soborg  2860
DENMARK

Ratna Gurung
9145 Jackies Bend
Reynoldsburg, OH 43068-8049

Raul Medina
544 West Grove Street
Rialto, CA 92376

Raul Nunez
600 West 141st Street, #63
New York, NY 10031

Rav Brar
15372 110A Ave
Surrey BC V3R9H6
CANADA

Raven Bagy
45 Twin Pines Drive
10A
Brooklyn, NY 11239

Raven Owie
164 Penrose Street
London ENG SE17 3LU
UNITED KINGDOM

Ravi Lally
12008 New McLellan Road
Surrey BC V3X2X7
CANADA

Ravi Manglani
200 E 27th St Apt 11F
Apt 11F
New York, NY 10016

Ravinder Singh
15003 Ella Jane Way
Bakersfield, CA 93314-4299

Ravinder Singh
159 South 7th Street
Steubenville, OH 43952

Rawad Traboulsi
Habersaathstrasse 38C
Berlin 10115
GERMANY

Rawan Hamade
Abu Dhabi, United Arab Emirates
Masdar 2, B 4A2, 4th Floor, Flat 436
Abu Dhabi AZ
UNITED ARAB EMIRATES

Timothy Paul Rawls
305 East Highline Drive
Deer Park, TX 77536

Ray Hoops
2509 Rustic Drive
Saint Louis, MO 63125

Ray Kim
3932 Grand Park Dr
Suwanee, GA 30024

Ray Laming
10153 East Peakview Avenue
Englewood, CO 80111

Ray Pilaro
124 S. Berkeley Avenue
Pasadena, CA 91107

Raymond Bysheim
Jagerbakken 11
Bergen  5042
NORWAY

Raymond Combs
417 Cypress Place
Richmond, KY 40475

Raymond Harvey
14 White St
Fitzroy North VIC 3068
AUSTRAILA

Raymond Huff
3498 E. Ellsworth Ave
#1012
Denver, CO 80209

Raymond Spaan
Vogelenzangseweg 117
Vogelenzang  2114CE
NETHERLANDS

Raymond Strawley
1601 North Rhodes Street
Arlington, VA 22209

Raymond Younan
11500 Brymer St
Porter Ranch, CA 91326

Raymundo Gonzalez
6043 Prospect Ave
Maywood, CA 90270

Razvan Al-Tarcheh
Strada Diamantului 126-128B , Bragadiru
Bragadiru IF
ROMANIA

Razvan Badiu
Str. 1 Mai, Nr. 17
Sannicoara CJ 407042
ROMANIA

Razvan Barsan Partners
Str. Simigiului Nr. 24, Camera 2, Sector
Bucuresti B
ROMANIA

Razvan Ringhiopol
Str. Harmanului
49S
Brasov BV 500222
ROMANIA

Razwan Ashiq
32 Gascoigne Gardens
Woodford Green ENG IG8 9NU
UNITED KINGDOM

Rebecca Irving
7 Ellenborough Old Road
Maryport ENG CA15 7PG
UNITED KINGDOM

Rebecca-Lynn Hislop
1111 Barclay Street
Apartment 407
Vancouver BC V6E1G9
CANADA

Rebecka Lecieleci
3610 Beckett Ridge Dr
Humble, TX 77396

Recasner Boggan
P.O. Box 62463
Virginia Beach, VA 23466

Reece Kiriu
241 Moomuku Place
Honolulu, HI 96821-2238

Reed Vida
11 Condon Drive
Ansonia, CT 06401

Alan Reed
P.O. Box 86
Centerville, TN 37033

Reem Alsabbagh
88 Westminster Drive
Oakville ON L6L 4H5
CANADA

Reem Shawar
308 East Wisconsin Avenue
Milwaukee, WI 53202

Refugio Villalobos
723 E K Ave
Unit B
Visalia, CA 93292

Reggie Alex
451 East Market Street, #444
Indianapolis, IN 46204

Reginald Constantino
1724 Thompson Ave
Chula Vista, CA 91913

Reginald Simington
P.O. Box 27257
San Diego, CA 92198

Regine Soucy
411 Avenue Sirois Local 70B
Rimouski QC G5L8B2
CANADA

Reid Huyssen
301 West Broad Street
Apartment 324
Falls Church, VA 22046

Reid Prawdzik
3152 34th Street
Apt B1
Astoria, NY 11106

Reilly Iverson
431 17th St
Ogden, UT 84404

Pete Reilly
1809 East Broadway Street
Suite 132
Oviedo, FL 32765

Reiner Musni
4357 Spooner Lake Circle
Las Vegas, NV 89147

Relax Hoja
13023 SE 189th Ct
Renton, WA 98058

Remco Captein
Meerbon 21
Rijnsaterwoude  2465 BP
NETHERLANDS

```
Remo Roth
Hohrainstrasse 42
Dielsdorf  8157
SWITZERLAND

Remzi Cirit
2257 Merlot Ct
Fort Collins, CO 80528

Remzi Turhan
Frischmuthstr.4
Grevenbroich  41515
GERMANY

Rena Gonzalez
11083 Floruish Drive,
Rancho Cucamonga, CA 91730

Renato Bertello
Strada Terrapini 22
Bandito CN 12042
ITALY

Renato Galamba
2351 Dougals Rd
Apt 912
Miami, FL 33145

Renato Silva
Av. Raul Brandao N.61
Santa Iria De Azoia PT-11 2690-326
PORTUGAL

Renaud Laurent
Quai Du Batty 24
Hamoir  4180
BELGIUM

Rene Andres
Am Rothfeld 36
Trierweiler  54311
GERMANY

Rene Obaya
1241 Enchanted Oaks Drive
Driftwood, TX 78619

Rene Provoost
23827 Springwater Road
Crestline, CA 92325

Reno Ramsey
8950 Horizon Hyatt Avenue
Las Vegas, NV 89178
```

Reshad Gunga
20 Royce Road
Peterborough ENG PE15YB
UNITED KINGDOM

Rex Novenario
587 Shark Lane
Stafford Twp, NJ 08050

Rex Odenwalder
5691 West 5300 South
Hooper, UT 84315

Rex Paqueo
1079 Alder Avenue
Marysville, WA 98270

Rex Turner
6917 E 78th St
Tulsa, OK 74133

Reynard Azada
5120 Ebbetts Way
Antioch, CA 94531

Harold Reynolds II
5007 Tealgate Dr
Spring, TX 77373

B C Reynolds
P.O. Box 3341
Seward, AK 99664

Rhodri Rowlands
Disgwylfa, Waveley Street, Clydach
Swansea WLS SA6 5DB
UNITED KINGDOM

Ria Dasgupta
1108 La Sierra Dr
El Dorado Hills, CA 95762

Riaan Van Der Watt
3504 Fm 840 E
Henderson, TX 75654

Ric Souli  Res
240 5Iem Avenue
Crabtree QC J0K1B0
CANADA

Ricardo Abrantes
Rua Dr Augusto Jose Da Cunha
N7 4A
Alges PT-11 1495-240
PORTUGAL

Ricardo Ayala Gonzalez
21 De Mayo 1398
Iquique TA 1100000
CHILE

Ricardo Ayon
3972 Dwiggins Street
Los Angeles, CA 90063

Ricardo De Nagy Morais Correia
R. Diogo De Silves No24A
24A
Lisboa PT-11 1400-107
PORTUGAL

Ricardo Erik Barba Castillo
Lago Alberto 320 Tena 402
Anahuac
Miguel Hidalgo DF 11320
MEXICO

Ricardo Freitag
7311 NW 12th St
Suite 22 Fpy124798
Miami, FL 33191

Ricardo Garcia
40742 Chantaco Ct
Palmdale, CA 93551

Ricardo Garcia
40742 Chantaco Ct
Palmdale, CA 93551-5619

Ricardo Gierbolini
5022 South Himalaya Court
Aurora, CO 80015

Ricardo Queiroz
31 Kemsley Crescent, Broughton
Broughton
Milton Keynes ENG MK10 9LZ
UNITED KINGDOM

Ricardo Rodrigues
Deluxe House Unit 32 Perivale Park
Horsenden Lane
London ENG UB6 7RL
UNITED KINGDOM

Ricardo Rossi
13224 Fernmont Street
Sylmar, CA 91342

Ricardo Sanchez
244 N Walcott St
Indianapolis, IN 46201

Ricardo Smith
Box 134
George Town  KY1-9000
CAYMAN ISLANDS

Ricardo Venegas
1830 Via Petirrojo
Apt M
Newbury Park, CA 91320

Rich Odness
25021 Silverleaf Lane
Laguna Hills, CA 92653

Richard Anderson
7525 N 155th St
Bennington, NE 68007

Richard Barr
208 Misty Court
Destin, FL 32541

Richard Bell
135 Wynford Drive #1008
Toronto ON M3C 0J4
CANADA

Richard Bligaard
Rismyrvegen 51D
Nodeland  4645
NORWAY

Richard Brown
10626 114C Street
Grande Prairie AB T8V 6M5
CANADA

Richard Burns
5729 Sunset Rd.
Fort Worth, TX 76114

Richard Chang
209-25 18th Ave
Apt 5B
Bay Terrace, NY 11360

Richard Clark
4246 Willow Bay Drive
Winter Garden, FL 34787

Richard Dimov
110 Lexington Lane
Costa Mesa, CA 92626

Richard Downing
227 East Main Street
Unit #3
Tuckerton, NJ 08087

Richard Fabian
3738 Davies Manor Dr
Bartlett, TN 38133

Richard Fijolek
3720 Potomac Avenue
Dallas, TX 75205

Richard Griffiths
4 Cypress Cv.
Little Rock, AR 72223-4466

Richard Haberkorn
13951 Progress Parkway
North Royalton, OH 44133

Richard Kurwitz
4021 Austins Landing
Bryan, TX 77808

Richard Laird
P.O. Box 130432
Carlsbad, CA 92013

Richard Leclair
38 Windmill Lane
Arlington, MA 02474

Richard Lee
310 S Jefferson St
50D
Placentia, CA 92870

Richard Lee
310 S Jefferson St, Placentia Ca
50D
Placentia, CA 92870

Richard Lin
5826 NW Lark Meadow Ter
Portland, OR 97229

Richard McLaughlin
7776 Blueberry Hill Lane
Ellicott City, MD 21043

Richard Metz Jr.
142 East 80th Street
Apt 3
New York, NY 10075

Richard Meunier
68 Rue Rollinet
Notre-Dame-De-L'Ile-Perrot QC J7V 8M6
CANADA

Richard Neubert
Ollenhauerstrasse 1
Wolfsburg  38444
GERMANY

Richard Oconnell
77 Dalma Drive
Mountain View, CA 94041

Richard Pacchioli
3 Holly Rd
Medina, TN 38355

Richard Patton
East View, The Hills,
East View, Bessie Lane
The Hills, Bradwell ENG S33 9HZ
UNITED KINGDOM

Richard Ramirez
1555 Branciforte Dr
Santa Cruz, CA 95065

Richard Rea
13 Finnegan Boulevard
Deception Bay QLD 4508
AUSTRAILA

Richard Schacht
1412 Black Pine Court
Castle Rock, CO 80104

Richard Smith
49 Castlemoyne
Balgriffin
Dublin D D13 T8N4
IRELAND

Richard Stagg
15705 East Puma Drive
Fountain Hills, AZ 85268

Richard Tarenta
1273 Terrace Pl
Lynnwood, WA 98282

Richard Tyrrell
1605 Hallet Peak Dr
Longmont, CO 80503

Richard Wang
781 Janice Lane
Walnut, CA 91789

Richard Warren
1200 Woodruff Road
Ste C12
Greenville, SC 29607

Richard Winburn
102 Seth Ct.
Radcliff, KY 40160

Richard Woods
1002 Heights Avenue
El Campo, TX 77437

Rick Ashley
172 02 119 Ave
Apt 2
Jamaica, NY 11434

Rick Gales
1234 Elevator Road
Saskatoon  SK S7M 3X2
CANADA

Rick Pathi
1100 Wendy Ave.
Big Bear, CA 92314

Rick Wilberg
304 Potomac Ave
Savoy, IL 61874-8115

Ricky Ariston
7237, 202A Street, 202A Street
202A Street
Langley BC V2Y 3G4
CANADA

Ricky May
1302 Kinau Street
Apt 7
Honolulu, HI 96814

Ricky Worthy
P.O. Box 6601
Macon, GA 31208

Rico Lengefeld
99 Ifield Road
London ENG SW10 9AS
UNITED KINGDOM

Rico Trevisan
Molierelaan 474
Elsene 1050
BELGIUM

Riddhi Bajracharya
398 Green Mountain Road
Mahwah, NJ 07430

Riddhi Shah
1387 Keoncrest Ave
San Jose, CA 95110

Rigoberto Delgado
256 Highland Circle
Providenciales
TURKS AND CAICOS ISLANDS

Rija Masood
5016 Leatherback Rd
Woodbridge, VA 22193

Rino Azurin
1225 Anthony St
Redlands, CA 92374

Rio Butler
8036 Southwest 64th Avenue
Portland, OR 97219

David Rios
4917 North Kimball Avenue
Chicago, IL 60625

Ritchie Macadaeg
16979 Hazelwood Drive
Riverside, CA 92503

Mark Dave Rivera
24464 Reserve Court
Menifee, CA 92584-0364

Riyad Trii
245 Rue Beaupre
Charlemagne QC J5Z 1B4
CANADA

Rizwan Gangwani
12729 Beech Tree Lane
Euless, TX 76040

Rizwan Ullah
823 Queensdale Ave East
Hamilton ON L8V 1M7
CANADA

Doyoung Ro
165 N 1650 W
D208
Pleasant Grove, UT 84062

Rob Ross
115 Egloff Circle
Folsom, CA 95630-6616

Robb Baldwin
4616 SW 97th Terracd
Gainesville, FL 32608

Robby Teuchner
Breiteweg 194
Barleben 39179
GERMANY

Robert Affa
40 Point O Woods Drive
Toms River, NJ 08753

Robert Arredondo
2048 W Chicago Ave Door Code 35885
312 785 6790
Chicago, IL 60622

Robert Ball
58 Cranberry Road
Carver, MA 02330

Robert Barclay
11038 W Washington St
Avondale, AZ 85323

Robert Blaney
1403 E Holly Ave
Sterling, VA 20164

Robert Brito
1336 Melstone Street
Beaumont, CA 92223

Robert Brown
1330 East Allendale Court
Bloomington, IN 47401

Robert Cabrera
4022 Levonshire Dr
Houston, TX 77025

Robert Carter
545 Leavenworth Street, Apt. 7
San Francisco, CA 94109

Robert Ciuca
723 W Ocean Ave
Lantana, FL 33462

Robert Clark
4555 Country Glen Circle
Grovetown, GA 30813

Robert Coates
504 Brooktree Court
Lutz, FL 33548

Robert Coates
504 Brooktree Ct
Lutz, FL 33548

Robert Damisch
Andritzer Reichsstrasse, 89
Graz  8046
AUSTRIA

Robert Deese
507 Lohnes Drive
Fairborn, OH 45324

Robert Firestone
7087 S Spruce Dr W
Centennial, CO 80112

Robert Francis
20 Henry Street
Unit 7
Parramatta NSW 2150
AUSTRAILA

Robert Gabardi
58 School Street
Rockland, MA 02370

Robert Galyan
P.O. Box 68
Estes Park, CO 80517

Robert Gangemi
1243 Hermosa Ave
Pacifica, CA 94044

Robert Gonzalez
1612 North 6th Street
Mcallen, TX 78501

Robert Guerrero
5 Scarsdale Rd
Montgomery, IL 60538

Robert Harford
920 Justison Street
Wilmington, DE 19801

Robert Healy
130 Whelan Crescent
Saskatoon SK S7L 6V8
CANADA

Robert Henderson
11416 Esplanade Drive #105
Reston, VA 20194

Robert Hufault
37 Duggan St
Stoughton, MA 02072

Robert Hunter
2 Inveresk Park
Rathcoole
Newtownabbey NIR BT379EU
UNITED KINGDOM

Robert Hurst
482 Greenwood Road
Kennett Square, PA 19348

Robert Ingenito
231 Lucille Avenue
Apt #2
Elmont, NY 11003

Robert Jackson
1770 79th Street Cswy
Apt D-204
North Bay Village, FL 33141

Robert Jackson
12501 North Professor Street
Oberlin, OH 44074

Robert Klein
141 Robert E Lee Blvd, #1124
New Orleans, LA 70124

```
Robert Kraska
1485 Ashington Court
Mississauga ON L5C1R5
CANADA

Robert Kuznetsov
Onilovoi Lane 8/10
8A
Odessa  65011
UKRAINE

Robert L.Lundy
5933 Easy Street
I25
Bradenton, FL 34207

Robert Lew
7123 Zion Lane
San Gabriel, CA 91775

Robert Lewandowski
16901 Oak Manor Drive
Westfield, IN 46074

Robert Liang
23 Maques Lane
Thornhill ON L4J6T3
CANADA

Robert Martin
2047 Thompson Street
Innisfil ON L9S 4Z1
CANADA

Robert Martin
1405 N 26 Ave
Hollywood, FL 33020

Robert Moon
6185 Magnolia Avenue, #234
Riverside, CA 92506

Robert Morrison
5829 Laguna Quail Way
Elk Grove, CA 95758

Robert Mudry
1435 Waterfront Rd.
Reston, VA 20194-1251

Robert Parrish-Zafiratos
2350 Del Mar Way
Unit 303
Corona, CA 92882
```

Robert Peterson
15599 Glencrest Avenue
Delray Beach, FL 33446

Robert Peterson
25 Gilcreast Road
Londonderry, NH 03053

Robert Rizya
4481 South 3425 West
West Haven, UT 84401

Robert Salazar
5071 Southwest 119th Avenue
Cooper City, FL 33330

Robert Schroeter
7891 Oakhurst Dr
Brecksville, OH 44141

Robert Shirer
84 Abilene Drive
Toronto ON M9A 2N7
CANADA

Robert Sniezko
2439 West Augusta Blvd
Apt 4
Chicago, IL 60622

Robert Stein
15589 Paulding Blvd
Brook Park, OH 44142

Robert Szilveszter
158 Chiltern Drive
Surbiton ENG KT5 8LS
UNITED KINGDOM

Robert Toth
Zranyi Utca 13. Foldszint 2.
Budapest  1195
HUNGARY

Robert Valles
15511 Highway 71 West, Ste 110 #232
Austin, TX 78738

Robert Viera
2316 SW 22nd St
Cape Coral, FL 33991

Robert Vrshek
22637 Lamplight Pl
Santa Clarita, CA 91350

Robert Wallace
4773 Forest Grove Drive
Brunswick, OH 44212

Robert Wellesley
7575 Shadow Lane
Sparks, NV 89434

Robert Wilson
221 Timberpark Drive
Davenport, FL 33837

Robert Wisniewski
1540 Chapparel Way
Wellington, FL 33414

Roberto Bruno Di Pietro
Murguiondo 340
Liniers C 1408
ARGENTINA

Roberto Campolo
Via Vigevanese 7/A
Buccinasco MI 20090
ITALY

Roberto Carlos Cabanas Canela
Av. Central 8 Sec C Mod B 112
Col. Villa De Aragon
Gustavo A Madero DF 7570
MEXICO

Roberto Chaparro
Hc-03 Box 32603
Aguada, PR 00602

Roberto De Aquino Lopes Junior
Rua Cotiara, 400
Alphaville Campo Grande 1
Campo Grande MS 79035-510
BRAZIL

Roberto Guidarini
Via Antonio Cecchi 23
Genova GE 16129
ITALY

Roberto Medal
13952 SW 153 Terr
Miami, FL 33177

Roberto Molina
105 Laurens Ct
Anderson, SC 29621

Roberto Nigrelli
Via Antonio Salinas 6
@Tec Di Roberto Nigrelli Vat: It05231890
Palermo PA 90141
ITALY

Roberto Ruiz
1716 Wurzburg Drive
Fort Worth, TX 76134

Roberto Simao
Val Da Pia No 8
Porto De Mos PT-10 2480-043
PORTUGAL

Robin Abbott
6116 Bernhard Avenue
Richmond, CA 94805

Robin Alex
400 North Saint Paul Street, #920
Dallas, TX 75201

Robin Kraus
Krausstrasse 4
Munich  81929
GERMANY

Robin Kurian
2704 Rock Island Road, Apt 242
Irving, TX 75060

Robinson Doyle
51 McDonald Street
Bucksport, ME 04416

Robroy Heron
85 North Middletown Road
C9
Nanuet, NY 10954

Randy Robson
2567 E Carla Vista Dr
Gilbert, AZ 85295

Rocco Galic
Calvinstr. 6
Dusseldorf  40597
GERMANY

Rod Cartledge
24 Sagars Road
Dural NSW 2158
AUSTRAILA

Roderick Agius Custo
Goodwood
Flt1 Triq Il-25 Ta Marzu ,
Tarxien TXN1182
MALTA

Rodney Brown
1150 Hollybrook Avenue
Chula Vista, CA 91913

Rodney Rael
370 North 17th Street
San Jose, CA 95112

Rodney Speight
2404 Skyview Circle
Fairfield, CA 94534

Rodney Vaught
6419 South Lorel Ave.
Chicago, IL 60638

Rodolfo Lomascolo
Cogoll 23 Num 3
Sant Andreu De Llavaneres B 8392
SPAIN

Rodolfo Robles
6080 Pocket Pl
El Paso, TX 79932

Rodrigo Cordova
19013 Horst Avenue
Artesia, CA 90701

Rodrigo Del Paso Escobedo
Calle Bahia Xcacel 7 Mza 23 Lote 1
Dep 305 Aventuras Club Marina
Puerto Aventuras Q ROO 77733
MEXICO

Rodrigo Del Paso Escobedo
Calle Bahia Xcacel 7 Mza 23 Lote 1
Aventuras Club Marina Oficina
Puerto Aventuras Q ROO 77733
MEXICO

Rodrigo Ferrario
25 Linwood Avenue
Greenwich, CT 06878

Rodrigo Ferreira
Rua Henrique Medina, No 48, Flor Da Mata
Set bal PT-15 2840-705
PORTUGAL

Rodrigo Guanlao
3210 N Pemberton Circle Drive
Houston, TX 77025

Rodrigo Martinez Guajardo
Antiguo Camino A Villa De Santiago 3015
Col. Altavista Sur
Monterrey NL 64740
MEXICO

Rodrigo Parisi
21634 35th Ave SE
Bothell, WA 98021

Rodrigo Sanchez Vasquez
Parque Escorial
Alturas Del Parque 2310
Carolina, PR 00987

Nelson Rodriguez
188 Tortledepoint Ln
Thurndele
Philadelphia, PA 19372

Roger Cisneros
33081 Acapulco Drive
Dana Point, CA 92629

Roger Delamare
4 Avenue Des Noes
La Verriere 78320
FRANCE

Roger Forcada
Carrer Dantoni De Capmany 76, 5 - 1
Barcelona B 8014
SPAIN

Roger Nakata
7934 Mission Bonita Drive
San Diego, CA 92120

Roger Rodriguez
1710 NW 96th Ave
Doral, FL 33172-2415

Roger Rodriguez 009
1710 NW 96th Ave
Doral, FL 33172-2415

Roger Webb
1 Harewood Mews
Leeds ENG LS17 9LY
UNITED KINGDOM

Rohin Khosla
52 Cityscape Mount NE
Calgary AB T3N 0V7
CANADA

Rohit Gopal
588 Bell St
509S
Seattle, WA 98121

Rolan Sahyouni
Vastra Jarnvagsgatan 7C
Lgh 1203
Hedemora  77635
SWEDEN

Roland Keller
25100 Watson Ranch Road
Montgomery, TX 77356

Roland Uhl
Fliederstrasse 11
Haan  42781
GERMANY

Rolando Agreda
2813 Westbury Court
Mississauga ON L5M 6B4
CANADA

Roma  Cabau Vidal
Passatge Del Mas Rub  10
Molins De Rei B 8750
SPAIN

Romain Fortunet
24 Rue Vasco De Gama
Paris  75015
FRANCE

Roman Korolev
1428 Stanford
Irvine, CA 92612

Roman Nahaylo
200 E Illinois St
Apt 3202
Chicago, IL 60611

Roman Soltys
26 Quartiere Bloom, Lower Ormond Quay, D
Dublin D D01FA36
IRELAND

Romano Baglioni
Via Eugenio Torelli Viollier 132
Scala A Interno 24
Roma RM 157
ITALY

Romeo Arias
Calle Huizaches Casa 4
Manzana 27 Residencial Sta. Maria. Sta M
Oaxaca, Oaxaca OAX 71220
MEXICO

Ron Rossknecht
P.O. Box 333
Hill City, SD 57745

Ronald Barrett
367 Ridgeway Place
Ventura, CA 93004

Ronald Castro
83 Clark Ave
Bloomfield, NJ 07003

Ronald King
247 North Beville Avenue
Indianapolis, IN 46201

Ronald Shudrowitz
1902 North Spaulding Avenue
Apt 1W
Chicago, IL 60647

Ronaldy Cartaya
11201 SW 55th St
Lot H8 275
Miramar, FL 33025

Ronny Terrero
735 West Fisher Avenue
Philadelphia, PA 19120

Rony Melendez
1309 W 93rd St , 1/2
Los Angeles, CA 90044

Roopdeep Singh
5417 Carrotwood Ave
Bakersfield, CA 93313-9406

Rory King
P.O. Box 442
Glenmont, NY 12077

Rory McKenna
25 Midland Toad
Bristol ENG BS16 4NW
UNITED KINGDOM

Rosa Porto
7507 Wahl Road
Lot B3
Vickery, OH 43464

David Rosalez II
2821 SW Multnomah Blvd Apt 5
Portland, OR 97219

Rosario Decasanova
9080 Lime Bay Blvd
Tamarac, FL 33321

Rose Lam
150 River Street #307
Toronto ON M5A 0M2
CANADA

Rosemary Hilb
645 North Serrano Avenue
Los Angeles, CA 90004

Ross Blaising
2608 Kings Ridge Drive
Birmingham, AL 35243

Ross Elder
Flat 5
34 Charlotte Road
London ENG EC2A 3PB
UNITED KINGDOM

Ross Heironimus
4646 Elkhorn Ct
Westfield, IN 46062

Ross Nicklin
61 Anglesea Road
Ipswich ENG IP1 3PJ
UNITED KINGDOM

Ross Russell
7890 Prairie Chapel Road
Crawford, TX 76638

Rossopher Thiers
536 East Newmark Avenue
Monterey Park, CA 92335

Roxana Circu
Al Scolarilor Nr 16
Bucuresti B 31818
ROMANIA

Roxanne Lamonde
900 Woodbury Avenue
Portsmouth, NH 03801

Roy Hansen
1927 Morgan Avenue
Port Coquitlam BC V3C 1K1
CANADA

Roy Mayo
1319 Osprey Way
Apopka, FL 32712

Roy Virgen Jr
4705 Revere St
Chino, CA 91710

Royal Norman
15996 North 106th Way
Scottsdale, AZ 85255

The Royal Roses
20855 NE 16th Ave
C25
Miami, FL 33179

Ruben Fuentes
316 Apache Field Lane
La Marque, TX 77568

Ruben Oude Wesselink
Amtsvenn 24
Gronau (Westfalen)  48599
GERMANY

Ruben Shakhnazaryan
8433 Fenwick St
Sunland, CA 91040

Ruben Shakhnazaryan
8433 Fenwick Street
Los Angeles, CA 91040

Rubin Mann
8358 Rinauro Court
Tracy, CA 95304

Rubin Van Nieulande
Sebastiaan Van Noyestraat 22
Eindhoven  5622KH
NETHERLANDS

Rubina Khachikyan
3740 Mayfield Ave
La Crescenta, CA 91214

Rudolf Bom
Ettenbergstrasse 12A
Wettswil Am Albis  8907
SWITZERLAND

Rui Filipe Alves Costa De Pereira
Rua Ary Dos Santos No 22 1A
Prior Velho PT-11 2685-312
PORTUGAL

Anthony Ruiz Salinas
999 Old San Jose Rd #38
Soquel, CA 95073

Rune Kirkmand
Skaruparevej 12
Skarup Fyn  5881
DENMARK

Ruperto Reyes
Av. Urano Sn Esq. Juan Pablo Ii
Costa Verde
Boca Del Rio VER 94294
MEXICO

Rushabh Shah
204,15 Montgomery Court
Halifax,Nova Scotia
Halifax NS B3M 4J6
CANADA

Russ Davis
1644 West Blackhawk Street
1W
Chicago, IL 60622

Russell Britton
4390 Beniah Street
Pahrump, NV 89048

Russell Dempsey
5334 Palisades Avenue
Battlefield, MO 65619

Russell Dempsey
5334 S. Palisades Ave.
Brookline, MO 65619

Russell Hanzevack
1343 SE 16 Pl
Cape Coral, FL 33990

Russell Hoffman
11532 Echo Lake Circle
Apt. 108
Bradenton, FL 34211

Russell Norton
3118 W Lake St
Apt 210
Minneapolis, MN 55416

Russell Peterson
13910 Lyons Valley Rd Ste. D
Jamul, CA 91935

Rustan Laine
19748 Kingswood Lane
Huntington Beach, CA 92646

Rusu Gheorghe
Strada Buzau Nr. 7
Ap 6, Etaj 1
Cluj-Napoca CJ 400294
ROMANIA

Ruth Schneider
The Lodge, Whittington Court, Aylmer Roa
London  ENG N2 0BT
UNITED KINGDOM

Ry Olson
1447 West Maximilian Place
Tucson, AZ 85704

Ryad Sekkal
24 Avenue De La Porte D'Asnieres
Paris  75017
FRANCE

Ryan Abel
3812 N 16th St
Tacoma, WA 98406

Ryan Alford
200 Brookwood Forest Drive
Blythewood, SC 29016

Ryan Almerico
4 Whipporwill Road
Covington, LA 70433

Ryan Ashrafi
8822 South 70th East Avenue
Tulsa, OK 74133

Ryan Austin
111 Bathurst Street, #606
Toronto ON M5V0M9
CANADA

Ryan Baker
4904 Tulsa Avenue
Olivehurst, CA 95961

Ryan Burnham
3969 Frio Way
Frisco, TX 75034

Ryan Campbell
221 E Beloit Ave
Salina, KS 67401

Ryan Canter
113 Lake Victoria Drive
Kingsland, GA 31548

Ryan Casey
798 Cicada Road
Quebeck, TN 38579

Ryan Clancy
6070 SE Pardee St
Portland, OR 97206

Ryan Clarke
1438 Sage Bloom Way
Saratoga Springs, UT 84045

Ryan Cole
5346 S Palisades Ave
Brookline, MO 65619

Ryan Connelly
1406/1 Freshwater Place
Southbank VIC 3006
AUSTRAILA

Ryan Davis
19 Rock Lane
Milford, NH 03055

Ryan Dela Cruz
730 Agnew Crescent
Milton ON L9T 8M6
CANADA

Ryan Doherty
763 Bay Street
Unit 3910
Toronto ON M5G 2R3
CANADA

Ryan Fisher
18820 Vinton Street
Omaha, NE 68130

Ryan Gaytan
5 Baywater Lane Southwest
Airdrie AB T4B 3V6
CANADA

Ryan Ghasemi
4810 Preserve Park Dr
Spring, TX 77389

Ryan Gonzales
7227 San Ramon Drive
Houston, TX 77083

Ryan Issa
153 Remsen Street
Apt. 4B
Brooklyn, NY 11201

Ryan Keeney
1 Elm Drive West
Suite 1102
Mississauga ON L5B 4M1
CANADA

Ryan Ketchum
6641 Tanzanite Street
Jurupa Valley, CA 91752

Ryan Kodani
3331 Country Club Ln
Sacramento, CA 95821

Ryan Kopf
2945 Brady Street
Davenport, IA 52803

Ryan Lasko
261 Harding Blvd
Matawan, NJ 07747

Ryan Lee
10 College Place
Albanvale VIC 3021
AUSTRAILA

Ryan Lefaivre
256 Seaside Dr.
Jamestown, RI 02835

Ryan Levels
207 Cordelia St Sw
North Canton, OH 44720

Ryan Lindke
9426 Foxgrove Court
Raleigh, NC 27617

Ryan Mandel
8 Charlotte Street, #1104
Toronto ON M5V 0K4
CANADA

Ryan Matze
10583 Joplin Street
Commerce City, CO 80022

Ryan McGee
1655 Farm To Market Road 665
Corpus Christi, TX 78415

Ryan Murphy
3560 Rambla Pl, #517
Santa Clara, CA 95051

Ryan Nguyen
16815 Mount Fletcher Cir.
Fountain Valley, CA 92708

Ryan Plazony
101 City Avenue
Apt 207
Bala Cynwyd, PA 19004

Ryan Poortinga
25 Northern Ave
#2120
Boston, MA 02210

Ryan Rerucha
5430 W Palo Alto Ave., #211
Fresno, CA 93722

Ryan Rice
1919 Fruitdale Ave
San Jose, CA 95128

Ryan Ridenhour
1741 Tustin Avenue
8A
Costa Mesa, CA 92627

Ryan Rojas
250 Richmond Circle
Idaho Falls, ID 83404

Ryan Romano
11435 NW Captain Ln
Silverdale, WA 98383

Ryan Rosenbaum
2138 Sommers Avenue
Madison, WI 53704

Ryan Rypka
4514 Main St, #3020
Jupiter, FL 33458

Ryan Sassounian
629 Westbourne Dr.
West Hollywood, CA 90069

Ryan Smith
332 Northeast 45th Avenue
Portland, OR 97213

Ryan Smoot
44-150 Paauhau St.
P.O. Box 1248
Honokaa, HI 96727

Ryan Stoll
304 1st Street East
Kalispell, MT 59901

Ryan Stoops
140 W Lanesfield St
Gardner, KS 66030

Ryan Sumardi
965 Geary Street
Apt. 50
San Francisco, CA 94109

Ryan Sumardi
965 Geary Street Apt. 50
San Francisco, CA 94109

Ryan Sumner
8101 Fanfair Lane
Pasadena, MD 21122

Ryan Tempel
1905 E Pegasus Dr
Tempe, AZ 85283

Ryan Templeton
5208 Fernland Way
North Charleston, SC 29420

Ryan Trumpeter
74 Tantany Lane
West Bromwich ENG B71 1DS
UNITED KINGDOM

Ryan Varney
19801 East Grant Highway
E Grant Hwy
Marengo, IL 60152

Ryan Vidon
13745 162A Avenue Northwest
Edmonton AB T6V 0J8
CANADA

Ryan Watson
7601 East Indian Bend Road
Unit 2050
Scottsdale, AZ 85250

Ryan Weiss
3824 SE Carlton Street
Portland, OR 97202

Ryan West
3213 Silver Creek Drive
Plano, TX 75093

Ryan Wojtowicz
17430 Southwest 297th Terrace
Homestead, FL 33030

Ryan Wong
1444 Blalock Road
Ste G
Houston, TX 77055

Ryan Wong
8180 Cleary Blvd
Apt 1808
Plantation, FL 33324-1378

Rylen Robles
700 West 2nd Street
#4
Azusa, CA 91702

```
S Bari
68 Rosedale Road
Forest Gate
London ENG E7 8AT
UNITED KINGDOM

Saad Ouacha
Elisabeth Str N5
Hagen  58095
GERMANY

Saad Vali
349 Mill Road
Valley Stream, NY 11581

Saadia Khan
4706 Kirkdale Drive
Woodbridge, VA 22193

Sabine Jobst
19193 Poplar Cir
Eden Prairie, MN 55347

Sabrina Rios
3309 West Chenango Avenue
Englewood, CO 80110

Sadie Iovenko
327 North Stanley Avenue
Los Angeles, CA 90036

Sadik Prushi
95 Liberty Street Apt D9
Stamford, CT 06902-4732

Ali Saeed
16 Belmont Avenue
Plainview, NY 11803

Safee Rahman
2001 Richard St
Burbank, CA 91504

Safiullah Rauf
4502 Javins Pl
Woodbridge, VA 22192

Safiullah Rauf
6609 Deer Gap Court
Alexandria, VA 22310

Said Sabbagh
70 Chaseling Street
Greenacre NSW 2190
AUSTRAILA
```

Saif Hussaini
4 Normandy Place
Brampton ON L6S 3Z3
CANADA

Saikrishna Shiramshetty
104 Oak Hill Drive
Pittsburgh, PA 15213

Saim Mahmood
55 Ash Tree Road
Manchester  M8 5AX
UNITED KINGDOM

Saira Flores
2335 S 61st Ave
2nd Floor
Cicero, IL 60804

Sajjad Shamsi
3405 Plateau Blvd #18
Coquitlam BC V3E 3L7
CANADA

Sal Martin
5119 S.Forestdale Cir
Dublin, CA 94568

Sam Aleen Salarda
9936 Sepulveda Blvd #3
Mission Hills, CA 91345

Mark Anthony Salcedo
17009 SE Kelly St.
Portland, OR 97236

Saleh Basamad
46 North Salisbury Street, #204
West Lafayette, IN 47906

Saleh Moustafa
4 Rue Leon Delagrange
Paris  75015
FRANCE

Saleh Shbli
Rheinstr.41
Waldshut-Tiengen  79761
GERMANY

Sally Lehmer
11440 Ridge Road
Nevada City, CA 95959

Salman Elgharbawy
6th Syria St, Shabas Amir
Qallin KFS 77377
EGYPT

Salvatore Andrea Albanese
Strada Lesignana 7
Lesignana MO 41123
ITALY

Sam Cappas
7311 Mallard Lane
Schererville, IN 46375

Sam Chandra
461 Granite Ave.
Monrovia, CA 91016

Sam Cole
47 Church Road
Kessingland
Lowestoft ENG NR337TJ
UNITED KINGDOM

Sam Coons
414 Sumner Street
Apt. 1
East Boston, MA 02128

Sam Deberry
13219 Darby Chase Drive
Charlotte, NC 28277

Sam Folorunso
131 Oldbury Road
Rowley Regis
Sandwell ENG B65 0NR
UNITED KINGDOM

Sam Offit
528 21st Street
Santa Monica, CA 90402

Sam Sawzin
842 Elm Ave #105
Long Beach, CA 90813

Sam Sousa
1850 Mount Diablo Blvd
Suite 100
Walnut Creek, CA 94596

Sam Thesing
426 Dump Hill Road
Rushford, MN 55971

Sam Welch
24 Ibrox Street
Flat 2/3
Glasgow SCT G51 1AQ
UNITED KINGDOM

Saman Heidari
145 Port
Irvine, CA 92618

Samantha Vasquez
1221 N Main St
Kissimmee, FL 34744

Samar Khan
1047 Syndenham Ln,
Milton ON L9T8J1
CANADA

Samer Al Khamran
Hermannstr. 155
Sam Service Express
Berlin 12051
GERMANY

Samer Al Khamran
Hermannstr. 155
Berlin 12051
GERMANY

Samer Alamrat
529 Main Street
P200
Boston, MA 02129

Samer Rahmeh
8701 Wiles Road
Apt 206
Coral Springs, FL 33067

Samer Serhan
990 Gainsborough Rd
London ON N6H 5L4
CANADA

Sami Arnaout
58 Woodland Road
Unit 4
Cape Elizabeth, ME 04107

Sami Hasan
75 Alderney Gardens
Northolt ENG UB55BT
UNITED KINGDOM

Samiuela Tolutau
4700 W Delta Park Circle
West Valley City, UT 84120

Sampson Barnes
7650 Hanks Drive
Baton Rouge, LA 70812

Samudra Vijay
2511 E Nc Hwy 54
Ste 201
Durham, NC 27713

Samuel Brown
18 Castle View
West Kilbride SCT KA23 9HD
UNITED KINGDOM

Samuel Bush
14996 SW 283rd St, #305
Homestead, FL 33033

Samuel Bush
2705 Tally Ho Drive
Hurst, TX 76054

Samuel Cody
18 Weston Heights Drive
Asheville, NC 28803

Samuel Colton
519 Saint Thomas Street
Lafayette, LA 70506

Samuel Comer
66 W 38th St
Apt 41C
New York, NY 10018

Samuel Kelly
16 Terry Drive
Saint Charles, MO 63303

Samuel Kersey
6215 Founding Dr
Katy, TX 77449

Samuel Law
465 Raymerville Drive
Markham ON L3P 6J1
CANADA

Samuel Louis
6349 Small Wood Rd
Jacksonville, FL 32216

Samuel Nassar
1723 N Ukiah Way
Upland, CA 91784

Samuel Pagan
708 East Lomita Avenue
#G
Glendale, CA 91205

Samuel Ramo
2743 Henry St. Pmb 331
Muskegon, MI 49441

Samuel Riddle
3716 W 1650 N
Lehi, UT 84043

Samuel Spatafora
1244 York Mills Road
315A
Toronto ON M3A 1Y7
CANADA

Samuel Stalabrass
121 Benhurst Avenue
Hornchurch ENG RM12 4QN
UNITED KINGDOM

Samuel Tupita
Mornington Road
Greenford ENG UB6 9HL
UNITED KINGDOM

Samuel Whiteford
10984 W Leilani Dr.
Boise, ID 83709

Samuel Zniber
53 Rue De Babylone
Paris  75007
FRANCE

Rodney San Agustin
5050 Tujunga Avenue #12
North Hollywood, CA 91601

Salvador San Agustin
10300 W 121st Street
Overland Park, KS 66213

Martin Federico Sanchez Rubado
5459 Northwest 72nd Avenue
Miami, FL 33166

Luis Eduardo Sanchez
2201 Ludlam Road #223
Miami, FL 33155

Sandeep Kumar
22 Kent Street
Coolangatta QLD 4225
AUSTRAILA

Sandeep Kumar Vishnu Prasad
Lange Violettestraat 178
Gent  9000
BELGIUM

Sandeep Nagra
34 Warrener Close
Swindon ENG SN25 4AH
UNITED KINGDOM

Andrew Sanderson
5811 Golden Pheasant Ct
Dayton, OH 45424

Sandra Buffett
17 Shore Blvd
Shore Blvd
St Catharines ON L2N 5T9
CANADA

Sandra Martinez
P.O. Box 7664
Jackson Hole, WY 83002

Sandra Sabin
Am Schopfwerk 33
Parzelle 83
Vienna  1120
AUSTRIA

Sandra Snell
541 Charminster Road
Bournemouth ENG BH8 9RF
UNITED KINGDOM

Sandro Chiesa
Buchzelgstrasse 76
Zurich  8053
SWITZERLAND

Sandro Schneider
Bildgasse 19
Lustenau  6890
AUSTRIA

Sang Cao
16411-120 Street
Edmonton AB T5X 5K5
CANADA

Sang Ngo
31 Royena Court
Crestmead QLD 4132
AUSTRAILA

Sanghyun Lee
3700 W Mungall Dr
Apt 3
Anaheim, CA 92804

Sani Djaya
1707 Veirs Mill Road
Rockville, MD 20851

Sanjay Veerkar
2700 S Las Vegas Blvd
Unit 3501
Las Vegas, NV 89109

Sanju Kumar
23137 Timber Creek Lane
Clarksburg, MD 20871

Sanketh R Mekala
4623 Rundlehill Road Northeast
Calgary AB T1Y 2S1
CANADA

Santiago Pita
8470 Watson Circle
Crystal Lake, IL 60014

Santiago Torres
Hacienda Montenegro 66
Colonia Mansiones Del Valle
Queretaro QRO 76185
MEXICO

Santos Figueroa
911 Lamplighter Dr Nw
Palm Bay, FL 32907

Santosh Neupane
9 Lycett Avenue
Kellyville NSW 2155
AUSTRAILA

Sapan Patel
54 Noll St, #746
Brooklyn, NY 11206

Sara Andreoli
1250 St Clair Ave W, App 1
App 1
Toronto ON M6E 1B7
CANADA

Sara Gutierrez
645 Front St, Renaissance Tower
South Tower, Apart. 1308
San Diego, CA 92101

Sara Macek
402 Scone Dr
Troy, MI 48098

Sara Mueller
11251 10 Avenue Northwest
Edmonton AB T6J 6S2
CANADA

Sara Sanadgol
2980 District Ave, #619
Fairfax, VA 22031

Sarah Curtis-Cheng
62-64 Globe Road
Flat 5
London ENG E1 4DS
UNITED KINGDOM

Sarah Dennis
952 Huron Terrace #102
Kincardine ON N2Z0G4
CANADA

Sarah Huynh
78 Gulliver Road
Toronto ON M6M 2M6
CANADA

Sarah Lam
12057 Southeast 41st Street
Bellevue, WA 98006

Sarah McKinney
1721 Maplewood Drive
Farmington, NY 14425

Sarah Robins
5976 Tisdall Street, #102
Vancouver BC V5Z 3N2
CANADA

Saranyou Sanouvong
Meiliplatz1
Emmen  6032
SWITZERLAND

Sardorzhon Narzullaev
3025 Artesia Blvd
Ste 101/ Phone Electrik
Torrance, CA 90504

Sareth Thab
131 Warren Street, #3
Fall River, MA 02721

Sarmad Adnan
34 Penny Green Street
Sugar Land, TX 77479

Sarra Tsiatsos
11163 Aqua Vista St. #205
Studio City, CA 91602

Satpinder Mann
483 Kincardine Terrace
Milton ON L9T 8E8
CANADA

Saul Reyes
4915 Upland Dr
Alexandria, VA 22310

Saurabh Dubey
6368 Blue Water Circle
Castle Rock, CO 80108

SAV GmbH Serge Vossoughi
Capistrangasse 5, 2/62
Wien  1060
AUSTRIA

Savan Thakkar
4682 Chabot Dr
Unit # 12166
Pleasanton, CA 94588

Savannah McMachen
3020 E Main St
Lakeland, FL 33801

Savannah Michael
3000 Lillard Dr
Apt 113
Davis, CA 95618-4821

Sawyer Woodside
304 Holmwood Avenue
Ottawa ON K1S 2R3
CANADA

Saxon Hubble
6535 E Thompson Rd
Indianapolis, IN 46237

Sayed Husseini
10780 No. 5 Rd #110
Richmond BC V6W 0B8
CANADA

Sayrika Kamara
1802 Wetherbourne Court
Bowie, MD 20721

Alec Schleicher
216 Pepperwood Way
Durham, NC 27703

Schumacher & Willsau P.A.GmbH
Nymphenburger Strasse 42
Munich  80335
GERMANY

Scott Abrams
62 Wagon Lane
Centereach, NY 11720

Scott Allmon
1260 Twin Oaks Lane
Castle Rock, CO 80109

Scott Bigler
206 Leedom Way
Newtown, PA 18940

Scott Cartner
10 Oakland Avenue
Maryport ENG CA157BU
UNITED KINGDOM

Scott Dubritton
2100 Black Pine Ct.
Severn, MD 21144

Scott Espinoza
27432 Lovettsville Lane
Temecula, CA 92591

Scott Giles
367 South Gippsland Highway
Absolute Storage
Dandenong South VIC 3175
AUSTRAILA

Scott Griffin
212 Cameron Dr
Kings Mountain, NC 28086

Scott Grow
252 West 1290 North
Honey Pot Investments, LLC
American Fork, UT 84003

Scott Howard
3403 NW 112th St
Vancouver, WA 98685

Scott Keller
3872 Mount Royal Blvd
Allison Park, PA 15101

Scott Kingston
101 West End Avenue
Apartment 15E
New York, NY 10023

Scott Kline
3708 Bridge Glen Drive
Las Vegas, NV 89108

Scott Kollmorgen
10818 Candlewood Drive
Houston, TX 77042

Scott Lair
823 Orla St
San Marcos, CA 92069

Scott Lappe
22W353 Balsam Dr
Glen Ellyn, IL 60137

Scott Larson
10202 N. 40th St.
Phoenix, AZ 85028

Scott Lipman
Polenstraat
Almere 1363BB
NETHERLANDS

Scott Lizura
22600 Middlebelt Rd
Trlr D9
Farmington Hills, MI 48336-3673

Scott M Lepere
859 Conner Street
Noblesville, IN 46060

Scott McDowell
24 Purley Cres.
Scarborough ON M1M 1E8
CANADA

Scott Milne
2255 E Sunset Rd
Apt 2117
Las Vegas, NV 89119

Scott Morgan
4135 S. Power Rd
Suite 123
Mesa, AZ 85212

Scott Schatz
32 Arrowhead Estates Lane
Chesterfield, MO 63017

Scott Scheidt
2508 Quacco Road
Pooler, GA 31322

Scott Smith
6770 Delor Street
St. Louis, MO 63109

Scott Steigrod
11622 Stein St
Orlando, FL 32832

Scott Thompson
2828 Mccall Rd
Suite 32 P.O. Box #6
Englewood, FL 34224

Scott Trento
6040 SW 9th St
Plantation, FL 33317

Scott True
509 N Oak St
O Fallon, IL 62269

Scott Vesely
7842 Whitehart Street
Frisco, TX 75035

Scott Westerbeck
13325 Malachite Drive
Bradenton, FL 34211

Scott Wissler
3440 South Halifax Way
Aurora, CO 80013

Scott Zilonka
P.O. Box 1503
Borrego Springs, CA 92004

Seamus Rogers
Dublin Specialist Dentistry
402 Q House, Furze Road
Sandyford Industrial Estate D D18
IRELAND

Sean Beams
3 Elm St
Owego, NY 13827

Sean Burrows
1588 East Pender St #201
Vancouver BC V5L 1W1
CANADA

Sean Cooke
Flat 69, Renaissance Square Apartments,
London  ENG W4 2DZ
UNITED KINGDOM

Sean Dahlin
1631 15th Avenue West
Ste 305
Seattle, WA 98119

Sean Dahlin
33010 Southeast 118th Street
Issaquah, WA 98027

Sean Duncombe
6796 Rue Clark
Montreal QC H2S 3E9
CANADA

Sean Frogley
28 Hercules Street
Shirley
Christchurch CAN 8013
NEW ZEALAND

Sean Goodman
1031 Eagle View Ct
Prairie Du Sac, WI 53578

Sean Greves
709 W Sunshine St
Springfield, MO 65807

Sean Gross
847 S Logan St
Denver, CO 80209

Sean Hinke
100 Deerbow Circle SE
Calgary AB T2J6J2
CANADA

Sean Katt
1131 Warwick Ave
Thousand Oaks, CA 91360

Sean Keaveney
Corry
Rathowen
Mullingar WH BT36 4PP
IRELAND

Sean Kruse
14921 Southeast 177th Place
23G
Renton, WA 98058

Sean Lenihan
209 W 125th Terrace
Kansas City, MO 64145

Sean McKay
2142 Daylor Drive Northeast
Grand Rapids, MI 49525

Sean Moran
15 Larkfield Close
Clayfarm , Sandyford
Dublin D D18 W5R2
IRELAND

Sean Murashige
719 22nd Avenue
Honolulu, HI 96816

Sean Park
5555 Mockingbird Ln #4614
Dallas, TX 75206

Sean Rapley
22 Kilncar Crescent
Thirroul NSW 2515
AUSTRAILA

Sean Segura
115 Mount Shasta Street
Dallas, TX 75211

Sean Sherwood
4644 Mapleridge Dr
North Vancouver BC V7R 3T5
CANADA

Sebastian Armanasco
5459 Northwest 72nd Avenue
Miami, FL 33166

Sebastian Cruz
318 Belmont Drive
Alpharetta, GA 30022

Sebastian Flores
4350 W Kennedy Blvd
#8
Tampa, FL 33609

Sebastian Meyer
Huebeliacker 11A
Suhr  5034
SWITZERLAND

Sebastian Stegrin
Gnejsvagen 57, #1102
Kungsbacka  43451
SWEDEN

Sebastian Theilmeier-Aldehoff
Pastorenstrasse 16
Hamburg  20459
GERMANY

Sebastien Bisoglio
Chemin De Plaisance 1
Fully 1926
SWITZERLAND

Sebastien Chaumontet
10 Rue Simone De Beauvoir
Avenue De Chamb  Ry
Alfortville  94140
FRANCE

Sebastien Genoud
Witikonerstrasse 23
Zurich  8032
SWITZERLAND

Sebastien Kenny
383 Chartersville Rd
Dieppe NB E1A5G9
CANADA

Sebastien Piche
1808 Rue De Beaulac
Chambly QC J3L0S9
CANADA

Sebastien Rousseau
18262 De La Promenade
Mirabel QC J7J1B6
CANADA

Sebastien St-Laurent
1957 Rue Girard
Varennes QC J3X 1J9
CANADA

Selcuk Azyurt
Weiherstrasse 8
Jona  8645
SWITZERLAND

Senay Aydemir
Schwangauer Strasse 15
Fussen  87629
GERMANY

Alper Sennaro
Hawksbrow
Guildford Road
Leatherhead ENG KT22 9DY
UNITED KINGDOM

Seppo Hosio
Vikhusgatan 5
Vasteras  72223
SWEDEN

Sereda Olga
Myru Avenue #1
Chornomorsk  68001
UKRAINE

Serg Rebugio
5122 Likini Street #109
Honolulu, HI 96818

Serge Krasnay
24573 El Alicante
Laguna Niguel, CA 92677

Sergei Berenson
8263 Trondheim Dr
Delta BC V4C0B8
CANADA

Sergey Bagdasaryan
8007 64th Rd
Middle Village, NY 11379

Sergey Kamburov
280 Obikolna St. Sofia Bulgaria
280 Entrance G Apartment 1.2
Sofia  1582
BULGARIA

Sergio Amico
Via Gustavo Vagliasindi 9
Catania CT 95126
ITALY

Sergio Cabrales
5940 Frank Ct
Sacramento, CA 95824

Sergio Franco
1022 Mehlert Street
Kingsburg, CA 93631

Sergio Kuba
267 20th Street
2R
Brooklyn, NY 11215

Sergio Magallanes
4841 W 96th St
Inglewood, CA 90301

Sergio Martinez
5762 Beadnell Way
Sacramento, CA 95835

Sergio Nunes
Reevanagh
Coolcullen KK R93A4P9
IRELAND

Sergio Rodrigues
Rua Tenente Ferreira Durao N54 3D
Lisboa PT-11 1350-317
PORTUGAL

Sergio Sansanelli
5459 Northwest 72nd Avenue
Miami, FL 33166

Sergio Spina
5039 Almaden Dr.
Los Angeles, CA 90042-1003

Sergiu Sapojnic
35C Glenfield Rd
Ashford ENG TW151JJ
UNITED KINGDOM

Sergiy Dushenkovskyy
151 Fenimore Rd
Apt B62
Mamaroneck, NY 10543-3515

Sergiy Sudakov
212 New Avenue
Reisterstown, MD 21136

Serina Calhoun
1765 Oak Street
San Francisco, CA 94117

Seth Adams
606 Avondale Ln
Raymore, MO 64083

Seth Houts
P.O. Box 607
Trenton, GA 30752-1167

Sevag Hartlieb
200 Tall Grass Trail
Vaughan ON L4L 3K6
CANADA

Sevag Shaweshian
3050 Pharmacy Avenue, #607
Toronto ON M1W 2N7
CANADA

Seyoum Bage
1109 Greenmont Circle
Vienna, WV 26105

Shackoy Campbell
5911 Blackpoole Ln
Virginia Beach, VA 23462

Shadat Patwary
33 Saint Dunstan Drive
Toronto ON M1L 2V2
CANADA

Shade Hagar
348 NW 54th St
Seattle, WA 98107

Shae Murray
3504 E 2nd Ct
Mead, WA 99021

Winston Shaeffer
1820 State Rd 13
Suite 8
St Johns, FL 32259

Shafkat Ali
12024 Valcour Island Way
Manassas, VA 20109

Aatish Shah
4024 249th Avenue Southeast
Issaquah, WA 98029

Shahid Malik
2317 Centre Ave
Bellmore, NY 11710-3410

Shai Day
4 Nehring Ave
Staten Island, NY 10314

Mohamed Ali Shajahan
253 Barrington Circle
Orion Charter Twp, MI 48360

Shakera Begum
Flat 33 Bloomfield House
London ENG E1 5PA
UNITED KINGDOM

Shakthi Chandrasekaran
255 Maitland Street
Unit 5B
Kitchener ON N2R 0C8
CANADA

Adam Shamblin
3260 Hawks Ridge Dr
Lakeland, FL 33810

Shan Patel
951 West Main Street
Mesa, AZ 85201

Shane Barth
430 5th Avenue North
Unit 504, Buzz 25
Saskatoon SK S7K 6Z2
CANADA

Shane Bernier
1921 Kensington Road
Bethlehem, PA 18018

Shane Hammer
1706 Pine Street
Huntington Beach, CA 92648

Shane Haydon
9922 Vega Lane
Louisville, KY 40272

Shane Hudecek
1101 SE 114th Pl
Portland, OR 97216

Shane Simms
6586 Dysinger Rd
Apt 2
Lockport, NY 14094-9030

Shane Stalder
23 Sandpiper Drive
Whispering Pines, NC 28327

Shankar Rajupet
1 Miller Ln
Cheswick, PA 15024

Shanker Yerragunta
2131 King Arthurs Court
1A
Harrisburg, PA 17110

Shannon Burch
108 Henderson Avenue
Norwood, PA 19074

Shannon Reed
21409 Dewdney Trunk Road, #9
Maple Ridge BC V2X 3G5
CANADA

Shanon Stephens
10 Woodridge Rd
Moultrie, GA 31768

Shant Artinian
328 West Milford Street
Unit 4
Glendale, CA 91203

Shantha Ranepura
110 Driftwood Crescent
Dartmouth NS B2V 1S7
CANADA

Shardul Wagh
520 Terry Ave
Unit 504
Seattle, WA 98104

Shari Mosquera-Vela
7937 Ivywood Rd
Seminole, FL 33777-3104

Sharlenne Zamora
240 Northeast 51st Street Apt 2
Apt 2
Miami, FL 33137

Sharon Chau
9699 Jane Street
19A
Maple ON L6A 0A4
CANADA

Sharon Hatcher
1830 Ithaca Street
Chula Vista, CA 91913

Sharon Noble
815 Bryan Avenue South
Salt Lake City, UT 84105

Shashank Gupta
98 North 1st St
Unit 409
San Jose, CA 95113

Shashank Pawar
503/220 Mona Vale Road
St Ives NSW 2075
AUSTRAILA

Shaun Cunningham
179 Lake Rd
Sparta, TN 38583

Shaun Kelleher
1157 Poli St
Ventura, CA 93001

Shawn Dinsmore
907 Oso Negro
San Antonio, TX 78260

Shawn Ludeman
250 Dickinson Street
Mount Clemens, MI 48043

Shawn Richer
2708 Chesapeake Ct
Grapevine, TX 76051

Shawn Riddle
1514 West Berridge Lane
Phoenix, AZ 85015

Shawn Roberts
708 Cross Street
Brooklyn Park, MD 21225

Shawn Warden
3055 Harrelson Ste 13E
Nm
Las Cruces, NM 88005

Shawn Weyandt
684 Picadilly Court
Columbus, OH 43230

Shay Morley
261 Walter Ave N
Hamilton ON L8H5R5
CANADA

Shayan Mirzadeh
212 Omira Dr
San Jose, CA 95123

Shealyn Brake
2020 Talon Way
San Diego, CA 92123

Shear Haincadto
1532 Rock Glen Ave
Glendale, CA 91205

Sheena Ho
2254 22nd Ave
San Francisco, CA 94116

Sheila Poleon
37 Hatherley Gardens
East Ham
London ENG E6 3EN
UNITED KINGDOM

Shelby Benoit
2107 North Laventure Rd. Apt #27
Mount Vernon, WA 98273

Sheldon Gordon
10260 Wild Apple Circle
Montgomery Village, MD 20886

Shell Station
Fruchtallee 95
Mnb Tankstellen GmbH
Hamburg  20259
GERMANY

Shellsan Phromkharanourak
46609 Balsam Avenue
Chilliwack BC V2P 6P6
CANADA

Shelton Stewart
1338 North Saint Paul
Mesa, AZ 85205

Shen Ou
886 Randall Ave
Daphne, AL 36526

Shenika Ludford
176 Mill Street South #505
Brampton ON L6Y 1T8
CANADA

Sherry Milowicki
3960 Equestrian Court
Middleburg, FL 32068

Shervin Rahimpour
114 Constitution Dr.
Durham, NC 27705

Shezan Andani
5 N Wells St
Chicago, IL 60606

Shimon Deutsch
1 Miele Rd
Monsey, NY 10952

Shirley Fong
415 Grand Street
E1506
New York, NY 10002

Shirley Hart
5601 Canyonside Road
La Crescenta-Montrose, CA 91214

Shivani Mall
3600 Morning Star Drive, #62
Mississauga ON L4T 1Y5
CANADA

Shivase Singh
3080 North Course Drive
Apt. 509
Pompano Beach, FL 33069

Shoaib Khan
10107, 127B St
Surrey BC V3V 5M4
CANADA

Shounak Gupte
2903/151 City Road
Southbank VIC 3006
AUSTRAILA

Shrey Shandilya
433 South Mary Avenue #33
Sunnyvale, CA 94086

Siavash Ariashah
63 Briens Road
Northmead NSW 2152
AUSTRAILA

Sibel Deshong
8318 Kingsgate Rd
Apt A
Springfield, VA 22152

Siddharth Raval
24 Danton Lane North
Locust Valley, NY 11560

Siddharth Verma
10518 113th Street, #112
Edmonton AB T5H 0C6
CANADA

Ameer Siddiqui
2001 SW 82nd Avenue
Davie, FL 33324

Sidhaartha Chauhaan
14 Scott Close
Epsom ENG KT19 9NY
UNITED KINGDOM

Sidharta Noleto
34 Gleason Crescent
Kitchener ON N2M 0B7
CANADA

Sierra Craddock-Polk
2660 Augusta Dr.
Apt. L311
Houston, TX 77057

Luis Sigcha
4866 South Semoran Blvd, #1808
Orlando, FL 32822

Sigert Erzeel
Victor Witterzeelstraat 5
Iddergem  9472
BELGIUM

Silverio Rodriguez
2104 Cowling Road
Scottdale, PA 15683

Silvia Gruschka
Karyatidon 18
Flat 401
Larnaca  6042
CYPRUS

Silvina Paraiba
Rua 31 De Janeiro De 1891 Numero 5 Charn
Almada PT-15 2820-483 CHARNECA DA CAPARI
PORTUGAL

Simeon Nicdao
9000 128 Street
Surrey BC V3V 5M7
CANADA

Simon Attfield
25 Coleridge Way
Borehamwood ENG WD62AE
UNITED KINGDOM

Simon Boe
Bergmannstr. 102
Onehundred.Digital Gmbh
Berlin 10961
GERMANY

Simon Chan
9029 Broadway
Temple City, CA 91780

Simon Chokoisky
6310 N. 15th St
Phoenix, AZ 85014

Simon Dorfman
608 Chippewa Court
Fort Atkinson, WI 53538

Simon Fisher
9 Invergarry Drive
Glasgow  SCT G46 8UA
UNITED KINGDOM

Simon Garden
The Old Angel
The Square
Axbridge ENG BS26 2AP
UNITED KINGDOM

Simon Gisler
Rossauerstrasse 16
Mettmenstetten  8932
SWITZERLAND

Simon Hauser
Muhlenweg2
Mils Bei Hall  6068
AUSTRIA

Simon Lundgren
Skvadronsgatan 29, #1301
Malmo  217 49
SWEDEN

Simon Sayavanh
4824 Charles Lewis Way
San Diego, CA 92102

Simon Sosnitza
Egon-Reinert-Strasse 2
Saarbrucken  66111
GERMANY

Simon Stahn
Baumweg 15
Frankfurt  60316
GERMANY

Simone Serratore
Feldstrasse 17
Dottikon  5605
SWITZERLAND

Anthony Simonetti
32 Sandpiper Lane
East Islip, NY 11730

Amber Simpson
322 I Street Southeast
Washington, DC 20003

Simranjeet Pal
Heidestrasse 6
Wolfratshausen  82515
GERMANY

Sina Abed
7 Ken Betz Court
Whitchurch-Stouffville ON L4A 4P5
CANADA

Sina Ehsani
7514 Hearthside Way
Elkridge, MD 21075

Sinan Turkoglu
Mannheimerstrasse 53
Waghausel  68753
GERMANY

Anthony Sinatra
P.O. Box 3591
Phoenix, AZ 85030

Sithamparappillai Raveendran
95 Winston Castle Drive
Markham ON L6C 2G4
CANADA

Sivananda Katir
22424 149th Ave SE
Snohomish, WA 98296

Sjarief Bodha
Zandweerdsweg 127
Deventer  7412 XW
NETHERLANDS

Skjalg Strand
Laksegata 2
Skien  3732
NORWAY

Sky Kovac
25100 Vista Murrieta
Apt 2113
Murrieta, CA 92562

Slavoljub Radosavljevic
Pana Djukica 5, #3
Belgrade  11060
SERBIA

Slavoljub Radosavljevic
Pana Djukica 5, #3
Beograd 11060
SERBIA

Slavomir Fabisik
Bereiteranger 14
Munich  81541
GERMANY

Slawomir Horodyski
2500 Peachtree Road Northwest
Atlanta, GA 30305

Allen Smith
3912 Kingston Avenue
Caldwell, ID 83605

Alysandra Smith
3410 State Park Rd
Greenville, SC 29609

Thomas Smith
2721 Beutel Road
Lorena, TX 76655

SoLoKo GmbH
Fiedlerstrasse 54
Dresden  1307
GERMANY

Solomon Hindel
589 Steven Court, #3
Newmarket ON L3Y 6Z3
CANADA

Solomon Shelton
2667 Pamoa Rd
Honolulu, HI 96822

Solomon Smith
136 Fain St
Nashville, TN 37210

Sonny Davis
119 Prince Regent Drive
Half Moon Bay
Auckland AUK 2012
NEW ZEALAND

Sonny Mansson
Unnebacksas 206
Unnaryd 31452
SWEDEN

Sonny Santiago
1832 Laniloa Place
Wahiawa, HI 96786

Sookdeo Sunder
123-33 146th Street
Queens, NY 11436

Sophea Kim
7 Tollcross Rd
Chelmsford, MA 01824

Sophia Smit
Van Hogendorpstraat 803
Amsterdam 1051 CC
NETHERLANDS

Sophia Tarquinio
53 Cuttysark Road
East Falmouth, MA 02536

Sophie Leach
Arabian Ranches, Palmera 1, Street 1, Vi
Dubai DU
UNITED ARAB EMIRATES

Sora Choi
P.O. Box 1102
Rosebery NSW 1445
AUSTRAILA

Sora Choi
Unit 1639 / 8 Ascot Ave
Zetland NSW 2170
AUSTRAILA

Sorinel Gavrila
333 Prestwick Road
Watford ENG WD19 6UT
UNITED KINGDOM

Souharda Poudyal
12020 Grevillea Avenue
Apt 24
Hawthorne, CA 90250

Soulinthone Phonthongsy
1257 South 31st Street
Manitowoc, WI 54220

Sourabh Pandey
2880 Glenbar Cir
Rochester Hills, MI 48307

Souren Khetcho
14831 104 Avenue
#315
Surrey BC V3R 1M5
CANADA

Christopher J. Sparks
1404 Sapphire Dragon Street
Thousand Oaks, CA 91320

Spartakos Karslidis
Konstantinou Kalogera 8
Apartment 21
Larnaca  6021
CYPRUS

Spassimir Tchobanov
25 North Bishop Street
Chicago, IL 60607

Spencer Andrews
3456 37th Ave Sw
Seattle, WA 98126

Spencer Green
1500 Park Avenue
Apt 335
Emeryville, CA 94608

Spencer Lome
2627 N Ridge Ave
Arlington Heights, IL 60004

Srikanth Vadlakonda
3375 Cedar Creek Trail
Frisco, TX 75034

Thomas St Pierre
204 Saint Jacques St
Worthington, OH 43085

```
John St ~Pierre
280 Frontenac Place
Worthington, OH 43085

Stacey Bronner
495 Carondelett Cv Sw
Atlanta, GA 30331-8353

Adam Stainback
2118 Highland View Ln.
Charlotte, NC 28214

Stan Graham
4530 Garfield Street
La Mesa, CA 91941

Stanimir Nikolov
Bul. Slavqnski 26, #6
Shumen  9700
BULGARIA

Stanislav Domashenko
4200 Northern Cross Blvd #4307
Haltom Coty, TX 76137

Stanislav Porodinski
Malinova Dolina, Ul. Georgi Rusev 23
Complex Slav Stroi, Casa Solare, Mobile
Sofia  1797
BULGARIA

Stanislav Schlosser
Sonnenbergsweg 17
Langwedel  27299
GERMANY

Stanley Lin
19902 Avenida Amadis
Walnut, CA 91789

Stefan Ciobanu
Preot Petru Leuca Nr 9
Sacele BV 505600
ROMANIA

Stefan Daniel Stanciu
Str Garii No 33 Bl B4
Ap 1
Titu DB 135500
ROMANIA

Stefan Daniel Stanciu
Str Garii Nr 33 Bloc B4 Scara B, #1
Titu DB 135500
ROMANIA
```

Stefan Guay
29 Mayfair Dr
Welland ON L3C7A1
CANADA

Stefan Heymanns
2983 Rustic Drive
San Jose, CA 95124

Stefan Jagemann
Spreestrasse13
Berlin 12555
GERMANY

Stefan Kastenmueller
Richildenstrasse 23
Munich 80639
GERMANY

Stefan Kudlicki
Schwindgasse 19/16
Wien 1040
AUSTRIA

Stefan Lajszczuk
36 Station Road
Oakworth
Keighley ENG BD22 7RE
UNITED KINGDOM

Stefan Rosenberger
Zollstockgurtel 114
Koln 50969
GERMANY

Stefan Schubert
Abdeck 4B
Furth 84095
GERMANY

Stefan Van Immerseel
Zeggelaan 11
Vosselaar 2350
BELGIUM

Steffen Gentner
Beiswanger Str. 18
Heubach 73540
GERMANY

Steffen Kirsten
Hermann-Burte-Strasse 74
Steinen 79585
GERMANY

```
Steffen Wieschalla
Mittnachtstr. 17/3
Reutlingen  72760
GERMANY

Stelian Papaconstantin
Str.Balciului Nr.7
Bucharest B 21482
ROMANIA

Stella Brookes
1 Grosvenor Rd
Barnwood
Gloucester ENG GL2 0SA
UNITED KINGDOM

Stella Olumide
164 Oakdale Road
Toronto ON M3N 2S5
CANADA

Sten Bredenberg
Pipersgatan 20 #1304
Stockholm  11224
SWEDEN

Stephan Klaus
Landoltstrasse 63
Apps With Love AG
Bern  3007
SWITZERLAND

Stephan Ulrich
Wiihalde 5
Dietlikon  8305
SWITZERLAND

Stephan Zeranski
Giselherweg 19
Hannover  30455
GERMANY

Stephane Domon
1425 Rue Leonard
Apt 2
Sherbrooke QC J1K 2L9
CANADA

Stephane Turquay
Saumstrasse 25
Zurich  8003
SWITZERLAND
```

Stephanie Abbott
4068 Bernice Dr.
San Diego, CA 92107

Stephanie Hogan
7935 Carriage Park Drive
Hollins, VA 24019

Stephany Decrooy
1580 South Trenton Court
Denver, CO 80231

Stephen Boyles
22 Brittany Lane
Odessa, TX 79761

Stephen Dimare
3545 Us 1 South
Suite 1
Saint Augustine, FL 32086-6345

Stephen Dimare
3545 U.S. 1
Suite 1
St. Augustine, FL 32086

Stephen Garrett
4934 Empire Ave
Jacksonville, FL 32207

Stephen Gomez
8616 North 48th Lane
Glendale, AZ 85302

Stephen Ho
82 Wolverleigh Blvd
Toronto ON M4J 1R9
CANADA

Stephen Jean-Jacques
197 Catania Way
Royal Palm Beach, FL 33411

Stephen Kosman
31 E 25th Street
Tulsa, OK 74114

Stephen Mansfield
15207 Knotty Chestnut St.
Cypress, TX 77429

Stephen Mashney
335 North Brookhurst Street
Anaheim, CA 92801

Stephen Moss
7220 Lombard Ln
Austin, TX 78744

Stephen Rogalla
129 Philip Avenue
Elmwood Park, NJ 07407

Stephen Shen
214A 10th St
Palisades Park, NJ 07650-4050

Stephen Traiforos
157 E Main St
Fl 2
Marlborough, MA 01752

Stephen Ward
4400 N Scottsdale Rd
Suite 9-285
Scottsdale, AZ 85251

Stephen Weare
396 Pearl Street
Manchester, NH 03104

Stephen Young
804 East 39th Street
Brooklyn, NY 11210

Stephen Young Young
804 East 39th Street
Brooklyn, NY 11210

Stephie-Lea Tabujara
33 Apple Blossom Cres
Georgetown ON L7G6L5
CANADA

Sterling Cliff
26319 Iowa Gardens Rd
San Benito, TX 78586

Sterling Hintze
Anastasius-Grun-Gasse
37A/4
Wien 1180
AUSTRIA

Sterling Mortensen
595 E Edgar St
Meridian, ID 83646

Sterling Scott
12408 15 Ave SW #220
Edmonton AB T6W 1X2
CANADA

Steve Anevski
4990 Race Road
Cincinnati, OH 45211

Steve Bosson
11588 South Radience Ln
South Jorden, UT 84009

Steve Erickson
531 Center Street
Iowa City, IA 52245

Steve Hammond
9812 - 100 St
Morinville AB T8R 1R3
CANADA

Steve Hodgson
10 Turnberry Way
Brookwater QLD 4300
AUSTRAILA

Steve Leblanc
45 Church Street
Hamilton ON L8E 2X7
CANADA

Steve Nagy
207 East Robertson Street
Suite B
Brandon, FL 33511

Steve Nagy
17605 Old Oak Way
Lithia, FL 33547

Steve Okrepky
15880 Summerlin Road
Ste 300-211
Fort Myers, FL 33908

Steve Pelton
2530 232nd Ave SE
Sammamish, WA 98075

Steve Romero
304 Brenda Drive
Hewitt, TX 76643

Steve Skillern
1795 North Fry Road, #211
Katy, TX 77449

Steve Szymczak
44699 Parkmeadow Dr
Fremont, CA 94539

Steve Xie
14 Orchard Street
2I
New York, NY 10002

Steven Basart
3450 Southwest 185th Avenue
Miramar, FL 33029

Steven Behrend
9623 Northwest 28th Court
Coral Springs, FL 33065

Steven Bergmann
Platanenstrasse 10
Jena  7747
GERMANY

Steven Botticelli
Via Milano 112
Porto Santelpidio FM 63821
ITALY

Steven Cook
1510 Meadowbrook Ave
Lakeland, FL 33803

Steven Cullen
1855 Maple Ridge Drive, #42
Mississauga ON L4W 2N7
CANADA

Steven Duong
117 Benjamin Hood Cres
Concord ON L4K 5M7
CANADA

Steven Hyatt
4605 Otter Road
Dodgeville, WI 53533

Steven Kim
28312 Hawks Ridge Drive
Santa Clarita, CA 91351

Steven Luna
607 High Street
Bethlehem, PA 18018

Steven Mahoney
2 Pukeko Grove, St Kilda
Cambridge  WKO 3434
NEW ZEALAND

Steven Nguyen
130 Stevenson Road
Toronto ON M9V2B5
CANADA

Steven Potter
914 Welton St
Pratt, KS 67124

Steven Sodders
202 5th Ave SE
Box 723
State Center, IA 50247

Steven Tsiang
5730 South Glennie Lane
Unit A
Los Angeles, CA 90016

Steven Wang
5181 163rd Pl SE
Bellevue, WA 98006

Steven Waterson
16 Gray Road
Bray Park QLD 4500
AUSTRAILA

Steven Willis
16262 San Clemente
Huntington Beach, CA 92649

Steven Wright
9069 Brushy Creek Trail
Fort Worth, TX 76118

Stewart Jackson
43 Queensway Drive
Brantford ON N3R 4W6
CANADA

Stewart Purcell
11609 S Penrose
Olathe, KS 66061

Aaron Stills
1900 Arcturus Avenue
Racine, WI 53404

Stratos Fourlakis
Andrea Papandreou 93
Thessaloniki  56728
GREECE

Stu Reider
5590 Avenue Castlewood
C  Te Saint-Luc QC H4W 1T9
CANADA

Stuart Baird
9 Vista Ln
Lake Placid, NY 12946

Stuart Clayton
47 Queen St
Ulverstone TAS 7315
AUSTRAILA

Stuart Farr
203 E Smoke Tree Rd
Gilbert, AZ 85296-2247

Stuart Hollinger
19 Hume Drive
Cambridge ON N1T1N2
CANADA

Stuart Waters
111 Colwell Ln
Conshohocken, PA 19428

Sudesh Weerasekara
Sensor House, Langley Road
Swindon ENG SN5 5WB
UNITED KINGDOM

Suekrue Tayfun Kilic
Weinhartstrasse 1
Innsbruck  6020
AUSTRIA

Sufian Abdalla
10228 S Grant Ave
Manassas, VA 20110

Suhail Khalid
280 Wilson Drive
Milton ON L9T 3K2
CANADA

Suhail Sahabdeen
13550 Litza Way
Woodbridge, VA 22192

Suhib Muzuk
7430 Boysenberry Lane
Houston, TX 77095

Sujay Diwakar
2909 N Oliver St
Wichita, KS 67220

Sukhjeet Singh
148 Hollybush Drive
Vaughan ON L6A 2H3
CANADA

Sukhjinder Sidhu
17 Pellegrino Road
Brampton ON L7A4V5
CANADA

Sukhjinder Singh
2565 Alexis Rd Windsor On
Windsor ON N8W3Z6
CANADA

Suleman Akhter
24307 Hampton Terrace Lane
Spring, TX 77389

Sultan Alshathri
Alathraa Street 2170
Riyadh 51975
SAUDI ARABIA

Sultan Shaik
539 Brook Meadow Dr
Ballwin, MO 63021

Sumama Altaf
23 Linton Walk
Manchester ENG M7 3QR
UNITED KINGDOM

Suman Karanjit
154 Centenary Road
South Wentworthville NSW 2145
AUSTRAILA

Sumitabh Aggarwal
12123 Arbor Blue Ln.
Cypress, TX 77433-4012

Sunit Mohindroo
3438 North Hackett Avenue
Milwaukee, WI 53211

Surender Singh
18 Seaton Street
South Toowoomba QLD 4350
AUSTRAILA

Susan Erturan
297 East Paces Ferry Road
Unit N1807
Atl, GA 30305

Susan Jackson
6 Trillium Crescent
Barrie ON L4N 5P5
CANADA

Susan Lee
355 Westview Ave
Fort Lee, NJ 07024

Susan Rathe
Albisstrasse 20
Baar  6340
SWITZERLAND

Susan Struse
6659 S Calle De La Mango
Hereford, Az 85615
Hereford, AZ 85615-9275

Susana Rosales
135 South Abram Circle
Spring, TX 77382

Susann Richter
Osterholzer Landstrasse 34E
Bremen  28327
GERMANY

Susanna Kellogg
14765 Valerio Street
Van Nuys, CA 91405

Suthin John
10 Evergreen Lane
New Hyde Park, NY 11040

Suzanne Ennis
61 Saint Clair Avenue, #1503
Toronto  ON M4V 2Y8
CANADA

Sven Breckler Alteox Sarl
17 Rue Batty Weber
L-4346
Esch Alzette  4346
LUXEMBOURG

Sven Krueger
Schleusentwiete 1
Hamburg  22399
GERMANY

Sven Meyer
861 East 27th Street
Apt 5A
Brooklyn, NY 11210

Sven Niemann
Rosestr. 21
Erd
Essen  45276
GERMANY

Sven Simmen
Von-Coels-Strasse 310
Aachen  52080
GERMANY

Sven Soltermann
Weberstrasse 5
Aarburg  4663
SWITZERLAND

Svetoslav Sokolov
815 Gravesend Neck Road
Apt 5L
Brooklyn, NY 11223

Svetoslav Todorov
Mariubakki 4, #202
Reykjavik  109
ICELAND

Swaijit Sandhu
11809 84A Avenue
North Delta BC V4C 2T2
CANADA

Syed Naqvi
4 Ravenscroft Court
Stitsville ON K2S1R3
CANADA

Syed Rizvi
147 Wentworth St N
Hamilton ON L8L 5V6
CANADA

Syed Waqar Abbas
Ruckertstrasse 12
Berlin 10627
GERMANY

Sylvain Blanchard
60 Rue Du 11 Novembre
Pavillon 42
Neuilly-Sur-Marne 93330
FRANCE

Szu-Kai Hsu
788 Harrison St
Apt 716
San Francisco, CA 94107

Tad Lucas
67310 Country Side Drive
Saint Clairsville, OH 43950

Tadas Sauseris
Biciuliu 14 Raziai
Domeikava
Kaunas 54340
LITHUANIA

Taher Ali
100 Ramapo Trl
Apt F12
Allentown, PA 18104

Tahir Salkic
225 Willowwood Dr.
Belle River ON N0R 1A0
CANADA

Taidas Akavickas
21 Bremore Pastures Park
Balbriggan D K32N353
IRELAND

Takeru Okuyama
890 Crescent Dr
Rahway, NJ 07065

Talal Slivy
IMI Int'l Mgmt Institute Ltd.
Z Hd. Frau Isabella Burki Seeacherweg 1
Kastanienbaum 6047
SWITZERLAND

Talia Volken
1196 Deep Cove Road
North Vancuver BC V7G1S3
CANADA

Dannel Tan
2259 52nd Ave E
Vancouver BC V5P 1X2
CANADA

Tanveer Uddin
32 Maude House, Ropley Street
London ENG E27RY
UNITED KINGDOM

Tanya Wurster
113 W Lancaster Rd
Orlando, FL 32809

Anthony Tarantino
100 Glen Street
Apt 2206
Glen Cove, NY 11542

Tarek Zaki
74 Deerfield Rd
Sharon, MA 02067

Tarik Aksoz
Feneryolu Mahallesi Fahrettin Kerim Goka
Kadikoy - Istanbul
Istanbul  34724
TURKEY

Tarik Aksoz
Fetih Mah. Acenaydin Sokak No:13 Atasehi
Boss
Istanbul  34704
TURKEY

Tariq Saeed
5980 Whitehorn Avenue #159
Mississauga ON L5V 2Y3
CANADA

Tarun Keram
6289 125A Street
Surrey BC V3X 3M9
CANADA

Taylor Bison
536 Wing Park Blvd
Elgin, IL 60123

Taylor Duffy
86 Bryant Lane
Kennebunkport, ME 04046

Taylor Lampman
456 Gorge Road East
#8
Victoria BC V8T 2W4
CANADA

Taylor Rice
15623 West Gelding Drive
Surprise, AZ 85379

Taylor Smith
5745 E 2nd St Frnt
Long Beach, CA 90803

Tayo Olabumuyi
66 Wintergreen Trail
Spring, TX 77382

Tayseer Samara
7706 159th Place
Tinley Park, IL 60477

Taysser Akkad
330 Burnhamthorpe Rd W
Mississauga ON L5B 0E1
CANADA

Alan M. Tebby
510 Lansdowne Road
Charlotte, NC 28270

Ted Kim
13902 Joel Beach Ln
Centreville, VA 20120

Ted Mejia
817 Columbus Ave
Stroudsburg, PA 18360

Ted Rader
7679 Brookstone Drive
Findlay, OH 45840

Ted Rader
5901 W Behrend Dr
Apt 1153
Glendale, AZ 85308

Ted Simpson
7074 Via Serena
San Jose, CA 95139

Teddy R Donselaar
29 Park Road
Titirangi
Auckland AUK 604
NEW ZEALAND

Tejas Patel
352 North Thompson Lane
Murfreesboro, TN 37129

Tejaswini Gharfalkar
Flat 104, Signal Building
Station Approach
Hayes ENG UB3 4FG
UNITED KINGDOM

Teo Marks
2449 Olive Ave
La Crescenta, CA 91214

Teodor Bogdan
3601 Estate Dr
Oxford, MI 48371

Teofilo Fangmann
729 Heritage Way
Weston, FL 33326

Terence Farrell
9 Shady Grove
Wheaton Hall
Drogheda LH A92 D83H
IRELAND

Terence Fernandes
70 Grover Drive
Toronto ON M1C 4V7
CANADA

Terence Martin
1801 McNab Ave
Long Beach, CA 90815

Teresa Hilleary
3054 Fredrick Circle
Marina, CA 93933

Terin Izil
242 West 104th Street
3Wf
New York, NY 10025

Terraces Dunwoody
4333 Dunwoody Park #2410
Dunwoody, GA 30338

Terrell Gaston
6623 Bela Avenue
Kalamazoo, MI 49009

Terrell Gaston-Burnett
6623 Bela Ave
Kalamazoo, MI 49009

Terrence Peacock
1713 Hixson Pike
Apt B
Chattanooga, TN 37405

Terry Buffington
6557 South University Avenue
Unit 204
Chicago, IL 60637

Terry Lee
6300 U.S. Hwy 93 South
Whitefish, MT 59937

Terry Rozmahel
10533 164 Street Northwest
Edmonton AB T5P 3R5
CANADA

Terry Slack
615 Swann Ave
#340
Alexandria, VA 22301

Terry Stevens
102 Rickel Road
Sun Prairie, WI 53590

Thabet Salib
Elbevagen 34
Villa Number 34
Huddinge  14132
SWEDEN

Thadeus Olszewski
102 Bank St
Batavia, NY 14020

Thai Nguyen
1520 Verbana Way
Roseville, CA 95747

Thai Trinh
10606 Trevor Drive
Stockton, CA 95209

Thang Tran
1933 E 26th St
Oakland, CA 94606

Thanh Dinh Hai
Velke Kunraticke 29/1362
Prague 14800
CZECH REPUBLIC

Thanh Long Vu
Am Hammer 12
Linz 53545
GERMANY

Thavatchai Patummas
10449 Greenhurst Street
Bellflower, CA 90706

Theo Quach
1764 S Caroleen Ln
Anaheim, CA 92804

Theodore Bricke
637 South Santa Fe Ave
Suite C
Vista, CA 92083

Theodore Freeman
8430 Parry Path
Converse, TX 78109

Theodore Hicks
49685 Jackson Lane
Canton, MI 48188

Theodore Kennedy
1041 Valmont Street
New Orleans, LA 70115

Theodore McGrath
1567 Hudson Ridge Road
Hillsboro, MO 63050

Theodore Nelson
300 South Santa Fe Ave #523
Los Angeles, CA 90013

Theodoros Christodoulou
Avlidos 4,
Flat 201, Livadia
Larnaca 7060
CYPRUS

Theresa Crafton
419 Everette Avenue
Romeoville, IL 60446

Theresa Mendoza
73 Bonfire Ct
Westminster, MD 21157

Thibault Leroux
Chemin De La Lisiere 19
Lausanne  1018
SWITZERLAND

Thiry Gratton
49, 26E Avenue Sud
Bois-Des-Filion QC J6Z1Z1
CANADA

Tho Tran
33 Erskine Avenue
Apt 308
Toronto ON M4P 1Y6
CANADA

Thomas Blascyk
Victor-Achard-Str. 26
Bad Homburg Vor Der Hohe  61350
GERMANY

Thomas Bourque
1118 Orange Grove Dr
New Iberia, LA 70560

Thomas Brennan
4601 Lowell Blvd
Denver, CO 80211

Thomas Burbridge
43 Millwheel Court
Nottingham, MD 21236

Thomas Burch
2500 Royal Highlands Ln
Conroe, TX 77304

Thomas Dean
12 Dauntsey House
Bentham Close
Swindon ENG SN5 7FR
UNITED KINGDOM

Thomas Do
4520 Walnut Grove Avenue
Rosemead, CA 91770

Thomas Duncan
151 Linwell Road
Unit 42
St. Catharines ON L2N 6P3
CANADA

Thomas Forrester
140 Powhatan Parkway
Hampton, VA 23661

Thomas Gibson
21025 Lemarsh St
Unit F33
Chatsworth, CA 91311

Thomas Giesel
930 Carnegie Street
Apt 1213
Henderson, NV 89052

Thomas Gossler
Alte Meierstrasse 11
Weyhe  28844
GERMANY

Thomas Griffin
16B Sunset Avenue
East Quogue, NY 11942

Thomas Gruenewald
4424 Winding Creek Rd
Manlius, NY 13104

Thomas Helenski
191 Hughes Road
King Of Prussia, PA 19406-3709

Thomas Hemmi
Holzwiesstrasse 37
Jona Sg  8645
SWITZERLAND

Thomas House
3541 Oakdale Dr
Mountain Brk, AL 35223

Thomas Huelsmann
Rosenstrasse 13A
Schaeftlarn  82069
GERMANY

Thomas Kollath
Schulstrasse 1
Kloster Lehnin  14797
GERMANY

Thomas Lim
434 1/2 N Sierra Bonita Ave
Los Angeles, CA 90036

Thomas Madden
309-110 Switchmen St.
Vancouver BC V6A0C6
CANADA

Thomas McAulay
3 Tilman Drive
Peterborough ENG PE70LU
UNITED KINGDOM

Thomas Mccormick
200 104th Avenue
Suite 330
Treasure Island, FL 33706

Thomas McGinty
243 Flanders Drive
Indialantic, FL 32903

Thomas Newbold
1105 Park Avenue
1C
New York, NY 10128

Thomas Nguyen
1628 Acton St
Berkeley, CA 94702

Thomas Niewiara
220 E Illinois St
Apt 3606
Chicago, IL 60611

Thomas Niuman
188 Yacht Club Drive
Greentown, PA 18426

Thomas Pena
34249 Faircrest Street
Murrieta, CA 92563

Thomas Phommasith
2151 Lumberjack Drive
Hebron, KY 41048

Thomas Sauermann
Kortestr. 36
Berlin Kreuzberg 10967
GERMANY

Thomas Schauer
Hofer Strasse 19
Lochau  6911
AUSTRIA

Thomas Schupfer
Marktgasse 27
3W-Publishing Ag
Langenthal  4900
SWITZERLAND

Thomas Smith
14532 S23 Highway
Milo, IA 50166

Thomas Uzelmeier
217 N Lynx Trl
Montgomery, TX 77316

Thomas Wolfe
995 Wagon Wheel Lane,
Lincoln, CA 95648

Thorn Leung
28 Duke Of Cornwall Dr
Markham ON L6C 0L3
CANADA

James Thornton
1262 West Ardmore Avenue
Chicago, IL 60660

Thrasyvoulos Eikosipentaris
40 Union Grove
1Fr
Aberdeen SCT AB10 6SY
UNITED KINGDOM

Brian A Thuen
9497 Pickwick Circle East
Taylor, MI 48180

Thusekaran Shanmugatatnam
29 Tangmere Gardens
Northolt ENG UB5 6LS
UNITED KINGDOM

Tia Goodwater
3455 Andrew Court #102
Maryland City, MD 20724

Tiago Pereira
19 Heywood House, 2 Myers Lane
London ENG SE14 5RU
UNITED KINGDOM

Tiago Rodrigues
Rua Batalha Reis No12
Guarda PT-09 6300-668
PORTUGAL

Tiago Rodrigues
Rua Batalha Reis N12
Guarda PT-09 6300-668
PORTUGAL

Tiandra Delancy
2727 NW 47th Terrace
Lauderdale Lakes, FL 33313

Tiffany Allred
1214 Foothill Drive
Santaquin, UT 84655

Till Brauner
Schweidnitzer Str. 2
Berlin 10709
GERMANY

Tim Barnett
2458 Crescent Park Court
Atlanta, GA 30339

Tim Crasborn
30 Mount Erin Road
Pukahu HKB 4172
NEW ZEALAND

Tim Downs
5314 West 103rd Place
Overland Park, KS 66207

Tim Gardner
101 5101 50 Ave
Suite 922
Leduc AB T9E 0B9
CANADA

Tim Giese
Karoline-Herschel-Strasse 10
Lubeck 23562
GERMANY

Tim Hoey
43 Randolph Ave
Milton, MA 02186

Tim Kribbs
213 S Reed St
Centralia, MO 65240

Tim Larin
3224 Estero Drive
San Ramon, CA 94583

Tim Le
37 Milford Street
Latham ACT 2615
AUSTRAILA

Tim Lindberg
Catella Arena- Rinkebyvagen 20
Danderyd  18236
SWEDEN

Tim Schultheis
Rather Strasse 25
Diginexus Gmbh
Dusseldorf  40476
GERMANY

Tim Settles
103 Laurel St
Loveland, OH 45140

Tim Stocker
7 Stone Run Drive
Mechanicsburg, PA 17050

Timo Parkkinen
Porkkatie 7 C15
Porkkatie 7 C15
Joensuu  80230
FINLAND

Timothy Catanzaro
519 W Us Hwy 50
O Fallon, IL 62269

Timothy Eakins
4954 N Hemingay Cir
Margate, FL 33063

Timothy Free Pham
319 Thaiphantha Road, Pho sub-district
Sisaket Rajabhat University
Sisaket TH-33 33000
THAILAND

Timothy Funderburg
700 Central Avenue Northeast
Apt 704
Minneapolis, MN 55414

Timothy Groff
11828 La Grange Ave.
Los Angeles, CA 90025

Timothy Hipps
2130 Sunset Dr Space 9
Vista, CA 92081

Timothy Hohne
182 Mission Ave
San Rafael, CA 94901

Timothy Jacobs
5618 Oakland Dr.
Tampa, FL 33617

Timothy Leaphart
5039 North Henry Blvd
Suite E
Stockbridge, GA 30281

Timothy Lindsay
474 Glenbrook Avenue North
Saint Paul, MN 55128

Timothy Padgett
1929 Tacoma Road
Puyallup, WA 98371

Timothy Park
113 Heather Mist
Irvine, CA 92618

Timothy Pulley
4 Rolla Mill Rd
Verona, VA 24482

Timothy Root
3557 W Warren Ln
Anthem, AZ 85086

Timothy Shih
4836 Mansfield St
San Diego, CA 92116

Timothy Walsh
3799 Harrison Street
Oakland, CA 94611

Tina Croteau
44 Cross Street
Salem, NH 03079

Tino Be
231 East Alessandro Blvd #264
Riverside, CA 92508

Tirca Ionut
Str Matei Basarab Nr.33
Bl P24 Sc C Ap3
Romania, Jude  Ul Arges, Pitesti AG 1102
ROMANIA

Tisha Clark
217 South Home Street
Independence, MO 64053

Tj Caddo
510 12th Avenue Sw
Suite 908
Calgary AB T2R 0X5
CANADA

Tj Donahue
P.O. Box 300278
Denver, CO 80203

Tj Langer
10104 Iron Gate Road
Potomac, MD 20854

Tj Langer
10104 Iron Gate Rd
Potomac, MD 20854

Toan Nguyen
3015 Senter Rd
San Jose, CA 95111

Toan Sam
1741S Sunset Ave
West Covina, CA 91790

Yaakov Aryeh Tober
53 Hillside Blvd
Lakewood Twp, NJ 08701

Tobias Breitmann
Bleichstrasse 19
Nieder-Olm  55268
GERMANY

Tobias Leeb
Von-Niethammer-Strasse 1
Mengkofen  84152
GERMANY

Toby Kennedy
917 Irishtown Rd.
New Oxford, PA 17350

Todd Angerman
208 Timber Springs Rd.
Lowell, IN 46356

Todd Bassett
2404 W Delmar St
Broken Arrow, OK 74012

Todd Bennett
809 Sutter Ct
Frazier Park, CA 93225

Todd Brekhus
16520 Inguadona Beach Circle Southwest
Prior Lake, MN 55372

Todd Calhoun
2815 28th Ave W
Seattle, WA 98199

Todd Eide
1850 Commons Hill Ln
Houston, TX 77080

Todd Matthews
7639 Peach Ave.
Hesperia, CA 92345

Todd Moore
9166 Saddlebrook Way
Douglasville, GA 30135

Todd Osborn
2418 South Main Avenue
Sioux Falls, SD 57105

Todd Scoggins
3200 John Ct S
Hurst, TX 76054

Todd Voght
5400 Radford Ave #25
Valley Village, CA 91607

Todd Weaver
1048 Delaware Rd
Burbank, CA 91504

Todor Kovaelvic
Zidarska 2, Beograd
Belgrade  11000
SERBIA

Tohn Sy
1631 Freeman Avenue
Long Beach, CA 90804

Token Ventures S.R.O.
Skolska 689/20
Praha 1  110 00
CZECH REPUBLIC

Tom Berkley
166 Melrose Avenue
Needham, MA 02492

Tom Blenderman
1803 4th St
Sioux City, IA 51101

Tom Dewine
20227 Standish Road
San Antonio, TX 78258

Tom Elias
9574 Topanga Canyon Blvd
Los Angeles, CA 91311

Tom Flanary
8375 SW 185th Terrace
Cutler Bay, FL 33157

Tom Greineder
501 West Main
Honey Grove, TX 75446-1506

Tom Jones
1630 Concord St
Framingham, MA 01701

Tom Kelly
556 Wasaga Crescent
Waterloo ON N2V 2Y7
CANADA

Tom Kryger
32 Anthony Rd
Glen Gardner, NJ 08826

Tom Loffman
1565 Vista Ridge Way
Roseville, CA 95661

Tom Mannings
205 Town Center Blvd
Davenport, FL 33896

Tom Porter
76 Indian Clover Drive
Spring, TX 77381

Tom Wheatley
36 Grove Street
The Wood
Nelson NSN 7010
NEW ZEALAND

Tom Woodward
156 Applewood Cres
Guelph ON N1H6B7
CANADA

Tomas Hnilica
Olomoucka 81
Brno-Cernovice  627 00
CZECH REPUBLIC

Tomas Lascano
5459 Northwest 72nd Avenue
Arg1141317
Miami, FL 33166

Tomas Zalagenas
2 Francis Road
Hildenborough ENG TN11 9JY
UNITED KINGDOM

Tomasz Grudniewski
Dokerska 6/17
Wroclaw  54-142
POLAND

Tomasz Szacon
14 Killington Rd
Toms River, NJ 08757

Tomi Dietz
1201 Francine St
Pahrump, NV 89060

Tomislav Turalija
Koledinecka 3
Zagreb  10040
CROATIA

Tommie Goldhammer
Barometergatan 56
Autopower Sverige Ab
Malma  21117
SWEDEN

Tommy Giegerich
5904 Timber Oaks Ridge
Humble, TX 77346

Tommy Phan
1004 Springwood Ct.
Virginia Beach, VA 23455

Tommy Taylor
364 Miller Drive
Dawsonville, GA 30534

Tommy Tong
14041 Monfort Ct
San Diego, CA 92128

Tommy Tong
14041 Montfort Court
San Diego, CA 92128

Tommy Walker
1704 South 43rd Street
Temple, TX 76504

Tommy Wilhelmsen
Ryttersvingene 120A
Hafrsfjord 4046
NORWAY

Toni Barrera Veny
Eslora, 4
Porto Cristo PM 7680
SPAIN

Toni Nikolovski
Nazarennu Street
Christ Church Fl:6
Sliema  SLM3011
MALTA

Tonia Emrich
730 S 93rd St
Milwaukee, WI 53214

Tony Ardolino
39 Daisy St
Homosassa, FL 34446

Tony Bao
2685 East 22nd St
1B
Brooklyn, NY 11235

Tony Beggs
11009 E 5th Court
Spokane Valley, WA 99206

Tony Bueno
878 Holborn Rd
Streetsboro, OH 44241

Tony Dang
8632 Jennrich Avenue
Westminster, CA 92683

Tony Hardie
2659 34th Ave W
Seattle, WA 98199

Tony Kim
106 Grand Ave
Suwanee, GA 30024

Tony Lu
55 Regent Park Blvd #1813
Toronto ON M5A0C2
CANADA

Tony Nguyen
3100 Chino Hills Parkway #1024
Chino Hills, CA 91709

Tony Pennix
201 London Downs Drive
Forest, VA 24551

Tony Romero
158 Temple Ave
Apt B
Old Orchard Beach, ME 04064

Arturo Torres Robles
14052 Buena St
Apt #3
Garden Grove, CA 92843

Torri Holliday
4344 Barren Brook Drive
Memphis, TN 38125

Torsten Braeunig
Gunter-Vogt-Ring 36
Frankfurt Am Main  60437
GERMANY

Torsten Tiedtke
4003 Governors Road
Hamilton ON L0R 1T0
CANADA

Toth Robert
Zay Utca 3.
3 Emelet
Budapest  1037
HUNGARY

Adams Toum Benchekroun
777 Southwest 9th Ave, #406
Miami, FL 33130

Trace McGuire
2486 SW Creekside Dr
Palm City, FL 34990

Tracy Gibbs
15934 Seahorse Dr
Houston, TX 77062

Panagiota Tragogeni
Kritis 8
4 Floor
Vrilissia  15235
GREECE

Trandafir Marian
Eufrosina Popescu, Nr 61, Bl L1, Sc B, A
Bucuresti
ROMANIA

Travis Ballard
543 Los Altos Drive
Chula Vista, CA 91914

Travis Boswell
26207 Serenity View Court
Mechanicsville, MD 20659

Travis McLeod
2643 Lacombe Crescent
Regina SK S4V 1T3
CANADA

Travis Nemec
10011 Clubhouse Cir
Magnolia, TX 77354

Travis Paakki
1995 Eagle Crest
West Linn, OR 97068

Travis Sari
394 Bill Kennedy Way Southeast
Atlanta, GA 30316

Travis Todd
6228 Cape Cod Dr
Columbus, GA 31904

Travis Yatsko
519 Stratford Ct
Unit F
Del Mar, CA 92014

Travon Fuller
2512 Grandview Avenue
Mckeesport, PA 15132

Trent Miller
2021 Magna Lane
Indian Trail, NC 28079

Trent Rose
5194 Tildy Lane
Idaho Falls, ID 83401

Trevor Bunyan
509 Anthonys Drive
Exton, PA 19341

Trevor Hartman
5298 Cheyenne Trail
Billings, MT 59106

Trevor Hopper
914 Vawter Cir
South Bend, IN 46614

Trevor Kimoto
94-810 Leomana Way
Waipahu, HI 96797

Trevor Simpson
36014 Hunter Avenue
Westland, MI 48185

Trevor Stewart
20617 Welch Road
Snohomish, WA 98296

Trevor Subero
15809 Seurat Drive
Gaithersburg, MD 20878

Tri Nguyen
5111 92nd Cres
Brooklyn Park, MN 55443

Triangle Endodontics
121 Edinburgh South Drive
Suite 101
Cary, NC 27511

Trisha Fukumoto
7060 Noble Flair Court
Las Vegas, NV 89131

Tristan Garcia
900 Southwest 8th Street #1206
Miami, FL 33130

Tristan Leung
1636 South 8th Street
Philadelphia, PA 19148

Tristan Pan
115 Fare Stone Dr
Garner, NC 27529

Troy Messick
8419 Summerfield Ln.
Huntersville, NC 28078

Troy Mirabito
63 McLeod Street, #33
Cairns City QLD 4870
AUSTRAILA

Troy Pantin
127 Bloomington Dr
Cambridge  ON N1P1J6
CANADA

Troy Plewa
6815 Tyree Street
Dallas, TX 75209

Troy Rial
13234 Clifton Hill Lane
Houston, TX 77044

Troy Walker
17142 Port O Call St.
Crosby, TX 77532

Troy Ziniuk
#22 64009 Twp Rd 704
Grande Prairie AB T8W5C3
CANADA

Truc Ngo
1449 Suzay Court
San Jose, CA 95122

Tsun Kit Matthew Woo
3403 S Main St
Santa Ana, CA 92707

Tu Truong
2903 Warriston Dr
Mansfield, TX 76063

Rafael Tucen
511 SW 16th Ave
Miami, FL 33135

Tucker Baird
642 Palomar Street
Ste 406 #364
Chula Vista, CA 91911

Tucker Brooks
6707 Valor Ln
Midland, TX 79706-2229

Tudor Georgescu
14006 61st Pl W
Apt B
Edmonds, WA 98026

Tudoran Alin
Axwood 28
Epsom ENG KT187DR
UNITED KINGDOM

Tuerxun Yierpan
9506 Basilwood Dr
Manassas, VA 20110

Tyler D
1406 Ormsby Dr
Sunnyvale, CA 94087

Tyler Danaver
8708 Devine Lane
Austin, TX 78748

Tyler Deheer
98 Assiniboia Way West
Lethbridge AB T1K 6X3
CANADA

Tyler Garland
3811 14th Avenue West
Apt D103
Seattle, WA 98119

Tyler Gray
900566 South 3390 Road
Chandler, OK 74834

Tyler Heard
183 Long St
Harrogate, TN 37752

Tyler Johnson
5746 Logan Street Southeast
Rochester, MN 55904

Tyler Kilde
7704 15th St S
Fargo, ND 58104

Tyler Koch
726 Long Prairie Dr
Katy, TX 77450-3164

Tyler Little
1200 South Jbs Parkway
Odessa, TX 79766

Tyler Metzger
24330 226th Avenue Southeast
Maple Valley, WA 98038

Tyler Newman-Stump
907 Washington Street
Columbus, IN 47201

Tyler Perkins
7029 Via Serena
San Jose, CA 95139

Tyler Rowe
1836 SW Napa Valley Dr
Lees Summit, MO 64082

Tyler Talley
990 Northwyck Drive
Liberty, MO 64068

Tyrone Paz
24949 Katy Ranch Rd Apt 1012
Katy, TX 77494

Tyson Barth
8758 Williamson Drive
Elk Grove, CA 95624

Tyson Bickelmann
20 Jarlan Terrace
Ottawa ON K2L 3L6
CANADA

Tyson Bruce
7780 Joshua Villa Lane
Corona, CA 92881

Tyson Messick
2806 Taylorcrest
Missouri City, TX 77459

Tyson Schallipp
7616 West Courtney Campbell Causeway
Unit 640
Tampa, FL 33607

Tzekin Ip
28241 Crown Valley Parkway
F443
Laguna Niguel, CA 92677

Ufuk Kortan
Mustafa Mazhar Bey Caddesi Burc Apt 39/1
Burc Apt 39/18
Istanbul  34724
TURKEY

Ukesh Silwal
5660 Chapel Run Ct
Centreville, VA 20120

Ulrike Meyer-Borchert
Lofftzstrasse 4
Munich  80637
GERMANY

Umar Khan
1588 Major Oaks Rd
Pickering ON L1X 2G9
CANADA

Umar Qureshi
8024 E 99 St
Kansas City, MO 64134

Umit Uzun
253 Rue Dumont
Beloeil QC J3G 4C2
CANADA

Unki Kim
12028 SE 37th Pl
Bellevue, WA 98006

Unni Krishnan
2087 Fairview Street
Unit 703
Burlington ON L7R 0E5
CANADA

Unshackled Solutions LLC
P.O. Box 60
Kelton, PA 19346

Sorana Urdareanu
20, Soseaua Nordului
Sector 1
Bucharest B 104130
ROMANIA

Uresh Desilva
400 North Mcclurg Court #3514
Chicago, IL 60611

Ahsan Usmani
312 Touchdown Dr
Irving, TX 75063

Uvis Slakteris
Kareivju Street 3-32
Bauska, Bauskas Novads  LV-3901
LATVIA

Uwe Dietzel
Steinlein 38
Wurzburg  97078
GERMANY

Uwe Kleinschmidt
2671 Painted Cave Road
Santa Barbara, CA 93105

Uyi-Oghosa Okunbor
83 Grange Park Road
Thornton Heath ENG CR7 8QF
UNITED KINGDOM

Vaclav Dvorak
Pod Visnovkou 5
Praha 4  140 00
CZECH REPUBLIC

Vahan Melikyan
12846 Woodley Ave
Granda Hills, CA 91344

Vahe Mardigian
13462 Lochrin Ln
Sylmar, CA 91342-1848

Vahid Majoni
Kransbindarvagen 10
Hagersten  126 36
SWEDEN

Vaida Maksims
31 Kemsley Crescent, Milton Keynes, Milt
Milton Keynes
Milton Keynes ENG MK10 9LZ
UNITED KINGDOM

Vaidotas Bertasius
Taurages G. 13, Erzvilkas
Jurbarko Raj. Lithuania  74280
LITHUANIA

Val-Michael Kowalewich
10713 125 Street Nw
Edmonton AB T5M 0L3
CANADA

Zenaida Valencia
1105 58th Avenue
Oakland, CA 94621

Valentin Bogdanovic
Justiniskiu 67-1
67-1
Vilnius  LT-05100
LITHUANIA

Valentina Vallo
Via Villabella 12
Caorsa VR 37010
ITALY

Valentine Zavgorodnev
1351 SW 4th Ave
Boca Raton, FL 33432

Lizzett Vallejo
5016 Stanton Avenue
Pittsburgh, PA 15201

Lizzett Vallejo
5016 Stanton Ave.
Pittsburgh, PA 15201

Valliappan Ramanathan
7265 Sheffield Ln
Dublin, CA 94568

Valone Brown
9 Marcia Lane
Pomona, NY 10970

Sjuli Senn van Basel Wag
4271 Desert Highlands Dr
Sparks, NV 89436

Bruce Van Buren
5270 Manhasset Cv
Atlanta, GA 30338

Tim Van Cleave
5400 E Hinsdale Pl
Centennial, CO 80122

Gunnar Van der Steur
1236 Town Point Rd
Chesapeake City, MD 21915

Jeremiah Van Orden
1415 Grackle Ct
Hanahan, SC 29410

Van Pek
401 Stone Hollow Lane
Bowling Green, KY 42101

Van Vuong
2462 Agostino Drive
Rowland Heights, CA 91748

Vance Wilson
152 Renola Dr
Archdale, NC 27263

Vanderson Pereira
7523 Brous Av
Philadelphia, PA 19152

Vanessa Garrett
2757 W. Oldfield St
Lancaster, CA 93536

Vanessa Lee
207 South 1st Street
Apt 2A
Brooklyn, NY 11211

Vanessa Wojcik
464 Cherry Lane Rd
E Stroudsburg, PA 18301

Varnel Noel
139 North 9th Street
Philadelphia, PA 19107

Varun Agarwal
1 Sterling Circuit #1201
Camperdown NSW 2050
AUSTRAILA

Vasile Dascaleanu
Bld. Alexandru Vlahuta Nr. 61 Bl. 140, #
Brasov BV 500398
ROMANIA

Vasile Gurau
Calle Paseo Cornisa, 32E, Edificio Mi Su
Piso 2I
Costa Del Silencio TF 38630
SPAIN

Vasileios Alexis
Baumackerstrasse 49
Zurich  8050
SWITZERLAND

Vasileios Cheropoulos
Quergasse 13
Cottbus  3055
GERMANY

Vasilescu Florin
Calea Torontalului Nr.6 Ap.3
Timi  Oara TM 300628
ROMANIA

Vasista Raju Kurapati
120 West Cityline Drive, #3015
Richardson, TX 75082

Vasyl Lysohor
208 Flax Hill Road #9
Norwalk, CT 06854

Vasyl Sidelnikov
3618 Jefferson Commons Dr
302C
Tampa, FL 33613

Cheri Vaughn Reno
1050 Nathalie Fay
Ofallon, IL 62269

Vay Lien Chang
Fassbindstrasse 10
Rheinfelden  4310
SWITZERLAND

Vedat Ozan Azkan
1461 Longitude Dr
Richmond, CA 94804

Veenit Malik
230 Rue Ernest
Ddo QC H9A 3G7
CANADA

VELS INC
1647 S Cicero Ave
License Plates Service Store
Cicero, IL 60804

Venerando Yap
3530 Bainbridge Avenue
Apt 7F
Bronx, NY 10467

Venkat Vedam
14 George Rd
Winchester, MA 01890

Venkata Kishore Vemuri
36305 Grand River Ave
Apt 104
Farmington, MI 48335

Venkata Patchamatla
Flat 4
36 Diamond Drive
Didcot ENG OX11 6HD
UNITED KINGDOM

Alexei Verdi
86 Main St. Unit 1
Raymond, NH 03077-2349

Vernalene Balmania
9590 Gurney Court
Elk Grove, CA 95758

Vic Danh
4 W 14th Street
Unit 302
Cincinnati, OH 45202

Vicente Robinson
14207 Rolling Stream Pl
Eastvale, CA 92880

Victor Ansell
Grabenackerstrasse 44
Steinhausen  6312
SWITZERLAND

Victor Barbulescu
Karl-Marx-Allee 16
Berlin 10178
GERMANY

Victor Calderon
Av. Independencia #1614
Centro
Oaxaca De Juarez OAX 68000
MEXICO

Victor Capetillo
852 N. Palm Ave.
Unit A
Upland, CA 91786

Victor Cubillos
Calle 11 # 3-25
Apartamento
Fusagasuga CUN 252211
COLOMBIA

Victor deCagny
18, Rue Boissiere
Paris  75116
FRANCE

Victor Huynh
932 Faris Dr
San Jose, CA 95111-1517

Victor Manuel Mendoza Alvarez
El Colomo, Colima Francisco I Madero # 1
Manzanillo COL 28800
MEXICO

Victor Navarro
3124 Tulip St
Philadelphia, PA 19134

Victor Quezada
6624 Bonsallo Avenue
Los Angeles, CA 90044

Victor Reyes
Tegvagen 1
Jarfalla  17553
SWEDEN

Victor Tagle
6768 Cavacade Drive
Apt C
Tampa, FL 33614

Victoria Wan
505-621 Regan Avenue
Coquitlam BC V3J 0K1
CANADA

Vida Sargelyte
104 Paragon Place
Norwich ENG NR2 4BP
UNITED KINGDOM

Vidmantas Rapsys
5S439 Columbia Street
Naperville, IL 60563

Viesturs Silins Silins
3 Mount Milner
Mansfield ENG NG18 2JQ
UNITED KINGDOM

Vijay Talla
105 Latitude Lane
Austin, TX 78717

Vijitharan Velautham
6921 Cardinal Wynd Sw
Edmonton AB T6W2Y3
CANADA

Vikkie Patel
823 West Fletcher Avenue
Orange, CA 92865

Viktor Burdyey
802 Modena Dr
Cary, NC 27513

Viktor Szathmary
Tolgyfa Utca 24
Decent Labs Kft.
Budapest  1027
HUNGARY

Viktoras Kovaliovas
14 Plantsman Close
Norwich  ENG NR2 2NH
UNITED KINGDOM

Viktoria Martin
11450 129th Avenue North
Largo, FL 33778

Vicente Teran Villalobos
21742 N 37th St
Phoenix, AZ 85050

Jaqueline Villalpa Arroyo
1349 Eldridge Road
Forrest City, AR 72335

Vinay Bachireddy
215 Avondale St
Houston, TX 77006

Vince Mikhail
71 Camlaren Crescent
Unit 4
Vaughan ON L0J 1C0
CANADA

Vince Pasztor
Koztelek U. 9, 1/1
Gyar  9025
HUNGARY

Vincent Arellano
364 N Whisman Rd
Unit B
Mountain View, CA 94043

Vincent De Vos
Vinkenhofje 5
Eindhoven  5613 CN
NETHERLANDS

Vincent Dip
145 N Orange Ave
Azusa, CA 91702

Vincent Eyzendooren
2283 Wendy Way
Upland, CA 91784

Vincent Marble
3701 Dorothy Lane
Waterford, MI 48329

Vincent Ng
1-4088 East Hastings Street
Burnaby BC V5C2H9
CANADA

Vincent Nguyen
10971 S. Oceano Dune Ct.
South Jordan, UT 84009

Vincent Quadrelli
137 Avenue De Saint Ouen
4E Gauche 0391 Et 9103
Paris  75017
FRANCE

Vincent Rampelbergs
Rue D'Anderlues #143
Lobbes  6540
BELGIUM

Vincent Rampelbergs
Rue Danderlues 143
Lobbes  6540
BELGIUM

Vincent Sauceda
787 Ashley Street
Hemet, CA 92545

Vincent Tjie
1635 Huntington Dr
Duarte, CA 91010

Vincent Tran
6549 Sequoia Drive
Buena Park, CA 90620

Vinny Dinnocenzo
312 Lancaster Street
Apt 1
Leominster, MA 01453

Vinzenz Steinbrenner
7613 Starshell Point Ct
Las Vegas, NV 89139

Viran Patel
1625 Wingfield Drive
Birmingham, AL 35242

Viresh Asokan
406 Sultan St
Orleans ON K4A 0K1
CANADA

Virgilio Nunez Vega
Golfo De Finlandia 42, Colonia: Lomas Li
Atizapan De Zaragoza
Mexico MEX 52947
MEXICO

Vitaliy Pindyura
307-2425 West 4th Avenue
Vancouver BC V6K 1P4
CANADA

Vito Caloia
3189 Olive Drive
Baldwinsville, NY 13027

Vito Catalani
Herengracht 449A
Conspiracy Ideas
Amsterdam  1017 BR
NETHERLANDS

Vivek Kari Raju
3705 Wyewood Rd
Mississauga ON L4T2A3
CANADA

Vivienne Vu
Flat B, 312 Camberwell New Road
London ENG SE5 0RW
UNITED KINGDOM

Vlad Farkas
Str. Dacilor, Nr.1
Bl. G, Et.2, Ap. 11
Giroc TM 307220
ROMANIA

Vladimir Feldman
1005 Montpelier Dr
Greensboro, NC 27410

Vladimir Koev
5th Borovets Str. Ap.15
Strelbishte
Sofia  1408
BULGARIA

Vladimir Kostek
250 Commonwealth Avenue
Apt 16
Boston, MA 02116

Vladimir Lenchitsky
17761 North 77th Way
Scottsdale, AZ 85255

Vladimir Malkin
776 Linda Avenue
Thornwood, NY 10594

Vladimir Stamboliev
Antim Pyrvi 11
Etazh 2, Staya 204
Sofia 1303
BULGARIA

Vladimir Tarasenko
Am Filmlager 4
Berlin 12555
GERMANY

Vladimir Tassy
10345 Western Avenue Apt 42
Downey, CA 90241

Vladyslav Rea
Rosenweg 20
Wolfsburg 38446
GERMANY

Voltaire Bermudo
442 Andre Avenue
Northvale, NJ 07647

Vu Nguyen
8228 Homefield Way
Sacramento, CA 95828

Vu Nguyen
1843 Spivey Village Cir
Jonesboro, GA 30236

Wahab Awaiz
654 A Kingsbury Road
London  ENG NW9 9HN
UNITED KINGDOM

Mhmoud Abdul Wahed
4426 Alan Dr
Apt D
Baltimore, MD 21229

Wail Aldipsi
626 Flatbush Avenue
9K
Brooklyn, NY 11225

Walaa Yassin
104 Pitfield Way
London ENG NW10 0UA
UNITED KINGDOM

Walaa Yassin
787 High Road
London ENG N12 8JT
UNITED KINGDOM

Waldemar Langolf
Infanterieweg 68C
Paderborn  33104
GERMANY

Waleed Ibrahim Arr
13 Dekker House
London ENG SE57QR
UNITED KINGDOM

Wallen Blackman
3447 Alexandra Avenue
Spring Valley, CA 91977

Wally Kramer
7113 Kentucky Dr
Vancouver, WA 98664

Walter Burke
100 Shoal Rd
Unit 302
Toms River, NJ 08755

Walter Church
4548 Crystal Brook Way
Jacksonville, FL 32224

Walter Delorrell
11320 Village Ridge Road
San Diego, CA 92131

Wan Hoi Cheung
1007 Boul Saint-Laurent
#A
Montreal QC H2Z1J4
CANADA

Warren Chen
1178 Haffley Crescent #903
Coquitlam BC V3B0A7
CANADA

Warren Scheibe
P.O. Box 826
Twin Peaks, CA 92391

Waseedullah Obaid
4 Barlow Road
Scarborough ON M1G 2B4
CANADA

Wassim Zidi
190 Rue Murray, Apt 707
Montreal
Montreal QC H3C 2C7
CANADA

Wayne Burke
26 Hampton Pl
Paradise NL A1L 0Y4
CANADA

Wayne Marques
233 Leonard St
Acushnet, MA 02743

Wayne Muse
34 Lessay
Newport Coast, CA 92657

Wayne Rong
251 Alfred Paterson Dr.
Markham ON L6E 2G1
CANADA

Wayne Slater
1837 Adonis Avenue
Henderson, NV 89074

Wayne Tolmie
77 Birchdale Lurgan
Craigavon NIR BT66 7TP
UNITED KINGDOM

Wei Qiang Peng
1489 Dayton Street
Coquitlam BC V3E 0E6
CANADA

Weisien Yu
5 Cressida Drive
Old Bridge, NJ 08857

Weitao Wang
40 Woodgreen Dr
Pittsford, NY 14534

Weldon Bollinger
P.O. Box 117
Cedar Park, TX 78630-0117

Jacob Welther Burchett
421 Stonefield Circle
Moncks Corner, SC 29461

Wendell Baptiste
220 Marshall Road Apt. C14
Monaca, PA 15061

Wendell McKee
915 N Fox Meadow Terrace
Crystal River, FL 34429

Wendpanga Compaore
234 Tennal Road
Birmingham ENG B322HJ
UNITED KINGDOM

Wendy Behrend
8856 West McNab Road
Building 11 Apt 305
Tamarac, FL 33321

Wendy Lewis
299 Pecan Street
Pierson, FL 32180

Anthony Wentzel
11036 Moorpark Street, Ph 26
Los Angeles, CA 91602

Wes Davis
101 Edgewood Blvd
Birmingham, AL 35242

Wes Shaffer
8401 E Indian School Rd
Scottsdale, AZ 85251

Wesley Fouts
1094 Hunt Road
Lexington, NC 27292

Wesley Park
708 Curtis Ct
Nashville, TN 37207

Wesley Shinault
113 Snowdrift Trl
Round Rock, TX 78664

Wesley Sledge
7317 Cedar Court
Colleyville, TX 76034

Wesley Takes
429 Darlington Avenue
Apt 307
Wilmington, NC 28403

Whatfontis Com Srl
Strada Podarului 11B
Ro38747080
Bucharest B 41653
ROMANIA

Whine Del Rosario
14858 3/4 Dickens Street
Sherman Oaks, CA 91403

Jerry White
450 Regency Ctr
Collinsville, IL 62234

Wierd De Boer
Bregeleane 22
Stiens 9051 PM
NETHERLANDS

Wilfinger Mario
Pfrundeweg 4
Weiler 6837
AUSTRIA

Aaron Wilkinson
4212 E Los Angeles, #3831
Simi Valley, CA 93063

Wilko Kraft
Mozartstrasse 16
Mauer 69256
GERMANY

Wilko Van Beusekom
Boveneind Zuidzijde 35
Benschop 3405AN
NETHERLANDS

Will Brooks
420 S River Rd.
Apt 4
West Bend, WI 53095

William Ayers
403 Pebble Beach Drive
Harrison, AR 72601

William Barnes
Flat 1
8-9 Hanover Crescent
Brighton ENG BN2 9SB
UNITED KINGDOM

William Beck
656 SW Little Tree Cir
Port Orchard, WA 98367

William Blanchard
3517 Katherine Way
Frederick, MD 21704

William Breedon
4750 North Central Avenue
6C
Phoenix, AZ 85012

William Carpenter
5580 La Jolla Blvd.
#413
La Jolla, CA 92037

William Chadwick
Flat 1,
100 Clapham Common Southside
London ENG SW4 9DN
UNITED KINGDOM

William Chalko
4021 W University Dr
Suite 200
Mckinney, TX 75071

William Classen
9516 NW 80th Court
Tamarac, FL 33321

William Cole
848 Southwest Spring Street
Mill City, OR 97360

William Cole
1929 Riverside Dr
Cincinnati, OH 45202

William Corcuera
15044 Wilmington Drive
Strongsville, OH 44136

William Dubose
3626 Eagle Cove Lane
Northport, AL 35473

William Ellis
2580 Via Tejon
Palso Verdes Estates, CA 90274

William Erickson
914 16 1/2 St SE
Rochester, MN 55904

William Garrett
11717 Kimbolton Place
Glen Allen, VA 23059

William Gill
6 Laurnic Dr
Reisterstown, MD 21136

William Green
77 Guilfords
Harlow ENG CM17 0HX
UNITED KINGDOM

William Guan
193 Westlake Ave
Toronto ON M4C4S6
CANADA

William Hampton
5097 S Arrowhead Circle
Murray, UT 84107

William Harris
8160 Veterans Parkway
Apt 1333
Columbus, GA 31909

William Haynes
5575 Ave Isla Verde
Apt. 303
Carolina, PR 00979-5621

William Horne
12 The Square
Newtongrange SCT EH22 4QD
UNITED KINGDOM

William Hyde
1721 East Tumwater Ln
Eagle Mountain, UT 84005

William Iovenko
12605 Towne Creek Road
Louisville, KY 40243

William Jemison
4262 West 59th Street
Los Angeles, CA 90043

William Kievit
422 Northern Parkway
Ridgewood, NJ 07450

William Kilzer
6576 South Poplar Court
Centennial, CO 80111

William Lee
2236 Gallina Circle
Collierville, TN 38017

William Leet
245 Hyssop Court
Henderson, NV 89015

William Matthews
850 Vanderbilt Ter SE
Leesburg, VA 20175

William McLachlan
4331 Kingswell Ave.
Los Angeles, CA 90027

William Mendel
5000 W 131 Ter
Leawood, KS 66209

William Molyneaux
15391 Flight Path Drive
Brooksville, FL 34604

William Morales
4250 Lindblade Drive
Apt 3
Los Angeles, CA 90066

William Nehrenz
13615 Madison Avenue
Lakewood, OH 44107

William Norchi
2 Stowe Street
Fl 1
Pittsburgh, PA 15205

William Oliveira
6511 NW 87th Ave #Cli246746
Miami, FL 33178

William Pletcher
500 Spring Ave.
Reading, PA 19606

William Polick
15936 Avenida Villaha
Apt 60
San Diego, CA 92128

William Price
6411 S River Dr
Unit 55
Tempe, AZ 85283

William Reeves
7715 Krefeld Glen Dr #516
Charlotte, NC 28227

William Roberts
18328 Begonia Dr
Rockwood, MI 48173

William Rudy
120 W Schantz Ave
Oakwood, OH 45409

William Schneider
2237 Doster Drive
New Smyrna Beach, FL 32168

William Shaffer
947 Golden Crest Ave.
Newbury Park, CA 91320

William Smith
1442 Baylor Lane
Jacksonville, FL 32217

William Studley
1308 S Secretariat Way
Nampa, ID 83686

William Sylvester
20311 Kiawah Island Drive
Ashburn, VA 20147

William Thurmond
6090 Melbourne Ave
Deale, MD 20751

William Uzelmeier
6079 Creekside Dr
Flourtown, PA 19031

William Wheeler
805 Corner Square
Seabrook, TX 77586

William White
2610 Drs Drive
Richmond, TX 77406-1929

Lawrence Williams II
3608 Brandy Creek Ct.
North Las Vegas, NV 89032

Keith Williams Jr
474 Martin Street
Philadelphia, PA 19128

Anthony L Williams
25 Mountain Avenue
West Orange, NJ 07052

Willie Senn
888 W E St #2004
San Diego, CA 92101

Willie Winstead
3905 Brokeshire St
Cary, NC 27519

Willy Ogenia
Leeuwenborchweide 57
Helmond  5709 SB
NETHERLANDS

Wilmar Mejia
12 Wendell Street #15
Cambridge, MA 02138

Wilmer Sanabria
910 Saint Andrews Drive
Augusta, GA 30909

Wilson Lee
10708/19 Wilson Street
West End QLD 4101
AUSTRAILA

Wim Ter Laak
Kam. Onneslaan 4
Enschede  7535CS
NETHERLANDS

Wing Ng
129 Swingate Lane
London ENG SE182BZ
UNITED KINGDOM

Adam Winkler
4733 Potter Park Loop
Missoula, MT 59808

Winston Walker
6002 Black Willow Drive
Greensboro, NC 27405

Winton Forde
268 NE 200th Ter
Miami, FL 33179

Wisam Ali Nour
Svarvaregatan 7
Halmstad  30250
SWEDEN

Wisdom Salami
390 Dixon Road
Apt 1509
Etobicoke ON M9R 1T4
CANADA

Wolfram Hofgen
Am Lindenberg 51
Dresden  1328
GERMANY

King Wong Deng
6807 Perry Penney Drive
Annandale, VA 22003

Jennifer K Woodside
4660 NW 133rd St
Tripp G
Opa Locka, FL 33054

Woody Somvichai
510 Upas Street
#2
San Diego, CA 92103

Work Loughnane
2 South Greenwood Avenue 014
Park Ridge, IL 60068

Wouter Kloosters
Fijnjekade 304
Den Haag  2521 DV
NETHERLANDS

Wouter Siewers
Rietkamp 81
Vianen Ut  4133CS
NETHERLANDS

Wouter Smaardijk
Groene Hil 38
Breda  4822 RS
NETHERLANDS

Wyett Sampson
75 North Hill Drive West Carriere Ms
Carriere, MS 39426

Xanthos Vlasidis
Perikleous 64
Apartment
Orestiada  68200
GREECE

Xavier Orante
7488 E. Ramona Way
Fresno, CA 93737

Xavion Walls
3724 Berry Drive
Los Angeles, CA 91604

Xiao Zhao
101 Rue Du Tournoi
Gatineau QC J9J 3V5
CANADA

Xiaoshu Tang
7538 Tyndale Crescent
Burnaby BC V5A 4K1
CANADA

Xinyu Chen
7 Geddes Terrace
Avondale
Auckland AUK 1026
NEW ZEALAND

Yaarub Aloudat
Hauptstrasse 66
Ihlienworth  21775
GERMANY

Alpaslan Yagcioglu
487 East Boylston Street,
Newton Center, MA 02459

Yamik Aleman
1360 West 41st Street #203
Hialeah, FL 33012

David Yang
5085 Elkhart St
Denver, CO 80239

Yann Ebel
Elisabethenstrasse 46
Stuttgart  70197
GERMANY

Yanni Chabot-Valin
5865
Villeneuve
Sainte-Catherine QC J5C 1J6
CANADA

Yannick Amberg
Felsenrainstrasse 83
Zurich  8052
SWITZERLAND

Yannick Kwan
1841 N California Ave
3D
Chicago, IL 60647

Yansong Gao
550 Uptown Court
Apt 507
Kirkland, WA 98033

Yaroslav Shchubelka
Pavlivska, 18 #17
Kyiv  1054
UKRAINE

Yascha Savoie
246 Blvd Louis-XIV
Quebec QC G2K 1W7
CANADA

Yasen Maksimov
Lozenec, Tsvetna Gradina Str., No.47-51
5th Floor, Apertment 15
Sofia  1421
BULGARIA

Yasin Argac
Am Kortlander 3
Bochum  44787
GERMANY

Yasmin Boukhari
3 Cygnet Avenue
London ENG TW14 0DZ
UNITED KINGDOM

Yasmina Sanz
Passatge De Llu  S Pellicer 19
Local 1
Barcelona B 8036
SPAIN

Yasser Syed
17337 Borromeo Ave
Pflugerville, TX 78660

Yassin Ouider
14 Avenue De Leurope
Montevrain  77144
FRANCE

Yassin Ouider
14 Avenue De Leurope
Mixauto
Montevrain  77144
FRANCE

Yau Ken Huynh
12 Hove Close
Grays ENG RM17 6PD
UNITED KINGDOM

Yazan Kawar
44 Hobart Avenue
Unit D
San Mateo, CA 94402

Yen Huang
734 Canary Wharf Drive
Las Vegas, NV 89178

Yennedit Garcia
Circuito Bilbao #3
Fracc. Lomas Del Sol
Municipio De Alvarado VER 95264
MEXICO

Yevgeniy Azimov
584 Walpole Crescent
Newmarket ON L3X 2B4
CANADA

Yi Tian
6125 Canada Way
Burnaby BC V5E 3P1
CANADA

Yichen Zhang
1691 156A Street
Surrey BC V4A 4V9
CANADA

Yijun Yu
8 Venetian Court, Wavendon Gate
Milton Keynes ENG MK77ST
UNITED KINGDOM

Yohan Fournel
9977 Rue Saint-Maurice #14
Quebec QC G2B 3J9
CANADA

Yolfer Carvajkal
721 6th Street #10
Union City, NJ 07087

Yolisel Reyes
La Colmena Ph Pacific Coast
20B
Panama PA-8
PANAMA

Yordan Dinev
Business Park Varna Building B1
Building B1 3rd Floor It Yordan Dinev
Varna  9009
BULGARIA

Yosbel Sanjudo
8923 La Manga Ave
Las Vegas, NV 89147

Youngkeun Cha
100 Old Palisade Rd
Apt 1115
Fort Lee, NJ 07024

Yousif Khair
Stiglenstrasse 40
Zurich  8052
SWITZERLAND

Ameer Youssef
72 Barrow Street
2E
New York, NY 10014

Yousuf Alshaibani
Al Khawaneej 1
House 77 Street 2
Dubai DU
UNITED ARAB EMIRATES

Yovarni Yearwood
1130 Fullerton Avenue
Allentown, PA 18102

Yue Liu
144 Elmira Lane
Gaithersburg, MD 20878

Yue Sun
Mittelweg 50
Frankfurt Am Main  60318
GERMANY

Yue Ting Ferris Wong
49 Lakeview Avenue
Rowville VIC 3178
AUSTRAILA

Yufeng Wei
19 Prebble Drive
Markham ON L6E 0M9
CANADA

Yuji Nakajima
1893 Harley Dr.
Ann Arbor, MI 48103

Yuli Hua
Gibraltargatan 106
Apt 1202
Goteborg  412 79
SWEDEN

Yunus Emre Taay
Antalya Havalimani A Kapisi Tgs Sirketi
Muratpasa  7050
TURKEY

Yuqi Kong
218 West Main Street
Newark, DE 19711

Yura Bogdan
150 Northeast Danbury Avenue
Hillsboro, OR 97124

Yuri Nicholas Manahan
352 Cooper Street
Cambridge ON N3C 3X8
CANADA

Yuriy Tymchuk
1506 Topp Ln
Apt 4
Glenview, IL 60025

Yusef Lewis
43-57 Union St.
1F
Flushing, NY 11355

Yusuf Albayrak
43 Samford House Barnsbury Estate
London ENG N1 0JF
UNITED KINGDOM

Yves Baes
Nukkerstraat 142, #101
Bredene  8450
BELGIUM

Yves Fontaine
121 Rue De La Marqueze
Angresse  40150
FRANCE

Zac Joslin
1560 West Beebe Capps Expressway
Ste 159
Searcy, AR 72143

Zach Hunter
19011 Mathew Circle
Huntington Beach, CA 92646

Zach Janisse
517 Estate Pk
Windsor ON N8N 3C5
CANADA

Zachariah Baker
3807 W. Leila Ave.
Tampa, FL 33616

Zachary Ambrose
295 St Marks Ave Apt 4A
Brooklyn, NY 11238

Zachary Berg
8025 Bonhomme Ave #1607
Clayton, MO 63105

Zachary Conces
2208 Blucher Valley Rd
Sebastopol, CA 95472

Zachary Desutter
2026 18th St. Sw
Cedar Rapids, IA 52404

Zachary Garcia
22050 Runnymede Street
Canoga Park, CA 91303

Zachary Kojoyian
1409 Aldenham Lane
Reston, VA 20190

Zachary Neal
Dunster Cottage Telegraph Road
London ENG SW15 3SY
UNITED KINGDOM

Zachary Olsen
6228 Colbert Street
New Orleans, LA 70124

Zachary Orender
3909 Duval Dr.
Jacksonville Beach, FL 32250

Zachary Smith
6409 Lakeland Drive
Raleigh, NC 27612

Zachary Sutherland
154 Goodwin Dr
Guelph ON N1L 0B2
CANADA

Zachary Testa
746 SW 158 Terrace
Sunrise, FL 33326

Zack Niochet
476 Boler Road
London ON N6K 2K7
CANADA

Zaharias Fountas
90 Prospect Avenue
Hackensack, NJ 07601

Zahra Aljefri
49 Stamford Road E6 1Lp - Eastham London
London ENG E6 1LP
UNITED KINGDOM

Zainab Abdulrahman
4809 Boone Circle North
Minneapolis, MN 55428

Zak Haruna
4282 Blvd Dorchester #204
Westmount QC H3Z 1V7
CANADA

Zakir Butte
16827 Bothell Way Northeast
Lake Forest Park, WA 98155

Zakory Slingerland
823 E Sitka Ave Apt 98
Spokane, WA 99208

Zbigniew Conrady
Sandsteinweg 8
Berlin 12349
GERMANY

Zbigniew Trzupek
32 Birklands Avenue
New Ollerton
Newark ENG NG22 9SA
UNITED KINGDOM

Zephyrus Network LLC
Attn: Laura Gilbert
234 Morrell Rd PMB 194
Knoxville, TN 37919-5876

Zeth Herron
3514 Surrey Dr NE
Olympia, WA 98506

Zhanna Biletska
6511 North Newgard Avenue
Apt Bsmt
Chicago, IL 60626

Zhao Wang
8843 Barrette Ave
Rosemead, CA 91770

Zhennan Wang
311 Saint Nicholas Avenue
Apt 3B
Queens, NY 11385

Zheyi Liao
198 Twin Oak Drive
Lynchburg, VA 24502

Zhi Xiong Huo
7428 19th Avenue, #104
Burnaby BC V3N 1E1
CANADA

Zhiming Hong
2225 Northwest 62nd Street
Seattle, WA 98107

Zibran Islam
236 Brighton Gate
Saskatoon SK S7V 0R1
CANADA

Zichen Liu
565 Proudfoot Lane
Apt.1005
London ON N6H 0A1
CANADA

Zlatan Muratovic
1280 Ashford Creek Way Northeast
Atlanta, GA 30319

Zoe Nalebuff
91 Bainbridge Street
Brooklyn, NY 11233

Zoe Togba
3337 West 84th Place
Chicago, IL 60652

Zoheb Imtiaz
1521 Boyd Pointe Way Apt 1812
Tysons, VA 22182

Zoila Gonzalez
616 Columbus Avenue
Boston, MA 02118

Zonglun Li
1382 Grand Blvd
Oakville ON L6H 3E5
CANADA

Zouhair Diab
56 Sandakan Rd
Revesby Heights NSW 2212
AUSTRAILA

Zubair Ali Awan
22 Lyme Park
Nottingham  ENG NG2 7TR
UNITED KINGDOM

Zwe Maung Maung
102218 Nolu Sk, No.11, Guneykent Mah, Ef
Gaziantep  27470
TURKEY

# United States Bankruptcy Court
## Western District of Kentucky

In re    __Launch Pad LLC__ _____

                             Debtor(s)

Case No. _____

Chapter    **11** _____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __ Launch Pad LLC __ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [_Check if applicable_]

__August  3, 2023__ _____
Date

**/s/ Charity S. Bird** _____
**Charity S. Bird**
Signature of Attorney or Litigant
Counsel for    **Launch Pad LLC** _____
**Kaplan Johnson Abate & Bird LLP**
**710 West Main Street**
**Fourth Floor**
**Louisville, KY 40202**
**(502) 540-8285 Fax:(502) 540-8282**
**cbird@kaplanjohnsonlaw.com**